IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:19-cv-00917 |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE JOINING IN MOTION TO STRIKE AMENDED COMPLAINT

Defendants Sybil Terry, August Fratalli, Philip A. Hudson, Tamara B. Ballou, Brenda Humphrey, Monique Patwary-Faruque, Megan Carr, Francis Tarrant, and Joanne Fraundorfer, by their counsel, provide this notice confirming that they join Defendant Fairfax County School Board in its Motion to Strike Amended Complaint (ECF 42) and Brief in Support of Motion to Strike Amended Complaint (ECF 44) and that they endorse both the relief requested in the Motion as well as the reasons set forth in the Brief in Support of the Motion to Strike.

                                          SYBIL TERRY, AUGUST FRATALLI, PHILIP
                                          A. HUDSON, TAMARA B. BALLOU, BRENDA
                                          HUMPHREY, MONIQUE PATWARY-
                                          FARUQUE, MEGAN CARR, FRANCIS
                                          TARRANT, JOANNE FRAUNDORFER

By:_____/s/_____
Michael E. Kinney (VSB #65056)
TURNER & KINNEY, A PROFESSIONAL CORPORATION
20 W. Market Street
Leesburg, Virginia 20176
Telephone: (703) 669-9090
Facsimile: (703) 669-9091
mkinney@turnerkinney.com

## **CERTIFICATE OF SERVICE**

I certify that on December 2, 2019, I will electronically file a copy of the attached NOTICE JOINING IN MOTION TO STRIKE AMENDED COMPLAINT using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/
Michael E. Kinney (VSB #65056)