IN THE
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:19-cv-00917 |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **OBJECTION TO MOTION TO SEAL**

Defendants Sybil Terry, August Fratalli, Philip A. Hudson, Tamara B. Ballou, Brenda Humphrey, Monique Patway-Faruque, Megan Carr, Francis Tarrant, and Joanne Fraundorfer (collectively, the "Individual School Defendants"), by their counsel and pursuant to Local Civil Rule 5(C), object to the Motion to Seal.

**I.     The Individual School Defendants adopt the School Board's response to the Motion to Seal.**

The Individual School Defendants object to the Motion to Seal for the reasons stated in the Response of Fairfax County School Board to Plaintiff's Motion to Seal. (ECF 49.)

**II.    The belated request for permission to proceed pseudonymously, and ancillary motion to seal, cannot cure the initial failure properly to invoke this Court's jurisdiction.**

In addition, the Individual School Defendants object to the Motion to Seal because this Court lacks jurisdiction over the anonymously filed complaint and no valid action has been commenced. The Individual School Defendants restate the reasons set out in the Brief in Support of Individual School Defendants' Motion to Dismiss (ECF No. 20) and the Brief in Support of the Fairfax County School Board's Motion to Dismiss (ECF No. 18). After failing to

commence a valid action within the applicable limitations period, on November 27, 2019, the unidentified pleader filed an Amended Complaint without first seeking leave of court (ECF 37), a Motion for Leave to Proceed Under a Pseudonym (ECF 38), and the instant Motion to Seal (ECF 39). The belated Motion to Seal, like the belated request for permission to proceed pseudonymously, cannot cure the initial failure to invoke this Court's jurisdiction properly.

### III.  The Defendants' pending jurisdictional challenges should be resolved before other matters are taken up.

The Individual School Defendants further object to the Motion to Seal because a decision on the Motion for Leave to Proceed Under a Pseudonym, which they intend to oppose, may moot the Motion to Seal. On October 21, 2019, in a telephone conference with Plaintiff's counsel and counsel for the School Board, counsel for the Individual School Defendants informed Plaintiff's counsel of the bases of an intended Rule 12(b)(6) motion, including the failure to obtain the Court's permission to proceed under a pseudonym. The Individual School Defendants and the School Board thereafter moved to dismiss the Complaint for lack of jurisdiction. (ECF 19, 17.) Defendant Christian Kornegay has moved to join the Motions to Dismiss filed by the Individual School Defendants and the School Board. (ECF 33.) Defendant Jenna Ofano has also moved to join the School Board's Motion to Dismiss for Lack of Jurisdiction. (ECF 46.) The defendants' several Motions to Dismiss for Lack of Jurisdiction and the Motion for Leave to Proceed Under a Pseudonym are all scheduled to be heard on December 20, 2019. The question of this court's subject matter jurisdiction to hear this case is a threshold issue that should be resolved before taking up other matters, including the Motion to Seal. Therefore, this Court should defer ruling on the Motion to Seal until resolution of the Motions to Dismiss and Motion for Leave to Proceed Pseudonymously.

## CONCLUSION

This Court should defer consideration of and ruling on the Motion to Seal pending resolution of the defendants' Motions to Dismiss and the Motion for Leave to Proceed Pseudonymously.  Alternatively, the Court should dismiss the anonymous Complaint for lack of jurisdiction and deny the belated Motion to Seal as moot.

                          Respectfully submitted,

                          SYBIL TERRY, AUGUST FRATALLI, PHILIP A. HUDSON, TAMARA B. BALLOU, BRENDA HUMPHREY, MONIQUE PATWARY-FARUQUE, MEGAN CARR, FRANCIS TARRANT, and JOANNE FRAUNDORFER

By: _____/s/_____
Michael E. Kinney (VSB #65056)
TURNER & KINNEY, A PROFESSIONAL CORPORATION
20 W. Market Street
Leesburg, Virginia 20176
Telephone:  (703) 669-9090
Facsimile:  (703) 669-9091
mkinney@turnerkinney.com

## CERTIFICATE OF SERVICE

I certify that on December 4, 2019, I will electronically file a copy of the attached OBJECTION TO MOTION TO SEAL using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

                          _____/s/_____
                          Michael E. Kinney (VSB #65056)

3