IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY<br>SCHOOL BOARD, *et al.*,<br><br>    Defendants. | CASE NO. 1:19-cv-00917-RDA-TCB |

## **OBJECTION TO MOTION TO SEAL**

Defendant Jenna Ofano ("Ofano") objects to the Motion to Seal filed by Plaintiff Jane Doe (ECF 39).

**I.  Ofano adopts both the Fairfax County School Board's Response and the Individual School Defendants' Objection to the Motion to Seal.**

Ofano objects to the Motion to Seal for the reasons articulated in the Response of Fairfax County School Board (ECF 49) and the Objection of the Individual School Defendants (ECF 50).

**II.  Ofano intends to oppose the belated Motion for Leave to Proceed under a Pseudonym filed by Plaintiff Jane Doe, which overlaps with the Motion to Seal.**

Ofano further objects to the Motion to Seal because she intends to oppose Plaintiff Jane Does's Motion for Leave to Proceed under a Pseudonym (ECF 38), which is scheduled to be heard on December 20, 2019, and the decision of which may render the Motion to Seal portions of the record identifying "Jane Doe" moot. Accordingly, this Court should defer ruling on the Motion to Seal until Plaintiff Jane Doe's request to litigate pseudonymously and the threshold issue of subject matter jurisdiction are resolved.

## **CONCLUSION**

Ofano respectfully requests this Court to defer ruling on the Motion to Seal pending resolution of Plaintiff Jane Doe's Motion for Leave to Proceed under a Pseudonym, along with the threshold jurisdictional issue raised in the defendants' Motions to Dismiss for lack of subject matter jurisdiction.

Respectfully submitted,

/s/   James P. Miller
Bruce M. Blanchard, Esq. (VSB # 23778)
James P. Miller, Esq. (VSB # 89409)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:   (703) 218-2102 (Blanchard direct)
       (703) 218-2154 (Miller direct)
Fax:   (703) 218-2160
Bruce.Blanchard@ofplaw.com
Jim.Miller@ofplaw.com
*Counsel for Defendant Jenna Ofano*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/   James P. Miller
Bruce M. Blanchard, Esq. (VSB # 23778)
James P. Miller, Esq. (VSB # 89409)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel:   (703) 218-2102 (Blanchard direct)
       (703) 218-2154 (Miller direct)
Fax:   (703) 218-2160
Bruce.Blanchard@ofplaw.com
Jim.Miller@ofplaw.com
*Counsel for Defendant Jenna Ofano*