# EXHIBIT "A"


# HUNTON
ANDREWS KURTH

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL 202 • 955 • 1500
FAX 202 • 778 • 2201

RYAN M. BATES
DIRECT DIAL: 202 • 955 • 1596
EMAIL: rbates@HuntonAK.com

December 10, 2019

FILE NO: 037077.0000030

**VIA FIRST CLASS MAIL AND E-MAIL (tsweeney@messalaw.com)**

Thomas N. Sweeney, Esq.
MESSA & ASSOCIATES, P.C.
123 S 22nd Street
Philadelphia, Pennsylvania 19103

      Re: **Jane Doe v. Fairfax County School Board**
         Case No. 1:19-cv-00917-RDA-TCB

Dear Tom:

  Enclosed are the following: (i) a HIPAA release and (ii) Social Media releases pertaining to your client's Facebook, Instagram, and Snapchat accounts. Although discovery has not yet started, **please have these releases completed by your client, notarized, and returned to me as soon as possible**. If your client has utilized any other social media accounts from September 6, 2009 to the present, please let me know the social media platform and we will prepare additional release(s). We will not initiate discovery using these releases—or otherwise use them in any respect—until formal discovery starts.

  Additionally, we wanted to take this opportunity to request that, in connection with this lawsuit, your client undertake the necessary steps to preserve all documents, information, and platforms, electronic or otherwise, that may be discoverable in this action. Specifically, we request that your client preserve all originals and copies of e-mails, other electronic communications, such as social media accounts/posts/content, blogs, internet conversations/chats, PDFs, word processing documents, power point presentations, charts, spreadsheets, graphs, calendars, appointment books, diaries, record books, log books, telephone logs, text messages, photographs, recorded voice mail messages, and all other relevant documents and information in the possession of your client. We also request that your client, and her family, preserve the following platforms/devices: computer systems, databases, personal digital assistants, handheld wireless devices/telephones, paging devices, voice mail and other audio systems, networks, servers, archives, discs, drives, USB keys, cartridges, backup tapes, and other electronic storage devices. All of the aforementioned documents, information, and platforms shall hereinafter be referred to as "Preserved Material."

# HUNTON
ANDREWS KURTH

Thomas N. Sweeney, Esq.
December 10, 2019
Page 2

**In accordance with this request, your client should not delete any of her social media accounts or the content (posts, pictures, comments, etc.) contained therein. If *any* account or content deletion has already occurred, please let us know immediately so that recovery efforts may be promptly undertaken.**

Your client's preservation obligations apply not only to Preserved Material in your client's possession, but also to Preserved Material in the possession of a third party, whom your client controls, such as a family member, vendor, or agent. Accordingly, your client and other third parties who possess Preserved Material must prevent the Preserved Material from being destroyed, deleted, wiped, modified, concealed, shredded, erased, encrypted, re-imaged, or corrupted until such time as this action has been fully resolved. In most cases, this requires your client to suspend any document data destruction and backup tape recycling and to preserve all hardware, unless a mirror image copy (a bit-by-bit copy) is made.

Given that this case has been pending for nearly five months, I expect that preservation efforts were put in place long ago. To the extent that this has not already been done, we request that you do so immediately.

We look forward to receiving the releases. If you have any questions or would like to discuss, please feel free to call me.

Sincerely,

Ryan M. Bates

Enclosures

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

This authorization is designed to satisfy the Federal Standards for Privacy of Individually Identifiable Health Information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and the restrictions on disclosure of alcohol or drug abuse records under 42 C.F.R. Part 2 (the "Federal Alcohol and Drug Abuse Confidentiality Rules").

I, ███████████ Social Security No. 594-85-XXXX, do hereby authorize the following Medical Provider(s) (the "Medical Provider(s)") to disclose the information described below to the law firm of Hunton Andrews Kurth LLP (the "Recipient"), for Recipient's use in connection with a lawsuit pending in **United States District Court for the Eastern District of Virginia** entitled **Jane Doe v. Fairfax County School Board, et al** (the "Lawsuit"), and for no other purpose.

