# EXHIBIT A

*Long Post* So, I don't usually post much on facebook but I am finding the need to voice this...

I have had a lot of interactions with the healthcare and medical system over the last few years. As someone with a medical history of Complex PTSD and a Traumatic Brain Injury as a result of severe past traumas. For the past month, I have been sick physically which has impacted me emotionally too. While I could understand I have been undergoing a lot of stress, transition, and changes in my life so it seemed reasonable that it could be playing a role, it still felt very different. I've been dealing with this for awhile and not once have I felt like this. Despite making a trip to the ER and more doctor's visits than I can begin to count. Not one single doctor looked at me like I could be having a "legitimate" physical ailment because they saw my medical history--"PTSD." It's like automatically every single doctor jumped the gun and said "it's anxiety", "try to relax" , "don't stress." My favorite was "maybe it is time to go back on anti-anxiety meds" after nearly dying before from the reckless and cavalier prescribing of so called "psychiatrists" putting me on highly addictive benzos such as Klonopin or Xanax.

Long story short, yesterday, four weeks later, while I was taking a summer class at ▮▮▮▮ I felt my throat physically closing up. I was struggling to breathe and swallow. So many doctors' were instilling it was " just anxiety" in me so I dismissed it myself, I was trying to reassure myself to "calm down" but I knew this wasn't a panic attack. After mustering up the strength to go seek help despite having the fear I would be told it was "just anxiety" , I went to urgent care, where I finally ran into a GOOD doctor. Turns out I had a simple problem exacerbating my major ones, I had a bad sinus infection creating worse migraines than I usually have dealing with a TBI and swollen tonsils which is making it hard to breathe. The point is, not ONE doctor took my feelings seriously. Or simply did a basic exam of looking in my mouth until yesterday... Not ONE doctor looked beyond my medical history. Here's the kicker, I got smart enough to not disclose my medical history at all when I went to urgent care where I was finally examined like a human being. The doctor told me "anyone would be feeling physically and emotionally drained." After she diagnosed my problem, she was shocked to find out I had PTSD and a TBI and how I was able to cope with this on top of it. Today, after some oral steroids, I am feeling much better in all senses. This is not to gain sympathy but just my observation and experience of what the sad reality of living with PTSD or any "invisible" illness including a TBI. There is still a

and a TBI and how I was able to cope with this on top of it. Today, after some oral steroids, I am feeling much better in all senses. This is not to gain sympathy but just my observation and experience of what the sad reality of living with PTSD or any "invisible" illness including a TBI. There is still a huge stigma surrounding mental health and invisible illnesses from everyone including medical professionals.

As an extremely high functioning and driven person with PTSD, it is most disturbing that I was taught and conditioned to doubt myself and my body. I was dismissed for seeking answers when I felt off about how I was feeling. I hope the next generation of doctors can start to look at the mind and body connection holistically without instantaneous pill pushing and not examining the whole picture. Thanks to my education at ▇▇▇▇▇▇, something I learned during my time here are the words of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, who teaches the importance for doctors' to have narrative/ medical humility-- to see a patient, hear them, validate, and heal them. Just because you have a MD behind your name does not make you God. Does not make them all knowing superior beings.

I encourage anyone in physical or emotional discomfort or pain, to keep speaking up and voicing your feelings. It is important and ultimately can break the silence of suffering. These subtle ways of dismissing are equivalent to an act of perpetuating silence, to keep oppressing those who have already been silenced by the system(s). It doesn't matter whether it's healthcare, an educational institution, law enforcement, etc—use your voice. Speak your truth always, own your truth, and don't fear what others think for it. As those who judge you or instill even an ounce of shame are not worth your time. I am the victim of violent crimes, why is the burden of shame and blame placed on me and not those who perpetrated them? For other survivors out there, I hear and see you. I am not ashamed of my story and please don't be of yours. I am proud to be a survivor. Don't be afraid to share your story.

👍❤️ 38     32 Comments 4 Shares