**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| B.R.,          ) | |
|          ) | |
|      Plaintiff,      ) | |
|          ) | |
| v.          ) | Civil Action No. 1:19-cv-917 (RDA/TCB) |
|          ) | |
| F.C.S.B., *et al.*      ) | |
|          ) | |
|      Defendants.    ) | |
| _____ ) | |

## <u>DEFENDANT C.K.'S ANSWER TO THE AMENDED COMPLAINT</u>

COMES NOW the Defendant, C.K., by counsel, and in response to the numbered paragraphs of the Amended Complaint herein, Defendant admits, denies, or otherwise responds as follows:

1.     The allegations in paragraph 1 of the Amended Complaint are denied.

2.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Amended Complaint, and therefore they are deemed denied.

3.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Amended Complaint, and therefore they are deemed denied.

4.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Amended Complaint, and therefore they are deemed denied.

5.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Amended Complaint, and therefore they are deemed denied.

6.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Amended Complaint, and therefore they are deemed denied.

7.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Amended Complaint, and therefore they are deemed denied.

8.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Amended Complaint, and therefore they are deemed denied.

9.    The allegations in paragraph 9 of the Amended Complaint are denied.

10.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Amended Complaint, and therefore they are deemed denied.

11.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Amended Complaint, and therefore they are deemed denied.

12.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Amended Complaint, and therefore they are deemed denied.

13.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Amended Complaint, and therefore they are deemed denied.

14.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Amended Complaint, and therefore they are deemed denied.

15.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Amended Complaint, and therefore they are deemed denied.

16.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Amended Complaint, and therefore they are deemed denied.

17.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Amended Complaint, and therefore they are deemed denied.

18.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Amended Complaint, and therefore they are deemed denied.

19.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Amended Complaint, and therefore they are deemed denied.

20.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Amended Complaint, and therefore they are deemed denied.

21.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Amended Complaint, and therefore they are deemed denied.

22.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Amended Complaint, and therefore they are deemed denied.

23.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Amended Complaint, and therefore they are deemed denied.

24.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the Amended Complaint, and therefore they are deemed denied.

25.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Amended Complaint, and therefore they are deemed denied.

26.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Amended Complaint, and therefore they are deemed denied.

27.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Amended Complaint, and therefore they are deemed denied.

28.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Amended Complaint, and therefore they are deemed denied.

29.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Amended Complaint, and therefore they are deemed denied.

30.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Amended Complaint, and therefore they are deemed denied.

31.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Amended Complaint, and therefore they are deemed denied.

32.     It is admitted that the Plaintiff made a motion to proceed under a pseudonym, which was objected to by the Defendant.

33.     The allegations in paragraph 33 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 33 of the Amended Complaint are denied.

34.     The allegations in paragraph 34 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 34 of the Amended Complaint are denied.

35.      The allegations in paragraph 35 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 35 of the Amended Complaint are denied.

36.      The allegation in paragraph 36 of the Amended Complaint are admitted.

37.      It is admitted that the Plaintiff's name and address are not contained in the Amended Complaint. The remaining allegations in paragraph 37 of the Amended Complaint are denied.

38.      The allegations in paragraph 38 of the Amended Complaint are denied.

39.      The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Amended Complaint, and therefore they are deemed denied.

40.      The allegations in paragraph 40 of the Amended Complaint are admitted.

41.      The allegations in paragraph 41 of the Amended Complaint are denied.

42.      The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Amended Complaint, and therefore they are deemed denied.

43.      The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Amended Complaint, and therefore they are deemed denied.

44.      The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Amended Complaint, and therefore they are deemed denied.

45.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Amended Complaint, and therefore they are deemed denied.

46.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Amended Complaint, and therefore they are deemed denied.

47.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Amended Complaint, and therefore they are deemed denied.

48.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Amended Complaint, and therefore they are deemed denied.

49.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Amended Complaint, and therefore they are deemed denied.

50.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Amended Complaint, and therefore they are deemed denied.

51.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Amended Complaint, and therefore they are deemed denied.

52.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Amended Complaint, and therefore they are deemed denied.

53.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Amended Complaint, and therefore they are deemed denied.

