UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **B.R.,**  **Plaintiff,**  v.  **F.C.S.B., et al.,**  **Defendants.** | Case No. 1:19-cv-917 (RDA/TCB) |

**JOINT MOTION TO STAY DISCOVERY**

Plaintiff, by counsel, and Defendants, Fairfax County School Board ("F.C.S.B."), S.T., A.F., P.A.H., T.B., B.H., M.P.F., M.C., F.T., J.F., C.K., and J.O., by counsel, (collectively, "the Parties") respectfully move this Court for an Order staying discovery in this case. In support thereof, the Parties state as follows:

1. This case arises out of the alleged sexual harassment, sexual assault, and sexual abuse suffered by Plaintiff B.R. while she was a middle school student within Fairfax County Public Schools.

2. Plaintiff, who recently obtained new counsel, intends to seek leave to amend her Amended Complaint to add factual allegations and five additional causes of action. Plaintiff has circulated a copy of her proposed Second Amended Complaint for review by defense counsel in an effort to determine whether defense counsel would oppose Plaintiff's motion for leave to file the Second Amended Complaint ahead of the Rule 16(b) Pretrial Conference scheduled for May 18, 2022. The Parties are in discussion to determine whether Defendants will consent to Plaintiff's

Motion for Leave.  Plaintiff expects to file her Motion for Leave, by consent or otherwise, on or before May 16, 2022.

3. Counsel for F.C.S.B. has represented that it intends to file a Rule 12(b)(6) motion seeking the dismissal of certain claims and damages.  That motion will include an argument seeking to dismiss and/or strike Plaintiff's non-economic damages based on the recent U.S. Supreme Court decision in *Cummings v. Premier Rehab Keller, P.L.L.C.*, 596 US ___, 2022 WL 1243658 (Apr. 28 2022).  F.C.S.B. represents that, if successful, the motion will obviate a significant amount of discovery—*e.g.*, factual depositions, expert reports, independent medical evaluations, expert depositions, etc. While Plaintiff disagrees with substantive positions taken by F.C.S.B., Plaintiff agrees that the resolution of Rule 12(b)(6) motion(s) will assist the Parties in conducting discovery in an efficient and effective manner.  Accordingly, the Parties believe there is good cause to stay discovery as it will conserve their resources while this critical issue is being briefed and decided.

4. In light of the above, counsel for all Parties have agreed that a stay of discovery until that motion is resolved would be appropriate.

5. In determining whether to grant a stay of discovery, courts consider whether a stay would (1) serve the interests of judicial economy; (2) place a hardship on any party; and (3) prejudice any party. *See Actelion Pharm. Ltd. v. Lee*, Civil Action No. 1:15-cv-1266, 2016 U.S. Dist. LEXIS 5574, at *10 (E.D. Va. Jan. 13, 2016) (O'Grady, J.) (listing factors to be considered in determining whether to grant a stay of discovery); *Buzzell v. JP Morgan Chase Bank*, No. 3:13-CV-668, 2015 U.S. Dist. LEXIS 120330, *2 (E.D. Va. Sept. 9, 2015) (Spencer, J.) (same).

6. The Parties agree that a stay pending resolution of F.C.S.B.'s Rule 12(b)(6) motion would serve the interests of judicial economy.  In addition to the reasons set forth above, it would

permit the Parties to avoid taking the more than twenty depositions that would need to commence within the next month until the Rule 12(b)(6) motion is resolved. The Parties also agree that a stay would not place a hardship on any party and that no Parties would be prejudiced by the stay.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendants, by counsel, respectfully request that this Court grant their Joint Motion to Stay Discovery pending resolution of any Rule 12(b)(6) motion. The Parties propose that they submit a revised Joint Discovery Plan within seven (7) days of the Court's resolution of the 12(b)(6) motion(s).

Dated:  May 11, 2022    Respectfully submitted,

By:  /s/ (with permission)
    Kevin Biniazan (VSB No. 92109)
    Jeffrey A. Breit (VSB No. 18876)
    BREIT BINIAZAN, PC
    Towne Pavilion Center II
    600 22nd Street, Suite 402
    Virginia Beach, VA 23451
    757-670-3925
    757-670-3939
    kevin@bbtrial.com
    jeffrey@bbtrial.com

    Justin M. Sheldon (VSB No. 82632)
    Lee A. Floyd (VSB No. 88459)
    BREIT BINIAZAN, PC
    7130 Glen Forest Drive, Suite 400
    Richmond, Virginia 23226
    Telephone: 757-622-6000
    Facsimile:  757-670-3939
    Justin@bbtrial.com
    Lee@bbtrial.com

*Counsel for Plaintiff*

By:  /s/ Ryan M. Bates
    Ryan M. Bates (VSB No. 74661)
    Perie Reiko Koyama (*pro hac vice*)
    Kelly Oeltjenbruns (*pro hac vice*)
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Avenue, NW
    Washington DC 20037
    Telephone: (202) 955-1500
    Facsimile: (703) 918-4018
    rbates@HuntonAK.com
    pkoyama@HuntonAK.com
    koeltjenbruns@HuntonAK.com

*Counsel for Defendant*
*Fairfax County School Board*

By:  /s/ (with permission)
    Michael E. Kinney (VSB #65056)
    MICHAEL E. KINNEY, PLC
    1801 Robert Fulton Drive
    Suite 120
    Reston, Virginia 20191
    Telephone: (703) 956-9377
    Facsimile: (703) 956-9634
    mk@kinneyesq.com
    mkinney@turnerkinney.com

*Counsel for Defendants A.F., S.T., T.B.,*
*P.H., B.H., M.P., M.C., F.T., and J.F.*

By:<u>      /s/ (with permission)    </u>
James F. Davis (VSB No. 41387)
JAMES F. DAVIS, P.C.
10513 Judicial Dr., Suite 200
Fairfax, VA 22030
Tel: (703) 383-3110
Fax: (571) 748-6564
jfd@jfdavislaw.com

*Counsel for Defendant C.K.*

By:<u>      /s/ (with permission)    </u>
Bruce M. Blanchard (VSB No. 23778)
James P. Miller (VSB No. 89409)
ODIN, FELDMAN, & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Tel: (703) 218-2102 (Blanchard direct)
(703) 218-2154 (Miller direct)
Fax: (703) 218-2160
Bruce.Blanchard@ofplaw.com
Jim.Miller@ofplaw.com

*Counsel for Defendant J.O.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 11th day of May, 2022, I have electronically filed the foregoing Motion with the Clerk of the Court using CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

   /s/ Ryan M. Bates   
Ryan M. Bates (VSB No. 74661)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington DC 20037
Telephone: (202) 955-1500
Facsimile: (703) 918-4018
rbates@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*