# SECOND AMENDED COMPLAINT

# EXHIBIT N

**Virginia Department of Education**

# Annual Report Discipline, Crime, and Violence
## School Year 2009-2010



# May 2011

ANNUAL REPORT 2009-2010

Table 20. Region IV Incidents of Discipline, Crime, and Violence, 2009-2010 (Continued)

| DIVISIONS | Poss./Use of Inhalants | Minor Insubordination | Misrepresentations | Obscene Language/Gestures | Obscene/Disruptive Literature | Offensive Sexual Touching/All | Other Electronic Devices | Other School Violations | Other Weapons, and Explosive Devices | Possession of Taser/Stun Gun | Possession of Razor Blades, Box Cutters | Possession of a Toy or look-alike Gun | Possession of Fireworks | Poss./Use/Sale/Dist. Over-Counter Med. | Robbery Using Force | School Threat | Sexual Assault | Sexual Battery | Sexual Harassment | Sexual Offenses | Stalking | Theft | Threat | Tobacco Products | Trespassing | Unauthorized Use of Technology | Vandalism | Violations of Acceptable Use Policy | Violations of the Internet Policy | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARLINGTON CO. | 0 | 34 | 5 | 40 | 0 | 5 | 0 | 98 | 12 | 0 | 1 | 1 | 0 | 4 | 0 | 2 | 0 | 0 | 8 | 1 | 0 | 24 | 22 | 13 | 1 | 0 | 2 | 1 | 4 | 696 |
| CLARKE CO. | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 4 | 3 | 0 | 0 | 1 | 0 | 0 | 69 |
| CULPEPER CO. | 0 | 54 | 10 | 119 | 6 | 7 | 1 | 107 | 9 | 0 | 5 | 5 | 1 | 2 | 0 | 2 | 0 | 0 | 11 | 4 | 0 | 18 | 32 | 13 | 2 | 2 | 8 | 3 | 7 | 1,711 |
| FAIRFAX CO /FAIRFAX CITY | 0 | 348 | 138 | 600 | 10 | 101 | 54 | 10 | 72 | 1 | 68 | 15 | 10 | 23 | 1 | 18 | 0 | 7 | 69 | 16 | 4 | 306 | 298 | 326 | 22 | 13 | 71 | 13 | 6 | 9,743 |
| FAUQUIER CO. | 0 | 15 | 9 | 114 | 2 | 22 | 7 | 58 | 12 | 0 | 15 | 2 | 2 | 8 | 0 | 3 | 0 | 2 | 29 | 2 | 0 | 43 | 44 | 49 | 1 | 3 | 10 | 2 | 1 | 1,516 |
| FREDERICK CO. | 1 | 503 | 8 | 191 | 2 | 8 | 1 | 96 | 10 | 0 | 10 | 1 | 0 | 8 | 0 | 1 | 0 | 0 | 9 | 3 | 0 | 36 | 102 | 62 | 0 | 1 | 18 | 4 | 1 | 2,370 |
| LOUDOUN CO. | 0 | 23 | 52 | 245 | 6 | 21 | 3 | 51 | 14 | 0 | 15 | 5 | 1 | 3 | 0 | 2 | 0 | 1 | 18 | 6 | 0 | 76 | 83 | 63 | 4 | 3 | 26 | 1 | 0 | 3,196 |
| MADISON CO. | 0 | 88 | 5 | 67 | 0 | 2 | 0 | 18 | 5 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 4 | 10 | 5 | 0 | 1 | 2 | 0 | 2 | 731 |
| ORANGE CO. | 0 | 5 | 4 | 121 | 1 | 0 | 2 | 6 | 18 | 0 | 3 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 15 | 23 | 34 | 0 | 0 | 6 | 0 | 0 | 904 |
| PAGE CO. | 0 | 232 | 4 | 43 | 0 | 0 | 0 | 3 | 2 | 0 | 1 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 13 | 16 | 0 | 3 | 5 | 0 | 0 | 746 |
| PRINCE WILLIAM CO. | 1 | 108 | 85 | 447 | 19 | 38 | 47 | 34 | 70 | 0 | 20 | 24 | 9 | 20 | 0 | 12 | 0 | 4 | 62 | 8 | 0 | 201 | 345 | 80 | 7 | 9 | 48 | 5 | 10 | 6,314 |
| RAPPAHANNOCK CO. | 0 | 5 | 0 | 10 | 0 | 0 | 0 | 9 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 2 | 0 | 0 | 1 | 0 | 0 | 118 |
| SHENANDOAH CO. | 0 | 32 | 9 | 65 | 4 | 11 | 0 | 25 | 12 | 0 | 2 | 1 | 0 | 3 | 0 | 3 | 0 | 0 | 2 | 1 | 0 | 24 | 35 | 52 | 0 | 0 | 8 | 0 | 0 | 764 |
| WARREN CO. | 0 | 37 | 0 | 31 | 2 | 5 | 0 | 11 | 13 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 15 | 16 | 14 | 1 | 1 | 5 | 0 | 0 | 594 |
| ALEXANDRIA CITY | 0 | 39 | 0 | 117 | 1 | 13 | 10 | 147 | 18 | 0 | 7 | 5 | 0 | 0 | 0 | 10 | 0 | 0 | 12 | 0 | 1 | 22 | 37 | 4 | 5 | 3 | 4 | 3 | 2 | 1,695 |
| FALLS CHURCH CITY | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 9 | 0 | 0 | 0 | 1 | 0 | 40 |
| WINCHESTER CITY | 0 | 6 | 1 | 8 | 2 | 2 | 0 | 21 | 5 | 0 | 3 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 7 | 26 | 5 | 0 | 1 | 0 | 1 | 0 | 325 |
| MANASSAS CITY | 0 | 30 | 0 | 169 | 4 | 6 | 5 | 29 | 19 | 1 | 1 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 3 | 7 | 0 | 21 | 19 | 19 | 1 | 2 | 7 | 2 | 0 | 1,187 |
| MANASSAS PARK CITY | 0 | 13 | 0 | 21 | 0 | 0 | 0 | 4 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 3 | 10 | 2 | 0 | 0 | 2 | 0 | 0 | 202 |
| REGIONAL TOTALS | 2 | 1,572 | 330 | 2,416 | 63 | 241 | 130 | 727 | 296 | 2 | 158 | 64 | 27 | 77 | 1 | 54 | 0 | 14 | 237 | 49 | 5 | 833 | 1,131 | 772 | 44 | 42 | 224 | 36 | 33 | 32,921 |
| STATE TOTALS | 42 | 13,191 | 2,319 | 22,662 | 682 | 1,250 | 883 | 11,732 | 1,680 | 16 | 512 | 338 | 168 | 385 | 16 | 177 | 2 | 44 | 987 | 385 | 8 | 4,022 | 6,189 | 4,303 | 315 | 450 | 1,733 | 540 | 185 | 266,198 |