# SECOND AMENDED COMPLAINT

# EXHIBIT O

# STUDENT STATEMENT

STUDENT NAME (Printed) B███ R███

Teacher Name _____ Period ____ Subject ____

## STATEMENT OF FACTS

I am scared to come to school for the following reasons:
C███ K███ and David Neill come to my locker every morning before first pd. They come very close to me, they say "Hey B██" then laugh at me, harass me, tease me, and give me seductive looks. C███ K███ left me a very innapropriate voicemail with lots of sexual terms. C███ says David Neill wants to come up to me and call me volgur names like whore, bitch, and lesbian. People I don't eve know call me lesbian. J███ O███ + C███████ make fun of me for being half Indian and basically say offensive terms. J███ O███ calls me bitch and makes offensive wall post on my facebook calling me bitch and a whore. On Danny McFarland's bus he told everyone. David Neill said I gave him oral sex which is completly false and I sent naked pictures which again isn't true. Also that I let anyone get in my shirt and pants which is offensive because I've never done so.

Student Signature: B███ R███  Date: 11/21/11

It all started 3 weeks ago but really escalated

Bullies



David Neill

People have told me Danny McFarland has told people I have done things

People= Asia Jackson, Mallari Jender, Brdan Harris