# SECOND AMENDED COMPLAINT

# EXHIBIT P

Fraundorfer, Joanne

| | |
|---|---|
| **From:** | The Radosti Family [radostis5@hotmail.com] |
| **Sent:** | Friday, December 09, 2011 8:24 AM |
| **To:** | Fraundorfer, Joanne; Humphrey, Brenda A |
| **Cc:** | Weaver, Cheryl L; Genus, Rich |
| **Subject:** | RE: Counseling Bellami Radosti |

Good Morning Ms. Fraundorfer and Mrs. Humphrey,

Hope all is well with you.

As an update, Bellami said yesterday was a great day at school. She attributes this to the guidance and hallway "shadowing" provided by you. Thank you for providing her this support. We would appreciate it if you could continue to monitor the situation in the hallways during class changes through the early part of next week to ensure the situation has truly simmered down.

I will continue to stay in touch and update you as necessary.

Thank you again,
Bina Radosti
703.689.3838 (home)

---

From: JFraundorfer@fcps.edu
To: radostis5@hotmail.com
CC: clweaver1@fcps.edu
Date: Thu, 8 Dec 2011 08:33:38 -0500
Subject: RE: Counseling Bellami Radosti

Hello Mrs. Radosti,

Thank you for your voice message and email yesterday.

Mrs. Weaver filled me in about the situation and I was able to speak with Bellamy yesterday. I will be monitoring between change of classes of 1st and 3rd periods today and tomorrow. I have given her some strategies to use if she ever feels threatened, uncomfortable or afraid. I will continue to be a support to her and you throughout the year. Please let me know if there is any other way that I can help. Take care

All the Best

Joni

*Joni Fraundorfer*
Carson MS
School Counselor
703-925-3616

---

**From:** The Radosti Family [mailto:radostis5@hotmail.com]
**Sent:** Wednesday, December 07, 2011 9:12 AM
**To:** Fraundorfer, Joanne
**Cc:** Weaver, Cheryl L
**Subject:** Counseling Bellami Radosti