# SECOND AMENDED COMPLAINT

# EXHIBIT Q

Regulation 738-3  
STUDENTS  
May 21, 2008

STUDENTS

Sexual Harassment of Students

Prince William County Public Schools is committed to a school environment in which students are free from sexual harassment, and neither the Prince William County School Board nor its employees will tolerate sexual harassment activity by any employee or student. It is the express policy of the Prince William County School Board to encourage victims of sexual harassment to come forward with such claims.

Students should feel free to report harassment without fear of retaliation. Any attempt of retaliation against the student shall be addressed by appropriate corrective action up to and including expulsion for involved students. School Division employees who make any attempt to retaliate against a student as a result of a sexual harassment charge shall also face disciplinary action, up to and including dismissal from their job.

To ensure a harassment-free environment, the school administration shall take appropriate steps to prevent sexual harassment and shall deal promptly and decisively with reported incidents of sexual harassment. The purpose of this regulation is to provide guidelines to ensure appropriate preventive and corrective actions.

I. Applicability of This Regulation

   Both male and female students are protected by Title IX of the Education Amendments of 1972 (Title IX) from sexual harassment engaged in by a school's employees, other students, or third parties on school grounds or at school sponsored activities. Moreover, Title IX prohibits sexual harassment regardless of the sex of the harasser, i.e., even if the harasser and the person being harassed are members of the same sex.

   It shall be a violation of this regulation for any employee of the School Division to harass a student through conduct or communication of a sexual nature, as defined in this regulation. It shall also be a violation of this regulation for students to harass other students or staff through conduct or communications of a sexual nature, as defined in this regulation.

II. Definitions

   A. Sexual Harassment

      Unwelcome sexual advances, requests for sexual favors, and other inappropriate verbal, nonverbal, written, or physical conduct of a sexual nature when made

Regulation 738-3
STUDENTS
May 21, 2008
Page 2

(i) by an employee, (ii) by a contractor volunteer in the School Division or (iii) by any student to another student, constitute sexual harassment if:

1. Submission to such conduct is made, either explicitly or implicitly, as a term or condition of a student's instruction, employment, or participation in school/extracurricular activities.

2. Submission to or rejection of such conduct is used as the basis for academic decisions affecting the harassed student.

3. Such conduct has the purpose or effect of interfering with a student's academic or professional performance, or creating an intimidating, offensive, or hostile academic environment.

4. A "hostile environment" is created when unwelcome conduct of a sexual nature directed toward a student is sufficiently severe or pervasive as to deny or limit the student's ability to participate in or benefit from the School Division's educational programs or activities. A single "severe" act, such as inappropriate touching or the touching of an intimate part of the body, may constitute sexual harassment. A pattern of less-severe acts may be sexual harassment if pervasive or repeated, depending on the nature, frequency, context, and target of the acts. An isolated act, such as a verbal comment, would not generally be considered sexual harassment.

B. Unwelcome Conduct of a Sexual Nature

Sexual harassment, as defined above, may include but is not limited to the following:

1. Verbal or physical sexual advances, including subtle pressure to engage in sexual activity; touching, pinching, patting, or brushing up against; comments or actions regarding physical or personality characteristics of a sexual nature; and sexually-oriented "kidding," "teasing," and jokes.

2. Suggesting or demanding sexual involvement accompanied by implied or explicit threats concerning one's grades, assignments, employment, participation in scholastic/extracurricular activities, etc.

Regulation 738-3<br>
STUDENTS<br>
May 21, 2008<br>
Page 3

        3. Verbal, non-verbal, or physical conduct of a sexual nature when the allegedly harassed student has indicated, by his/her conduct, that it is unwelcome.

        4. When a student who has initially welcomed such conduct by active participation has given specific notice to the alleged harasser that such conduct is no longer welcome, such subsequent conduct is deemed unwelcome.

II. Complaint Procedure

    A. A student who believes he/she has been sexually harassed should follow the procedures set forth in Regulation 738-1, Complaint Procedures for Student Claims of Discrimination and Harassment.

    B. When the Alleged Harasser is an Employee of the School Division

       Harassment complaints against employees shall be handled in accordance with Regulation 507-1, Complaints Against Employees Involving Allegations of Discrimination and Harassment in Employment.

III. Corrective Action

A substantiated charge against a student for sexual harassment or for making false charges of harassment shall subject that student to disciplinary action in accordance with established disciplinary procedures. Such disciplinary action may range from admonition and counseling to suspension or expulsion depending on the seriousness of the incident and the need to protect other students from future sexual harassment or false allegations of wrongdoing.

IV. Notification and Preventive Measures

Students and parents are notified in the Code of Behavior and this regulation (accessible on the PWCS website at www.pwcs.edu), that sexual harassment will not be tolerated. School administrators shall use appropriate means to inform all students and staff of the School Board's prohibition against sexual harassment, what types of conduct may constitute sexual harassment, and the procedures for reporting sexual harassment complaints set forth in Regulation 738-1, Complaint Procedures for Student Claims of

Regulation 738-3
STUDENTS
May 21, 2008
Page 4

Discrimination or Harassment, and Regulation 507-1, Complaints Against Employees Involving Allegations of Discrimination and Harassment in Employment.

The area associate superintendents (or designee) are responsible for implementing and monitoring this regulation.

The Associate Superintendent for Student Learning and Accountability (or designee) is responsible for reviewing this regulation in 2011.

PRINCE WILLIAM COUNTY PUBLIC SCHOOLS