# SECOND AMENDED COMPLAINT

# EXHIBIT R

# PRINCE WILLIAM COUNTY PUBLIC SCHOOLS

# 2011-12 Code of Behavior



*Providing A World-Class Education*

# Prince William County Public Schools Central Office

**School Board**

Mr. Milton C. Johns
Chairman At-Large

Mr. Don Richardson
Vice Chairman
Gainesville District

Mrs. Lisa E. Bell
Neabsco District

Dr. Michael I. Otaigbe
Coles District

Mrs. Betty D. Covington
Potomac District

Mrs. Denita S. Ramirez
Woodbridge District

Mr. Grant Lattin
Occoquan District

Mr. Gil Trenum
Brentsville District

**Superintendent of Schools**
Dr. Steven L. Walts

**Superintendent's Staff**

Ms. Rae E. Darlington
Deputy Superintendent

Mr. David S. Cline
Associate Superintendent for Finance and Support Services

Mr. R. Todd Erickson
Associate Superintendent for Central Elementary Schools

Mrs. Rita Everett Goss
Associate Superintendent for Eastern Elementary Schools

Mrs. Jarcelynn M. Hart
Associate Superintendent for Western Elementary Schools

Mr. Timothy L. Healey
Associate Superintendent for Student Learning and Accountability

Mr. Keith A. Imon
Associate Superintendent for Communications and Technology Services

Mr. Keith J. Johnson
Associate Superintendent for Human Resources

Mr. Michael A. Mulgrew
Associate Superintendent for High Schools

Dr. Catherine P. Puttre
Associate Superintendent for Middle Schools

# Table of Contents

Preamble .................................................................................................................................................3
Responsibilities (School, Parents, Students) ........................................................................................4-7
Student Code of Expectations ...............................................................................................................5-7
Rules and Regulations ..........................................................................................................................8-16
    School Bus Rules................................................................................................................................13
    Prohibited Substances.....................................................................................................................14-15
    Weapons and Other Prohibited Objects..........................................................................................15-16
Discipline Code ..................................................................................................................................16-17
School Conference ..................................................................................................................................18
Corrective Measures ..........................................................................................................................18-19
Teacher Removal of Students from Class ..............................................................................................19
Suspension Procedures ...........................................................................................................................20
Expulsion Procedures..............................................................................................................................21
Appeal Procedures..............................................................................................................................22-23
Sexual Harassment & Sex Discrimination of Students .....................................................................23-26
Bullying ................................................................................................................................................27-28
Notification of Parental Responsibility ...................................................................................................29
Annual Notification of PWCS Records Policy........................................................................................30
Notification of Rights Regarding Student Educational Records under FERPA...............................31-32
Notification of Protection of Pupil Rights ..............................................................................................32
Parental Notification of 504 Rights .........................................................................................................33
Special Education Advisory Committee (SEAC)....................................................................................34
Parent Resource Center ...........................................................................................................................34
Family Life Education Curriculum and Opt Out Information..........................................................35-39
K-12 School Counseling Services ............................................................................................................40
Parents ......................................................................................................................................................40
2011-12 School Calendar ....................................................................................................................41-43

# Responsibilities

## Prince William County School Board

The "Code of Behavior" has been established for the Prince William County Public Schools. The School Board, acting through the Superintendent, holds all school employees responsible for supervising student behavior while students are legally under the supervision of the schools. The School Board holds all students responsible for appropriate conduct as defined in the Policies and Regulations of the School Board and as summarized in the Prince William County Public Schools "Code of Behavior." Policies and Regulations governing student behavior and student discipline can be found in the Prince William County Public Schools Policy Manual and Administration Manual which are available at each school, in public libraries, and online at pwcs.edu.

**The School Board holds all parents responsible for reading the "Code of Behavior," and any policies or regulations referenced in the "Code of Behavior" for promoting proper student conduct**.

> **Please be aware that security cameras are located in all buildings and will be used to ensure the safety and security of all PWCS students, staff and property.**

## Educational Team

While discipline is ultimately the responsibility of the individual, the implementation of an effective discipline program requires a cooperative team effort. Whenever possible, a preventive approach to discipline shall be taken in an effort to clarify standards of conduct, effectively assess a student's individual needs, and identify any significant factors which may be contributing to a student's misconduct. The school principal is the instructional leader responsible for the development of a local school handbook which is consistent with policies and regulations of the School Board and the "Code of Behavior." Administrators, teachers, and support personnel all work together to ensure the rights of each student in the School Division.

