UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **B.R.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**F.C.S.B., et al.,**<br><br>    **Defendants.** | Case No. 1:19-cv-917 (RDA/TCB) |

**MOTION TO SEAL CORRECTED EXHIBIT P TO PLAINTIFF'S
SECOND AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT**

COMES NOW Plaintiff, B.R., by counsel, and pursuant to Rule 5 of the Local Rules of the United States District Court for the Eastern District of Virginia, hereby moves to seal Corrected Exhibit P to Plaintiff's Second Amended Complaint [ECF No. 139-1], in which one of the party names remained unredacted. Plaintiff has already filed a Second Corrected Second Amended Complaint Exhibit P [ECF No. 142-1] in accordance with the Order entered by this Court [ECF No. 134]

WHEREFORE Plaintiff respectfully requests that the Court seal Corrected Exhibit P to Plaintiff's Second Amended Complaint [ECF No. 139-1].

Respectfully submitted,

B.R., Plaintiff

Dated: June 16, 2022

　　/s/　Kevin Biniazan
Kevin Biniazan (VSB No. 92109)
Jeffrey A. Breit (VSB No. 18876)
BREIT BINIAZAN, PC

1

       Towne Pavilion Center II
       600 22nd Street, Suite 402
       Virginia Beach, Virginia  23451
       (757) 670-3925 Office
       (757) 670-3939 Facsimile
       Email: kevin@bbtrial.com
       Email: jeffrey@bbtrial.com

       Justin M. Sheldon (VSB No. 82632)
       Lee Adair Floyd (VSB No. 88459)
       BREIT BINIAZAN, PC
       7130 Glen Forest Drive, Suite 400
       Richmond, Virginia 23226
       Telephone: 703-517-3514
       Facsimile: 757-299-8028
       Email: justin@bbtrial.com
       Email: lee@bbtrial.com

       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 16th day of June, 2022, I have electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

       By:  /s/     Kevin Biniazan
       Kevin Biniazan (VSB No. 92109)
       BREIT BINIAZAN, PC
       Towne Pavilion Center II
       600 22nd Street, Suite 402
       Virginia Beach, Virginia  23451
       (757) 670-3925 Office
       (757) 670-3939 Facsimile
       Email: kevin@bbtrial.com
       *Counsel for Plaintiff*