IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| B.R., | ) |
|     Plaintiff, | ) |
| v. | )    Civil No. 1:19-cv-00917-RDA-WEF |
| FAIRFAX COUNTY SCHOOL BOARD, et al., | ) |
|     Defendants. | ) |

## **NOTICE OF WAIVER OF HEARING**

The Parties waive oral argument on Defendant Fairfax County School Board's Consent Motion to Strike Dkt. 300-1.

Dated: July 11, 2023

By: */s/ Ryan M. Bates*
Ryan M. Bates (VSB No. 74661)
Sona Rewari (VSB No. 47327)
Scott W. Burton (VSB No. 90601)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
rbates@HuntonAK.com
srewari@HuntonAK.com
burtons@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By:     <u>*/s/ Ryan M. Bates*</u><br>
Ryan M. Bates (VSB No. 74661)