IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| B.R., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 1:19-cv-00917-RDA-WEF |
| v. | ) | |
| | ) | |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL**

Pursuant to Local Civil Rule 5(C), Defendant Fairfax County School Board ("the School Board") respectfully moves the Court for an order sealing Exhibit A to its Reply Brief in Support of Defendant's Motion to Compel Forensic Collection and Production.

Exhibit A to Defendant Fairfax County School Board's Reply Brief in Support of Its Motion to Compel Forensic Collection and Production contains two documents designated by Plaintiff as "Confidential" and/or "Highly Confidential – Attorney's Eyes Only" under the Court's Amended Protective Order (ECF No. 205).[1] The originals of these documents also contain the full first names of Plaintiff and certain individual Defendants, but the copies contained in Exhibit A have been redacted to provide only initials, per the Court's Order of March 10, 2020 (ECF Nos. 85, at 46, 49).

---

[1] The School Board notes for the Court that, separate and apart from the instant dispute, Plaintiff recently orally agreed to downgrade the second of the two documents to "Confidential"; however, she has not yet produced this document with the "Confidential" labeling.

1

By filing this motion, the School Board seeks to comply both with the terms of the Protective Order and Local Civil Rule 5.

Concurrently with this motion, the School Board has filed a non-confidential Notice of Filing Motion to Seal, and a non-confidential memorandum in support of this motion.

The School Board respectfully requests that the Court grant this motion, and to allow the School Board to file Exhibit A under seal initially, affording Plaintiff the opportunity under Local Rule 5(C) to demonstrate why sealing is appropriate.

Dated:  July 13, 2023                    Respectfully submitted,

By: */s/ Ryan M. Bates*
Ryan M. Bates (VSB No. 74661)
Sona Rewari (VSB No. 47327)
Scott W. Burton (VSB No. 90601)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
rbates@HuntonAK.com
srewari@HuntonAK.com
burtons@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: */s/ Ryan M. Bates*
Ryan M. Bates