UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19cv917 (RDA/WEF) |
| | ) |
| F.C.S.B. et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

This matter is before the Court on Defendant F.C.S.B.'s Motions to Seal and the parties' Consent Motion to Strike. (Dkts. 302, 307, 311). During the July 14, 2023 hearing before the undersigned, counsel for Defendant F.C.S.B. and Plaintiff agreed that the Consent Motion to Strike would be expanded to include Dkts. 300-3, 300-4, and 300-5.

Finding that Defendant's exhibits were submitted in error, the Consent Motion to Strike will be granted.

Regarding Defendant's Motions to Seal, district courts have authority to seal court documents "if the public's right of access is outweighed by competing interests." *Ashcraft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000). A district court may seal court filings if it (1) "provide[s] public notice of the request to seal and allow[s] interested parties a reasonable opportunity to object, (2) consider[s] less drastic alternatives to sealing the documents, and (3) provide[s] specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Id.*

Defendant provided notice of sealing, and no interest party has objected. (Dkts. 305, 314);

*see* Loc. Civ. R. 5(C).

Defendant has demonstrated that the information sought to be sealed is designated confidential and is properly confidential under the parties' Amended Protective Order. Defendant has further demonstrated that no less drastic alternative to sealing the information is available. The Court finds that the interest in maintaining the confidential nature of the information outweighs the public's right of access.

Accordingly, it is hereby

**ORDERED** that the Consent Motion to Strike (Dkt. 307), as amended orally during the July 14, 2023 hearing, is **GRANTED** such that Dkts. 300-1, 300-3, 300-4, and 300-5 shall be stricken; it is further

**ORDERED** that Defendant F.C.S.B.'s Motions to Seal (Dkts. 302, 311) are **GRANTED** such that Exhibit G to Defendant's Motion to Compel (Dkt. 304) and Exhibit A to Defendant's reply brief (Dkt. 313) shall remain sealed.

**ENTERED** this 14th day of July, 2023.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia