IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| B.R., | ) |
|       Plaintiff, | ) |
| v. | ) Civil Case No. 1:19-cv-00917-RDA-TCB |
| F.C.S.B., *et al.,* | ) |
|       Defendants, | ) |

**REQUEST FOR EXPEDITED RULING WITHOUT ORAL ARGUMENT**

**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**

The Dhillon Law Firm and its attorneys, David A Warrington, Jonathan M. Shaw, Gary M. Lawkowski and Karin M. Sweigart ("the Dhillon Law Firm"), by the undersigned counsel appearing specially, move to withdraw as counsel of record for the plaintiff, B.R. The request is made with the consent of plaintiff, as represented by the signatures of The Dhillon Law Firm and co-counsel for plaintiff, The Joel Bieber Firm. Counsel is in possession of an email from B.R. consenting to this withdrawal. The withdrawal will not prejudice the plaintiff, any of the parties or the Court as plaintiff continues to be represented by The Joel Bieber Firm.

We ask that the Court rule on the papers, without oral argument, as soon as reasonably practicable.

The undersigned, on behalf of The Dhillon Law Firm asks for an expedited ruling and waives oral argument. Defense counsel have been asked for their position on the request and they have indicated that they have no objection.

1

## MEET AND CONFER

The undersigned has contacted defense counsel and asked for their position on this Motion. One has consented (Jim Davis) and the two others have not yet advised as to their position although they have acknowledged receipt of the request.

Respectfully submitted,

The Dhillon Law Firm and its attorneys
By Counsel


/s/ Bernard J. DiMuro
Bernard J. DiMuro (VSB No. 18784)
DiMuroGinsberg, P.C.
1001 N. Fairfax Street, Suite 510
Alexandria, VA 22314
Phone: (703) 684-4333
Fax: (703) 548-3181
bdimuro@dimuro.com

## CERTIFICATE OF SERVICE

I hereby certify on this 29th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ Bernard J. DiMuro