**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| B.R., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:19-cv-00917-RDA-TCB |
| | ) | |
| F.C.S.B., *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| _____ | ) | |

## CONSENT ORDER TO WITHDRAW

Upon consideration of the agreement of plaintiff and her counsel as evidenced by the signatures below and the representation that plaintiff has consented to this withdrawal and the fact that plaintiff is represented by other counsel of record in this lawsuit; it is hereby

ORDERED that The Dhillon Law Firm and its attorneys, David A Warrington, Jonathan M. Shaw, Gary M. Lawkowski and Karin M. Sweigart are hereby granted leave to withdraw as counsel of record.

ENTERED this _____ day of _____, 2023

_____
JUDGE

**WE ASK FOR THIS:**

/s/ *David A. Warrington*
David A. Warrington (VSB No. 72293)
Jonathan M. Shaw (VSB No. 98497)
Gary M. Lawkowski (VSB No. 82329)
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: 703.574.1206
Facsimile: 415.520.6593
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

*/s/ Karin M. Sweigart*
Karin M. Sweigart (Admitted Pro Hac Vice)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593
ksweigart@dhillonlaw.com

*Counsel for Plaintiff B.R.*


**AGREED ON BEHALF OF PLAINTIFF AND OUR FIRM:**

*/s/Jason Matthew Hart*
Melissa Fry Hague (admitted *pro hac vice*)
Jason Matthew Hart (VSB No. 76818)
Kelly N. Stevenson (admitted *pro hac vice*)
THE JOEL BIEBER FIRM
6806 Paragon Place, Suite 100
Richmond, VA 23230
Telephone: (804) 800-8000
Facsimile: (804) 358-2262
mhague@joelbieber.com
*Counsel for Plaintiff B.R.*

**NOTICE TO BE GIVEN TO:**

Michael E. Kinney (VSB #65056)
MICHAEL E. KINNEY, PLC
1801 Robert Fulton Drive, Suite 120
Reston, Virginia 20191
Telephone:  (703) 956-9377
Facsimile:  (703) 956-9634
mk@kinneyesq.com
*Counsel for S.T., A.F., P.A.H., T.B., B.H.,M.P.F., M.C., F.T., and J.F.*

Sona Rewari (VSB No. 47327)
Ryan M. Bates (VSB NO. 74661)
Perie Reiko Koyama (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
srewari@HuntonAK.com
rbates@HuntonAK.com
pkoyama@HuntonAK.com
*Counsel for Defendant Fairfax County School Board*

James F. Davis (VSB No. 41387)
James F. Davis, P.C.
10513 Judicial Dr., Suite 200
Fairfax, VA 22030
jfd@jfdavislaw.com
*Counsel for Defendant C.K.*

Bruce M. Blanchard, Esq. (VSB No. 23778)
James P. Miller, Esq. (VSB No. 89409)
Odin, Feldman, & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Bruce.Blanchard@ofplaw.com
Jim.Miller@ofplaw.com
*Counsel for Defendant J.O.*