IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| B.R., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Case No. 1:19-cv-00917-RDA-TCB |
| | ) |
| F.C.S.B., *et al.,* | ) |
| | ) |
|     Defendants, | ) |
| | ) |
| _____ | ) |

## NOTICE OF WAIVER OF ORAL ARGUMENT

Please take notice that pursuant to Local Civil Rule 7, the Dhillon Law Firm and its attorneys, hereby waive oral argument on their Motion to Withdraw.

Respectfully submitted,

The Dhillon Law Firm and its attorneys
By Counsel

/s/ Bernard J. DiMuro
Bernard J. DiMuro (VSB No. 18784)
DiMuroGinsberg, P.C.
1001 N. Fairfax Street, Suite 510
Alexandria, VA 22314
Phone: (703) 684-4333
Fax: (703) 548-3181
bdimuro@dimuro.com

## CERTIFICATE OF SERVICE

I hereby certify on this 29th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ Bernard J. DiMuro