**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| B.R., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FAIRFAX COUNTY SCHOOL BOARD, )<br>*et al.*, )<br>)<br>    Defendants. )<br>) | Civil No. 1:19-cv-00917-RDA-WEF |

## UNOPPOSED MOTION TO REDACT NAME OF MINOR FROM PLAINTIFF'S LETTERS

Plaintiff, B.R., moves pursuant to the Court's September 20, 2023 paperless order requiring Plaintiff to "determine whether they seek any redactions to Plaintiffs Letters and shall file any motion relevant to the remaining five Plaintiffs Letters by Friday, September 22, 2023, at 5:00 p.m." [DE 415]. It is Plaintiff's position that the name of a non-party minor, at the time of the incidents described, should be redacted. Defendants' counsel do not oppose these redactions. Plaintiff's letters, along with redactions in the letter titled "B.R. MTC September 11, 2023" are attached.

Plaintiff respectfully requests that this Court grant this motion. A proposed Order is attached along with a complete set of Plaintiff's five remaining letters, including the redaction of the minor's name as attachments 1-5.

Dated: September 25, 2023

By:   /s/
    Jonathan Fahey (VSB No. 44854)
    Brown Rudnick LLP
    601 Thirteenth Street NW

Suite 600
Washington, D.C. 20005
(202) 536-1702
JFahey@brownrudnick.com

Samantha M. Licata*(pro hac vice pending)*
Andrew Brenner*(pro hac vice pending)*
Alison Anderson*(pro hac vice pending)*
BOIES SCHILLER FLEXNER LLP
100 SE Second Street
Suite 2800
Miami, FL 33131
Telephone: (305) 357-8461
slicata@bsfllp.com
abrenner@bsfllp.com
aanderson@bsfllp.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By:    /s/
     Jonathan L. Fahey
     Brown Rudnick LLP
     601 Thirteenth Street NW
     Suite 600
     Washington, D.C. 20005
     (202) 536-1702
     JFahey@brownrudnick.com