# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **B.R.,** | |
|     **Plaintiff,** | |
| v. | Case No. 1:19-cv-00917 (RDA/TCB) |
| **F.C.S.B. et al.,** | |
|     **Defendants.** | |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff B.R. hereby serves her Initial Disclosures in the above styled and numbered cause:

**A.** **The name of and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

**RESPONSE:**

Persons likely to have discoverable information may include, but may not be limited to, the following:

(1) B.R.
By and through her attorneys of record

Plaintiff

(2) Fairfax County School Board and its agents, servants, representatives, employees, and custodian records, by and through their attorneys of record

Ryan Bates, Esq.

      600 Cameron Street
      Alexandria, Virginia 22314

(100)    Physicians, nurses, employees, representatives, agents and custodian of medical and billing records of:

      RWJ University Hospital Somerset
      110 Rehill Avenue
      Somerville, New Jersey 08876

      Plaintiff's medical provider

Discovery is ongoing and Plaintiff will continue to identify additional individuals and/or providers as they are identified.

      **B.**    **A copy-or description by category and location – of all documents electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

      **RESPONSE**:

Plaintiff is producing the following records, documents, and photographs, all of which may be used to support the Plaintiff's claims:

1. Medical records from Plaintiff's medical and mental health care providers;
2. Billing records from Plaintiff's medical and mental health care providers;
3. Written communications including electronic communications with Defendants and Plaintiff and Plaintiff's family.

Plaintiff is in possession of additional documentation believed to be duplicative of documentation in the possession of Defendant F.C.S.B. including documents contained in Plaintiff's student FERPA file. Plaintiff reserves the right to supplement.

      **C.**    **A computation of each category of damages claimed by the disclosing party who must also make available for inspection and copying under Rule 34 the documents or other evidentiary material not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

      **RESPONSE:**

| Dates of Service | Provider | Total Amount |
| --- | --- | --- |

14

| | | | |
|---|---|---|---|
| 1. | xx/xx/xx | Fairfax-Falls Church Community Svs Bd | xxx |
| 2. | 12/21/06 – 09/06/13 | Herndon Family Medicine | xxx |
| 3. | 02/17/12 – 03/27/12 | Northern VA Psychiatric Group | xxx |
| 4. | 03/05/12 | Inova Fairfax Hospital | xxx |
| 5. | 03/09/12 | Children's National Hospital | $1,394.40 |
| 6. | 03/09/12 | Children's Nat'l Hospital Medical Asso. | $160.00 |
| 7. | 12/06/12 – 08/26/13 | Penn Behavioral Health | $1,170.00 |
| 8. | 11/14/12 – 10/28/15 | NeuroScience, Inc. | $25,368.00 |
| 9. | 04/10/13 – 04/13/13 | St. Luke's Cornwall Hospital | $627.22 |
| 10. | 04/10/13 – 04/26/21 | Jonathan D.K. Trager, MD | $2,180.00 |
| 11. | 11/02/15 – 12/28/19 | Balance & Thrive, LLC | $12,880.00 |
| 12. | 11/17/15 – 12/29/15 | Ramapo Ridge Psychiatric Hospital Christian Health Care Center | $580.00 |
| 13. | 03/17/16 | Robert Wood Johnson University Hospital | xxx |
| 14. | 03/26/17 – 05/16/19 | Holy Name Medical Center | $100,269.30 |
| 15. | 08/22/18 – 01/28/19 | Sabino Recovery Group, LLC | $42,627.19 |
| 16. | 10/10/18 – 11/01/18 | Kamran Fallahpour, PhD | $3,237.50 |
| 17. | 10/03/19 – 06/18/21 | Shannon Leon, MD | $2,890.00 |
| 18. | 01/24/20 – 05/01/20 | ▮▮▮▮▮▮▮▮ | xxx |
| 19. | 05/21/21 | Medical Faculty Associates | $316.00 |
| 20. | 09/01/21 | Pelvic Rehabilitation Medicine | xxx |
| 21. | 01/11/22 – 03/17/22 | ▮▮▮▮▮▮▮▮ | $2,450.00 |

**TOTAL MEDICALS:**                                                                 **$196,149.61**

Plaintiff reserves the right to supplement.


  **D**. **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy par or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

15

**RESPONSE:**

None applicable.

B.R., Plaintiff

Dated:   May 13, 2022              By_____
                                                                              Of Counsel

Kevin Biniazan (VSB No. 92109)
Jeffrey A. Breit (VSB No. 18876)
BREIT BINIAZAN, PC
600 22nd Street, Ste. 402
Virginia Beach, VA 23451
Telephone: (757) 622-6000
Facsimile: (757) 670-3939
Kevin@bbtrial.com
Jeffrey@bbtrial.com

Justin M. Sheldon (VSB No. 82632)
Lee A. Floyd (VSB No. 88459)
BREIT BINIAZAN, PC
7130 Glen Forest Drive, Suite 400
Richmond, Virginia 23226
Telephone: 757-622-6000
Facsimile: 757-670-3939
Justin@bbtrial.com
Lee@bbtrial.com

*Counsel for Plaintiff, B.R.*

### CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2022, I emailed and mailed a true copy of the foregoing pleading via U.S. Mail postage prepaid to the following counsel of record:

Ryan M. Bates (VSB No. 74661)
Perie Reiko Koyama (admitted *pro hac vice*)
Kelly R. Oeltjenbruns (admitted *pro hac vice*)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

16

Telephone: (202) 955-1500
Facsimile: (703) 918-4018
rbates@HuntonAK.com
pkoyama@HuntonAK.com
koeltjenbruns@HuntonAK.com
*Counsel for Defendant, F.C.S.B.*

Michael E. Kinney (VSB No. 65056)
Law Office of Michael E. Kinney, PLC
1801 Robert Fulton Drive, Suite 120
Reston, VA 20191
mk@kinneyesq.com
*Counsel for Defendants, S.T., A.F.,
P.H., T.B., B.H., M.P.F., M.C., F.T., and J.F.*

James F. Davis (VSB No. 41387)
James F. Davis, P.C.
10513 Judicial Drive, Suite 301
Fairfax, VA 22030
jfd@jfdavislaw.com
*Counsel for Defendant C.K.*

Bruce M. Blanchard (VSB No. 23778)
James P. Miller (VSB No. 89409)
Odin, Feldman & Pittleman, PC
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
bruce.blanchard@ofplaw.com
jim.miller@ofplaw.com
*Counsel for Defendant J.O.*



By: _____
    Kevin Biniazan (VSB No. 92109)
    BREIT BINIAZAN, PC
    600 22nd Street, Ste. 402
    Virginia Beach, VA 23451
    Telephone: (757) 622-6000
    Facsimile: (757) 670-3939
    Kevin@bbtrial.com
    *Counsel for Plaintiff B.R.*