# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

B.R.,

      **Plaintiff,**

v.

F.C.S.B. et al.,

      **Defendants.**

Case No. 1:19-cv-00917 (RDA/TCB)

**PLAINTIFF'S ANSWERS TO DEFENDANT F.C.S.B.'S
FIRST SET OF INTERROGATORIES**

COMES NOW Plaintiff, B.R., by counsel, and pursuant to Rule 33 of the Federal Rules of Civil Procedure hereby responds to Defendant F.C.S.B.'s First Set of Interrogatories as follows:

**ANSWERS TO INTERROGATORIES**

1. For each school year beginning on September 6, 2004 through the present, identify each school, institution, or other educational setting in which you received educational services, including any elementary school, middle school, high school, homebound program, private facility, vocational school, college, or university. For each, specify the address, the dates that you attended, and the grade level in which you were enrolled.

    **ANSWER:**


████████████ School
████████████, Florida
2004-2007

Floris Elementary School
2708 Centreville Road
Herndon, Virginia 20171
2007-2011

Rachel Carson Middle School

1

14.     Identify all medical and mental health conditions that you have been diagnosed with at any time during your life.  For each, identify (i) when you received the diagnosis; (ii) the name of the medical provider who gave the diagnosis; (iii) any medications that you have been or are prescribed for the condition.

**ANSWER:**

See response to Interrogatory 13.

15.     If you, or anyone on your behalf, are currently seeking, or have ever sought, payment from any person, entity, or governmental agency for any injury allegedly sustained by you or for you alleged disability (including, without limitation, lawsuits, claims submitted to an insurer, workers' compensation, social security, or other demands for payment) other than the Lawsuit, then for each such instance, identify the person, entity, or government agency to whom the demand for payment or claim was made, and provide a summary of the facts surrounding the cause of the alleged injury, as well as the nature of the injuries allegedly sustained.  If a lawsuit or claim for benefits was filed on your behalf, then your answer should include the court or agency in which the case was filed, the file or case number assigned thereto, the final judgment or determination, if any, and the name and address of the attorney who represents or represented you in the case.

**ANSWER:**     Plaintiff applied for and receives Social Security Disability benefits due to her PTSD. The cause of injury is detailed in my second amended complaint. See BR000650-1100. for related production.

16.     With respect to your requested relief, itemize by amount all the damages and other relief you are seeking and the manner in which such amounts were computed or calculated,

23

including any claims for compensatory damages, attorneys' fees, costs, and/or any other type of monetary relief that you seek against Defendant Fairfax County School Board.  Please include an explanation for why each amount is necessary or appropriate, and include all reductions for mitigation, disability, or unavailability for work and alternative employment, and a copy of each such computation or calculation.

**ANSWER:**    Plaintiff has both economic and non-economic damages.  Plaintiff incorporates in her Response documents attached to Plaintiff's Response to Defendant's Request for Production of Documents, as well as Plaintiff's medical records which have been obtained by Defense counsel through subpoenas and medical authorizations relating to the treatment she has received as a result of the allegations set forth in Plaintiff's Second Amended Complaint. Plaintiff will submit to a deposition and will be able to describe her damages in full detail, which include, but are not limited to, PTSD, depression, and anxiety. Plaintiff will not, unless ordered to do so, create a lengthy narrative of all the non-economic damages she has suffered.  Further, plaintiff continues to incur medical expenses and economic losses as her damages are ongoing and will provide counsel with a full accounting of medical expenses and economic losses at the appropriate time. To date, Plaintiff has compiled the below list of past medical and therapeutic expenses.  This is not an all inclusive list, but, instead, a good faith effort to compiled her economic losses up through 2020.  Below is the list of medical and therapeutic expenses up through approximately 2020:

See Expense Chart attached as <u>Exhibit A</u>. Exhibit A does not include the follow categories of out of pocket expenses: Alternative Therapeutic Modalities, travel expenses to and from treating healthcare providers, associated expenses for the service dog, tutors, and costs associated with relocating the family.  Plaintiff will continue to compile these expenses as well as others.

Plaintiff's life long and future economic damages will be submitted in conjunction with Plaintiff's expert reports. As discovery is still ongoing and Plaintiff's injuries are ongoing, Plaintiff reserves the right to supplement this response.

17. Identify any law enforcement officers, agents, personnel, or representatives that you have spoken to concerning the allegations in this Lawsuit. (In answering this Interrogatory, be particularly mindful of the definition of "you," which is listed in the above Definitions section). For each, identify the person's name, the agency he/she works for, and when you spoke to this person.

