UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., <br><br> Plaintiff, <br><br> v. <br><br> FAIRFAX COUNTY SCHOOL BOARD, *et al.*, <br><br> Defendants. | Civil No. 1:19-cv-00917-RDA-WEF |

**DEFENDANT FAIRFAX COUNTY SCHOOL BOARD'S MEMORANDUM IN SUPPORT OF MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL**

Defendant Fairfax County School Board ("the School Board") respectfully seeks leave to file under seal Exhibits 3 through 5 to its Brief in Support of Its Motion for Partial Summary Judgment on Title IX Damages ("Brief"), and in support of its motion, states as follows:

1. On October 4, 2022, the Court entered its Amended Protective Order (ECF 205) ("Amended Protective Order") governing the treatment of certain discovery material.

2. Paragraph 2 of the Court's Amended Protective Order provides a mechanism for a Party to designate documents as "Confidential" pursuant to the definition for such designation set forth in Paragraph 1 of the Order.

3. Under Paragraph 7 of the Amended Protective Order, all depositions taken in this case must be treated as Confidential Material until the fourteenth (14th) calendar day after the final deposition transcript is delivered to any party or the witness.

4. Exhibit 3 of the School Board's Brief is the report of Plaintiff's life care planning expert, Alex Karras, which was designated as "Confidential" by Plaintiff under the Amended Protective Order. Exhibit 4 contains portions of the deposition transcript of Mr. Karras, taken on

1

October 16, 2023, and received on October 30, 2023. Exhibit 5 to the Brief is the report of Plaintiff's vocational expert, Gary Young, which was designated as "Confidential" by Plaintiff under the Amended Protective Order.

Pursuant to Local Civil Rule 5(C) and the Court's Amended Protective Order, the School Board hereby requests that the Court allow it to submit Exhibits 3 through 5 to its Brief in Support of Its Motion for Patrial Summary Judgment on Title IX Damages under seal initially, affording Plaintiff the opportunity provided Local Rule 5(c) to demonstrate why sealing is appropriate.

Dated: November 8, 2023

Respectfully submitted,

By: */s/ Ryan M. Bates*
Ryan M. Bates (VSB No. 74661)
Sona Rewari (VSB No. 47327)
Scott W. Burton (VSB No. 90601)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
rbates@HuntonAK.com
srewari@HuntonAK.com
burtons@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By:  */s/ Ryan M. Bates*
Ryan M. Bates