IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| B.R., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAIRFAX COUNTY SCHOOL BOARD, ) <br> et al., ) <br> ) <br> Defendants. ) | Civil No. 1:19-cv-00917-RDA-WEF |

### DEFENDANT FAIRFAX COUNTY SCHOOL BOARD'S MOTION TO DISMISS FOR FRAUD ON THE COURT

Defendant Fairfax County School Board, by counsel, moves the Court to dismiss this case with prejudice on the grounds that Plaintiff has perpetrated fraud on the court. The grounds for this Motion are set forth in the accompanying Brief in Support.

Dated: November 8, 2023

Respectfully submitted,

By: */s/ Sona Rewari*
Sona Rewari (VSB No. 47327)
Ryan M. Bates (VSB No. 74661)
Scott W. Burton (VSB No. 90601)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
rbates@HuntonAK.com
burtons@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By:     /s/
       Sona Rewari (VSB No. 47327)