# Exhibit 6

HIGHLY CONFIDENTIAL

B.R.                                                                        June 19, 2023

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

- - - - - - - - - - - - x

B.R.,                           :

      Plaintiff,         :

v.                              :   CIVIL NO.

FAIRFAX COUNTY SCHOOL           :   1:19-cv-00917 (RDA/WEF)

BOARD, et al.,                  :

      Defendants.        :

- - - - - - - - - - - - x

Portions of this transcript or documents marked

for identification may be designated as highly

confidential, under the protective order.

Videotaped Deposition of B.R.

Monday, June 19, 2023

9:09 a.m.

Job No.: 53920

Pages 1 through 422

Reported by: Cassandra E. Ellis, CSR-HI #475,

CSR-CA #14448, CCR-WA #3484, RPR, RMR, CRR

Realtime Systems Administrator #82384

HIGHLY CONFIDENTIAL

B.R.  June 19, 2023

114

1 **is hard for me.**

2 Q. Have you always been able to recall

3 all of the -- let me strike that.

4 Have you repressed any memories?

5 MS. HAGUE: Objection.

6 **A. No, ma'am.**

7 Q. Okay.

8 **A. Not to the best of my recollection.**

9 Q. Okay. So the allegations that are

10 made in this case, is it your testimony that you

11 remembered all of that in 2012?

12 **A. There was --**

13 MS. HAGUE: Object. Wait,

14 objection. Go ahead.

15 **A. So you're asking me if I had**

16 **repressed memories in 2012, is that -- am I**

17 **understanding your question?**

18 Q. Well, I'm trying to understand --

19 I'm not asking if you had repressed memories in

20 2012, I'm asking whether the allegations that

21 were -- that are made in this case were things

22 that you recalled in 2012?

HIGHLY CONFIDENTIAL

B.R.                                                                  June 19, 2023

115

```
1                MS. HAGUE:  Objection.
2          A.    Yes, I would say -- I would say so,
3    and I reported it back then, as well, too.  Like
4    I said, in terms of going through A to Z, that
5    is excruciatingly painful.  So that is the
6    extent of what this means, is for me to sit here
7    and be, like, I was penetrated this way or I was
8    hurt this way, it's not always easy for me to be
9    able to just access that from A to Z.
10               There are memories that stand out
11   to me at certain times, but there was no
12   repressed memories of what happened to me when I
13   was sexually abused at 12 years old.
14               Believe me, I live with it every
15   single day of my life.  I don't think I've slept
16   well in 12 years of my life because I remember
17   it so well, unfortunately.
18         Q.    Have you ever had the experience of
19   recalling something and later learning it didn't
20   happen?
21               MS. HAGUE:  Objection.
22               THE WITNESS:  I'm sorry, you're
```

HIGHLY CONFIDENTIAL

B.R.                                                      June 19, 2023

                                                                    136

1    those messages to anyone?  I understand you're

2    saying you wrote a statement.  Do you recall

3    showing the message to anyone?

4              MS. HAGUE:  Objection.

5         **A.   I recall asking for help,**

6    **repeatedly, and no one doing anything about it.**

7         Q.   Okay.  And what number was C.K.

8    contacting you through when you received these

9    threats; do you recall?

10             MS. HAGUE:  Objection.  Do you want

11   her to refer to whether it's one or two on

12   the -- on the page?

13             MS. REWARI:  No.  I'm asking what

14   number he used.

15             MS. HAGUE:  Oh.

16             MS. REWARI:  What was his number.

17             MS. HAGUE:  Okay.

18        **A.   I don't -- I don't know his number,**

19   **memorized, off the top of my head.**

20        Q.   Okay.  Was it the same phone number

21   that he used to leave the voicemail?

22             MS. HAGUE:  Objection.

B.R.                                                                June 19, 2023

                                                                            137

```
1          A.   To the best of my recollection, I'm
2    not 100 percent sure, but for sure the
3    voicemail.
4          Q.   Okay.  Did you ever listen to the
5    voicemail, yourself?
6          A.   I did not, but I was told that it
7    was a sexual threat.  I was there when my mom
8    reported it.  My mom asked me what the sexual --
9    like, what was going on, who was C.K., in which
10   I told her that C.K. had been with D.N.,
11   sexually harassing me, touching me by my locker,
12   and that C.K. had extorted me of $50.
13         Q.   And how did she know it was C.K.?
14         A.   Because I told my mom.
15         Q.   Okay.  But you didn't hear the
16   voicemail; right?
17         A.   She showed me the number.
18         Q.   Okay.  And so you recognized the
19   number?
20         A.   At that time, I did, because I
21   received several calls of threats and calls from
22   him, so yes, I did recognize it at that time.
```

