IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:19-cv-00917-RDA-WEF |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
| Defendants. | ) |

## DEFENDANT FAIRFAX COUNTY SCHOOL BOARD'S MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL

Pursuant to Local Civil Rule 5(C), Defendant Fairfax County School Board ("the School Board") respectfully moves the Court for an order sealing Exhibits 2, 3, 4, 5, 7, 9, 13, 14, 15, 18, 19, 20, 21, 22, 24, 25, 26 and 27 to its Brief in Support of Its Motion to Dismiss for Fraud on the Court, and the Brief itself. Descriptions of each Exhibit and why the School Board is seeking to file these under seal are set forth in the supporting Memorandum.

By filing this motion, the School Board seeks to comply both with the terms of the Amended Protective Order and Local Civil Rule 5.

Concurrently with this motion, the School Board has filed a non-confidential Notice of Filing Motion to Seal, and a non-confidential memorandum in support of this motion.

The School Board respectfully requests that the Court grant this motion, and to allow the School Board to file Exhibits 2, 3, 4, 5, 7, 9, 13, 14, 15, 18, 19, 20, 21, 22, 24, 25, 26 and 27, and the Brief itself under seal initially, affording Plaintiff the opportunity under Local Rule 5(C) to demonstrate why each exhibit should be permanently sealed.

Dated:  November 8, 2023

Respectfully submitted,

By: */s/ Sona Rewari*
    Sona Rewari (VSB No. 47327)
    Ryan M. Bates (VSB No. 74661)
    Scott W. Burton (VSB No. 90601)
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Avenue, NW
    Washington, DC 20037
    Telephone: (202) 955-1500
    Facsimile: (202) 778-2201
    srewari@HuntonAK.com
    rbates@HuntonAK.com
    burtons@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: _/s/ Sona Rewari_
Sona Rewari (VSB No. 47327)