# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| B.R., <br><br> Plaintiff, <br><br> v. <br><br> FAIRFAX COUNTY SCHOOL BOARD, *et al.*, <br><br> Defendants. | Civil No. 1:19-cv-00917-RDA-WEF |

## MOTION AND NOTICE OF WITHDRAWAL OF COUNSEL

Samantha M. Licata, Esq., of the law firm of BOIES SCHILLER FLEXNER LLP hereby notifies the Court and all parties that she will no longer be with the firm Boies Schiller Flexner LLP as of November 10, 2023 and is therefore withdrawing as counsel of record in this matter. Boies Schiller Flexner LLP remains as counsel of record for Plaintiff.

NOTICE IS FURTHER GIVEN THAT no further papers, pleadings, motions, correspondence, communications, regarding the above-captioned action should be served on Samantha Licata. Any and all future CM/ECF notifications should remain directed towards the attorneys of record for Plaintiffs.

Respectfully submitted,

*/s/ Samantha M. Licata*
SAMANTHA M. LICATA, ESQ.
Florida Bar. No. 1024237
slicata@bsfllp.com

BOIES SCHILLER FLEXNER LLP
100 S.E. Second Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

*Attorneys for Plaintiff B.R.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/Jonathan L. Fahey*
JONATHAN L. FAHEY on behalf of
SAMANTHA M. LICATA