# EXHIBIT A

## B.R./C.K. FACEBOOK CHAT EXCERPTS

1. **On November 5, 2011, the Plaintiff told C.K. that she liked him "more than a friend," confirmed that she and C.K. were dating, and indicated telling J.O. would upset her.**

Facebook user:
i need to talk to uuuu
Nov 05, 2011 12:53:02pm

CK
what u need to talk about
Nov 05, 2011 5:53:26pm

Facebook user:
i like u more than a friend
Nov 05, 2011 6:03:33pm

CK
o kool
Nov 05, 2011 6:08:06pm

CK
call me so we can talk
Nov 05, 2011 6:12:43pm

CK
want to go out
Nov 05, 2011 6:14:31pm

Facebook user:
yeah ♥ but j███ may kill me
Nov 05, 2011 7:05:00pm

CK
so are we dating
Nov 05, 2011 7:05:48pm

CK
call me
Nov 05, 2011 7:06:38pm

1

CK
txt meh
Nov 05, 2011 7:15:21pm

Facebook user
yeahhh we are ♥ andd i still have mah phone away till 2maereow
Nov 05, 2011 7:18:53pm

Facebook user
i get backk in morningg but i can chat u on this
Nov 05, 2011 7:27:56pm

CK
I wanna make out with you
Nov 05, 2011 7:29:56pm

Facebook user
<33333 i trrry but i rlly do to.. i rlly wanted to for a long time ♥
Nov 05, 2011 7:32:10pm

CK
dont tell j▇▇ anything
Nov 05, 2011 7:45:05pm

Facebook user
Ik she would get pissed for me being a slut but she's is like in love wit a▇ so idk
Nov 05, 2011 7:45:59pm

. . .

Facebook user
Wait do u actually like me
Nov 05, 2011 7:56:29pm

CK
yea i like u alt
Nov 05, 2011 7:56:41pm

Facebook user
Okay ♥ and hehe yay I like u more thou ;)
Nov 05, 2011 7:57:17pm

CK
noo i do
Nov 05, 2011 7:57:28pm

2

Facebook user
nooooo i dooo <3333333 u bagg of seyness fuck me now xD;)
Nov 05, 2011 8:18:32pm

. . .

CK
right as soon we start hanging out tomorrow well make out
Nov 05, 2011 8:48:25pm

Facebook user
Oh hell yes ♥ this is gonna b sexy ♥
Nov 05, 2011 8:56:37pm

CK
yes it is
Nov 05, 2011 8:56:54pm

Facebook user
Oh yeah ♥ so r u gonna finger me and more kinky stuff ;)
Nov 05, 2011 8:58:29pm

. . .

CK
do u wanna have sex
Nov 05, 2011 9:21:33pm

CK
text me right when u get ur fone
Nov 05, 2011 9:30:15pm

Facebook user
Do u ? ♥
Nov 05, 2011 9:30:16pm

CK
i lick ur vag
Nov 05, 2011 9:31:30pm

Yeahh baby ♥ I give u a bj ♥
Nov 05, 2011 9:33:22pm

2. ***On November 7, 2011, the Plaintiff confirmed that she had the ability to communicate on an iTouch after her mother took her phone away, confirmed her interest in having sex with C.K., and complained about her parents, including that they threatened to take her out of school for her behavior.***

Facebook user
My mom still has my phone sexy. I think I will get back soon I'm still in bed so yeah
Nov 07, 2011 8:57:15am

CK
O then how are talking to me boo
Nov 07, 2011 8:57:45am

Facebook user
Itouch baby
Nov 07, 2011 8:58:13am

. . .

Facebook user
i got my phone taken away
Nov 07, 2011 12:13:25pm

CK
Why
Nov 07, 2011 1:05:46pm

CK
Im in middleton
Nov 07, 2011 1:19:28pm

CK
Im at the benches
Nov 07, 2011 2:05:22pm

Facebook user
I was grounded yet again
Nov 07, 2011 7:49:46pm

Facebook user
I'm so sorry :( my mom can't let me live a normal life.. 2marrow I'm gonna make it up ♥
Nov 07, 2011 7:50:31pm

CK
U sure
Nov 07, 2011 8:17:59pm

Facebook user
Yeah baby ♥
Nov 07, 2011 8:26:58pm

Facebook user
I want to make out with ya ♥
Nov 07, 2011 8:27:15pm

Facebook user
And do u wanna have sex ♥
Nov 07, 2011 8:35:06pm

. . .

Facebook user
Yeah im sure even if I'm grounded I don't care... My parents said if I countinue to act this way they were gonna take me out of Carson wtf.... Then there like I love u i want u not to cry I'm like I will cry and i hate u
Nov 07, 2011 9:47:31pm

CK
O wow what is wrong with ur parents
Nov 07, 2011 9:48:13pm

Facebook user
Idk good question.. They abuse me.. And they say they dont but a▮▮▮▮ was there when they hurt me..
Nov 07, 2011 9:53:55pm

. . .

Facebook user
Okay ♥ sounds hawt ♥ and i wanted to go somewhere priviate so I can give u a bj ♥
Nov 07, 2011 10:28:10pm

> 3. **On November 12, 2011, the Plaintiff stated that J.O. was a "lying bitch" and that the plaintiff was afraid that J.O. would interfere with the Plaintiff's relationship with C.K.**

CK
u were with j▮▮▮
Nov 12, 2011 9:23:09pm

Facebook user
No I was with my parents
Nov 12, 2011 9:23:30pm

5

CK
j█ said u were with her
Nov 12, 2011 9:23:50pm

Facebook user
Omg fucking god that lying bitch... I was with my parents at the mall
Nov 12, 2011 9:24:18pm

CK
o
Nov 12, 2011 9:24:36pm

Facebook user
:( I promise I wasn't with her baby
Nov 12, 2011 9:25:14pm

CK
ummhmm
Nov 12, 2011 9:25:39pm

Facebook user
Can I tell u something
Nov 12, 2011 9:25:57pm

CK
ok
Nov 12, 2011 9:26:10pm

Facebook user
I'm really scared
I feel like I'm a horrible gf... I dont want u to break up with me cuz J█ lies
Nov 12, 2011 9:27:00pm

. . .

Facebook user
I love u so much and I'm about to kill J█
Nov 12, 2011 9:34:27pm

CK
why
Nov 12, 2011 9:34:32pm

Facebook user
She has nerve.. -___- trying to break us up... She's just jealous of how sexy we r and she can't accept it

6

Nov 12, 2011 9:35:40pm

4. ***On November 16, 2011, the Plaintiff acknowledged performing oral sex.***

Facebook user
No I'm not.. Did u like ur bj ;) ♥
Nov 16, 2011 8:19:29pm

5. ***On November 20, 2011, C.K. broke up with the Plaintiff and she blamed J.O.***

CK
i think we should be friends
Nov 20, 2011 8:03:29pm

CK
The reason why i am saying this is because u like 3 other guys while ur dating me whitch isnt cool so where done
Nov 20, 2011 8:04:11pm

Facebook user
what?
Nov 20, 2011 8:08:08pm

Facebook user
u listened to j█████ crap
Nov 20, 2011 8:08:48pm

Facebook user
i dont like anyone
Nov 20, 2011 8:08:51pm

Facebook user
except for u
Nov 20, 2011 8:08:55pm