# EXHIBIT B

## CO.K. DEPOSITION TESTIMONY EXCERPTS

```
19 So did she ever tell you that --
20 that she was sexually assaulted or raped in her
21 neighborhood?
22 A. Yes.
1 Q. And what did she say?
2 A. She said that after school she and
3 C.K. got off the bus, and behind the entrance to
4 the neighborhood to the Middleton Farm
5 neighborhood, he sexually assaulted her in
6 various different ways.
7 Q. Okay. When you say the entrance to
8 the neighborhood, did she describe it to you to
9 be the corner right, there, of where West Ox
10 Road is?
11 A. That's correct.
12 Q. Okay. Did she tell you where in
13 that location it was?
14 A. She said it was somewhere between
15 that entrance and the first house there and
16 behind some set of bushes.
17 Q. Okay. And did she tell you that
18 anybody else was involved, other than C.K.?
19 A. No.
20 Q. Did she ever tell that you J.O. was
21 involved in that?
22 A. No.
```

Co.K. Dep. Tr. 118:19-119:22

```
Q. Okay. Did she tell you about any
9 other sexual assaults or rapes that had occurred
10 in her neighborhood?
11 A. No.
12 Q. Did she ever tell you about any
13 rapes or sexual assaults that had occurred at
14 school?
15 A. No.
16 Q. Okay. Did she ever tell you that
17 she had been gang raped at school?
18 A. No.
19 Q. Okay. Did she ever tell you that
20 she had been pulled into a closet at school and
21 sexually assaulted or raped?
```

```
22 A. No
```

*Id.* at 120:8-22.

```
Q. Okay. And why, at the time you
4 thought your impression was, was that J.O. was
5 one of B.R.'s closest friends, was based upon
6 what?
7 A. How they interacted, how they hung
8 out, and just the way B.R. talked about J.O.
9 Q. Okay. Can you give me some -- if
10 you can -- some examples of what you meant, what
11 you mean by how they interacted and how they
12 hung out?
13 A. I mean, it was, like -- they
14 were -- I mean, I'm pretty sure they were best
15 friends, and they acted like it, hugs, hey, how
16 is it going, hey, besty, stuff like that, that's
17 how they interacted with each other.
18 Q. Any tension between them at that
19 point?
20 A. At that point, no.
21 Q. Okay. And what was B.R. telling
22 you about J.O. at that time?
```

*Id.* at 188:3-22

```
1 A. That J.O. was one of her only
2 friends, especially as the rumors really started
3 to circulate throughout the school, until --
4 yeah, basically until J.O. wasn't her friend
5 anymore.
6 Q. Okay. So when you say the rumors
7 were circulating, was B.R. telling you that J.O.
8 was supportive of her?
9 A. I believe so, yes.
10 Q. Okay. And do you remember when
11 that changed, when it was -- it went from, she's
12 her best friend until she wasn't?
13 A. I believe that changed when B.R.
14 was pulled out of school, when she stopped
15 coming to Rachel Carson.
```

*Id.* at 189:1-15.

```
14 Do you remember what the
15 precipitating event was that became where J.O.
16 was no longer B.R.'s friend?
17 A. I do not.
18 Q. Did B.R. ever tell you why she
19 ended the friendship?
20 A. It was something along the lines of
21 I think J.O. stopped believing her about any of
22 the allegations. And I think -- what B.R. told
1 me was that J.O. had told her she thought she
2 was making the whole thing up, so -- and I think
3 that's -- so I guess that's what ended the
4 friendship.
5 Q. And so B.R. was upset that J.O.
6 didn't believe her and thought she might be
7 making everything up?
8 A. Yes.
```

*Id.* at 192:14-193:1-8.