IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:19-cv-00917 |
| F.C.P.S., et al., | ) ) ) |
|     Defendants. | ) ) |

**DEFENDANT C.K.'S BRIEF IN SUPPORT OF MOTION TO DISMISS
FOR FRAUD ON THE COURT**

Plaintiff started this litigation four years ago by publishing CK's name and address and falsely accusing him of vile sex crimes. Defending against these false allegations has ruined him financially and has placed tremendous emotional stress on him and his family. The crushing burden of this litigation has taken its toll on all aspects of C.K.'s life – financially, emotionally, physically, and spiritually. Plaintiff's lies have been exposed, and this Court should dismiss her claims with prejudice.

**I.    C.K. JOINS IN AND INCORPORATES DEFENDANT F.C.S.B.'S MOTION AND   BRIEF IN SUPPORT OF DISMISSAL FOR FRAUD ON THE COURT**

Defendant F.C.S.B. has filed a Motion to Dismiss the Plaintiff's case for fraud on the court. The Motion to Dismiss, supporting brief, and exhibits highlight many of the material untruths that the Plaintiff has alleged in pleadings and in her testimony. C.K. will not repeat Plaintiff's untruths in this Brief; instead, he joins in and incorporates the contents of FCSB's Motion to Dismiss and Brief. Fed. R. Civ. P. 10(c).

## II. PLAINTIFF'S FALSE CLAIMS HAVE PREJUDICED C.K.

As F.C.S.B. explained in its Brief (ECF 497 at 27 – 30), the factors enumerated in *United States v. Shaffer Equip. Co.*, 11 F.3d 450, 462-63 (4th Cir. 1993), merit dismissal of Plaintiff's fraudulent claims. In particular, the prejudice that C.K. has suffered from this malicious litigation calls for this case to be dismissed.

The Plaintiff has used this judicial process to utterly destroy C.K. While the Court does have the ability to make an award of attorney's fees under 42 U.S.C. § 1998(b), such a remedy cannot give back the last four years of C.K's life, which he has lived under the taint of Plaintiff's malicious lies. Moreover, Plaintiff claims to be without financial resources, so an award of attorney's fees at the end of this litigation would be a hollow victory. Dismissal of Plaintiff's false claim, with prejudice, would at least spare C.K. from the continuing burden of defending Plaintiff's baseless claims.

## CONCLUSION

For these reasons, and those set forth in F.C.S.B.'s Brief in Support of Motion to Dismiss for Fraud on the Court, C.K. asks this Court to grant F.C.S.B.'s Motion to Dismiss, and to dismiss Plaintiff's claims in their entirety.

Dated: November 14, 2023    Respectfully submitted,

                                                      /s/
                                      James F. Davis
                                      Virginia State Bar No. 41387
                                      James F. Davis, P.C.
                                      10513 Judicial Dr., Suite 200
                                      Fairfax, VA 22030
                                      Tel: (703) 383-3110
                                      Fax: (571) 748-6564
                                      jfd@jfdavislaw.com
                                      Counsel for Defendant C. K.

## CERTIFICATE OF SERVICE

I certify that on November 14, 2023, I will electronically file a copy of the attached DEFENDANT CK'S BRIEF IN SUPPORT OF MOTION TO DIMISS FOR FRAUD ON THE COURT using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

                                                /s/_____
                                               James F. Davis (VSB #41387)