UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 1:19cv917 (RDA/WEF) |
| F.C.S.B. et al. | ) |
|     Defendants. | ) |

## ORDER

This matter is before the Court on Defendant F.C.S.B.'s Motion to Seal in connection with its Motion for Partial Summary Judgment (Dkt. 490) and F.C.S.B.'s Motion to Seal in connection with its Motion to Dismiss (Dkt. 498) (the "Motions to Seal").

Pursuant to the Amended Protective Order (Dkt. 205) issued in this case, Defendant F.C.S.B. seeks to seal documents designated as "Confidential" by Plaintiff. Defendant F.C.S.B. requests to seal Exhibits 3, 4 and 5 to its brief in support of its motion for partial summary judgment because the exhibits contain portions of Plaintiff's expert depositions and reports, which were all designated as confidential by Plaintiff. (Dkt. 491, at 1-2).

Defendant F.C.S.B. also filed a motion to seal in connection with its Motion to Dismiss. (Dkt. 498). Here, F.C.S.B seeks to seal Exhibits 2, 3, 4, 5, 7, 9, 13, 14, 15, 18, 19, 20, 21, 22, 24, 25, 26, and 27 to its brief in support of its motion to dismiss, as well as portions of its brief in support of its motion to dismiss. *Id.* Pursuant to the Amended Protective Order (Dkt. 205), Defendant seeks to seal the information designated as "Confidential" or "Highly Confidential" by Plaintiff. Defendant provides brief descriptions of the exhibits it seeks to seal, which include

Plaintiff's privilege log, emails, expert reports, portions of deposition transcripts, investigative reports, and other documents designated, or anticipated to be designated as "Confidential" or "Highly Confidential," by Plaintiff. (Dkt. 499, at 2-5).

The exhibits and information sought to be sealed by Defendant F.C.S.B. have been designed as confidential by Plaintiff. Defendant seeks to seal these exhibits and portions of its brief in support of its motion to dismiss initially, affording Plaintiff the opportunity to demonstrate why each exhibit, and the redacted portions of Defendant's brief in support of its motion to dismiss, should be permanently sealed under Local Civil Rule 5(C).

Pursuant to Local Civil Rule 5(C), "[w]hen a party moves to file material under seal because another party has designated that material as confidential, the party designating the material as confidential must file a response to the motion complying with the requirements (2), (3), and (4) along with a proposed order."

Accordingly, it is hereby

**ORDERED** that Defendant F.C.S.B.'s Motions to Seal (Dkts. 490, 498) are **GRANTED**; it is further

**ORDERED** that the exhibits and information redacted in Defendant's brief in support of its motion to dismiss shall remain under seal until further order from this Court; it is further

**ORDERED** that within fourteen (14) days of this Order, Plaintiff shall file a response to Defendant F.C.S.B.'s Motions to Seal in compliance with Local Civil Rule 5(C) demonstrating why the information filed under seal should remain permanently under seal.

**ENTERED** this 16th day of November, 2023.

                                           _/s/ William E. Fitzpatrick_
                                           WILLIAM E. FITZPATRICK
                                           UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia