IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., | ) |
|     Plaintiff, | ) ) ) ) Civil No. 1:19-cv-00917-RDA-WEF |
| v. | ) ) |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) ) ) |
|     Defendants. | ) ) |

**PLAINTIFF B.R.'S MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL**

Pursuant to Local Civil Rule 5(c), Plaintiff B.R., through counsel, respectfully moves the Court for an order sealing Exhibits 1 through 27 to her Brief in Response to Defendant FCSB's Motion for Partial Summary Judgment on Title IX Damages. Descriptions of each Exhibit, and why B.R. is seeking to file under seal are set forth in the supporting Memorandum in Support of B.R.'s Motion to File Confidential Material Under Seal. By filing this Motion, B.R. seeks to comply with the terms of the Amended Protective Order and Local Civil Rule 5.

Because Exhibits 1 through 27 are discussed or quoted within the Brief, and because other parts of her Brief include information subject to confidentiality protections, B.R. also moves for leave to file her full Brief under seal and to file a redacted version publicly, in accordance with Local Civil Rule 5(c).

Concurrently with this Motion, B.R. is filing a non-confidential Notice of Filing Motion to Seal, a non-confidential Memorandum in Support of B.R.'s Motion to File Confidential Material Under Seal, and a Proposed Order.

1

B.R. respectfully requests that the Court grant this Motion and permit B.R. to file her Brief in Response to Defendant FCSB's Motion for Partial Summary Judgment on Title IX and Exhibits 1 through 27 thereto, in the manner set forth above.

Dated: November 22, 2023

                                      Respectfully submitted,

                                      By:     /s/ *Jonathan Fahey*

JONATHAN L. FAHEY
BROWN RUDNICK
602 Thirteenth Street NW
Washington, DC 20005
Telephone: (202) 536-1702
jfahey@brownrudnick.com

ALISON L. ANDERSON
(Pro Hac Vice)
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
alanderson@bsfllp.com

ANDREW S. BRENNER
(Pro Hac Vice)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307
abrenner@bsfllp.com

*Counsel for Plaintiff B.R*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

                                                By: /s/ *Jonathan Fahey*

JONATHAN LEO FAHEY
BROWN RUDNICK
602 Thirteenth Street NW
Washington, DC  20005
Telephone: (202) 536-1702
jfahey@brownrudnick.com