IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| B.R.,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD, *et al.*,<br><br>    Defendants. | Civil No. 1:19-cv-00917-RDA-WEF |

**PLAINTIFF B.R.'S RESPONSE TO DEFENDANT FCSB'S MOTION TO FILE CONFIDENTIAL MATERIAL UNDER SEAL**

Pursuant to Local Civil Rule 5(C), Plaintiff respectfully requests that this Court deny Defendant Fairfax County School Board's ("FCSB") Motion to File Confidential Material Under Seal (ECF No. 562) since the Parties are in agreement that the material in Exhibit 7 to Defendant FCSB's Opposition to Plaintiff's Motion to Compel Information Regarding Breach of Court Ordered Privacy Protections (ECF No. 561-7) is not Confidential. On December 4, 2023, Plaintiff's counsel communicated to Defendants that this material need not be treated as Confidential. Exhibit 7 is a non-Confidential excerpt from the deposition of Plaintiff's LifeCare Expert, Alex Karras. This Exhibit can be unsealed and viewable on the public docket as it does not contain Confidential information.

WHEREFORE, because the Parties are in agreement that the material contained in Exhibit 7 is not subject to protection under the Amended Protective Order, the Motion (ECF No. 562) should

be DENIED and Exhibit 7 should be unsealed (ECF No. 561-7).

Dated: December 5, 2023

                                        Respectfully submitted,

                                        By: */s/ Jonathan L. Fahey*

                                        JONATHAN L. FAHEY  
                                        BROWN RUDNICK  
                                        602 Thirteenth Street NW  
                                        Washington, DC  20005  
                                        Telephone: (202) 536-1702  
                                        jfahey@brownrudnick.com

                                        ALISON L. ANDERSON  
                                        (Pro Hac Vice)  
                                        BOIES SCHILLER FLEXNER LLP  
                                        725 S. Figueroa, 31st Floor  
                                        Los Angeles, CA  90017  
                                        Telephone: (213) 629-9040  
                                        Facsimile:  (213) 629-9022  
                                        alanderson@bsfllp.com

                                        ANDREW S. BRENNER  
                                        (Pro Hac Vice)  
                                        BOIES SCHILLER FLEXNER LLP  
                                        100 SE 2nd Street, Suite 2800  
                                        Miami, FL  33131  
                                        Telephone: (305) 539-8400  
                                        Facsimile:  (305) 539-1307  
                                        abrenner@bsfllp.com

                                        *Counsel for Plaintiff B.R*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By:*/s/ Jonathan L. Fahey*

JONATHAN LEO FAHEY
BROWN RUDNICK
602 Thirteenth Street NW
Washington, DC  20005
Telephone: (202) 536-1702
jfahey@brownrudnick.com