IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-00917 |
| F.C.P.S., et al., | ) |
| Defendants. | ) |

**DEFENDANT C.K.'S REPLY BRIEF IN SUPPORT OF
FAIRFAX COUNTY SCHOOL BOARD'S
MOTION TO DIMISS FOR FRAUD ON THE COURT**

Defendant C.K. maintains that the Facebook messages he produced in discovery are authentic and that they are messages between the Plaintiff and C.K. from November 2011. Counsel for the Plaintiff was advised on August 31, 2023, by the undersigned as to how and when C.K. located the Facebook messages. ECF 568-2. Further, C.K. offered to reopen his deposition to address any questions counsel had concerning the document production, but Plaintiff chose not to take him up on that offer.

C.K. is willing to provide a declaration, or appear in person to testify at an evidentiary hearing, to authenticate the Facebook messages as messages between C.K. and Plaintiff.

        Respectfully submitted,
        C. K.
        By Counsel

Dated: December 8, 2023

        _____/s/_____
        James F. Davis

        Virginia State Bar No. 41387
        Counsel for Defendant C. K.
        James F. Davis, P.C.
        10513 Judicial Dr., Suite 200
        Fairfax, VA 22030
        Tel: (703) 383-3110
        Fax: (571) 748-6564
        jfd@jfdavislaw.com

## **CERTIFICATE OF SERVICE**

I certify that on December 8, 2023, I will electronically file a copy of the attached DEFENDANT CK'S REPLY BRIEF IN SUPPORT OF FAIRFAX COUNTY SCHOOL BOARD'S MOTION TO DIMISS FOR FRAUD ON THE COURT using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

                /s/_____
            James F. Davis (VSB #41387)