# Exhibit 1



HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

RYAN M. BATES
DIRECT DIAL: 202 • 955 • 1596
EMAIL: rbates@HuntonAK.com

September 26, 2023

FILE NO: 37077.30

**Via E-Mail**

Alison L. Anderson
Boies Schiller Flexner LLP
725 S Figueroa St, 31st Floor
Los Angeles, CA 90017
alanderson@bsfllp.com

Andrew S. Brenner, Esq.
Samantha Licata, Esq.
Boies Schiller Flexner LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
abrenner@bsfllp.com
slicata@bsfllp.com

Jonathan L. Fahey, Esq.
Brown Rudnick LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
jfahey@brownrudnick.com

<u>**B.R. v. FCSB, et al.**</u>
Case No. 1:19-cv-00917-RDA-WEF

Dear Counsel:

     This letter is a follow-up to our call with Alison, Samantha, and Vanessa, on September 21, during which we asked whether you had familiarized yourselves with the materials produced during discovery in this case. We informed you that we had stated to Plaintiff's prior counsel from the Dhillon Law Group and the Joel Bieber Firm, in a call on August 21, 2023, that, given the evidence produced in discovery, it was our position that they could not continue to press the allegations in this case and still abide by their duties as officers of the court. We notified you that the evidence shows that Plaintiff has repeatedly committed perjury in this case on matters central to this case. Because you indicated that you were still

# HUNTON
## ANDREWS KURTH

September 26, 2023
Page 2

getting up to speed and that you were not sure if you even had the case file yet, you were not in a position to discuss these matters in detail with us.

As it appears that you are now preparing to file briefs and papers in the Court advancing Plaintiff's claims, and have just today raised reopening discovery for additional depositions, we write to again urge you to duly and diligently review the discovery record and abide by your duties as officers of the court and licensed members of the bar. This record includes a recent production of hundreds of pages of Facebook messages between Plaintiff and C.K. that were exchanged during the same period of time that Plaintiff alleges that he was raping her on a daily basis. These messages show that Plaintiff and C.K. were "in love," Plaintiff welcomed and orchestrated their sexual encounters, Plaintiff implored him to come to her locker at school, and that C.K. did not harass her, much less sexually assault her. It was the very next morning after C.K. broke up with her that Plaintiff and her mother falsely reported to the school that C.K. had been harassing Plaintiff by her locker. REDACTED and to read the Facebook messages that Plaintiff, while posing as "Jenni Taylor," sent to the boy she dated soon after C.K. REDACTED

To the extent that you do not have them already, we are e-mailing you a link to the above-mentioned B.R/C.K. messages and REDACTED. The fraud that Plaintiff has practiced extends far beyond her false testimony regarding her alleged sexual abuse, and includes false evidence regarding her medical, educational, and employment histories. We urge you to closely examine the enclosed materials, and all the other material produced in this case, and to determine whether Plaintiff's claims you are well-grounded in fact and supported by law before you press these claims in filings with the Court.

Please let us know when you are in a position to continue our discussion on these important matters.

Regards,

Ryan M. Bates

Enclosures

**HUNTON ANDREWS KURTH**

September 26, 2023
Page 3

cc: Michael E. Kinney, Esq. (mk@kinneyesq.com)
James F. Davis, Esq. (jfd@jfdavislaw.com)
Bruce M. Blanchard, Esq. (bruce.blanchard@ofplaw.com)
James P. Miller, Esq. (jim.miller@ofplaw.com)
Sona Rewari, Esq.
Scott W. Burton, Esq.