UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 1:19cv917 (RDA/WEF) |
| F.C.S.B. et al. | ) |
|     Defendants. | ) |

### ORDER

This matter is before the Court on Plaintiff B.R.'s Motion to Compel Information Regarding Defendant F.C.S.B.'s Breach of Court-Ordered Privacy Protections (the "Motion to Compel") (Dkt. 538) and Defendant F.C.S.B's Motion for Sanctions Due to Spoilation (the "Motion for Sanctions") (Dkt. 547). Both motions were fully briefed by the parties, and the undersigned heard argument from counsel on Friday, December 15, 2023.

For reasons stated from the bench, and in accord with specific rulings and instructions thereto, it is hereby

**ORDERED** that Plaintiff's Motion to Compel (Dkt. 538) is **DENIED**; it is further

**ORDERED** that Defendant F.C.S.B.'s Motion for Sanctions (Dkt. 547) is **DENIED**;

**ENTERED** this 15th day of December, 2023.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia