**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| B.R., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:19-cv-00917-RDA-WEF |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**NOTICE OF SUBMISSION OF SUPPLEMENT TO OPPOSITION**

In accordance with the Court's direction at the hearing on Plaintiff's Motion to Compel (ECF 538), and to supplement Defendant Fairfax County School Board's Brief in Opposition (ECF 561), the School Board hereby submits for filing the following materials that were referenced or provided for the Court's review during the hearing on December 15, 2023:

(1) Letter to Plaintiff, dated December 7, 2023; and

(2) Update to community, dated December 12, 2023.

Dated:  December 19, 2023

Respectfully submitted,

By: */s/ Sona Rewari*
    Sona Rewari (VSB No. 47327)
    Ryan M. Bates (VSB No. 74661)
    Scott W. Burton (VSB No. 90601)
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Avenue, NW
    Washington, DC 20037
    Telephone: (202) 955-1500
    Facsimile: (202) 778-2201
    srewari@HuntonAK.com
    rbates@HuntonAK.com
    burtons@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: */s/ Sona Rewari*
Sona Rewari