

December 7, 2023

B█████ R█████
c/o Andrew S. Brenner, Esq.
Boies, Schiller & Flexner LLP
100 SE Second Street
Suite 2800
Miami, FL 33131

Dear B█████ R█████,

Fairfax County Public Schools ("FCPS") was recently made aware of a Family Educational Rights and Privacy Act ("FERPA") request that resulted in your information inadvertently being made available to a FCPS parent.

FCPS takes the privacy and security of your personal information very seriously and we sincerely regret any concern this incident may cause you. As discussed below, FCPS has put in place new measures designed to prevent an incident like this from occurring in the future.

**What Happened and What Information Was Involved**

This matter occurred on or about October 19, 2023. During an in-person review of information related to the reviewer's own child, information relating to other current and former FCPS students was inadvertently and unknowingly made accessible to a parent who retained an electronic copy of that information. Thereafter, the parent redacted the information related to other students and published the redacted information. Since learning of its publication on November 1, 2023, FCPS has worked to contain and secure the deletion of the information involved in this matter.

We have determined that the only information involving you was your name, which appeared on internal lists in Division Counsel's office of FCPS's ongoing litigation matters.

**What We Are Doing to Protect Against This Happening in the Future**

We have engaged outside counsel to conduct an independent investigation into this matter. We have also already put in place new procedures for handling of FERPA records requests going forward, including additional training, and new policies for in-person FERPA records reviews. We will also be working to put in place additional recommendations that flow from the independent investigation.

As required by law, we have also notified the Virginia State Police's Fusion Intelligence Center of this incident. We take our obligation to safeguard personal information very seriously and we are continuing to evaluate additional actions to strengthen our privacy protections.

**For More Information**

If you have any further questions regarding this matter, please call 800-452-8068 Monday through Friday from 9:00 am to 9:00 pm Eastern (excluding U.S. holidays).  Please be prepared to provide engagement number B110420.

We deeply regret that this incident occurred and are committed to supporting you.  We will be sharing more with our FCPS community regarding our steps to protect student information after the independent investigation is completed.

Sincerely,

Dr. Michelle Reid
Superintendent
Fairfax County Public Schools