IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| B.R., | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Civil No. 1:19-cv-00917-RDA-WEF |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) ) ) ) |
|     Defendants. | ) |

**PLAINTIFF B.R.'S RULE 72(A) OBJECTION TO CERTAIN FINDINGS BY THE MAGISTRATE JUDGE IN CONNECTION TO HIS RULING REGARDING MRS. R.'S DUTY TO PRESERVE ESI**

Plaintiff B.R. seeks to preserve her objections to certain findings made by the Magistrate Judge in his Order of December 15, 2023 (Dkt. No. 612) denying Defendant Fairfax County School Board's ("FCSB") Motion for Sanctions Due to Spoliation. While the Court need not address the issues now or before trial, B.R. wanted to be sure to preserve her objections to certain legal and factual findings should FCSB wish to renew its motion, or otherwise attempt to use any of the disputed findings at trial or in connection with any other motions. *See United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007) ("[W]e now hold that to preserve for appeal an issue in a magistrate judge's report, a party must object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection."); *Sutherlin v. Smith*, No. 4:15-cv-00037, 2016 WL 4402072, at *1 (W.D. Va. Aug. 18, 2016) ("Whichever of the Magistrate Judge's Orders Plaintiff's Motion opposes, the challenge is untimely and will not be considered.").

1

Civil No. 1:19-cv-00917-RDA-WEF

Specifically, B.R. objects only to the Magistrate Judge's findings that B.R.'s mother, Mrs. R., was under a duty in 2012 and 2013 to preserve electronically stored information ("ESI") for this litigation, and that Mrs. R.'s actions in 2012 and 2013 related to that preservation may be imputed to B.R. in this case. B.R. does not object to the Magistrate Judge's denial of FCSB's Motion for Sanctions Due to Spoliation, and instead files these objections for preservation of her ability to contest the above findings in connection with the trial of this matter.

The Magistrate Judge erred with regard to these findings as a matter of law on the following grounds, which are discussed more fully in the accompanying brief in support of this Objection:

1. The Magistrate Judge erred in finding that Mrs. R. was under a duty to preserve ESI in 2012 and 2013 for this litigation.

    a. The Magistrate Judge erred in ruling that this litigation was reasonably foreseeable by her (thereby triggering Mrs. R.'s duty to preserve) in 2012 or 2013.

    b. The Magistrate Judge erred by failing to correctly apply the standard for relevance in the spoliation context, in finding that Mrs. R. should have known that the non-preserved ESI might be relevant to this litigation.

2. The Magistrate Judge erred in finding that Mrs. R.'s conduct 2012 and 2013 in relation to the preservation issue may be imputed to B.R. in this case.

WHEREFORE, the Court should sustain B.R.'s objections to the above-discussed findings.

Dated: December 29, 2023

Respectfully submitted,

By:  /s/ *Jonathan Fahey*

JONATHAN L. FAHEY
(VSB No. 44854)

Civil No. 1:19-cv-00917-RDA-WEF

**BROWN RUDNICK LLP**
602 Thirteenth Street NW, Suite 600
Washington, DC  20005
Telephone: (202) 536-1702
Facsimile:  (202) 536-1701
jfahey@brownrudnick.com

ALISON L. ANDERSON
(Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East, Suite 1520
Los Angeles, CA  90067
Telephone: (213) 629-9040
Facsimile:  (213) 629-9022
alanderson@bsfllp.com

ANDREW S. BRENNER
(Pro Hac Vice)
BRITTANY ZOLL
(Pro Hac Vice)
ROBERT G. KEEFE
(Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, FL  33131
Telephone: (305) 539-8400
Facsimile:  (305) 539-1307
abrenner@bsfllp.com
bzoll@bsfllp.com
rkeefe@bsfllp.com

*Counsel for Plaintiff B.R*

### CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

Civil No. 1:19-cv-00917-RDA-WEF

By: /s/ *Jonathan Fahey*

JONATHAN L. FAHEY
(VSB No. 44854)
**BROWN RUDNICK LLP**
602 Thirteenth Street NW, Suite 600
Washington, DC  20005
Telephone: (202) 536-1702
Facsimile:  (202) 536-1701
jfahey@brownrudnick.com