IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| B.R., )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>FAIRFAX COUNTY SCHOOL BOARD, )<br>*et al.*, )<br> )<br>    Defendants. ) | Civil No. 1:19-cv-00917-RDA-WEF |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH DE 614**

On December 21, 2023, the Court entered a docket-order resolving several Motions to Seal requiring Plaintiff to re-evaluate several documents and file revised-redacted versions or unsealed versions by January 5, 2024.  Plaintiff raises no requests for reconsideration of the Court's Order. The actions required by the Court's Order fall into three categories: (1) documents Plaintiff must re-redact and re-file; (2) documents that are unsealed that Plaintiff must file on the docket; and (3) a document that is unsealed that FCSB should file on the public docket.  Thus, this Notice articulates Plaintiff's compliance with that Order and lists the various documents filed in accordance therewith.

    **1) Documents Plaintiff Must Re-Redact and Re-File:**

        a. Exhibit A is a revised redacted version of Exhibit 3 to DE 489, FCSB's Brief in Support of Motion for Partial Summary Judgment on Title IX Damages. This is Plaintiff's expert Alexander Karras's Life Care Plan.

        b. Exhibit B is a revised redacted version of Exhibit 5 to DE 489, FCSB's Brief in Support of Motion for Partial Summary Judgment on Title IX Damages. This

1

is Plaintiff's Vocational Economic Evaluation.

c. Exhibit C is a revised redacted version of DE 559, Plaintiff's Response to Defendant FCSB's Motion for Partial Summary Judgment on Title IX Damages.

d. Exhibit D is a revised redacted version of DE 567 Plaintiff's Brief in Response to Defendant FCSB's Motion to Dismiss for Fraud on the Court.

e. Exhibit E is a revised redacted version of DE 587 Plaintiff's Response to Defendant FCSB's Motion for Sanctions Due to Spoliation

2) **Documents That Are Unsealed That Plaintiff Must File on the Docket:**

a. Exhibit F is Exhibit 2 to DE 567 Plaintiff's Brief in Response to Defendant FCSB's Motion to Dismiss for Fraud on the Court, which the Court ordered unsealed. This is an excerpt from Plaintiff's deposition transcript.

b. Exhibit G is Exhibit 9 to DE 567 Plaintiff's Brief in Response to Defendant FCSB's Motion to Dismiss for Fraud on the Court, which the Court ordered unsealed. This is an excerpt from Plaintiff's expert Dr. Eileen Ryan's deposition transcript.

c. Exhibit H is Exhibit 11 to DE 567 Plaintiff's Brief in Response to Defendant FCSB's Motion to Dismiss for Fraud on the Court, which the Court ordered unsealed. This is an excerpt from Plaintiff's mother, Mrs. R's deposition transcript.

d. Exhibit I is Exhibit 9 to DE 587 Plaintiff's Response to Defendant FCSB's Motion for Sanctions Due to Spoliation, which the Court ordered unsealed. This is an excerpt from Plaintiff's mother, Mrs. R's deposition transcript.

    e. Exhibit J is Exhibit 13 to DE 587 Plaintiff's Response to Defendant FCSB's Motion for Sanctions Due to Spoliation, which the Court ordered unsealed. This is an excerpt from Plaintiff's deposition transcript.

**3) Document That is Unsealed that FCSB Should File on the Public Docket:**

    a. Plaintiff does not oppose the unsealing of Exhibit 4 to FCSB's Motion to Seal (DE 490), which is a portion of Plaintiff's expert Alexander Karras's deposition transcript.

Dated: January 5, 2024

Respectfully submitted,

By:    /s/ *Jonathan Fahey*

JONATHAN L. FAHEY
(VSB No. 44854)
**BROWN RUDNICK LLP**
602 Thirteenth Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 536-1702
Facsimile: (202) 536-1701
jfahey@brownrudnick.com

ALISON L. ANDERSON
(Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
alanderson@bsfllp.com

ANDREW S. BRENNER
(Pro Hac Vice)
BRITTANY ZOLL
(Pro Hac Vice)
ROBERT G. KEEFE
(Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800

                                  Miami, FL  33131
                                  Telephone: (305) 539-8400
                                  Facsimile:  (305) 539-1307
                                  abrenner@bsfllp.com
                                  bzoll@bsfllp.com
                                  rkeefe@bsfllp.com

                                  *Counsel for Plaintiff B.R*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2024, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

                                  By: /s/ *Jonathan Fahey*

                                  JONATHAN L. FAHEY
                                  (VSB No. 44854)
                                  **BROWN RUDNICK LLP**
                                  602 Thirteenth Street NW, Suite 600
                                  Washington, DC  20005
                                  Telephone: (202) 536-1702
                                  Facsimile:  (202) 536-1701
                                  jfahey@brownrudnick.com