# EXHIBIT A

Clear Form

### Medical/legal report of examination for diagnosis and treatment

**Prepared by:**
**FACT Department**
**Sexual Assault Nurse Examiner Program (SANE) Program**
**3300 Gallows Road**
**Falls Church, VA 22042**
**703-776-3505**
**sane.nurse@inova.org**
**Suzanne Rotolo, Manager FACT Department**
**suzanne.rotolo@inova.org**

\*\*\* NOTICE OF CONFIDENTIALITY \*\*\*
THIS DOCUMENT HAS BEEN CREATED FOR THE EXPRESS PURPOSE OF FACILITATING
FEDERAL AND STATE LAWS PERTAINING TO THE REPORTING AND INVESTIGATION OF
ABUSE AND/OR NEGLECT. RELEASE, DUPLICATION OR DISTRIBUTION OF THIS
REPORT TO ANYONE OTHER THAN THOSE DIRECTLY AUTHORIZED IN THIS LEGAL
PROCESS IS ILLEGAL, UNETHICAL, AND EXPRESSLY FORBIDDEN

 **INOVA HEALTH SYSTEM**


EXHIBIT
FCSB 7
6/8/23

Sexual Assault Nurse Examiner (SANE) Report
\*\*\*Contains Patient Sensitive Information \*\*\*

FCPD-00124

FCPD-WR-00124

**REPORT SECTION HEADINGS**

1.0   BASIC CASE INFORMATION FOR PATIENT
2.0   FORENSIC EXAMINER INFORMATION
3.0   CIRCUMSTANCES OF THE EVENT
4.0   PHYSICAL EXAMINATION REPORT
5.0   PHYSICAL EXAMINATION GENITALIA
6.0   EXAM POSITIONS/TECHNIQUES
7.0   LABS AND CHAIN OF CUSTODY
8.0   TREATMENT
9.0   CONCLUSIONS



Sexual Assault Nurse Examiner (SANE) Report
\*\*\*Contains Patient Sensitive Information \*\*\*

## 1.0 Basic Case Information for Patient

| | |
|---|---|
| ███████████████ | ██████████ |
| ███████ | ████ |
| ███████ | ████ |
| Gender | ☒ Female   ☐ Male |
| Age in years | 12 |
| Race | Caucasian |
| Adult / Ped | ☐ Adult   ☒ Ped |
| Weight (Kg.)  Help | 48.08 ht 5' 0" |
| ██████████████ | ███ ██   ██ ██ |
| ██████████████ | ████████████████████ |

## 2.0 INFORMATION

| | |
|---|---|
| Sexual Assault Nurse Examiner (SANE) | Diane Burkart |
| Location of Examination | Child Help Fairfax, VA |
| Date of Examination (month/day/year) | 3/5/2012 |
| Time of Examination (hh:mm am/pm) | 6:00 PM |
| Scheduled or Acute | ☒ Scheduled   ☐ Acute |
| Referral Agency | Fairfax County |
| Detective/CPS | Det. Fred Chambers |

## 3.0 CIRCUMSTANCES OF THE REPORTED ASSAULT

| Provided By: | ☐ CPS<br>☒ Detective<br>☐ Other |
|---|---|
| Name: | Det Fred Chambers |
| Circumstances described by the above person | Child reported that a 13 year male had sexual contact with her in November 2011. |

**Per patient/caregiver :**



Confidential

## 4.0 PHYSICAL EXAMINATION REPORT

### Appearance / Emotional State / Statements



## 5.0 PHYSICAL EXAMINATION GENITALIA



Sexual Assault Nurse Examiner (SANE) Report
***Contains Patient Sensitive Information ***

Confidential



## 6.0 EXAM POSITIONS/TECHNIQUES
(CHECK ALL THAT APPLY)

**AND CHAIN OF CUSTODY**

Notes:

## CHAIN OF CUSTODY

Sexual Assault Nurse Examiner (SANE) Report
***Contains Patient Sensitive Information ***



Sexual Assault Nurse Examiner (SANE) Report
***Contains Patient Sensitive Information ***

## *PHOTOGRAPHIC DOCUMENTATION AND PERK*

**PERK (Physical Evidence Recovery Kit)**



**Clothing**

## 8.0  TREATMENT

**Sexually Transmitted Infections (STI)**



**Emergency Oral Contraceptives**



- **Anti-nauseant**

Immunizations



Sexual Assault Nurse Examiner (SANE) Report
***Contains Patient Sensitive Information ***

Confidential

## 9.0  CONCLUSIONS

**1. Non-genital findings/behavior are:**



Notes:

**2.  Genital findings are:**



Notes:



Sexual Assault Nurse Examiner (SANE) Report
***Contains Patient Sensitive Information ***

FCPD-00135

Confidential

FCPD-WR-00135



FCPD-00136

Confidential

FCPD-WR-00136



FCPD-00137

Confidential

FCPD-WR-00137



FCPD-00138

Confidential

FCPD-WR-00138



FCPD-00139

Confidential

FCPD-WR-00139



Confidential

FCPD-WR-00140



FCPD-00141

Confidential



FCPD-00142

Confidential



FCPD-00143

Confidential

FCPD-WR-00143



FCPD-00144

Confidential

FCPD-WR-00144



FCPD-00145

Confidential



Sexual Assault Nurse Examiner (SANE) Report
***Contains Patient Sensitive Information ***

Confidential

Name/Credentials: _____Diane C. Burkart, RN, SANE-A, SANE-P, CFN

Sexual Assault Nurse Examiner (SANE) Report
***Contains Patient Sensitive Information ***

FCPD-00147

FCPD-WR-00147