# EXHIBIT B

July 12, 2023

Ryan M. Bates
Hunton Andrews Kurth LLP
2200 Pennsylvania Ave. NW
Washington, DC 20037

RE: <u>B.R. v. Fairfax County School Board, et al</u><br>Case No: 19-cv00917-RDA-WEF

<u>Introduction, Background, and Credentials:</u>

I have been a clinically practicing forensic nurse examiner since 2006. I obtained my Diploma in Nursing from Bon Secours Memorial School of Nursing, BSN from Old Dominion University and MSN and Doctorate from Duquesne University. I am certified as a Sexual Assault Nurse Examiner – Adult/Adolescent (SANE-A), Sexual Assault Nurse Examiner – Pediatric (SANE-P), Advanced Forensic Nurse Board Certified (AFN-BC) and I hold my Nursing Professional Development Board Certification (NPD-BC). My qualifications are further detailed in my CV.

A forensic nurse is a Registered or Advanced Practice nurse who has received specific education and training. Forensic nurses provide specialized care for patients who are experiencing acute and long-term health consequences associated with victimization or violence, and/or have unmet evidentiary needs relative to having been victimized or accused of victimization. In addition, forensic nurses provide consultation and testimony for civil and criminal proceedings relative to nursing practice, care given, and opinions rendered regarding findings.

Forensic Nurse Examiners ("FNE") who are sometimes commonly referred to as Sexual Assault Nurse Examiners ("SANE") are registered nurses who have completed specialized education and clinical preparation in the medical forensic care of the patient who has experienced sexual assault or abuse. To become a FNE/SANE, you must first be a registered nurse (or advanced practice), with two years or more experience in areas of practice that require advanced physical assessment skills, such as emergency, critical care and maternal child health. The FNE/SANE training should meet the International Association of Forensic Nurse SANE Education Guidelines, which consists of both classroom and clinical components. The classroom training is completed either live or online and consists of either 40 hours for the adult/adolescent patient, 40 hours for the pediatric/adolescent patient or a combined 64-hour course that addresses all patient age categories. The clinical training often occurs in both a simulation lab and clinical setting with experienced preceptors who can prepare the new SANE for practicing competently in the role. After beginning practice as a SANE, nurses who have obtained SANE training and meet the clinical practice requirements have the opportunity to take a board certification examination through the Association. The Sexual Assault Nurse Examiner-Adult/Adolescent (SANE-A) and the Sexual Assault Nurse Examiner-Pediatric (SANE-P) board certification tests are for SANEs who care for specific population of patients.

A medical forensic examination ("MFE") is an exam in which a trained forensic nurse examiner conducts an exam for the purposes of assessing the overall needs of the patient, coordinating patient care, collecting potential biological evidence and makes recommendations based on observations during the exam.

Referral

I have been retained to provide an expert opinion on the anogenital aspects of the SANE evaluation performed on B.R. on March 8, 2012 (the "SANE Report"). The following represents my expert opinion based upon my education, experience, and research in the field of forensic nursing, not an interpretation of the law or reconstruction of the events leading to this investigation.

I was provided with following records:

1. SANE Report in black and white (FCPD-00124 to FCPD-00147)
2. BR's Statement dated 3/2/2012 (FCPD-00113 to FCPD-00115)
3. Video recording of police interviews of B.R. conducted on March 8, 2012
4. SANE Report in color (INOVA-WOR-00011 to INOVA-WOR-00034)
5. Rough draft of the deposition transcript of Diane Burkart.
6. Second Amended Complaint
7. BR's adolescent medical records (DRFAMLY-WR-009426 to DRFAMLY-WR-009483)
8. Expert Report of Dr. Eileen Ryan
9. BR's Trauma Timeline (DRWARD-WOR-00000276 and DRWARD-WOR-00000242 to DRWARD-WOR-00000266)

Findings

Following a review of the above records, I make the following findings and opinions to a reasonable degree of medical certainty:

1. 

CONFIDENTIAL

2. 

3.

 

    I reserve the right to supplement this report with additional findings in the future as additional information is made available to me.

