# EXHIBIT D

# AGE 0 - 18

**SICK VISIT**

Name: ▮▮▮▮▮ D.O.B. 2-15-99

Date: 5/29/06 Office ▮▮▮  Dr. _____

Age: 2 3/4   Ht. _____

Wt: 29#   Ht. _____  ☐ CURRENT MEDICATIONS

RR: 24   BP _____

Temp: 98   ☐ PROBLEM LIST

**Phone Calls & Prescription**

EARL J. ROBERTS, M.D.
INFANTS & CHILDREN
5205 VILLAGE BLVD.
WEST PALM BEACH, FL 33407

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| GENERAL | ☑ | ☐ | |
| HEENT | ☑ | ☐ | |
| CHEST | ☑ | ☐ | |
| HEART | ☑ | ☐ | |
| ABD | ☑ | ☐ | |
| GU | ☐ | ☑ | ▮▮▮▮ |
| MS/NEURO | ☑ | ☐ | ▮▮▮▮ |
| SKIN | ☑ | ☐ | ▮▮▮▮ |
| NKA | ☑ | ☐ | |

Dx: ▮▮▮▮▮

PLAN ▮▮▮▮▮

FOLLOW UP _____

_____ MD

CONFIDENTIAL
Confidential                                                     DRFAMLY-WR-009451