# **EXHIBIT E**



**CHILDREN'S GASTROENTEROLOGY OF SOUTH FLORIDA, P.A.**

ROBERTO A. GUERRERO, M.D.

DATE: June 9, 2002

D.O.B.: 7-15-99 AGE: 2 ½ years
REFERRING PHYSICIAN: Earl Roberts, M.D.

Thank you for consult.
Sincerely,

Roberto A. Guerrero, M.D.

DICTATED BUT NOT READ
CC: Dr. Bret Baynham

E. Wertz, M.D.
6-12-02

12989 Southern Blvd., Suite 204 • Loxahatchee, FL 33470 • (561) 795-3333 • Fax: (561) 791-3002

Confidential

**CONFIDENTIAL**

DRFAMLY-WR-009450