IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| B.R., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FAIRFAX COUNTY SCHOOL BOARD, )<br>*et al.*, )<br>)<br>Defendants. ) | Civil No. 1:19-cv-00917-RDA-WEF |

### PLAINTIFF B.R.'S OMNIBUS MOTION *IN LIMINE*

Plaintiff, B.R., by counsel, respectfully moves this Court *in limine* to preclude Defendants Fairfax County School Board ("FCSB"), C.K., J.O, and A.F., S.T., T.B., P.A.H., B.H., M.P.F, M.C., F.T., and J.F. ("Individual School Defendants") (collectively, "Defendants") from presenting inadmissible evidence and/or the anticipated introduction of irrelevant and prejudicial issues concerning the following:

**Motion *in Limine* #1**:  Argument that B.R., at Age Twelve Years Old, "Consented" to Sex

**Motion *in Limine* #2**:  Speculative Evidence or Argument Regarding Purported Family Abuse in B.R.'s Family Home

**Motion *in Limine* #3**:  B.R.'s Sexual Activity After the 2011/2012 Incidents at Issue

**Motion *in Limine* #4**:  Evidence of B.R.'s Family Members' Participation in Other Litigation

**Motion *in Limine* #5**:  Use of B.R.'s Complaints as Evidence

**Motion *in Limine* #6**:  Testimony from Officer Gadell

**Motion *in Limine* #7**:  Ultimate Findings and Conclusions of FCPD in Investigation into B.R.'s Report of Sexual Assaults by C.K.

**Motion *in Limine* #8**:  S.T.'s, and Any Other Defendant's, Personal Sexual Assault Experience

**Motion *in Limine* #9**:  MPO William Woolf's Internal Affairs Report

**Motion *in Limine* #10**:  FSCB's Post-Hoc "B.R. Incidents" Memorandum

**Motion *in Limine* #11**:  Unsubstantiated Theory that a Fall B.R. Had as a 3-Year-Old Child Caused Her TBI

**Motion *in Limine* #12**:  Speculative and Unsupported Argument that the Scar Identified in B.R.'s SANE Exam Was Caused by Constipation or Is the Fissure Observed in An Infant Medical Record

**Motion *in Limine* #13**:  Undisclosed Expert Opinions

**Motion *in Limine* #14**:  Facebook Messages Purportedly Between C.K. and "Facebook User"

**Motion *in Limine* #15**:  Facebook Messages Between "The Fake 'High School Freshman' [Facebook] Profile Used to Message Co.K. in January 2012"; "The Fake 'Adrianna Capsulo' [Facebook] Profile Used to Message Co.K. in December 2012"; and "The Fake 'Christina Affairs' [Facebook] Profile Used to Message C.K. in January 2012"

The grounds for these Motions are set forth in the accompanying Memorandum in Support of B.R.'s Omnibus Motion *in Limine*.

Dated: January 12, 2024

Respectfully submitted,

By:     /s/ *Jonathan Fahey*

JONATHAN L. FAHEY
(VSB No. 44854)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street NW, Ste 643
Washington, DC  20037
Telephone:  (202) 737-8808
jfahey@holtzmanvogel.com


ALISON L. ANDERSON
(Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East, Suite 1520
Los Angeles, CA  90067
Telephone:  (213) 629-9040
Facsimile:  (213) 629-9022
alanderson@bsfllp.com


ANDREW S. BRENNER
(Pro Hac Vice)
BRITTANY ZOLL
(Pro Hac Vice)
ROBERT G. KEEFE
(Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street, Suite 2800
Miami, FL  33131
Telephone:  (305) 539-8400
Facsimile:  (305) 539-1307
abrenner@bsfllp.com
bzoll@bsfllp.com
rkeefe@bsfllp.com

*Counsel for Plaintiff B.R.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: /s/ *Jonathan Fahey*

JONATHAN L. FAHEY
(VSB No. 44854)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street NW, Ste 643
Washington, DC  20037
Telephone:  (202) 737-8808
jfahey@holtzmanvogel.com