1/12/24, 10:25 PM  Case 1:19-cv-00917-RDA-WEF   Document 664   Filed 01/12/24   Page 1 of 1 PageID# 12874
ShareFile - Where Companies Connect

 24-01-12 Pltf.'s Memo ISO Omnibus – FINAL (Redacted-Stampe... .pdf

IN THE UNITED STATES DISTRICT COURT FOR ͹
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

B.R.,                                             )
                                                  )
                                                  )
         Plaintiff,                               )
                                                  )      Civil No. 1:19-cv-0
                                                  )
v.                                                )
                                                  )
                                                  )
FAIRFAX COUNTY SCHOOL BOARD,                      )
et al.,                                           )
                                                  )
                                                  )
         Defendants.                              )

**PLAINTIFF B.R.'S MEMORANDUM IN SUPPORT OF**
**OMNIBUS MOTION *IN LIMINE***

Plaintiff B.R. files this Memorandum in Support of her Omnibus Mc

The purpose of a motion *in limine* is "to allow a court to rule on

advance of trial in order to avoid delay, ensure an even-handed and expeditic

issues the jury will consider." *Scalia v. Med. Staffing of Am., LLC*, 2020 WL

Va. Mar. 18, 2020). Motions *in limine* "serve important gatekeeping func