IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:19-cv-917 (RDA/WEF) |
| v. ) | |
| ) | |
| F.C.S.B., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter comes before the Court on an email from the parties. On January 8, 2024, the Court issued a Sealed Memorandum Opinion and Order ("Memorandum Opinion") denying F.C.S.B.'s Motion to Dismiss for Fraud on the Court. Dkt. 620. In the ordering paragraphs of the Memorandum Opinion, the Court directed the parties to meet and confer regarding what portions, if any, of the Memorandum Opinion should be redacted in a public version of the document. The parties now report that they have met and conferred and that no party is seeking sealing of any portion of the Memorandum Opinion and that all parties agree that the entire Memorandum Opinion can be publicly filed. Accordingly, it is hereby ORDERED that the Clerk of the Court is DIRECTED to unseal the Memorandum Opinion (Dkt. 620) to make it available to the public.

It is SO ORDERED.

Alexandria, Virginia
January 29, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge