**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| B.R., | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 1:19-cv-00917-RDA-WEF |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
|     Defendants. | ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Wednesday, March 6, 2024 at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants, Fairfax County School Board, A.F., S.T., T.B., P.A.H., B.H., M.P.F., M.C., F.T. J.F., C.K., and J.O., by counsel, will move the Court to grant their Motion to Overrule Objections and Address Admissibility Under Federal Rule of Evidence 412.

Dated: February 28, 2024   Respectfully submitted,

By: */s/ Sona Rewari*
Sona Rewari (VSB No. 47327)
Ryan M. Bates (VSB No. 74661)
Scott W. Burton (VSB No. 90601)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
rbates@HuntonAK.com
burtons@HuntonAK.com
kelliker@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

By: */s/ Michael E. Kinney*
  Michael E. Kinney (VSB #65056)
  MICHAEL E. KINNEY, PLC
  1801 Robert Fulton Drive
  Suite 120
  Reston, VA 20191
  Telephone: (703) 956-9377
  Facsimile: (703) 956-9634
  mk@kinneyesq.com

  *Counsel for Defendants A.F., S.T., T.B., P.A.H., B.H., M.P.F, M.C., F.T., and J.F.*

By: */s/ James F. Davis*
  James F. Davis (VSB #41387)
  JAMES F. DAVIS, P.C.
  10513 Judicial Dr., Suite 200
  Fairfax, VA 22030
  Tel: (703) 383-3110
  Fax: (571) 748-6564
  jfd@jfdavislaw.com

  *Counsel for Defendant C.K.*

By: */s/ Bruce M. Blanchard*
  Bruce M. Blanchard (VSB # 23778)
  James P. Miller (VSB # 89409)
  ODIN, FELDMAN, & PITTLEMAN, P.C.
  1775 Wiehle Avenue, Suite 400
  Reston, VA 20190
  Tel: (703) 218-2102 (Blanchard direct)
  (703) 218-2154 (Miller direct)
  Fax: (703) 218-2160
  Bruce.Blanchard@ofplaw.com
  Jim.Miller@ofplaw.com

  *Counsel for Defendant J.O.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2024, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: /s/ *Sona Rewari*
Sona Rewari