IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 1:19-cv-00917-RDA-WEF |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
|     Defendants. | ) |

**JOINT STATEMENT REGARDING PROPOSED JUROR EXCLUSION**

Pursuant to the Court's October 25, 2023 Order (ECF 475), Plaintiff B.R. and Defendants Fairfax County School Board, A.F., S.T., T.B., P.A.H., B.H., M.P.F., M.C., F.T. J.F., C.K., and J.O. (collectively "the Parties") state as follow:

1.    The Parties did not receive questionnaires for the following prospective jurors: 3, 10, 18, 19, 23, 29, 33, 34, 38, 41, 45, 50, 52, 54, & 77.

2.    The Parties agree that the following prospective jurors should be excused based on their responses to the questionnaire: 1, 2, 5, 7, 14, 15, 16, 24, 25, 31, 32, 42, 43, 44, 47, 49, 53, 55, 56, 57, 59, 60, 61, 64, 68, 71, 73, 81, 82, 83, 87, 90, 94, & 98.

3.    Plaintiff believes that the following prospective jurors should be excluded, while Defendants disagree: 9, 26, 76.

4.    Defendants believe that the following jurors should be excluded, while Plaintiff disagrees: 21, 85, 96, 99.

Dated: February 29, 2024

By: */s/ Alison L. Anderson*
    Alison L. Anderson (Pro Hac Vice)
    BOIES SCHILLER FLEXNER LLP
    2029 Century Park East, Suite 1520
    Los Angeles, CA 90067
    Telephone: (213) 629-9040
    Facsimile: (213) 629-9022
    alanderson@bsfllp.com

    Andrew S. Brenner (Pro Hac Vice)
    Brittany Zoll (Pro Hac Vice)
    Robert G. Keefe (Pro Hac Vice)
    Samantha Pedersen (Pro Hac Vice Pending)
    BOIES SCHILLER FLEXNER LLP
    100 SE 2nd Street, Suite 2800
    Miami, FL 33131
    Telephone: (305) 539-8400
    Facsimile: (305) 539-1307
    abrenner@bsfllp.com
    bzoll@bsfllp.com
    rkeefe@bsfllp.com
    spederson@bsfllp.com

    Jonathan L. Fahey (VSB No. 44854)
    HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
    2300 N Street NW, Ste 643
    Washington, DC 20037
    Telephone: (202) 737-8808
    jfahey@holtzmanvogel.com

    *Counsel for Plaintiff B.R*

Respectfully submitted,

By: */s/ Ryan M. Bates*
    Ryan M. Bates (VSB No. 74661)
    Sona Rewari (VSB No. 47327)
    Scott W. Burton (VSB No. 90601)
    HUNTON ANDREWS KURTH LLP
    2200 Pennsylvania Avenue, NW
    Washington, DC 20037
    Telephone: (202) 955-1500
    Facsimile: (202) 778-2201
    rbates@HuntonAK.com
    srewari@HuntonAK.com
    burtons@HuntonAK.com

    Kevin S. Elliker (VSB No. 87498)
    HUNTON ANDREWS KURTH LLP
    951 Byrd Street
    Richmond, VA 23219
    Telephone: (804) 788-8200
    Facsimile: (804) 788-8218
    kelliker@hunton.com

    *Counsel for Defendant Fairfax County School Board*

By: */s/ Michael E. Kinney*
    Michael E. Kinney (VSB #65056)
    MICHAEL E. KINNEY, PLC
    1801 Robert Fulton Drive
    Suite 120
    Reston, VA 20191
    Telephone: (703) 956-9377
    Facsimile: (703) 956-9634
    mk@kinneyesq.com

    *Counsel for Defendants A.F., S.T., T.B., P.A.H., B.H., M.P.F, M.C., F.T., and J.F.*

By: */s/ James F. Davis*
    James F. Davis (VSB #41387)
    JAMES F. DAVIS, P.C.
    10513 Judicial Dr., Suite 200
    Fairfax, VA 22030
    Tel: (703) 383-3110
    Fax: (571) 748-6564
    jfd@jfdavislaw.com

    *Counsel for Defendant C.K.*

By: */s/ James P. Miller*
    James P. Miller (VSB # 89409)
    Bruce M. Blanchard (VSB # 23778)
    ODIN, FELDMAN, & PITTLEMAN, P.C.
    1775 Wiehle Avenue, Suite 400
    Reston, VA 20190
    Tel: (703) 218-2102 (Blanchard direct)
    (703) 218-2154 (Miller direct)
    Fax: (703) 218-2160
    Bruce.Blanchard@ofplaw.com
    Jim.Miller@ofplaw.com

    *Counsel for Defendant J.O.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: _/s/ Ryan M. Bates_
Ryan M. Bates