IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-00917 |
| ) | |
| F.C.S.B., et al., ) | |
| ) | |
|    Defendants. ) | |
| ) | |

## DEFENDANT C.K.'S MOTION FOR
## ELECTRONIC DEVICE AUTHORIZATION

Defendant C.K., pursuant to the Court's Personal Electronic Device Policy, hereby moves the Court to authorize his attorney, James F. Davis, to bring the electronic devices identified in the attached Request for Authorization to the March 6, 2024, Pretrial Hearing before the Honorable Rossie D. Alson, Jr.

                                                Respectfully submitted,
                                                C. K.
                                                By Counsel

Dated: February 29, 2024

                                                _____/s/_____
                                                James F. Davis

                                                Virginia State Bar No. 41387
                                                Counsel for Defendant C. K.
                                                James F. Davis, P.C.
                                                10513 Judicial Dr., Suite 200
                                                Fairfax, VA 22030
                                                Tel: (703) 383-3110
                                                Fax: (571) 748-6564
                                                jfd@jfdavislaw.com

**CERTIFICATE OF SERVICE**

I certify that on February 29, 2024, I will electronically file a copy of the attached DEFENDANT CK'S MOTION FOR ELECTRONIC DEVICE AUTHORIZATION using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/
James F. Davis (VSB #41387)