IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-00917 |
| ) | |
| F.C.S.B., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT C.K.'S MOTION FOR ELECTRONIC DEVICE AUTHORIZATION AND TO USE COURT'S EVIDENCE PRESENTATION SYSTEM

Defendant C.K., pursuant to the Court's Personal Electronic Device Policy, hereby moves the Court to authorize his attorney, James F. Davis, to bring the electronic devices identified in the attached Request for Authorization to the trial scheduled from March 18, 2024 through April 26, 2024, before the Honorable Rossie D. Alson, Jr. In addition, and pursuant to the Policy, I have attached a Request to Use the Court's Evidence Presentation System.

Respectfully submitted,
C. K.
By Counsel

Dated: March 10, 2024

_____/s/_____
James F. Davis

Virginia State Bar No. 41387
Counsel for Defendant C. K.
James F. Davis, P.C.
10513 Judicial Dr., Suite 200
Fairfax, VA 22030
Tel: (703) 383-3110
Fax: (571) 748-6564
jfd@jfdavislaw.com

1

## **CERTIFICATE OF SERVICE**

I certify that on March 10, 2024, I will electronically file a copy of the attached DEFENDANT CK'S MOTION FOR ELECTRONIC DEVICE AUTHORIZATION AND REQUEST TO USE COURT'S EVIDENCE PRESENTATION SYSTEM using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/
James F. Davis (VSB #41387)