IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

B.R.,

    Plaintiff,

v.

F.C.S.B., *et al.*,

    Defendants.

Civil Action No. 1:19-cv-917 (RDA/WEF)

## VERDICT FORM

### Verdict: Plaintiff B▮R. v. Defendant Fairfax County School Board

1. With respect to Plaintiff B▮R.'s claim of deliberate indifference under Title IX against Defendant Fairfax County School Board, we the jury find in favor of:

    a. \_\_\_\_\_ Plaintiff B▮R.

    b. _X_ Defendant Fairfax County School Board

    (If you check response "a," proceed to Question 2.)
    (If you check response "b," skip Question 2 and proceed to Question 3.)

2. With respect to Plaintiff B▮R.'s claim of deliberate indifference under Title IX, we the jury award damages to Plaintiff B▮R. and against Defendant Fairfax County School Board in the following amount: $_____

    (Proceed to Question 3.)

3. With respect to Plaintiff B▮R.'s claim of retaliation under Title IX against Defendant Fairfax County School Board, we the jury find in favor of:

    a. \_\_\_\_\_ Plaintiff B▮R.

b. __X__ Defendant Fairfax County School Board

(If you check response "a," proceed to Question 4.)
(If you check response "b," skip Question 4 and proceed to Question 5.)

4. With respect to Plaintiff B▮ R.'s claim of retaliation under Title IX, we the jury award damages to Plaintiff B▮ R. and against Defendant Fairfax County School Board in the following amount: $_____

(Proceed to Question 5.)

## Verdict: Plaintiff B███ R. v. Defendant A███ F███

5. With respect to Plaintiff B███ R.'s claim of retaliation under the First Amendment against Defendant A███ F███, we the jury find in favor of:

   a. \_\_\_\_\_ Plaintiff B███ R.

   b. __X__ Defendant A███ F███

   (If you check response "a," proceed to Question 6.)
   (If you check response "b," skip Question 6 and proceed to Question 7.)

6. With respect to Plaintiff B███ R.'s claim of retaliation under the First Amendment, we the jury award damages to Plaintiff B███ R. against Defendant A███ F███ in the following amount: $_____

   (Proceed to Question 7.)

7. With respect to Plaintiff B███ R.'s claim of gross negligence against Defendant A███ F███ we the jury find in favor of:

   a. \_\_\_\_\_ Plaintiff B███ R.

   b. __X__ Defendant A███ F███

   (If you check response "a," proceed to Question 8.)
   (If you check response "b," skip Question 8 and proceed to Question 9.)

8. With respect to Plaintiff B███ R.'s claim of gross negligence, we the jury award damages to Plaintiff B███ R. against Defendant A███ F███ in the following amount: $_____

   (Proceed to Question 9.)

9. With respect to Plaintiff B███ R.'s claim of gross negligence in breach of an assumed duty of care against Defendant A███ F███, we the jury find in favor of:

   a. \_\_\_\_\_ Plaintiff B███ R.

b. __X__ Defendant A███ F███

    (If you check response "a," proceed to Question 10.)
    (If you check response "b," skip Question 10 and proceed to Question 11.)

10. With respect to Plaintiff B███ R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B███ R. against Defendant A███ F███ in the following amount: $_____

    (Proceed to Question 11.)

### Verdict: Plaintiff B____ R. v. Defendant S____ T____

11. With respect to Plaintiff B____ R.'s claim of retaliation under the First Amendment against Defendant S____ T____, we the jury find in favor of:

    a. _____ Plaintiff B____ R.

    b. __X__ Defendant S____ T____

    (If you check response "a," proceed to Question 12.)
    (If you check response "b," skip Question 12 and proceed to Question 13.)

12. With respect to Plaintiff B____ R.'s claim of retaliation under the First Amendment, we the jury award damages to Plaintiff B____ R. and against Defendant S____ T____ in the following amount $_____

    (Proceed to Question 13.)

