AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| B.R. | ) | |
| | ) | |
| v. | ) | Case No.: 1:19-cv-917 |
| Fairfax County School Board, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____April 24, 2024_____ against _____Plaintiff B.R._____ ,
                                                                                              *Date*

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 895.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 45225.37 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| TOTAL | $ | 46120.37 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:  _____

s/ Attorney:  _____

Name of Attorney: Michael E. Kinney

For:  _____A.F., S.T., T.B., P.A.H., B.H., J.F., M.C., M.P.F. and F.T._____          Date:  _____May 15, 2024_____
                          *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of  _____  and included in the judgment.

By:  _____

_____          _____          _____
*Clerk of Court*                          *Deputy Clerk*                          *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | | | |

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | | | 0 |
| | | | | | **TOTAL** | | 0 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | Reset |
|---|---|---|

**Itemization and Documentation**

## I. Service of Subpoenas for Deposition (Invoices attached as Exhibit A)

| | | |
|---|---|---|
| 1. | Columbia University | $155.00 |
| 2. | Memorial Sloan Kettering Cancer Center | $155.00 |
| 3. | NYU Langone Kips Bay Gynecology | $155.00 |
| 4. | PricewaterhouseCoopers, LLP | $275.00 |
| 5. | Tiffany & Co. | $155.00 |

**Subtotal:** **$895.00**

## II. Deposition Transcripts and Exhibits (Invoices attached as Exhibit B)

| | | |
|---|---|---|
| 1. | Defendant T.B. (May 23, 2023) | $1,378.75 |
| 2. | T.B. - Rule 30(b)(6) (August 16, 2023) | $ 525.60 |
| 3. | Sidney Binks, Ph.D. (August 21, 2023) | $1,020.25 |
| 4. | Nancy Cantalupo (August 14, 2023) | $1,424.50 |
| 5. | O.B. (June 21, 2023) | $ 846.10 |
| 6. | Diane Burkart (June 27, 2023) | $1,104.85 |
| 7. | Defendant M.C. (August 4, 2023) | $ 792.20 |
| 8. | Fred Chambers (June 8, 2023) | $1,551.70 |
| 9. | Joshua M. Cisler (August 24, 2023) | $ 583.05 |
| 10. | Defendant M.P.F. (July 25, 2023) | $ 865.00 |
| 11. | Defendant A.F. (May 8, 2023) | $1,993.15 |
| 12. | Defendant J.F. (August 3, 2023) | $1,061.80 |
| 13. | Richard Genus (June 26, 2023) | $ 702.15 |
| 14. | Defendant P.A.H. (May 11, 2023) | $2,087.40 |
| 15. | Defendant B.H. (May 31, 2023) | $1,768.10 |
| 16. | Sara Jennings (October 31, 2023) | $ 701.50 |
| 17. | Alex Karras (October 16, 2023) | $ 651.25 |
| 18. | Co.K. (June 22, 2023) | $ 971.15 |
| 19. | Defendant C.K. (July 17, 2023) | $1,549.80 |
| 20. | A.M. (August 9, 2023) | $1,022.60 |
| 21. | Defendant J.O. (August 10, 2023) | $1,055.55 |
| 22. | Mary Ann McCarthy Panarelli – Rule 30(b)(6) (August 16, 2023) | $1,582.70 |
| 23. | Sarah Thompson, PricewaterhouseCoopers (August 9, 2023) | $1,255.62 |
| 24. | Plaintiff B.R. (June 19, 2023) | $1,727.55 |
| 25. | Plaintiff B.R. (July 21, 2023) | $1,706.10 |
| 26. | Mrs. R. (Plaintiff's mother) (June 23, 2023) | $1,953.65 |
| 27. | D.R. (Plaintiff's brother) (June 13, 2023) | $1,775.90 |
| 28. | Mr. R. (Plaintiff's father) (June 14, 2023) | $ 420.20 |
| 29. | Mr. R. (Plaintiff's father) (August 1, 2023) | $1,085.25 |
| 30. | Marcella Rustioni (July 31, 2023) | $ 797.25 |
| 31. | Marcella Rustioni (August 30, 2023) | $ 505.65 |
| 32. | Eileen P. Ryan, D.O. (August 8, 2023) | $1,550.05 |

| | | |
|---|---|---|
| 33. | Defendant F.T. (July 20, 2023) | $1,785.00 |
| 34. | Defendant S.T. (May 25, 2023) | $1,309.15 |
| 35. | Kevin Weaver, M.D. (July 6, 2023) | $1,535.50 |
| 36. | William Woolf (August 30, 2023) | $1,374.50 |
| 37. | Gary Young (July 26, 2023) | $1,204.45 |

**Subtotal:** **$45,225.37**

**Total:** **$46,120.37**

# Exhibit A

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
Phone: (703) 431-7085

**INVOICE**



Invoice #CAV-2022003947
4/27/2022

Michael E. Kinney, PLC
1801 Robert Fulton Drive, Suite 120
Reston, VA 20191

Your Contact: Michael Kinney
**Case Number: Eastern 1:19-CV-00917**

Plaintiff:
**B.R.**

Defendant:
**Fairfax County School Board, et al.**

Served: 4/27/2022 8:45 am
To be served on: Columbia Univesity's Office of General Counsel

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Serve - Routine (Nationwide) | 1.00 | 155.00 | 155.00 |
| TOTAL CHARGED: | | | $155.00 |

**BALANCE DUE:** **$155.00**

Thank you for your business. Please reference this invoice number with your payment.
You can pay this invoice online via LawPay. Access via http://cavaliercps.com/pay

By requesting our services, you agree to pay our stated rates and to pay interest at 1% per month and any legal
fees incurred by our company to collect on amounts more than 90 days past due.



