IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| B.R. )<br>)<br>Plaintiff, )<br>) Civil Action No. 1:19-cv-917 (RDA/WEF)<br>v. )<br>)<br>F.C.S.B., *et al.*, )<br>)<br>Defendants. ) | |

## ORDER

This matter comes before the Court on the Individual School Defendants' and FCSB's Bills of Costs (Dkt. Nos. 983; 984) and on Plaintiff's Motion for the District Court to Decide the Costs Issue (Dkt. 1005). Pursuant to 28 U.S.C. § 636, resolution of any disputes regarding the Bills of Costs may be referred to the assigned magistrate judge for preparation of a report and recommendation.

In this case, the assigned magistrate judge is Magistrate Judge William E. Fitzpatrick. Judge Fitzpatrick has a deep familiarity with this case, as he presided over the numerous discovery disputes between the parties and also attempted to assist the parties in settling the matter prior to trial. As part of the settlement process, a good magistrate judge – like Judge Fitzpatrick – will advise the parties as to the potential issues with their case and as to the potential exposure that they may have if they are unsuccessful. Judge Fitzpatrick did so here and, as Plaintiff acknowledges, there was nothing inappropriate with him doing so. Dkt. 1005 at 2. Despite acknowledging the complete propriety of Judge Fitzpatrick's efforts to settle the case, Plaintiff nonetheless seeks to have this Court vacate the referral of the costs issue to Judge Fitzpatrick. Moreover, as Defendants correctly note in their Opposition to Plaintiff's Motion,

the Court did not refer the costs issue to Judge Fitzpatrick to rule as the final decider; rather, the Court referred the costs issue to Judge Fitzpatrick for the preparation of a report and recommendation. Dkt. 1009 at 2.

Nonetheless, to avoid even the appearance of bias, the Court will vacate the referral of the costs issue. In order to achieve a timely resolution of this issue, however, the Court will refer the costs issue to Magistrate Judge Lindsey R. Vaala for the preparation of a report and recommendation.[1]

Accordingly, it is hereby ORDERED that the referral of the disputes regarding the Bills of Costs to Magistrate Judge William E. Fitzpatrick is VACATED; and it is

FURTHER ORDERED that resolution of any disputes regarding the Bills of Costs (Dkt. Nos. 983; 984) are REFERRED to Magistrate Judge Lindsey R. Vaala pursuant to 28 U.S.C. § 636; and it is

FURTHER ORDERED that the Motion for the District Court to Decide the Costs Issue (Dkt. 1005) is GRANTED IN PART AND DENIED IN PART.

It is SO ORDERED.

Alexandria, Virginia
July 1, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge

---

[1] Already pending before this Court is Plaintiff's Motion for a New Trial. Dkt. 986.