# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| B.R., | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:19-cv-00917-RDA-WEF |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) |
| Defendants. | ) |

## **DEFENDANTS' NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to the Court's Orders (ECF 1015-1033) and Local Civil 80(B), Defendants Fairfax County School Board, A.F., S.T., T.B., P.A.H., B.H., M.P.F, M.C., F.T., J.F., and J.O. hereby give notice that they intend to file a Redaction Request for the transcript of trial proceedings held from March 18, 2024 through April 24, 2024, which are still being finalized by the Court Reporters.

Dated: August 2, 2024

Respectfully submitted,

By: */s/ Sona Rewari*
Sona Rewari (VSB No. 47327)
Ryan M. Bates (VSB No. 74661)
Kevin S. Elliker (VSB No. 87498)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
srewari@HuntonAK.com
rbates@HuntonAK.com
kelliker@hunton.com

*Counsel for Defendant Fairfax County School Board*

By: */s/ Michael E. Kinney*
Michael E. Kinney (VSB No. 65056)
MICHAEL E. KINNEY, PLC

        1801 Robert Fulton Drive, Suite 120
        Reston, VA 20191
        Telephone: (703) 956-9377
        Facsimile: (703) 956-9634
        mk@kinneyesq.com

*Counsel for Defendants A.F., S.T., T.B., P.A.H., B.H., M.P.F, M.C., F.T., and J.F.*

By: */s/ Bruce M. Blanchard*
        Bruce M. Blanchard (VSB No. 23778)
        ODIN, FELDMAN, & PITTLEMAN, P.C.
        1775 Wiehle Avenue, Suite 400
        Reston, VA 20190
        Tel: (703) 218-2102
        Fax: (703) 218-2160
        Bruce.Blanchard@ofplaw.com

*Counsel for Defendant J.O.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: */s/ Sona Rewari*
     Sona Rewari (VSB No. 47327)