# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| B.R., | ) | |
| Plaintiff, | ) ) ) | Civil No. 1:19-cv-00917-RDA-WEF |
| v. | ) ) | |
| FAIRFAX COUNTY SCHOOL BOARD, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION**

Pursuant to the Court's Orders [ECF 1015-1033] and Local Civil Rule 80(B), Plaintiff B.R. hereby gives notice of her intent to file a Redaction Request for the transcript of trial proceedings held from March 18, 2024 through April 24, 2024, which are still being finalized by the Court Reporters.

Dated: August 2, 2024

                                                                 Respectfully submitted,

                                                                 By: /s/*Robert G. Keefe*
                                                                  ANDREW S. BRENNER
                                                                  (Pro Hac Vice)
                                                                  BRITTANY ZOLL
                                                                  (Pro Hac Vice)
                                                                  SAMANTHA PEDERSEN
                                                                  (Pro Hac Vice)
                                                                 ROBERT G. KEEFE
                                                                 (Pro Hac Vice)
                                                                **BOIES SCHILLER FLEXNER LLP**
                                                                 100 SE 2nd Street, Suite 2800
                                                                Miami, FL  33131
                                                                Telephone: (305) 539-8400
                                                                Facsimile:  (305) 539-1307
                                                                abrenner@bsfllp.com

bzoll@bsfllp.com
spedersen@bsfllp.com
rkeefe@bsfllp.com

ALISON L. ANDERSON
(Pro Hac Vice)
**BOIES SCHILLER FLEXNER LLP**
2029 Century Park East, Suite 1520
Los Angeles, CA 90067
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
alanderson@bsfllp.com

JONATHAN L. FAHEY
(VSB No. 44854)
**HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC**
2300 N Street NW, Ste 643
Washington, DC 20037
Telephone: (202) 737-8808
jfahey@holtzmanvogel.com

*Counsel for Plaintiff B.R.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

By: /s/ *Robert G. Keefe*
   *Counsel for Plaintiff B.R.*