1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

B.R.,                              :
                                   :
              **Plaintiff,**       :   Civil Action
                                   :   No. 1:19-cv-917
         **v.**                    :
                                   :
F.C.S.B., et al.,                  :   March 20, 2024,
                                   :   9:42 a.m.
                                   :
                                   :
              **Defendants.**      :   VOLUME 3 - A.M. SESSION
                                   :
...............................  :


**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE ROSSIE D. ALSTON, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**


APPEARANCES:

For the Plaintiff:          **Jonathan Fahey, Esq.**
                            HOLTZMAN VOGEL BARAN TORCHINSKY
                            & JOSEFIAK, PLLC
                            2300 N Street NW
                            Suite 643a
                            Washington, DC 20037
                            202-536-1702
                            Email: Jfahey@holtzmanvogel.com

                            **Alison Anderson, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            2029-Century Park East
                            Suite 1520
                            Los Angeles, CA 90067
                            213-995-5720
                            Email: Alanderson@bsfllp.com

2

```
1    APPEARANCES:  (Cont.)

2    For the Plaintiff:          Brittany Zoll, Esq.
                                  BOIES SCHILLER FLEXNER, LLP
3                                 100 SE 2nd Street
                                  Suite 2800
4                                 Miami, FL 33131
                                  610-804-1787
5                                 Email: Britzoll@gmail.com

6                                 Andrew Brenner, Esq.
                                  BOIES SCHILLER FLEXNER, LLP
7                                 100 SE 2nd Street
                                  Suite 2800
8                                 Miami, FL 33131
                                  305-539-8400
9                                 Email: Abrenner@bsfllp.com

10                                Robert Keefe, Esq.
                                  BOIES SCHILLER FLEXNER, LLP
11                                100 SE 2nd Street
                                  Suite 2800
12                                Miami, FL 33131
                                  850-585-3414
13                                Email: Rkeefe@bsfllp.com

14   For Defendant F.C.S.B.:      Ryan Bates, Esq.
                                  HUNTON ANDREWS KURTH, LLP
15                                2200 Pennsylvania Avenue, NW
                                  Washington, DC 20037
16                                202-955-1596
                                  Email: Rbates@hunton.com
17
                                  Sona Rewari, Esq.
18                                HUNTON ANDREWS KURTH, LLP
                                  2200 Pennsylvania Avenue, NW
19                                Washington, DC 20037
                                  202-955-1974
20                                Email: Srewari@huntonak.com

21                                Scott W. Burton, Esq.
                                  HUNTON ANDREWS KURTH, LLP
22                                2200 Pennsylvania Ave NW
                                  Washington, DC 20037
23                                202-955-1664
                                  Email: Burtons@huntonak.com
24
25   APPEARANCES:  (Cont.)
```

3

| | |
|---|---|
| 1 For Defendant F.C.S.B.: | **Kevin Elliker, Esq.** |
| | HUNTON ANDREWS KURTH, LLP |
| 2 | 2200 Pennsylvania Avenue, NW |
| | Washington, DC 20037 |
| 3 | 804-788-8200 |
| | Email: Kelliker@huntonak.com |
| 4 | |
| 5 For the Defendants: | **Michael E. Kinney, Esq.** |
| (S.T., A.F., P.A.H., | THE LAW OFFICE OF MICHAEL E. |
| 6 T.B., B.H., M.P.F., M.C., | KINNEY, PLC. |
| F.T., J.F.) | 1801 Robert Fulton Drive |
| 7 | Suite 120 |
| | Reston, VA 20191 |
| 8 | Email:  Mk@kinneyesq.com |
| 9 For the Defendant J.O.: | **Bruce Blanchard, Esq.** |
| | ODIN, FELDMAN & PITTLEMAN, PC. |
| 10 | 1775 Wiehle Avenue |
| | Suite 400 |
| 11 | Reston, VA 20190 |
| | Email:  Bruce.blanchard@ofplaw.com |
| 12 Court Reporter:    MS. TONIA M. HARRIS, RPR | |
| | United States District Court |
| 13 | 401 Courthouse Square |
| | Tenth Floor |
| 14 | Alexandria, VA 22314 |

15

16

17

18

19

20

21

22

23

24

25

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

4

TABLE OF CONTENTS
TRIAL WITNESSES

On behalf of the Plaintiff:

A███████ F███████

     Cross-examination by Mr. Bates............. 10
     Cross-examination by Mr. Kinney........... 95

EXHIBITS

On behalf of the Plaintiff:

                                           Admitted

Defendants' Number 231.............................. 26/95
Defendants' Number 254.............................. 95

MISCELLANY

Preliminary matters.................................. 05
Certificate of Court Reporter....................... 102

After review of the record and upon agreement of counsel and deputy clerk, all final exhibits can be found on CME at Docket #975.

EASTERN DISTRICT OF VIRGINIA

———————— B.R. v. F.C.S. B.————————

5

1          THE COURT:  We had the pleasure of having one of our

2    interns gavel me in this morning.  It was his first time doing

3    it.  I was sort of messing with him as we were getting ready

4    to come out.  As he got ready to knock on the door, I said,

5    Don't mess up.

6          So we got him off his game, but we appreciate the

7    opening of Court this morning.  I always enjoy that.  And

8    you're next young lady, so be ready.

9          Good morning, everyone.  I understand that there's

10   something someone wants to take up.

11         MR. BRENNER:  Mine will take 30 seconds.  Good

12   morning, Your Honor.  By the way, the plaintiffs were moved by

13   the introduction this morning.

14         We had a witness, I've shared with defense counsel,

15   another student, who is set to testify Friday.  She has asked

16   us to put her on first because she is seven to eight months

17   pregnant.  So I would like first to give Your Honor advance

18   notice of that.

19         So I'm trying not to have her interrupt someone, but

20   that's obviously impossible for me to know this far in

21   advance.  So we would ask the Court's permission if we have a

22   witness on -- and she'll be a short witness -- just to

23   accommodate her because she's driving in.

24         THE COURT:  I don't think that seems unreasonable.

25   Any complaint from this side?

B.R. v. F.C.S. B.

6

1          All right.  We'll take care of that.  I've actually

2    been thinking about Friday a little bit.  And with the

3    accommodation of the religious circumstances that one of the

4    jurors had, depending on how well we move on Friday and how

5    many witnesses we get through, we may just call it the day

6    when that young man has to leave.  So --

7          MR. BRENNER:  It's a young lady.

8          THE COURT:  Young lady.

9          MR. BRENNER:  When the young lady has to leave.

10         Okay.  Oh, who is the young man?  Oh, what

11   time is -- and that's 3 o'clock, right?

12         THE COURT:  He estimated that he probably would be

13   able to get back somewhere around 2:30, 3 o'clock.  And so,

14   again, depending on how quickly and expeditiously we're

15   moving, I might just say, Okay, let's call it a day after

16   he's -- after we do our morning and early afternoon.

17         MR. BRENNER:  And if it helps, Your Honor, on that,

18   we had told you pretrial that we were aiming to finish by

19   Monday or Tuesday of that following week.  I think we will do

20   that.

21         THE COURT:  Okay.  Very good.  If we -- even if we

22   have a somewhat truncated day on Friday.

23         Very good.  Thank you.

24         Is everyone here?  Very good.

25         Oh, sorry.  Wait a minute.

B.R. v. F.C.S. B.

7

1          MR. ELLIKER:  Just very briefly.  Judge, when I was

2    a law clerk for Judge Gibney, an intern opened court for us

3    and said, The Honorable Gibney, and got flustered.  And at the

4    end said, God save this court.

5          And as I'm sure you can understand, Judge Gibney

6    didn't let that intern let it down.

7          I spoke with Ms. Anderson and I think -- I just

8    would think it would be in everyone's interest for us to be on

9    the same page about what might and might not open the door

10   with Ms. Cantalupo's testimony.

11         And I've read the *Coastal Carolina* transcript.  I'm

12   fairly sure I understand where the line is, but I think -- I

13   just want to make sure that my understanding is what the

14   Court's understanding is and Ms. Anderson's understanding so I

15   can stay far away from it.

16         My view of it, from reading the transcript, was the

17   issue arose when defense counsel objected to a lack of

18   foundation for the expert's opinion about what informed the

19   standard of care and whether that standard of care had been

20   violated.

21         My questions that I intend to ask on

22   cross-examination, subject to direct -- although I'm fairly

23   clear on what direct will be -- go to the witnesses' bias and

24   the focus of her specific research.  I don't think that those

25   topics come anywhere near the line, but I just want to make

B.R. v. F.C.S. B.

8

1   sure and maybe give Ms. Anderson a chance to clarify her

2   understanding of where the line may be so that we don't run

3   into any issues.

4          THE COURT:  Ms. Anderson.

5          MS. ANDERSON:  I generally agree.  I would raise one

6   more sort of category, which is, there was a lot of striking

7   of questions like about the police investigations, those types

8   of things.  I think if they get into questions that sound akin

9   to the case, that that -- the facts of the case, then that

10  might open the door for me to then respond to those and make

11  her -- you know, make sure we are able to clarify from our

12  side.

13         So that's just one extra topic I would add.

14         THE COURT:  As I said -- and the reason why I

15  mentioned it is because I thought it would be beneficial for

16  all to read that transcript in the *Coastal Carolina* case

17  because I think the trial judge worked very hard to strike the

18  appropriate balance.  And so I wanted everyone to understand

19  where I was likely to strike the same balance.

20         MS. ANDERSON:  Sounds good.  Thank you, Your Honor.

21         THE COURT:  Very good.

22         (Jury present.)

23         THE COURT:  All right.  You may be seated.  Thank

24  you.  Good morning, ladies and gentlemen.

25         (Good morning responses.)

B.R. v. F.C.S. B.

9

1    THE COURT:  I always like when I see the jury come

2  in in the morning and they're smiling.  So that's a good

3  thing.  Traffic on I-95 and 495 was horrific this morning.  I

4  got on the express lanes -- and I'm not happy, but I get on

5  express lanes because it costs me $8 to get in front of

6  everybody.  But I thought to myself my friend from Stafford is

7  going to have some struggles this morning unless she got out

8  early.

9    THE JUROR:  2 hours and 15 minutes.  And the express

10  lane was closed earlier this morning.  So it was bad.

11    THE COURT:  Well, I appreciate your consideration

12  and I appreciate your focus on trying to get here in a timely

13  fashion.  And obviously we'll continue to try to accommodate

14  you as best we can.

15    I had a conversation with the lawyers this morning,

16  and I think that we are going to be able to get away with not

17  having to be here Friday afternoon.  So that will help because

18  of holiday traffic.  It's a lot of holidays that are sort of

19  coming into confluence on Friday.  So we may be able to get a

20  break and not have to work too hard on Friday afternoon so we

21  can get you out of here a little bit earlier.

22    But the Court does appreciate all of you in your

23  efforts in trying to meet your responsibility.

24    Mr. Bates.

25    MR. BATES:  Calling Mr. F███████ back to the stand,

10

1    Your Honor.

2            THE COURT:  Mr. F████████, you're up, sir.

3            Were all of you able to live up to the Court's

4    instruction not to discuss the case and any aspect of the case

5    with anyone?

6            Very good.

7            (Witness seated and was previously sworn.)

8                        CROSS-EXAMINATION

9    BY MR. BATES:

10   Q.    Good morning, Mr. F████████.

11   A.    Good morning.

12   Q.    Just very important before I get started with my

13   questions.  I will try to keep my voice up.  Please let me

14   know if at any time you're having trouble hearing me.  Just

15   ask me to repeat the question and I will do so and I will

16   raise my voice when I do so.

17   A.    Thank you.  I appreciate that.

18   Q.    Before we broke yesterday we were discussing the school

19   and the layout of the school.  And what -- how does the design

20   of Rachel Carson Middle School differ from some of the other

21   middle schools that you've worked in?

22   A.    Right.  When they were designing the building prior to

23   the opening in 1998, they designed the school as not like a

24   junior high where you would have classes scattered throughout

25   the building but a middle school where students would be on

11

1    teams of approximately 140 to 150 students and located in one

2    specific area where their four core teachers would all be in

3    that -- what we called a pod area and their lockers and -- and

4    everything they needed would be in that specific area.

5    Q.   Do you recall, ballpark, how many -- about how many

6    students were in each pod?

7    A.   Approximately around 140.

8    Q.   Okay.  And about how many pods were in the school?

9    A.   Now, each pod would contain two teams.  So it was three

10   pods.

11   Q.   Okay.  And what -- which floor were the 7th graders on?

12   A.   First floor.

13   Q.   Okay.  And which floor were the 8th graders on?

14   A.   Second floor.

15        MR. BATES:  If we can pull up Exhibit 61 that was

16   admitted yesterday, please.

17   BY MR. BATES:

18   Q.   And I understand this is a very busy document,

19   Mr. F████.  Could you just circle on the screen -- and if

20   you can just put your finger down, if you can circle where the

21   main entrance to the school is.

22   A.   (Complied.)

23   Q.   Okay.  And when students entered school for the day,

24   would they enter the main entrance?

25   A.   Correct.

12

1   Q.   Could they enter any other entrances?

2   A.   At times the drama teacher would open one of the other

3   entrances on the -- let me -- right here if we had personnel

4   that were able to monitor that.

5   Q.   Okay.  So other than the main entrance and maybe the

6   drama entrance -- well, let me ask you, was the drama entrance

7   only for theatre students?

8   A.   No.  It was for folks that is needed to go to the

9   cafeteria in the morning.

10  Q.   And were there any other entrances other than those two

11  where students could enter the building in the morning?

12  A.   No.

13          MR. BATES:  And if I can have Grady zoom in on --

14  BY MR. BATES:

15  Q.   Well, let me ask you this before he zooms in.

16          Do you recall, looking at this map, which pod B.R.

17  was in?

18  A.   Yes.

19  Q.   Can you circle that for us?

20  A.   (Complied.)

21          MR. BATES:  All right.  If I can have Grady clear

22  the screen and zoom in on that area so we can see it a little

23  bit better.

24  BY MR. BATES:

25  Q.   Okay.  Can you explain, where it says L.R. there towards

13

1   the top kind of right of that screen.  Could you explain what

2   that is?

3   A.    Locker.

4   Q.    Okay.  And so, in other words, that's where the lockers

5   are?

6   A.    Yes, sir.

7   Q.    Okay.  Are we looking at -- where would the Explorers'

8   team be?

9   A.    (Indicated.)

10  Q.    Okay.  And whose classrooms are those?

11  A.    Okay, now, I know this is the science teacher.  There is

12  Mr. T█████.  I believe this is Ms. C███.

13  Q.    I'll short-circuit this.  Is it a four --

14  A.    Four --

15  Q.    -- four core teachers there along that wall?

16  A.    Yes, sir.

17  Q.    Okay.  And where would the lockers be for the students in

18  the Explorers' pod?

19  A.    (Indicated.)

20  Q.    And so, does this -- and that -- that O right above --

21  yeah, what is that?

22  A.    That is an office for an assistant principal.

23  Q.    Okay.  Do you recall -- testing your memory here.

24  2011/2012 school year, do you recall whose office that was?

25  A.    Ms. B█████.

14

1    Q.   Okay.  And so was this -- is this what you were talking

2    about, about the pod designed for essentially a student on the

3    Explorers' team would largely have a number of their classes

4    in this location?

5    A.   Yes, sir.

6    Q.   Okay.  What if -- how would you describe the lockers that

7    were in the locker pod?  I mean, how are they different than

8    other lockers maybe in high school or elsewhere?

9    A.   Well, high schools are much larger and it's hard to

10   monitor and see over those lockers.  These lockers were -- had

11   low area so that anyone looking at the students between the

12   lockers were able to see what was going on.

13   Q.   So in other words, if you're standing in -- outside of

14   that science teacher's room right there, are you able to see

15   into the locker?

16   A.   Yes, sir.  And they were slanted kind of diagonal a

17   little bit so it would give us a better vision.

18            MR. BATES:  Okay.  We can take that exhibit down.

19   BY MR. BATES:

20   Q.   I'd like to ask you about the assistant principals that

21   worked under you during the 2011/2012 school year.

22            Is my voice okay, by the way?

23   A.   Yes, sir.

24   Q.   Can you name the assistant principals that worked under

25   you?

15

1   A.    S███ T███, T█ B████, and P██ H███.

2   Q.    Okay.  Let's start with T█ B███.  Can you describe to

3   the jury what T█ B███ was like as an assistant principal?

4   A.    T█ B███ was a master of detail.  She spent a lot of

5   time on doing her job, making sure it was done right

6   100 percent, and was a wonderful communicator.  She would be

7   able to communicate not only well to the teachers but also to

8   the staff members.  So she was highly respected at the school

9   both by students and by adults.

10  Q.    And by the way, Ms. B████, she is the assistant

11  principal who had that office right there where the Explorers'

12  team was?

13  A.    Yes, sir.

14  Q.    And is there any reason for assistant principal offices

15  to be in -- where the classrooms are as opposed to in like the

16  main office?

17  A.    Right.  They are amongst the hallways and the pod areas,

18  so they are able to visualize and monitor those areas.

19  Q.    Okay.  And before we move on from Ms. B███, I know

20  there is a lot of folks sitting over here.  Could just point

21  the jury to who Ms. B███ is?

22  A.    (Indicated.)  Ms. B███ is right there.

23  Q.    Okay.  Second seated in?

24  A.    Yes, second seat.

25            THE COURT:  Go ahead and stand.

16

1          MR. BATES:  Ms. B██████, could you just stand if you

2   wouldn't mind.

3              (Ms. B██████ complied.)

4          MR. BATES:  Thank you.

5   BY MR. BATES:

6   Q.   Okay.  I believe you said P████ H██████ one of your

7   assistant principals as well.

8   A.   Yes.

9          MR. BATES:  Mr. H██████, could you just stand really

10  quickly if you wouldn't mind.

11             (Mr. H██████ complied.)

12         MR. BATES:  Thank you.

13  BY MR. BATES:

14  Q.   Could you describe for the jury what P████ H██████ was like

15  as an assistant principal?

16  A.   Mr. H██████ built strong relationships with all students.

17  Students enjoyed his company.  He was able to connect with a

18  lot of students that had difficulties and maybe behavioral

19  challenges there at the school.

20         He knew the building like the back of his hand.  He

21  oversaw certain departments that really addressed the

22  well-being of the facility and making sure safety was

23  occurring within the building.

24  Q.   And do you know off the top of your head what Phil's

25  background was before he became an assistant principal at

17

1   Rachel Carson?

2   A.   He was the department chair of physical education at

3   Rachel Carson Middle School.

4   Q.   Okay.

5   A.   And then he had a staff development placement where he

6   was learning how to become an assistant principal.

7   Q.   Okay.  And the third assistant principal, you said, was

8   S████  T████?

9   A.   Yes.

10          MR. BATES:  And, Ms. Terry, could you please stand

11  for the jury.

12          (Ms. Terry complied.)

13          MR. BATES:  Thank you.

14  BY MR. BATES:

15  Q.   And could you describe for the jury what Ms. Terry was

16  like as an assistant principal?

17  A.   Ms. Terry always has a smile and was very positive.  She,

18  again, took her responsibilities very seriously and

19  communicated with her teams, attended their collaborative

20  meetings where they -- they either talked about students or

21  they talked about academics.

22  Q.   Okay.  At the time that you were principal of Rachel

23  Carson, did the school receive any -- any awards?

24  A.   Well, for most of the years, except for one, we received

25  the Governors Award for our scores on the state assessment.

18

1    We also were a school to watch that was designated from The

2    National Forum of middle school reform.

3         Additionally, we were recognized in the national

4    association of secondary school principals and middle school

5    reform book that they put out, Rachel Carson was identified.

6    Q.   Okay.  Thank you.

7         And what about yourself, did you ever win any awards

8    while you were a principal at Rachel Carson Middle School?

9    A.   I would say maybe I received it, but it was because of my

10   staff.  That was all of our work.  It was not just targeted to

11   me.

12   Q.   I appreciate the humility, but what was the award?

13   A.   Principal of the Year Award and leadership award from the

14   Washington Post.

15   Q.   Did you also receive any awards for Principal of the Year

16   for the Fairfax County school system?

17   A.   Yes.

18   Q.   And what year was that?

19   A.   2010.

20   Q.   And that would have been one year before the events of

21   this case?

22   A.   Yes.

23   Q.   And how many principals, do you know off the top of your

24   head, are in Fairfax County public schools?

25   A.   Around 186.

Cross - A.F.

19

1    Q.    Okay.  How did you build trust with your students?

2    A.    Just to be around them, making sure that they knew I

3    cared about them.  In the morning, myself and the director of

4    student services would stand by the front door as they

5    entered, and just to make sure, number one, that they were in

6    contact with the administrators and the principal and the

7    director of student services and to welcome them as they came

8    in to start their day off well.

9           But also, to see if any students either coming off

10   the bus or from, you know, a car ride or -- that they were

11   fine, that they weren't upset, something -- they might have

12   argued with a parent in the morning or something happened at

13   home.  We wanted to identify that before they came in so that

14   we would address those issues.

15   Q.    Okay.  Now, I think we'll get into that a little bit more

16   here in a moment.  But let's -- let me shift gears for a

17   moment.

18          So, Rachel Carson Middle School had 7th and 8th

19   graders, right?

20   A.    Yes, sir.

21   Q.    And in the Fairfax County school system, elementary

22   school was Kindergarten through 6th grade, is that correct?

23   A.    In most cases.  There are a couple of secondary schools

24   that had -- I believe it was three schools, that had 6th grade

25   attached to them.

20

1   Q.   Okay.  And so how many elementary schools fed kids into

2   Rachel Carson Middle School?

3   A.   Six.

4   Q.   And so, I'd like to talk about before the incoming 7th

5   graders come to Rachel Carson Middle School, I'd like to talk

6   about what, if anything, the school does to prepare them for

7   that.

8          So let's -- if you can, I think it makes more sense

9   to go chronologically.  So with the groups of 6th graders who

10  are planning to come to Rachel Carson Middle School for 7th

11  grade, what's -- what's sort of the first step in preparation

12  of those students to come to 7th grade?

13  A.   Well, the first step is -- and this is something unusual,

14  that Carson did, not all middle schools practiced this -- we

15  would visit each elementary school in April -- early May.

16  Q.   Who's "we"?

17  A.   Myself and Mrs. Weaver, who is the director of student

18  services.

19  Q.   Okay.

20  A.   And we would meet with the 6th grade teachers, counselor,

21  and the administration to discuss -- number one, we started

22  discussing some of the support programs that we had at the

23  school to make sure everybody understood because, you know,

24  every year there's some new teachers there.

25          And then we would go through the list of each

21

1   separate student to ask, you know, are there anything we need

2   to be aware of, how -- are there any supports that they would

3   need coming in, such as Reading 180, which is a reading --

4   remedial reading program or that they need special counseling

5   or supports.

6          Also, if certain kids didn't get along in

7   elementary, they would let us know.  They need to probably be

8   on different team s to avoid any conflict.

9          The next thing they -- and this was before they came

10  to Carson.

11  Q.   Right.

12  A.   The next area --

13  Q.   Let me ask you before you move on to the next one --

14  A.   Sure.

15  Q.   -- what is the purpose of you and Cheryl Weaver coming

16  into the 6th grade and meeting with the administration there,

17  just generally speaking?

18  A.   Yes.  Usually when kids first come from elementary to

19  middle, there's a lot of testing, there's a lot of questions

20  about what supports that they need, assessments.  So they

21  wouldn't get into any supports, probably until the end of

22  September, beginning of October.

23          What we wanted to do is when those students came to

24  Carson, those supports were in place.  So, you know, we hit

25  the ground running, and they -- you know, their schedules were

22

1   set at that time.  It didn't change in a month that they had

2   to let go of an elective and go into a reading program and

3   whatnot.

4   Q.   Understood.  Okay.  So that was the first step you think.

5   I think I cut you off before you were going to talk about

6   maybe what was the next thing that you were going to do to

7   prepare the students, incoming students to Rachel Carson?

8   A.   Right.  And so -- and still near the end of the year, the

9   school year, they were invited to a student orientation.

10  Q.   Who is "they"?  I'm sorry.

11  A.   The elementary schools.  And not all at once because

12  there's a lot of kids.  So maybe there were two schools that

13  would come one day, another couple of schools another day.

14       And we would present an orientation for them to talk

15  about, you know, what is middle school?  What are some of the

16  nervousness or scare areas that -- or rumors that they may

17  have heard from folks?

18       Such as, oh, 7th graders the first year they come

19  they're stuck into lockers and whatnot, which couldn't happen,

20  but to address those issues with them.  Talk to them about

21  what middle school is and provide them with a recipe of

22  success when they came in.

23  Q.   Is this basically to give them, like, a preview of what

24  middle school is going to be like?

25  A.   Yes, sir.

23

1    Q.    Okay.

2    A.    And, also, the drama department, to go along with that,

3    would do a play about bullying.  And -- which was a bullying

4    scenario.  And it -- what it did is it demonstrated what the

5    student should do in those types of experiences, how they

6    would handle it.

7    Q.    And was that in place -- this presentation by the theatre

8    students about bullying, was that in place by the 2011/2012

9    school year?

10   A.    Yes, sir.

11   Q.    Okay.  And so --

12   A.    And then also -- I'm sorry.

13   Q.    No, go ahead.

14   A.    Also, the counselors would show the students how to open

15   a locker because that was a fear of some of the kids, that

16   they would come and they wouldn't be able to enter.  And, you

17   know, I spoke, the department -- I'm sorry -- the director of

18   student services spoke, the assistant principals were

19   introduced, and they talked about their roles within the

20   building.

21   Q.    And so, I think maybe that would be Step 2 of what we are

22   talking about.

23          Are the -- any other steps, then, before -- again,

24   before the first day of school for a 7th grader, what else was

25   done to prepare incoming students?

24

1  A.   We had an orientation evening for parents where they

2  would come and we would talk about, you know, life in the

3  middle school and what was important during this transition.

4  The communication is a little different in middle school

5  compared to elementary.

6          Elementary they would talk directly to the teachers.

7  Well, when you're dealing with seven, eight teachers, it was

8  more -- how do I say -- efficient to talk to the counselor to

9  make arrangements to -- to schedule meetings or phone calls

10 with parents.

11 Q.   Let me just ask you on that.  Like some parents are

12 familiar with what might be called Back to School Night.

13         Is what you're talking about Back to School Night or

14 is this something separate?

15 A.   This is something separate before they come, before the

16 school year begins.

17 Q.   So would this be in August or around then?

18 A.   It's more toward May, I believe.

19 Q.   Okay.

20 A.   Near the end of May.

21 Q.   And were there any other meetings in -- you know, in this

22 period before the first day of school?

23         Perhaps meetings you might not be involved in, but

24 were there any other meetings between staff under you at

25 Rachel Carson and staff of the 6th graders?

25

1   A.   Yes.  The counselors would also go out to the elementary

2   schools after Ms. Weaver and I had talked to the counseling

3   staff to make sure they had all the information that they

4   needed about each child and what supports that they may

5   require.

6   Q.   Okay.  And would that include Ms. H███████ and

7   Ms. F███████████?

8   A.   Yes, sir.

9   Q.   Have I missed anything else in that preparation for 7th

10  grade period?

11  A.   Well, also in the orientation, we talked to the parents

12  about what to be aware of with adolescence.  As any of you

13  know that had children, adolescence is a different experience.

14  There's a lot of brain growth during that time.  So their

15  prefrontal cortex -- sometimes their decision-making is not

16  what they experienced in the past.

17          Kids are looking for more independence.  Told

18  parents to make sure that they monitor these students.  They

19  do want independence, but they should make sure that they are

20  doing everything possible that they are safe, that they use

21  the internet properly, and for them to keep control of that.

22  If they are out of school and there's parties and whatnot, to

23  make sure you check that there is adult supervision in the

24  home.

25          And, also, if they were experiencing problems in

26

 1    school, to contact the school immediately.  Because sometimes

 2    the students' perception of what's going on is a little

 3    different than reality, and sometimes the parents need kind of

 4    a check on that.

 5    Q.   Okay.  So would it be fair to say that all of -- all of

 6    these things that we've talked about are to prepare students

 7    and essentially ensure a smooth transition into middle school?

 8    A.   Yes, sir.

 9    Q.   Okay.

10         MR. BATES:  Can we bring up Exhibit 234, Defendants'

11    Exhibit 234 -- I'm sorry -- 231, which, Judge, the parties

12    have stipulated to the admission of?