**MEDICAL PROVIDER(S):**

> All healthcare providers of every type who have ever treated me, specifically including but not limited to, physicians, hospitals, clinics and institutions, medical facilities, mental health clinics mental health hospitals, pharmacies and/or medical professionals in receipt of this authorization

The information to be disclosed includes information that relates to my past, present or future physical or mental health or condition, the provision of healthcare to me, and/or my past, present or future payment for the provision of medical care. This information includes:

> Any and all medical and/or health records, including but not limited to physical evaluations and/or records, files, notes, reports, memoranda, correspondence, laboratory reports, radiology reports, hospital discharge summaries, notes of telephone conferences, evaluations, diagnoses, prescriptions, diagrams, or indicia thereof, billing and payment records, tape recordings, videotape recordings, or recordings in any medium made, concerning my identity, diagnosis, examination, evaluation, history and treatment for any and all physical injuries and illnesses.

> AND

> Any records for mental or psychiatric treatment and treatment for alcohol or drug abuse, including medication prescription and monitoring, counseling session start and stop times, the modalities and frequencies of treatment furnished, results of clinical tests, and any summary of diagnosis(es), functional status, the treatment plan, symptoms, prognosis, progress to date, and other documents regarding my treatment, including psychotherapy notes and notes recorded in any medium by a mental health professional that document or analyze the contents of any conversation during a counseling session and that are separated from the rest of my medical record.

I acknowledge and understand that I may revoke this authorization at any time by providing written notice to the law firm of Hunton Andrews Kurth LLP, to the attention of **Ryan M. Bates, Hunton Andrews Kurth LLP, 2200 Pennsylvania Avenue, NW, Washington, D.C., 20036**; provided, however, that this authorization may not be revoked to the extent it has been relied upon by any Medical Provider in disclosing any information prior to such revocation. *This authorization is valid and in effect until the final adjudication of the Lawsuit (including any appeals).*

I also acknowledge that the information provided pursuant to this authorization (other than alcohol or drug abuse treatment records) may under HIPAA be redisclosed by the Recipient without any additional authorization by me, and that, upon such redisclosure, such information will no longer be protected under HIPAA, but the Recipient may be prohibited (1) from making such redisclosure by applicable state law and/or (2) from disclosing alcohol or drug abuse treatment records under the Federal Alcohol and Drug Abuse Confidentiality Rules.

I further acknowledge that any Medical Provider listed above may not condition treatment upon whether I sign this authorization.

A copy of this authorization has the same force and effect as the original. A copy of this authorization will be given to me after it is signed.

---

**[SIGNATURE]**                                                                 Date

---

Social Security Number of Plaintiff

---

Date of Birth (mm/dd/yr) of Plaintiff

## CONSENT & AUTHORIZATION FOR
## RELEASE OF SOCIAL MEDIA INFORMATION

**TO:** **Facebook, Inc.**

I, the undersigned, am the holder of an account with **Facebook, Inc. ("Facebook")** in the name set forth below associated with the username and e-mail address also set forth below ("Account"). I understand that information related to my Account is being sought by subpoena or other process in connection with a lawsuit styled *Jane Doe v. Fairfax County School Board*, et al., Civil Action No. 1:19-cv-00917 (E.D. Va.), in which I am the Plaintiff, and for no other purpose.

I hereby certify that I am the owner of the Account for which records are requested.

I have read and understand the contents of this Consent & Authorization for Release of Social Media Information.

I agree to hold harmless and do forever hold harmless **Facebook** for the disclosure of such information and do forever waive on my behalf, and on behalf of my heirs and assigns, any and all claims resulting from **Facebook's** disclosure of any information related to me or my Account pursuant to this consent.

Account Holder's Name: _____

Username/Facebook User Id: _____

URL of Facebook Page: _____

Email Address Associated with **Facebook** Account: _____

Account Holder Signature: _____ Date: _____

A photocopy of this authorization shall be considered as effective and valid as the original. This authorization shall be valid for the duration of the aforementioned Lawsuit.