54.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Amended Complaint, and therefore they are deemed denied.

55.     The allegations in paragraph 55 of the Amended Complaint are denied.

56.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Amended Complaint, and therefore they are deemed denied.

57.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Amended Complaint, and therefore they are deemed denied.

58.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the Amended Complaint, and therefore they are deemed denied.

59.     The allegations in paragraph 59 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 59 of the Amended Complaint are denied.

60.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the Amended Complaint, and therefore they are deemed denied.

61.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Amended Complaint, and therefore they are deemed denied.

62.     The allegations in paragraph 62 of the Amended Complaint are admitted.

63.     It is admitted that C.K., a minor at the time, was Plaintiff's peer and attended Rachel Carson Middle School. The remaining allegations in paragraph 63 of the Amended Complaint are denied.

64.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Amended Complaint, and therefore they are deemed denied.

65.     It is admitted that Defendant, J.O., was a minor, and attended Rachel Carson Middle School. The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 65 of the Amended Complaint, and therefore they are deemed denied.

66.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Amended Complaint, and therefore they are deemed denied.

67.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Amended Complaint, and therefore they are deemed denied.

68.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Amended Complaint, and therefore they are deemed denied.

69.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Amended Complaint, and therefore they are deemed denied.

70.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Amended Complaint, and therefore they are deemed denied.

71.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Amended Complaint, and therefore they are deemed denied.

72.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Amended Complaint, and therefore they are deemed denied.

73.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Amended Complaint, and therefore they are deemed denied.

74.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Amended Complaint, and therefore they are deemed denied.

75.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Amended Complaint, and therefore they are deemed denied.

76.     The allegations in paragraph 76 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 76 of the Amended Complaint are denied.

77.     The allegations in paragraph 77 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 77 of the Amended Complaint are denied.

78.     The allegations in paragraph 78 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 78 of the Amended Complaint are denied.

79.     The allegations in paragraph 79 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 79 of the Amended Complaint are denied.

80.     The allegations in paragraph 80 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 80 of the Amended Complaint are denied.

81.     The allegations in paragraph 81 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 81 of the Amended Complaint are denied.

82.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Amended Complaint, and therefore they are deemed denied.

83.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Amended Complaint, and therefore they are deemed denied.

84.     The allegations in paragraph 84 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 84 of the Amended Complaint are denied.

85.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Amended Complaint, and therefore they are deemed denied.

86.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Amended Complaint, and therefore they are deemed denied.

87.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Amended Complaint, and therefore they are deemed denied.

88.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Amended Complaint, and therefore they are deemed denied.

89.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Amended Complaint, and therefore they are deemed denied.

90.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Amended Complaint, and therefore they are deemed denied.

91.     It is admitted that the Plaintiff was a 7th grade student during the 2011-12 school year. The remaining allegations in paragraph 91 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 91 of the Amended Complaint are denied.

92.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Amended Complaint, and therefore they are deemed denied.

93.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Amended Complaint, and therefore they are deemed denied.

94.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Amended Complaint, and therefore they are deemed denied.

95.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Amended Complaint, and therefore they are deemed denied.

96.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Amended Complaint, and therefore they are deemed denied.

97.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Amended Complaint, and therefore they are deemed denied.

98.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Amended Complaint, and therefore they are deemed denied.

99.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Amended Complaint, and therefore they are deemed denied.

100.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Amended Complaint, and therefore they are deemed denied.

101.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Amended Complaint, and therefore they are deemed denied.

102.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Amended Complaint, and therefore they are deemed denied.

103.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Amended Complaint, and therefore they are deemed denied.

104.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Amended Complaint, and therefore they are deemed denied.

105.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Amended Complaint, and therefore they are deemed denied.

106.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Amended Complaint, and therefore they are deemed denied.

107.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Amended Complaint, and therefore they are deemed denied.

108.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Amended Complaint, and therefore they are deemed denied.

109.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Amended Complaint, and therefore they are deemed denied.

110.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Amended Complaint, and therefore they are deemed denied.

111.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Amended Complaint, and therefore they are deemed denied.

112.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the Amended Complaint, and therefore they are deemed denied.

113.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Amended Complaint, and therefore they are deemed denied.