The educational team is responsible for:
- Providing an orderly school environment;
- Providing a favorable psychological environment for learning;
- Encouraging self-discipline;
- Providing an atmosphere of mutual respect;
- Treating each student as an individual in accordance with one's needs;
- Encouraging, monitoring, and evaluating the progress of students;
- Initiating and maintaining open lines of communication with parents;
- Discussing the "Code of Behavior" with students at the beginning of each school year and providing periodic review during the school year;
- Formulating and implementing school rules and regulations in compliance with policies and regulations of the School Board and the "Code of Behavior" throughout the school setting;
- Disseminating the local school handbook and the "Code of Behavior" at the beginning of each school year to all students and interested community groups;
- Providing both instruction and copies of the "Code of Behavior" and the school handbook to all new students upon registration throughout the school year;
- Developing a plan of action, whenever possible, based on the needs of the student and the school environment as a whole; and
- Maintaining the educational records of individual students to include a record of disciplinary actions involving the student. Such records may contain information on police arrest or court action if the student is involved in unlawful behavior. Whenever charges are placed with juvenile court authorities, it may be considered an "arrest" even if the student is not physically taken into custody by police. (As required under Virginia law.)

School administrators (principals and assistant principals) are responsible for appropriate follow-up action whenever students report discrimination, harassment, or other acts which violate the "Code of Behavior." Teachers, counselors, and other educational support staff are responsible for helping students get the assistance they may need from administrators. Staff response to each student complaint should be documented.

In 2004, the School Board created the Office of Student Management and Alternative Programs (OSMAP) to which the School Board delegated the responsibility of coordinating the School Division's efforts to provide a safe school environment through the management of student conduct. The establishment of this office generated revisions to the "Code of Behavior" and related School Board policies and regulations. Students, parents, and staff are directed to Policies 731, "Appeal of Student Matters"; 744, "Short- and Long-term Student Suspensions;" 745, "Student Expulsions, Readmissions, and Exclusions;" 747, "Office of Student Management and Alternative Programs and Regulations;" 681-1, "Alternative Education Programs;" 731-1, "Appeal of Student Matters;" 733-1 "Conduct;" 735-1, "Prohibited Substances;" 744-1, "Short- and Long-Term Student Suspensions;" 745-1, "Student Expulsions, Readmissions, and Exclusions;" 745-4, "School Board Disciplinary Committee Procedures for Student Expulsion Appeal Hearing;" and 775-1, "Weapons and Other Prohibited Objects." The School Board and school staff respect the privacy of students and have developed policies and procedures to protect student privacy rights in accordance with the law. These privacy rights extend to disciplinary matters. All School Board policies and administrative regulations are available to parents/guardians and the public, with the current/official copies posted to the School Division's Web site, pwcs.edu Click on left link for "Policies and Regulations"), and hard copies kept in the School Board Clerk's office.

# Appeal Procedures (continued)

**Authority to Modify Disciplinary Actions –** At each level of the procedure for all disciplinary appeals, the appeal may be granted or denied and the related consequences (corrective measure) may be increased, decreased, or allowed to remain the same. If in the appeal of a long-term suspension the School Board determines that expulsion may be appropriate, the student shall be notified by OSMAP of the right to request a due process hearing before a committee of the School Board. In the event that the student does not request such a hearing or a hearing is requested and the student fails to appear, a committee of the School Board will render a decision based upon the written record. In the event that the decision of the School Board committee is not unanimous, the student may submit a written appeal to the full School Board.

# Sexual Harassment

## SEXUAL HARASSMENT OF STUDENTS IS NOT PERMITTED

Sexual Harassment is illegal and will not be permitted at school or at school-related activities. (Harassment based upon race, color, national origin, pregnancy, religion, or disability is also unlawful prohibited conduct.) The following questions and answers will help students understand what sexual harassment is and what may be done to protect them from it.

1. **Q: What is sexual harassment?**

   **A:** Sexual harassment is an illegal form of discrimination based on a person's sex even if the victim and harasser are the same sex. It occurs when a student is treated unfairly because of his or her sex, or when a student feels hurt or uncomfortable because of what is said or done by another person (student or adult). Words (spoken or written), actions, or bodily contact may be considered sexual harassment if they are connected in some way with a person's sex, and if they are considered to be unwanted or harmful by the student.