**ANSWER:**   See Plaintiff's Answer to Interrogatory No. 9.

Dated: April 11, 2023

Respectfully submitted,

/s/ David A. Warrington
David A. Warrington (VSB No. 72293)
Gary M. Lawkowski (VSB No. 82329)
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: 703.574.1206
Facsimile: 415.520.6593
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

Karin M. Sweigart*
DHILLON LAW GROUP INC.
177 Post Street
Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
Facsimile: 415-520-6593
ksweigart@dhillonlaw.com

*Admitted *pro hac vice*
Counsel for Plaintiff B.R

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was emailed, this 11th day of April 2023, to the following:

Michael E. Kinney
MICHAEL E. KINNEY, PLC
1801 Robert Fulton Drive
Reston, Virginia 20191
Telephone: (703) 956-9377
Facsimile: (703) 956-9634
mk@kinneyesq.com

*Counsel for Defendants, S.T., A.F., P.A.H., T.B., B.H., M.P.F., M.C., F.T. and J.F.*

Ryan M. Bates
Sona Rewari
Perie Reiko Koyama
HUNTON ANDREWS KURTH LLP
220 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 7782201
rbates@huntonak.com
srewari@huntonak.com
pkoyama@huntonak.com

*Counsel for Defendant Fairfax County School Board*

       /s/ David A. Warrington
David A. Warrington (VSB No. 72293)
Gary M. Lawkowski (VSB No. 82329)
DHILLON LAW GROUP INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, VA 22314
Telephone: 703.574.1206
Facsimile: 415.520.6593
dwarrington@dhillonlaw.com
glawkowski@dhillonlaw.com

Karin M. Sweigart*
DHILLON LAW GROUP INC.
177 Post Street
Suite 700
San Francisco, CA 94108

26

Telephone: 415-433-1700
Facsimile: 415-520-6593
ksweigart@dhillonlaw.com

*Admitted *pro hac vice*
*Counsel for Plaintiff B.R.*

## B.R. VERIFICATION OF INTERROGATORY ANSWERS

I, B███ R████, am the Plaintiff in this lawsuit. I verify, under penalty of perjury, that the interrogatory responses contained in Plaintiff's Answers to Defendant F.C.S.B.'s First Set of Interrogatories are true and correct to the best of my knowledge, information and belief.

Executed on April 12, 2023

███████████

_____

B███ R████, Plaintiff

**Plaintiff's Answer to Interrogatory No. 16 as part of Plaintiff's Answers to Defendant F.C.S.B.'s First Set of Interrogatories**

| | 2012 | 2012-2013 | 2012-2015 | 2013 | 2013-2021 | 2015 | 2015-2017 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical | $38,779.40 | | $25,368.00 | $4,967 82 | $2,180.00 | $580.00 | $12,880.00 | $129,204.94 | $40,587 04 | $118,423.16 | $59,434.37 | $8,549.00 | $18,991 27 | $28,425.10 | **$488,370.10** |
| Legal | $3,422.50 | | | | | | | | $113,500 00 | | | | | | **$116,922.50** |
| Tuition | $1,695.00 | $1,659.50 | | $16,335 00 | | $17,750.00 | | | | | | | | | **$37,439.50** |
| Physical Activities | $328.95 | | | $356.20 | | | | | | | | | | | **$685.15** |
| Activities | $451.00 | | | $3,816 09 | | | | | | | | | | | **$4,267.09** |
| Transportation | | | | $1,447 04 | | | | | | | $14,348.40 | | | | **$15,795.44** |
| Travel | | | | $2,046 52 | | | | | | | | | | | **$2,046.52** |
| Prescriptions | | | | | | | | $148.21 | $135.62 | $1,567 37 | $890.99 | $169.00 | $1,417.93 | | **$4,329.12** |
| Rental | | | | | | | | | | $388.80 | $1,259.99 | | | | **$1,648.79** |
| Support Dog | | | | | | | | $4,500.00 | | | | | | | **$4,500.00** |
| **TOTALS** | **$44,676.85** | **$1,659.50** | **$25,368.00** | **$28,968.67** | **$2,180.00** | **$18,330.00** | **$12,880.00** | **$133,853.15** | **$154,222.66** | **$134,727.73** | **$61,585.35** | **$8,718.00** | **$20,409.20** | **$28,425.10** | **$676 004.21** |