HIGHLY CONFIDENTIAL

B.R.                                                    June 19, 2023

138

```
1            Q.   Okay.  And what did your mom tell
2    you was on the voicemail message?
3            A.   To the best of my recollection,
4    that she was extremely scared that there was
5    this boy that was threatening to do stuff to me,
6    and that she wanted to go to the school
7    immediately.
8            Q.   Do you remember anything else about
9    the voicemail that she told you?
10           A.   That it was sexual in nature, which
11   is why she then went to the school.
12           Q.   Okay.  Anything else?
13           A.   If I remember something, I will be
14   sure to tell you.
15           Q.   Okay.  So between the dates that
16   are on one, 2011, 2012, and then number two is
17   March 2013 to present, was there a period of
18   time when you didn't have a phone?
19           A.   To the best of my recollection,
20   yes.  I was afraid for my life.  I was in
21   immense distress.  I did not, to my
22   recollection, have a cell phone during a point
```

HIGHLY CONFIDENTIAL

B.R.                                                    June 19, 2023

343

1     **touched --**

2           Q.   Okay.

3           **A.   -- non-consensually.**

4           Q.   And so did you -- so when did you tell your mom that D.N. was touching you non-consensually?

7           **A.   Well, I feel like this is really kind of jumping a little bit, so it's, like, I -- it's hard for me to answer this, exactly, because it's -- but when my mom went to the school with me on November 21st she had told the school.**

13          Q.   And so before your mom went to that meeting with the school, on November 21st, had you told her about D.N. touching your breast?

16               MS. HAGUE:  Objection.

17          **A.   So I did not tell my mom, because I tried to tell the school officials.  I tried to tell my guidance counselors, J.F., three of my core teachers, because in the time that transpired, from October of 2011 to approximately November of 2011, right after the**

HIGHLY CONFIDENTIAL

B.R. June 19, 2023

344

1  D.N. pumpkin patch, literally, he went to school
2  the next day, approximately, and began spreading
3  untrue rumors that I was doing sexual things,
4  such as giving -- that I had given him oral sex,
5  that I was a whore, that I was a slut, that I
6  would let anyone in my pants or in my shirt.
7  And he began to spread those rumors.
8         I then did not know why he was
9  spreading those rumors about me.  I did not even
10 understand what a blow job was, I had a 12 -- as
11 a 12-year-old, asked what a blow job meant,
12 which I come to find out is about oral sex.  So
13 I found out about that time.
14         And I immediately reported it or
15 tried to report it to my guidance counselor that
16 I was extremely uncomfortable.  I was scared.  I
17 was nervous.  I didn't know why David was saying
18 these things.  And the rumors began to spread,
19 sexual rumors that were untrue.
20      Q.   So did you tell your mother, before
21 November 21st, that David had touched your
22 breast?

HIGHLY CONFIDENTIAL

B.R.                                                    June 19, 2023

354

1    **assaulted for the first time really is extremely**
2    **traumatic and will always stand out in your**
3    **head.**
4          Q.   Were you ever Facebook friends with
5    C.K.?
6          **A.   I don't recall.**
7          Q.   Do you recall whether the two of
8    you ever hung out in a group together?
9               MS. HAGUE:  Objection.
10         **A.   I don't recall.**
11         Q.   Do you recall whether you ever
12   exchanged phone numbers with him?
13         **A.   I know that he had my phone number.**
14   **I don't recall how, exactly, he got it.**
15         Q.   Okay.  And do you recall whether
16   you had his cell phone number?
17         **A.   I did, because he did call me,**
18   **so -- to threaten me.  So I did have his cell**
19   **phone number when he called me.**
20         Q.   And did you ever call him?
21         **A.   I think I did.**
22         Q.   And why would you be calling him?

HIGHLY CONFIDENTIAL

B.R.                                                                June 19, 2023

420

1          CERTIFICATE OF SHORTHAND REPORTER

2               I, Cassandra E. Ellis, Registered

3     Merit Reporter, the officer before whom the

4     foregoing proceedings were taken, do hereby

5     certify that the foregoing transcript is a true

6     and correct record of the proceedings; that said

7     proceedings were taken by me stenographically

8     and thereafter reduced to typewriting under my

9     supervision; and that I am neither counsel for,

10    related to, nor employed by any of the parties

11    to this case and have no interest, financial or

12    otherwise, in its outcome.

13               IN WITNESS WHEREOF, I have hereunto

14    set my hand this 5th day of July 2023.

15

16

17    _____

18    CASSANDRA E. ELLIS, CSR-HI #475, CSR-CA #14448,

19    CCR-WA #3484, RPR, RMR, CRR Realtime Systems

20    Administrator #82384

21

22

Henderson Legal Services

202-220-4158                              www.hendersonlegalservices.com