Sincerely,

*Sara B. Jennings* DNP, RN, SANE-A, SANE-P, AFN-BC, NPD-BC

Dr. Sara B. Jennings, DNP, RN, SANE-A, SANE-P, AFN-BC, NPD-BC

3

Rule 26 Disclosures

Publications:

I have authored the following publications in the last 10 years:

1. Wickwire KA, Valentine JL, Downing N, Cochran CB, Drake S, Sekula LK, Jennings S. Forensic Nursing Research: The Basics Explained. J Forensic Nurs. 2021 Jul-Sep 01;17(3):173-181. doi: 10.1097/JFN.0000000000000336. PMID: 34162802.
2. Jennings, S. (2022). Medical Forensic Evidence Collection from the Sexual Assault Patient. Callari Robinson, Jacqueline (editor). IAFN Sexual Assault Nurse Examiner Certification Review. pgs. 211-245. Springer Publishing.
3. American Nurses Association & International Association of Forensic Nurses. (2017). *Forensic Nursing Scope and Standards of Practice* (2nd ed.). Silver Spring, MD.
    a. Role of Task Force Chair

Compensation

I am being compensated at my standard rates, which is $300/hour for records review, $250/hour for court preparation and attorney consultation, $200/hour for travel, and $1,800/day for court and deposition testimony.

Testimony:

Below is a list of cases in 2023 for which I have testified as an expert at trial or by deposition. I do not maintain records of previous cases.

- Commonwealth vs. Robin Andrew Edens (Newport News)
- Commonwealth vs. David Cunningham (Alexandria)
- Commonwealth vs. Lagos Rodas (Prince William County)
- Commonwealth vs. Christopher White (Lynchburg)

4

Sara Jennings, DNP, RN, SANE-a, SANE-P, AFN-BC, NPD-BC

Education
___

2016  Duquesne University                                            Pittsburgh, PA
- Doctorate of Nursing Practice

2010   Duquesne University                                           Pittsburgh, PA
- Master of Science in Nursing

2008   Old Dominion University                                          Norfolk, VA
- Bachelor of Science in Nursing, RN-BSN

2004    Bon Secours Memorial School of Nursing,                      Richmond, VA
- Diploma of Nursing.

Employment History
___

3/2023 - Present     Texas A&M University - Center of Excellence in Forensic Nursing, Tex-TRAC

*TeleSANE (on call)*
- Forensic Nurse Examiner on call to provide on-call teleSANE forensic evaluations on adult/adolescent sexual assaults

4/2023 – Present     University of Arkansas for Medical Sciences - IDHI    TeleSANE Program

*TeleSANE (on call)*
- Forensic Nurse Examiner on call to provide on-call teleSANE forensic evaluations on adult/adolescent sexual assaults

1/2023 - Present     Restore Hyperwellness

Registered Nurse
- Registered nurse providing mHBOT and IV therapy

1/2021 – Present    Jennings Consulting, LLC.    Beaverdam, VA
Services include but are not limited to:

- Mentorship

- Education and Training for stakeholders

- Program and policy development consultation services

- Expert Witness consultation and testimony

10/2016 – Present    Western Governors University, Salt Lake City, UT
*Manager, Clinical Learning and Placement Support (2023- Present)*

*Evaluator – BSN Nursing Team (2016-2023)*
- Subject-matter expert
- Extensive knowledge and application of competency-based learning
- Apply own subject matter expertise and experience utilizing a rubric c
- Crafts personalized robust feedback to support accurate scoring of students responses

9/2019 – 4/2023  Present International Association of Forensic Nurses, Elkridge, Maryland
*Education Director*
- Responsible for conceptualizing, developing, and implementing content by identifying needs specific to educational needs
- Coordinate the organizations ANCC continuing nursing education provider and approver status
- Serves as ANCC Accredited Provider Program Director
- Maintains appropriate continuing education application records to stay in compliance with ANCC
- Identification, development and implementation of a coordinated and comprehensive offering of education and technical assistance to members and those interested in the field of forensic nursing
- Supervisory responsibility of a team of staff that has grant and contract related program deliverables
- Responsible for working to strengthen the quality of medical forensic care through the development and delivery of quality training and technical assistance

PO BOX 151    BEAVERDAM, VA 23015

804.380.0460

3/2006 – 7/2022 Bon Secours Richmond Forensic Nursing Services, Richmond, VA  - Bon Secours Richmond

*Manager (2015-2019), Clinical Care Leader/Coordinator (2009-2015), RN 4 Forensic Nurse Examiner (2019-2022)*

- Manager of forensic nursing services (2015-2019) for Memorial Regional Medical Center, Richmond Community Hospital, St. Mary's Hospital, and St. Francis Medical Center, Watkins Emergency Center and Short Pump Emergency Department including scheduling, employee orientation, managing fiscal responsibilities, and serving as an educator in forensic nursing courses.
- Oversight of both RNs and PCTs and MSW students as assigned
- Forensic Nurse Examiner on call to perform forensic evaluations on adult and child sexual and physical assaults, elder abuse, domestic violence, felonious assaults, workplace violence, human trafficking and suspects.