13. With respect to Plaintiff B____ R.'s claim of gross negligence against Defendant S____ T____, we the jury find in favor of:

    a. _____ Plaintiff B____ R.

    b. __X__ Defendant S____ T____

    (If you check response "a," proceed to Question 14.)
    (If you check response "b," skip Question 14 and proceed to Question 15.)

14. With respect to Plaintiff B____ R.'s claim of gross negligence, we the jury award damages to Plaintiff B____ R. and against Defendant S____ T____ in the following amount: $_____

    (Proceed to Question 15.)

15. With respect to Plaintiff B____ R.'s claim of gross negligence in breach of an assumed duty of care against Defendant S____ T____, we the jury find in favor of:

    a. _____ Plaintiff B____ R.

b. _X_ Defendant S███ T███

(If you check response "a," proceed to Question 16.)
(If you check response "b," skip Question 16 and proceed to Question 17.)

16. With respect to Plaintiff B███ R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B███ R. and against Defendant S███ T███ in the following amount: $_____

(Proceed to Question 17.)

**Verdict: Plaintiff B▪▪▪ R. v. Defendant P▪▪▪ A. H▪▪▪**

17. With respect to Plaintiff B▪▪▪ R.'s claim of retaliation under the First Amendment against Defendant P▪▪▪ A. H▪▪▪ we the jury find in favor of:

   a. _____ Plaintiff B▪▪▪ R.

   b. _X_ Defendant P▪▪▪ A. H▪▪▪

   (If you check response "a," proceed to Question 18.)
   (If you check response "b," skip Question 18 and proceed to Question 19.)

18. With respect to Plaintiff B▪▪▪ R.'s claim of retaliation under the First Amendment, we the jury award damages to Plaintiff B▪▪▪ R. and against Defendant P▪▪▪ A. H▪▪▪ in the following amount: $_____

   (Proceed to Question 19.)

19. With respect to Plaintiff B▪▪▪ R.'s claim of gross negligence against Defendant P▪▪▪ A. H▪▪▪, we the jury find in favor of:

   a. _____ Plaintiff B▪▪▪ R.

   b. _X_ Defendant P▪▪▪ A. H▪▪▪

   (If you check response "a," proceed to Question 20.)
   (If you check response "b," skip Question 20 and proceed to Question 21.)

20. With respect to Plaintiff B▪▪▪ R.'s claim of gross negligence, we the jury award damages to Plaintiff B▪▪▪ R. and against Defendant P▪▪▪ A. H▪▪▪ in the following amount: $_____

   (Proceed to Question 21.)

21. With respect to Plaintiff B▪▪▪ R.'s claim of gross negligence in breach of an assumed duty of care against Defendant P▪▪▪ A. H▪▪▪, we the jury find in favor of:

a. _____ Plaintiff B███ R.

b. _X_ Defendant P███ A. H███

(If you check response "a," proceed to Question 22.)
(If you check response "b," skip Question 22 and proceed to Question 23.)

22. With respect to Plaintiff B███ R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B███ R. and against Defendant P███ A. H███ in the following amount: $_____

(Proceed to Question 23.)

**Verdict: Plaintiff B▮▮R. v. Defendant T▮▮▮B▮▮**

23. With respect to Plaintiff B▮▮R.'s claim of gross negligence against Defendant T▮▮▮B▮▮, we the jury find in favor of:

    a. \_\_\_\_\_ Plaintiff B▮▮R.

    b. _X_ Defendant T▮▮▮B▮▮

    (If you check response "a," proceed to Question 24.)
    (If you check response "b," skip Question 24 and proceed to Question 25.)

24. With respect to Plaintiff B▮▮R.'s claim of gross negligence, we the jury award damages to Plaintiff B▮▮R. and against Defendant T▮▮▮B▮▮ in the following amount: $_____

    (Proceed to Question 25.)