Cavalier CPS
823-C S King Street
Leesburg, VA 20175
Phone: (703) 431-7085

### INVOICE

Invoice #CAV-2022005524
7/18/2022

Original Date: 6/29/2022

Michael E. Kinney, PLC
1801 Robert Fulton Drive, Suite 120
Reston, VA 20191

Your Contact: Michael Kinney
**Case Number: Eastern 1:19-CV-00917**

Plaintiff:
**B.R.**

Defendant:
**Fairfax County School Board, et al.**

Served: 6/27/2022 12:52 pm
To be served on: Memorial Sloan Kettering Cancer Center

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Serve - Routine (Nationwide) | 1.00 | 155.00 | 155.00 |
| Serve - Routine (Nationwide)-2nd Address(No Charge Discount) | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $155.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$155.00** |

Thank you for your business. Please reference this invoice number with your payment.
You can pay this invoice online via LawPay. Access via http://cavaliercps.com/pay

By requesting our services, you agree to pay our stated rates and to pay interest at 1% per month and any legal fees
incurred by our company to collect on amounts more than 90 days past due.

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
Phone: (703) 431-7085

**INVOICE**



Invoice #CAV-2022004964
6/1/2022

Michael E. Kinney, PLC
1801 Robert Fulton Drive, Suite 120
Reston, VA 20191

Your Contact: Michael Kinney
**Case Number: Eastern 1:19-CV-00917**

Plaintiff:
**B.R.**

Defendant:
**Fairfax County School Board, et al.**

Served: 6/1/2022 11:45 am
To be served on: NYU Langone Kips Bay Gynecology

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Serve - Routine (Nationwide) | 1.00 | 155.00 | 155.00 |
| TOTAL CHARGED: | | | $155.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$155.00** |

Thank you for your business. Please reference this invoice number with your payment.
You can pay this invoice online via LawPay. Access via http://cavaliercps.com/pay

By requesting our services, you agree to pay our stated rates and to pay interest at 1% per month and any legal fees
incurred by our company to collect on amounts more than 90 days past due.

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
Phone: (703) 431-7085

# Invoice

≡Cavalier

Invoice: 2023-112319
07/24/2023

Michael E. Kinney, PLC
1801 Robert Fulton Drive Suite 120
Reston, VA 20191

Case Number: 1:19-cv-00917

Plaintiff
B.R.

Defendant
Fairfax County School Board, et al.

Served: 7/24/2023, 9:50 AM
To be served on: PricewaterhouseCoopers, LLP

### ITEMIZED LISTING

| Invoice Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Serve - Rush - 24/48 Nationwide | 1 | $275.00 | $275.00 |
| **TOTAL CHARGED:** | | | **$275.00** |
| **BALANCE DUE:** | | | **$275.00** |

**Thank you for your business!**

Thank you for your business. Please reference this invoice number with your payment.
You can pay this invoice online via LawPay. Access via http://cavaliercps.com/pay

Payment is due 45 days from the invoice date. By requesting our services, you agree
to pay our stated rates and to pay interest at 1% per month and any legal fees incurred
by our company to collect on amounts more than 90 days past due.

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
Phone: (703) 431-7085

**INVOICE**



Invoice #CAV-2022005521
7/18/2022

Original Date: 6/29/2022

Michael E. Kinney, PLC
1801 Robert Fulton Drive, Suite 120
Reston, VA 20191

Your Contact: Michael Kinney
**Case Number: Eastern 1:19-CV-00917**

Plaintiff:
**B.R.**

Defendant:
**Fairfax County School Board, et al.**

Served: 6/29/2022 11:04 am
To be served on: Tiffany & Co.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Serve - Routine (Nationwide) | 1.00 | 155.00 | 155.00 |
| Serve - Routine (Nationwide)-2nd Address(No Charge Discount) | 1.00 | 0.00 | 0.00 |
| TOTAL CHARGED: | | | $155.00 |

**BALANCE DUE:**      **$155.00**

Thank you for your business. Please reference this invoice number with your payment.
You can pay this invoice online via LawPay. Access via http://cavaliercps.com/pay

By requesting our services, you agree to pay our stated rates and to pay interest at 1% per month and any legal fees
incurred by our company to collect on amounts more than 90 days past due.

# Exhibit B

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 571708 | 5/31/2023 | 336195 |

| Job Date | Case No. |
|---|---|
| 5/23/2023 | |

| Case Name |
|---|
| B.R. v. Fairfax County School Board |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| T███ B███ | 350.00 | Pages | @ | 3.800 | 1,330.00 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 325.00 | Pages | @ | 0.150 | 48.75 |
| E-Transcript (.ptx - Emailed) | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$1,378.75** |

Location of Job    : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
8405 Greensboro Drive
Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes partial payment toward the invoice. Thank you.

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 336195 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : B.R. v. Fairfax County School Board | | |
| Invoice No. | : 571708 | Invoice Date | : 5/31/2023 |
| **Total Due** | : **$1,378.75** | | |

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 580402 | 9/1/2023 | 341527 |
| **Job Date** | **Case No.** | |
| 8/16/2023 | | |
| **Case Name** | | |
| B.R. v. Fairfax County School Board | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

---

| | | | | |
|---|---|---|---|---|
| One Certified Copy of the Videotaped Deposition of: | | | | |
| T.B | 138.00 | Pages @ | 3.800 | 524.40 |
| Exhibits | 8.00 | Pages @ | 0.150 | 1.20 |
| Hosting & Delivery of Encrypted Files | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | **$525.60** |

Location of Job   : VTC/Zoom - Reporter & Videographer with Witness at Hunton Andrews Kurth LLC
8405 Greensboro Drive, Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

---

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 341527 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : B.R. v. Fairfax County School Board | | |
| Invoice No. | : 580402 | Invoice Date | : 9/1/2023 |
| **Total Due** | **: $525.60** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87526 | 9/11/2023 | 54185 |

| Job Date | Case No. | |
|---|---|---|
| 8/21/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Sidney Binks, Ph.D.