13         MR. BRENNER:  No objection to 231, Your Honor.

14         THE COURT:  Very good.  Thank you.  Without

15    objection, you may publish.

16    (Plaintiffs moved Defendants' Exhibit No. 231, and was

17    admitted into evidence.)

18    BY MR. BATES:

19    Q.   Mr. F▇▇▇▇, are you able to see the document in front

20    of you?

21    A.   Yes, sir, now I can.

22    Q.   Okay.  You also have -- by the way, in the white binder

23    in front of you, you also have a paper copy of that, whichever

24    is easier for you to read.

25    A.   This is okay.

27

1   Q.   It's up to you.

2           So -- so I'd like to shift our focus.  We talked

3   about before coming into school.  Let's focus on the school

4   year has started.

5           What -- what are we looking at here?

6   A.   We're looking at the duty schedule for -- for the staff

7   and teachers and to make sure that areas within the building

8   are fully covered, not only outside but inside.

9   Q.   Let me direct you a little bit, if you don't mind.

10  A.   Okay.  That's fine.

11  Q.   I want to break this up a little bit.

12  A.   Sure.

13  Q.   If I can have Grady zoom in on that top left section that

14  says, "Team counselors."

15          And if you can just -- just quickly essentially tell

16  us what we're looking at here with these letters and names.

17  A.   So I'll use Ms. F█████████ as an example, as she's here.

18  She was in charge of two teams, the D Team and the X Team.  I

19  believe they were -- one was 7th and one was 8th, if I'm not

20  mistaken.

21  Q.   Before you move on to Ms. -- can you just point to

22  Ms. F█████████, if she can stand up rather quickly?

23  A.   (Complied.)

24  Q.   Okay.  Thank you.

25          And below that E and V, can you explain -- do you

28

1   recall what the E and V teams are?

2   A.   One was Explorer and I believe the V was Voyagers.

3   Q.   Okay.  And was Ms. H███████ assigned to the Explorers and

4   Voyagers team?

5   A.   Yes, sir.

6        MR. BATES:  Ms. H██████, if you wouldn't mind --

7   just take your time.  Thank you.

8        MS. H██████:  (Complied.)

9   BY MR. BATES:

10  Q.   Okay.  And what does that mean on that bottom line where

11  it says, "Top stairs duty"?

12  A.   That we definitely wanted eyes on the stairways so that

13  when students come up and down -- to make sure that, you know,

14  since it is not a wide open area, that there were eyes on what

15  was going on as students were coming and going during

16  transitions or coming in or leaving school.

17  Q.   So is this document -- is this document given to your

18  staff?

19  A.   Yes.

20  Q.   And is it essentially their assignments for what they are

21  supposed to be doing when they're not doing their normal job

22  of teaching or --

23  A.   Yes, sir.  It is part of their handbook --

24  Q.   Okay.

25  A.   -- of operation.

1  Q.   And so let's -- if we can zoom out and take -- just take

2  a look -- zoom in on the top right where it says, "Breakfast,"

3  and briefly describe what we're looking at with this

4  breakfast.

5  A.   When students come in into the breakfast area -- and I

6  did say that those students enter that other area on the right

7  side.  We needed supervision for that to make sure that the

8  students were, number one, coming in appropriately.  Getting

9  their food in an orderly manner.

10 Q.   Who was in charge of that, the breakfast?

11 A.   Ms. B████.

12 Q.   Okay.  And so would she be stationed in the cafeteria

13 during that time?

14 A.   Yes.

15 Q.   Okay.  And those other two names, who are they?

16 A.   One was a PE teacher and the other was work -- that name

17 changed --

18 Q.   Just another teacher or staff member?

19 A.   It's a teacher -- yeah, right.

20 Q.   With this -- does this document show that they were also

21 assigned to sort of monitor that area?

22 A.   Right.  And the one was working family studies, which --

23 Q.   Okay.  Let's then take a look at the bottom left under

24 lunch assignments, if we can zoom in where it says fifth and

25 it says, "Admin, S████ T████."

Cross - A.F.

30

```
 1            Do you see that on the screen?
 2   A.   Yes, sir.
 3   Q.   And what are we looking at when it says 5th?
 4   A.   It was fifth period -- period lunch.
 5   Q.   During lunch.  Okay.
 6            How many periods of lunches were there?
 7   A.   Four.
 8   Q.   Okay.  And I don't want to go over every period of lunch,
 9   I just --
10   A.   I think there was -- in each period there were two
11   lunches.
12   Q.   Okay.  All right.  Thank you.
13   A.   If I'm not mistaken.
14   Q.   So just generally speaking, can you describe to the jury
15   what we are looking at here when it says, "Fifth admin, S█████
16   T█████," and then six names under it?
17   A.   It was Ms. Terry's responsibility to be in the lunch room
18   during that period.  And the teachers and counselors below, we
19   did like to have a counselor in the cafeteria because that's
20   when kids kind of let their hair down a little bit and if
21   there were problems or issues, they could identify that and
22   address it immediately.
23   Q.   So are these assignments essentially to ensure that the
24   kids are closely monitored?
25   A.   Yes, sir.
```

31

1  Q.   And essentially being proactive to prevent any incidents

2  from occurring?

3  A.   Right.  And they're scattered throughout the cafeteria.

4  They're not in one spot.  They don't gather in one spot.  They

5  have to cover a specific area.

6  Q.   Okay.  One more section of this document we're going to

7  look at before we move on.  The bottom, the very bottom

8  section under where it says, "Other assignments."

9       So if I could have Grady zoom in on that.

10      And we don't need to go over every line, but let's

11 go to the third line where it says, "Buses a.m."

12 A.   Yes.

13 Q.   And I see four names there.  Tell me about what that

14 means.

15 A.   That means you're outside as the students are

16 transitioning to or from the buses.  They are monitoring

17 students' behavior as they enter the building.  Ms. Terry and

18 Mr. H█████ were the two assistant principals that were

19 assigned out there.  Mr. Estep was the safety and security

20 position, and Rich Genus was the School Resource Officer,

21 which is a Fairfax County police officer.

22 Q.   Okay.  So monitoring the buses in the morning, two

23 assistant principals, a police officer, and a safety and

24 security officer?

25 A.   Yes, sir.

32

```
 1   Q.   And the safety and security officer, Mr. Estep, what was

 2   his -- what was his job before he became the safety and

 3   security officer?

 4   A.   He was a police officer for Fairfax County Public

 5   Schools.

 6   Q.   For Fairfax County Public Schools?

 7   A.   I'm sorry, Fairfax County Police.

 8   Q.   Okay.

 9   A.   I'm sorry.

10   Q.   And the buses p.m., is it the same thing or is that list

11   of names individuals who were monitoring the departure of

12   students?

13   A.   The buses p.m., right.  So all admins, including myself,

14   and a larger number of folks, because the buses -- we had 32

15   buses.  So when all the kids come out at once, there needs to

16   be a lot of supervision.

17   Q.   Whereas in the morning the buses --

18   A.   In the morning they scatter -- yeah, they flow in.

19   Q.   Okay.  All right.  Gotcha.

20        And the very last line -- the, Front entrance a.m.,

21   is this what you were talking about earlier where you and

22   Cheryl Weaver would stand at the front?

23   A.   Yes, sir.

24   Q.   Okay.  So, just so for folks who haven't been in school

25   in a long time and maybe don't have children who are at school
```

33

1    age right now, why are all the children coming out at the same

2    time sort of in conjunction with the buses?

3    A.    Well, because there's time limits on the buses.  They do

4    not just do one route.  They do several routes.  They can be

5    doing an elementary, a middle school, then the high school.

6    So, the students have to get on those buses in a timely

7    manner.

8          It was -- Carson was a little different than most

9    schools, because students were assigned seats on each of the

10   buses.

11   Q.    What was the purpose of that?

12   A.    So that if anything occurred that was inappropriate, or

13   whatnot, and it was identified to an area, we would know who

14   we needed to talk with.

15   Q.    Okay.

16         MR. BATES:  And if I could have Grady pull up --

17   Defendants' Exhibit 90, and flip through the -- through the

18   document.  This was admitted yesterday.  It's school pictures.

19   Flip to the document that ends in 261.  I'm sorry.  Did I give

20   you the wrong -- I gave you the wrong -- 190.  And if we can

21   flip to 261 on the bottom right.

22   BY MR. BATES:

23   Q.    All right.  What are we -- we looked at the floor plan

24   the bird's-eye view before, just to kind of show the jury,

25   what are we looking at here?

34

1    A.    The main entrance.   Number one.

2    Q.    And so, would it be fair to say this is the door that

3    most students would enter through?

4    A.    Yes, I would say so.

5    Q.    And if we can just flip to Defendants' Exhibit 193.   And

6    you mentioned we were just looking at that duty schedule that

7    said, a.m. A███████ F████████, Cheryl Weaver, is that correct?

8    A.    Correct.

9    Q.    And does it really show in this picture where -- well,

10   let me ask you this first.   What are we looking at right here?

11   A.    This is the main entrance as you enter.

12   Q.    So if -- from the last picture that we looked at if you

13   walked through those doors, would you look at what we are

14   looking at right now?

15   A.    That's what you would see as you are walking in.

16   Q.    Okay.   And so, where in this picture, if you could show

17   us, would you and Cheryl Weaver be standing to greet students

18   in the morning?

19   A.    Right at the doorways.   Each of us would hold one of the

20   doors open.

21   Q.    Okay.   So, if you turned around and looked into the

22   school, would this essentially be what you would see?

23   A.    Yes, sir.

24   Q.    Okay.   And I'm sorry, I'm not sure if we got this.   Can

25   you describe for us just, again, what the purpose of you and

Cross - A.F.

35

1  the director of student service was to stand at that front

2  door in the morning?

3  A.    Number one, to build relationships with the kids, that,

4  you know, a principal isn't just in the office or a director

5  of student services is not -- you know, that they are able to

6  identify us and to, you know, talk to us as we walk through

7  the halls or go into the cafeteria.

8          The other is to see their well-being as they come to

9  school, making sure that, you know, they are okay, something

10 didn't happen as they are either on the bus or happening at

11 home.

12 Q.    What would you do if you saw somebody who looked like

13 they are in distress, a student that looked like they were in

14 distress?

15 A.    Ms. Weaver would take that student and, you know,

16 question in a separate area to find out -- and if it was just,

17 you know, maybe their hamster died or something, then she

18 would have her set up with a counselor.  But if it was

19 something that happened on the bus, then she would notify an

20 administrator.

21 Q.    So Ms. Weaver was in charge of the counselors?

22 A.    Yes, sir.

23 Q.    Okay.  Would it be fair to say that she would essentially

24 address, you know, whatever emotional issue that the student

25 was facing?

36

```
 1   A.   Correct.

 2   Q.   Okay.

 3   A.   Or we would call somebody if need be, Such as an

 4   assistant principal or other -- or the officer if we needed to

 5   call the officer.

 6   Q.   Depending on whatever the issue was, right?

 7   A.   Yes, sir.

 8          MR. BATES:  Okay.  And if we can take a look at 254,

 9   2-5-4, which the parties have stipulated to the admission of.

10   BY MR. BATES:

11   Q.   So, Mr. F_____, we're looking at what I believe is a

12   three-page document.  And can you just -- just briefly tell

13   the jury what this document is?

14   A.   It's a bullying prevention practices that students --

15   making sure students are fully aware of, number one, what

16   bullying is; number two, if they experience bullying, how to

17   report it; and, number three, if they visualize bullying going

18   on, what are their next steps.

19   Q.   Okay.  Let's -- we're going to walk through this document

20   a little.  And so, if we can focus on -- if I can have Grady

21   zoom in for you that first bullet point.

22          And it says, "In March we bus over all rising

23   7th-grade students to Carson for an orientation and tour."

24          Did I read that correctly?

25   A.   Yes, sir.
```

37

1  Q.   And is that what you were talking about, about the

2  orientation where you did two schools at a time?

3  A.   Yes, sir.

4  Q.   Okay.  And the next line says, "As a part of this program

5  the drama department does a student-created presentation that

6  highlights students' fears of bullying in ways that students

7  can seek support."

8           Do you see that?

9  A.   Yes, sir.

10  Q.   And is that that presentation you had referenced earlier?

11  A.   The drama students, yes.

12  Q.   Okay.  And second bullet point, if we can zoom that in.

13           It says, "In April the principal and director of

14  student services visit all feeder elementary schools to

15  discuss riding [sic] 7th graders students' academic, social,

16  and emotional needs."

17           Do you see that?

18  A.   Yes, sir.

19  Q.   Was that one of those pre-7th grade year meetings that

20  you were talking about?

21  A.   Yes, sir, with the 6th grade teachers, counselor, and

22  administrators.

23  Q.   That last line, I'm not sure if we discussed that.

24           It says, "A counselor liaison is assigned to each

25  elementary school and communicates with the school's staff as

38

1    well as conducts an orientation briefing with the students."

2         Do you see that?

3    A.   Yes, sir.

4    Q.   And so, is -- what is that?

5    A.   That was the counselor visit to the schools that they

6    were assigned to -- to follow us to talk to counselors, to

7    introduce the middle school to the students, to do a little

8    presentation.

9    Q.   Is that in addition to your visit over to the elementary

10   schools?

11   A.   Yes, sir.

12   Q.   Okay.

13   A.   Also, it's a contact for the parents of those elementary

14   schools that they needed to contact somebody prior to their

15   student entering the school.  They were able to contact that

16   counselor assigned to the specific elementary school.

17        MR. BATES:  If we can highlight the fourth bullet

18   point.

19   BY MR. BATES:

20   Q.   We're not going to go over every bullet point here, being

21   mindful of time.

22        But before I read this one, I see -- I see another

23   acronym in here that says, "SR&R."

24        Can you just describe for us, what does "SR&R" mean,

25   first?

39

1    A.    Students Responsibilities and Rights [sic].

2    Q.    And generally speaking, what is the Students -- is it

3    Rights and Responsibilities?

4    A.    Yes, I'm sorry.

5    Q.    That's fine.  Just generally what is the Students Rights

6    and Responsibilities or what's called an SR&R?

7    A.    The SR&R is a booklet of protocol and -- what the

8    students' rights are as a participant in the school system,

9    and, also, what the responsibilities are as far as, you know,

10   behavior and areas that the School Board looks at each year.

11   I mean, this is modified on a yearly basis to make --

12   Q.    So would it be fair to say that the booklet outlines the

13   school's expectations of students?

14   A.    The school -- not only the school but the school

15   district.

16   Q.    School district's expectations of students?

17   A.    Yes, sir.

18   Q.    And on the flip side, also the rights that students have

19   as well?

20   A.    Yes, sir.

21   Q.    Would you agree that that's probably an

22   oversimplification of it, that it would be a one-sentence

23   summary of it?

24   A.    Yes, sir.

25   Q.    And is the -- was the SR&R, is that one of the documents

40

1    that Mr. Brenner showed to you yesterday?

2    A.   Yes, sir.

3    Q.   Okay.  Do students receive a copy of that before, at the

4    beginning of the school year?

5    A.   Yes, sir.  And not only do they go over that within the

6    school early on, they also bring the copy home to the parents

7    and the parents have to sign off on it.

8    Q.   Does it come, like, in a book, like a booklet or

9    something?

10   A.   It's a booklet, yes, sir.

11   Q.   Okay.  So the students get it.  Do the parents have to

12   acknowledge receipt of that?

13   A.   Yes, sir.

14   Q.   Okay.  And --

15   A.   Or the kids don't get their locker.

16   Q.   Okay.  All right.  That's a good way to condition --

17   A.   That's right.

18          MR. BATES:  If we can take a look at -- oh, I'm

19   sorry.  We didn't -- can we go back to the fourth bullet

20   point.

21   BY MR. BATES:

22   Q.   And that reads, "At the beginning of the school year,

23   teachers are trained to review the SR&R booklet and to give

24   the students the SR&R test that highlights their

25   responsibilities and rights."

41

1          So tell me about, first of all, is there a -- I

2     don't know if it's discussed in this bullet point, but is

3     there a training that is given to incoming -- I'm sorry, to

4     7th graders about the SR&R?

5     A.   Yes, sir.  The counselors -- I'm sorry.  The -- yes, the

6     teachers go over the book, they have kind of a lesson plan so

7     everything is the same.  It's static so you don't have any

8     variety or people doing their own thing.  We train the

9     teachers during the work week, the week prior to the students

10    entering.

11         After the teachers go through their lessons, the

12    students are provided with a test and they have to have

13    100 percent pass rate on that test with questions that pertain

14    to certain aspects of the SR&R.

15    Q.   So let me make sure I understand this right.  You

16    mentioned the teachers go over with it.

17         Do the assistant principals also give some type of

18    training on the SR&R?

19    A.   Yes, sir.  They do that twice a year.  They do an

20    overview of the SR&R at the beginning of the year but to

21    provide the students a refresher at midyear.

22    Q.   Okay.  We'll take a look at that document in a little

23    bit.

24    A.   Okay.

25    Q.   But -- but then -- so after this training there's a

Cross - A.F.

42

1   reference to a test.  Is this like a written test?

2   A.   Yes, sir.  It's written, and some of it is like

3   true/false.  I think all of it is true/false.

4   Q.   And you reference that students had to get a 100 percent

5   on the test?

6   A.   Yes, sir.

7   Q.   What happens if they got a 95 percent?

8   A.   Then the teacher would talk with them and then review

9   their answers and then they would retake.

10  Q.   Okay.  If we can take a look at the next bullet point,

11  which is the fifth one, it says, "In September/October,

12  counselors go to the classrooms to present lessons on bullying

13  and sexual harassment for all teams at each grade level."

14           Do you see that?

15  A.   Correct.

16  Q.   And so is -- how is that broken up, like which counselor

17  gave which training to which team?

18  A.   If my memory serves me right, I believe they do it to

19  their teams that they are responsible for.

20  Q.   Okay.  So this is separate from the SR&R training and

21  presentation.

22  A.   Yes, sir.

23  Q.   This is specifically on bullying?

24  A.   Bullying.

25  Q.   And we'll look at that.

43

1   A.    And harassment, right.

2   Q.    Okay.  We'll look at that document later.

3          And just quickly, that next bullet point, is this --

4   is this the --

5   A.    Assistant principals.

6   Q.    Okay.  And does this discuss, essentially, what you said,

7   that there is another midyear, sort of, review of the SR&R?

8   A.    Yes, sir.

9   Q.    And why do you do it again in the middle of the year if

10  you just did it at the beginning of the year?

11  A.    To reset expectations and to make sure that students

12  realize that, you know, these are important issues and we take

13  this very seriously.  And it's not only just brought up

14  beginning and midyear.  I mean, we do -- if the assistant

15  principal sees something going on in the school that they feel

16  needs to be addressed, they may do either an update with a

17  specific team or a specific grade or individual students.

18  Q.    Okay.

19          MR. BATES:  If we can flip to the next page, Grady,

20  and if you could just highlight -- zoom in on that first

21  bullet point, and then if you could highlight the first

22  sentence.

23  BY MR. BATES:

24  Q.    And it says, "All administrators took Level 1 training

25  and Restorative Justice during the 2011/2012 school year."

                                                              Cross - A.F.

                                                                        44
1            We're trying to be as succinct as possible.  I

2   understand Restorative Justice is a complicated topic, but can

3   you -- can you briefly describe for us what Restorative

4   Justice training is that was -- that your -- that's referenced

5   here?

6   A.   Well, instead of giving a student a consequence, like

7   out-of-school suspension or whatnot, Restorative Justice means

8   you restore the wrong.  And it's a -- it's a -- a group that

9   includes maybe the Restorative Justice leader from the county

10  or the assistant principals can be trained or counselors in

11  leading that group.

12           Counselors attend, administrators, parent -- the

13  parents, because now you're talking two students, the victim

14  and the initiator.  And to try to discuss what happened, what

15  led up to it.  And for the person who initiated the situation,

16  what are some things you can do to restore what you did.

17           And how would you come up -- they would kind of lead

18  the students.  So that's the learning experience.  And that

19  they are making amends for what they did rather than, all

20  right, you did this, you know, go into the AIA room, which is

21  kind of like a detention room.

22  Q.   So would it be fair to say that it is essentially like a

23  conflict resolution tool?

24  A.   Yes.

25  Q.   That is separate and apart from, let's just discipline

45

1   this kid?

2   A.   Right, yes, sir.

3   Q.   The next bullet point -- if Grady can zoom in on that --

4   it says, "During the 2011/2012 school year, the SRO from

5   Franklin Middle School conducted a parent coffee on cyber

6   bullying."

7         And was that done at Rachel Carson Middle School?

8   Do you recall?

9   A.   Yes, sir.

10  Q.   Okay.  What was the purpose of that presentation?

11  A.   Well, as everyone knows, when students started bringing

12  phones into schools, there needed to be more of an awareness

13  of what students were doing with those phones, not only during

14  academic time but during lunch and whatnot.

15        And some of these issues started popping up.  So it

16  was important for -- number one, for the students to know the

17  dangers of cyber bullying, but also to alert the parents what

18  to look for.

19  Q.   Okay.  That third bullet point there, it says -- if we

20  can zoom in on that.

21        It says, "Each week assigned counselors and

22  administrators attend team meetings to discuss individual

23  students and interventions or actions that may need to be

24  implemented to resolve issues."

25        So was that taking place at Rachel Carson Middle

46

1    School during the 2011/2012 school year.

2    A.    Yes, sir.  That was an expectation.

3    Q.    And just -- just generally, what is the purpose of

4    holding those meetings?

5    A.    Number one, to do some planning.  It can be planning on

6    maybe some activities, such as team building and whatnot.

7    Talks about if they are taking field trips, who is going to

8    take what lead in doing certain aspects of what you need

9    during that time.

10           Also, to talk about individual students that may be

11   experiencing problems, either academically, behaviorally, or

12   socially, and what next steps to take.

13           You had the administrators there, the counselors,

14   and the teachers, so it's a great brainstorming situation

15   where they can come up with solutions rather than admire the

16   problem.

17   Q.    Okay.  We're going to skip several of these bullet

18   points.  I think we've already covered them.  But let's go the

19   third from the bottom and highlight that.

20           It says, "Hall duty between classes is not..."

21   A.    An option.

22   Q.    "...an option for teachers and is a professional

23   responsibility.  Each teacher is assigned a station throughout

24   the school and is responsible for monitoring student

25   behavior."

47

1      Was that in place at Rachel Carson Middle School

2  during the 2011/2012 school year.

3  A.   Yes, sir.

4  Q.   And how adamant were you that that were to be followed at

5  the school?

6  A.   It is not an option.  It's -- they needed to be there and

7  it was monitored by myself and the admin to make sure the

8  teachers were out there.

9      Now, if there was a situation happening in a

10 classroom or something, a teacher wasn't out there, the other

11 teachers would have covered.

12 Q.   Okay.  So would it be fair to say, then, that, you know,

13 immediately after class ends -- if I'm, for instance, a new

14 teacher, I say the class bell ends, what am I supposed to do

15 while the students are changing classes?

16 A.   Yes.  Well, they are to come out of their room to stand

17 by their doorway.  If they -- certain teachers had assignments

18 to go near the stairwell to make sure that all areas were

19 covered during that transitioning time.

20 Q.   Why did you make this mandatory?

21 A.   It was mandatory.

22 Q.   No, I said -- I'm sorry.  I will speak a little louder.

23     Why did you make this mandatory?

24 A.   To make sure that the students were safe, to make sure

25 that transitions -- activities didn't occur that would

48

1    interfere in the educational environment.  It was important

2    for kids to feel safe as they walked through the halls.  There

3    was always an adult to go to in case something was occurring.

4          And that's important.  And, again, that builds trust

5    with the teachers and the administrators, as well as the

6    counselors.

7    Q.   Okay.  And -- thank you.  I apologize.

8          If we can turn to the last page and just highlight

9    that top bullet point -- and we're almost to the end here --

10   it says, "We are the first and only middle school in the

11   county to have established a chapter for our special needs

12   students, The Best Buddies program.  The program provides

13   support and friendship to special needs students to develop

14   awareness to the needs of the students."

15         Is that -- did I read that correctly?

16   A.   Yes, sir.

17   Q.   And so why did you -- why is that in a document talking

18   about bullying prevention?

19         What about The Best Buddies program?  How does that

20   intersect with bullying?

21   A.   Well, students with severe disabilities are often placed

22   in different areas of the building.  And there are, you know,

23   actions that the students witness that they don't understand,

24   they see as silly and whatnot.  We want to make sure that they

25   understood these students and that these students had a type

49

1    of a -- another mentor that would bring awareness not only to

2    the student, but also to the school.

3           It was a really highly successful program and they

4    were recognized for their work.

5    Q.   And what did the program -- what did you -- I don't think

6    it's explained in this bullet, but what exactly do you do in

7    the program?

8           Are there --

9    A.   They had gatherings.  Sometimes they were in the library,

10   sometimes it was out in the courtyard and whatnot.  And they

11   would do activities and have -- you know, have fun, learn

12   about one another.

13   Q.   And when you say "they," are you essentially partnering a

14   special needs student with a non-special needs student?

15   A.   Correct.

16   Q.   Okay.  And how did the special needs students feel about

17   that program?

18   A.   I believe they highly looked forward to this time because

19   pretty much we did not want these children isolated.  They

20   needed to be part of what was going on in the building.

21   Needed to be part of the entire community.  And this did a lot

22   for them to really feel more welcomed and appreciated.

23          THE COURT:  Pause.

24          MR. BRENNER:  A lot of leeway.  I think we're

25   stretching the bounds of relevance in this particular

50

1  testimony.

2           THE COURT:  I'll give you a little latitude, but we

3  are starting to drift a little bit.

4           MR. BATES:  Your Honor, actually, that was the last

5  question I had on that document.  We are moving along as we

6  speak right now.

7           THE COURT:  All right.

8           MR. BATES:  So perfect timing.

9  BY MR. BATES:

10 Q.   Mr. F███████, can you explain for the jury, what is the

11 role that assistant principals have in investigating

12 student-related issues?

13 A.   Their role is they're the main person to get either a

14 referral or parent phone calls and whatnot to identify if

15 there is a need for an investigation.  They go through a very

16 thorough process of investigating students.  They talk to the

17 victim first.

18          If they find that there is a danger with the victim,

19 then they will separate the folks that they are going to

20 interview so there's no discussion going on in-between.  Plus

21 we have them isolated in case there is something we don't know

22 and there is a larger danger.

23 Q.   So -- so are the assistant principals, then, in charge of

24 doing the investigations?

25 A.   Yes, sir.

51

1   Q.   And what is your role, as the principal, with regard to

2   doing the investigation?

3   A.   I monitor those investigations and -- there's a lot of

4   communication between us, not only during the investigation

5   but during staff -- I'm sorry -- administrative meetings.  We

6   discuss what's going on in the school, what's kind of the

7   temperature.  Is there anything coming up that may be needing

8   addressing?

9   Q.   But do you, yourself, ever get involved in the actual

10  investigation?

11  A.   No, sir.  And the reason for that because I'm the appeal

12  person, if a parent does not agree with a consequence, they

13  can appeal that decision directly to me by writing a letter or

14  giving me a phone call.

15          We would meet with the parents and the student.  And

16  there's three things I could do, and that is in my power:  I

17  can either leave it as is, remove it, or if I felt that's

18  something that wasn't done correctly, increase it.

19  Q.   Okay.  And you said -- you used the word "consequence."

20  Is that essentially a school word for discipline?

21  A.   Yes, sir.

22  Q.   Okay.  And who within the school has the power to

23  discipline?

24  A.   Who has the power to discipline?

25  Q.   Right.  Let me be more pointed with my questions?

52

 1  A.    Yeah.

 2  Q.    Do teachers have the power to issue discipline or

 3  consequences, as they are called?

 4  A.    They can do classroom consequences, yes, sir.

 5  Q.    And -- but do teachers have the power to, you know, issue

 6  suspensions or anything like that?

 7  A.    No, sir.

 8  Q.    And who has that power?

 9  A.    The assistant principals and myself.

10  Q.    And what about counselors, same question, do counselors

11  have the power to issue discipline or consequences?

12  A.    Counselors stay away from that area because they are the

13  first advocates, line of advocates in the school so they do

14  not deal with discipline.  If there is a disciplinary issue,

15  they would immediately refer it back to the administration.

16  Q.    Okay.  Let's talk about the investigations into B.R.  And

17  I understand you were asked questions about this yesterday --

18  A.    Yes.

19  Q.    -- and I'm going to ask you a few here today.

20         Did you personally investigate any of the

21  allegations involving B.R.?