In order for this consent to be effective, the Account holder must sign this certificate and have it notarized as set forth below.

## **ACKNOWLEDGMENT**

State of _____

County of _____

On _____ before me, _____ (insert name and title of the officer) personally appeared_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I declare under PENALTY OF PERJURY under the laws of the State of_____
that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.


Signature _____              (Seal)

## CONSENT & AUTHORIZATION FOR
## RELEASE OF SOCIAL MEDIA INFORMATION

**TO:   Instagram, Inc.**

I, the undersigned, am the holder of an account with **Instagram, Inc. ("Instagram")** in the name set forth below associated with the username and e-mail address also set forth below ("Account"). I understand that information related to my Account is being sought by subpoena or other process in connection with a lawsuit styled *Jane Doe v. Fairfax County School Board*, et al., Civil Action No. 1:19-cv-00917 (E.D. Va.), in which I am the Plaintiff, and for no other purpose.

I hereby certify that I am the owner of the Account for which records are requested.

I have read and understand the contents of this Consent & Authorization for Release of Social Media Information.

I agree to hold harmless and do forever hold harmless **Instagram** for the disclosure of such information and do forever waive on my behalf, and on behalf of my heirs and assigns, any and all claims resulting from **Instagram's** disclosure of any information related to me or my Account pursuant to this consent.

Account Holder's Name: _____

List each username and profile URL used any time between September 6, 2011 and the present:

    i.   Username: _____

        Profile URL: _____

        Date Range: _____

        Email Address Associated with Account: _____

    ii.  Username: _____

        Profile URL: _____

        Date Range: _____

        Email Address Associated with Account: _____

    iii.    Username: _____

           Profile URL: _____

           Date Range: _____

           Email Address Associated with Account: _____

                    (Use additional pages if necessary)


Account Holder Signature: _____Date: _____

A photocopy of this authorization shall be considered as effective and valid as the original. This authorization shall be valid for the duration of the aforementioned Lawsuit.

In order for this consent to be effective, the Account holder must sign this certificate and have it notarized as set forth below.

## **ACKNOWLEDGMENT**

State of _____

County of _____

On _____ before me, _____ (insert name and title of the officer) personally appeared_____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I declare under PENALTY OF PERJURY under the laws of the State of_____
that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.


Signature _____        (Seal)

## CONSENT & AUTHORIZATION FOR
## RELEASE OF SOCIAL MEDIA INFORMATION

**TO:  Snap, Inc.**

I, the undersigned, am the holder of an account with **Snap, Inc. ("Snapchat")** in the name set forth below associated with the username and e-mail address also set forth below ("Account"). I understand that information related to my Account is being sought by subpoena or other process in connection with a lawsuit styled *Jane Doe v. Fairfax County School Board*, et al., Civil Action No. 1:19-cv-00917 (E.D. Va.), in which I am the Plaintiff, and for no other purpose.

I hereby certify that I am the owner of the Account for which records are requested.

I have read and understand the contents of this Consent & Authorization for Release of Social Media Information.

I agree to hold harmless and do forever hold harmless **Snapchat** for the disclosure of such information and do forever waive on my behalf, and on behalf of my heirs and assigns, any and all claims resulting from **Snapchat's** disclosure of any information related to me or my Account pursuant to this consent.

Account Holder Name: _____

Username: _____

Email Address Associated with **Snapchat** Account: _____

Phone Number Associated with **Snapchat** Account: _____

Account Holder Signature: _____ Date: _____

A photocopy of this authorization shall be considered as effective and valid as the original. This authorization shall be valid for the duration of the aforementioned Lawsuit.

In order for this consent to be effective, the Account holder must sign this certificate and have it notarized as set forth below.

## ACKNOWLEDGMENT

State of _____

County of _____

On _____ before me, _____ (insert name and title of the officer) personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I declare under PENALTY OF PERJURY under the laws of the State of _____
that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.


Signature _____      (Seal)