114.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Amended Complaint, and therefore they are deemed denied.

115.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the Amended Complaint, and therefore they are deemed denied.

116.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the Amended Complaint, and therefore they are deemed denied.

117.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the Amended Complaint, and therefore they are deemed denied.

118.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 118 of the Amended Complaint, and therefore they are deemed denied.

119.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Amended Complaint, and therefore they are deemed denied.

120.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Amended Complaint, and therefore they are deemed denied.

121.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Amended Complaint, and therefore they are deemed denied.

122.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Amended Complaint, and therefore they are deemed denied.

123.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Amended Complaint, and therefore they are deemed denied.

124.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Amended Complaint, and therefore they are deemed denied.

125.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Amended Complaint, and therefore they are deemed denied.

126.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Amended Complaint, and therefore they are deemed denied.

127.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Amended Complaint, and therefore they are deemed denied.

128.    The allegations in paragraph 128 of the Amended Complaint are denied.

129.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Amended Complaint, and therefore they are deemed denied.

130.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Amended Complaint, and therefore they are deemed denied.

131.    The allegations in paragraph 131 of the Amended Complaint are denied.

132.    The allegations in paragraph 132 of the Amended Complaint are denied.

133.    The allegations in paragraph 133 of the Amended Complaint are denied.

134.    The allegations in paragraph 134 of the Amended Complaint are denied.

135.    The allegations in paragraph 135 of the Amended Complaint are denied.

136.    The allegations in paragraph 136 of the Amended Complaint are denied.

137.    The allegations in paragraph 137 of the Amended Complaint are denied.

138.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of the Amended Complaint, and therefore they are deemed denied.

139.    The allegations in paragraph 139 of the Amended Complaint are denied.

140.    The allegations in paragraph 140 of the Amended Complaint are denied.

141.    The allegations in paragraph 141 of the Amended Complaint are denied.

142.    The allegations in paragraph 142 of the Amended Complaint are denied.

143.    The allegations in paragraph 143 of the Amended Complaint are denied.

144.    The allegations in paragraph 144 of the Amended Complaint are denied.

145.    The allegations in paragraph 145 of the Amended Complaint are denied.

146.    The allegations in paragraph 146 of the Amended Complaint are denied.

147.    The allegations in paragraph 147 of the Amended Complaint are denied.

148.    The allegations in paragraph 148 of the Amended Complaint are denied.

149.    The allegations in paragraph 149 of the Amended Complaint are denied.

150.    The allegations in paragraph 150 of the Amended Complaint are denied.

151.    The allegations in paragraph 151 of the Amended Complaint are denied.

152.    The allegations in paragraph 152 of the Amended Complaint are denied.

153.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 153 of the Amended Complaint, and therefore they are deemed denied.

154.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 154 of the Amended Complaint, and therefore they are deemed denied.

155.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 155 of the Amended Complaint, and therefore they are deemed denied.

156.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 of the Amended Complaint, and therefore they are deemed denied.

157.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 of the Amended Complaint, and therefore they are deemed denied.

158.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158 of the Amended Complaint, and therefore they are deemed denied.

159.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 159 of the Amended Complaint, and therefore they are deemed denied.

160.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 160 of the Amended Complaint, and therefore they are deemed denied.

161.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 161 of the Amended Complaint, and therefore they are deemed denied.

162.    The allegations in paragraph 162 of the Amended Complaint are denied.

163.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 of the Amended Complaint, and therefore they are deemed denied.

164.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 164 of the Amended Complaint, and therefore they are deemed denied.

165.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 of the Amended Complaint, and therefore they are deemed denied.

166.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the Amended Complaint, and therefore they are deemed denied.

167.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the Amended Complaint, and therefore they are deemed denied.

168.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 168 of the Amended Complaint, and therefore they are deemed denied.

169.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Amended Complaint, and therefore they are deemed denied.

170.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the Amended Complaint, and therefore they are deemed denied.

171.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the Amended Complaint, and therefore they are deemed denied.

172.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the Amended Complaint, and therefore they are deemed denied.

173.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Amended Complaint, and therefore they are deemed denied.

174.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 of the Amended Complaint, and therefore they are deemed denied.