2. **Q: How do I know if I have been sexually harassed?**

   **A:** Sometimes it is not easy to know if you have been sexually harassed. If you are singled out, left out, teased, embarrassed, or harmed in some other way because of your gender, it may be sexual harassment. Sexual harassment includes conduct as simple as a dirty joke which makes you feel uncomfortable, or as serious as somebody touching you when or where you do not want to be touched. It may only happen once or it may be repeated. If it is connected to gender, if you do not like it, and if it is serious or repeated, it may be considered sexual harassment.

3. **Q: What should I do if I have been sexually harassed?**

   **A:** If you believe that you have been sexually harassed, tell your teacher, counselor, assistant principal, principal, or parents immediately. These people will listen to you, give you the help that you need, and see that the harassment stops. You have the right to complain any time you believe that you have been harassed, discriminated against, or treated unfairly in any way. The complaint procedures are found in Regulation 738-1, Complaint Procedures for Student Claims of Discrimination or Harassment.

4. **Q: How will sexual harassment complaints be handled by the school administration?**

   **A:** All complaints of sexual harassment will be handled according to policies and regulations of PWCS. The person accused of sexual harassment will be told about the complaint and given a chance to explain. Parents of the students involved will be informed. Witnesses to the alleged harassment will be interviewed. All such information will be considered when investigating and resolving a complaint.

5. **Q: What will happen to those who engage in sexual harassment?**

   **A:** If the person is found to have engaged in sexual harassment, the consequences will be determined by the nature of the harassment and circumstances of the case. For students, the consequences will be based on the "Corrective Actions" described in the "Code of Behavior," and may range from a warning or counseling to suspension or expulsion. Student disciplinary measures are confidential by law and cannot be shared. If an adult staff member engages in sexual harassment, that person will face serious consequences up to and including dismissal depending on the seriousness of the harassment. In addition, the police will be contacted when any laws may have been broken.

## Sexual Harassment (continued)

6. **Q: What happens to me if I complain about sexual harassment?**

   **A:** Students should feel free to report harassment so that the problem can be corrected. Those who engage in sexual harassment will be warned that there may be more serious consequences if they attempt to retaliate against the person who reported them, or if they continue the harassment. Every effort will be made to protect the student from retaliation or continued harassment, and to see that the student receives whatever help is needed. All students should understand, however, that complaints will be taken seriously and that corrective action may be taken against a student for making a complaint of harassment which is not true.

7. **Q: What if sexual harassment is not handled in a satisfactory way at the school?**

   **A:** The parent/guardian of either student (accuser or accused) may appeal to the level associate superintendent if dissatisfied with the way the school has handled a sexual harassment complaint. Appeals should be delivered in writing to the level associate superintendent within five school days as explained on Page 22 of the "Code of Behavior."

8. **Q: What can students do to stop sexual harassment?**

   **A:** Students can help to stop sexual harassment by:
   - Letting others know when their behavior is unacceptable.
   - Telling the harasser very firmly to stop, and doing so at the first sign of harassment.
   - Keeping notes of dates, times, places, witness names, etc.
   - Asking for the help of a teacher or counselor.
   - Reporting harassment to the principal or assistant principal.

Any student or parent who would like help in dealing with sexual harassment should talk with the principal, counselor, or teacher at the school, or call the Office of Student Services at 703.791.7257. A copy of the policy and regulation on sexual harassment is available at pwcs.edu or upon request.



# SEX DISCRIMINATION AND SEXUAL HARASSMENT OF STUDENTS

Prince William County Public Schools is committed to a school environment in which students are free from sex discrimination by other students, employees, or third parties. The school administration will take appropriate steps to prevent sex discrimination and will deal promptly and decisively with reported incidents of discrimination. Sexual harassment is one form of sex discrimination which, like others, is strictly prohibited. Regulation 738-3, Sexual Harassment of Students, provides detailed information about sexual harassment and is available at pwcs.edu or upon request by calling the Office of Student Services at 703.791.7257. Following is a summary of information from that regulation.

### Definition of Sexual Harassment
Sexual Harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal, written, or physical conduct of a sexual nature, when one or more of the following applies:
- Submission to such conduct is made a term or condition of employment, instruction, or participation in school activities.
- Submission to or rejection of such conduct is used as the basis for making decisions about the student.
- Such conduct has the purpose or effect of interfering with performance in school or creating an intimidating, abusive, offensive, or hostile environment.