12/2021 – 7/2023    Aspen University                    Denver, CO
- *Adjunct Faculty – DNP Program*

1/2017 – Present    Capella University
St. Louis, MI
- *Adjunct Faculty – MSN Program*

1/2012 -1/2013 Bon Secours Richmond Health System
*Instructor II/Educator – Health Promotion, Love and Learn*
- Educational programs to community (hospital birthing center tours, newborn care and safety, "What's New for Grandparents", multiple's course)

8/2011 – 5/2012   J. Sergeant Reynolds Community College  Richmond, VA
*Adjunct Faculty – Medical Terminology Course*
- HLT 143 (Basic Medical Terminology Course), 35 students

1/2011-12/2011 Clinical Solutions, Inc.
                            Alpharetta, GA
*RN – Contract Employee*
- Review, implementation and coordination of telephone triaging system
- Extensive overhaul of telephone triage call system, including multi-system review

5/2007 – 5/2010  St. Mary's Hospital  Richmond, VA
*Emergency Department Nurse Forensic Nurse Examiner, RN 2*
- Functions in the role of preceptor for staff, staff nurse
- Functions in the role of charge nurse, staff nurse and preceptor in the adult and pediatric emergency department

8/2005-10/2007 Chippenham Hospital  Richmond, VA
*Emergency Department Nurse, RN*
- Functions in the role of staff nurse and preceptor in the emergency department.

8/2004-8/2005  Chippenham Hospital  Richmond, VA
*Emergency Department Technician*
- Functions in the role of patient care technician

1/2001-12/2004 Henrico Doctors Hospital  Richmond, VA
*Emergency Department Technician/Unit Secretary/RN-A*
- Functions in the role of patient care technician and department secretary to include order entry, basic telephone operations and customer service, ordering and answering call-bell system

1/2002-12/2004 Lifeline Ambulance  Richmond, VA
*Emergency Medical Technician - Basic*
- Functions in the role of EMT-B to provide EMS transportation both emergency and non-emergency

5/2001-10/2003 Paramount's Kings Dominion  Doswell, VA
*Emergency Medical Technician – Basic, Communications Supervisor*
- Functions in the role of communication supervisor for all park communication via 800 radio system for ride, EMS and fire

5/2001-12/2001 St. Mary's Hospital  Richmond, VA
*Unit Secretary – 5E*
- Functions in the role of patient care technician and department secretary to include order entry, basic telephone operations and customer service, ordering and answering call-bell system

PO BOx 151   Beaverdam, VA 23015

804.380.0460

1/1999-5/2001    Franco's Fine Clothier
Richmond, VA

- Functions in the role of cashier/sales for both men's and women's department, assisted customers with suit fittings and tailoring

LICENSURE

2017- Present

- Licensed in Washington State as a Registered Nurse

(Previously licensed in California)

2004 - Present

- Licensed in Virginia as a Registered Nurse and CPR
- Past experience includes TNCC, ACLS, PALS, ABLS, EMT-B, EVOC

SPECIAL CERTIFICATES OF COMPLETION AND CERTIFICATIONS

2006    St. Mary's Hospital Forensic Nurse Program   Richmond, VA

- Attended 40-hour didactic Sexual Assault/Forensic Nurse Examiner training seminar

2008    St. Mary's Hospital Forensic Nurse Program   Richmond, VA

- Attended 40-hour didactic Pediatric Sexual Assault/Forensic Nurse Examiner training seminar

2008    International Association of Forensic Nurse Examiners

- Sexual Assault Nurse Examiner – Adult/Adolescent certified

2010    International Association of Forensic Nurse Examiners

- Sexual Assault Nurse Examiner – Pediatric

2014    American Nurses Credentialing Center

- Advanced Forensic Nurse-Board Certified

2022 American Nurses Credentialing Center
    Nursing Professional Board Certification (NPD-BC)

E<small>DUCATIONAL</small> U<small>PDATES</small>
___

11/07
Virginia Chapter –IAFN Seventh Annual Educational Conference, Fredericksburg, VA