25. With respect to Plaintiff B▮▮R.'s claim of gross negligence in breach of an assumed duty of care against Defendant T▮▮▮B▮▮, we the jury find in favor of:

    a. \_\_\_\_\_ Plaintiff B▮▮R.

    b. _X_ Defendant T▮▮▮B▮▮

    (If you check response "a," proceed to Question 26.)
    (If you check response "b," skip Question 26 and proceed to Question 27.)

26. With respect to Plaintiff B▮▮R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B▮▮R. and against Defendant T▮▮▮B▮▮ in the following amount: $_____

    (Proceed to Question 27.)

**Verdict: Plaintiff B███ R. v. Defendant B█████ H█████**

27. With respect to Plaintiff B███ R.'s claim of gross negligence against Defendant B█████ H█████, we the jury find in favor of:

    a. _____ Plaintiff B███ R.

    b. _X_ Defendant B█████ H█████

    (If you check response "a," proceed to Question 28.)
    (If you check response "b," skip Question 28 and proceed to Question 29.)

28. With respect to Plaintiff B███ R.'s claim of gross negligence, we the jury award damages to Plaintiff B███ R. and against Defendant B█████ H█████ in the following amount: $_____

    (Proceed to Question 29.)

29. With respect to Plaintiff B███ R.'s claim of gross negligence in breach of an assumed duty of care against Defendant B█████ H█████, we the jury find in favor of:

    a. _____ Plaintiff B███ R.

    b. _X_ Defendant B█████ H█████

    (If you check response "a," proceed to Question 30.)
    (If you check response "b," skip Question 30 and proceed to Question 31.)

30. With respect to Plaintiff B███ R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B███ R. and against Defendant B█████ H█████ in the following amount: $_____

    (Proceed to Question 31.)

**Verdict: Plaintiff B▇ R. v. Defendant M▇ P▇ F▇**

31. With respect to Plaintiff B▇ R.'s claim of gross negligence against Defendant M▇ P▇ F▇, we the jury find in favor of:

    a. _____ Plaintiff B▇ R.

    b. __X__ Defendant M▇ P▇ F▇

    (If you check response "a," proceed to Question 32.)
    (If you check response "b," skip Question 32 and proceed to Question 33.)

32. With respect to Plaintiff B▇ R.'s claim of gross negligence, we the jury award damages to Plaintiff B▇ R. and against Defendant M▇ P▇ F▇ in the following amount: $_____

    (Proceed to Question 33.)

33. With respect to Plaintiff B▇ R.'s claim of gross negligence in breach of an assumed duty of care against Defendant M▇ P▇ F▇, we the jury find in favor of:

    a. _____ Plaintiff B▇ R.

    b. __X__ Defendant M▇ P▇ F▇

    (If you check response "a," proceed to Question 34.)
    (If you check response "b," skip Question 34 and proceed to Question 35.)

34. With respect to Plaintiff B▇ R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B▇ R. and against Defendant M▇ P▇ F▇ in the following amount: $_____

    (Proceed to Question 35.)

## Verdict: Plaintiff B▇▇ R. v. Defendant M▇▇ C▇▇

35. With respect to Plaintiff B▇▇ R.'s claim of gross negligence against Defendant M▇▇ C▇▇, we the jury find in favor of:

   a. _____ Plaintiff B▇▇ R.

   b. __X__ Defendant M▇▇ C▇▇

   (If you check response "a," proceed to Question 36.)
   (If you check response "b," skip Question 36 and proceed to Question 37.)

36. With respect to Plaintiff B▇▇ R.'s claim of gross negligence, we the jury award damages to Plaintiff B▇▇ R. and against Defendant M▇▇ C▇▇ in the following amount: $_____

   (Proceed to Question 37.)

37. With respect to Plaintiff B▇▇ R.'s claim of gross negligence in breach of an assumed duty of care against Defendant M▇▇ C▇▇, we the jury find in favor of:

   a. _____ Plaintiff B▇▇ R.

   b. __X__ Defendant M▇▇ Carr

   (If you check response "a," proceed to Question 38.)
   (If you check response "b," skip Question 38 and proceed to Question 39.)