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 259.00 Pages | @ | 3.250 | 841.75 |
| Exhibits | 130.00 Pages | @ | 0.450 | 58.50 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**          **$1,020.25**
AFTER 11/10/2023  PAY          $1,122.28

Location of Job  : Hunton Andrews Kurth LLP
8405 Greensboro Drive, Suite 140
Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a t
hird party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.      : 54185          BU ID          : Depo
Case No.     : Civil No. 1:19-cv-00917-RDA-WEF
Case Name  : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No.  : 87526          Invoice Date  : 9/11/2023
**Total Due** :  **$1,020.25**
AFTER 11/10/2023  PAY  $1,122.28

| PAYMENT WITH CREDIT CARD | AMEX   MasterCard   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87503 | 9/8/2023 | 54183 |

| Job Date | Case No. |
|---|---|
| 8/14/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
  Nancy Cantalupo

| | | | | | |
|---|---|---|---|---|---|
| Transcript Copy | 365.00 | Pages | @ | 3.250 | 1,186.25 |
| Telephonic/VC | 365.00 | Pages | @ | 0.250 | 91.25 |
| Exhibits | 60.00 | Pages | @ | 0.450 | 27.00 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | | @ | 65.000 | 65.00 |

| | |
|---|---|
| **TOTAL DUE   >>>** | **$1,424.50** |
| AFTER 11/7/2023  PAY | $1,566.95 |

Location of Job   : Remote - ZOOM , DC

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 54183 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| | | | |
| Invoice No. | : 87503 | Invoice Date | : 9/8/2023 |
| **Total Due** | : **$1,424.50** | | |

AFTER 11/7/2023  PAY  $1,566.95

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**

# I N V O I C E

1 of 1



877-548-8787

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87134 | 7/18/2023 | 53922 |

| Job Date | Case No. |
|---|---|
| 6/21/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

---

Deposition Transcript/Index pages of:



| | | | | |
|---|---|---|---|---|
| Transcript Copy | 214.00 | Pages | @ | 3.250 | 695.50 |
| Exhibits | 68.00 | Pages | @ | 0.450 | 30.60 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**          **$846.10**

AFTER 9/16/2023  PAY          $930.71

Location of Job  : Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower, 951 East Byrd Street
Richmond, VA 23219

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.     : 53922          BU ID          : Depo
Case No.    : Civil No. 1:19-cv-00917-RDA-WEF
Case Name  : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No. : 87134          Invoice Date : 7/18/2023
**Total Due**   : **$846.10**
AFTER 9/16/2023  PAY  $930.71

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87216 | 7/24/2023 | 54022 |
| **Job Date** | **Case No.** | |
| 6/27/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |
| **Case Name** | | |
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
    DIANE BURKART

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 295.00 | Pages @ | 3.250 | 958.75 |
| Exhibits | 58.00 | Pages @ | 0.450 | 26.10 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**              **$1,104.85**
AFTER 9/22/2023  PAY                    $1,215.34

Location of Job  : Hunton Andrews Kurth LLP
                   8405 Greensboro Drive, Suite 140
                   Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 54022 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| Invoice No. | : 87216 | Invoice Date | : 7/24/2023 |
| **Total Due** | : **$1,104.85** | | |

AFTER 9/22/2023  PAY  $1,215.34

**PAYMENT WITH CREDIT CARD**       AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
           **PO Box 747**
           **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 579272 | 8/23/2023 | 340469 |

| Job Date | Case No. |
|---|---|
| 8/4/2023 | |

| Case Name |
|---|
| B.R. v. Fairfax County School Board |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| M.C. | 208.00 | Pages | @ | 3.800 | 790.40 |
| Exhibits | 12.00 | Pages | @ | 0.150 | 1.80 |
| Hosting & Delivery of Encrypted Files | 1.00 | | @ | 0.000 | 0.00 |
| | | | **TOTAL DUE >>>** | | **$792.20** |

Location of Job    : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
8405 Greensboro Drive
Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

Job No.       : 340469          BU ID       : R-Main
Case No.      :
Case Name   : B.R. v. Fairfax County School Board

Invoice No.   : 579272        Invoice Date : 8/23/2023
**Total Due**   : **$792.20**

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87019 | 6/29/2023 | 53915 |

| Job Date | Case No. |
|---|---|
| 6/8/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | | | |
|---|---|---|---|---|---|
| Deposition Transcript/Index pages of: | | | | | |
| Frederick Chambers - Vol 1 | | | | | |
| Transcript Copy | 315.00 | Pages | @ | 3.250 | 1,023.75 |
| Exhibits | 132.00 | Pages | @ | 0.450 | 59.40 |
| Deposition Transcript/Index pages of: | | | | | |
| Frederick Chambers - Vol 2 | | | | | |
| Transcript Copy | 106.00 | Pages | @ | 3.250 | 344.50 |
| Exhibits | 9.00 | Pages | @ | 0.450 | 4.05 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**          **$1,551.70**
AFTER 8/28/2023  PAY          $1,706.87