22  A.    No.

23  Q.    And is that for the same reasons you just testified to,

24  this separation?

25  A.    Yes, sir.

53

1    Q.    Okay.  And was there -- specifically with regard to

2    B.R.'s investigations, was there communication between you and

3    the assistant principals who were investigating them?

4    A.    Yes, sir.

5    Q.    Okay.

6    A.    On many levels.

7    Q.    Okay.  And I'm going to try to take this chronologically

8    speaking -- chronological here.  And, however, I understand

9    this is a long time ago so to the extent you can't do that,

10   that's fine.

11          But did you have the chance to review -- first let

12   me ask, you were showed a document yesterday, a statement by

13   B.R. that was from November 2011, do you remember that?

14   A.    Yes, sir.

15   Q.    And do you remember who the assistant principal was who

16   was assigned to investigate that issue?

17   A.    The one is -- and I believe it was S█████ T████.

18   Q.    And what -- did you -- were you in communication with

19   S█████ T████ throughout that investigation?

20   A.    Yes, sir.

21   Q.    And I understand you asked -- you asked questions about

22   what the investigation entailed yesterday and I remember your

23   testimony on that, so I'm not going to ask those questions.

24   But at the end of that investigation, did you have the chance

25   to review it and form any opinion on the investigation that

54

1   had been done?

2   A.   Yes, sir.  And I believe that maybe one or two of the

3   other assistant principals took part in that.

4   Q.   Okay.  But --

5   A.   Because these are dealings with the victim or -- you

6   know, the said victim or the students that were accused.

7   Q.   Right.  And that's because it involved students of

8   different grades and different teams, is that right?

9   A.   Yes, sir.

10  Q.   Okay.  But the entire investigation, did you ever have

11  the chance to review that and did you ever form an opinion on

12  the quality of that investigation?

13  A.   Yes, sir.

14  Q.   And what is that opinion?

15  A.   As far as what incident?

16  Q.   I'm sorry.  This was the first incident in November 2011

17  with the -- and we can bring it up -- it was the

18  name-calling --

19  A.   Right.

20  Q.   -- between C.K. -- alleged name-calling between C.K.,

21  D.N., J.O. --

22  A.   Right.

23  Q.   -- and other matters to you?

24  A.   And after discussing with all folks and witnesses --

25  witness provided by mom, we were unable to validate that that

Case 1:19-cv-00917-RDA-LRV    Document 1044    Filed 08/26/24    Page 55 of 115
PageID# 21050
Cross - A.F.

55

1  actually occurred in that locker area.

2  Q.   Was there anything that you remember, though, from

3  looking at that investigation that you said, you know, "We

4  didn't do this," "We should have done that"?  Did you come to

5  any conclusions in that regard?

6  A.   No, sir.

7  Q.   Do you remember, off the top of your head, what any sort

8  of remedies were put in place following that initial issue

9  involving B.R.?

10  A.   All right.  Even though we did not find evidence that

11  that occurred, we knew that B.R. was uncomfortable and wanted

12  to make sure that she was safe or she felt safe and that we

13  were taking action.

14       The first action was that the counselor,

15  Ms. H███████, was going to shadow her during transitions in

16  class.  Mr. H█████ talked to the teachers that were in that

17  pod area, making sure that the teachers were out.  He gave

18  them information on what to look for in case 8th graders came

19  down to that area.  We changed the direction of the people

20  that -- the 8th graders that she said called names.  We made

21  sure that they weren't -- there was no crossing that pod area

22  where she was located.

23       And also, I think Ms. Terry helped her find a

24  direction going up -- she went to one room on an elective

25  where she took French, I think it was -- it was a foreign

56

1    language -- to make sure that, I believe it was the main

2    stairwell so it would -- being able to avoid those students as

3    they walked in their areas on the second floor.

4    Q.   Why did the school put all of these things into place?

5    A.   We wanted to make sure that B.R. felt safe and not only

6    B.R. but her mom.  To make sure she knew that, you know, we

7    care about her, we're going to make sure we monitor this, and

8    if there is any of this occurring that we would have -- oh, by

9    the way -- yeah.  That -- yeah.

10   Q.   Let's -- that's fine.  Let me actually leave it at that?

11           MR. BATES:  And, Your Honor, I would be at a good

12   stopping point, given the Court's other matter.

13           THE COURT:  Very good, Counsel.

14           All right.  Ladies and gentlemen of the jury, not

15   surprisingly, I have other matters on my docket that I need to

16   attend to, and we're going to sort of meld them in right now.

17   Those matters are scheduled to begin at 11 o'clock.

18           I reasonably think I'm going to be able to get

19   through that by 11:45.  Okay.  I think I am.  So what we're

20   going to do is allow you to go ahead and take a morning break.

21   It's going to be a little longer than usual.

22           What's going to happen is because we need to

23   accommodate the other lawyers that are on other cases, the

24   parties to the action are going to actually put their

25   materials in the jury box.  So, obviously if someone forgets

Cross - A.F.

57

1  something, don't look at it or whatever, but we're going to

2  take advantage of your space during that period.

3          You're free to leave the courthouse, maybe take a

4  walk.  It's kind of chilly out but if you like to take chilly

5  walks, this is a good time to do so.  And, again, we'll try to

6  get you back in at 11:45, 12 o'clock, so try to be back in the

7  jury room by 11:45.  Please do not discuss the case or any

8  aspects of the case with anyone as the case is pending, and

9  make sure that Ms. Tinsley knows where you are going if you

10 leave the courthouse.

11         (Jury excused.)

12         THE COURT:  All right.  Thank you, everybody.  You

13 can be seated.

14         If plaintiff can maybe put their materials right

15 over there to the right.

16         MR. BRENNER:  In the box over there?

17         THE COURT:  Yes, over there.

18         And the defendants, you can go ahead and use the

19 jury box to secure your materials.  You can do that now.

20         Everyone is free to move about the court.

21         (Recess.)

22         (Court proceedings resumed at 12:29 p.m.)

23         MR. BATES:  Your Honor, we would like to have

24 Mr. F████████ back to the stand.

25         THE COURT:  Okay.  We need to get the jury back in.

58

1          MR. BATES:  Oh, please.  Thank you.

2          (Jury present.)

3          THE COURT:  Mr. F███████, if you can come on back up

4    to the stand.

5          Ladies and gentlemen, we're going to try to go until

6    about 1:30 and then we're going to take our lunch break.

7    Okay?

8          (Witness seated.)

9                        CROSS-EXAMINATION

10   BY MR. BATES:

11   Q.   Good afternoon.  Or -- yeah, good afternoon,

12   Mr. F█████.

13   A.   Good afternoon.

14   Q.   When we were last questioning, I was asking you about

15   some of the incidents involving B.R., do you recall that?

16   A.   Yes.

17   Q.   Okay.  So we talked about that November 2011 incident in

18   which Ms. Terry was involved in, do you recall that?

19   A.   Yes.

20   Q.   Okay.  Do you recall what happened next, what the next

21   incident was, off the top of your head?

22   A.   Was it to Ben G.?

23   Q.   Do you --

24          THE COURT:  Lead him a little bit.  You can lead him

25   a little bit.

1  BY MR. BATES:

2  Q.   Okay.  Do you recall an incident involving -- where B.R.

3  spoke with Ms. Weaver and the school resource officer,

4  Mr. Genus?

5  A.   Correct.

6  Q.   What do you recall about that?

7  A.   What I recall is that mom and B.R. had a meeting with

8  Ms. Weaver, and there was a discussion about kids making

9  threats that were concerning.  So Ms. Weaver decided at that

10 point to inform Officer Genus of what mom and B.R. --

11           MR. BRENNER:  Objection on hearsay on what

12 Ms. Weaver thought -- what Ms. Weaver said.

13           THE COURT:  Okay.  I'm going to let him have a

14 little bit of latitude to provide the predicate for what he's

15 getting ready to testify, but let's not get into what

16 Ms. Weaver said.

17           MR. BATES:  Right.

18 BY MR. BATES:

19 Q.   So let me direct you a little bit more.

20           Did the school source -- school resource officer,

21 Mr. Genus, look into those allegations?

22 A.   Yes.

23 Q.   Okay.  And to your knowledge, did he interview the

24 involved students with regard to that?

25 A.   Yes.

60

1   Q.   Do you recall any measures that were put in place at

2   around that time or continued at around that time from the

3   school's perspective?

4   A.   As far as shadowing or --

5   Q.   Tell us about that.

6   A.   That counselor, Ms. H███████ and Ms. F███████ were

7   joined in at this point and said that they would shadow her

8   through the hallways during transitions.

9   Q.   Is this in addition to the shadowing that was done

10  before, do you recall?

11  A.   I believe so.

12  Q.   Okay.  All right.  Do you -- after this incident, do you

13  recall a time in which you encountered B.R. crying?

14  A.   Yes.

15  Q.   Or -- so walk us through how you learned about that.

16  A.   There was a phone call to the office looking for an

17  assistant principal.

18  Q.   Who called you?

19  A.   They didn't -- they called the office and then the office

20  were looking, with the walkie-talkie, to get an assistant

21  principal to the office, but they were all tied up.  So one of

22  the clerical staff came in and asked me or told me about the

23  situation.

24          And I said, Well, I'll go, I'll go down to the

25  classroom and she was crying.  So I asked her if she is

61

 1  comfortable enough to come to my office so that she could --

 2  you know, we could talk.

 3          And she said -- she told me that she was in the

 4  hallway and two girls had said that -- you know, made

 5  threatening remarks about what they heard and said, you know,

 6  she would be -- someone would kill her.

 7  Q.   Okay.  And when you say "she," you mean B.R. told you

 8  these things?

 9  A.   Yes.

10  Q.   Okay.  What did -- so what did you do after -- first of

11  all, where was she when she told you these things?

12  A.   My office.

13  Q.   Okay.  So you had brought her down to your office, is

14  that true?

15  A.   Yes.

16  Q.   Okay.  Do you recall anybody else being in the office at

17  the time or was it just you and B.R.?

18  A.   Well, I probably need to back up a little bit here.

19  Q.   Okay.

20  A.   Because she was upset, I believe I took her to Ms. Cheryl

21  Weaver, because I -- I feel she wanted to see a counselor to

22  be more comfortable.  Ms. Weaver, I believe -- and she had to

23  wait a little bit because the counselor that was there was on

24  the phone.  Once she was off the phone, Ms. Weaver brought her

25  into Ms. Ferrell, who was another counselor to talk.

62

1   Q.   Okay.

2   A.   So after a while of discussing, Ms. Ferrell contacted me

3   and said, "Could you please come down here?  You know, I'm

4   hearing some things that are concerning."

5   Q.   Okay.  And were you involved in anything with regard to

6   B.R. on this -- when the students had said things to her in

7   the hallway, were you involved in any of -- anything in that

8   next hour or so?

9   A.   Yes, I did talk to her about --

10  Q.   When you say "her," who did you talk to?

11  A.   B.R.

12  Q.   Okay.

13  A.   About identifying the students that made these types of

14  comments.  She said that she -- I asked for a description and

15  she described some of the clothing and hair and whatnot.  And

16  then she -- when I asked could she identify them, if she saw

17  them, and she said she didn't know.

18        And then I said, "Okay, well, if I showed you a

19  yearbook would you be able to pick these two students out?"

20        And, again, she said she would not be able to do

21  that.

22  Q.   She said she would not be able to pick them out of a

23  yearbook?

24  A.   Yes, sir.

25  Q.   And why did you offer her the yearbook?

63

1  A.   Because there were pictures of the students in there from

2  8th grade, students.

3  Q.   Did she tell you why she was not able to -- would not be

4  able to pick them out of the yearbook?

5  A.   No, sir.

6  Q.   Okay.  So what happened after that?

7  A.   After that, we talked about, well, you know, maybe this

8  situation -- maybe we could try to bring her into that hallway

9  at the same period of time that it happened that day, and

10  maybe it would take a couple of days because that -- you know,

11  classes change and, you know, we want to make sure those girls

12  had an opportunity to walk -- walk into that same area.

13          And --

14  Q.   So what was the purpose of that?

15  A.   For her to identify those two students.

16  Q.   Was the school police officer involved in these

17  discussions?

18  A.   He was notified.  I told him the plan and --

19  Q.   Okay.  And why did you notify the school police officer?

20          I'm sorry.  Why did you notify the school police

21  officer?

22  A.   Because there was statements of a threat.

23  Q.   Okay.  And was B.R. ever able to identify those students

24  who had allegedly relayed this?

25  A.   No.

Cross - A.F.

64

1    Q.    Okay.

2    A.    She was not.

3    Q.    I want to direct your attention now to the incident that

4    occurred in the cafeteria.

5            Did you have any involvement, yourself, in

6    personally investigating that?

7    A.    No, I did not.

8    Q.    Do you know who -- which of the assistant principals

9    investigated that?

10   A.    I believe it was Ms. B████.

11   Q.    Did you have the chance to review any aspect or speak

12   with Ms. B████ about that investigation?

13   A.    Yes, I did.

14   Q.    And what were you -- what was your conclusion as to

15   Ms. B███████ investigation of that matter?

16   A.    There was -- inappropriate comments made between B.R. and

17   another student, and while the student was coming out of the

18   cafeteria and she was at a table, Ms. B████ talked to the

19   students, and they provided her a number of witnesses.

20           And I think it was a pretty large list, from what I

21   remember.  And from going through that list, she did determine

22   that both students were at fault.  And --

23   Q.    Do you believe Ms. B████ conducted a thorough

24   investigation of that allegation?

25   A.    Very thorough.  It took her a while to interview all

1  those students.

2  Q.   And to your knowledge, Ms. B█████ did find that another

3  student had engaged in name calling, is that correct?

4  A.   Correct.

5  Q.   Was that student disciplined?

6  A.   Yes.

7  Q.   Okay.  And -- and do you recall what happened to B.R.'s

8  enrollment at Rachel Carson Middle School at the time of that

9  investigation?

10 A.   Yes.  After that investigation she was -- she was with

11 Ms. B█████ and -- but Ms. B█████ had to go to a meeting.  So

12 she called the mom and brought her up to date.

13         And mom said -- well, that she was back in class,

14 but she also said that, you know, her last period -- I guess

15 they discussed the last period was PE, and mom felt -- you

16 know, she didn't want her to attend the PE class.  So she came

17 and picked her up at that time.

18 Q.   Okay.  So mom picked her up early on that day?

19 A.   Yes, sir.

20 Q.   And did B.R. ever return to in-person schooling at Rachel

21 Carson after that day?

22 A.   No, sir.

23 Q.   And were you -- were you expect --

24         MR. BRENNER:  Your Honor, can we just clarify?  We

25 have no dates.  "That day" is referring to which of these

66

1   investigations?

2          There's been no dates provided.

3          THE COURT:  All right.

4          MR. BATES:  I think the parties can stipulate that

5   B.R.'s last day of school was February 9, 2012.

6          MR. BRENNER:  No.  May we approach, Your Honor?

7          THE COURT:  Well, I understand.  That's not

8   something you can stipulate to, that's her last day at school?

9          MR. BRENNER:  That is the conflation of two

10  different things that the witness keeps saying "that

11  investigation," "that date."  They're entirely two different

12  things and the date is important.

13         THE COURT:  All right.  I understand what you're

14  saying, and the jury can draw whatever reference they want

15  from the way that the testimony is presented.

16         MR. BRENNER:  Okay.  Thank you.

17  BY MR. BATES:

18  Q.   I believe my last question to you or what I was about to

19  ask was, were you expecting B.R. to withdraw from in-person

20  schooling at Rachel Carson Middle School?

21  A.   No.

22  Q.   Okay.  Did you want B.R. to withdraw from in-person

23  schooling?

24  A.   No.

25  Q.   From that day forward, was the school willing to put

Case 1:19-cv-00917-RDA-LRV    Document 1044    Filed 08/26/24    Page 67 of 115
PageID# 21062                        Cross - A.F.

67

1   efforts in place to ensure a safe environment for B.R.?

2   A.   Right.  And we already had several interventions in

3   place, but if she needed more support, certainly we would

4   have.  But then --

5   Q.   Okay.

6   A.   Oh, I'm sorry.

7   Q.   I apologize if I cut you off.

8          In your 12 years as principal at Rachel Carson, I

9   know it's been some time, but can you give me a ballpark

10  estimate of how many investigations of student behavior or

11  misconduct have been conducted during that 12-year period as a

12  principal?

13  A.   How many investigations?

14  Q.   Yes.

15  A.   I don't think I could give an accurate number.

16  Q.   Would you say it would be in the hundreds?

17  A.   In those years?  In the hundreds.

18  Q.   In the entire 12-year period?

19  A.   Correct.

20  Q.   Okay.  And how does the level of resources that the

21  school put into investigating B.R.'s allegations compare to

22  other investigations that the school has done?

23  A.   On B.R.'s investigation there were four administrators

24  that were involved, a school resource officer who was a

25  Fairfax County police officer, three counselors, and a number

68

1   of teachers; I believe it was six.

2   Q.   Okay.  How does that compare to a run-of-a-mill student

3   and misconduct?

4   A.   That was the largest group of folks that we've had

5   investigating information about a single child.

6   Q.   Okay.  Do you feel like the school put as many resources

7   as possible into investigating these allegations?

8   A.   Yes.  But again, as you said, we were willing to do more

9   if we had to.

10  Q.   Okay.  I want to switch gears for one moment back to a

11  topic that we briefly discussed yesterday.

12           We talked yesterday about the alleged rape in

13  plaintiff's neighborhood.  Do you remember that discussion?

14  A.   Yes.

15  Q.   And you mentioned that the police had told you that the

16  investigation was closed, is that correct?

17  A.   Correct.

18  Q.   Okay.  In light of what the police told you, did you

19  believe that any additional steps needed to be taken?

20  A.   At that point after he said it was closed, no, we didn't

21  feel like we had to take additional steps.

22  Q.   Okay.  I want to switch to a slightly different topic

23  here.

24           When did you first learn that plaintiff had alleged

25  that she had been raped in school?

69

1    A.    In school?

2    Q.    Yeah, in school.

3    A.    Probably when the initial case came up around six years

4    ago.

5    Q.    Do you mean when the lawsuit was filed in this case?

6    A.    Yes, sir.

7    Q.    And what is your current understanding as to the number

8    of times that plaintiff alleges that she has been raped in

9    school?

10   A.    Can you rephrase that, please?

11   Q.    Do you have an understanding of how many times plaintiff

12   alleges that she has been raped in school?

13   A.    At least -- I know at least one and I'm trying to -- does

14   that also include the bus situation or --

15   Q.    No, I'm just talking about the allegation.  Well, let me

16   give you a little bit more context.

17   A.    Okay.

18   Q.    So, this -- are you aware of what plaintiff's allegations

19   as to where in the school she -- she was raped?

20   A.    Yes.

21   Q.    And where is that?

22   A.    A upstairs custodial closet.

23   Q.    Okay.  Do you know that it's the -- it's a certain

24   upstairs custodial closet or if it's a downstairs closet?

25   A.    I believe it was the upstairs custodial closet.

70

1    Q.   And, again, was this reported -- this custodial closet

2    rape, was that ever reported to you during that school year?

3    A.   No.

4    Q.   Was it ever reported to you in the year or two or three

5    after that school year?

6    A.   No.

7    Q.   And so your testimony was that the first time that you

8    had learned that that had happened --

9             MR. BRENNER:  Objection.

10            THE COURT:  Counsel, that's leading.  Don't

11   characterize his testimony.  Just ask him questions.

12            MR. BATES:  Okay.

13   BY MR. BATES:

14   Q.   Okay.  I think we've covered that topic.

15            Do you have an understanding as to what time of day

16   plaintiff alleged this to have happened in a custodial closet?

17   A.   After-school time, activity time.

18   Q.   Have the police ever contacted you at the time, that

19   school year, to -- about this allegation?

20            THE COURT:  Focusing -- before you answer.  Focusing

21   on that specific incident, are you aware of any investigation

22   associated with that by law enforcement?

23            THE WITNESS:  No, Your Honor.

24   BY MR. BATES:

25   Q.   What is your reaction to hearing that plaintiff alleges

71

1    that she was raped in a custodial closet?

2              MR. BRENNER:  Objection, relevance.

3              THE COURT:  What's the relevance?

4              You can rephrase it and probably get a little

5    closer.

6              MR. BATES:  Okay.

7    BY MR. BATES:

8    Q.   Do you believe -- let's actually -- let's go at it this

9    way.  Let's talk about the security at the school.

10             How important was the security of the school during

11   your tenure as principal?

12   A.   Very important.

13   Q.   Why is that?

14   A.   Well, because, you know, prior to that we had 9/11, there

15   was a sniper, Fairfax County was very high on securing

16   buildings when students were present.  We made sure that, you

17   know, all of our doors were locked in the morning, after the

18   students entered the building.  The SRO, the building

19   engineer, and the safety and security checked every door,

20   making sure that they were locked, they remained lock while

21   students were in the building.

22             Also -- and we're talking about custodial closets.

23   They do remain locked when students are present in the

24   building, because there's dangerous chemicals in those

25   closets.  And those closets are fairly small with custodial

72

1  equipment; it's an extremely tight fit.

2  Q.   You made a reference to the sniper situation and for

3  folks who may not have been in the area at that time, can you

4  explain what you were referencing?

5  A.   I don't know the exact time period, but in the D.C. area

6  there was a --

7          THE COURT:  Let me stop you, sir.  Ladies and

8  gentlemen, during a period of time, going back 10 or 12 years,

9  there was an incident that was referred to colloquially as the

10  D.C. sniper case.  It was a case involving an individual and

11  individuals who were apparently involved in the killing of

12  people in the Washington, D.C. metropolitan area and Ashland,

13  Virginia.  Don't concern yourself with the circumstances of

14  this case but, rather, only use it as a reference for time.

15          THE WITNESS:  And one student was shot at a -- I

16  believe it was a middle school.

17  BY MR. BATES:

18  Q.   Okay.  So what, just generally speaking -- and you

19  touched on this a little bit and we don't need to go into

20  great detail on this right now.  But generally speaking, does

21  the school allow -- well, let me ask you this.

22          What to your knowledge -- who is -- one moment.

23          (A pause in the proceedings.)

24  BY MR. BATES:

25  Q.   Did you learn -- when this lawsuit was filed, and you

73

1    learned about the allegations of a rape in a closet, did you

2    learn that plaintiff alleged that it was a group of men who

3    had raped her?

4              THE COURT:  Yes or no.

5              MR. BRENNER:  May we approach, Your Honor.

6              THE COURT:  Yes or no.  That's all you can say, yes

7    or no.

8              THE WITNESS:  Yes.

9              THE COURT:  Okay.

10   BY MR. BATES:

11   Q.   Okay.  What does the school do to ensure that groups of

12   men do not enter the school building?

13   A.   Like I said before, the school is locked and there's

14   personnel at the front entrance where people enter so those

15   folks would have to ring in and show ID prior to be letting

16   into the building.  And --

17   Q.   Are there any doors locked as well?

18   A.   Correct.

19   Q.   And you mentioned there's a school resource officer on

20   site?

21   A.   Not at the after-school time, but we had the after-school

22   specialist, plus we have front desk clerical assistants to

23   make sure we monitor that front entrance.

24   Q.   Okay.  So this is important.  So let's -- I'm going to

25   ask a more specific question.

74

1          Who is -- in this after-school period in which this

2    is alleged to have happened, who is on-site at the school?

3    A.    Teachers and students.

4    Q.    Anybody else?  Administration?

5    A.    Administrators.  Oh, I'm sorry.  Administrators,

6    teachers, students, after-school specialists, people that are

7    running some of the clubs.  Some are parent volunteers.

8    Q.    So, let's talk about that.  School has ended.  The

9    dismissal bell has gone off.

10   A.    Right.

11   Q.    Why are there still students on the property?

12   A.    Because they are doing activities that are

13   extracurricular, either it be sports, competition programs for

14   after-school assistance, or tutoring with teachers.  There's

15   many, many reasons why students would stay.

16   Q.    Do you recall off the top of your head just a couple of

17   the after-school clubs that there were that you mentioned?

18   A.    Well, there is Science Olympiad.  The competitive math.

19   There were chess club.  There were Odyssey of the Mind.  There

20   were also athletics like basketball.

21   Q.    Okay.  That's fine.  So walk us through the students --

22   so the dismissal bell goes off, the students who are staying

23   after for clubs, take us through that -- that time period of

24   what's going on in the school.

25   A.    Okay.  So the after-school club -- I'm sorry.  When

75

1  dismissal, students go to their buses or kiss and ride.  We

2  didn't have any walkers because of our location.

3          And once that cleared, students that were staying

4  for the after-school activities would stay in their last

5  classroom.

6  Q.   And who was --

7  A.   And then --

8  Q.   I'm sorry.  Who was in the classroom with those students?

9  A.   A teacher.

10 Q.   Okay.  And were students required to essentially stay in

11 that classroom?

12 A.   Until they announce that, "Okay, now it's time to go to

13 your club location."

14 Q.   Okay.  And then when they went to their club location,

15 were they required to stay in that location?

16 A.   Correct.

17 Q.   And I believe we talked yesterday quickly about the

18 attendance.  There was -- was there an attendance taken of

19 those students?

20 A.   Yes.

21 Q.   And when students got into the location where their club

22 or their teacher was, were they allowed to, you know, leave

23 the classroom or roam the halls?

24 A.   Unless they go to the bathroom or whatnot, they would

25 tell the teacher and the teacher would monitor their presence.

76

1   Q.   How does the level of security at the school change, if

2   at all, from the normal schooling hours until this

3   after-school period?

4   A.   I don't think it changes much at all, because of the

5   security of the outside facility, plus there's administrators

6   that do roam through the clubs, the after-school specialist,

7   going from room to room.  Yeah.

8   Q.   Was it fair to say that the doors are all still locked?

9   A.   Yes, sir.

10  Q.   Is that right?

11  A.   Yes, sir.

12  Q.   And do you still have to buzz to get in?

13  A.   Yes, sir.

14  Q.   And do you still have to have a legitimate purpose to get

15  into school?

16  A.   Yes, sir.

17  Q.   And so are random groups of adults allowed to roam the

18  halls in school?

19  A.   No, sir.

20  Q.   Okay.  Let's talk about the janitor's closet.

21           MR. BATES:  If we could bring up Exhibit 61, the map

22  that has already been admitted.

23  BY MR. BATES:

24  Q.   And while Grady is doing that, can you just tell us just

25  generally, again ballpark, do you recall how many janitor's

77

```
 1  closets there are in the school?
 2  A.   Usually one in each pod.
 3  Q.   Okay.
 4  A.   And then one -- a couple in the major hallway.
 5  Q.   How big are the janitor's closets?
 6  A.   Not much bigger than where I am sitting.
 7           MR. BATES:  Grady, can you zoom in on -- if we can
 8  zoom in on the same location we zoomed in before, the
 9  Explorers pod area and just as an example, can you -- are you
10  able to identify in this document where the janitor's closet
11  is?
12  A.   I think it's there at that location if I'm not mistaken.
13           THE COURT:  Can you mark it, sir?
14           MR. BATES:  I don't see any drawings.
15           THE COURT:  He just did.
16  BY MR. BATES:
17  Q.   If I direct you to the middle of the screen where it says
18  "J," is that a janitor's closet?
19  A.   This "J" --
20  Q.   Across from Classroom 107A.
21           Do you see that?
22  A.   Oh, I'm sorry.  You're right, correct.
23           THE COURT:  You're on 125.
24           MR. BATES:  Okay.  Can you undo that drawing so we
25  can see it?
```

1    BY MR. BATES:

2    Q.   So is that -- essentially what's shown on this map is

3    this pretty consistent with the -- with the size that you

4    recall of the janitor's closets or at least this janitor's

5    closet?

6    A.   Correct.

7    Q.   Okay.  And describe for me -- us -- it may seem like an

8    obvious question, but sometimes you have to do that in Court.

9             Can you describe for us what's in the janitor's

10   closet?

11   A.   First of all, there's a -- a place where they fill up the

12   buckets with water.  So there's like a little shower bottom

13   there with a drain.  And so that takes up, you know, about a

14   quarter of the space.  And then there's the chemicals and

15   cleaning materials.  And then there is a -- the buckets and

16   mops.  So the materials that they would need to clean those

17   classrooms.