175.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 of the Amended Complaint, and therefore they are deemed denied.

176.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 176 of the Amended Complaint, and therefore they are deemed denied.

177.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 177 of the Amended Complaint, and therefore they are deemed denied.

178.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 178 of the Amended Complaint, and therefore they are deemed denied.

179.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 179 of the Amended Complaint, and therefore they are deemed denied.

180.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 180 of the Amended Complaint, and therefore they are deemed denied.

181.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 181 of the Amended Complaint, and therefore they are deemed denied.

182.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 182 of the Amended Complaint, and therefore they are deemed denied.

183.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 183 of the Amended Complaint, and therefore they are deemed denied.

184.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 184 of the Amended Complaint, and therefore they are deemed denied.

185.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the Amended Complaint, and therefore they are deemed denied.

186.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 186 of the Amended Complaint, and therefore they are deemed denied.

187.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 187 of the Amended Complaint, and therefore they are deemed denied.

188.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 188 of the Amended Complaint, and therefore they are deemed denied.

189.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 189 of the Amended Complaint, and therefore they are deemed denied.

190.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 190 of the Amended Complaint, and therefore they are deemed denied.

191.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191 of the Amended Complaint, and therefore they are deemed denied.

192.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 192 of the Amended Complaint, and therefore they are deemed denied.

193.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 193 of the Amended Complaint, and therefore they are deemed denied.

194.     The allegations in paragraph 194 of the Amended Complaint are denied.

195.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 of the Amended Complaint, and therefore they are deemed denied.

196.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 of the Amended Complaint, and therefore they are deemed denied.

197.     The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197 of the Amended Complaint, and therefore they are deemed denied.

198.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 of the Amended Complaint, and therefore they are deemed denied.

199.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199 of the Amended Complaint, and therefore they are deemed denied.

200.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 of the Amended Complaint, and therefore they are deemed denied.

201.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 201 of the Amended Complaint, and therefore they are deemed denied.

202.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 202 of the Amended Complaint, and therefore they are deemed denied.

203.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203 of the Amended Complaint, and therefore they are deemed denied.

204.   The allegations in paragraph 204 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 204 of the Amended Complaint are denied.

205.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 205 of the Amended Complaint, and therefore they are deemed denied.

206.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206 of the Amended Complaint, and therefore they are deemed denied.

207.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 207 of the Amended Complaint, and therefore they are deemed denied.

208.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 208 of the Amended Complaint, and therefore they are deemed denied.

209.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 209 of the Amended Complaint, and therefore they are deemed denied.

210.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 210 of the Amended Complaint, and therefore they are deemed denied.

211.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 211 of the Amended Complaint, and therefore they are deemed denied.

212.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 212 of the Amended Complaint, and therefore they are deemed denied.

213.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 213 of the Amended Complaint, and therefore they are deemed denied.

214.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 214 of the Amended Complaint, and therefore they are deemed denied.

215.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 215 of the Amended Complaint, and therefore they are deemed denied.

216.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 216 of the Amended Complaint, and therefore they are deemed denied.

217.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 217 of the Amended Complaint, and therefore they are deemed denied.

218.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 218 of the Amended Complaint, and therefore they are deemed denied.

219.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 219 of the Amended Complaint, and therefore they are deemed denied.

220.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 220 of the Amended Complaint, and therefore they are deemed denied.

221.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 221 of the Amended Complaint, and therefore they are deemed denied.

222.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 222 of the Amended Complaint, and therefore they are deemed denied.

223.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 223 of the Amended Complaint, and therefore they are deemed denied.

224.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 224 of the Amended Complaint, and therefore they are deemed denied.

225.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 225 of the Amended Complaint, and therefore they are deemed denied.

226.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 226 of the Amended Complaint, and therefore they are deemed denied.

227.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 227 of the Amended Complaint, and therefore they are deemed denied.

228.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 228 of the Amended Complaint, and therefore they are deemed denied.

229.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 229 of the Amended Complaint, and therefore they are deemed denied.

230.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 230 of the Amended Complaint, and therefore they are deemed denied.

231.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 231 of the Amended Complaint, and therefore they are deemed denied.

232.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 232 of the Amended Complaint, and therefore they are deemed denied.