A "hostile environment" is created when acts of a sexual nature are sufficiently severe, persistent, or pervasive as to deny the benefits of the school to the student. A single "severe" act, such as inappropriate touching or the touching of an intimate part of the body, may constitute sexual harassment. A pattern of less-severe acts may be sexual harassment if pervasive or repeated, depending on the nature, frequency, context, and target of the acts. An isolated act, such as a verbal comment would not generally be considered sexual harassment. Sexual harassment is determined by its effect on the victim (based on the "reasonable person" standard), not on the intent of the harasser. It is harassment if the victim, as any "reasonable person" might be, is harmed−if the victim feels offended, intimidated, threatened, abused, or persecuted to the extent that the victim is denied certain benefits of the school or participation in school programs.

### Complaint Procedure
All students should be informed of their right to protection against sexual harassment and the right to file a complaint if they believe they have been harassed. School administrators are responsible for investigating each complaint, determining if the complaint is legitimate in accordance with the above definition, and taking corrective action where warranted. Any student can file a complaint by talking to an administrator and completing a complaint form, available in the school's office, and returning this form to an assistant principal or principal. All teachers, counselors, and educational support staff should be informed of the students' rights to file a complaint and should be able to help as appropriate, and will provide assurance of corrective action and protection against retaliation. School administrators will respond to complaints of sexual harassment according to guidelines in Regulation 738-1, Complaint Procedures for Student Claims of Discrimination or Harassment. Complaints will be investigated in a prompt and impartial manner by the principal or designee who will interview the accused, as well as witnesses, and consider all relevant information/evidence. The accused and the parents of both parties will be informed of the complaint; otherwise, confidentiality will be maintained to the extent possible. The principal or designee will advise the complainant of counseling services or other sources of help as appropriate, and will provide assurance of corrective action and protection against retaliation.

### Corrective Action
Anyone accused of harassment will be informed of the specific complaint and given the opportunity to provide an explanation in defense. If a student has engaged in sexual harassment, corrective action will be taken in accordance with established disciplinary procedures. Corrective action may range from admonition and counseling to suspension or expulsion depending on the seriousness of the incident and the need to protect other students from future harassment. If an employee has engaged in sexual harassment, appropriate disciplinary action will be taken up to and including dismissal, depending on the seriousness of the offense. In addition, students, employees, and third parties may be reported to authorities for appropriate legal action. NOTE: Any student who knowingly files a false complaint of harassment may also be subject to corrective action.

### Protection Against Retaliation
Students should feel free to report harassment without fear of retaliation from the accused. Any attempt of retaliation will be addressed by appropriate corrective action up to and including expulsion for students. School Division employees who make any attempt to retaliate as a result of a harassment charge will also face disciplinary measures, up to and including dismissal from their job.

### Appeal Procedure
A student may appeal the decision of the school administration in any sexual harassment case. Appeals must be stated in writing by the parent/guardian or emancipated student and forwarded to the appropriate level associate superintendent according to the procedures found in Regulation 738-1, Complaint Procedures for Student Claims of Discrimination or Harassment.

### Preventive Measures
The school will act to prevent sexual harassment as described in Regulation 738-3. Students can help to prevent or stop harassment if they will:
- Let the harasser know very clearly that such actions are not wanted.
- Tell the harasser very firmly to stop.
- Keep written notes of dates, times, places, witness names, and other information about actual occurrences of harassment.
- Keep notes, letters, and other evidence of harassment.
- Talk with a counselor or administrator and, if appropriate, file a complaint.

### Sources of Help
Any student or parent who needs help in understanding the sexual harassment regulation or in knowing how to deal with concerns about sexual harassment should talk with the principal, assistant principal, or counselor at school or call the Office of Student Services at 703.791.7257.

# Complaint of Harassment or Discrimination

The Prince William County Public Schools "Code of Behavior" states, "Words, gestures, symbols, actions, or physical contact which offend, intimidate, threaten, or persecute others will not be tolerated." The principal and staff of this school are committed to enforcement of the "Code of Behavior" and will respond promptly and appropriately to complaints of harassment or discrimination. Any student can file a complaint by talking to an administrator and/or completing this form and returning it to an assistant principal or principal. This form may be photocopied or obtained from the school counseling office.

**PLEASE PRINT**

**Name of Student completing this form:** _____

**School:** _____

**Name(s) of Person(s) accused of harassment or discrimination:** _____

_____

_____

**Description of Complaint: (use specific dates, times, witness names, etc. if possible)**

_____

_____

_____

_____

**Signature of Student completing this form:** _____

**Date:** _____

**NOTE:** All complaints will be followed by an investigation. Those accused as well as the parents of students involved will be informed of complaints, witnesses will be interviewed, and all information will remain confidential except for that which must be shared as part of the investigation.