05/07
Improving Investigation and Prosecution of Child Abuse, Department of Criminal and Juvenile Services

11/08
Virginia Chapter – IAFN Eighth Annual Educational Conference, Roanoke, VA

05/09
International Association of Forensic Nurses
"Anonymous Evidence Collection in Adult Sexual Assault Patients"

06/09
2009 SANE/Forensic Nurse Refresher & Update Course
"Going Back to the Basics"
Richmond, VA

07/09
International Association of Forensic Nurses
"Death Investigation: The Basics"
Webinar

07/09
International Association of Forensic Nurses/Safe Technical Assistance
"HIV Post Exposure Prophylaxis and Sexual Assault Webinar"
Webinar

10/09
International Association of Forensic Nurses, 17th Annual Scientific Assembly
Atlanta, GA

11/09
Virginia Chapter – IAFN Ninth Annual Educational Conference,
Winchester, VA

10/10
International Association of Forensic Nurses, 18th Annual Scientific Assembly
Pittsburgh, PA

2/11
Virginia Chapter – IAFN Tenth Annual Educational Conference,
Richmond, VA

12/12
Children's Advocacy Centers of Virginia and the American Academy of Pediatrics, Virginia Chapter
The Role of the Medical Provider, Recognizing Abusive Injuries, Abusive Head Trauma, Fractures and Sexual Abuse
Rich Kaplan, MD


3/13
Virginia Chapter – IAFN Twelfth Annual Educational Conference, Virginia Beach, VA
(conference planner)

5/13
CACVA 5th Annual Multidisciplinary Child Abuse Conference
Richmond, VA

3/14
Virginia Chapter – IAFN 13th Annual Educational Conference,
Fredericksburg, VA

5/14
CACVA 5th Annual Multidisciplinary Child Abuse Conference
Richmond, VA

10/14
International Association of Forensic Nurses, 22nd Annual Scientific Assembly
Phoenix, AZ

3/15
Virginia Chapter – IAFN 14th Annual Educational Conference, Richmond, VA

(Conference planner)

10/15
Bon Secours Richmond Forensic Nursing Services – 2015 Pediatric Forensic Update, Richmond, VA

3/16
Virginia Chapter – IAFN 15th Annual Educational Conference, Richmond, VA
(conference planner)

9/16
International Association of Forensic Nurses, 24th Annual Scientific Assembly
Denver, CO

11/16
Just Shared Hope Conference
Oxon Hill, MD

5/17
Virginia Chapter – IAFN 16th Annual Educational Conference, Richmond, VA
(Conference planner)

10/17
International Association of Forensic Nurses, 25th Annual Scientific Assembly
Toronto, ON

4/18
International Association of Forensic Nurses, Leadership and Lobby Days
Washington, DC

10/18
International Association of Forensic Nurses, 26th Annual Scientific Assembly
Reno, NV

2/19
International Association of Forensic Nurses, Leadership and Advocacy Days
Washington, DC

9/19
International Association of Forensic Nurses, 27th Annual Scientific Assembly
New Orleans, LA

9/20
International Association of Forensic Nurses, 28th Annual Scientific Assembly
Virtual (due to COVID)

3/21 Training Institute on Strangulation Prevention,
Advanced Course
Richmond, VA

9/21
International Association of Forensic Nurses, 29th Annual Scientific Assembly
Virtual (due to COVID)

3/22
Nursing Professional Development – NPD Review Course

9/22
International Association of Forensic Nurses, 30th Annual Scientific Assembly
Dallas, TX

### AWARDS/RECOGNITION/SCHOLARSHIPS

**2022**  Babe Ruth League District 5, MVP

**2019** 4 Under 40 Recipient from Virginia Hospital and Healthcare Association

**2017** Governor's EMS Award Nominee; Nurse with Outstanding Contribution to EMS

**2017** Regional Award, Nurse with Outstanding Contribution to EMS
ODEMS

**2015** Virginia Nurses Association 40 under 40 Award Winner

**2014** Virginia Nurse of the Year Finalist
March of Dimes

**2014-2016** Jonas IV Veterans Healthcare Scholars
Jonas Center for Nursing and Veterans Healthcare

**2014** Francine Barr Award Recipient
St. Mary's Hospital

**2014-2015** Duquesne University DNP Scholarship Recipient
Duquesne University, Pittsburgh, PA

## PROFESSIONAL MEMBERSHIPS

2019 -Present

Association of Nursing Professional Development

2013 – Present

American Nurses Association

Virginia Nurses Association

2012-Present

- Sigma Theta Tau Nursing Honor Society

2004-2009, 2021 - present

- Emergency Nurses Association

2007-Present

- International Association of Forensic Nurses (IAFN)
- Virginia Chapter of the IAFN
- Virginia Chapter of the IAFN President 2012-2013
- IAFN Director at Large 2010-2013
- IAFN Secretary 2014-2016
- Virginia Chapter of the IAFN President Elect 2016
- IAFN-Virginia Chapter President 2017
- IAFN- Virginia Chapter Immediate Past President 2018
- IAFN- President Elect 2018
- IAFN – President 2019