38. With respect to Plaintiff B▇▇ R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B▇▇ R. and against Defendant M▇▇ C▇▇ in the following amount: $_____

   (Proceed to Question 39.)

### Verdict: Plaintiff B███ R. v. Defendant F███ T███

39. With respect to Plaintiff B███ R.'s claim of gross negligence against Defendant F███ T███, we the jury find in favor of:

   a. \_\_\_\_\_ Plaintiff B███ R.

   b. __X__ Defendant F███ T███

   (If you check response "a," proceed to Question 40.)
   (If you check response "b," skip Question 40 and proceed to Question 41.)

40. With respect to Plaintiff B███ R.'s claim of gross negligence, we the jury award damages to Plaintiff B███ R. and against Defendant F███ T███ in the following amount: $_____

   (Proceed to Question 41.)

41. With respect to Plaintiff B███ R.'s claim of gross negligence in breach of an assumed duty of care against Defendant F███ T███, we the jury find in favor of:

   a. \_\_\_\_\_ Plaintiff B███ R.

   b. __X__ Defendant F███ T███

   (If you check response "a," proceed to Question 42.)
   (If you check response "b," skip Question 42 and proceed to Question 43.)

42. With respect to Plaintiff B███ R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B███ R. and against Defendant F███ T███ in the following amount: $_____

   (Proceed to Question 43.)

**Verdict: Plaintiff B████ R. v. Defendant J████ F████**

43. With respect to Plaintiff B████ R.'s claim of gross negligence against Defendant J████ F████, we the jury find in favor of:

    a. \_\_\_\_\_ Plaintiff B████ R.

    b. __X__ Defendant J████ F████

    (If you check response "a," proceed to Question 44.)
    (If you check response "b," skip Question 44 and proceed to Question 45.)

44. With respect to Plaintiff B████ R.'s claim of gross negligence, we the jury award damages to Plaintiff B████ R. and against Defendant J████ F████ in the following amount: $_____

    (Proceed to Question 45.)

45. With respect to Plaintiff B████ R.'s claim of gross negligence in breach of an assumed duty of care against Defendant J████ F████, we the jury find in favor of:

    a. \_\_\_\_\_ Plaintiff B████ R.

    b. __X__ Defendant J████ F████

    (If you check response "a," proceed to Question 46.)
    (If you check response "b," skip Question 46 and proceed to Question 47.)

46. With respect to Plaintiff B████ R.'s claim of gross negligence in breach of an assumed duty of care, we the jury award damages to Plaintiff B████ R. and against Defendant J████ F████ in the following amount: $_____

    (Proceed to Question 47.)

## Verdict: Plaintiff B█ R. v. Defendant J█ O.

47. With respect to Plaintiff B█ R.'s claim of assault and battery against Defendant J█ O., we the jury find in favor of:

   a. _____ Plaintiff B█ R.

   b. __X__ Defendant J█ O.

   (If you check response "a" proceed to Question 48.)
   (If you check response "b" then your deliberations are complete and your Foreperson should sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.)

48. We the jury award compensatory damages to Plaintiff B█ R. and against Defendant J█ O. in the following amount: $_____

   (Proceed to Question 49.)

49. With respect to Plaintiff B█ R.'s claim of assault and battery against Defendant J█ O., we the jury find that Defendant J█ O.:

   a. ___ acted with actual malice or willful or wanton disregard for B█ R.'s rights.

   b. ___ did NOT act with actual malice or willful or wanton disregard for B█ R.'s rights.

   (If you check response "a" proceed to Question 50.)
   (If you check response "b" then your deliberations are complete and your Foreperson should sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.)

50. We the jury award punitive damages to Plaintiff B█ R. and against Defendant J█ O. in the following amount: $_____

   (Your deliberations are complete and your Foreperson should sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.)

Signed, this the __24__ day of April, 2024.

███████████████
Foreperson's Signature