Location of Job  : Hunton Andrews Kurth LLP
8405 Greensboro Drive, Suite 140
Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.       : 53915            BU ID        : Depo
Case No.      : Civil No. 1:19-cv-00917-RDA-WEF
Case Name   : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No.   : 87019            Invoice Date : 6/29/2023
**Total Due  : $1,551.70**
AFTER 8/28/2023  PAY  $1,706.87

| PAYMENT WITH CREDIT CARD | AMEX   MasterCard   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87523 | 9/18/2023 | 54186 |

| Job Date | Case No. |
|---|---|
| 8/24/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
   Joshua M. Cisler

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 126.00 Pages | @ | 3.250 | 409.50 |
| Telephonic/VC | 126.00 Pages | @ | 0.250 | 31.50 |
| Exhibits | 49.00 Pages | @ | 0.450 | 22.05 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**      **$583.05**

AFTER 11/17/2023  PAY     $641.36

Location of Job   : Remote - ZOOM , DC

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.    : 54186       BU ID     : Depo
Case No.   : Civil No. 1:19-cv-00917-RDA-WEF
Case Name : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No. : 87523        Invoice Date : 9/18/2023
**Total Due**  : **$583.05**

AFTER 11/17/2023  PAY  $641.36

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
           **PO Box 747**
           **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 577816 | 8/14/2023 | 340848 |
| **Job Date** | **Case No.** | |
| 7/25/2023 | | |
| **Case Name** | | |
| B.R. v. Fairfax County School Board | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| M.P.F. | 247.00 | Pages | @ | 3.800 | 938.60 |
| Exhibits | 14.00 | Pages | @ | 0.150 | 2.10 |
| Hosting & Delivery of Encrypted Files | 1.00 | | @ | 0.000 | 0.00 |
| | | | **TOTAL DUE >>>** | | **$940.70** |

Location of Job : VTC/Zoom - Reporter and Videographer with witness at Hunton Andrews Kurth LLC
8405 Greensboro Drive,
Suite 140
Tysons, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

| | |
|---|---|
| **( - ) Payments/Credits:** | 75.70 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$865.00** |

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 340848 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : B.R. v. Fairfax County School Board | | |
| Invoice No. | : 577816 | Invoice Date | : 8/14/2023 |
| **Total Due** | **: $865.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 573576 | 6/30/2023 | 336116 |
| **Job Date** | **Case No.** | |
| 5/8/2023 | | |
| **Case Name** | | |
| B.R. v. Fairfax County School Board | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| A.F.F. III  (August Frattali) | 521.00 | Pages | @ | 3.800 | 1,979.80 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 89.00 | Pages | @ | 0.150 | 13.35 |
| E-Transcript (.ptx - Emailed) | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$1,993.15** |

Location of Job   : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
8405 Greensboro Drive
Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

| | | | | |
|---|---|---|---|---|
| Job No. | : 336116 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : B.R. v. Fairfax County School Board | | | |
| Invoice No. | : 573576 | Invoice Date | : 6/30/2023 | |
| **Total Due** | **: $1,993.15** | | | |

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 578997 | 8/21/2023 | 340467 |
| **Job Date** | **Case No.** | |
| 8/3/2023 | | |
| **Case Name** | | |
| B.R. v. Fairfax County School Board | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| J.F. | 278.00 | Pages | @ | 3.800 | 1,056.40 |
| Exhibits | 36.00 | Pages | @ | 0.150 | 5.40 |
| Hosting & Delivery of Encrypted Files | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE   >>>** | | | **$1,061.80** |

Location of Job    : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
                         8405 Greensboro Drive
                         Suite 140
                         Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 340467 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : B.R. v. Fairfax County School Board | | |
| Invoice No. | : 578997 | Invoice Date | : 8/21/2023 |
| **Total Due** | : **$1,061.80** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services, LLC**
               **P.O. Box 735283**
               **Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87196 | 7/17/2023 | 53986 |

| Job Date | Case No. | |
|---|---|---|
| 6/26/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
   Richard Genus

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 174.00 Pages | @ | 3.250 | 565.50 |
| Exhibits | 37.00 Pages | @ | 0.450 | 16.65 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**   **$702.15**
AFTER 9/15/2023  PAY   $772.37

Location of Job  : Hunton Andrews Kurth LLP
                     8405 Greensboro Drive, Suite 140
                     Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.   : 53986       BU ID     : Depo
Case No.   : Civil No. 1:19-cv-00917-RDA-WEF
Case Name : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No.  : 87196       Invoice Date : 7/17/2023
**Total Due**  : **$702.15**
AFTER 9/15/2023  PAY  $772.37

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:        Phone#: | | | |
| Billing Address: | | | |
| Zip:     Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Henderson Legal Services, Inc.**
             **PO Box 747**
             **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 571491 | 5/30/2023 | 336194 |
| **Job Date** | **Case No.** | |
| 5/11/2023 | | |
| **Case Name** | | |
| B.R. v. Fairfax County School Board | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

---

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| P.A.H. | 546.00 | Pages | @ | 3.800 | 2,074.80 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 84.00 | Pages | @ | 0.150 | 12.60 |
| E-Transcript (.ptx - Emailed) | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$2,087.40** |

Location of Job   : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
8405 Greensboro Drive
Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

---

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No.   : 336194 | BU ID   : R-Main |
| Case No.   : | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

Case Name   : B.R. v. Fairfax County School Board

Invoice No.   : 571491         Invoice Date   : 5/30/2023
**Total Due   : $2,087.40**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 572357 | 6/7/2023 | 336696 |
| **Job Date** | **Case No.** | |
| 5/31/2023 | | |
| **Case Name** | | |
| B.R. v. Fairfax County School Board | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| B██ H████████ | 463.00 | Pages | @ | 3.800 | 1,759.40 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 58.00 | Pages | @ | 0.150 | 8.70 |
| E-Transcript (.ptx - Emailed) | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$1,768.10** |

Location of Job    : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
8405 Greensboro Drive
Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes partial payment toward the invoice. Thank you.