18   Q.   Are the closets locked or unlocked?

19   A.   They are always locked when students are in the building.

20   Q.   Okay.  And who has -- what about when students aren't in

21   the building?

22            In the after-school period, for example, are the

23   closets locked?

24   A.   Yes, they are.

25   Q.   And who has the key to open those closets?

79

1    A.    The custodial supervisor and assistant supervisor.

2    Q.    Okay.  And are they instructed at all in a process when

3    they need to go into the closet with regard to the locking or

4    unlocking of them?

5    A.    If they were doing that during school, say there was a

6    spill or whatnot, they would go to the closet, open it up, get

7    the cleaning materials that they would require to clean up the

8    situation, and when they were walking out they had to lock it.

9    Q.    Immediately lock it?

10   A.    Immediately lock it.

11   Q.    Okay.

12   A.    They weren't left open.

13   Q.    Did you enforce that requirement to immediately lock the

14   closets?

15   A.    I did and the school district did.

16   Q.    Oh.  You're saying the school district required that

17   policy?

18   A.    Yes, sir.

19   Q.    Did you, at Rachel Carson, follow that policy?

20   A.    Yes, sir.

21   Q.    Okay.  And do you recall that year who the custodial

22   supervisor was?

23   A.    I think it was Ms. Sibrian.

24   Q.    Okay.  What was her first name; do you recall?

25              Was it Ana?

```
 1   A.   Yes.

 2   Q.   Ana Sibrian?

 3   A.   Yeah.

 4   Q.   Okay.  She was the supervisor of the custodians?

 5   A.   I believe so.

 6   Q.   Okay.  So she is one of the people that had a key?

 7   A.   Yes.  But I would check with Mr. H██████ on it because he

 8   oversaw that department.

 9   Q.   We will do that, sir.

10   A.   Yes.

11   Q.   Are the students allowed in the custodial closets?

12   A.   Absolutely not.

13   Q.   Why not?

14   A.   There's dangerous chemicals there.

15   Q.   Okay.

16   A.   It is almost like a chemistry room.  It has to remain

17   locked.

18   Q.   Okay.  Mr. Brenner showed you -- I'm going to switch to a

19   different topic.  Thanks, sir.

20   A.   Yeah.

21   Q.   Yeah, thank you.

22        Mr. Brenner showed you a lot of policies yesterday,

23   is that right?

24   A.   Correct.

25             THE WITNESS:  Correct.
```

81

BY MR. BATES:

Q.   And in the nine years since you retired, you haven't
spent much time reading and studying the Fairfax County School
Board policy, have you?

A.   No, sir.

Q.   That wouldn't be much of a retirement, would it?

          THE COURT:  Watch the form of your questions.

          MR. BATES:  I'm sorry, Judge?

          THE COURT:  Watch the form of your questions.

          MR. BATES:  Okay.  Thank you, sir.

BY MR. BATES:

Q.   Yesterday Mr. Brenner quizzed you on certain of these
policies, is that right?

          MR. BRENNER:  Objection.  Mischaracterizes.

          THE COURT:  Did he ask you questions about those
policies?

          THE WITNESS:  Yes, sir.

          THE COURT:  Okay.

BY MR. BATES:

Q.   And did he ask you sometimes questions about policies,
off the top of your head, that you weren't shown?

A.   I do know I saw the OCR document, saw the SR&R document,
the harassment document, and I'm not sure about the Title IX
document.

Q.   Right.  And I understand he showed you some policies.

82

1              But were there some policies he asked you questions

2    about where he didn't physically hand you a policy?

3              THE COURT:  That's for the jury to observe, one way

4    or the other.

5              MR. BATES:  Yeah, I'll move on.

6    BY MR. BATES:

7    Q.   Do you recall Mr. Brenner showing you any policies that

8    required student-on-student complaints to be investigated by

9    the Office of Equity and Compliance?

10   A.   At that time it was staff to staff or staff to student.

11   Q.   And --

12   A.   Student to student were -- it was described in the SR&R.

13   Q.   Okay.

14   A.   And that's where that -- those actions --

15   Q.   I'll get to that in a moment.

16   A.   Okay.

17   Q.   And, sorry, I'm going to be a little bit pointed with my

18   questions for time purposes --

19   A.   Okay.

20   Q.   -- so we can keep this moving.

21   A.   Okay.

22   Q.   And you testified yesterday that the Office of Equity and

23   Compliance -- I think the word used was "melded" with the

24   Title IX office.

25   A.   I believe they took care of Title IX issues.

83

```
 1   Q.   Okay.  You don't recall Mr. Brenner showing you any
 2   policies that required anyone, other than the school, to
 3   investigate student-on-student complaints, did he?
 4   A.   No.
 5   Q.   Okay.  You don't recall Mr. Brenner showing you any
 6   policies that required the school to investigate an alleged
 7   sexual assault that occurred outside of the community or off
 8   school grounds -- I'm sorry -- in the community off school
 9   grounds?
10   A.   No.
11   Q.   Okay.  Or you don't recall any policies that required --
12           THE COURT:  Watch the form of your questions.  Do
13   you recall as opposed to you don't recall, which is a
14   suggestive response, which makes it leading.
15           MR. BATES:  Okay.  Thank you, Judge.
16   BY MR. BATES:
17   Q.   Do you recall any policies that he showed you that
18   required investigations when the police determined that it was
19   not a school event?
20   A.   No.
21   Q.   Okay.  So let's take a look at some of the documents that
22   you were shown.  If we can pull up Plaintiff's Exhibit 14,
23   please.
24           MR. BRENNER:  Oh, this is what I showed yesterday?
25           MR. BATES:  Yes.  Plaintiff's Exhibit 14, and this
```

84

1    has been admitted into evidence.

2    BY MR. BATES:

3    Q.    I'd like to direct your attention, Mr. F███████, to the

4    top left.

5              Do you see where that says, "Human Resources" on the

6    top left?

7    A.    Yes, sir.

8    Q.    And that's sometimes called HR?

9    A.    Yes, sir.

10   Q.    And is this -- to your knowledge, is this a policy of

11   the -- the school system HR department?

12   A.    Yes, sir.

13   Q.    And the HR department -- does the HR department handle

14   student disciplines, sir?

15   A.    No, sir.

16   Q.    And are students considered to be employees of the school

17   system?

18   A.    No, sir.

19   Q.    Okay.  And the very last line of that policy, under

20   procedures, it says, "For students, see the current version of

21   Regulation 2601, Students Right and Responsibilities" -- I'm

22   sorry -- "Student Responsibilities and Rights of Students."

23             Do you see that?

24   A.    Yes, sir.

25   Q.    So is it your understanding from looking at that that

85

1  essentially the policy is saying that for student issues you

2  need to see the SR&R?

3  A.    Yes, sir.

4  Q.    Okay.  And that's because the SR&R applies to student

5  conduct?

6            THE COURT:  Watch your form, Counsel.

7            MR. BATES:  Judge, I thought I was able to lead

8  since this is the cross portion of Mr. Brenner's.

9            THE COURT:  No.

10           MR. BATES:  Okay.

11           Can we pull up Plaintiff's Exhibit 65, please?

12 BY MR. BATES:

13 Q.    And do you recognize this to -- what do you recognize

14 this to be?

15 A.    A regulation from the school board.

16           MR. BRENNER:  Is it also one I was showing

17 yesterday?

18           MR. BATES:  Yes.  Yes, this was admitted yesterday.

19 BY MR. BATES:

20 Q.    Is this the Students Rights and Responsibilities that

21 Mr. Brenner showed you yesterday?

22 A.    Yes, I believe so.

23 Q.    Okay.  And if you want to look at the hard copy, it's in

24 your black binder.

25           Did you take a copy of this policy with you when you

Cross - A.F.

86

1    retired, sir?

2    A.    No, sir.

3    Q.    Okay.  How often is the Students Rights and

4    Responsibilities revised?

5    A.    They go through the process -- the school board goes

6    through the process each year based on federal and state

7    changes and the rules that they abide by by law.

8    Q.    How many versions of this document do you think you've

9    worked under during your career with Fairfax County schools?

10   A.    Pretty much they update it each year.  So there is some

11   change.  And when we go --

12   Q.    Well, how many years have you worked for the school

13   system?

14         Did you work for the school system?

15   A.    Counting afterwards?

16   Q.    No.  Fairfax County School Board as an official employee.

17   A.    30 years.

18   Q.    Okay.  So would it be fair to say 20 to 30 different

19   versions of this document?

20   A.    Correct.

21   Q.    Okay.  And would you consider yourself to be an expert on

22   the SR&R at this time?

23   A.    Not at this time, because it's probably different.

24   Q.    Okay.  I'd like -- if we can go to page 15, I'd like to

25   ask you some questions about portions that we didn't see

87

1    yesterday.  So if we can go to page 15.  And I want to look at

2    the Right to Complain section.  And I don't think there's a --

3    actually, if we can just zoom -- zoom in on the Section J.

4              Do you recall seeing this section yesterday during

5    your questioning from my colleague?

6    A.   I'm sorry, sir, it just changed.

7    Q.   Take your time.

8    A.   Yes, sir.

9    Q.   And so, under this section of the policy, when a student

10   or a family member complains, what is essentially -- who is

11   the first person that they are supposed to complain to,

12   directed to complain to?

13   A.   Administrator.

14   Q.   Okay.  And if they are dissatisfied with that, who --

15   what's that next step?

16   A.   Principal.

17   Q.   Okay.  And if they are dissatisfied with that, what's the

18   next step after that?

19   A.   The assistant superintendent of the cluster.

20   Q.   And would that be your boss?

21   A.   That's my boss.

22   Q.   Okay.  And, in fact, did -- are you aware of B.R. or her

23   family complaining or raising this issue with your boss, the

24   assistant superintendent?

25   A.   Yes.

88

1   Q.   And who was that?

2   A.   Dr. Fabio Zuluaga.

3   Q.   And to your knowledge, did he look into the issues raised

4   by B.R. and her family?

5   A.   Yes, sir.

6   Q.   And did he come to the school?

7   A.   Yes, sir.

8   Q.   And did he meet with you?

9   A.   He met with me, he met with the director of student

10  services, he met with the SRO, and the administrators.

11  Q.   And did he look into the investigations that had been

12  done with regard to B.R.?

13  A.   Right.  He asked what -- you know, how we handle each of

14  the investigations, and wanted to get verification at what we

15  said was done.

16  Q.   Okay.  And let's take a look at one more section of this

17  document.

18         MR. BATES:  If you can unzoom that and go -- zoom in

19  on the section right below that.

20  BY MR. BATES:

21  Q.   And that first section says -- under "The Right to Equal

22  Opportunity," it says, "No student in Fairfax County Public

23  Schools shall, on the basis of race, color, religion, national

24  origin, sex, marital status, or disability be excluded from

25  participation in or be denied the benefits of or be subjected

89

1    to discrimination under any education program or activity."

2            Do you see that?

3    A.   Yes, sir.

4            MR. BATES:  And on the next page, if we can unzoom

5    that and go to the next page, and if we can just zoom in on 1,

6    2, and 3.

7    BY MR. BATES:

8    Q.   Who does this policy direct issues concerning

9    discrimination to?

10   A.   Are we talking about that time?

11   Q.   Under this policy right now, which is the SR&R of that

12   year.  At that year if a parent or a student has an issue

13   regarding discrimination, who does this policy direct them to?

14   A.   Office of Equity and Compliance.

15   Q.   Okay.  And does that -- and is this -- based on your

16   review of this, is this optional or is this mandatory, that

17   they have to complain to --

18   A.   It's optional since it's "...may be presented to the

19   Director of Office of Equity and Compliance."

20   Q.   So is it your understanding that this option, then, is

21   outlined in the SR&R?

22   A.   Correct.

23   Q.   Okay.  And to your knowledge did B.R. ever file a

24   complaint or otherwise go to the Office of Equity and

25   Compliance?

Cross - A.F.

90

1  A.   As far as I know, no.

2  Q.   Let's pull up Plaintiff's Exhibit 103 which was admitted

3  yesterday.

4         Just going to ask you a few questions on this.  I

5  believe you testified -- well, let me ask you, just, what is

6  this document?

7  A.   It's the SR&R presentation for students.

8  Q.   And is this the presentation that you testified to

9  earlier that was given to the whole student body?

10  A.   Yes.

11  Q.   Okay.  And how often is this presentation given?

12  A.   At least twice a year.  Once at the beginning of the year

13  and then once again at midyear.

14  Q.   And this presentation is to students, correct?

15  A.   Correct.

16  Q.   If we can -- I'm going to ask you a few pages about --

17  that we didn't see yesterday.

18         MR. BATES:  If we can go to 7175 on -- the Bates

19  number on the bottom right.

20  BY MR. BATES:

21  Q.   And what does the top of this document say?

22  A.   "Cursing, gesture" --

23  Q.   I'm sorry.  The very top?

24  A.   Oh, I'm sorry.  "Behaviors that result in disciplinary

25  action."

91

1   Q.   Okay.  And what is the first example of a behavior that

2   results in disciplinary action?

3   A.   "Cursing, gesturing, harassing or verbally abusing

4   anybody."

5   Q.   And what's the second bullet there say?

6   A.   "Speaking or writing vulgar, profane, obscene, or

7   patently offensive language."

8   Q.   And why were you -- why was the school telling students

9   that these are prohibited behaviors?

10  A.   Because they could lead to serious consequences.

11  Q.   Okay.

12         MR. BATES:  Can we turn to the next page.

13  BY MR. BATES:

14  Q.   This says, "More behavior that results in disciplinary

15  action."

16         Can you read the second bullet there?

17  A.   "Threatening others in any way."

18  Q.   Okay.  The third bullet there?

19  A.   "Improper touching or sexual assault."

20  Q.   Okay.  And the last bullet there?

21  A.   "Threatening or bullying behavior."

22         MR. BATES:  Can we move to page 7197.

23  BY MR. BATES:

24  Q.   If you can just take a quick look at this slide.

25         MR. BATES:  And then, Grady, if you can move to the

92

1    next slide.

2    BY MR. BATES:

3    Q.    What is -- what is the topic of these two slides?

4    A.    "Bullying."

5    Q.    And can you read that top bullet there on that second

6    page right there?  It's in yellow.

7    A.    "Bullying is not tolerated at Rachel Carson Middle

8    School."

9            THE COURT:  Just for my edification and

10   understanding, some of the coloring is different on the

11   presentation that we have here.  Is the coloring different on

12   the SR&R, or this being just simply highlighted?

13           THE WITNESS:  I believe it was during the

14   presentation, but --

15           THE COURT:  Okay.  So this was highlighted during

16   the presentation.

17           THE WITNESS:  The assistant principals here who

18   created it could verify --

19           THE COURT:  Okay.  Okay.

20           THE WITNESS:  -- one way or another.

21           THE COURT:  Yes, sir.

22   BY MR. BATES:

23   Q.    We can put that down.  I'm going to switch to our last

24   topic.

25   A.    Okay.

Cross - A.F.

93

1    Q.   Do you know all of the current and former school

2    employees who are seated over here and who have been sued in

3    this case?

4    A.   Yes.

5    Q.   Do you believe that any of them would have covered up --

6              THE COURT:  Sustained.  You can't go there.

7    BY MR. BATES:

8    Q.   Are you aware of any of them covering up a rape that

9    had --

10             THE COURT:  Sustained.

11   BY MR. BATES:

12   Q.   -- or that had occurred --

13             THE COURT:  Sustained.  You might be able to get

14   there but not the way that question is asked.  That's for the

15   jury to decide.

16   BY MR. BATES:

17   Q.   Do you know of any evidence that supports that any of

18   these individuals covered up a rape at Rachel Carson?

19             MR. BRENNER:  Objection, foundation.  He doesn't

20   know all the --

21             THE COURT:  Well, I'm actually going to allow him to

22   ask that question because he sort of provided a résumé for

23   each one of them when he was saying how he knew them, so I'm

24   going to let him answer that question.

25   BY MR. BATES:

94

1    Q.   So did you understand the question?  Let me ask it one

2    more time.

3            Are you aware of any facts that would support the

4    allegation that any of these individuals covered up a rape in

5    Rachel Carson Middle School?

6            MR. BRENNER:  Same objection.

7    A.   No.

8            THE COURT:  Overruled.

9    BY MR. BATES:

10   Q.   Are you aware of any facts that any of them did not

11   respond --

12           THE COURT:  I think that's about as far as you are

13   going to be able to get with that question, Counsel.

14           MR. BATES:  Actually, Judge, we can leave it at

15   that.  My question is done.

16           THE COURT:  Thank you, sir.  All right.

17           MR. BATES:  I just want to note for the Court, the

18   parties have agreed to stipulate to the admission of

19   Exhibit 231 and 254.  And just want to confirm the admission

20   of those.

21           THE COURT:  Is that correct, Counsel?

22           MR. BRENNER:  I'm not saying we don't.  I don't know

23   whether it's --

24           (Counsel confers.)

25           THE COURT:  As they are going through that, do we

Cross - A.F.

95

1  anticipate any additional questioning of Mr. F████████ by any

2  of the defense counsel?

3          MR. KINNEY:  Very briefly.

4          THE COURT:  I'm going to hold you to that.

5          MR. KINNEY:  Yes, sir.

6          Mr. Blanchard.

7          MR. BLANCHARD:  I will not be asking any questions.

8          THE COURT:  I'm sorry?

9          MR. BLANCHARD:  No questions.

10         THE COURT:  Very good.

11         MR. BRENNER:  Your Honor, as to those two exhibits,

12  I believe they were already admitted.  But if they are not, we

13  do not --

14         THE COURT:  No objection.  They are admitted.

15         All right.  Mr. Kinney.

16  (Plaintiffs moved Defendants' Exhibit Nos. 231 and 254 were

17  admitted into evidence.)

18                      CROSS-EXAMINATION

19  BY MR. KINNEY:

20  Q.   I have to say for the record that I'm Michael Kinney.  I

21  hope I don't have to introduce myself to you as your attorney.

22  A.   No, sir.

23  Q.   Okay.  Yesterday Mr. Brenner asked you about a telephone

24  call that you made to the principal of the elementary school

25  where B.R. attended, do you recall that?

1  A.    Yes, sir.

2  Q.    Do you remember when you made that telephone call?

3  A.    Exactly what are you -- the timeline?  I mean the date or

4  a time?

5  Q.    Let me ask it this way.  You received an email from B.R.

6  on January 27th, do you recall that?

7  A.    Yes.

8  Q.    Mr. Brenner asked you about that email yesterday, didn't

9  he?

10  A.    Correct.

11  Q.    In relation to receiving that email, when did you make

12  the call to the principal of B.R.'s elementary school?

13  A.    I believe it was prior.

14  Q.    Do you know how long before?

15  A.    No, sir.

16  Q.    Okay.  What was the purpose of calling the principal at

17  B.R.'s elementary school?

18  A.    Well, after a few investigations, we kept running into --

19  you know, a dead end.  We weren't getting the information that

20  was reported to us.  And it seemed that, to me, B.R. needed

21  some support of, you know, transitioning to middle school.

22  And some of the areas that she reported, I wanted to find out

23  was this something new or --

24              THE COURT:  Stop there.

25              THE WITNESS:  All right.

97

BY MR. KINNEY:

Q.   Why would that information -- why would -- why would that
information have been useful in connection with your
investigations?

A.   Because I was concerned about her.  She -- you know, she
was not happy.  I -- you know, we could tell that.  We had to
put a lot of supports in place to make sure that she felt
safe; and, you know, I thought maybe they had some suggestions
that they did at her elementary school that did -- were in
place and we didn't know about.

Q.   I see.  Would those have been in place -- would that --
would that have been a subject you discussed back in April
when you first met with the administrators and counselors at
the elementary school?

A.   Right.  At that time we didn't get any information,
concern.

Q.   Is it fair to say, then, that you called the elementary
school principal to see if you had missed anything?

         MR. BRENNER:  Objection, leading.

         THE COURT:  Well, actually it's just a little
different because that's not his client.  So it's -- unless
they are claiming an identity of interest, each separate
defendant theoretically can lead people that are not their
clients.  It's sort of a weird evidentiary predicament we have
here.  We have an adverse witness being called as part of the

98

```
 1   plaintiff's case and then I'm not going to let the main lawyer
 2   for that particular client lead, but other defendants who may
 3   not have an identity of interest can lead to some degree.
 4   It's tricky.
 5           MR. BRENNER:  Okay.  Thank you, Your Honor.
 6   BY MR. KINNEY:
 7   Q.   Mr. F█████, have you made similar sorts of calls in
 8   connection with other students?
 9   A.   Yes.  Yearly.
10   Q.   I'm sorry, every year?
11   A.   Pretty much, yeah, as far as I can remember.  Either at
12   the toward a high school or toward an elementary school.
13   Q.   Do you remember under what circumstances you made such a
14   call?
15   A.   Usually when someone comes to the school in elementary
16   with, you know, high grades and all of a sudden their grades
17   drop dramatically.  I want to know if they are aware of any
18   situation that might be causing that or if --
19           THE COURT:  Next question.  Next question.
20           THE WITNESS:  Okay.
21   BY MR. KINNEY:
22   Q.   Have you made such a call about a student who has been
23   accused of misconduct?
24   A.   Correct.
25   Q.   Do you recall a specific instance?  Do you recall a
```

99

1    specific instance of --

2          THE COURT:  Yes or no.

3          THE WITNESS:  Yes.

4          MR. KINNEY:  Okay.  Thank you, Your Honor.  That's

5    all I have.

6          THE COURT:  Mr. Blanchard, you said you didn't have

7    any questions, sir?

8          MR. BLANCHARD:  No questions, Your Honor.

9          THE COURT:  Okay.  Anyone else associated -- of any

10   separate defendants, have any questions that they want to ask?

11         Okay.  Very good.

12         MR. KINNEY:  I should say I represent all of these

13   defendants.

14         THE COURT:  Very good.

15         Except Mr. Blanchard represent J.O.

16         MR. BLANCHARD:  Correct.

17         THE COURT:  We'll go ahead and allow you to conduct

18   your redirect after we take our lunch break, if any.

19         Ladies and gentlemen, we're close to the 1:30 that I

20   was shooting for.  It's 1:23 or 4, it looks like.  We're going

21   to go ahead and take our break since your lunches are already

22   here until about 2:15.  2:15.  Remember, please do not discuss

23   the case or any aspect of the case with anyone now that the

24   case is pending.

25         You may go with Ms. Tinsley.

Cross - A.F.

100

1           (Jury excused.)

2           THE COURT:  Very good.  Thank you.  You may be

3   seated.

4           Mr. Brenner, how long do you -- you can step down,

5   Mr. F███████.  You can step down, sir.

6           How long do you anticipate your redirect, sir?

7           MR. BRENNER:  Right now I have a lot of notes, so

8   hopefully over the lunch break I'll narrow it down.  He

9   covered a lot of stuff that I have to revisit a bit.

10          THE COURT:  Okay.  And who is your next witness

11  after?

12          MR. BRENNER:  So I think our next witness is going

13  to be Professor Cantalupo.

14          THE COURT:  Okay.  Very good.  And you're taking

15  care of that, Ms. Anderson?

16          MS. ANDERSON:  Yes.

17          THE COURT:  All right.  Let's go ahead and take --

18  oh, did you have something?

19          MR. BRENNER:  I think I was just asking what time

20  are we shooting for so we can --

21          THE COURT:  I think I said 2 o'clock.

22          MR. BRENNER:  No, you said 2:15.  I'm wondering what

23  time we're shooting to end for the day.

24          THE COURT:  Oh, have you back in your seats?

25          MR. BRENNER:  No, end for the day.

Cross - A.F.

101

1           THE COURT:  Oh.  Well, that's a question that vexes

2    a man's mind.  We're going to shoot between 4:00 and 5:00.

3    I'm going to work with the jury a little bit to see how they

4    are.  I think they will probably let us go until somewhere

5    around 5:00.

6           MR. BRENNER:  Okay.

7           THE COURT:  That's my guess.

8           MR. BRENNER:  Yeah, it seems like we're going to be

9    hamstrung on trying to start earlier because of the -- the one

10   juror that lives so far away, but --

11          THE COURT:  I'm going to work with her.

12          MR. BRENNER:  It's a long trip today.

13          THE COURT:  Two hours and 15 minutes that's really

14   above and beyond meeting your civic duty.  That's really a big

15   deal.  I want to make sure I thank her specifically and

16   appropriately afterwards because that's a pretty -- pretty

17   good push.

18          All right.  We'll see you-all back in at the

19   designated time.

20          (Lunch Recess 1:27 p.m.)

21          (A.M. Session concluded.)

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3          I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Jury Trial

7    in the case of the **B.R. versus F.C.S.B., et al.**, Civil

8    Action No.: 1:19-cv-917, in said court on the 20th day of

9    March, 2024.

10         I further certify that the foregoing 115 pages

11   constitute the official transcript of said proceedings, as

12   taken from my machine shorthand notes, my computer realtime

13   display, together with the backup tape recording of said

14   proceedings to the best of my ability.

15         In witness whereof, I have hereto subscribed my

16   name, this August 26, 2024.