233.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 233 of the Amended Complaint, and therefore they are deemed denied.

234.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 234 of the Amended Complaint, and therefore they are deemed denied.

235.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 235 of the Amended Complaint, and therefore they are deemed denied.

236.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 236 of the Amended Complaint, and therefore they are deemed denied.

237.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 237 of the Amended Complaint, and therefore they are deemed denied.

238.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 238 of the Amended Complaint, and therefore they are deemed denied.

239.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 239 of the Amended Complaint, and therefore they are deemed denied.

240.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 240 of the Amended Complaint, and therefore they are deemed denied.

241.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 241 of the Amended Complaint, and therefore they are deemed denied.

242.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 242 of the Amended Complaint, and therefore they are deemed denied.

243.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 243 of the Amended Complaint, and therefore they are deemed denied.

244.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 244 of the Amended Complaint, and therefore they are deemed denied.

245.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 245 of the Amended Complaint, and therefore they are deemed denied.

246.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 246 of the Amended Complaint, and therefore they are deemed denied.

247.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 247 of the Amended Complaint, and therefore they are deemed denied.

248.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 248 of the Amended Complaint, and therefore they are deemed denied.

249.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 249 of the Amended Complaint, and therefore they are deemed denied.

250.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 250 of the Amended Complaint, and therefore they are deemed denied.

251.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 251 of the Amended Complaint, and therefore they are deemed denied.

252.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 252 of the Amended Complaint, and therefore they are deemed denied.

253.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 253 of the Amended Complaint, and therefore they are deemed denied.

254.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 254 of the Amended Complaint, and therefore they are deemed denied.

255.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 255 of the Amended Complaint, and therefore they are deemed denied.

256.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 256 of the Amended Complaint, and therefore they are deemed denied.

257.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 257 of the Amended Complaint, and therefore they are deemed denied.

258.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 258 of the Amended Complaint, and therefore they are deemed denied.

259.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 259 of the Amended Complaint, and therefore they are deemed denied.

260.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 260 of the Amended Complaint, and therefore they are deemed denied.

261.    The allegations in paragraph 261 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 261 of the Amended Complaint are denied.

262.    The allegations in paragraph 262 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 262 of the Amended Complaint are denied.

263.    The allegations in paragraph 263 of the Amended Complaint are denied.

264.    Defendant incorporates by reference his answers to the preceding paragraphs as if set forth at length herein.

265.    The statute referenced in paragraph 265 speaks for itself, and any characterization thereof is denied.

266.    The statute referenced in paragraph 266 speaks for itself, and any characterization thereof is denied.

267.    The allegations in paragraph 267 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 267 of the Amended Complaint are denied.

268.    The allegations in paragraph 268 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 268 of the Amended Complaint are denied.

269.    The allegations in paragraph 269 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 269 of the Amended Complaint are denied.

270.    The allegations in paragraph 270 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 270 of the Amended Complaint are denied.

271.    The allegations in paragraph 271 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 271 of the Amended Complaint are denied.

272.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 272 of the Amended Complaint, and therefore they are deemed denied.

273.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 273 of the Amended Complaint, and therefore they are deemed denied.

274.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 274 of the Amended Complaint, and therefore they are deemed denied.

275.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 275 of the Amended Complaint, and therefore they are deemed denied.

276.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 276 of the Amended Complaint, and therefore they are deemed denied.

277.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 277 of the Amended Complaint, and therefore they are deemed denied.

278.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 278 of the Amended Complaint, and therefore they are deemed denied.

279.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 279 of the Amended Complaint, and therefore they are deemed denied.

280.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 280 of the Amended Complaint, and therefore they are deemed denied.

281.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 281 of the Amended Complaint, and therefore they are deemed denied.

282.    Defendant incorporates by reference his answers to the preceding paragraphs as if set forth at length herein.

283.    The allegations in paragraph 283 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 283 of the Amended Complaint are denied.

284.    The allegations in paragraph 284 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 284 of the Amended Complaint are denied.

285.    The allegations in paragraph 285 of the Amended Complaint constitute legal conclusions to which no response is required. To the extent a response is required, the allegations in paragraph 285 of the Amended Complaint are denied.