# Bullying

## BULLYING OF STUDENTS IS NOT PERMITTED

Each school is committed to creating an environment in which students are free from bullying. Students are strongly encouraged to report incidents to the school administration. The school administrator will take appropriate steps to respond quickly and decisively to student reports of bullying. Students may use the form on page 28 to report incidents of bullying. The Bullying Complaint Form is also located in the guidance department or main office.

**Q: What is bullying?**

**A:** Bullying consists of any words or actions that harm or threaten another person's body, property, self-esteem or group acceptance. Bullying happens when someone says or does something that hurts or threatens another person or makes them feel bad. This includes all oral, written, electronic, or non-verbal forms of ridicule, harassment, and intimidation. Cyberbullying, a form of bullying which involves the transmission, receipt, or display of electronic messages and/or images, is strictly forbidden and is an unacceptable use of technology*. If allowed to continue, bullying can result in serious acts of violence, health problems, declining grades, and loneliness. Bullying can make people hurt themselves or other people, get sick, get bad grades, and feel lonely. In addition, bullies in school are more likely than their peers to commit crimes after they grow up.

*Unacceptable use of technology includes use of technology off school property which has a material effect on the operation or general welfare of the School Division, impacts the integrity of the educational process, threatens the safety and welfare of students, staff, or school property, occurs when the student is under the school's authority in loco parentis, or otherwise invades the rights of students or staff.

**Q: What behaviors are considered to be bullying behaviors?**

**A:** Some examples of bullying behaviors include purposely not including people, taunts, threats, gestures, insults, gossip, humiliation, teasing, cyberbullying, horseplay, pushing, tripping, hitting, stealing or destroying property, cursing, and laughing at others based on their appearance, academic or athletic ability, or any other reason. There are many different ways that bullying happens. Sometimes it's just people making other people feel left out. Other times it's hitting, teasing, or threatening to hurt someone. Stealing or bothering someone's lunch or books is bullying, too, and so is laughing at someone because they wear glasses or different kinds of clothes, or because they aren't good at sports. Using the Internet or computers to harm people is another form of bullying. Other harmful behaviors can be bullying, too.

**Q: How can I report bullying?**

**A:** Any student can report bullying by talking to an administrator or staff member, or completing the Bullying Complaint Form on page 28. Staff members must report your complaint to the school administration. This information should also be shared with your parent(s)/guardian(s).

**Q: What should I do if the bullying continues?**

**A:** Report this to a school administrator or staff member immediately. It is also important to tell your parent(s)/guardian(s) that the bullying is continuing. Administrators will take disciplinary action up to and including expulsion if the student accused of bullying attempts to get back at the victim for reporting his/her bullying behavior.

**Q: Are there immediate actions that I can take if I am bullied?**

**A:** Yes. These actions include:
- Telling the bully very firmly to stop.
- Keep written notes of dates, times, places, witness names and other information about any incident of bullying.
- Talking with a staff member, counselor, administrator or parent about the incident immediately.

**BULLYING BEHAVIORS WILL NOT BE TOLERATED IN PRINCE WILLIAM COUNTY PUBLIC SCHOOLS, ON SCHOOL GROUNDS, OR AT SCHOOL-RELATED ACTIVITIES. PWCS TIPLINE: 703.791.2821**

# Complaint of Bullying

The Prince William County Public Schools "Code of Behavior" states, "Actions which cause the physical, verbal, or emotional abuse of others will not be tolerated. Taunts, threats, insults, gossip, harassment, humiliation, teasing, cyberbullying, pushing, tripping, and hitting, are all considered to be bullying behaviors." The principal and staff of this school are committed to enforcement of the "Code of Behavior" and will respond promptly and appropriately to complaints of bullying. Any student can complain about bullying by talking to an administrator and/or completing this form and returning it to an assistant principal or principal. This form may be photocopied or obtained from the school counseling office.

**PLEASE PRINT**

**Name of Student completing this form:** _____

**School:** _____

**Name(s) of Student(s) accused of bullying:** _____

_____

_____

**Description of the Incident (who, what, when, where, why and how). Use specific dates, times, locations, witness names, etc. if possible.**

_____

_____

_____

_____

_____

**Signature of student completing this form:** _____

**Date:** _____

**NOTE:** All complaints will be followed by an investigation. Those accused as well as the parents of students involved will be informed of complaints, witnesses will be interviewed, and all information will remain confidential except for that which must be shared as part of the investigation.