2007- 2010
Dinwiddie Volunteer Fire Department, Support Member
Recording Secretary 2009-2010

2010 – 2018
American Professional Society on the Abuse of Children

TEACHING EXPERIENCE *OUTSIDE OF ADJUNCT FACULTY ROLE

10/07
6th Annual Women's Safety and Wellness Fair, University of Richmond

02/08
Hermitage High School Technical Center, "What is a Forensic Nurse?"
EMT-B, LPN, CAN and HIM students

05/08, 11/08, 05/09, 1/10, 5/10
St. Mary's Hospital, Forensic Nurse Training
Rape Trauma Syndrome, Evidence Collection

11/08
Henrico County Police Department
Role of the Forensic Nurse

10/08
7th Annual Women's Safety and Wellness Fair, University of Richmond

10/09, 11/09
Bon Secours Memorial School of Nursing
Role of the Forensic Nurse, Legal Issues in Nursing

11/09, 9/10
St. Mary's Hospital, Pediatric Forensic Nurse Training
Pediatric Growth and Development

02/10
Chesterfield Public Health Department
Role of the Forensic Nurse, Identifying a Forensic Patient in your Population

4/10
Association of Women's Health, Obstetric and Neonatal Nurses
Richmond Chapter Meeting
Toolkit for Preventing Violence against Women

04/10, 9/10, 3/11
Fort Lee Unit Victim Advocate Training
Role of the Forensic Nurse

6/10
8th Annual Mid-Atlantic Nursing Leadership Conference
VCU Health System
Poster Presentation: "Do you have H-A-R-T?"
Regional Hospital Accompaniment Program

10/10
Faith Community Nursing
"Identifying abuse and neglect in your patient population"
Bon Secours Health System

10/09, 10/10
At the Scene of the Crime: A Forensic Experience
University of Richmond, Osher Institute

Course Director – Sexual Assault Nurse Examiner/Forensic Nurse Examiner Training presented by Forensic Nurse Examiners of St. Mary's Hospital, Richmond, VA
9/11-present

Central Virginia EMS Expo
3/14, 3/12, 3/10, 3/14, 3/16
"What is a forensic nurse"

5/23
Bon Secours Attorney Seminar: Understanding the Medical Forensic Exam
-Course Faculty

## COMMITTEES

2008
St. Mary's Hospital ED, Sepsis Champion

2008 – 2009
St. Mary's Hospital, ARC Committee, Evidence Based Practice Committee

2008
St. Mary's Hospital ED, Chest Pain Champion/STEMI

2008- 2009
St. Mary's Hospital ED, Documentation Committee

2008
Patient Employee Satisfaction Committee

2009-2016
St. Mary's Hospital, Education Council

2009 – 2010
St. Mary's Hospital, Connect Care Workflow Group

2010-2016
St. Mary's Hospital, Nursing Congress
Secretary (January 2011-September 2011)
Chair (October 2011-2013)

2011
St. Mary's Hospital, Magnet Unit Champion

2013 – 2016
Bon Secours Virginia "Nurses for Good"
Membership Committee Chair

2014 – 2016
St. Mary's Hospital
Professional Nurse Advancement Program Committee
2015-Present, Committee Chair

2015-2016
St. Mary's Hospital
Applied Research Council (Shared Governance)
Chair – Elect 2015

2017- Present
Virginia Nurses Association – Peer Reviewer

2018 – 2022
Bon Secours Health System Institutional Review Board (IRB)

2018-Present
Henrico County Fatality Review Board

2019- Present
Journal of Forensic Nursing; Reviewer

2020-2021
Virginia HB 806 Workgroup; VA SAFE Program Working Group

2021- Present
Virginia Task Force on Services for Survivors of Sexual Assault
Appointed by Governor Ralph Northam