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 336696 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : B.R. v. Fairfax County School Board | | |
| Invoice No. | : 572357 | Invoice Date | : 6/7/2023 |
| **Total Due** | : **$1,768.10** | | |

**PAYMENT WITH CREDIT CARD**          AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 88005 | 11/28/2023 | 54521 |

| Job Date | Case No. |
|---|---|
| 10/31/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
   Sara Jennings

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 152.00 Pages | @ | 3.250 | 494.00 |
| Telephonic/VC | 152.00 Pages | @ | 0.250 | 38.00 |
| Exhibits Package (Digital Processing and Stamping, Linked Exhibit File) | 110.00 Pages | @ | 0.450 | 49.50 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

TOTAL DUE  >>>  **$701.50**

AFTER 1/27/2024  PAY  $771.65

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 54521 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| | | | |
| Invoice No. | : 88005 | Invoice Date | : 11/28/2023 |
| **Total Due** | : **$701.50** | | |

AFTER 1/27/2024  PAY  $771.65

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87835 | 11/7/2023 | 54442 |

| Job Date | Case No. |
|---|---|
| 10/16/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

ALEX KARRAS

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 146.00 Pages | @ | 3.250 | 474.50 |
| Telephonic/VC | 146.00 Pages | @ | 0.250 | 36.50 |
| Exhibits Package (Digital Processing and Stamping, Linked Exhibit File) | 45.00 Pages | @ | 0.450 | 20.25 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$651.25** |
| AFTER 1/6/2024  PAY | $716.38 |

Location of Job   : Remote - ZOOM , VA

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.    : 54442          BU ID        : Depo
Case No.   : Civil No. 1:19-cv-00917-RDA-WEF
Case Name  : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No. : 87835          Invoice Date : 11/7/2023
**Total Due** : **$651.25**
AFTER 1/6/2024  PAY  $716.38

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
           **PO Box 747**
           **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87153 | 7/18/2023 | 54014 |

| Job Date | Case No. | |
|---|---|---|
| 6/22/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
    C.O.K.

| | | | | | |
|---|---|---|---|---|---|
| Transcript Copy | 254.00 | Pages | @ | 3.250 | 825.50 |
| Exhibits | 57.00 | Pages | @ | 0.450 | 25.65 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | | @ | 65.000 | 65.00 |

**TOTAL DUE >>>**      **$971.15**
AFTER 9/16/2023  PAY      $1,068.27

Location of Job : Hunton Andrews Kurth LLP
    8405 Greensboro Drive, Suite 140
    Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 54014 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Invoice No. | : 87153 | Invoice Date | : 7/18/2023 |
| **Total Due** | **: $971.15** | | |

AFTER 9/16/2023  PAY  $1,068.27

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Henderson Legal Services, Inc.**
        **PO Box 747**
        **Herndon, VA 20172**

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 577240 | 8/1/2023 | 340461 |

| Job Date | Case No. |
|---|---|
| 7/17/2023 | |

| Case Name |
|---|
| B.R. v. Fairfax County School Board |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| C.K. | | 405.00 | Pages @ | 3.800 | 1,539.00 |
| Exhibits | | 72.00 | Pages @ | 0.150 | 10.80 |
| Hosting & Delivery of Encrypted Files | | 1.00 | @ | 0.000 | 0.00 |
| | | **TOTAL DUE   >>>** | | | **$1,549.80** |

Location of Job    : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
                      8405 Greensboro Drive
                      Suite 140
                      Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client,
even if your client makes partial payment toward the invoice. Thank you.

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 340461 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : B.R. v. Fairfax County School Board | | |
| Invoice No. | : 577240 | Invoice Date | : 8/1/2023 |
| **Total Due** | : **$1,549.80** | | |

### PAYMENT WITH CREDIT CARD      

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services, LLC
P.O. Box 735283
Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87447 | 8/28/2023 | 54182 |

| Job Date | Case No. |
|---|---|
| 8/9/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:


| | | | | |
|---|---|---|---|---|
| Transcript Copy | 251.00 | Pages @ | 3.250 | 815.75 |
| Exhibits | 193.00 | Pages @ | 0.450 | 86.85 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |
| | **TOTAL DUE   >>>** | | | **$1,022.60** |
| | AFTER 10/27/2023  PAY | | | $1,124.86 |

Location of Job : Hunton Andrews Kurth LLP
8405 Greensboro Drive, Suite 140
Tysons, VA 22102

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 54182 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| Invoice No. | : 87447 | Invoice Date | : 8/28/2023 |
| **Total Due** | **: $1,022.60** | | |

AFTER 10/27/2023  PAY  $1,124.86

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 579700 | 8/29/2023 | 341526 |

| Job Date | Case No. |
|---|---|
| 8/10/2023 | |

| Case Name |
|---|
| B.R. v. Fairfax County School Board |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| J.O. | 273.00 | Pages | @ | 3.800 | 1,037.40 |
| Exhibits | 121.00 | Pages | @ | 0.150 | 18.15 |
| Hosting & Delivery of Encrypted Files | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$1,055.55** |

Location of Job   : VTC/Zoom - Reporter & Videographer with Witness at Hunton Andrews Kurth LLC
8405 Greensboro Drive, Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 341526 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : B.R. v. Fairfax County School Board | | |
| Invoice No. | : 579700 | Invoice Date | : 8/29/2023 |
| **Total Due** | **: $1,055.55** | | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