17

18

19

20

21   _____
     Tonia M. Harris, RPR
22   Official Court Reporter

23

24

25

                                                          102

**0**

**05** [1] - 4:11

**1**

**1** [2] - 43:23, 89:4
**10** [2] - 4:4, 72:7
**100** [6] - 2:3, 2:7, 2:11, 15:6, 41:12, 42:3
**102** [2] - 4:11, 102:10
**103** [1] - 90:1
**107A** [1] - 77:19
**11** [1] - 56:16
**11:45** [3] - 56:18, 57:5, 57:6
**12** [3] - 57:5, 67:7, 72:7
**12-year** [2] - 67:10, 67:17
**120** [1] - 3:7
**125** [1] - 77:22
**12:29** [1] - 57:21
**14** [2] - 83:21, 83:24
**140** [2] - 11:1, 11:7
**15** [4] - 9:9, 86:23, 86:25, 101:12
**150** [1] - 11:1
**1520** [1] - 1:21
**1775** [1] - 3:10
**180** [1] - 21:3
**1801** [1] - 3:6
**186** [1] - 18:25
**190** [1] - 33:19
**193** [1] - 34:4
**1998** [1] - 10:23
**1:19-cv-917** [2] - 1:4, 102:8
**1:23** [1] - 99:19
**1:27** [1] - 101:19
**1:30** [2] - 58:5, 99:18

**2**

**2** [4] - 9:9, 23:21, 89:5, 100:20
**2-5-4** [1] - 36:8
**20** [3] - 1:6, 86:17, 102:16
**20037** [5] - 1:17, 2:15, 2:19, 2:22, 3:2
**2010** [1] - 18:19
**2011** [3] - 53:12, 54:15, 58:16
**2011/2012** [7] - 13:24, 14:21, 23:8, 43:24, 45:3, 45:25, 47:1
**2012** [1] - 66:4
**20190** [1] - 3:11
**20191** [1] - 3:7

**202-536-1702** [1] - 1:18
**202-955-1596** [1] - 2:16
**202-955-1664** [1] - 2:23
**202-955-1974** [1] - 2:19
**2024** [3] - 1:6, 102:9, 102:16
**2029-Century** [1] - 1:20
**20th** [1] - 102:8
**213-995-5720** [1] - 1:22
**2200** [4] - 2:15, 2:18, 2:22, 3:2
**22314** [1] - 3:14
**2300** [1] - 1:16
**231** [6] - 4:8, 26:11, 26:13, 26:16, 94:18, 95:15
**234** [2] - 26:10, 26:11
**254** [3] - 36:7, 94:18, 95:15
**254.............................
............** [1] - 4:9
**2601** [1] - 3:13
**261** [2] - 33:18, 33:20
**27th** [1] - 96:5
**2800** [3] - 2:3, 2:7, 2:11
**2:15** [3] - 99:21, 100:21
**2:30** [1] - 6:13
**2nd** [3] - 2:3, 2:7, 2:11

**3**

**3** [4] - 1:8, 6:11, 6:13, 89:5
**30** [3] - 5:11, 86:16, 86:17
**305-539-8400** [1] - 2:8
**32** [1] - 32:13
**33131** [3] - 2:4, 2:8, 2:12

**4**

**4** [1] - 99:19
**400** [1] - 3:10
**401** [1] - 3:13
**495** [1] - 9:3
**4:00** [1] - 101:1

**5**

**5:00** [2] - 101:1, 101:4
**5th** [1] - 30:2

**6**

**61** [2] - 11:15, 76:20
**610-804-1787** [1] - 2:4
**643a** [1] - 1:17
**65** [1] - 85:10
**6th** [7] - 19:22, 19:24, 20:9, 20:20, 21:16, 24:25, 37:20

**7**

**7175** [1] - 90:17
**7197** [1] - 91:21
**7th** [12] - 11:11, 19:18, 20:4, 20:10, 20:12, 22:18, 23:24, 25:9, 27:18, 36:22, 37:14, 41:3
**7th-grade** [1] - 36:22

**8**

**8** [1] - 9:5
**804-788-8200** [1] - 3:3
**850-585-3414** [1] - 2:12
**8th** [6] - 11:13, 19:18, 27:18, 55:17, 55:19, 63:1

**9**

**9** [1] - 66:4
**9/11** [1] - 71:13
**90** [1] - 33:16
**90067** [1] - 1:21
**95** [4] - 4:5, 4:8, 4:9, 42:6
**9:42** [1] - 1:6

**A**

**A.F** [1] - 3:5
**a.m** [4] - 1:6, 31:10, 32:19, 34:6
**A.M** [2] - 1:8, 101:20
**abide** [1] - 86:6
**ability** [1] - 102:14
**able** [27] - 6:13, 8:11, 9:16, 9:19, 10:3, 12:4, 14:12, 14:14, 15:7, 15:18, 16:17, 23:16, 26:18, 35:4, 38:14, 56:1, 56:17, 62:18, 62:19, 62:21, 63:2, 63:3, 63:22, 77:9, 85:6, 93:12, 94:12
**abrenner@bsfllp.**

**com** [1] - 2:9
**absolutely** [1] - 80:11
**abusing** [1] - 91:2
**academic** [2] - 37:14, 45:13
**academically** [1] - 46:10
**academics** [1] - 17:21
**accommodate** [3] - 5:23, 9:13, 56:22
**accommodation** [1] - 6:3
**accurate** [1] - 67:14
**accused** [2] - 54:5, 98:22
**acknowledge** [1] - 40:11
**acronym** [1] - 38:22
**Action** [2] - 1:4, 102:8
**action** [6] - 55:12, 55:13, 56:23, 90:24, 91:1, 91:14
**actions** [3] - 45:22, 48:22, 82:13
**activities** [5] - 46:5, 47:24, 49:10, 74:11, 75:3
**activity** [2] - 70:16, 88:25
**actual** [1] - 51:8
**adamant** [1] - 47:3
**add** [1] - 8:13
**addition** [2] - 38:8, 60:8
**additional** [3] - 68:18, 68:20, 94:25
**additionally** [1] - 18:3
**address** [4] - 19:14, 22:20, 30:21, 35:23
**addressed** [2] - 16:21, 43:15
**addressing** [1] - 51:7
**adduced** [1] - 102:6
**Admin** [1] - 29:24
**admin** [2] - 30:14, 47:6
**administration** [4] - 20:21, 21:16, 52:14, 74:3
**administrative** [1] - 51:4
**administrator** [2] - 35:19, 87:12
**administrators** [13] - 19:6, 37:21, 43:23, 44:11, 45:21, 46:12, 48:4, 67:22, 74:4, 76:4, 88:9, 97:12
**admins** [1] - 32:12
**admire** [1] - 46:14

**admission** [4] - 26:12, 36:8, 94:17, 94:18
**admitted** [10] - 11:16, 26:16, 33:17, 76:21, 83:25, 85:17, 90:1, 95:11, 95:13, 95:15
**Admitted** [1] - 4:7
**adolescence** [2] - 25:12, 25:13
**adult** [2] - 25:23, 48:2
**adults** [2] - 15:9, 76:16
**advance** [2] - 5:17, 5:21
**advantage** [1] - 57:1
**adverse** [1] - 97:24
**advocates** [2] - 52:12
**after-school** [12] - 70:16, 73:20, 73:25, 74:5, 74:13, 74:16, 74:24, 75:3, 76:2, 76:5, 78:21
**afternoon** [6] - 6:16, 9:17, 9:20, 58:10, 58:12
**afterwards** [2] - 86:14, 101:15
**age** [1] - 32:20
**ago** [2] - 53:8, 69:3
**agree** [3] - 8:5, 39:20, 51:11
**agreed** [1] - 94:17
**ahead** [7] - 15:25, 23:13, 56:19, 57:17, 99:16, 99:20, 100:16
**AIA** [1] - 44:19
**aiming** [1] - 6:18
**akin** [1] - 8:8
**al** [2] - 1:6, 102:7
**alanderson@bsfllp. com** [1] - 1:22
**alert** [1] - 45:16
**Alexandria** [1] - 3:14
**Alison** [1] - 1:19
**allegation** [4] - 64:23, 69:14, 70:18, 94:3
**allegations** [6] - 52:20, 59:20, 67:20, 68:6, 69:17, 72:25
**alleged** [7] - 54:19, 68:11, 68:23, 70:15, 73:1, 74:1, 83:5
**allegedly** [1] - 63:23
**alleges** [2] - 69:7, 69:11, 70:24
**allow** [4] - 56:19, 72:20, 93:20, 99:16
**allowed** [3] - 75:21, 76:16, 80:10
**almost** [2] - 48:8,

103

80:15
**ALSTON** [1] - 1:11
**amends** [1] - 44:18
**Ana** [2] - 79:24, 80:1
**ANDERSON** [3] - 8:5, 8:20, 100:15
**anderson** [1] - 100:14
**Anderson** [4] - 1:19, 7:7, 8:1, 8:4
**Anderson's** [1] - 7:14
**Andrew** [1] - 2:6
**ANDREWS** [4] - 2:14, 2:18, 2:21, 3:1
**Angeles** [1] - 1:21
**announce** [1] - 75:11
**answer** [2] - 70:19, 93:23
**answers** [1] - 42:8
**anticipate** [2] - 94:25, 100:5
**apart** [1] - 44:24
**apologize** [2] - 48:6, 67:6
**appeal** [2] - 51:10, 51:12
**APPEARANCES** [3] - 1:13, 2:1, 2:25
**applies** [1] - 85:3
**appreciate** [6] - 5:6, 9:11, 9:12, 9:22, 10:17, 18:12
**appreciated** [1] - 49:21
**approach** [2] - 66:5, 73:4
**appropriate** [1] - 8:18
**appropriately** [2] - 29:7, 101:15
**April** [3] - 20:15, 37:12, 97:11
**area** [23] - 11:2, 11:3, 11:4, 12:22, 14:11, 21:12, 28:13, 29:4, 29:5, 29:20, 31:4, 33:12, 35:15, 52:11, 54:25, 55:16, 55:18, 55:20, 63:11, 72:2, 72:4, 72:11, 77:8
**areas** [9] - 15:17, 15:18, 22:16, 27:6, 39:9, 47:17, 48:21, 56:2, 96:21
**argued** [1] - 19:12
**arose** [1] - 7:17
**arrangements** [1] - 24:9
**Ashland** [1] - 72:11
**aspect** [3] - 10:4, 64:10, 99:22
**aspects** [3] - 41:13,

46:7, 57:7
**assault** [2] - 83:6, 91:18
**assessment** [1] - 17:25
**assessments** [1] - 21:20
**assigned** [10] - 28:2, 29:20, 31:18, 33:8, 37:23, 38:5, 38:15, 45:20, 46:22, 53:15
**assignments** [5] - 28:19, 29:23, 30:22, 31:7, 47:16
**assistance** [1] - 74:13
**assistant** [33] - 13:22, 14:20, 14:24, 15:3, 15:10, 15:14, 16:7, 16:15, 16:25, 17:6, 17:7, 17:16, 23:18, 31:17, 31:22, 36:3, 41:16, 43:4, 43:13, 44:9, 50:10, 50:22, 52:8, 53:2, 53:14, 54:2, 60:16, 60:19, 64:7, 78:25, 87:18, 87:23, 92:16
**assistants** [1] - 73:21
**associated** [2] - 70:21, 99:8
**association** [1] - 18:4
**athletics** [1] - 74:19
**attached** [1] - 19:25
**attend** [4] - 44:11, 45:21, 56:15, 65:15
**attendance** [2] - 75:17
**attended** [2] - 17:19, 95:24
**attention** [2] - 64:2, 84:2
**attorney** [1] - 95:20
**A█████** [2] - 24:17, 34:6
**Ave** [1] - 2:22
**Avenue** [4] - 2:15, 2:18, 3:2, 3:10
**avoid** [2] - 21:8, 56:1
**award** [4] - 17:25, 18:12, 18:13
**Award** [1] - 18:13
**awards** [3] - 17:23, 18:7, 18:15
**aware** [10] - 21:2, 25:12, 36:14, 69:17, 70:20, 87:21, 93:7, 94:2, 94:9, 98:16
**awareness** [3] - 45:11, 48:13, 48:25

## B

**B.H** [1] - 3:6
**B.R** [32] - 1:3, 12:16, 52:15, 52:20, 53:12, 55:8, 55:10, 56:4, 56:5, 58:14, 59:1, 59:6, 59:9, 60:12, 61:6, 61:16, 62:5, 62:10, 63:22, 64:15, 65:19, 66:18, 66:21, 66:25, 87:21, 88:3, 88:11, 89:22, 95:24, 96:4, 96:19, 102:7
**B.R.'s** [7] - 53:1, 65:6, 66:4, 67:20, 67:22, 96:11, 96:16
**background** [1] - 16:25
**backup** [1] - 102:13
**bad** [1] - 9:10
**balance** [2] - 8:18, 8:19
**B█████** [18] - 15:1, 15:2, 15:3, 15:4, 15:10, 15:19, 15:21, 15:22, 16:1, 16:3, 29:10, 64:9, 64:11, 64:17, 64:22, 65:1, 65:10
**B█████** [2] - 13:25, 64:14
**ballpark** [3] - 11:5, 67:8, 76:24
**BARAN** [1] - 1:15
**based** [2] - 86:5, 89:14
**basis** [2] - 39:10, 88:22
**basketball** [1] - 74:19
**BATES** [96] - 9:25, 10:9, 11:15, 11:17, 12:13, 12:14, 12:21, 12:24, 14:18, 14:19, 16:1, 16:4, 16:5, 16:9, 16:12, 16:13, 17:10, 17:13, 17:14, 26:10, 26:17, 28:5, 28:8, 33:15, 33:21, 36:7, 36:9, 38:16, 38:18, 40:17, 40:20, 43:18, 43:22, 50:3, 50:7, 50:8, 56:10, 57:22, 57:25, 58:9, 58:25, 59:16, 59:17, 66:3, 66:16, 70:11, 70:12, 70:23, 71:5, 71:6, 72:16, 72:23, 73:9, 76:20, 76:22, 77:6, 77:13, 77:15, 77:23, 77:25, 80:25,

81:7, 81:9, 81:10, 81:18, 82:4, 82:5, 83:14, 83:15, 83:24, 84:1, 85:6, 85:9, 85:11, 85:17, 85:18, 88:17, 88:19, 89:3, 89:6, 90:17, 90:19, 91:11, 91:12, 91:21, 91:22, 91:24, 92:1, 92:21, 93:6, 93:10, 93:15, 93:24, 94:8, 94:13, 94:16
**Bates** [2] - 2:14, 9:24, 90:17
**Bates............** [1] - 4:4
**bathroom** [1] - 75:23
**became** [2] - 16:25, 32:1
**become** [1] - 17:6
**BEFORE** [1] - 1:11
**begin** [1] - 56:16
**beginning** [7] - 21:22, 40:3, 40:21, 41:19, 43:9, 43:13, 90:11
**begins** [1] - 24:16
**behalf** [2] - 4:2, 4:7
**behavior** [7] - 31:16, 39:9, 46:24, 67:9, 90:25, 91:13, 91:20
**behavioral** [1] - 16:18
**behaviorally** [1] - 46:10
**behaviors** [2] - 90:23, 91:8
**bell** [3] - 47:13, 74:8, 74:21
**below** [3] - 27:24, 30:17, 88:18
**Ben** [1] - 58:21
**beneficial** [1] - 8:15
**benefits** [1] - 88:24
**Best** [2] - 48:11, 48:18
**best** [2] - 9:14, 102:14
**better** [2] - 12:23, 14:17
**between** [10] - 14:11, 24:24, 46:19, 50:19, 51:3, 53:1, 54:19, 64:15, 101:1
**beyond** [1] - 101:13
**bias** [1] - 7:23
**big** [2] - 77:4, 101:13
**bigger** [1] - 77:3
**binder** [2] - 26:21, 85:23
**bird's** [1] - 33:23
**bird's-eye** [1] - 33:23
**bit** [21] - 6:2, 9:21, 12:23, 14:17, 19:15, 27:8, 27:10, 30:19,

41:22, 50:2, 58:23, 58:24, 59:13, 59:18, 61:17, 61:22, 69:15, 72:18, 82:16, 100:8, 101:2
**black** [1] - 85:23
**Blanchard** [4] - 3:9, 95:5, 99:5, 99:14
**BLANCHARD** [4] - 95:6, 95:8, 99:7, 99:15
**board** [2] - 85:14, 86:4
**Board** [2] - 39:9, 81:3, 86:15
**body** [1] - 90:8
**BOIES** [4] - 1:20, 2:2, 2:6, 2:10
**book** [3] - 18:5, 40:7, 41:5
**booklet** [5] - 39:6, 39:11, 40:7, 40:9, 40:22
**boss** [3] - 87:19, 87:20, 87:22
**bottom** [8] - 28:9, 29:22, 31:6, 33:20, 46:18, 78:11, 90:18
**bounds** [1] - 49:24
**box** [3] - 56:24, 57:15, 57:18
**brain** [1] - 25:14
**brainstorming** [1] - 46:13
**break** [7] - 9:20, 27:10, 56:19, 58:5, 99:17, 99:20, 100:7
**Breakfast** [1] - 29:1
**breakfast** [3] - 29:3, 29:4, 29:9
**BRENNER** [32] - 5:11, 6:7, 6:9, 6:17, 26:13, 49:23, 57:15, 59:10, 65:23, 66:5, 66:8, 66:15, 70:8, 71:1, 73:4, 81:13, 83:23, 85:15, 93:18, 94:5, 94:21, 95:10, 97:18, 98:4, 100:6, 100:11, 100:18, 100:21, 100:24, 101:5, 101:7, 101:11
**Brenner** [12] - 2:6, 39:25, 80:17, 80:21, 81:11, 82:6, 82:25, 83:4, 85:20, 95:22, 96:7, 100:3
**Brenner's** [1] - 85:7
**briefing** [1] - 37:25
**briefly** [6] - 7:1, 29:2, 36:11, 44:2, 68:10,

95:2
**bring** [6] - 26:10, 40:5, 48:25, 54:16, 63:7, 76:20
**bringing** [1] - 45:10
**Brittany** [1] - 2:2
britzoll@gmail.com [1] - 2:5
**broke** [1] - 10:18
**broken** [1] - 42:15
**brought** [4] - 43:12, 61:12, 61:23, 65:11
**Bruce** [1] - 3:9
bruce.blanchard@ ofplaw.com [1] - 3:11
**buckets** [2] - 78:11, 78:14
**Buddies** [2] - 48:11, 48:18
**build** [2] - 19:1, 35:2
**building** [19] - 10:22, 10:25, 12:11, 16:20, 16:23, 23:20, 27:6, 31:16, 46:5, 48:21, 49:19, 71:17, 71:20, 71:23, 73:11, 73:15, 78:18, 78:20
**buildings** [1] - 71:15
**builds** [1] - 48:3
**built** [1] - 16:16
**bullet** [19] - 36:20, 37:11, 38:16, 38:19, 40:18, 41:1, 42:9, 43:2, 43:20, 45:2, 45:18, 46:16, 48:8, 49:5, 91:4, 91:15, 91:17, 91:19, 92:4
**bullying** [18] - 23:3, 23:8, 36:13, 36:15, 36:16, 37:5, 42:11, 42:22, 42:23, 45:5, 45:16, 48:17, 48:19, 91:20, 92:3, 92:6
**Burton** [1] - 2:21
burtons@huntonak. com [1] - 2:23
**bus** [5] - 19:10, 35:9, 35:18, 36:21, 69:13
**Buses** [1] - 31:10
**buses** [12] - 31:15, 31:21, 32:9, 32:12, 32:13, 32:14, 32:16, 33:1, 33:2, 33:5, 33:9, 74:25
**busy** [1] - 11:18
**buzz** [1] - 76:11
**BY** [53] - 10:9, 11:17, 12:14, 12:24, 14:19, 16:5, 16:13, 17:14,

26:17, 28:8, 33:21, 36:9, 38:18, 40:20, 43:22, 50:8, 58:9, 58:25, 59:17, 66:16, 70:12, 70:23, 71:6, 72:16, 72:23, 73:9, 76:22, 77:15, 77:25, 80:25, 81:10, 81:18, 82:5, 83:15, 84:1, 85:11, 85:18, 88:19, 89:6, 90:19, 91:12, 91:22, 92:1, 92:21, 93:6, 93:10, 93:15, 93:24, 94:8, 95:18, 96:25, 98:5, 98:20

## C

**C.K** [2] - 54:19
**CA** [1] - 1:21
**cafeteria** [7] - 12:9, 29:11, 30:18, 31:2, 35:6, 64:3, 64:17
**Cantalupo** [1] - 100:12
**Cantalupo's** [1] - 7:10
**capacity** [1] - 102:5
**car** [1] - 19:10
**care** [6] - 6:1, 7:19, 56:6, 82:24, 100:14
**cared** [1] - 19:3
**career** [1] - 86:8
**Carolina** [2] - 7:11, 8:16
**C▆** [1] - 13:12
**Carson** [28] - 10:20, 17:1, 17:3, 17:23, 18:5, 18:8, 19:18, 20:2, 20:5, 20:10, 20:14, 21:10, 21:24, 22:7, 24:25, 33:7, 36:22, 45:6, 45:24, 46:25, 65:7, 65:20, 66:19, 67:7, 79:18, 92:6, 93:17, 94:4
**case** [23] - 8:9, 8:16, 10:4, 18:21, 48:2, 50:20, 55:17, 57:6, 57:7, 69:2, 69:4, 72:9, 72:13, 93:2, 97:25, 99:22, 99:23, 102:7
**cases** [2] - 19:23, 56:22
**category** [1] - 8:6
**causing** [1] - 98:17
**certain** [7] - 16:21, 21:6, 41:13, 46:7, 47:16, 69:22, 81:11
**certainly** [1] - 67:2

**CERTIFICATE** [1] - 102:1
**Certificate** [1] - 4:11
**certify** [2] - 102:4, 102:10
**chair** [1] - 17:2
**challenges** [1] - 16:19
**chance** [5] - 8:1, 53:10, 53:23, 54:10, 64:10
**change** [4] - 22:1, 63:10, 75:25, 86:10
**changed** [3] - 29:16, 55:18, 87:5
**changes** [2] - 76:3, 86:6
**changing** [1] - 47:14
**chapter** [1] - 48:10
**characterize** [1] - 70:10
**charge** [4] - 27:17, 29:9, 35:20, 50:22
**check** [3] - 25:23, 26:4, 80:6
**checked** [1] - 71:18
**chemicals** [3] - 71:23, 78:13, 80:13
**chemistry** [1] - 80:15
**Cheryl** [5] - 21:15, 32:21, 34:6, 34:16, 61:19
**chess** [1] - 74:18
**child** [2] - 25:4, 68:4
**children** [4] - 25:13, 32:24, 32:25, 49:18
**chilly** [2] - 57:3
**chronological** [1] - 53:7
**chronologically** [2] - 20:9, 53:6
**circle** [3] - 11:19, 11:20, 12:19
**circuit** [1] - 13:13
**circumstances** [3] - 6:3, 72:12, 98:12
**civic** [1] - 101:13
**Civil** [2] - 1:4, 102:7
**claiming** [1] - 97:21
**clarify** [3] - 8:1, 8:11, 65:23
**class** [5] - 47:12, 47:13, 55:15, 65:12, 65:15
**classes** [5] - 10:24, 14:3, 46:19, 47:14, 63:10
**Classroom** [1] - 77:19
**classroom** [7] - 47:9, 52:3, 60:24, 75:4, 75:7, 75:10, 75:22

**classrooms** [4] - 13:10, 15:15, 42:11, 78:16
**clean** [2] - 78:15, 79:6
**cleaning** [2] - 78:14, 79:6
**clear** [2] - 7:23, 12:21
**cleared** [1] - 75:2
**clerical** [2] - 60:21, 73:21
**clerk** [1] - 7:2
**client** [2] - 97:20, 98:1
**clients** [1] - 97:23
**close** [1] - 99:18
**closed** [3] - 9:10, 68:15, 68:19
**closely** [1] - 30:23
**closer** [1] - 71:4
**closet** [15] - 69:21, 69:23, 69:24, 69:25, 70:15, 70:25, 72:25, 76:19, 77:9, 77:17, 78:4, 78:9, 79:2, 79:5
**closets** [11] - 71:21, 71:24, 76:25, 77:4, 78:3, 78:17, 78:22, 78:24, 79:13, 80:10
**clothing** [1] - 62:14
**club** [5] - 74:18, 74:24, 75:12, 75:13, 75:20
**clubs** [4] - 74:6, 74:16, 74:22, 76:5
**cluster** [1] - 87:18
**Coastal** [2] - 7:11, 8:16
**coffee** [1] - 45:4
**collaborative** [1] - 17:19
**colleague** [1] - 87:4
**colloquially** [1] - 72:8
**color** [1] - 88:22
**coloring** [2] - 92:9, 92:10
**comfortable** [2] - 60:25, 61:21
**coming** [11] - 9:19, 19:9, 21:3, 21:15, 27:2, 28:14, 28:15, 29:7, 32:25, 51:6, 64:16
**comments** [2] - 62:13, 64:15
**communicate** [1] - 15:7
**communicated** [1] - 17:19
**communicates** [1] - 37:24
**communication** [4] -

24:4, 51:3, 53:1, 53:17
**communicator** [1] - 15:6
**community** [3] - 49:20, 83:6, 83:7
**company** [2] - 16:17
**compare** [2] - 67:20, 68:1
**compared** [1] - 24:5
**competition** [1] - 74:12
**competitive** [1] - 74:17
**Complain** [1] - 87:1
**complain** [3] - 87:10, 87:11, 89:16
**complaining** [1] - 87:22
**complains** [1] - 87:9
**complaint** [2] - 5:25, 89:23
**complaints** [2] - 82:7, 83:2
**Compliance** [5] - 82:8, 82:22, 89:13, 89:18, 89:24
**complicated** [1] - 44:1
**complied** [7] - 11:22, 12:20, 16:3, 16:11, 17:12, 27:22, 28:7
**computer** [1] - 102:12
**concern** [2] - 72:12, 97:15
**concerned** [1] - 97:4
**concerning** [3] - 59:8, 62:3, 89:7
**concluded** [1] - 101:20
**conclusion** [1] - 64:13
**conclusions** [1] - 55:4
**condition** [1] - 40:15
**conduct** [2] - 85:4, 99:16
**conducted** [3] - 45:4, 64:22, 67:10
**conducts** [1] - 37:25
**confers** [1] - 94:23
**confirm** [1] - 94:18
**conflation** [1] - 66:8
**conflict** [2] - 21:8, 44:22
**confluence** [1] - 9:19
**conjunction** [1] - 33:1
**connect** [1] - 16:17
**connection** [2] - 97:2, 98:7
**consequence** [1] - 44:5, 51:11, 51:18
**consequences** [4] -

105

52:2, 53:3, 52:10, 91:9
**consider** [1] - 86:20
**consideration** [1] - 9:11
**considered** [1] - 84:15
**consistent** [1] - 78:2
**constitute** [1] - 102:11
**Cont** [2] - 2:1, 2:25
**contact** [5] - 19:6, 26:1, 38:12, 38:13, 38:14
**contacted** [2] - 62:1, 70:17
**contain** [1] - 11:9
**CONTENTS** [1] - 4:1
**context** [1] - 69:15
**continue** [1] - 9:13
**continued** [1] - 60:1
**control** [1] - 25:21
**conversation** [1] - 9:15
**copy** [5] - 26:22, 40:2, 40:5, 85:22, 85:24
**core** [2] - 11:2, 13:15
**correct** [27] - 11:25, 19:22, 34:6, 34:7, 35:25, 42:14, 49:14, 59:4, 65:2, 65:3, 67:18, 68:15, 68:16, 73:17, 75:15, 77:21, 78:5, 80:23, 80:24, 86:19, 89:21, 90:13, 90:14, 94:20, 96:9, 98:23, 99:15
**correctly** [3] - 36:23, 48:14, 51:17
**cortex** [1] - 25:15
**costs** [1] - 9:5
**counsel** [4] - 5:14, 7:17, 70:9, 95:1
**Counsel** [5] - 56:12, 85:5, 94:12, 94:20, 94:23
**counseling** [2] - 21:4, 25:2
**counselor** [14] - 20:20, 24:8, 30:18, 35:17, 37:20, 37:23, 38:4, 38:15, 42:15, 55:13, 60:5, 61:20, 61:22, 61:24
**counselors** [18] - 23:14, 25:1, 27:13, 30:17, 35:20, 38:5, 41:4, 42:11, 44:9, 44:11, 45:20, 46:12, 48:5, 52:9, 52:11, 67:24, 97:12
**counting** [1] - 86:14

**county** [2] - 44:8, 48:10
**County** [13] - 18:16, 18:24, 19:21, 31:20, 32:3, 32:5, 32:6, 67:24, 71:14, 81:2, 86:8, 86:15, 88:21
**couple** [5] - 19:23, 22:13, 63:9, 74:15, 77:3
**COURT** [82] - 1:1, 1:12, 5:1, 5:24, 6:8, 6:12, 6:21, 8:4, 8:14, 8:21, 8:23, 9:1, 9:11, 10:2, 15:25, 26:14, 49:22, 50:1, 50:6, 56:12, 57:11, 57:16, 57:24, 58:2, 58:23, 59:12, 66:2, 66:6, 66:12, 70:9, 70:19, 71:2, 72:6, 73:3, 73:5, 73:8, 77:12, 77:14, 77:22, 81:6, 81:8, 81:14, 81:17, 82:2, 83:11, 85:5, 85:8, 92:8, 92:14, 92:18, 92:20, 93:5, 93:9, 93:12, 93:20, 94:7, 94:11, 94:15, 94:20, 94:24, 95:3, 95:7, 95:9, 95:13, 96:23, 97:19, 98:18, 99:1, 99:5, 99:8, 99:13, 99:16, 100:1, 100:9, 100:13, 100:16, 100:20, 100:23, 100:25, 101:6, 101:10, 101:12
**court** [4] - 7:2, 7:4, 57:19, 102:8
**Court** [10] - 3:12, 3:12, 4:11, 5:7, 9:22, 57:21, 78:7, 94:16, 102:3, 102:22
**Court's** [4] - 5:21, 7:14, 10:3, 56:11
**Courthouse** [1] - 3:13
**courthouse** [2] - 57:2, 57:9
**courtyard** [1] - 49:9
**cover** [1] - 31:4
**covered** [9] - 27:7, 46:17, 47:10, 47:18, 70:13, 93:4, 93:17, 94:3, 100:8
**covering** [1] - 93:7
**created** [2] - 37:4, 92:17
**cross** [2] - 7:22, 85:7

**CROSS** [3] - 10:8, 58:8, 95:17
**Cross** [2] - 4:4, 4:5
**cross-examination** [1] - 7:22
**Cross-examination** [2] - 4:4, 4:5
**CROSS-EXAMINATION** [3] - 10:8, 58:8, 95:17
**crossing** [1] - 55:20
**crying** [2] - 60:12, 60:24
**current** [3] - 69:6, 84:19, 92:25
**cursing** [2] - 90:21, 91:2
**custodial** [11] - 69:21, 69:23, 69:24, 69:25, 70:15, 70:25, 71:21, 71:24, 78:25, 79:20, 80:10
**custodians** [1] - 80:3
**cut** [2] - 22:5, 67:6
**cyber** [2] - 45:4, 45:16