286.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 286 of the Amended Complaint, and therefore they are deemed denied.

287.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 287 of the Amended Complaint, and therefore they are deemed denied.

288.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 288 of the Amended Complaint, and therefore they are deemed denied.

289.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 289 of the Amended Complaint, and therefore they are deemed denied.

290.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 290 of the Amended Complaint, and therefore they are deemed denied.

291.    Defendant incorporates by reference his answers to the preceding paragraphs as if set forth at length herein.

292.    The allegations in paragraph 292 of the Amended Complaint are denied.

293.    The allegations in paragraph 293 of the Amended Complaint are denied.

294.    The allegations in paragraph 294 of the Amended Complaint are denied.

295.   The allegations in paragraph 295 of the Amended Complaint are denied.

296.   The allegations in paragraph 296 of the Amended Complaint are denied.

297.   The allegations in paragraph 297 of the Amended Complaint are denied.

298.   The allegations in paragraph 298 of the Amended Complaint are denied.

299.   The allegations in paragraph 299 of the Amended Complaint are denied.

300.   Defendant incorporates by reference his answers to the preceding paragraphs as if set forth at length herein.

301.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 301 of the Amended Complaint, and therefore they are deemed denied.

302.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 302 of the Amended Complaint, and therefore they are deemed denied.

303.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 303 of the Amended Complaint, and therefore they are deemed denied.

304.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 304 of the Amended Complaint, and therefore they are deemed denied.

305.   The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 305 of the Amended Complaint, and therefore they are deemed denied.

306.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 306 of the Amended Complaint, and therefore they are deemed denied.

307.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 307 of the Amended Complaint, and therefore they are deemed denied.

308.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 308 of the Amended Complaint, and therefore they are deemed denied.

309.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 309 of the Amended Complaint, and therefore they are deemed denied.

310.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 310 of the Amended Complaint, and therefore they are deemed denied.

311.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 311 of the Amended Complaint, and therefore they are deemed denied.

312.    Defendant incorporates by reference his answers to the preceding paragraphs as if set forth at length herein.

313.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 313 of the Amended Complaint, and therefore they are deemed denied.

314.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 314 of the Amended Complaint, and therefore they are deemed denied.

315.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 315 of the Amended Complaint, and therefore they are deemed denied.

316.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 316 of the Amended Complaint, and therefore they are deemed denied.

317.    The Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 317 of the Amended Complaint, and therefore they are deemed denied.

318.    Further answering the Amended Complaint, the Defendant denies each and every allegation in the Amended Complaint not expressly admitted herein and denies that the Plaintiff is entitled to judgment.

## **AFFIRMATIVE DEFENSES**

### **FIRST DEFENSE**

The Court lacks subject matter jurisdiction.

### **SECOND DEFENSE**

The Amended Complaint fails to state a claim against the Defendant C.K. upon which relief may be granted.

**THIRD DEFENSE**

Plaintiff's alleged damages, if any, were the result of unrelated, pre-existing, or subsequent conditions unrelated to Defendant C.K.'s conduct.

**FOURTH DEFENSE**

Plaintiff's claims are barred in whole or in part, by permission, invitation, and/or consent.

**WHEREFORE**, the Defendant denies that Plaintiff is entitled to any of the relief requested and respectfully requests that the Court dismiss the Amended Complaint and enter judgment in his favor and against the Plaintiff.

Respectfully submitted,

C.K.
By Counsel


_____/s/_____

James F. Davis
Virginia State Bar No. 41387
Counsel for Defendant C.K.
James F. Davis, P.C.
10513 Judicial Dr., Suite 301
Fairfax, VA 22030
Tel: (703) 383-3110
Fax: (571) 748-6564
jfd@jfdavislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2020, I electronically filed the foregoing Defendant C.K.'s Answer to the Amended Complaint with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to counsel of record for all Parties.

_____/s/_____

James F. Davis
Virginia State Bar No. 41387
Counsel for Defendant C.K.
James F. Davis, P.C.
10513 Judicial Dr., Suite 301
Fairfax, VA 22030
Tel: (703) 383-3110
Fax: (571) 748-6564
jfd@jfdavislaw.com