**PAYMENT WITH CREDIT CARD**     

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 580392 | 9/1/2023 | 341527 |

| Job Date | Case No. |
|---|---|
| 8/16/2023 | |

| Case Name |
|---|
| B.R. v. Fairfax County School Board |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

---

One Certified Copy of the Videotaped Deposition of:

| | | | | |
|---|---|---|---|---|
| Mary Ann McCarthy Panarelli | 412.00  Pages | @ | 3.800 | 1,565.60 |
| Exhibits | 114.00  Pages | @ | 0.150 | 17.10 |
| Hosting & Delivery of Encrypted Files | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | **$1,582.70** |

Location of Job   : VTC/Zoom - Reporter & Videographer with Witness at Hunton Andrews Kurth LLC
8405 Greensboro Drive, Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

---

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

Job No.       : 341527          BU ID        : R-Main
Case No.      :
Case Name  : B.R. v. Fairfax County School Board

Invoice No.   : 580392          Invoice Date : 9/1/2023
**Total Due**   : **$1,582.70**

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87450 | 8/28/2023 | 54207 |

| Job Date | Case No. |
|---|---|
| 8/9/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
    Sarah Thompson

| | | | | |
|---|---|---|---|---|
| Appearance | 1.00 | @ | 275.000 | 275.00 |
| Original & 1 copy | 218.00 Pages | @ | 3.890 | 848.02 |
| Exhibits | 28.00 Pages | @ | 0.450 | 12.60 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |
| **TOTAL DUE >>>** | | | | **$1,255.62** |
| AFTER 10/27/2023 PAY | | | | $1,381.18 |

Location of Job    : Remote - ZOOM , VA

Original transcript, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 54207 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| Invoice No. | : 87450 | Invoice Date | : 8/28/2023 |
| **Total Due** | **: $1,255.62** | | |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

AFTER 10/27/2023 PAY $1,381.18

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Henderson Legal Services, Inc.**
            **PO Box 747**
            **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87116 | 7/10/2023 | 53920 |

| Job Date | Case No. | |
|---|---|---|
| 6/19/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Videotaped Deposition Transcript/Index pages of:
BR

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 483.00 | Pages @ | 3.250 | 1,569.75 |
| Exhibits | 84.00 | Pages @ | 0.450 | 37.80 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |
| | **TOTAL DUE  >>>** | | | **$1,727.55** |
| | AFTER 9/8/2023  PAY | | | $1,900.31 |

Location of Job  :  AMERICAN ASSOCIATION FOR JUSTICE
777 6th Street NW
4th floor - conf room in front of elevator
Washington, DC 20001

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a t
hird party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.      : 53920          BU ID         : Depo
Case No.    : Civil No. 1:19-cv-00917-RDA-WEF
Case Name  : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No.  : 87116          Invoice Date  : 7/10/2023
**Total Due**  : **$1,727.55**
AFTER 9/8/2023  PAY  $1,900.31

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87356 | 8/14/2023 | 54106 |

| Job Date | Case No. | |
|---|---|---|
| 7/21/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Videotaped Deposition Transcript/Index pages of:
   B.R.

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 528.00 | Pages @ | 2.950 | 1,557.60 |
| Exhibits | 57.00 | Pages @ | 0.500 | 28.50 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**     **$1,706.10**
AFTER 10/13/2023  PAY     $1,876.71

Location of Job   777 6th street NW
                4th Floor
                Washington, DC 20001

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No. | : 54106       BU ID     : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Invoice No. | : 87356 | Invoice Date | : 8/14/2023 |
| **Total Due** | : **$1,706.10** | | |

AFTER 10/13/2023  PAY  $1,876.71

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
              **PO Box 747**
              **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87186 | 7/17/2023 | 54015 |

| Job Date | Case No. | |
|---|---|---|
| 6/23/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Mrs. R

| | | | | | |
|---|---|---|---|---|---|
| Transcript Copy | 557.00 | Pages | @ | 3.250 | 1,810.25 |
| Exhibits | 52.00 | Pages | @ | 0.450 | 23.40 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | | @ | 65.000 | 65.00 |
| | **TOTAL DUE   >>>** | | | | **$1,953.65** |
| | AFTER 9/15/2023  PAY | | | | $2,149.02 |

Location of Job    : Industrious Mt. Vernon Triangle
650 Massachusetts Ave NW, Suite 600
Washington, DC 20001

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 54015 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| | | | |
| Invoice No. | : 87186 | Invoice Date | : 7/17/2023 |
| **Total Due** | **: $1,953.65** | | |

AFTER 9/15/2023  PAY  $2,149.02

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                                Phone#:
Billing Address:
Zip:                        Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87102 | 7/10/2023 | 53918 |

| Job Date | Case No. | |
|---|---|---|
| 6/13/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Videotaped Deposition Transcript/Index pages of:


| | | | | |
|---|---|---|---|---|
| Transcript Copy | 503.00 | Pages | @ | 3.250 | 1,634.75 |
| Exhibits | 47.00 | Pages | @ | 0.450 | 21.15 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**                    **$1,775.90**
AFTER 9/8/2023  PAY                    $1,953.49

Location of Job  : Boies Schiller Flexner LLP
                         1401 New York Avenue NW
                         Washington, DC 20005

Transcript copy, regular delivery.

*\*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.       : 53918          BU ID          : Depo
Case No.     : Civil No.1:19-cv-00917-RDA-WEF
Case Name  : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No.  : 87102          Invoice Date  : 7/10/2023
**Total Due  : $1,775.90**
AFTER 9/8/2023  PAY  $1,953.49

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
                **PO Box 747**
                **Herndon, VA 20172**



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87108 | 7/10/2023 | 53919 |

| Job Date | Case No. | |
|---|---|---|
| 6/14/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Videotaped Deposition Transcript/Index pages of:
  Mr. R.