## D

**D.C** [3] - 72:4, 72:9, 72:11
**D.N** [1] - 54:20
**danger** [2] - 50:17, 50:21
**dangerous** [2] - 71:23, 80:13
**dangers** [1] - 45:16
**date** [4] - 65:11, 66:10, 66:11, 96:2
**dates** [2] - 65:24, 66:1
**days** [1] - 63:9
**DC** [5] - 1:17, 2:15, 2:19, 2:22, 3:2
**dead** [1] - 96:18
**deal** [2] - 52:13, 101:14
**dealing** [1] - 24:7
**dealings** [1] - 54:4
**decide** [1] - 93:14
**decided** [1] - 59:8
**decision** [2] - 25:15, 51:12
**decision-making** [1] - 25:15
**Defendant** [3] - 2:14, 3:1, 3:9
**defendant** [1] - 97:22
**Defendant's** [4] - 26:10, 26:16, 33:16, 34:4
**defendants** [4] -

57:17, 98:1, 99:9, 99:12
**Defendants** [2] - 1:8, 3:5
**defense** [3] - 5:14, 7:17, 95:1
**definitely** [1] - 28:11
**degree** [1] - 98:2
**demonstrated** [1] - 23:4
**denied** [1] - 88:24
**department** [8] - 17:2, 23:2, 23:17, 37:4, 80:7, 84:10, 84:12
**departments** [1] - 16:21
**departure** [1] - 32:10
**describe** [11] - 14:6, 15:2, 16:14, 17:15, 29:2, 30:13, 34:24, 38:23, 44:2, 78:6, 78:8
**described** [2] - 62:14, 82:11
**description** [1] - 62:13
**design** [1] - 10:19
**designated** [2] - 18:1, 101:18
**designed** [2] - 10:23, 14:2
**designing** [1] - 10:22
**desk** [1] - 73:21
**detail** [2] - 15:4, 72:19
**detention** [1] - 44:20
**determine** [1] - 64:20
**determined** [1] - 83:17
**develop** [1] - 48:12
**development** [1] - 17:5
**diagonal** [1] - 14:16
**died** [1] - 35:16
**differ** [1] - 10:20
**different** [18] - 14:7, 21:8, 24:4, 25:13, 26:3, 33:7, 48:21, 54:7, 66:9, 66:10, 68:21, 80:18, 86:17, 86:22, 92:9, 92:10, 97:20
**difficulties** [1] - 16:18
**direct** [9] - 7:22, 7:23, 27:8, 59:18, 64:2, 77:16, 84:2, 89:7, 89:12
**directed** [1] - 87:11
**direction** [2] - 55:18, 55:23
**directly** [2] - 24:6, 51:12
**director** [8] - 19:3,

19:7, 20:17, 23:17, 34:25, 35:3, 37:12, 88:8
**Director** [1] - 89:18
**disabilities** [1] - 48:20
**disability** [1] - 88:23
**disciplinary** [4] - 52:13, 90:23, 91:1, 91:13
**discipline** [7] - 44:24, 51:19, 51:22, 51:23, 52:1, 52:10, 52:13
**disciplined** [1] - 65:4
**disciplines** [1] - 84:13
**discrimination** [3] - 88:25, 89:8, 89:12
**discuss** [9] - 10:4, 20:21, 37:14, 43:5, 44:13, 45:21, 51:5, 57:6, 99:21
**discussed** [5] - 37:22, 41:1, 65:14, 68:10, 97:11
**discussing** [4] - 10:18, 20:22, 54:23, 62:1
**discussion** [3] - 50:19, 59:7, 68:12
**discussions** [1] - 63:16
**dismissal** [3] - 74:8, 74:21, 74:25
**display** [1] - 102:13
**dissatisfied** [2] - 87:13, 87:16
**distress** [2] - 35:12, 35:13
**district** [3] - 39:14, 79:14, 79:15
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [2] - 3:12, 102:4
**district's** [1] - 39:15
**docket** [1] - 56:14
**document** [26] - 11:18, 26:18, 28:16, 29:19, 31:5, 33:17, 33:18, 36:11, 36:12, 36:18, 41:21, 43:1, 48:16, 50:4, 53:11, 77:9, 81:21, 81:22, 81:23, 86:7, 86:18, 88:16, 90:5, 90:20
**documents** [2] - 39:24, 83:20
**done** [11] - 15:5, 23:25, 45:6, 51:17, 53:25, 55:3, 60:8, 67:21, 88:11, 88:14,

94:14
**door** [7] - 5:4, 7:9, 8:10, 19:4, 34:1, 35:1, 71:18
**doors** [5] - 34:12, 34:19, 71:16, 73:16, 76:7
**doorway** [1] - 47:16
**doorways** [1] - 34:18
**down** [13] - 7:6, 11:20, 14:18, 28:12, 30:19, 55:18, 60:23, 61:12, 62:2, 92:22, 100:3, 100:4, 100:7
**downstairs** [1] - 69:23
**Dr** [1] - 88:1
**drain** [1] - 78:12
**drama** [6] - 12:2, 12:6, 23:2, 37:4, 37:10
**dramatically** [1] - 98:16
**draw** [1] - 66:13
**drawing** [1] - 77:23
**drawings** [1] - 77:13
**drift** [1] - 50:2
**Drive** [1] - 3:6
**driving** [1] - 5:23
**drop** [1] - 98:16
**during** [29] - 14:21, 24:3, 25:14, 28:14, 29:12, 30:4, 30:17, 41:8, 43:24, 45:12, 45:13, 45:25, 46:8, 47:1, 47:18, 51:3, 51:4, 55:14, 57:1, 60:7, 67:10, 70:1, 71:9, 72:7, 79:4, 86:8, 87:3, 92:12, 92:14
**During** [1] - 45:3
**duty** [5] - 27:5, 28:10, 34:5, 46:19, 101:13

## E

**early** [5] - 6:16, 9:8, 20:15, 40:5, 65:17
**easier** [1] - 26:23
**East** [1] - 1:20
**Eastern** [1] - 102:4
**EASTERN** [1] - 1:1
**edification** [1] - 92:8
**education** [2] - 17:2, 88:25
**educational** [1] - 47:25
**efficient** [1] - 24:8
**efforts** [2] - 9:23, 66:25
**eight** [2] - 5:16, 24:7

**either** [9] - 17:20, 19:9, 35:9, 43:15, 46:10, 50:12, 51:16, 74:12, 98:10
**elective** [2] - 22:2, 55:23
**elementary** [23] - 19:21, 20:1, 20:15, 21:7, 21:18, 22:11, 24:5, 24:6, 25:1, 33:4, 37:13, 37:24, 38:8, 38:12, 38:15, 95:23, 96:11, 96:16, 97:8, 97:13, 97:16, 98:11, 98:14
**ELLIKER** [1] - 7:1
**Elliker** [1] - 3:1
**elsewhere** [1] - 14:2
**Email** [11] - 1:18, 1:22, 2:5, 2:9, 2:13, 2:16, 2:20, 2:23, 3:3, 3:8, 3:11
**email** [3] - 96:4, 96:7, 96:10
**emotional** [2] - 35:23, 37:15
**employee** [1] - 86:15
**employees** [2] - 84:15, 93:1
**encountered** [1] - 60:12
**end** [9] - 7:4, 21:21, 22:8, 24:20, 48:8, 53:23, 96:18, 100:22, 100:24
**ended** [1] - 74:7
**ends** [3] - 33:18, 47:12, 47:13
**enforce** [1] - 79:12
**enforcement** [1] - 70:21
**engaged** [1] - 65:2
**engineer** [1] - 71:18
**enjoy** [1] - 5:7
**enjoyed** [1] - 16:17
**enrollment** [1] - 65:7
**ensure** [4] - 26:7, 30:22, 66:25, 73:10
**entailed** [1] - 53:21
**enter** [10] - 11:24, 12:1, 12:11, 23:16, 29:5, 31:16, 34:2, 34:10, 73:11, 73:13
**entered** [1] - 11:23, 19:5, 71:17
**entering** [2] - 38:14, 41:9
**entire** [3] - 49:20, 54:9, 67:17
**entirely** [1] - 66:10

**entrance** [10] - 11:21, 11:24, 12:5, 12:6, 32:19, 33:25, 34:10, 73:13, 73:22
**entrances** [3] - 12:1, 12:3, 12:10
**environment** [2] - 47:25, 66:25
**Equal** [1] - 88:20
**equipment** [1] - 71:25
**Equity** [5] - 82:8, 82:21, 89:13, 89:18, 89:23
**Esq** [11] - 1:15, 1:19, 2:2, 2:6, 2:10, 2:14, 2:17, 2:21, 3:1, 3:5, 3:9
**essentially** [16] - 14:2, 26:7, 27:14, 28:19, 30:22, 30:25, 34:21, 35:22, 43:5, 44:21, 49:12, 51:19, 75:9, 78:1, 84:25, 87:9
**established** [1] - 48:10
**Estep** [2] - 31:18, 31:25
**estimate** [1] - 67:9
**estimated** [1] - 6:12
**et** [2] - 1:6, 102:7
**evening** [1] - 24:1
**event** [1] - 83:18
**events** [1] - 18:20
**evidence** [5] - 26:16, 55:9, 83:25, 93:16, 95:16
**evidentiary** [1] - 97:23
**exact** [1] - 72:4
**exactly** [2] - 49:5, 96:2
**examination** [3] - 4:4, 4:5, 7:22
**EXAMINATION** [3] - 10:8, 58:8, 95:17
**example** [4] - 27:16, 77:8, 78:21, 90:25
**except** [2] - 17:24, 99:14
**excluded** [1] - 88:23
**excused** [2] - 57:10, 99:25
**exhibit** [1] - 14:18
**Exhibit** [13] - 11:15, 26:10, 26:11, 26:16, 33:16, 34:4, 76:20, 83:21, 83:24, 85:10, 90:1, 94:18, 95:15
**EXHIBITS** [1] - 4:6
**exhibits** [1] - 95:10
**expect** [1] - 65:22
**expectation** [1] - 46:1

**expectations** [3] - 39:12, 39:15, 43:10
**expecting** [1] - 66:18
**expeditiously** [1] - 6:14
**experience** [3] - 25:13, 36:15, 44:17
**experienced** [1] - 25:16
**experiences** [1] - 23:5
**experiencing** [2] - 25:25, 46:10
**expert** [1] - 86:20
**expert's** [1] - 7:18
**explain** [5] - 12:25, 13:1, 27:24, 50:9, 72:3
**explained** [1] - 49:5
**Explorer** [1] - 28:1
**Explorers** [2] - 28:2, 77:8
**Explorers'** [4] - 13:7, 13:18, 14:3, 15:11
**express** [3] - 9:4, 9:5, 9:9
**extent** [1] - 53:8
**extra** [1] - 8:13
**extracurricular** [1] - 74:12
**extremely** [1] - 71:25
**eye** [1] - 33:23
**eyes** [2] - 28:11, 28:13

## F

**F.C.S.B** [4] - 1:6, 2:14, 3:1, 102:7
**F.T** [1] - 3:6
**Fabio** [1] - 88:1
**facility** [2] - 16:22, 76:4
**facing** [1] - 35:24
**fact** [1] - 87:21
**facts** [3] - 8:9, 94:2, 94:9
**Fahey** [1] - 1:15
**fair** [9] - 26:5, 34:1, 35:22, 39:11, 44:21, 47:11, 76:7, 86:17, 97:16
**Fairfax** [13] - 18:16, 18:24, 19:21, 31:20, 32:3, 32:5, 32:6, 67:24, 71:14, 81:2, 86:8, 86:15, 88:21
**fairly** [3] - 7:12, 7:22, 71:24
**familiar** [1] - 24:12
**family** [4] - 29:21, 87:9, 87:22, 88:3

**far** [9] - 5:20, 7:15, 39:8, 54:14, 60:3, 89:25, 94:11, 98:10, 101:9
**fashion** [1] - 9:13
**fault** [1] - 64:21
**fear** [1] - 23:15
**fears** [1] - 37:5
**February** [1] - 66:4
**fed** [1] - 20:1
**federal** [1] - 86:5
**feeder** [1] - 37:13
**FELDMAN** [1] - 3:9
**felt** [5] - 51:16, 55:11, 56:4, 65:14, 97:6
**ferrell** [1] - 61:24
**Ferrell** [1] - 62:1
**few** [4] - 52:18, 90:3, 90:15, 96:17
**field** [1] - 46:6
**fifth** [3] - 29:23, 30:3, 42:10
**Fifth** [1] - 30:14
**file** [1] - 89:22
**filed** [2] - 69:4, 72:24
**fill** [1] - 78:10
**fine** [6] - 19:11, 27:9, 39:4, 53:9, 56:9, 74:20
**finger** [1] - 11:20
**finish** [1] - 6:18
**first** [32] - 5:2, 5:16, 5:17, 11:12, 20:11, 20:13, 21:18, 22:4, 22:18, 23:24, 24:22, 34:9, 36:20, 38:24, 40:25, 43:19, 43:20, 48:9, 50:16, 52:12, 53:10, 54:15, 55:13, 61:9, 68:23, 70:6, 78:10, 79:23, 87:10, 88:20, 90:25, 97:12
**fit** [1] - 71:25
**FL** [3] - 2:4, 2:8, 2:12
**FLEXNER** [4] - 1:20, 2:2, 2:6, 2:10
**flip** [6] - 33:16, 33:18, 33:20, 34:4, 39:17, 43:18
**floor** [6] - 11:11, 11:12, 11:13, 11:14, 33:22, 56:2
**Floor** [1] - 3:13
**flow** [1] - 32:17
**flustered** [1] - 7:3
**focus** [5] - 7:24, 9:12, 27:1, 27:2, 36:19
**focusing** [2] - 70:19
**folks** [10] - 12:8, 15:20, 22:17, 32:13,

107

32:23, 50:18, 54:23, 68:3, 72:2, 73:14
**follow** [2] - 38:5, 79:18
**followed** [1] - 47:3
**following** [2] - 6:19, 55:7
**food** [1] - 29:8
**FOR** [1] - 1:1
**foregoing** [1] - 102:10
**foreign** [1] - 55:24
**forgets** [1] - 56:24
**form** [6] - 53:24, 54:10, 81:6, 81:8, 83:11, 85:5
**former** [1] - 92:25
**Forum** [1] - 18:2
**forward** [2] - 49:17, 66:24
**foundation** [2] - 7:18, 93:18
**four** [7] - 11:2, 13:13, 13:14, 13:15, 30:6, 31:12, 67:22
**fourth** [2] - 38:16, 40:18
**Franklin** [1] - 45:4
**F█████** [15] - 9:25, 10:2, 10:10, 11:19, 26:18, 34:6, 36:10, 50:9, 57:23, 58:2, 58:11, 84:2, 94:25, 98:6, 100:4
**F██████** [4] - 25:7, 27:16, 27:21, 60:5
**free** [2] - 57:2, 57:19
**French** [1] - 55:24
**Friday** [7] - 5:15, 6:2, 6:4, 6:22, 9:17, 9:19, 9:20
**friend** [1] - 9:6
**friendship** [1] - 48:12
**Front** [1] - 32:19
**front** [9] - 9:5, 19:4, 26:18, 26:22, 32:21, 34:25, 73:13, 73:21, 73:22
**fully** [2] - 27:7, 36:14
**Fulton** [1] - 3:6
**fun** [1] - 49:10

## G

**game** [1] - 5:6
**gather** [1] - 31:3
**gatherings** [1] - 49:8
**gavel** [1] - 5:2
**gears** [2] - 19:16, 68:9
**generally** [9] - 8:5, 21:17, 30:13, 39:1, 39:4, 46:2, 72:17,

72:19, 76:24
**gentlemen** [5] - 8:24, 56:13, 58:4, 72:7, 99:18
**Genus** [4] - 31:19, 59:3, 59:9, 59:20
**gesture** [1] - 90:21
**gesturing** [1] - 91:2
**Gibney** [3] - 7:2, 7:3, 7:5
**girls** [2] - 61:3, 63:10
**given** [3] - 28:16, 41:2, 56:11, 90:8, 90:10
**God** [1] - 7:4
**gotcha** [1] - 32:18
**governors** [1] - 17:25
**grade** [13] - 19:22, 19:24, 20:11, 20:12, 20:20, 21:16, 25:10, 36:22, 37:18, 37:20, 42:12, 43:16, 63:1
**grader** [1] - 23:24
**graders** [1] - 11:11, 11:13, 19:19, 20:5, 20:9, 22:18, 24:25, 37:14, 41:3, 55:17, 55:19
**grades** [3] - 54:7, 98:15
**Grady** [11] - 12:13, 12:21, 27:12, 31:8, 33:15, 36:19, 43:18, 45:2, 76:23, 77:6, 91:24
**great** [2] - 46:13, 72:19
**greet** [1] - 34:16
**ground** [1] - 21:25
**grounds** [2] - 83:7, 83:8
**group** [4] - 44:7, 44:10, 68:3, 73:1
**groups** [2] - 20:9, 73:10, 76:16
**growth** [1] - 25:14
**guess** [2] - 65:13, 101:6

## H

**hair** [2] - 30:19, 62:14
**Hall** [1] - 46:19
**halls** [4] - 35:6, 48:1, 75:22, 76:17
**hallway** [4] - 61:3, 62:6, 63:7, 77:3
**hallways** [2] - 15:17, 60:7
**hamster** [1] - 35:16
**hamstrung** [1] - 101:8

**hand** [2] - 16:20, 82:1
**handbook** [1] - 28:22
**handle** [3] - 23:6, 84:12, 88:12
**happy** [2] - 9:4, 97:5
**harassing** [1] - 91:2
**harassment** [3] - 42:12, 42:25, 81:22
**hard** [4] - 8:17, 9:20, 14:9, 85:22
**HARRIS** [1] - 3:12
**Harris** [2] - 102:3, 102:21
**head** [6] - 16:24, 18:24, 55:6, 58:20, 74:15, 81:20
**heard** [2] - 22:17, 61:4
**hearing** [2] - 10:14, 62:3, 70:24
**hearsay** [1] - 59:10
**help** [1] - 9:17
**helped** [1] - 55:22
**helps** [1] - 6:17
**hereby** [1] - 102:4
**hereto** [1] - 102:15
**high** [7] - 10:24, 14:8, 14:9, 33:4, 71:14, 98:11, 98:15
**highlight** [5] - 38:16, 43:19, 43:20, 46:18, 48:7
**highlighted** [2] - 92:11, 92:14
**highlights** [2] - 37:5, 40:23
**highly** [3] - 15:8, 49:2, 49:17
**hit** [1] - 21:24
**hold** [2] - 34:18, 95:3
**holding** [1] - 46:3
**holiday** [1] - 9:18
**holidays** [1] - 9:18
**HOLTZMAN** [1] - 1:15
**home** [4] - 19:13, 25:24, 35:10, 40:5
**Honor** [17] - 5:12, 5:17, 6:17, 8:20, 10:1, 26:13, 50:3, 56:10, 57:22, 65:23, 66:5, 70:22, 73:4, 95:10, 98:4, 99:3, 99:7
**Honorable** [1] - 7:3
**HONORABLE** [1] - 1:11
**hope** [1] - 95:20
**hopefully** [1] - 100:7
**horrific** [1] - 9:3
**hour** [1] - 62:7
**hours** [3] - 9:9, 76:1,

101:12
**HR** [4] - 84:7, 84:10, 84:12
**H█████** [7] - 15:1, 16:6, 16:9, 16:11, 16:14, 16:16, 31:17
**h█████** [2] - 55:15, 80:6
**Human** [1] - 84:4
**humility** [1] - 18:12
**H█████** [5] - 25:6, 28:2, 28:5, 55:14, 60:5
**H█████** [1] - 28:7
**hundreds** [2] - 67:15, 67:16
**HUNTON** [4] - 2:14, 2:18, 2:21, 3:1

## I

**I-95** [1] - 9:3
**ID** [1] - 73:14
**identified** [2] - 18:5, 33:12
**identify** [8] - 19:13, 30:20, 35:5, 50:13, 62:15, 63:14, 63:22, 77:9
**identifying** [1] - 62:12
**identity** [2] - 97:21, 98:2
**immediately** [7] - 26:1, 30:21, 47:12, 52:14, 79:8, 79:9, 79:12
**implemented** [1] - 45:23
**important** [10] - 10:12, 24:3, 43:11, 45:15, 47:25, 48:3, 66:11, 71:9, 71:11, 73:23
**impossible** [1] - 5:20
**improper** [1] - 91:18
**in-between** [1] - 50:19
**in-person** [3] - 65:19, 66:18, 66:21
**inappropriate** [2] - 33:11, 64:15
**incident** [9] - 54:14, 54:15, 58:16, 58:20, 59:1, 60:11, 64:2, 70:20, 72:8
**incidents** [2] - 30:25, 58:14
**include** [2] - 25:6, 69:13
**includes** [1] - 44:8
**including** [1] - 32:12
**incoming** [2] - 20:4,

**22:7, 23:25, 41:2
**increase** [1] - 51:17
**independence** [2] - 25:17, 25:19
**indicated** [3] - 13:9, 13:19, 15:22
**individual** [4] - 43:16, 45:21, 46:9, 72:9
**individuals** [4] - 32:10, 72:10, 93:17, 94:3
**inform** [1] - 59:9
**information** [7] - 25:3, 55:17, 68:4, 96:18, 97:1, 97:2, 97:14
**informed** [1] - 7:18
**initial** [2] - 55:7, 69:2
**initiated** [1] - 44:14
**initiator** [1] - 44:13
**inside** [1] - 27:7
**instance** [4] - 47:12, 98:24, 98:25
**instead** [1] - 44:5
**instructed** [1] - 79:1
**instruction** [1] - 10:4
**intend** [1] - 7:21
**interest** [3] - 7:8, 97:21, 98:2
**interfere** [1] - 47:25
**intern** [2] - 7:2, 7:6
**internet** [1] - 25:21
**interns** [1] - 5:2
**interrupt** [1] - 5:19
**intersect** [1] - 48:19
**interventions** [2] - 45:22, 67:1
**interview** [3] - 50:19, 59:22, 64:24
**introduce** [2] - 38:6, 95:20
**introduced** [1] - 23:19
**introduction** [1] - 5:13
**investigate** [4] - 52:19, 53:15, 83:2, 83:5
**investigated** [2] - 64:8, 82:7
**investigating** [7] - 50:10, 50:15, 53:2, 64:5, 67:20, 68:4, 68:6
**investigation** [20] - 50:14, 51:1, 51:3, 51:9, 53:18, 53:21, 53:23, 53:24, 54:9, 54:11, 55:2, 64:11, 64:14, 64:23, 65:8, 65:9, 66:10, 67:22, 68:15, 70:20
**investigations** [14] -

8:7, 50:23, 51:2,
52:15, 53:1, 65:25,
67:9, 67:12, 67:21,
83:17, 88:10, 88:13,
96:17, 97:3
**invited** [1] - 22:9
**involved** [10] - 24:23,
51:8, 54:6, 58:17,
59:23, 62:4, 62:6,
63:15, 67:23, 72:10
**involvement** [1] - 64:4
**involving** [5] - 52:20,
55:8, 58:14, 59:1,
72:9
**isolated** [2] - 49:18,
50:20
**issue** [11] - 7:17,
35:23, 36:5, 52:1,
52:4, 52:10, 52:13,
53:15, 55:7, 87:22,
89:11
**issues** [12] - 8:3,
19:14, 22:20, 30:20,
43:11, 45:14, 45:23,
50:11, 82:24, 84:25,
88:2, 89:7
**IX** [3] - 81:22, 82:23,
82:24

## J

**J.F** [1] - 3:6
**J.O** [3] - 3:9, 54:20,
99:14
**janitor's** [8] - 76:19,
76:24, 77:4, 77:9,
77:17, 78:3, 78:8
**January** [1] - 96:5
**jfahey@**
**holtzmanvogel.**
**com** [1] - 1:18
**job** [3] - 15:5, 28:20,
32:1
**joined** [1] - 60:6
**Jonathan** [1] - 1:15
**JOSEFIAK** [1] - 1:16
**JR** [1] - 1:11
**judge** [2] - 7:1, 8:17
**JUDGE** [1] - 1:12
**Judge** [7] - 7:2, 7:5,
26:11, 81:7, 83:14,
85:6, 94:13
**junior** [1] - 10:24
**JUROR** [1] - 9:9
**juror** [1] - 101:9
**jurors** [1] - 6:4
**Jury** [5] - 8:22, 57:10,
58:1, 99:25, 102:6
**JURY** [1] - 1:11
**jury** [19] - 9:1, 15:3,

6:9
**lane** [1] - 9:10
**lanes** [2] - 9:4, 9:5
**language** [2] - 55:25,
91:6
**large** [1] - 64:19
**largely** [1] - 14:3
**larger** [3] - 14:9,
32:13, 50:21
**largest** [1] - 68:3
**last** [15] - 32:19,
34:11, 37:22, 48:7,
50:3, 58:13, 65:13,
65:14, 66:4, 66:7,
66:17, 75:3, 84:18,
91:19, 92:22
**latitude** [2] - 50:1,
59:13
**LAW** [1] - 3:5
**law** [3] - 7:2, 70:21,
86:6
**lawsuit** [1] - 69:4,
72:24
**lawyer** [1] - 97:25
**lawyers** [2] - 9:15,
56:22
**layout** [1] - 10:19
**lead** [9] - 44:16, 46:7,
58:23, 85:6, 91:9,
97:22, 98:1, 98:2
**leader** [1] - 44:8
**leadership** [1] - 18:13
**leading** [4] - 44:10,
70:9, 83:13, 97:18
**learn** [4] - 49:10,
68:23, 72:24, 73:1
**learned** [3] - 60:14,
70:7, 72:25
**learning** [2] - 17:6,
44:17
**least** [4] - 69:12, 78:3,
90:11
**leave** [8] - 6:6, 6:9,
51:16, 56:9, 57:2,
57:9, 75:21, 94:13
**leaving** [1] - 28:15
**led** [1] - 44:14
**leeway** [1] - 49:23
**left** [5] - 27:12, 29:22,
79:11, 84:3, 84:5
**legitimate** [1] - 76:13
**lesson** [1] - 41:5
**lessons** [2] - 41:10,
42:11
**letter** [1] - 51:12
**letters** [1] - 27:15
**letting** [1] - 73:14
**level** [3] - 42:12,
67:19, 75:25
**Level** [1] - 43:23

**levels** [1] - 53:5
**liaison** [1] - 37:23
**library** [1] - 49:8
**life** [1] - 24:2
**light** [1] - 68:17
**likely** [1] - 8:19
**limits** [1] - 33:2
**line** [11] - 7:12, 7:25,
8:2, 28:9, 31:9,
31:10, 32:19, 37:3,
37:22, 52:12, 84:18
**list** [4] - 20:25, 32:9,
64:19, 64:20
**live** [1] - 10:3
**lives** [1] - 101:9
**LLP** [8] - 1:20, 2:2,
2:6, 2:10, 2:14, 2:18,
2:21, 3:1
**located** [2] - 11:1,
55:21
**location** [8] - 14:4,
75:1, 75:12, 75:13,
75:14, 75:20, 77:7,
77:11
**lock** [5] - 71:19, 79:7,
79:8, 79:9, 79:12
**locked** [10] - 71:16,
71:19, 71:22, 73:12,
73:16, 76:7, 78:17,
78:18, 78:22, 80:16
**locker** [6] - 13:3, 14:7,
14:15, 23:15, 40:14,
54:25
**lockers** [9] - 11:3,
13:4, 13:17, 14:6,
14:8, 14:10, 14:12,
22:19
**locking** [1] - 79:2
**look** [21] - 29:1, 29:22,
31:6, 34:12, 36:7,
40:17, 41:21, 42:9,
42:24, 43:1, 45:17,
55:17, 56:25, 59:20,
83:20, 85:22, 86:25,
88:2, 88:10, 88:15,
91:23
**looked** [6] - 33:22,
34:11, 34:20, 35:11,
35:12, 49:17
**looking** [19] - 12:16,
13:7, 14:11, 25:17,
27:4, 27:5, 27:15,
29:2, 30:2, 30:14,
33:24, 34:5, 34:9,
34:13, 36:10, 55:2,
60:15, 60:19, 84:24
**looks** [2] - 39:9, 99:19
**Los** [1] - 1:21
**louder** [1] - 47:21
**low** [1] - 14:11

**lunch** [9] - 29:23,
30:3, 30:4, 30:7,
30:16, 45:13, 58:5,
99:17, 100:7
**Lunch** [1] - 101:19
**lunches** [3] - 30:5,
30:10, 99:20