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 86.00 Pages | @ | 3.250 | 279.50 |
| Exhibits | 46.00 Pages | @ | 0.450 | 20.70 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**          **$420.20**
AFTER 9/8/2023  PAY          $462.22

Location of Job   : Boies Schiller Flexner LLP
                        1401 New York Avenue NW
                        Washington, DC 20005

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.     : 53919          BU ID       : Depo
Case No.    : Civil No. 1:19-cv-00917-RDA-WEF
Case Name  : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No.  : 87108          Invoice Date : 7/10/2023
**Total Due**   : **$420.20**
AFTER 9/8/2023  PAY  $462.22

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
             **PO Box 747**
             **Herndon, VA 20172**

# I N V O I C E
1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87439 | 8/21/2023 | 54131 |

| Job Date | Case No. |
|---|---|
| 8/1/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Videotaped Deposition Transcript/Index pages of:

Mr. R - Vol. 2

| | | | | | |
|---|---|---|---|---|---|
| Transcript Copy | 297.00 | Pages | @ | 3.250 | 965.25 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**   **$1,085.25**

AFTER 10/20/2023  PAY   $1,193.78

Location of Job   : Remote - ZOOM , DC

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 54131 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| Invoice No. | : 87439 | Invoice Date | : 8/21/2023 |

**Total Due** : **$1,085.25**

AFTER 10/20/2023  PAY  $1,193.78

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
           **PO Box 747**
           **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87417 | 8/21/2023 | 54129 |

| Job Date | Case No. | |
|---|---|---|
| 7/31/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Marcella Rustioni

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 195.00 Pages | @ | 3.250 | 633.75 |
| Exhibits | 87.00 Pages | @ | 0.500 | 43.50 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |
| **TOTAL DUE  >>>** | | | | **$797.25** |
| AFTER 10/20/2023  PAY | | | | $876.98 |

Location of Job  : Hunton Andrews Kurth LLP
8405 Greensboro Drive, Suite 140
Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 54129 | BU ID | : Depo |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF | | |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |
| Invoice No. | : 87417 | Invoice Date | : 8/21/2023 |
| **Total Due** | **: $797.25** | | |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

AFTER 10/20/2023  PAY  $876.98

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:  **Henderson Legal Services, Inc.**
**PO Box 747**
**Herndon, VA 20172**

# I N V O I C E

<span>1 of 1</span>



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87537 | 9/19/2023 | 54191 |

| Job Date | Case No. |
|---|---|
| 8/30/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

---

Deposition Transcript/Index pages of:
   Marcella Rustioni - Vol. 2

| | | | | | |
|---|---|---|---|---|---|
| Transcript Copy | 82.00 | Pages | @ | 3.250 | 266.50 |
| Exhibits | 267.00 | Pages | @ | 0.450 | 120.15 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | | @ | 65.000 | 65.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$506.65** |
| AFTER 11/18/2023  PAY | $557.32 |

Location of Job  : Hunton Andrews Kurth LLP
                        8405 Greensboro Drive, Suite 140
                        Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.      : 54191            BU ID        : Depo
Case No.     : Civil No. 1:19-cv-00917-RDA-WEF
Case Name  : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No.  : 87537            Invoice Date : 9/19/2023
**Total Due**   : **$506.65**
AFTER 11/18/2023  PAY  $557.32

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
           **PO Box 747**
           **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87471 | 8/30/2023 | 54132 |

| Job Date | Case No. |
|---|---|
| 8/8/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
    Eileen P. Ryan, D.O.

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 383.00 | Pages @ | 3.250 | 1,244.75 |
| Telephonic/VC | 383.00 | Pages @ | 0.250 | 95.75 |
| Exhibits | 199.00 | Pages @ | 0.450 | 89.55 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |
| **TOTAL DUE  >>>** | | | | **$1,550.05** |
| AFTER 10/29/2023  PAY | | | | $1,705.06 |

Location of Job   : Remote - ZOOM , DC

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.    : 54132      BU ID      :Depo
Case No.   : Civil No. 1:19-cv-00917-RDA-WEF
Case Name : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No. : 87471     Invoice Date : 8/30/2023
**Total Due** : **$1,550.05**
AFTER 10/29/2023  PAY  $1,705.06

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Henderson Legal Services, Inc.**
           **PO Box 747**
           **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 577724 | 8/8/2023 | 340463 |

| Job Date | Case No. |
|---|---|
| 7/20/2023 | |

| Case Name |
|---|
| B.R. v. Fairfax County School Board |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

---

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| F.T. | | 468.00 | Pages | @ | 3.800 | 1,778.40 |
| Exhibits | | 44.00 | Pages | @ | 0.150 | 6.60 |
| Hosting & Delivery of Encrypted Files | | 1.00 | | @ | 0.000 | 0.00 |
| | | | **TOTAL DUE  >>>** | | | **$1,785.00** |

Location of Job   : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
8405 Greensboro Drive
Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

---

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

Job No.      : 340463          BU ID        : R-Main
Case No.     :
Case Name  : B.R. v. Fairfax County School Board

Invoice No.  : 577724          Invoice Date  : 8/8/2023
**Total Due**  : **$1,785.00**

**PAYMENT WITH CREDIT CARD**     

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 571686 | 6/9/2023 | 336196 |
| **Job Date** | **Case No.** | |
| 5/25/2023 | | |
| **Case Name** | | |
| B.R. v. Fairfax County School Board | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