## M

**M.C** [1] - 3:6
**M.P.F** [1] - 3:6
**machine** [2] - 102:5,
102:12
**main** [9] - 11:21,
11:24, 12:5, 15:16,
33:25, 34:10, 50:12,
55:25, 97:25
**major** [1] - 77:3
**man** [2] - 6:6, 6:10
**man's** [1] - 101:1
**mandatory** [4] - 47:19,
47:20, 47:22, 89:15
**manner** [2] - 29:8,
33:6
**map** [3] - 12:16, 76:20,
78:1
**March** [4] - 1:6, 36:21,
102:9, 102:16
**marital** [1] - 88:23
**mark** [1] - 77:12
**master** [1] - 15:4
**materials** [6] - 56:24,
57:13, 57:18, 78:14,
78:15, 79:6
**math** [1] - 74:17
**matter** [2] - 56:11,
64:14
**matters** [3] - 54:22,
56:14, 56:16
**matters.....................**
**...........** [1] - 4:11
**mean** [8] - 14:7, 28:9,
38:23, 39:10, 43:13,
61:6, 69:4, 96:2
**means** [3] - 31:13,
31:14, 44:6
**measures** [1] - 59:25
**meet** [4] - 9:23, 20:20,
51:14, 88:7
**meeting** [4] - 21:16,
59:6, 65:10, 101:13
**meetings** [9] - 17:20,
24:9, 24:21, 24:23,
24:24, 37:18, 45:21,
46:3, 51:4
**meld** [1] - 56:15
**melded** [1] - 82:22
**member** [2] - 29:17,
87:9

15:21, 16:14, 17:11,
17:15, 30:13, 33:23,
36:12, 50:9, 56:13,
56:24, 57:6, 57:18,
57:24, 66:13, 82:2,
93:14, 101:2
**Justice** [5] - 43:24,
44:1, 44:3, 44:6,
44:8

## K

**Keefe** [1] - 2:10
**keep** [3] - 10:13,
25:21, 82:19
**keeps** [1] - 66:9
**kelliker@huntonak.**
**com** [1] - 3:3
**kept** [1] - 96:17
**Kevin** [1] - 3:1
**key** [2] - 78:24, 80:5
**kid** [1] - 44:25
**kids** [13] - 20:1, 21:6,
21:18, 22:12, 23:15,
25:17, 30:19, 30:23,
32:14, 35:2, 40:14,
48:1, 59:7
**kill** [1] - 61:5
**killing** [1] - 72:10
**kind** [10] - 13:1, 14:16,
26:3, 30:19, 33:23,
41:5, 44:16, 44:20,
51:5, 57:3
**Kindergarten** [1] -
19:22
**Kinney** [3] - 3:5,
95:14, 95:19
**KINNEY** [9] - 3:6,
95:2, 95:4, 95:18,
96:25, 98:5, 98:20,
99:3, 99:11
**Kinney...........** [1] - 4:5
**kiss** [1] - 74:25
**knock** [1] - 5:4
**knowledge** [6] -
95:22, 65:1, 72:21,
84:9, 88:2, 89:22
**knows** [2] - 45:10,
57:8
**KURTH** [4] - 2:14,
2:18, 2:21, 3:1

## L

**L.R** [1] - 12:25
**lack** [1] - 7:17
**ladies** [5] - 8:24,
56:13, 58:4, 72:6,
99:18
**lady** [4] - 5:8, 6:7, 6:8,

**members** [1] - 15:8
**memory** [2] - 13:23, 42:17
**men** [2] - 73:1, 73:11
**mentioned** [6] - 8:15, 34:5, 41:15, 68:14, 73:18, 74:16
**mentor** [1] - 48:25
**mess** [1] - 5:5
**messing** [1] - 5:3
**met** [4] - 88:8, 88:9, 97:12
**metropolitan** [1] - 72:11
**Miami** [3] - 2:4, 2:8, 2:12
**Michael** [2] - 3:5, 95:19
**MICHAEL** [1] - 3:5
**Middle** [15] - 10:20, 17:3, 18:8, 19:18, 20:2, 20:5, 20:10, 45:4, 45:6, 45:24, 46:25, 65:7, 66:19, 92:6, 94:4
**middle** [19] - 10:21, 10:25, 18:2, 18:4, 20:14, 21:19, 22:15, 22:21, 22:24, 24:3, 24:4, 26:7, 33:4, 38:6, 43:8, 48:9, 72:15, 77:16, 96:20
**midyear** [4] - 41:20, 43:6, 43:13, 90:12
**might** [9] - 6:15, 7:9, 8:10, 19:11, 24:12, 24:23, 93:12, 98:17
**mill** [1] - 68:1
**mind** [5] - 16:2, 16:10, 27:8, 28:5, 101:1
**Mind** [1] - 74:18
**mindful** [1] - 38:20
**mine** [1] - 5:11
**minute** [1] - 6:25
**minutes** [2] - 9:9, 101:12
**MISCELLANY** [1] - 4:10
**mischaracterizes** [1] - 81:13
**misconduct** [3] - 67:10, 68:2, 98:22
**missed** [2] - 25:9, 97:17
**mistaken** [3] - 27:19, 30:12, 77:11
**mk@kinneyesq.com** [1] - 3:8
**modified** [1] - 39:10
**mom** [8] - 54:24, 56:5,

59:6, 59:9, 65:11, 65:12, 65:14, 65:17
**moment** [5] - 19:16, 19:17, 68:9, 72:21, 82:14
**Monday** [1] - 6:19
**monitor** [9] - 12:4, 14:10, 15:18, 25:18, 29:20, 51:2, 56:6, 73:22, 75:24
**monitored** [2] - 30:23, 47:6
**monitoring** [4] - 31:15, 31:21, 32:10, 46:23
**month** [1] - 22:1
**months** [1] - 5:16
**mops** [1] - 78:15
**morning** [26] - 5:2, 5:7, 5:9, 5:12, 5:13, 6:16, 8:24, 8:25, 9:2, 9:3, 9:7, 9:10, 9:15, 10:10, 10:11, 12:9, 12:11, 19:3, 19:12, 31:21, 32:16, 32:17, 34:17, 35:1, 56:19, 71:16
**most** [4] - 17:24, 19:23, 33:7, 34:2
**move** [9] - 6:4, 15:19, 21:13, 27:20, 31:6, 57:19, 82:4, 91:21, 91:24
**moved** [1] - 5:12
**moving** [3] - 6:15, 50:4, 82:19
**MR** [141] - 5:11, 6:7, 6:9, 6:17, 7:1, 9:25, 10:9, 11:15, 11:17, 12:13, 12:14, 12:21, 12:24, 14:18, 14:19, 16:1, 16:4, 16:5, 16:9, 16:12, 16:13, 17:10, 17:13, 17:14, 26:10, 26:13, 26:17, 28:5, 28:8, 33:15, 33:21, 36:7, 36:9, 38:16, 38:18, 40:17, 40:20, 43:18, 43:22, 49:23, 50:3, 50:7, 50:8, 56:10, 57:15, 57:22, 57:25, 58:9, 58:25, 59:10, 59:16, 59:17, 65:23, 66:3, 66:5, 66:8, 66:15, 66:16, 70:8, 70:11, 70:12, 70:23, 71:1, 71:5, 71:6, 72:16, 72:23, 73:4, 73:9, 76:20, 76:22, 77:6,

77:13, 77:15, 77:23, 77:25, 80:25, 81:7, 81:9, 81:10, 81:13, 81:18, 82:4, 82:5, 83:14, 83:15, 83:23, 83:24, 84:1, 85:6, 85:9, 85:11, 85:15, 85:17, 85:18, 88:17, 88:19, 89:3, 89:6, 90:17, 90:19, 91:11, 91:12, 91:21, 91:22, 91:24, 92:1, 92:21, 93:6, 93:10, 93:15, 93:18, 93:24, 94:5, 94:8, 94:13, 94:16, 94:21, 95:2, 95:4, 95:6, 95:8, 95:10, 95:18, 96:25, 97:18, 98:4, 98:5, 98:20, 99:3, 99:7, 99:11, 99:15, 100:6, 100:11, 100:18, 100:21, 100:24, 101:5, 101:7, 101:11
**MS** [4] - 8:5, 8:20, 28:7, 100:15

### N

**name** [7] - 14:24, 29:15, 54:17, 54:19, 65:2, 79:23, 102:16
**name-calling** [2] - 54:17, 54:19
**names** [6] - 27:15, 29:14, 30:15, 31:12, 32:10, 55:19
**narrow** [1] - 100:7
**National** [1] - 18:2
**national** [2] - 18:3, 88:22
**near** [4] - 7:25, 22:8, 24:20, 47:17
**need** [19] - 21:1, 21:3, 21:4, 21:7, 21:20, 26:3, 31:9, 36:2, 45:22, 46:7, 50:14, 56:14, 56:21, 57:24, 61:17, 72:18, 78:15, 79:2, 85:1
**needed** [14] - 11:4, 12:8, 25:4, 29:6, 33:13, 36:3, 38:13, 45:11, 47:5, 49:19, 49:20, 67:2, 68:18, 96:19
**needing** [1] - 51:6
**needs** [9] - 32:14, 37:15, 43:15, 48:10, 48:12, 48:13, 49:13,

49:15
**neighborhood** [1] - 68:12
**nervousness** [1] - 22:16
**new** [3] - 20:24, 47:12, 96:22
**next** [25] - 5:8, 21:9, 21:12, 21:13, 22:6, 36:17, 37:3, 42:9, 43:2, 43:18, 45:2, 46:11, 58:19, 62:7, 87:14, 87:17, 89:3, 89:4, 91:11, 91:25, 98:18, 100:9, 100:11
**Night** [2] - 24:12, 24:13
**nine** [1] - 81:1
**non** [1] - 49:13
**non-special** [1] - 49:13
**normal** [2] - 28:20, 76:1
**Nos** [1] - 95:15
**not..** [1] - 46:19
**note** [1] - 94:16
**notes** [2] - 100:6, 102:12
**notice** [1] - 5:18
**notified** [1] - 63:17
**notify** [3] - 35:18, 63:18, 63:19
**November** [3] - 53:12, 54:15, 58:16
**number** [17] - 14:3, 19:5, 20:21, 29:7, 32:13, 33:25, 35:2, 36:14, 36:15, 36:16, 45:15, 46:4, 64:18, 67:14, 67:24, 69:6, 90:18
**Number** [2] - 4:8, 4:9
**NW** [5] - 1:16, 2:15, 2:18, 2:22, 3:2

### O

**o'clock** [5] - 6:11, 6:13, 56:16, 57:5, 100:20
**objected** [1] - 7:17
**objection** [10] - 26:13, 26:15, 59:10, 70:8, 71:1, 81:13, 93:18, 94:5, 95:13, 97:18
**obscene** [1] - 91:5
**observe** [1] - 82:2
**obvious** [1] - 78:7
**obviously** [3] - 5:20, 9:13, 56:24

**occur** [1] - 47:24
**occurred** [6] - 33:11, 54:25, 55:10, 64:3, 83:6, 93:11
**occurring** [4] - 16:23, 31:1, 48:2, 56:7
**OCR** [1] - 81:21
**October** [1] - 21:22
**ODIN** [1] - 3:9
**Odyssey** [1] - 74:18
**OF** [5] - 1:1, 1:11, 3:5, 4:1, 102:1
**offensive** [1] - 91:6
**offer** [1] - 62:24
**OFFICE** [1] - 3:5
**office** [14] - 13:22, 13:24, 15:11, 15:16, 35:3, 60:15, 60:18, 60:20, 60:25, 61:11, 61:12, 61:15, 82:23
**Office** [5] - 82:8, 82:21, 89:13, 89:18, 89:23
**Officer** [2] - 31:19, 59:9
**officer** [16] - 31:20, 31:22, 31:23, 31:25, 32:2, 32:3, 36:3, 36:4, 59:2, 59:19, 63:15, 63:18, 63:20, 67:23, 67:24, 73:18
**offices** [1] - 15:14
**Official** [2] - 102:3, 102:22
**official** [3] - 86:15, 102:5, 102:11
**often** [3] - 48:20, 86:2, 90:10
**Olympiad** [1] - 74:17
**on-site** [1] - 74:1
**once** [6] - 22:11, 32:14, 61:23, 75:2, 90:11, 90:12
**one** [53] - 5:1, 6:3, 8:5, 8:13, 11:1, 12:2, 16:6, 17:24, 18:20, 19:5, 20:21, 21:13, 22:13, 27:18, 28:1, 29:7, 29:15, 29:21, 31:3, 31:5, 33:3, 33:25, 34:18, 35:2, 36:14, 37:18, 38:21, 39:21, 39:24, 42:10, 45:15, 46:4, 49:11, 53:16, 54:1, 55:23, 60:20, 68:9, 69:12, 72:14, 72:21, 77:1, 77:3, 80:5, 82:2, 85:15, 88:15, 92:19, 93:22, 93:25, 101:8

**one-sentence** [1] - 39:21
**open** [9] - 7:9, 8:10, 12:2, 23:14, 28:13, 34:19, 78:24, 79:5, 79:11
**opened** [1] - 7:2
**opening** [2] - 5:7, 10:23
**operation** [1] - 28:24
**opinion** [4] - 7:18, 53:24, 54:10, 54:13
**opportunity** [1] - 63:11
**Opportunity** [1] - 88:21
**opposed** [2] - 15:15, 83:12
**option** [4] - 46:20, 46:21, 47:5, 89:19
**optional** [2] - 89:15, 89:17
**orderly** [1] - 29:8
**orientation** [7] - 22:9, 22:14, 24:1, 25:11, 36:22, 37:1, 37:25
**origin** [1] - 88:23
**otherwise** [1] - 89:23
**out-of-school** [1] - 44:6
**outlined** [1] - 89:20
**outlines** [1] - 39:11
**outside** [5] - 14:13, 27:7, 31:14, 76:4, 83:6
**overruled** [1] - 94:7
**oversaw** [2] - 16:21, 80:7
**oversimplification** [1] - 39:21
**overview** [1] - 41:19
**own** [1] - 41:7

**P**

**P.A.H** [1] - 3:5
**p.m** [4] - 32:9, 32:12, 57:21, 101:19
**page** [11] - 7:9, 36:11, 43:18, 48:7, 86:23, 86:25, 89:3, 89:4, 91:11, 91:21, 92:5
**pages** [2] - 90:15, 102:10
**paper** [1] - 26:22
**parent** [7] - 19:12, 44:11, 45:4, 50:13, 51:11, 74:6, 89:11
**parents** [13] - 24:1, 24:10, 24:11, 25:11,

25:18, 26:3, 38:12, 40:5, 40:6, 40:10, 44:12, 45:16, 51:14
**Park** [1] - 1:20
**part** [6] - 28:22, 37:3, 49:19, 49:20, 54:2, 97:24
**participant** [1] - 39:7
**participation** [1] - 88:24
**particular** [2] - 49:24, 98:1
**parties** [6] - 25:22, 26:11, 36:8, 56:23, 66:3, 94:17
**partnering** [1] - 49:12
**pass** [1] - 41:12
**past** [1] - 25:16
**patently** [1] - 91:6
**pause** [2] - 49:22, 72:22
**PC** [1] - 3:9
**PE** [3] - 29:15, 65:14, 65:15
**pending** [2] - 57:7, 99:23
**Pennsylvania** [4] - 2:15, 2:18, 2:22, 3:2
**people** [7] - 41:7, 55:18, 72:11, 73:13, 74:5, 80:5, 97:22
**percent** [4] - 15:6, 41:12, 42:3, 42:6
**perception** [1] - 26:2
**perfect** [1] - 50:7
**perhaps** [1] - 24:23
**period** [19] - 24:22, 25:10, 30:3, 30:7, 30:9, 30:17, 57:1, 63:8, 65:13, 65:14, 67:10, 67:17, 72:4, 72:7, 73:25, 74:22, 76:2, 78:21
**periods** [1] - 30:5
**permission** [1] - 5:21
**person** [7] - 44:14, 50:12, 51:11, 65:19, 66:18, 66:21, 87:10
**personally** [2] - 52:19, 64:5
**personnel** [2] - 12:3, 73:13
**perspective** [1] - 60:2
**pertain** [1] - 41:12
**Phil** [3] - 15:1, 16:6, 16:14
**Phil's** [1] - 16:24
**phone** [5] - 24:9, 50:13, 51:13, 60:15, 61:23

**phones** [2] - 45:11, 45:12
**physical** [1] - 17:2
**physically** [1] - 82:1
**pick** [3] - 62:18, 62:21, 63:3
**picked** [2] - 65:16, 65:17
**picture** [3] - 34:8, 34:11, 34:15
**pictures** [2] - 33:17, 62:25
**PITTLEMAN** [1] - 3:9
**place** [14] - 21:24, 23:7, 23:8, 45:24, 46:25, 55:7, 56:3, 59:25, 66:25, 67:2, 78:10, 97:6, 97:9, 97:10
**placed** [1] - 48:20
**placement** [1] - 17:5
**Plaintiff** [5] - 1:4, 1:15, 2:2, 4:2, 4:7
**plaintiff** [7] - 57:13, 68:23, 69:7, 69:10, 70:15, 70:24, 73:1
**plaintiff's** [4] - 68:12, 69:17, 83:24, 97:25
**Plaintiff's** [4] - 83:21, 85:10, 90:1, 95:15
**plaintiffs** [1] - 5:12
**plan** [3] - 33:22, 41:5, 63:17
**planning** [3] - 20:10, 46:4
**play** [1] - 23:3
**PLC** [1] - 3:6
**pleasure** [1] - 5:1
**PLLC** [1] - 1:16
**plus** [3] - 50:19, 73:21, 76:4
**pod** [12] - 11:3, 11:6, 11:9, 12:16, 13:18, 14:2, 14:7, 15:17, 55:16, 55:20, 77:1, 77:8
**pods** [2] - 11:8, 11:10
**point** [18] - 15:20, 27:20, 36:20, 37:11, 38:17, 38:19, 40:19, 41:1, 42:9, 43:2, 43:20, 45:2, 45:18, 48:8, 56:11, 59:9, 60:6, 68:19
**pointed** [2] - 51:24, 82:16
**points** [1] - 46:17
**Police** [1] - 32:6
**police** [12] - 8:7, 31:20, 31:22, 32:3,

63:15, 63:18, 63:19, 67:24, 68:14, 68:17, 70:17, 83:17
**policies** [11] - 80:21, 81:12, 81:15, 81:19, 81:24, 81:25, 82:6, 83:1, 83:5, 83:10, 83:16
**policy** [12] - 79:16, 79:18, 81:3, 82:1, 84:9, 84:18, 84:25, 85:24, 87:8, 89:7, 89:10, 89:12
**popping** [1] - 45:14
**portion** [1] - 85:7
**portions** [1] - 86:24
**position** [1] - 31:19
**positive** [1] - 17:17
**possible** [3] - 55:20, 43:25, 68:6
**Post** [1] - 18:14
**power** [7] - 51:15, 51:21, 51:23, 52:1, 52:4, 52:7, 52:10
**practiced** [1] - 20:14
**practices** [1] - 36:13
**pre-7th** [1] - 37:18
**predicament** [1] - 97:23
**predicate** [1] - 59:13
**prefrontal** [1] - 25:15
**pregnant** [1] - 5:17
**Preliminary** [1] - 4:11
**preparation** [2] - 20:11, 25:9
**prepare** [4] - 20:6, 22:7, 23:25, 26:6
**presence** [1] - 75:24
**present** [6] - 8:22, 22:14, 42:11, 58:1, 71:15, 71:22
**presentation** [13] - 23:7, 37:4, 37:9, 38:7, 42:20, 45:9, 90:6, 90:7, 90:10, 90:13, 92:10, 92:13, 92:15
**presented** [2] - 66:14, 89:17
**pretrial** [1] - 6:18
**pretty** [7] - 49:18, 64:19, 78:2, 86:9, 98:10, 101:15
**prevent** [1] - 30:25
**prevention** [2] - 36:13, 48:17
**preview** [1] - 22:23
**previously** [1] - 10:7
**Principal** [2] - 18:13, 18:15

**principal** [28] - 13:22, 15:3, 15:11, 15:14, 16:15, 16:25, 17:6, 17:7, 17:16, 17:22, 18:8, 19:6, 35:3, 36:3, 37:12, 43:14, 50:25, 53:14, 60:16, 60:20, 67:7, 67:11, 71:10, 87:15, 95:23, 96:11, 96:15, 97:17
**principals** [18] - 14:20, 14:24, 16:7, 18:4, 18:23, 23:18, 31:17, 31:22, 41:16, 43:4, 44:9, 50:10, 50:22, 52:8, 53:2, 54:2, 64:7, 92:16
**proactive** [1] - 30:25
**problem** [1] - 46:15
**problems** [3] - 25:25, 30:20, 46:10
**procedures** [1] - 84:19
**proceedings** [5] - 57:21, 72:22, 102:6, 102:11, 102:14
**PROCEEDINGS** [1] - 1:11
**process** [4] - 50:15, 79:1, 86:4, 86:5
**profane** [1] - 91:5
**professional** [1] - 46:21
**Professor** [1] - 100:12
**program** [11] - 21:4, 22:2, 37:3, 48:11, 48:18, 49:2, 49:4, 49:6, 49:16, 88:25
**programs** [2] - 20:22, 74:12
**prohibited** [1] - 91:8
**properly** [1] - 25:21
**property** [1] - 74:10
**protocol** [1] - 39:6
**provide** [3] - 22:21, 41:20, 59:13
**provided** [5] - 41:11, 54:24, 64:18, 66:1, 93:21
**provides** [1] - 48:11
**Public** [3] - 32:3, 32:5, 88:21
**public** [1] - 18:24
**publish** [1] - 26:15
**pull** [5] - 11:15, 33:15, 83:21, 85:10, 90:1
**purpose** [8] - 21:15, 33:10, 34:24, 45:9, 46:2, 63:13, 76:13, 96:15
**purposes** [1] - 82:17

**push** [1] - 101:16
**put** [13] - 5:16, 11:20, 18:5, 55:7, 56:3, 56:23, 57:13, 59:25, 66:24, 67:20, 68:5, 92:22, 97:6

**Q**

**quality** [1] - 54:11
**quarter** [1] - 78:13
**questioning** [3] - 58:13, 87:4, 94:25
**questions** [25] - 7:21, 8:7, 8:8, 10:13, 21:19, 41:12, 51:24, 52:16, 53:20, 53:22, 70:10, 81:6, 81:8, 81:14, 81:19, 81:25, 82:17, 83:11, 86:24, 90:3, 95:6, 95:8, 99:6, 99:7, 99:9
**quick** [1] - 91:23
**quickly** [6] - 6:14, 16:10, 27:14, 27:21, 43:2, 75:16
**quizzed** [1] - 81:11

**R**

**race** [1] - 88:22
**Rachel** [23] - 10:20, 17:1, 17:3, 17:22, 18:5, 18:8, 19:18, 20:2, 20:5, 20:10, 22:7, 24:25, 45:6, 45:24, 46:25, 65:7, 65:19, 66:19, 67:7, 79:18, 92:6, 93:17, 94:4
**raise** [2] - 8:5, 10:16
**raised** [1] - 88:2
**raising** [1] - 87:22
**random** [1] - 76:16
**rape** [6] - 68:11, 70:1, 72:25, 93:7, 93:17, 94:3
**raped** [6] - 68:24, 69:7, 69:11, 69:18, 70:25, 73:2
**rate** [1] - 41:12
**rather** [4] - 27:21, 44:18, 46:14, 72:13
**rbates@hunton.com** [1] - 2:16
**reaction** [1] - 70:24
**read** [8] - 7:11, 8:16, 26:23, 36:23, 38:21, 48:14, 91:15, 92:4
**Reading** [1] - 21:3

**reading** [5] - 7:16, 21:3, 21:4, 22:2, 81:2
**reads** [1] - 40:21
**ready** [4] - 5:3, 5:4, 5:8, 59:14
**reality** [1] - 26:3
**realize** [1] - 43:11
**really** [7] - 16:9, 16:21, 34:8, 49:2, 49:21, 101:12, 101:13
**realtime** [1] - 102:12
**reason** [3] - 8:14, 15:14, 51:10
**reasonably** [1] - 56:17
**reasons** [2] - 52:22, 74:14
**receipt** [1] - 40:11
**receive** [3] - 17:23, 18:15, 40:2
**received** [3] - 17:24, 18:9, 96:4
**receiving** [1] - 96:10
**Recess** [2] - 57:20, 101:19
**recipe** [1] - 22:21
**recognize** [2] - 85:12
**recognized** [2] - 18:3, 49:3
**record** [1] - 95:19
**recording** [1] - 102:13
**redirect** [2] - 99:17, 100:5
**refer** [1] - 52:14
**reference** [5] - 41:25, 42:3, 66:13, 72:1, 72:13
**referenced** [2] - 37:9, 44:3
**referencing** [1] - 72:3
**referral** [1] - 50:13
**referred** [1] - 72:8
**referring** [1] - 65:24
**reform** [2] - 18:2, 18:5
**refresher** [1] - 41:20
**regard** [7] - 50:25, 52:25, 55:4, 59:23, 62:4, 79:2, 88:11
**regarding** [1] - 89:12
**Regulation** [1] - 84:20
**regulation** [1] - 85:14
**related** [1] - 50:11
**relation** [1] - 96:10
**relationships** [2] - 16:16, 35:2
**relayed** [1] - 63:23
**relevance** [3] - 49:24, 71:1, 71:2
**religion** [1] - 88:22

**religious** [1] - 6:3
**remain** [2] - 71:22, 80:15
**remained** [1] - 71:19
**remarks** [1] - 61:4
**remedial** [1] - 21:4
**remedies** [1] - 55:7
**remember** [11] - 53:12, 53:14, 53:21, 55:1, 55:6, 64:20, 68:12, 96:1, 98:10, 98:12, 99:21
**remove** [1] - 51:16
**repeat** [1] - 10:15
**rephrase** [2] - 69:9, 71:3
**report** [1] - 36:16
**reported** [6] - 69:25, 70:1, 70:3, 96:19, 96:21, 102:5
**Reporter** [3] - 3:12, 102:3, 102:22
**REPORTER** [1] - 102:1
**Reporter...................** ... [1] - 4:11
**represent** [2] - 99:11, 99:14
**require** [2] - 25:5, 79:6
**required** [8] - 75:9, 75:14, 79:15, 82:7, 83:1, 83:5, 83:10, 83:17
**requirement** [1] - 79:12
**research** [1] - 7:24
**reset** [1] - 43:10
**resolution** [1] - 44:22
**resolve** [1] - 45:23
**resource** [4] - 59:2, 59:19, 67:23, 73:18
**Resource** [1] - 31:19
**Resources** [1] - 84:4
**resources** [2] - 67:19, 68:5
**respected** [1] - 15:8
**respond** [2] - 8:10, 94:10
**response** [1] - 83:13
**responses** [1] - 8:25
**responsibilities** [2] - 17:18, 39:8, 40:24
**Responsibilities** [1] - 38:25, 39:2, 39:5, 84:20, 84:21, 85:19, 86:3
**responsibility** [3] - 9:23, 30:16, 46:22
**responsible** [2] - 42:18, 46:23

**Reston** [2] - 3:7, 3:11
**Restorative** [5] - 43:24, 44:1, 44:2, 44:6, 44:8
**restore** [2] - 44:7, 44:15
**result** [1] - 90:23
**results** [2] - 91:1, 91:13
**resumed** [1] - 57:21
**retake** [1] - 42:8
**retired** [2] - 81:1, 85:25
**retirement** [1] - 81:5
**return** [1] - 65:19
**review** [8] - 40:22, 42:7, 43:6, 53:10, 53:24, 54:10, 64:10, 89:15
**revised** [1] - 86:3
**revisit** [1] - 100:8
**Rewari** [2] - 2:17
**Rich** [1] - 31:19
**ride** [2] - 19:10, 74:25
**riding** [1] - 37:14
**Rights** [6] - 38:25, 39:2, 39:4, 84:21, 85:19, 86:2
**rights** [3] - 39:7, 39:17, 40:24
**ring** [1] - 73:14
**rising** [1] - 36:21
**rkeefe@bsfllp.com** [1] - 2:13
**roam** [3] - 75:22, 76:5, 76:16
**Robert** [2] - 2:10, 3:6
**role** [3] - 50:10, 50:12, 50:25
**roles** [1] - 23:19
**room** [10] - 14:14, 30:16, 44:19, 44:20, 47:15, 55:23, 57:6, 76:6, 80:15
**ROSSIE** [1] - 1:11
**route** [1] - 33:3
**routes** [1] - 33:3
**RPR** [2] - 3:12, 102:21
**rules** [1] - 86:6
**rumors** [1] - 22:16
**run** [2] - 8:2, 68:1
**run-of-a-mill** [1] - 68:1
**running** [3] - 21:25, 74:6, 96:17
**Ryan** [1] - 2:14
**résumé** [1] - 93:21