One Certified Copy of the Videotaped Deposition of:

| | | | | | |
|---|---|---|---|---|---|
| S█████ T█████ | 341.00 | Pages | @ | 3.800 | 1,295.80 |
| Exhibits Scanned (8 1/2 x 11- B&W and Color) | 89.00 | Pages | @ | 0.150 | 13.35 |
| E-Transcript (.ptx - Emailed) | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$1,309.15** |

Location of Job    : VTC/Zoom- Videographer & Reporter with the witness at: Hunton Andrews Kurth LLP
8405 Greensboro Drive
Suite 140
Mc Lean, VA 22102

Golkow 079F
Thank you. Your business is appreciated.
Billing questions, please contact Jennifer Evans (215) 586 4215 or billing@golkow.com
Invoice payment, please contact Kathy Reilly (215) 586-4210 or AR@golkow.com

Note: we look to the attorney for payment and any balance due to Golkow Litigation Services for this invoice, not to your client, even if your client makes partial payment toward the invoice. Thank you.

**Tax ID:** 35-2633214

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esquire
Michael E. Kinney, PLC
1801 Robert Fulton Dr Suite 120
Reston, VA 20191

| | | | |
|---|---|---|---|
| Job No. | : 336196 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : B.R. v. Fairfax County School Board | | |
| Invoice No. | : 571686 | Invoice Date | : 6/9/2023 |
| **Total Due** | **: $1,309.15** | | |

**PAYMENT WITH CREDIT CARD**

AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow Litigation Services, LLC**
**P.O. Box 735283**
**Chicago, IL 60673-5283**



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87268 | 7/28/2023 | 54077 |

| Job Date | Case No. | |
|---|---|---|
| 7/6/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name | | |
|---|---|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

---

Deposition Transcript/Index pages of:
   Kevin Weaver, M.D.

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 376.00 | Pages @ | 3.250 | 1,222.00 |
| Exhibits | 387.00 | Pages @ | 0.500 | 193.50 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**  **$1,535.50**
AFTER 9/26/2023  PAY  $1,689.05

Location of Job  : Hunton Andrews Kurth LLP
                 8405 Greensboro Drive, Suite 140
                 Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

---

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.    : 54077       BU ID     : Depo
Case No.   : Civil No. 1:19-cv-00917-RDA-WEF
Case Name : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No. : 87268      Invoice Date : 7/28/2023
**Total Due** : **$1,535.50**
AFTER 9/26/2023  PAY  $1,689.05

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Henderson Legal Services, Inc.**
             **PO Box 747**
             **Herndon, VA 20172**



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87597 | 9/21/2023 | 54191 |

| Job Date | Case No. |
|---|---|
| 8/30/2023 | Civil No. 1:19-cv-00917-RDA-WEF |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
   William Woolf

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 386.00 Pages | @ | 3.250 | 1,254.50 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**　　　　　　　　　　　**$1,374.50**
AFTER 11/20/2023  PAY　　　　　　　　$1,511.95

Location of Job　: Hunton Andrews Kurth LLP
                      8405 Greensboro Drive, Suite 140
                      Tysons, VA 22102

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

| | |
|---|---|
| Job No. | : 54191 |
| Case No. | : Civil No. 1:19-cv-00917-RDA-WEF |
| Case Name | : B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

BU ID　　　　: Depo

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Invoice No.　: 87597　　　　Invoice Date : 9/21/2023
**Total Due** : **$1,374.50**
AFTER 11/20/2023  PAY  $1,511.95

**PAYMENT WITH CREDIT CARD**　　AMEX　MasterCard　VISA

Cardholder's Name:
Card Number:
Exp. Date:　　　　　　　Phone#:
Billing Address:
Zip:　　　　Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:　**Henderson Legal Services, Inc.**
           **PO Box 747**
           **Herndon, VA 20172**

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 87396 | 8/18/2023 | 54130 |

| Job Date | Case No. | |
|---|---|---|
| 7/26/2023 | Civil No. 1:19-cv-00917-RDA-WEF | |

| Case Name |
|---|
| B.R. v. FAIRFAX COUNTY SCHOOL BOARD |

| Payment Terms |
|---|
| Due upon receipt |

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Deposition Transcript/Index pages of:
 Gary Young

| | | | | |
|---|---|---|---|---|
| Transcript Copy | 293.00 | Pages @ | 3.250 | 952.25 |
| Telephonic/VC | 293.00 | Pages @ | 0.250 | 73.25 |
| Exhibits | 131.00 | Pages @ | 0.450 | 58.95 |
| Litigation Package (Condensed, PDF, TXT, PTX) | 1.00 | @ | 55.000 | 55.00 |
| Processing/Repository | 1.00 | @ | 65.000 | 65.00 |

**TOTAL DUE  >>>**                     **$1,204.45**
AFTER 10/17/2023  PAY              $1,324.90

Location of Job   : Remote - ZOOM , DC

Transcript copy, regular delivery.

*The addressee above is responsible for payment of this invoice whether or not the addressee receives reimbursement from a third party.*

**Tax ID:** 46-0476632

*Please detach bottom portion and return with payment.*

Michael E. Kinney, Esq.
Law Office of Michael Kinney, PLC
1801 Robert Fulton Drive
Suite 120
Reston, VA 20191

Job No.       : 54130          BU ID        : Depo
Case No.     : Civil No. 1:19-cv-00917-RDA-WEF
Case Name  : B.R. v. FAIRFAX COUNTY SCHOOL BOARD

Invoice No.  : 87396          Invoice Date : 8/18/2023
**Total Due  : $1,204.45**
AFTER 10/17/2023  PAY  $1,324.90

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Henderson Legal Services, Inc.**
              **PO Box 747**
              **Herndon, VA 20172**