**S**

**S.T** [1] - 3:5

**safe** [8] - 25:20, 47:23, 48:1, 55:11, 56:4, 66:25, 97:7
**safety** [6] - 16:22, 31:18, 31:22, 31:25, 32:1, 71:18
**save** [1] - 7:4
**saw** [4] - 35:11, 62:15, 81:21
**scare** [1] - 22:16
**scatter** [1] - 32:17
**scattered** [2] - 10:24, 31:2
**scenario** [1] - 23:4
**schedule** [3] - 24:9, 27:5, 34:5
**scheduled** [1] - 56:16
**schedules** [1] - 21:25
**SCHILLER** [4] - 1:20, 2:2, 2:6, 2:10
**school** [150] - 10:18, 10:19, 10:23, 10:25, 11:8, 11:21, 11:23, 13:24, 14:8, 14:21, 15:8, 16:19, 17:23, 18:1, 18:2, 18:4, 18:16, 19:21, 19:22, 20:6, 20:15, 20:23, 22:9, 22:15, 22:21, 22:24, 23:9, 23:24, 24:3, 24:4, 24:16, 24:22, 25:22, 26:1, 26:7, 27:2, 28:15, 32:23, 32:24, 33:4, 33:17, 34:21, 35:8, 37:24, 38:6, 38:14, 38:15, 39:7, 39:13, 39:15, 40:3, 40:5, 40:21, 43:14, 43:24, 44:6, 45:3, 45:25, 46:23, 47:1, 47:4, 48:9, 49:1, 51:5, 51:19, 51:21, 52:12, 56:3, 59:2, 59:19, 63:15, 63:18, 63:19, 66:4, 66:7, 66:24, 67:20, 67:21, 67:23, 68:5, 68:24, 68:25, 69:1, 69:8, 69:11, 69:18, 70:1, 70:4, 70:16, 70:18, 71:8, 71:9, 72:15, 72:20, 73:10, 73:11, 73:12, 73:18, 73:20, 73:25, 74:1, 74:5, 74:7, 74:13, 74:16, 74:23, 74:24, 75:3, 75:25, 76:2, 76:5, 76:14, 76:17, 76:25, 78:21, 79:4, 79:14, 79:15,

112

83:1, 83:5, 83:7,
83:18, 84:10, 84:15,
85:14, 86:4, 86:11,
86:13, 88:5, 91:7,
92:25, 95:23, 96:11,
96:16, 96:20, 97:8,
97:13, 97:17, 98:11,
98:14
**School** [21] - 10:20,
17:3, 18:8, 19:18,
20:2, 20:5, 20:10,
24:12, 24:13, 31:19,
39:9, 45:4, 45:6,
45:25, 46:25, 65:7,
66:19, 81:2, 86:15,
92:7, 94:4
**school's** [3] - 37:24,
39:12, 60:2
**schooling** [4] - 65:19,
66:19, 66:22, 76:1
**schools** [19] - 10:21,
14:9, 18:24, 19:23,
19:24, 20:1, 20:14,
22:11, 22:12, 22:13,
25:2, 33:8, 37:1,
37:13, 38:4, 38:9,
38:13, 45:11, 86:8
**Schools** [3] - 32:4,
32:5, 88:22
**science** [2] - 13:11,
14:14
**Science** [1] - 74:17
**scores** [1] - 17:25
**Scott** [1] - 2:21
**screen** [5] - 11:19,
12:22, 13:1, 29:25,
77:16
**SE** [3] - 2:3, 2:7, 2:11
**seat** [1] - 15:24
**seated** [7] - 8:23, 10:7,
15:23, 57:12, 58:7,
93:1, 100:2
**seats** [2] - 33:8,
100:23
**second** [8] - 11:14,
15:23, 15:24, 37:11,
56:2, 91:4, 91:15,
92:4
**secondary** [2] - 18:4,
19:23
**seconds** [1] - 5:11
**Section** [1] - 87:2
**section** [9] - 27:12,
31:5, 31:7, 87:1,
87:3, 87:8, 88:15,
88:18, 88:20
**secure** [1] - 57:18
**securing** [1] - 71:14
**security** [9] - 31:18,
31:23, 31:25, 32:2,

71:8, 71:9, 71:18,
75:25, 76:4
**see** [34] - 9:1, 12:22,
14:10, 14:12, 14:14,
19:9, 26:18, 29:25,
31:12, 34:14, 34:21,
35:7, 37:7, 37:16,
38:1, 38:21, 42:13,
48:23, 61:20, 77:13,
77:20, 77:24, 84:4,
84:19, 84:22, 85:1,
86:24, 89:1, 90:16,
97:10, 97:17, 101:2,
101:17
**seeing** [1] - 87:3
**seek** [1] - 37:6
**seem** [1] - 78:6
**sees** [1] - 43:14
**sense** [1] - 20:8
**sentence** [2] - 39:21,
43:21
**separate** [9] - 21:1,
24:14, 24:15, 35:15,
42:19, 44:24, 50:18,
97:21, 99:9
**separation** [1] - 52:23
**September** [1] - 21:22
**September/October**
[1] - 42:10
**serious** [1] - 91:9
**seriously** [2] - 17:18,
43:12
**serves** [1] - 42:17
**service** [1] - 34:25
**services** [7] - 19:4,
19:7, 20:18, 23:18,
35:4, 37:13, 88:9
**SESSION** [1] - 1:8
**Session** [1] - 101:20
**set** [3] - 5:15, 22:1,
35:17
**seven** [2] - 5:16, 24:7
**several** [3] - 33:3,
46:16, 67:1
**severe** [1] - 48:20
**sex** [1] - 88:23
**sexual** [3] - 42:12,
83:6, 91:18
**shadow** [2] - 55:14,
60:6
**shadowing** [2] - 60:3,
60:8
**shall** [1] - 88:22
**shared** [1] - 5:14
**shift** [2] - 19:16, 27:1
**shoot** [1] - 101:1
**shooting** [3] - 99:19,
100:19, 100:22
**short** [2] - 5:22, 13:13
**short-circuit** [1] -

13:13
**shorthand** [2] - 102:5,
102:12
**shot** [1] - 72:14
**show** [6] - 23:14,
29:19, 33:23, 34:8,
34:15, 73:14
**showed** [9] - 39:25,
53:11, 62:17, 80:17,
80:21, 81:24, 83:16,
83:23, 85:20
**shower** [1] - 78:11
**showing** [4] - 82:6,
82:25, 83:4, 85:15
**shown** [3] - 78:1,
81:20, 83:21
**Sibrian** [2] - 79:22,
80:1
**sic** [1] - 37:14
**sic]** [1] - 38:25
**side** [4] - 5:25, 8:12,
29:6, 39:17
**sign** [1] - 40:6
**silly** [1] - 48:23
**similar** [1] - 98:6
**simply** [1] - 92:11
**single** [1] - 68:4
**site** [2] - 73:19, 74:1
**sitting** [2] - 15:20,
77:5
**situation** [9] - 44:14,
46:13, 47:8, 60:22,
63:7, 69:13, 72:1,
79:7, 98:17
**six** [4] - 20:3, 30:15,
67:25, 69:2
**size** [1] - 78:2
**skip** [1] - 46:16
**slanted** [1] - 14:16
**slide** [2] - 91:23, 91:25
**slides** [1] - 92:2
**slightly** [1] - 68:21
**small** [1] - 71:24
**smile** [1] - 17:17
**smiling** [1] - 9:2
**smooth** [1] - 26:7
**sniper** [3] - 71:14,
72:1, 72:9
**social** [1] - 37:14
**socially** [1] - 46:11
**solutions** [1] - 46:14
**someone** [5] - 5:10,
5:19, 56:24, 61:5,
98:14
**sometimes** [8] -
25:15, 26:1, 26:3,
49:8, 49:9, 78:7,
81:19, 84:7
**somewhat** [1] - 6:22
**somewhere** [2] - 6:13,

101:3
**Sona** [1] - 2:17
**sorry** [31] - 6:25,
22:10, 23:12, 23:17,
26:11, 32:6, 32:8,
33:18, 34:23, 39:3,
40:18, 41:2, 41:4,
47:21, 51:4, 54:15,
63:19, 67:5, 74:4,
74:24, 75:7, 77:21,
81:7, 82:16, 83:7,
84:21, 87:5, 90:22,
90:23, 95:7, 98:9
**sort** [11] - 5:3, 8:6,
9:18, 20:11, 29:20,
33:1, 43:6, 55:6,
56:15, 93:21, 97:23
**sorts** [1] - 98:6
**sound** [1] - 8:8
**sounds** [1] - 8:20
**source** [1] - 59:19
**space** [2] - 57:1, 78:13
**speaking** [5] - 21:17,
30:13, 39:1, 53:7,
72:17, 72:19, 91:5
**special** [6] - 21:4,
48:10, 48:12, 49:13,
49:15
**specialist** [2] - 73:21,
76:5
**specialists** [1] - 74:5
**specific** [11] - 7:24,
11:2, 11:4, 31:4,
38:15, 43:16, 70:20,
73:24, 98:24, 98:25
**specifically** [3] -
42:22, 52:25, 101:14
**spent** [2] - 15:4, 81:2
**spill** [1] - 79:5
**sports** [1] - 74:12
**spot** [2] - 31:3
**Square** [1] - 3:13
**SR&R** [22] - 38:22,
38:23, 39:5, 39:6,
39:24, 40:22, 40:23,
41:3, 41:13, 41:17,
41:19, 42:19, 43:6,
81:21, 82:11, 85:1,
85:3, 86:21, 89:10,
89:20, 90:6, 92:11
**srewari@huntonak.**
**com** [1] - 2:20
**SRO** [3] - 45:3, 71:17,
88:9
**staff** [15] - 15:8, 17:5,
18:10, 24:24, 24:25,
25:3, 27:5, 28:17,
29:17, 37:24, 51:4,
60:21, 82:9
**Stafford** [1] - 9:6

**stairs** [1] - 28:10
**stairways** [1] - 28:11
**stairwell** [2] - 47:17,
56:1
**stand** [12] - 9:25,
15:25, 16:1, 16:9,
17:10, 19:4, 27:21,
32:21, 34:25, 47:15,
57:23, 58:3
**standard** [1] - 7:19
**standing** [2] - 14:13,
34:16
**start** [3] - 15:2, 19:8,
101:8
**started** [5] - 10:12,
20:21, 27:3, 45:10,
45:14
**starting** [1] - 50:2
**state** [2] - 17:25, 86:5
**statement** [1] - 53:11
**statements** [1] - 63:21
**States** [1] - 3:12
**STATES** [2] - 1:1, 1:12
**static** [1] - 41:6
**station** [1] - 46:22
**stationed** [1] - 29:11
**status** [1] - 88:23
**stay** [6] - 7:15, 52:11,
74:14, 75:3, 75:9,
75:14
**staying** [2] - 74:21,
75:2
**step** [7] - 20:11, 20:13,
22:4, 87:14, 87:17,
100:3, 100:4
**Step** [1] - 23:21
**steps** [5] - 23:23,
36:17, 46:11, 68:18,
68:20
**still** [5] - 22:8, 74:10,
76:7, 76:11, 76:13
**stipulate** [3] - 66:3,
66:7, 94:17
**stipulated** [2] - 26:12,
36:8
**stop** [2] - 72:6, 96:23
**stopping** [1] - 56:11
**Street** [4] - 1:16, 2:3,
2:7, 2:11
**stretching** [1] - 49:24
**strike** [2] - 8:17, 8:19
**striking** [1] - 8:6
**strong** [1] - 16:16
**struggles** [1] - 9:7
**stuck** [1] - 22:19
**Student** [1] - 84:21
**student** [47] - 5:15,
14:2, 19:4, 19:7,
20:17, 21:1, 22:9,
23:5, 23:18, 34:25,

35:4, 35:12, 35:14, 35:23, 37:4, 37:13, 38:14, 44:5, 46:23, 49:1, 49:13, 50:11, 51:14, 64:16, 65:2, 65:4, 67:9, 68:1, 72:14, 82:7, 82:9, 82:11, 83:2, 84:13, 84:25, 85:3, 87:8, 88:8, 88:21, 89:11, 90:8, 98:21
**student-created** [1] - 37:4
**student-on-student** [2] - 82:7, 83:2
**student-related** [1] - 50:11
**students** [111] - 10:25, 11:1, 11:6, 11:23, 12:7, 12:11, 13:17, 14:11, 15:9, 16:16, 16:17, 16:18, 17:20, 19:1, 19:9, 20:12, 21:23, 22:7, 23:8, 23:14, 23:25, 25:18, 26:6, 28:12, 28:14, 29:4, 29:5, 29:7, 31:14, 32:11, 33:5, 33:8, 34:2, 34:16, 36:13, 36:14, 36:22, 37:5, 37:10, 37:25, 38:6, 39:12, 39:15, 39:17, 40:2, 40:10, 40:23, 41:8, 41:11, 41:20, 42:3, 43:10, 43:16, 44:12, 44:17, 45:10, 45:12, 45:15, 45:22, 46:9, 47:14, 47:23, 48:11, 48:12, 48:13, 48:20, 48:22, 48:24, 49:15, 50:15, 54:5, 54:6, 56:1, 59:23, 62:5, 62:12, 62:18, 62:25, 63:1, 63:14, 63:22, 64:18, 64:21, 64:25, 71:15, 71:17, 71:20, 71:22, 74:2, 74:5, 74:10, 74:14, 74:20, 74:21, 74:25, 75:2, 75:7, 75:9, 75:18, 75:20, 78:18, 78:19, 80:10, 84:15, 84:19, 90:6, 90:13, 91:7, 98:7
**Students** [7] - 38:25, 39:1, 39:4, 84:20, 84:21, 85:19, 86:2
**students'** [5] - 26:2, 31:16, 37:5, 37:14, 39:7

**studies** [1] - 29:21
**studying** [1] - 81:2
**stuff** [1] - 100:8
**subject** [2] - 7:22, 97:11
**subjected** [1] - 88:24
**subscribed** [1] - 102:15
**success** [1] - 22:22
**successful** [1] - 49:2
**succinct** [1] - 43:25
**sudden** [1] - 98:15
**sued** [1] - 93:1
**suggestions** [1] - 97:7
**suggestive** [1] - 83:13
**Suite** [7] - 1:17, 1:21, 2:3, 2:7, 2:11, 3:7, 3:10
**summary** [1] - 39:22
**superintendent** [2] - 87:18, 87:23
**supervision** [3] - 25:23, 29:6, 32:15
**supervisor** [4] - 78:25, 79:21, 80:3
**support** [6] - 20:22, 37:6, 48:12, 67:2, 94:2, 96:20
**supports** [8] - 21:2, 21:5, 21:20, 21:21, 21:24, 25:4, 93:16, 97:6
**supposed** [3] - 28:20, 47:13, 87:10
**surprisingly** [1] - 56:14
**suspension** [1] - 44:6
**suspensions** [1] - 52:5
**sustained** [3] - 93:5, 93:9, 93:12
**switch** [4] - 68:9, 68:21, 80:17, 92:22
**sworn** [1] - 10:7
**S███** [6] - 15:1, 17:8, 29:24, 30:14, 53:16, 53:18
**system** [7] - 18:16, 19:21, 39:7, 84:10, 84:16, 86:12, 86:13

## T

**T.B** [1] - 3:6
**table** [1] - 64:17
**TABLE** [1] - 4:1
**talkie** [1] - 60:19
**talks** [1] - 46:6
**T███** [4] - 15:1, 15:2, 15:3, 15:4

**tape** [1] - 102:13
**targeted** [1] - 18:10
**T███** [1] - 13:12
**teacher** [13] - 12:2, 13:11, 29:15, 29:17, 29:18, 42:7, 46:22, 47:9, 47:13, 75:8, 75:21, 75:24
**teacher's** [1] - 14:14
**teachers** [29] - 11:2, 13:15, 15:7, 20:20, 20:24, 24:6, 24:7, 27:6, 30:17, 37:20, 40:22, 41:5, 41:8, 41:10, 41:15, 46:13, 46:21, 47:7, 47:10, 47:16, 48:4, 52:1, 52:4, 55:15, 55:16, 67:25, 74:2, 74:5, 74:13
**teaching** [1] - 28:21
**team** [9] - 13:8, 14:3, 15:12, 21:8, 28:3, 42:16, 43:16, 45:21, 46:5
**Team** [3] - 27:13, 27:17
**teams** [8] - 11:1, 11:9, 17:19, 27:17, 27:25, 42:12, 42:18, 54:7
**telephone** [1] - 95:22, 96:1
**temperature** [1] - 51:6
**Tenth** [1] - 3:13
**tenure** [1] - 71:10
**Terry** [13] - 15:1, 17:8, 17:10, 17:12, 17:15, 17:17, 29:24, 30:15, 31:16, 53:16, 53:18, 55:22, 58:17
**Terry's** [1] - 30:16
**test** [6] - 40:23, 41:11, 41:12, 41:25, 42:4
**testified** [4] - 52:22, 82:21, 90:4, 90:7
**testify** [2] - 5:15, 59:14
**testimony** [7] - 7:10, 49:25, 53:22, 66:14, 70:6, 70:10, 102:6
**testing** [2] - 13:23, 21:19
**THE** [95] - 1:1, 1:11, 3:5, 5:1, 5:24, 6:8, 6:12, 6:21, 8:4, 8:14, 8:21, 8:23, 9:1, 9:9, 9:11, 10:2, 15:25, 26:14, 49:22, 50:1, 50:6, 56:12, 57:11, 57:16, 57:24, 58:2, 58:23, 59:12, 66:2,

66:6, 66:12, 70:9, 70:19, 70:22, 71:2, 72:6, 72:14, 73:3, 73:5, 73:7, 73:8, 77:12, 77:14, 77:22, 80:24, 81:6, 81:8, 81:14, 81:16, 81:17, 82:2, 83:11, 85:5, 85:8, 92:8, 92:12, 92:14, 92:16, 92:18, 92:19, 92:20, 93:5, 93:9, 93:12, 93:20, 94:7, 94:11, 94:15, 94:20, 94:24, 95:3, 95:7, 95:9, 95:13, 96:23, 96:24, 97:19, 98:18, 98:19, 99:1, 99:2, 99:5, 99:8, 99:13, 99:16, 100:1, 100:9, 100:13, 100:16, 100:20, 100:23, 100:25, 101:6, 101:10, 101:12
**theatre** [2] - 12:7, 23:7
**theoretically** [1] - 97:22
**thinking** [1] - 6:2
**third** [5] - 17:7, 31:10, 45:18, 46:18, 91:17
**thorough** [3] - 50:15, 64:22, 64:24
**threat** [1] - 63:21
**threatening** [3] - 61:4, 91:16, 91:20
**threats** [1] - 59:8
**three** [7] - 11:9, 19:24, 36:11, 36:16, 51:15, 67:24, 70:3
**three-page** [1] - 36:11
**throughout** [4] - 10:24, 31:2, 46:22, 53:18
**tied** [1] - 60:20
**tight** [1] - 71:25
**timeline** [1] - 96:2
**timely** [2] - 9:12, 33:5
**timing** [1] - 57:8
**Tinsley** [2] - 57:8, 99:24
**Title** [3] - 81:22, 82:23, 82:24
**today** [2] - 52:18, 101:11
**together** [1] - 102:13
**tolerated** [1] - 92:6
**TONIA** [1] - 3:12
**Tonia** [2] - 102:3, 102:21
**took** [7] - 17:18,

43:23, 54:2, 55:24, 61:19, 64:24, 82:24
**tool** [1] - 44:22
**top** [15] - 13:1, 16:24, 18:23, 27:12, 29:1, 48:8, 55:6, 58:20, 74:15, 81:20, 84:3, 84:5, 90:20, 90:22, 92:4
**Top** [1] - 28:10
**topic** [8] - 8:13, 44:1, 68:10, 68:21, 70:13, 80:18, 92:2, 92:23
**topics** [1] - 7:25
**TORCHINSKY** [1] - 1:15
**touched** [1] - 72:18
**touching** [1] - 91:18
**tour** [1] - 36:22
**toward** [3] - 24:18, 98:11
**towards** [1] - 12:25
**traffic** [2] - 9:3, 9:18
**train** [1] - 41:7
**trained** [2] - 40:22, 44:9
**training** [1] - 41:2, 41:17, 41:24, 42:16, 42:19, 43:23, 44:3
**TRANSCRIPT** [1] - 1:11
**transcript** [4] - 7:11, 7:16, 8:16, 102:11
**transition** [2] - 24:3, 26:7
**transitioning** [3] - 31:15, 47:18, 96:20
**transitions** [2] - 28:15, 47:24, 55:14, 60:7
**TRIAL** [2] - 1:11, 4:1
**Trial** [1] - 102:6
**trial** [1] - 8:17
**tricky** [1] - 98:3
**trip** [1] - 101:11
**trips** [1] - 46:6
**trouble** [1] - 10:14
**true** [1] - 61:13
**true/false** [2] - 42:2
**truncated** [1] - 6:22
**trust** [2] - 19:1, 48:3
**try** [8] - 9:13, 10:13, 44:13, 53:6, 57:4, 57:5, 58:4, 63:7
**trying** [6] - 5:19, 9:12, 9:23, 43:25, 69:12, 101:8
**Tuesday** [1] - 6:19
**turn** [2] - 48:7, 91:11
**turned** [1] - 34:20
**tutoring** [1] - 74:13

**twice** [2] - 41:18, 90:11
**two** [21] - 11:9, 12:10, 22:12, 27:17, 29:14, 30:9, 31:17, 31:21, 36:15, 37:1, 44:12, 54:1, 61:3, 62:18, 63:14, 66:8, 66:10, 70:3, 92:2, 95:10, 101:12
**type** [2] - 41:16, 48:24
**types** [3] - 8:7, 23:5, 62:12

**U**

**unable** [1] - 54:24
**uncomfortable** [1] - 55:10
**under** [13] - 14:21, 14:24, 24:24, 29:22, 30:15, 31:7, 84:18, 86:8, 87:8, 88:20, 88:25, 89:10, 98:12
**understood** [3] - 20:23, 22:4, 48:24
**undo** [1] - 77:23
**united** [1] - 3:12
**UNITED** [2] - 1:1, 1:12
**unless** [3] - 9:7, 75:23, 97:20
**unlocked** [1] - 78:17
**unlocking** [1] - 79:3
**unreasonable** [1] - 5:24
**unusual** [1] - 20:13
**unzoom** [2] - 88:17, 89:3
**up** [41] - 5:5, 5:10, 10:2, 10:3, 10:13, 11:15, 26:10, 26:25, 27:10, 27:21, 28:12, 33:15, 35:17, 42:15, 43:12, 44:14, 44:16, 45:14, 46:14, 51:6, 54:16, 55:23, 58:2, 60:20, 61:17, 65:11, 65:16, 65:17, 69:2, 76:20, 78:10, 78:12, 79:5, 79:6, 83:21, 85:10, 90:1, 93:4, 93:7, 93:17, 94:3
**update** [2] - 43:15, 86:9
**upset** [2] - 19:11, 61:19
**upstairs** [3] - 69:21, 69:23, 69:24
**useful** [1] - 97:2
**usual** [1] - 56:20

**V**

**VA** [3] - 3:7, 3:11, 3:14
**validate** [1] - 54:24
**variety** [1] - 41:7
**verbally** [1] - 91:2
**verification** [1] - 88:13
**verify** [1] - 92:17
**version** [1] - 84:19
**versions** [2] - 86:7, 86:18
**versus** [1] - 102:7
**vexes** [1] - 100:25
**victim** [5] - 44:12, 50:16, 50:17, 54:4, 54:5
**view** [2] - 7:16, 33:23
**violated** [1] - 7:20
**Virginia** [2] - 72:12, 102:4
**VIRGINIA** [1] - 1:1
**vision** [1] - 14:17
**visit** [4] - 20:15, 37:13, 38:4, 38:8
**visualize** [2] - 15:18, 36:16
**VOGEL** [1] - 1:15
**voice** [3] - 10:13, 10:16, 14:22
**VOLUME** [1] - 1:8
**volunteers** [1] - 74:6
**Voyagers** [2] - 28:1, 28:3
**vulgar** [1] - 91:5

**W**

**wait** [2] - 6:25, 61:22
**walk** [7] - 35:5, 36:18, 57:3, 60:14, 63:11, 74:20
**walked** [3] - 34:12, 48:1, 56:2
**walkers** [1] - 75:1
**walkie** [1] - 60:19
**walkie-talkie** [1] - 60:19
**walking** [2] - 34:14, 79:7
**walks** [1] - 57:4
**wall** [1] - 13:15
**wants** [1] - 5:10
**Washington** [7] - 1:17, 2:15, 2:19, 2:22, 3:2, 18:14, 72:11
**watch** [5] - 18:1, 81:6, 81:8, 83:11, 85:5
**water** [1] - 78:11
**ways** [1] - 37:5

**weaver** [1] - 20:17, 25:2, 35:14, 35:20, 59:2, 59:7, 59:8, 59:11, 59:15, 61:21, 61:23
**Weaver** [6] - 21:15, 32:21, 34:6, 34:16, 59:11, 61:20
**week** [4] - 6:19, 41:8, 45:20
**weird** [1] - 97:23
**welcome** [1] - 19:7
**welcomed** [1] - 49:21
**well-being** [2] - 16:22, 35:7
**whatnot** [13] - 22:3, 22:19, 25:22, 33:12, 44:6, 45:13, 46:5, 48:23, 49:9, 50:13, 62:14, 75:23, 79:5
**whereas** [1] - 32:16
**whereof** [1] - 102:15
**whichever** [1] - 26:22
**white** [1] - 26:21
**whole** [1] - 90:8
**wide** [1] - 28:13
**Wiehle** [1] - 3:10
**willing** [2] - 66:24, 68:7
**win** [1] - 18:7
**withdraw** [2] - 66:18, 66:21
**WITNESS** [11] - 70:22, 72:14, 73:7, 80:24, 81:16, 92:12, 92:16, 92:19, 96:24, 98:19, 99:2
**Witness** [2] - 10:7, 58:7
**witness** [10] - 5:14, 5:22, 48:22, 54:24, 66:9, 97:24, 100:9, 100:11, 102:15
**WITNESSES** [1] - 4:1
**witnesses** [3] - 6:5, 54:23, 64:18
**witnesses'** [1] - 7:23
**wonderful** [1] - 15:6
**wondering** [1] - 100:21
**word** [3] - 51:18, 51:19, 82:22
**words** [2] - 13:4, 14:13
**writing** [2] - 51:12, 91:5
**written** [2] - 41:25, 42:1

**Y**

**year** [35] - 13:24, 14:21, 18:18, 18:20, 20:24, 22:8, 22:9, 22:18, 23:9, 24:16, 27:3, 37:18, 39:9, 40:3, 40:21, 41:18, 41:19, 43:8, 43:9, 43:24, 45:3, 45:25, 47:1, 70:1, 70:3, 70:4, 70:18, 79:20, 86:5, 86:9, 89:11, 90:11, 98:9
**Year** [2] - 18:13, 18:15
**yearbook** [4] - 62:18, 62:22, 62:24, 63:3
**yearly** [2] - 39:10, 98:8
**years** [8] - 17:24, 67:7, 67:16, 69:2, 72:7, 81:1, 86:11, 86:16
**yellow** [1] - 92:5
**yesterday** [23] - 10:18, 11:16, 33:17, 39:25, 52:16, 53:11, 53:21, 68:10, 68:11, 75:16, 80:21, 81:11, 82:21, 83:23, 85:16, 85:17, 85:20, 86:25, 87:3, 90:2, 90:16, 95:22, 96:7
**you-all** [1] - 101:17
**young** [6] - 5:8, 6:6, 6:7, 6:8, 6:9, 6:10
**yourself** [5] - 18:7, 51:8, 64:4, 72:12, 86:20

**Z**

**Zoll** [1] - 2:2
**zoom** [18] - 12:13, 12:22, 27:12, 28:25, 29:1, 29:23, 31:8, 36:20, 37:11, 43:19, 45:2, 45:19, 77:6, 77:7, 87:2, 88:17, 89:4
**zoomed** [1] - 77:7
**zooms** [1] - 12:15
**Zuluaga** [1] - 88:1

115