1

```
 1                 UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
 2

 3    B.R.,                        :
                                   :
 4              Plaintiff,         :   Civil Action
                                   :   No. 1:19-cv-917
 5          v.                     :
                                   :
 6    F.C.S.B., et al.,            :   April 4, 2024
                                   :   10:27 a.m.
 7                                 :
              Defendants.          :
 8                                 :   VOLUME 13 - A.M. SESSION
     ...........................   :
 9                                 :

10

11           TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          BEFORE THE HONORABLE ROSSIE D. ALSTON, JR.,
12              UNITED STATES DISTRICT COURT JUDGE

13   APPEARANCES:

14   For the Plaintiff:          Jonathan Fahey, Esq.
                                 HOLTZMAN VOGEL BARAN TORCHINSKY
15                               & JOSEFIAK, PLLC
                                 2300 N Street NW
16                               Suite 643a
                                 Washington, DC 20037
17                               202-536-1702
                                 Email: Jfahey@holtzmanvogel.com
18
                                 Alison Anderson, Esq.
19                               BOIES SCHILLER FLEXNER, LLP
                                 2029 Century Park East
20                               Suite 1520
                                 Los Angeles, CA 90067
21                               213-995-5720
                                 Email: Alanderson@bsfllp.com
22

23

24

25
     APPEARANCES:  (Cont.)
```

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

```
                                                                    2
1
     For the Plaintiff:        Brittany Zoll, Esq.
2                              BOIES SCHILLER FLEXNER, LLP
                               100 SE 2nd Street
3                              Suite 2800
                               Miami, FL 33131
4                              610-804-1787
                               Email: Britzoll@gmail.com
5
                               Andrew Brenner, Esq.
6                              BOIES SCHILLER FLEXNER, LLP
                               100 SE 2nd Street
7                              Suite 2800
                               Miami, FL 33131
8                              305-539-8400
                               Email: Abrenner@bsfllp.com
9
                               Robert Keefe, Esq.
10                             BOIES SCHILLER FLEXNER, LLP
                               100 SE 2nd Street
11                             Suite 2800
                               Miami, FL 33131
12                             850-585-3414
                               Email: Rkeefe@bsfllp.com
13
     For Defendant F.C.S.B.:   Ryan Bates, Esq.
14                             HUNTON ANDREWS KURTH, LLP
                               2200 Pennsylvania Avenue, NW
15                             Washington, DC 20037
                               202-955-1596
16                             Email: Rbates@hunton.com

17                             Sona Rewari, Esq.
                               HUNTON ANDREWS KURTH, LLP
18                             2200 Pennsylvania Avenue, NW
                               Washington, DC 20037
19                             202-955-1974
                               Email: Srewari@huntonak.com
20
                               Scott W. Burton, Esq.
21                             HUNTON ANDREWS KURTH, LLP
                               2200 Pennsylvania Ave NW
22                             Washington, DC 20037
                               202-955-1664
23                             Email: Burtons@huntonak.com

24

25
     APPEARANCES:  (Cont.)     Kevin Elliker, Esq.
```
Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

3

```
 1                              HUNTON ANDREWS KURTH, LLP
     For Defendant F.C.S.B.:   2200 Pennsylvania Avenue, NW
 2                              Washington, DC 20037
                                804-788-8200
 3                              Email: Kelliker@huntonak.com

 4
                                Michael E. Kinney, Esq.
 5                              THE LAW OFFICE OF MICHAEL E.
     For the Defendants:        KINNEY, PLC.
 6   (S.T., A.F., P.A.H.,       1801 Robert Fulton Drive
     T.B., B.H., M.P.F., M.C.,  Suite 120
 7   F.T., J.F.)                Reston, VA 20191
                                Email:  Mk@kinneyesq.com
 8
                                Bruce Blanchard, Esq.
 9                              ODIN, FELDMAN & PITTLEMAN, PC.
     For the Defendant J.O.:    1775 Wiehle Avenue
10                              Suite 400
                                Reston, VA 20190
11                              Email:  Bruce.blanchard@ofplaw.com

12
     Official Court Reporter:   MS. TONIA M. HARRIS, RPR
13                              United States District Court
                                401 Courthouse Square
14                              Tenth Floor
                                Alexandria, VA 22314
15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1                          TABLE OF CONTENTS
                            TRIAL WITNESSES
 2
     On behalf of the Plaintiff:
 3
     Bi██ R████████
 4
             Direct examination by Ms. Anderson............... 07
 5           Cross-examination by Ms. Rewari.................. 87

 6                              EXHIBITS

 7   On behalf of the Plaintiff:
                                                            Admitted
 8
     Number 089......................................... 19
 9   Number 109......................................... 30
     Number 185......................................... 36
10   Number 245......................................... 67
     Number 266A........................................ 20
11   Number 261A........................................ 76
     Number 320......................................... 85
12
     On behalf of the Defendants:
13                                                          Admitted

14   Number 20.......................................... 122
     Number 48.......................................... 98
15   Number 76.......................................... 108
     Number 77.......................................... 109
16   Number 78.......................................... 114
     Number 80.......................................... 116
17   Number 121......................................... 111
     Number 122......................................... 111
18   Number 381......................................... 92

19                             MISCELLANY

20   Preliminary matters................................ 05
     Certificate of Court Reporter..................... 135
21
     After review of the record and upon agreement of counsel and
22   deputy clerk, all final exhibits can be found on CME at Docket
     #975.
23

24

25
```

B.R. v. F.C.S.B.

5

1          THE COURT:  Good morning.

2          (Good morning responses.)

3          THE COURT:  Are we ready to bring the jury in?

4          MS. ANDERSON:  Yes, Your Honor.  The only thing I

5    would say is I'm hoping for a little latitude on leading

6    through documents or transitions --

7          THE COURT:  Yeah.  I would --

8          MS. ANDERSON:  -- just to make this go quickly.

9          THE COURT:  I would hope that everyone would

10   understand that the Court is of a view that if there are

11   essentially nonsubstantive matters, if we could limit the

12   objections to nonsubstantive matters and allow leading to get

13   to the points that we're trying to reach.  And that -- that

14   will go for both sides.

15         MS. ANDERSON:  Thank you.

16         THE COURT:  Very good.

17         Ms. Tinsley.

18         (A pause in the proceedings.)

19         (Jury present.)

20         THE COURT:  Good morning.  You may be seated.  Thank

21   you.

22         Good morning, ladies and gentlemen.

23         (Good morning responses.)

24         THE COURT:  Thank you for your willingness to be

25   here on time.  As is often the case, we are taking care of

─────B. R. v. F. C. S. B.─────

6

1    some matters that will hopefully make the case more streamline

2    for you.

3          I have to ask you this question:  Have any -- all of

4    you lived up to the Court's instruction not to discuss the

5    case or any aspect of the case with anyone?  And I take it,

6    again, you've stayed away from social media and print media to

7    the extent that you can.

8          Today things are going to go a little bit, we'll

9    say, different than they have in the past.  The lawyers have

10   gotten together to try to streamline things just a little bit.

11   This witness that we're next going to hear is going to be of

12   some length.

13         What the lawyers have essentially suggested that for

14   nonsubstantive matters, that they're going to be able to lead

15   a little bit.  I think you all have sort of gotten the idea of

16   what a leading question is.

17         And for nonsubstantive things, we're going to let

18   them lead a little bit just so we can get into what others

19   might call the meat of the case.

20         Okay.  Very good.

21         MS. ANDERSON:  Thank you, Your Honor.  The plaintiff

22   recalls Bi█ R.

23         THE COURT:  Okay.  Come on up, ma'am.

24         Why don't we go ahead and place her under oath again

25   since it's been a while.

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────

EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

7

1          (Bi███ R., plaintiff's witness, sworn.)

2          THE COURT:  Please have a seat, ma'am.

3          Listen to the questions of counsel, answer them as

4   best you can.  If you hear the Court or an interruption from

5   the lawyer, slow down just a little bit so that we can resolve

6   those issues.

7          THE WITNESS:  Yes, sir.

8          THE COURT:  Yes, ma'am.

9                    DIRECT EXAMINATION

10  BY MS. ANDERSON:

11  Q.   Good morning, Ms. R.

12  A.   Good morning.

13  Q.   Okay.  So just to set the stage since I know you were

14  here before where we left off when talking about your

15  interactions with the school, we were on November 21st, you

16  had spoken about coming into the school and your first meeting

17  with Ms. H████ and others and then Ms. T████ sort of

18  joining the meeting, and that's where we -- where we sort of

19  stopped.  So I'm going to look to pick up there just to -- to

20  orient you.

21          So in that meeting, when Ms. T████ is brought into

22  the meeting, can you just explain what happens?

23  A.   So, actually, we are outside of Ms. H██████ office,

24  and Ms. T████ and Mr. H████ approached.  We decide to go

25  upstairs to Ms. T████'s office, and I asked them to please

Direct - Bi.R.

B.R. v. F.C.S.B.

8

1  wait until the transition of classes ended because B███ was

2  afraid of anybody seeing her and, you know, any sort of

3  retaliation, so we waited until there was no traffic.

4        Officer Genus had to go somewhere -- I don't know

5  where -- and we proceeded upstairs to the main staircase.

6  Q.   Okay.  And when you say who's -- who's upstairs, who is

7  with you, just to remind the jury?

8  A.   At this time, it's Ms. T███, Mr. H█████, my daughter,

9  and my husband.

10 Q.   Okay.

11 A.   And myself.

12 Q.   And once you are up in Ms. T███'s office, can you please

13 describe the conversation that -- that you start to have?

14 A.   Sure.  So we start off by me explaining that I think that

15 the rumors and the slurs that had been going around, the

16 sexual rumors and slurs, were precipitated by a pumpkin patch

17 event, and I recounted the details of that and -- and that

18 this boy, D███ N███, had tried to --

19 Q.   And I'm sorry, I'm going remind you to please try to use

20 initials, so D.N.

21 A.   Oh, so sorry.  Okay.  Yes, I'm sorry.

22        So D.N. had tried to, I think, touch my daughter's

23 breasts, and he had exposed himself, and she told him to stop.

24 And -- and when she came back to school there were rumors that

25 she was giving blow jobs and she was letting boys in her

Direct - Bi.R.

─────B.R. v. F.C.S.B.─────

9

1    pants.

2            And I conveyed all of this to Ms. T▮▮▮.  And I

3    said, In addition now, she finds these boys at her locker, her

4    main locker, and they had their hands in her pants, they're

5    touching her blouse, inside her blouse.  They're touching her

6    butt.

7            And -- and then I told her about the slurs, you

8    know, she's a lesbian, she's a bitch, she's a whore, a slut.

9    And I said it's online.  It is in the hallways.  And -- and

10   then I also told her about -- do you want me to stop, I'm

11   sorry.

12   Q.  I was just going to break in a little bit.

13           And did you tell her anything about $50?

14   A.  I was just getting to that.

15   Q.  Okay.

16   A.  Yes.  And then I told her that he had demanded $50 or

17   threatened to spread these rumors and slurs even further.

18   And -- and what else did I tell her -- I think that's the main

19   gist of it.

20   Q.  Okay.  And what, if any, was Ms. T▮▮▮ or Mr. H▮▮▮'s

21   reactions?

22   A.  Well, they were listening intently, and then they said,

23   We think typically this is a boy/girl thing.

24           And I said to them, Listen, I've come to you first.

25   Do I need to go to this young boy's house and talk to his

B.R. v. F.C.S.B.

1   parents?

2          And Ms. T███ said, Why do you want to ruin a young

3   man's life?  We've got this.  We can handle this.  She says, I

4   know the family well, and he's had a rough life.

5          And I -- I said, I'm not looking to ruin anyone's

6   life.  I just want my daughter's safety, and I want her to

7   have her education uninterrupted.

8   Q.    Okay.  And how did you leave the meeting?  Like, how --

9   what was the -- what was the determination after that

10  discussion?

11  A.    So Ms. T███ said, We can handle this.  It's going to

12  take a little time, so I would like it if you could keep --

13  can I call my daughter by her name or B.R.?

14  Q.    First name.

15  A.    First name.

16         So we would like it if you could keep B███ home

17  until after Thanksgiving.  It's going to take a little time

18  for us to investigate it.

19         And I said, That's not a problem.  We can do that.

20  And I said, But B███ is here today with me because she is

21  prepared for a test that she has, and I would like for her to

22  take this test, and she would like to take this test.  Is it

23  possible for you to change her PE locker so that she can stay,

24  take the test, and then finish the day out?

25         And she said, That should be no problem.  We'll

Direct - Bi.R.

B.R. v. F.C.S.B.

11

1   get -- take care of that right away.

2            Let me recall if there's anything else.  I think

3   that was the gist of it.

4   Q.   Okay.  And were you there if -- if or when B▮▮▮ wrote a

5   statement?

6   A.   Oh, so during our conversation, she had asked B▮▮▮ to

7   step into this alcove area of her office, and there's a desk

8   there, and she asked if she would write a statement.

9   Q.   Okay.  And after this meeting, did B▮▮▮ then go back to

10  class?

11  A.   She -- she went to -- I don't know if it was class,

12  lunch.  When I left, I -- I went home, and she went to

13  wherever her schedule was, yes.

14           MS. ANDERSON:  Okay.  If -- I'd like to -- this is

15  already in evidence.  If I may publish Exhibit 79, page 1?

16           THE COURT:  You may.

17           (Plaintiff's Exhibit No. 79 published.)

18  BY MS. ANDERSON:

19  Q.   And did you send an email after the meeting?

20  A.   I did.

21  Q.   Okay.  And so the date of that email is November 21,

22  2011, right?

23  A.   Yes.

24  Q.   And who is that addressed to?

25  A.   Ms. T▮▮▮, Ms. H▮▮▮▮▮, and Mr. H▮▮▮.

B.R. v. F.C.S.B.

12

1    Q.    Okay.  And you say at the top line, "Thank you so much

2    for taking the time to help us with the sexual harassment and

3    bullying problems our daughter, B████, has been encountering

4    at Rachel Carson since the end of October," correct?

5    A.    That's correct.

6    Q.    Okay.  And then the middle paragraph, you discuss the

7    sexually explicit message.  Were you ever able to get that

8    message back from Sprint?

9    A.    No, they said I needed a subpoena.

10   Q.    Okay.  And then you write, "B███ is scared about any

11   retribution."

12          What did you mean about that?

13   A.    She was afraid of being called a snitch.  You know, sort

14   of coming to school and telling what was going on.  She had

15   been told not to speak to anyone about what was going on.

16   Q.    Okay.  And did you send another email that day?

17   A.    I did.

18   Q.    Okay.  If --

19          MS. ANDERSON:  And this email is also already in

20   evidence, Your Honor.  If we may publish Plaintiff's

21   Exhibit 80?

22          THE COURT:  You may.

23          (Plaintiff's Exhibit No. 89 published.)

24          MS. ANDERSON:  And if we can go to the bottom of

25   that email, please?

─B.R. v. F.C.S.B.─

13

```
1   BY MS. ANDERSON:
2   Q.   And is this the same date, Ms. R.?
3   A.   Yes, it is.
4   Q.   Okay.  And what is the title, the subject, sorry?
5   A.   Update on B████ day at school.
6   Q.   Okay.  And is this to the same three assistant principals
7   Ms. T███, or -- and guidance counselor, Ms. H██████, and
8   Mr. H█████?
9   A.   Yes, it is.
10  Q.   Okay.  And in here, what -- what prompted this email?
11  A.   So B████ had said that she did not get her locker
12  changed and she said that she was assaulted, harassed by J███
13  at her PE locker.  And I was pretty upset because they had
14  assured me that they would have it changed by that afternoon.
15  Q.   Okay.  And in here you write, "B████ was left to deal
16  with J███ O. on her own during 8th period."
17           So is that what you were just discussing?
18  A.   Yes.
19  Q.   Okay.  You also write, "Today was worse than any other
20  day with at least 15 unknown people approaching her during
21  lunch and LS and asking if she gave oral sex to C██████ and
22  David."
23           And you wrote that in the email?
24  A.   Yes.  Uh-huh.
25  Q.   And then you also wrote, "J████ and C███████'s rumors
```

B.R. v. F.C.S.B.

14

1   about her supposed sex acts... her classmates asked if those

2   rumors were true... and we are extremely worried."

3           Did you write all of that?

4   A.   Yes, I did.

5   Q.   Okay.

6           MS. ANDERSON:   Okay.  You can take that down.  Thank

7   you, Mr. Brown.

8   BY MS. ANDERSON:

9   Q.   Did you have a meeting the next day, November 22nd, at

10  the school?

11  A.   Yes, I did.

12  Q.   Okay.  And -- and can you please tell the jury how that

13  meeting was set up?

14  A.   Sure.  I received an email from Ms. T█████ early in the

15  morning, I want to say 7:30 or so, and she asked if I could

16  come to school that morning.  I think I told her that I wasn't

17  available in the morning but that I could come between 12 and

18  2, or something like that.

19  Q.   Okay.  Did you end up going to school that day?

20  A.   I did.

21  Q.   And who, if anyone, did you end up meeting with?

22  A.   It was Mr. H██████ and Ms. T█████.  And I think

23  Ms. H██████ was there until she was called out for a guidance

24  meeting.

25  Q.   Okay.  And was B█████ with you?

———B.R. v. F.C.S.B.———

15

1    A.   She was.

2    Q.   And what about your husband, S████?

3    A.   He was.

4    Q.   And can you walk us through -- who sort of starts the

5    meeting off?

6    A.   We all walk in and exchange greetings, and we sit down

7    and we're about to talk and Ms. T████ says, Hold on.  Before

8    we get started, let me just grab something for you.

9         She goes into her top drawer and she says, I want to

10   give you this $50 before I spend it on Christmas shopping.

11   And she said, I stopped by Stacy's last night on the way home,

12   and it's a total misunderstanding.

13        And I said, What are you talking about?

14        And she said, Apparently, B████ had loaned the money

15   to C████, according to Stacy -- Stacy is C.K.'s mom -- and

16   she wanted to return it to you.

17   Q.   Okay.  And did the issue of her investigation into

18   B████ complaints from the prior day, did that come up during

19   that conversation?

20   A.   Yes.  She said, I spoke with both boys and their stories

21   matched up.

22        And I said, And does that surprise you?  I said,

23   You've got two boys covering for each other.  I mean, I hope

24   you did more than that for your investigation.

25        And she said, Again, I think it's boy/girl thing,

—B.R. v. F.C.S.B.—

16

1   and very often parents of girls don't know what their

2   daughters are really doing.  Then she said, You may not know

3   that, you know, B████ was in the basement with -- and she said

4   David, and then H█████ and H█████ had to correct her.  She

5   said C██████ and she meant to say David, so they corrected

6   her.

7           And I got a little upset and I said, You know -- I

8   said, I want to give you an example.  I said, For adults, I

9   said, Let's say you and Mr. H████ have a nice relationship at

10  work and you decide you want to have dinner.  He says, Hey,

11  S████ you want to have dinner with me?

12          THE COURT:  Ms. Anderson, we've heard this one

13  before.

14          THE WITNESS:  I did?

15          MS. ANDERSON:  I don't --

16          THE COURT:  She's testified to this before.

17          MS. ANDERSON:  Are you --

18          THE COURT:  I specifically remember the

19  hypothetical.

20          MS. ANDERSON:  Okay.  We can check the transcript,

21  but I don't think we made it to this meeting.

22          THE COURT:  Move on.

23          MS. ANDERSON:  Okay.

24  BY MS. ANDERSON:

25  Q.   Okay.  And did you bring up the word -- the term "sexual

B.R. v. F.C.S.B.

17

1    harassment"?

2    A.    Yes, I told her in either case, no matter how it ended,

3    you wouldn't tolerate sexual harassment slurs, sexual slurs,

4    and things about what you were doing with Mr. H███████ to go

5    around the school.

6    Q.    Okay.  We're not going to talk about the analogy, but,

7    okay.

8            After this meeting in November, do you have any

9    visits with Dr. Weaver?

10   A.    I do, yes.

11   Q.    Okay.  And can you describe those visits?

12   A.    Yes.  I think I saw him once or twice.  I was concerned

13   about B██████ behavior.  She was getting more sullen, weepy,

14   angry, noncommunicative, isolating, so I went to Dr. Weaver.

15   I said, Can you talk to her -- you know, because he had that

16   method of talking to the kids after the examination -- check

17   it out, see if she's doing any drugs, alcohol, I don't know.

18   And I said, Her behavior is just not herself, and he spoke

19   with her -- I said, She's also very sad.

20   Q.    Okay.  And did she -- did B████ attend each of the

21   appointments with you?

22   A.    I believe there was one where I went by myself.

23   Q.    Okay.  And what is happening at school towards the end of

24   November and heading into early December?

25   A.    So Thanksgiving ended and I think it was November 30th or

B.R. v. F.C.S.B.

18

1    so and it was a Monday.  The first couple of days were sort of

2    uneventful, and this is what I had noticed, that after a

3    break, school was kind of calm and then things escalated.  So

4    by midweek, things had really escalated and she was receiving

5    death threats now, and the death threats were, C.K.'s got guns

6    and knives and ropes and he's going to kill you.  He's really

7    mad.  He's going to kill you.

8              And she would get these from strange people in the

9    hallways during class transitions.

10   Q.   Okay.  And I'd like to --

11             MR. BLANCHARD:  If I could just -- I think that

12   she's getting into hearsay.  If she could just identify that

13   this was information relayed to her from others as opposed to

14   information she heard.

15             MS. ANDERSON:  Of course.

16             THE COURT:  Focus the witness.

17   BY MS. ANDERSON:

18   Q.   Where did you receive that information?

19   A.   My daughter was telling me.

20   Q.   And Exhibit 89 is not yet in evidence.

21             Can you please take a look at that in your book?

22   A.   In my book?

23   Q.   Is that an email about -- between you and the school

24   about the locker?

25   A.   Yes, it is.

Tonia M. Harris OCR-USDC/EDVA 703-646-1438
EASTERN DISTRICT OF VIRGINIA

────────── B.R. v. F.C.S.B. ──────────

19

1   Q.   Okay.

2          MS. ANDERSON:  And move to admit Plaintiff's

3   Exhibit 89.

4          MS. REWARI:  No objection.

5          THE COURT:  Without objection.

6   (Plaintiff's Exhibit No. 89 was admitted into evidence.)

7   BY MS. ANDERSON:

8   Q.   If we can go to the bottom of page 1, please.

9          And so this is on December 1, 2011, correct?

10  A.   Correct.

11  Q.   And, once again, it's to Ms. T████, Ms. H███████, and Mr.

12  H█████, correct?

13  A.   That's correct.

14  Q.   And you say, "Hope you all enjoined a wonderful

15  Thanksgiving with family and friends.  B█████ appears to be

16  doing much better this week."

17          Is that what you were just referring to?

18  A.   Correct.

19  Q.   Okay.  And, "She does run into the boys when she is on

20  the second floor for Spanish, and there are still a few

21  comments and questions made by some students in the hallways,

22  but she says she has been able to handle that."

23          And then is the last paragraph, is that about the

24  reassignment of her PE locker?

25  A.   Yes.  Because she still hadn't received a new PE locker.

B.R. v. F.C.S.B.

20

1      MS. ANDERSON:  You can take that down.  Thank you,

2  Mr. Brown.

3  BY MS. ANDERSON:

4  Q.   This is also not yet in evidence, so if you can take a

5  look at 266A in your binder.  Under those emails between you

6  and the school.

7  A.   The conference request email; is that the one you're

8  referring to?  Yes.

9  Q.   Okay.

10      MS. ANDERSON:  Move to admit Plaintiff's

11  Exhibit 266A.

12      THE COURT:  Without objection.  You may publish.

13      MS. REWARI:  No objection, Your Honor.

14  (Plaintiff's Exhibit No. 266A was admitted into evidence.)

15      MS. ANDERSON:  Okay.  Thank you, Your Honor.

16  BY MS. ANDERSON:

17  Q.   If we can go, Mr. Brown, to page 2, please.  And if we

18  can sort of zoom in a bit.  So is this -- this email, the date

19  is December 5, 2011, correct?

20  A.   I think I'm looking at the wrong one, I'm sorry.

21  Q.   Oh, you can look on the screen now.  It's been published.

22  A.   Okay.  Okay.  Yes.

23  Q.   And that's an email to you, correct?

24  A.   That's correct.

25  Q.   From Ms. H████?

─B.R. v. F.C.S.B.─

21

1    A.    Yes.

2    Q.    And she lists -- she says, "Below is a list of a few

3    therapists in the area."

4          What kind of therapists were these?

5    A.    So I had asked the school for a social worker or

6    psychologist, and she said they didn't have the resources

7    available.  So I said, Could you give me outside therapists at

8    least?

9    Q.    Okay.  And did you call these therapists?

10   A.    Every single one.

11   Q.    And what was the result of that?

12   A.    They were not able to see us.

13   Q.    And just why?

14   A.    Not trauma informed, or not taking new patients, or not

15   taking our insurance.

16   Q.    In early December, did you take B███████ to participate in

17   any kind of show?

18   A.    I did.

19   Q.    Okay.  Can you just describe that generally?

20   A.    Ms. Moir, I think is her name, was B██████ music teacher,

21   and she said there was an open call at South Lakes High School

22   for a drama that they were going so put on in January.  And

23   since B█████ was so isolated, not mingling with or, you know,

24   socializing with her friends at Rachel Carson, I thought this

25   would be a great way to get her to do some activity.  And she

B.R. v. F.C.S.B.

22

1   auditioned, and she was accepted.

2   Q.   And in or around December 7, 2011, did you attend a

3   school safety advisory meeting?

4   A.   I did.

5   Q.   Okay.  And what was that about, just generally high

6   level?

7   A.   It was a program that Officer Genus and Ms. Weaver were

8   presenting on internet safety, I believe it was, and I

9   attended because B███ was being harassed, you know, with the

10  sexual slurs and everything online, and I wanted to learn more

11  about it.  And then after the meeting was over, I asked

12  Ms. Weaver and Officer Genus if we could speak.

13  Q.   Okay.  So let's take this in pieces.  When you first

14  start speaking with Ms. Weaver, what do you discuss with

15  Ms. Weaver?

16  A.   So I said to her, you know, I had hoped by now that the

17  school would be able to curtail all the sexual slurs and the

18  rumors about the activity, sexual activities B███ was

19  engaging in, but it's not -- you know, it's not being handled,

20  and I'm wondering if somebody could perhaps -- I was trying to

21  come up with solutions and I said, Could someone shadow B███,

22  you know, in between classes when most of this is happening.

23  Maybe seeing an adult would deter, you know, this from

24  happening.

25          And she said, I think that's possible.  And she

B.R. v. F.C.S.B.

23

1   goes, I'm going to talk to J█████ [sic] F███████, and why

2   don't you reach out to her as well and we can start that, and

3   she can help B██ H██████ do this.  And I said, That's

4   great.  I really appreciate it.

5          And then Officer Genus was walking with us, and I

6   said, Officer Genus --

7   Q.   And just to --

8   A.   I'm sorry.

9   Q.   -- refamiliarize the jury, is that the SRO, so the --

10  A.   Yes, it's the school --

11  Q.   -- when you say "officer," he's the one who's on campus?

12  A.   Correct.  He's the School Resource Officer.  Yeah.

13  Q.   And what's the conversation that you have with --

14  A.   I told him, you know, that I was really worried about the

15  threats, the death threats B████ was receiving, and I told him

16  about the guns and ropes.  And I said, I'm really worried if

17  this kid has a gun, you know, and she's scared and I'm scared.

18         And he said, I can go over to their house and

19  inquire.

20         And I said, I would really appreciate that.  And he

21  also told me that he did not know about the extortion and that

22  the school kept these things from him, that he was separated.

23  Q.   Okay.  Did he ever follow up with you about the threats?

24  A.   He told me that he had called the family instead of

25  visiting.  And I expressed my disappointment, and he said that

B.R. v. F.C.S.B.

24

1   they say there are no guns.

2          MS. REWARI:  Objection, Your Honor.  Hearsay, with

3   respect to what the officer said.

4   BY MS. ANDERSON:

5   Q.   Okay.  I guess if that's -- if the position is that he's

6   not -- I mean, he is --

7   A.   Well, my understanding --

8   Q.   -- he's the SRO at the school, but if the position is

9   that he's not a part of the party, then we'll move on.

10         MS. REWARI:  He's not employed by the school system.

11         MS. ANDERSON:  Okay.

12         If we can pull up what's already been admitted in

13  email from December 7th, if you can look at --

14         And may we publish this, Your Honor?  It's

15  Plaintiff's Exhibit 84.

16         THE COURT:  Any objection?

17         MS. REWARI:  Page 7 and 8?

18         MS. ANDERSON:  Oh, page 7 and 8, I'm sorry.  Page 7

19  and 8.

20         THE COURT:  Page 7 and 8 --

21         MS. ANDERSON:  It's already admitted.

22         It's the F█████████ email.

23         THE COURT:  Without objection.  You may publish.

24  (Plaintiff's Exhibit No. 84, pages 7-8, published.)

25         MS. ANDERSON:  Okay.  If we can go to the top of

B.R. v. F.C.S.B.

25

1   page 8, bottom of page 7, just to show that email.

2   BY MS. ANDERSON:

3   Q.   So after speaking with Ms. Weaver, did you send

4   Ms. F███████ an email?

5   A.   Yes, I actually tried to call her, and I received her

6   voicemail so then I followed up with this email.

7   Q.   Okay.  And you say in the email, "I am not sure if

8   Mrs. Weaver has had a chance to speak with you yet, but my

9   daughter B██████, 7th grade Explorers, has been experiencing

10  some extreme bullying and harassment and RCMS.  As a

11  consequence of her sharing her experience with school

12  administrators, she is now concerned about her safety at

13  school because of ongoing threatening remarks."

14        What did you mean by -- because of her experience --

15  her sharing her experience with the school administrators she

16  is now concerned about her safety.

17  A.   Well, the three people that were involved had now been

18  notified.  You know, they had to make statements and

19  everything.  So they started threatening her, namely C.K. was

20  sending people --

21        MS. REWARI:  Objection, Your Honor.  Hearsay.

22  BY MS. ANDERSON:

23  Q.   It's -- it's from -- is that information that you

24  received from your daughter?

25  A.   That's correct.

B.R. v. F.C.S.B.

26

1          THE COURT:  Directly?

2          THE WITNESS:  Directly.

3          THE COURT:  Okay.  Overruled.

4    BY MS. ANDERSON:

5    Q.    "That she always enjoyed speaking with you so Mrs. Weaver

6    suggested she meet with you to get some strategies and skills

7    for coping with the situation."

8          When you wrote "always enjoyed speaking with you,"

9    did you have an understanding of whether your daughter had

10   spoken with Ms. F██████████ before?

11   A.    She had tried to see Ms. H███████ who was her counselor,

12   but she ended up speaking with Ms. F█████████ on several

13   occasions because she couldn't speak with Ms. H███████.

14   Q.    Okay.  And was it -- was it your understanding that she

15   felt comfortable with Mrs. F██████████?

16   A.    Yes.

17   Q.    And --

18          MS. ANDERSON:  We can take that down.  Thank you.

19   Actually, I'm sorry, can you -- can you put that back up,

20   please?  Just the same as it was.  And then if we can go to

21   page 7, middle, the next email.

22   BY MS. ANDERSON:

23   Q.    And Ms. F███████ writes you back, correct?

24   A.    Correct.

25   Q.    Okay.  And she says, "I was able to speak with B████████

B.R. v. F.C.S.B.

27

1    yesterday.  I will be monitoring between change of classes of

2    first and third periods today and tomorrow."

3             What did you understand that to mean?

4    A.    That she would be shadowing her in between the change of

5    classes during those two periods.

6    Q.    Okay.  And then she says, "I will continue to support --

7    be a support for her and you throughout the year."

8             Do you see that?

9    A.    Yes.

10   Q.    Was she able to help you after this time period?

11   A.    No.

12   Q.    Okay.  If we can go to page 7, top of that.

13            And is that an email from you to Ms. F▮▮▮▮▮▮▮ and

14   Ms. H▮▮▮▮▮▮?

15   A.    That's correct.

16   Q.    And you say, "B▮▮▮▮ said yesterday was a great day at

17   school.  She attributes this to the guidance and hallway

18   shadowing provided by you.  Thank you for providing the

19   support."

20            And then do you request, then, that they continue to

21   shadow through the early part of next week?

22   A.    I did.  Because I thought if the students saw these

23   administrators and counselors it would really deter the

24   ongoing sexual slurs and harassment.

25   Q.    Okay.  What is your understanding of whether the

Direct - Bi.R.

———B.R. v. F.C.S.B.———

28

1  shadowing continued?

2  A.   It did not continue.  And I called Ms. H███████, and she

3  said to me, We just don't have the resources.  We can't

4  continue.

5  Q.   Okay.  And did you have a conversation with Mr. H██████

6  about it?

7  A.   Not at this time.

8  Q.   Okay.

9  A.   I don't think so.

10 Q.   Did you at some other time have a conversation with Mr.

11 H████ about shadowing?

12 A.   Yes.  I don't remember exactly.  We talked about -- he

13 and Officer Genus would position themselves at the day's end

14 near her lockers and -- and just keep an eye that way.  But

15 whenever I came to school they were directing traffic, and I

16 confronted him one day, and I said, What happened to the

17 shadowing?  Where -- you're -- you're directing traffic.

18 Q.   And what was Mr. H██████ response?

19 A.   Again, you know, We -- we have other things to do.  We're

20 limited in our resources.

21 Q.   Okay.  And in December, can you just describe some of

22 what's going on, what you're witnessing and you're seeing of

23 what's going on with B██████'s emotions or her emotional

24 state?

25 A.   She's imploding.  She's not doing well at all.  She's

B.R. v. F.C.S.B.

29

1    struggling at school.  She's struggling with work.  She's

2    struggling to communicate.  She's struggling to regulate her

3    emotions.  She's -- she's having a hard time, and she's very

4    fearful about going to school.

5    Q.   And is there, around this time, an issue that happens

6    with homework missing?

7    A.   Yes.  So I think it was the middle of December or so.  A

8    couple of classes, her homework was missing.  She had turned

9    it in.  There are bins, and it was missing.  And then there

10   was a chemistry book that was missing, and when they found it,

11   I think Mr. T████ and B███ found it, it was defaced, and it

12   said, "Fuck you, B███" on it, and it was torn up.

13   Q.   Okay.  If you can look at Plaintiff's Exhibit 109 in your

14   binder.

15   A.   I'm sorry.  What was the number?

16   Q.   109, please.

17   A.   Okay.

18   Q.   Is that an email between you and the school about B██████

19   absences?

20   A.   Yes, we --

21   Q.   Okay.  Hold --

22   A.   Sorry.

23   Q.   Give me one minute, please.

24        MS. ANDERSON:  I move to admit Plaintiff's

25   Exhibit 109.

B.R. v. F.C.S.B.
30

1          MS. REWARI:  No objection.

2          THE COURT:  Without objection.  You may publish.

3          MS. ANDERSON:  Thank you, Your Honor.

4  (Plaintiff's Exhibit No. 109 was admitted into evidence.)

5          MS. ANDERSON:  And if we can just zoom in on the top

6  portion.

7  BY MS. ANDERSON:

8  Q.   Okay.  Can -- can you explain what the bottom email is?

9  A.   So this was an automated email that the school sent.  And

10  I was -- I was upset that they're sending me this automated

11  email but nobody is doing anything to help my child.  So I

12  decided to respond to the automated email and say, Yeah, she's

13  absent.  She's absent because there's all this bullying and

14  sexual harassment going on.  She's not absent because she

15  wants to be absent.

16  Q.   Okay.  And you include in that email "increased level of

17  bullying and vandalism that she experienced this week"?

18  A.   Yes, that's correct.

19  Q.   Okay.

20          MS. ANDERSON:  You can take that down.  Thank you,

21  Mr. Brown.

22  BY MS. ANDERSON:

23  Q.   I want to draw your attention to January 27th.

24          MS. ANDERSON:  And this is already admitted into

25  evidence, so if I may publish Plaintiff's Exhibit 111?

1           THE COURT:  You may.

2           MS. ANDERSON:  Thank you, Your Honor.

3           Bottom of page 1, please.  Top of --

4  BY MS. ANDERSON:

5  Q.   At this time, did B███ write an email to Ms. Weaver and

6  Mr. F███████ at the school?

7  A.   Yes, she did.

8  Q.   Okay.  And was the subject of that email bullying at

9  RCMS?

10 A.   That's correct.

11 Q.   Okay.

12          MS. ANDERSON:  And -- and you can take that down.

13 Thank you, Mr. Brown.

14 BY MS. ANDERSON:

15 Q.   That -- did you have a meeting at the school that same

16 day?

17 A.   I did.

18 Q.   And was that already scheduled or was that in response to

19 this email?

20 A.   No, it was already scheduled.

21 Q.   Okay.  And can you just walk us through when you go to

22 the school for that meeting?

23 A.   Yes.  So I believe it was in the afternoon, and I'm

24 ushered to the waiting area outside -- it's kind of outside

25 Mr. F██████'s office.  And there's a lot of -- and they asked

Direct - Bi.R.

─────── B.R. v. F.C.S.B. ───────

32

1    me to take a seat there, and they're discussing some funny

2    stuff, I guess.

3              And I said hello to Mr. F█████.  And -- and I

4    said, What's everybody talking about?

5              And he said, Oh, I was on the centerfold of *Time*

6    magazine, and I can't stand that my eyes are closed.  It was

7    raining, the rain drops were in my eyes, and my eyes were

8    closed.

9    Q.   Okay.  And so, then who do you end up meeting and

10   discussing B████ -- B████ with?

11   A.   I was waiting for Ms. B█████ and Mr. H█████ who had just

12   been printing -- I saw them printing out B█████ letter as I

13   arrived.

14   Q.   Okay.  And was B████ with you this day?

15   A.   No, she was not.

16   Q.   Okay.  And what about your husband, S████?

17   A.   No.

18   Q.   Okay.  And Ms. T████, was she at this meeting?

19   A.   No.

20   Q.   Okay.  And what did you say to -- I think you said

21   Ms. B█████ and Mr. H█████?

22   A.   I wanted to know what we could do to help deter these

23   death threats because the way she had to get guidance

24   counselors, permission to speak, it was very obvious to all

25   the other students.  And she was being called a snitch.

─── Tonia M. Harris OCR-USDC/EDVA 703-646-1438 ───

EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

33

1          And then the students would start harassing her even

2   more, so I had expressed my desire to find a solution for

3   that.  And that was the purpose of that meeting.

4   Q.   Okay.  And what was Mr. H████ response?

5   A.   I'm not sure I totally understand, but in good faith, I

6   guess, he was like, We're going to have these passes that

7   we're going to have available already for her so she doesn't

8   have to request permission, and then she can come and use

9   them, you know, whenever she needs.

10          I said I would be willing to give it a try.

11  Q.   Okay.  And what, if any, response did Ms. B████ have in

12  that meeting?

13  A.   For Ms. B████, she talked to me about how girls at that

14  age often have difficulty regulating their emotions, and she

15  referenced her own daughter.

16  Q.   Oh, we'll pause there.

17  A.   Oh, sorry.

18  Q.   But just -- you can just tell us what she said about

19  girls generally.

20  A.   She just said that girls in general at this age have

21  trouble with regulating their emotions, and she gave me an

22  example of her own daughter.

23          And -- and I said to her -- you know, she -- she

24  said, I have resources.

25          And I said, Well, you know, I really would like a

Direct - Bi.R.
─────────B.R. v. F.C.S.B.─────────
                                                                                   34

 1    good therapist.  If you have that, give me names because I'm

 2    still struggling.

 3           And I said, If you have the name of a social worker

 4    in the school that I could get in touch with.  And I said,

 5    Maybe even a Title IX coordinator.

 6           And she said, I'll get you these resources.

 7    Q.   How did you know or think of a Title IX coordinator?

 8    A.   Well, that's -- Title IX is to protect girls --

 9    Q.   Without -- without describing Title IX.

10           THE COURT:  Ma'am, listen to the question.

11           THE WITNESS:  Okay.

12           THE COURT:  And answer that question and that

13    question only.

14           THE WITNESS:  Could you ask that again?

15    BY MS. ANDERSON:

16    Q.   Yes.

17           How is it that you knew as just a parent like to ask

18    for a Title IX coordinator?

19    A.   Two ways.  One is I was a women's study sociology major

20    in college, and I learned about Title IX.  And the other way

21    is because I help administrate it at work.

22    Q.   Okay.  And -- and just very briefly, what was your role

23    at work?

24    A.   I do corporate communications.

25    Q.   Okay.  And in that role, did you work with HR a lot?

─────────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────────
                    EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

35

1   A.   Yes.  So corporate communications and HR worked to

2   implement training for sexual harassment and just educating

3   our employees.

4   Q.   Now, in this January 27th meeting, did you bring up

5   anything about Facebook?

6   A.   I told Ms. B███ that there were a lot of Facebook pages

7   that were, you know, saying cruel things to B███.

8            And she said, I just took one down.  I'm working on

9   some others.  So she says, We're on it.

10  Q.   Okay.  A few days later, did -- was there an altercation

11  with your daughter and yourself about -- over a cell phone?

12  A.   There was.

13  Q.   Okay.  Can you just tell the jury, sort of, high level

14  what happened in that situation?

15  A.   Yeah.  So I had a rule that all phones had to be docked,

16  you know, when it was bedtime, and I noticed one phone was

17  missing.  I went upstairs and I saw that my daughter had her

18  father's phone, and I said to her, B███, give me the phone.

19            And she said, In a minute.

20            And I said, No, give it to me now.  And I went to

21  take it from her, and she held on to it really tightly, and we

22  were sort of struggling for the phone, and she was very

23  emotional and very scared and -- and that's really what

24  happened.

25  Q.   Okay.  How did that situation end?  How did the struggle

B.R. v. F.C.S.B.

36

1   end?

2   A.   She gave me the phone, you know.

3   Q.   Okay.  If you can look at Plaintiff's Exhibit 185 in the

4   binder.  Is that an email exchange between you and Mr. H████?

5   A.   February 3rd?

6   Q.   Yes.

7   A.   Yes.

8           MS. ANDERSON:  Okay.  I move to admit Plaintiff's

9   Exhibit 185.

10          MS. REWARI:  No objection, Your Honor.

11          THE COURT:  Without objection.  You may publish.

12  (Plaintiff's Exhibit No. 185 was admitted into evidence.)

13          (Plaintiff's Exhibit No. 185 published.)

14          MS. ANDERSON:  Thank you, Your Honor.

15          If you can go to the bottom of page 1, please.

16  BY MS. ANDERSON:

17  Q.   And, Ms. R., is this an email from Mr. H████ to

18  yourself?

19  A.   Yes.

20  Q.   Okay.  And just so that we note, that's -- you sometimes

21  use a -- an email that says the "R. Family" and sometimes this

22  email?

23  A.   That's correct.  Yeah.

24  Q.   And they are both you?

25  A.   They are both me, yes.

B.R. v. F.C.S.B.

37

1    Q.    And the subject is "Checking in," correct?

2    A.    That's correct.

3    Q.    Okay.  And it's Mr. H████ writing, and he says, "I

4    wanted to check in to see how things are going and to send you

5    our plan that we discussed on Friday, January 27th."

6              It says that there?

7    A.    Yes.

8    Q.    And the rest of that email, is that the discussion of the

9    plan you had just spoken about from that meeting?

10   A.    Correct.

11   Q.    Okay.

12             MS. ANDERSON:  If we can go to page 1 in the middle,

13   please.

14   BY MS. ANDERSON:

15   Q.    And is this your response to Mr. H█████?

16   A.    It is.

17   Q.    And you said, "B████ says she can also discreetly come to

18   administration and counselors during the switching period

19   between classes.  I trust this is acceptable as well."

20             Do you say that?

21   A.    Yes.

22             MS. ANDERSON:  Thank you, Mr. Brown.  We can take

23   that down.

24   BY MS. ANDERSON:

25   Q.    What is your understanding of what's happening then, in

─────B.R. v. F.C.S.B.─────

38

1  late January and early February, with your daughter at school?

2  A.   Everything is escalating.

3  Q.   And, again, is this coming from your daughter?

4  A.   Yes.

5  Q.   And what are you hearing?

6  A.   Death threats daily, sexual slurs daily, unwanted

7  touching daily.

8  Q.   Okay.  And we've already gone through this discussion, so

9  I'm just going to point out -- this period of time, but is it

10  February 9th, then, that you pull your daughter out of school?

11  A.   I did.

12  Q.   And, again, that's the discussion you already talked

13  about between you and Ms. B█████?

14  A.   Correct.

15  Q.   Okay.

16       MS. ANDERSON:  If we can pull up what's already been

17  admitted, Plaintiff's Exhibit 132, please.

18       And if I may publish, Your Honor?

19       THE COURT:  You may.

20       MS. ANDERSON:  Thank you.

21       (Plaintiff's Exhibit No. 132 published.)

22       MS. ANDERSON:  And we're going to start at the

23  bottom of page 2, please.

24  BY MS. ANDERSON:

25  Q.   Is this an email that you send to Mr. F█████ on

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────

EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

39

1  February 10th.

2  A.   That's correct.

3  Q.   Okay.  And what was your, sort of, purpose for sending

4  this email?

5  A.   I was so upset.  I just pulled my daughter out of school.

6  After trying for about three months to work with the school in

7  good faith to try to resolve it, I thought there would be a

8  solution and she could go to school uninterrupted.

9  Q.   And here you state, "Mr. F████████, As you know by now,

10 our daughter B█████ has been a victim of severe and ongoing

11 bullying and harassment at RCMS that have deprived her of her

12 right to a safe and secure learning environment.  Much to our

13 dismay, since notifying the school in November, the situation

14 has not improved and in many ways has actually gotten worse."

15         And you wrote that?

16 A.   I did.

17         MS. ANDERSON:  If we could go to the top of page 3.

18 BY MS. ANDERSON:

19 Q.   And here you're listing out -- are you listing out, it

20 says, "What happened in the course of just the last 48 hours?"

21 A.   Yes.  I didn't want to go through everything, but just

22 the last 48 hours.

23         MS. ANDERSON:  And if we could go to the bottom of

24 page 3, please.

25 BY MS. ANDERSON:

B.R. v. F.C.S.B.

40

1   Q.   And you write that "Between transitioning between

2   periods, two unknown girls in the hallway near the gym said,

3   'Hey, B████, everyone hates you, and someone is going to kill

4   you.'  This shakes B███ to the core as this is the same

5   threat she received in November and December when she was

6   assaulted and taunted in the hallways by strangers."

7            Did you write that?

8   A.   I did.

9   Q.   "C███████ K███████ is the original instigating bully who

10  spread malicious sexual rumors about B████ and then extorted

11  $50 from her for his silence about these claims."

12           Did you write that as well?

13  A.   I did.

14  Q.   And this is, again, in February 2012?

15  A.   Yes, that's correct.

16  Q.   And you wrote, "Ms. T████ even had the audacity to bring

17  our daughter's, the victim, behavior into question and imply

18  it was a boy/girl thing."

19           Did you write that?

20  A.   I did.

21           MS. ANDERSON:  And if we can go to, I think we're at

22  the bottom of page 4.  Next.

23  BY MS. ANDERSON:

24  Q.   And then you say, "Her self-esteem has eroded and she is

25  depressed.  Both the family doctor, an independent

B.R. v. F.C.S.B.

41

1   psychologist, and others familiar with the ramifications of

2   this sort of harassment believe that this unrelenting bullying

3   has adversely affected her mental and emotional health."

4           Is she still in the same emotional situation that

5   you had just described recently?

6   A.   Even worse.

7   Q.   Okay.

8   A.   Because she loved school, and now she was home, and she

9   felt she was being punished.

10  Q.   Can you just describe the portions that are worse, what's

11  happening at this point?

12  A.   Not getting out of bed, not eating, wanting to die.

13          MS. ANDERSON:  This is already admitted into

14  evidence.  May I publish Plaintiff's Exhibit 171, please?

15          THE COURT:  You may.

16          MS. ANDERSON:  Thank you.

17          (Plaintiff's Exhibit No. 171 published.)

18          MS. ANDERSON:  And we can just go into the top of

19  that, please.

20  BY MS. ANDERSON:

21  Q.   Ms. R., we're not going to go through this.  I think the

22  jury has seen it, but I just --

23          MS. ANDERSON:  Can we highlight the "Chronology of

24  Events"?

25  BY MS. ANDERSON:

B.R. v. F.C.S.B.

42

1   Q.   Who is the author of this document?

2   A.   I am.  And may I point out something?

3   Q.   Well, I think we're going to --

4           THE COURT:  Just need to answer the question.

5           THE WITNESS:  Thank you.

6   MS. ANDERSON:

7   Q.   Can you please describe for the jury, first, what your

8   purpose of creating this document was?

9   A.   Yes.  I was preparing to meet with the superintendent,

10  and I wanted to have -- there was a lot to say in a short

11  amount of time, so I wanted to sort of remember and recall

12  from memory everything that I could about things that had

13  transpired to help him investigate further.

14  Q.   Okay.

15  A.   And so there are mistakes in terms of dates and things.

16  Q.   Well, how quickly did you put this together?

17  A.   Very quickly.

18          MS. ANDERSON:  If we can take that down.  Thank you,

19  Mr. Brown.

20  BY MS. ANDERSON:

21  Q.   Can you look at 160 in your binder, please.

22  A.   Sure.

23  Q.   Actually, before we go to 160, can you please just -- you

24  stated a meeting with the superintendent.  Who did you meet

25  with?

─B.R. v. F.C.S.B.─

43

1   A.   I ended up meeting with Fabio Zuluaga, but I had

2   initially requested -- I sent a note to Dr. Dale.

3   Q.   And who all was present in this meeting?

4   A.   The Zuluaga meeting, I think it was my entire family.  My

5   husband, my son, my daughter, and a Dr. Dreyfuss.

6   Q.   Okay.  And do you remember who Dr. Dreyfuss was?

7   A.   She was directly reporting to Dr. Zuluaga.

8   Q.   Okay.  And this meeting occurs in mid-February?

9   A.   February 16th, yeah.

10  Q.   Okay.  And can you just walk us through what happens in

11  that meeting, please.

12  A.   I recount for Dr. Zuluaga everything that we had been

13  through over the last few months, my attempts to resolve the

14  issues with the school district, with Rachel Carson.

15       And I said, you know, You have a serious problem.

16  There is sexual harassment rampant throughout your schools.

17       He said, I've never heard of it.  I don't know of

18  such a thing.

19       And I took a newspaper, one of his own newspapers,

20  and I put it down in front of him and I said, Really?  Your

21  own students are talking about rampant sexual harassment.

22       He looked at it, and he said, May I keep this?  I

23  wasn't aware.  I will look into this.  Then he got on to his

24  knees, literally, and he looked at my daughter, and he said, I

25  promise you, we will investigate this, and we will get this

Direct - Bi.R.
─────────B.R. v. F.C.S.B.─────────
44

1    solved.

2    Q.    And how did you feel at the end of that meeting?

3    A.    I was hopeful again.  I don't want to have this fight.  I

4    wanted to work this out.  I was hopeful.  Here is a man who is

5    in charge of the school district, and he's telling us he's

6    going to look into it, and he's going to work things out.

7    Q.    And after that meeting, was there a discussion about

8    homebound in that meeting?

9    A.    Yes.  I had told him that she was not doing well health

10   wise and that I needed to keep her home and I would appreciate

11   it if he could help expedite the homebound because I was doing

12   this by myself, getting the assignments from the teachers and

13   working through it with B███, and I asked if he could help

14   approve that.  And he said, Not a problem.  I will help

15   approve that.

16   Q.    Okay.  And then did you go to Dr. Weaver to get a note

17   for that approval?

18   A.    I did.

19   Q.    Okay.  And did you ultimately get approval for homebound?

20   A.    Yes.

21   Q.    Okay.  And we're not going to go back into it in detail,

22   but just for, sort of, timing purposes, was it before or after

23   this meeting when your daughter tells you that she's been

24   raped?

25   A.    It was after this meeting.

B.R. v. F.C.S.B.

45

1    Q.   Okay.  And again, just for the jury -- we're not going to

2    go into it -- but was that the conversation about -- that

3    started with the smoothies?

4    A.   That's correct.

5    Q.   Okay.

6              THE COURT:  I'm going interrupt you, Ms. Anderson.

7              (A pause in the proceedings.)

8              THE COURT:  Just a moment, ma'am.

9              (A pause in the proceedings.)

10             THE COURT:  Thank you, Ms. Anderson.  We're trying

11   to work this arraignment in.  I'm trying to find a good spot

12   to do it.

13             MS. ANDERSON:  This is a good spot to break if it

14   works --

15             THE COURT:  Okay.  Very good.  Ms. Tinsley --

16   Counsel, you can remain seated.  What I'm going to do is,

17   because I believe this is a rather quick matter, I'm going to

18   let counsel speak from the well, so they can just stand in

19   front.

20             Ladies and gentlemen of the jury, we're going to go

21   ahead and let you step out.  I have another matter that I need

22   to take care of -- but it should take me about 5 or

23   10 minutes, okay?

24             (Recess.)

25

B.R. v. F.C.S.B.

46

1           (Court proceedings resumed at 11:25 a.m.)

2           THE COURT:  Are we situated to bring the jury back?

3           And I appreciate counsel allowing us to take that

4   matter sort of out of turn.  It was actually put on the docket

5   yesterday or the day before.  And because the defendant was

6   incarcerated we had to take advantage of the United States

7   Marshals Service, which have a whole lot of things they need

8   to do in court, so I appreciate you letting me get them out of

9   here.

10          MS. ANDERSON:  Of course.

11          THE COURT:  We can bring the jury back.

12          (Jury present.)

13          THE COURT:  You may be seated.  Thank you.

14          I think we have one more person.  Sorry.  You may be

15  seated.

16          All right.  Ladies and gentlemen, we were able to

17  take care of the quick matter efficiently, so we're back on

18  the record.

19          Ms. Anderson, resuming testimony from Ms. R.

20          (Witness seated.)

21  BY MS. ANDERSON:

22  Q.   Okay.  So where -- where we were is we were sort of

23  skipping over the time period from when you daughter tells you

24  she's been raped until -- now I'm going to -- to direct your

25  attention to -- did she end up going for what's called a SANE

1  exam?

2  A.   She did.

3  Q.   And did you go there -- did you attend that with her?

4  A.   I did.

5  Q.   And can you just sort of describe when you get there,

6  what happens?

7  A.   There are two nurses, and they usher us into a room.  And

8  there's like a -- a flat bed, a stretcher, whatever, and they

9  ask B████ to lay there.  And there are all of these lights,

10  and it was -- it was very emotional, painful for both of us.

11  I sort of straddled her body and put my head on top of her

12  belly so she wouldn't see all the lights and all the probing

13  and everything.  And the nurses did what they needed to do and

14  examined her.

15  Q.   Okay.  And I -- I am not -- about how long do you think

16  the exam was?

17  A.   I think we got there around 5:00, and we were probably

18  done by 6:15, 6:20.

19  Q.   Okay.  And I'm not going to show you the exam, but I just

20  want to show you the picture taken of your daughter that day,

21  and ask you a couple of questions.

22        MS. ANDERSON:  So if we can pull up what's already

23  been admitted, Your Honor, and publish just the picture on

24  page 13 of Plaintiff's Exhibit 581?

25        THE COURT:  Without objection?

B.R. v. F.C.S.B.

48

1         MS. REWARI:  Without objection, Your Honor.

2         THE COURT:  Without objection.

3    BY MS. ANDERSON:

4    Q.   And I just -- is this --

5    A.   This is not my daughter.

6    Q.   And -- and is this consistent with how you remember her

7    to be around this time?

8    A.   Yes.  She was a shell of her person.

9    Q.   Okay.

10   A.   Her eyes aren't open.  She's just so sad.  She looked

11   like she was in a fog.

12   Q.   Okay.

13        MS. ANDERSON:  You can take that down.  Thank you,

14   Mr. Brown.

15   BY MS. ANDERSON:

16   Q.   I want to talk about the next day, Tuesday, March, 6th.

17   Do you go to the school?

18   A.   I do.

19   Q.   And are you -- do you go to the school -- what do you go

20   to the school for?

21   A.   B██████ had some books and items in her PE locker that she

22   wanted, and so my son and I went to the school to retrieve

23   those for her.  And we bumped into Mr. H██████.  We told him

24   what we were going to do.  He accompanied us about halfway,

25   and then he had to go take care of something.  And we told him

─────────B. R. v. F.C.S.B.─────────

49

 1   we had her locker number and her combination.  So he said,

 2   Fine.

 3          We went in, and we were horrified because we asked

 4   the school to change her locker to a place -- and they

 5   agreed -- to a place that was visible by the teachers, in

 6   front of the teachers, brightly lit, where people could see

 7   it.  And it was a tiny dark place barricaded by a wall that

 8   nobody could see.  And all of her stuff was out of her locker

 9   already strewn in front.

10   Q.   Okay.  And did you end up retrieving her things?

11   A.   I did.

12   Q.   And can you just describe leaving the school?

13   A.   So rather than go all the way to the front, there was a

14   side door right outside the PE, and it was held ajar by

15   something.  And we started walking out, and Mr. H████ was

16   walking in.

17          And I was very upset, and I said, I just saw where

18   you put her.  I said, That's a place where people get beat up.

19   This is not what I asked you to do.  And I said, Her stuff is

20   all in front of her locker.  And I said, You failed to keep my

21   daughter safe.  I said, You're responsible for her rape.  You

22   know.

23          And he was like, Your daughter is a liar.

24          And he asked us to leave.

25   Q.   And that Tuesday or Wednesday after the SANE exam, do you

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────
EASTERN DISTRICT OF VIRGINIA

Direct - Bi.R.

B.R. v. F.C.S.B.

50

1   go to see Dr. Weaver?

2   A.   I -- I did because the SANE nurses asked us to do some

3   blood work that they were not able to do to see if she had

4   STDs and things like that.

5   Q.   And did your daughter accompany you on that meeting?

6   A.   Yes.

7   Q.   Okay.  And what do you -- what happens at the appointment

8   with Dr. Weaver?

9   A.   I -- we tell him that B█████ had been raped.

10  Q.   And did she have any sort of physical issues that she

11  raised?

12  A.   She was talking about this hip pelvic area pain, and so

13  he ordered an MRI and sent us to an outpatient MRI center.

14  Q.   Okay.  And -- and how was Dr. Weaver in responding to

15  those issues?

16          MS. REWARI:  Objection, hearsay.

17  BY MS. ANDERSON:

18  Q.   Not what he said, but just his general --

19          THE COURT:  Sustained.

20          And now you're rephrasing, it's fine.

21  BY MS. ANDERSON:

22  Q.   How -- what was your understanding or impression of how

23  Dr. Weaver responded to those issues without saying what he

24  said?

25  A.   Dr. Weaver was very concerned and had been concerned over

—B.R. v. F.C.S.B.—

51

 1  the past few weeks --

 2          MS. REWARI:  Objection, hearsay.

 3          THE COURT:  It's not responsive.  What did you do in

 4  response to what Dr. Weaver said?

 5          THE WITNESS:  Oh, I'm sorry.  I didn't understand

 6  that to be the question.

 7          Yeah, he asked us to remove her from school.

 8          MS. REWARI:  Objection, hearsay.

 9          THE WITNESS:  I'm sorry.  I'm not following.

10          THE COURT:  What -- what did you do in response to

11  what Dr. Weaver said to you?  Did you take any action?

12          THE WITNESS:  I sent the note that he gave to the

13  school.  He sent the note to the school.

14  BY MS. ANDERSON:

15  Q.   Okay.  And -- and then we'll get to that note a little

16  bit later.

17  A.   Okay.

18  Q.   And on that Friday, did you end up taking B▮▮▮ to the

19  Children's National ER?  Can you describe what happened that

20  day?

21  A.   It was midmorning, and I walked by her room, and the

22  window was pulled all the way up.  And she was on -- her room

23  is on the second floor, and she was very close to the window,

24  window pulled all the way up.  And she was like a catatonic,

25  frozen -- her tears were just coming down her face, and I

Direct - Bi.R.

─────B.R. v. F.C.S.B.─────

52

1    really thought she was going to jump.

2              I didn't know what to do.  I just stood in the

3    doorway, and I just gently started talking to her.  And I -- I

4    said -- I made a joke, I don't know if it was the right thing.

5    I said, Mom knows what an open window feels like.  I said, I'm

6    going through menopause.  And I said, I get those hot flashes,

7    and I just started talking to her like that.

8              And I tried to ease my way because I thought if I

9    went too quickly she might jump.  So I eased my way to her.

10   And I sat at the foot of the bed.  I sat at the foot of the

11   bed, and I still didn't touch her because I didn't know if she

12   was going to jump.

13   Q.   Okay.

14   A.   And I said, Do you want to sit down with me and just talk

15   to me, honey?

16             THE COURT:  Give her a moment, Ms. Anderson.

17             THE WITNESS:  I'm sorry.

18             MS. ANDERSON:  That's okay.  Just take a moment.

19             THE WITNESS:  And I said, I love you.  I said, We're

20   going to get through this.

21             And I just talked to her.  And I felt I could grab

22   her securely.  And we sat on the bed for a while.

23             And then I said, Do you want to go to the hospital?

24             She said, Yes, mommy.

25   BY MS. ANDERSON:

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────
EASTERN DISTRICT OF VIRGINIA

─B.R. v. F.C.S.B.─

53

```
 1   Q.   Okay.  Are you okay to move on?

 2   A.   Yes.

 3   Q.   And did you, then, end up taking her to the hospital?

 4   A.   I did.  I went to Children's National because I didn't

 5   trust Fairfax anymore.

 6   Q.   And -- and after the hospital, what do you do after that

 7   hospital visit, what actions do you take based on what -- what

 8   happened at the hospital?

 9   A.   The hospital said they would have liked to have admitted

10   her but because she was in such a fragile state that they

11   didn't think being separated from --

12             MS. REWARI:  Objection, Your Honor.  Hearsay.

13   BY MS. ANDERSON:

14   Q.   So --

15             THE COURT:  It is.

16   BY MS. ANDERSON:

17   Q.   Yeah, so -- so without saying what they told you, what

18   actions did you then take --

19   A.   They --

20   Q.   -- after the hospital?

21   A.   They instructed me to follow up with Gil Center.

22             MR. BLANCHARD:  Same thing, Your Honor.

23             THE COURT:  If you could, Ms. Anderson, take a

24   moment with the witness, and sort of to the extent that you

25   can, help her understand what she can and cannot testify to.
```

─────── B.R. v. F.C.S.B. ───────
54

1  You can take a moment.

2          MS. ANDERSON:  Yeah.

3          (A pause in the proceedings.)

4  BY MS. ANDERSON:

5  Q.   So what -- what do you do after that visit in regards to

6  your -- your daughter's health?

7  A.   I called the GIL Center and tried to set up appointments

8  there.  Their trauma center.  And I also call Inova Kellar.

9  Q.   And did you end up -- did your daughter end up going to

10 one of those centers?

11 A.   Yes.  She went to the Gil Center first.

12 Q.   Okay.  And how long did she spend at the Gil Center?

13 A.   I will say about three weeks before she got accepted to

14 the Inova partial hospitalization because the Gil Center was

15 treatment, like sessions.

16 Q.   Okay.  And how long, then, was she at Inova?

17 A.   Several months.  And then they had outpatient three times

18 a week for four or five hours.

19 Q.   Okay.  And you had talked about the letter that you

20 retrieved from Dr. Weaver.  Can you look at Plaintiff's

21 Exhibit 183A in your binder, please.

22          Is that the letter that you retrieved from

23 Dr. Weaver?

24 A.   Yes, that's correct.

25 Q.   And what did you do with that letter?

─B.R. v. F.C.S.B.─

1  A.   I faxed it to the main office.  And I also had homework

2  to drop off, and I dropped off a physical copy.

3  Q.   Okay.  When you say "the main office," just to be clear,

4  the main office of what?

5  A.   Oh, I'm sorry, Rachel Carson.

6  Q.   Okay.

7        MS. ANDERSON:  I move to admit Plaintiff's

8  Exhibit 183A, please.

9        MS. REWARI:  Your Honor, we would object to this.

10  This has previously been sustained.  We -- may we approach?

11        MS. ANDERSON:  Your Honor, it previously didn't have

12  foundation that it had gone to the school, and now Ms. R. has

13  testified that she took this to the school, so it's for

14  notice.

15        MS. REWARI:  It's not only for foundation.  It is

16  also because of the content of this letter.

17        THE COURT:  Let me see it.  Either one can hand up a

18  copy.  That's fine.

19        MS. ANDERSON:  And -- and, Your Honor, it is the

20  redacted version.

21        (A pause in the proceedings.)

22        THE COURT:  Without specifically stating what the

23  third line of the letter says, it's the part that begins, "It

24  was just discovered," are you of a mind to redact that, also?

25        MS. ANDERSON:  I -- I missed the last part of your

—B.R. v. F.C.S.B.—

56

1  question.

2          THE COURT:  Are you of a mind to redact that also?

3  It's the third line.  First line starts with, "B███."  Second

4  line begins with "She."  The third line begins with "It."  I'm

5  looking at the third line.

6          MS. ANDERSON:  Your Honor, that's -- in our view,

7  that's the notice to the school because this letter was

8  required by the school for her to get homebound, and that's

9  the notice to the school of this issue.

10          THE COURT:  What I will do is I will let you put

11  this evidence in with that third line redacted.

12          MR. BRENNER:  Hopefully, Mr. Brown --

13          THE COURT:  Excuse me?

14          MS. ANDERSON:  Right.  So I believe the redaction we

15  have in there?  Your Honor?  Or --

16          THE COURT:  Leave the redaction that you have and

17  then the third line to be redacted also.

18          MS. REWARI:  Your Honor, we believe the sentence

19  that is --

20          MS. ANDERSON:  Okay.  I think I understood.

21          MS. REWARI:  -- that starts with "The boy" should

22  also be redacted because only parts of that sentence comply

23  with the Court's ruling.  Currently.

24          MS. ANDERSON:  We -- so we did -- that is the

25  redaction that's in there.

Case 1:19-cv-00917-RDA-LRV    Document 1053    Filed 08/26/24    Page 57 of 152
PageID# 22490                                        Direct - Bi.R.
B.R. v. F.C.S.B.

57

1          MS. REWARI:  Right.  There's only one word, I

2   believe, that's redacted, but the rest of it --

3          THE COURT:  It's a mighty long word.

4          MS. ANDERSON:  Yeah.  It's the sentence of that that

5   we redacted.

6          MS. REWARI:  I don't think you --

7          THE COURT:  Okay.  I can hand you a copy of it down.

8          MS. REWARI:  Oh, thank you.

9          MS. ANDERSON:  He's got the redacted copy.

10         THE COURT:  Yeah.  The Court's ruling is as follows:

11  The third line starting with "It" will also be redacted in

12  addition to that part that has already been redacted.

13         MS. ANDERSON:  Your Honor, though, that --

14         MR. BRENNER:  We could approach.

15         MS. ANDERSON:  Can we approach just -- I can be very

16  quick but I --

17         THE COURT:  All right.

18         MS. ANDERSON:  -- it's hard without saying --

19         (Side bar.)

20         MS. ANDERSON:  So the school has often argued that

21  no one ever told them that she was raped, and this is evidence

22  of them being told that because this letter goes to them for

23  the homebound instruction.

24         THE COURT:  But isn't it --

25         MS. ANDERSON:  So it's not for the truth of the

Direct - Bi.R.

B.R. v. F.C.S.B.

58

1    matter but for the fact that they were on notice of this.

2            THE COURT:  This particular line -- and I'm going to

3    read the line just so we're clear.

4            "It was just discovered through therapy that she was

5    raped, sodomy, by a fellow student at Rachel Carson Middle

6    School."

7            If it's not being offered for the truth of the

8    matter, what is it being offered for?

9            MS. ANDERSON:  Notice to the school, because they

10   keep saying that no one ever told them that she had been

11   raped.

12           THE COURT:  Ms. Rewari.

13           MS. REWARI:  Well, two things.  First of all, this

14   is a medical record.  This is what I want to show that this

15   was actually sent to the school.  This is the version that was

16   actually sent to the school.  We have a different version of

17   this letter in our records.  So I don't think this is the

18   record that -- this is from his file.  And it says, "To Whom

19   it May Concern," so I don't think that foundation has been

20   laid that this fact -- there is no fax to the school on this.

21           Second of all, we have been precluded from being

22   able to get into what the school did with respect to the --

23   where the information came from and how they -- you know, how

24   the school responded, and so, we believe that if this

25   information is allowed to come in, I should be able to show

B.R. v. F.C.S.B.

59

1    that why -- why the school did what it did on it.

2         THE COURT:  Ms. Anderson.

3         MS. ANDERSON:  I think we've already discussed what

4    the school did or didn't do with Mr. F███████.

5         THE COURT:  From your perspective.

6         MS. ANDERSON:  From, oh, my perspective.  Well, from

7    my perspective, we do get to discuss that they were on notice

8    that she had been raped and what they did and didn't do, and

9    that was part of the discussion with Mr. F███████.

10        THE COURT:  Why isn't your notice issue covered by

11   the statement that says, this is not a statement for her to

12   return to mentally/emotionally as opposed to getting into the

13   thirdhand knowledge that she was allegedly raped?

14        MS. ANDERSON:  Well, it's secondhand knowledge, but

15   it's because that -- I think that fact matters.  That's why

16   the school keeps arguing they were never told that she was

17   raped, because that means that they should be looking into

18   that issue, whether they should be doing something about it,

19   or it explains why she was having troubles at school.  And

20   they continue to argue that they were never told she was

21   raped, and here it is in this --

22        THE COURT:  Ms. Rewari, I believe Ms. Anderson is

23   suggesting that if your defendants are taking a position that

24   they were not on notice that she was raped, this is to, I

25   guess, offset the theory that they were, indeed, put on notice

B.R. v. F.C.S.B.

60

1  that the allegation of rape was at least out there.

2       MS. REWARI:  That's not in dispute.  It is in

3  Dr. Zuluaga's letter that we were notified by the police, and

4  Mr. F███████ has testified we were notified by the police that

5  this allegation had been made.  And the -- the part that's

6  been redacted is the part that we would say, which is

7  that it's being investigated by the police, so that's being

8  kept from the jury.

9       THE COURT:  What part is -- is it -- what part of

10  the redaction?  Let me see the part that's -- thank you,

11  Ms. Anderson.

12       MS. ANDERSON:  And, Your Honor, we actually don't

13  mind either way about the redaction.  That was really just to

14  not open the door on our part.

15       THE COURT:  Well --

16       MS. ANDERSON:  We could put it all in, but --

17       THE COURT:  What we're going to do is if you want

18  this in, without the redaction that the Court has suggested

19  and the redaction that's already included, then I'm going to

20  let them get into the police investigation.

21       MS. ANDERSON:  Okay.  Well, we're not going to do

22  that, so --

23       THE COURT:  All right.  So --

24       MS. ANDERSON:  The only thing I would just note,

25  Your Honor, is they repeatedly say in cross-examination of

B.R. v. F.C.S.B.

61

1    B███, and I -- I bet we're going to hear it again today with

2    Ms. R., that they themselves never told the school.  And her

3    bringing a letter from her doctor and giving that to him, we

4    argue, is her way of telling the school.

5            THE COURT:  As I said, you can have it one way or

6    the other.

7            MS. ANDERSON:  Right.

8            THE COURT:  You can get the whole letter in, or you

9    can get it in as it's been redacted or suggested by the Court,

10   or it doesn't come in at all.  So it's your choice at this

11   point.  And, again, I'll highlight to you that if we're going

12   to allow this to come in, then --

13           MS. ANDERSON:  We're not.

14           THE COURT:  -- information relating to the police

15   investigation is also going to come in.  You can't sanitize

16   the evidence.

17           MS. ANDERSON:  Okay.  Well, with that, we will not

18   be using this exhibit.

19           THE COURT:  Okay.

20           MS. ANDERSON:  Thank you, Your Honor.

21           THE COURT:  Very good.  Thank you.

22           All right.

23           (Open court.)

24   BY MS. ANDERSON:

25   Q.   Okay.  I think we are going to move to -- on -- at this

Direct - Bi.R.

─────B. R. v. F.C.S.B.─────

62

1   point, in about late February, early March, is your daughter

2   on homebound via Rachel Carson Middle School?

3   A.    So I think the first two weeks I was taking care of it,

4   and then I think by the end of February she was on homebound.

5   Q.    Okay.  And who was the point person for homebound at

6   Rachel Carson Middle School for you?

7   A.    Kurt Mills.

8   Q.    Okay.  And what about -- was there a particular

9   administrator at Rachel Carson that you interacted with

10  regarding the homebound?

11  A.    Mr. H███████.

12  Q.    And do you have any understanding why it was Mr. H███████?

13  A.    I believe because he was a 7th grade principal.

14  Q.    And at this point, can you just describe what the

15  homebound education of your daughter is looking like?

16  A.    Yes.  We had two teachers initially.  One person taught

17  social studies and English, and the other one taught math and

18  science.  It was typically that they would arrive between 3:00

19  and 4:00 depending on their schedules.

20          Initially, I would go pick up any work that was

21  needed from the school so that it would be ready.  They had to

22  travel distances, and so that would help.

23  Q.    And you keep saying "they."  Do you remember the names of

24  the two --

25  A.    Oh, I didn't know so I was --

B.R. v. F.C.S.B.

63

1   Q.   -- school teachers?

2   A.   Jay Sheehan and Anna Smith.

3   Q.   If you can just look at 196 in your binder, please.

4   A.   Thank you.

5   Q.   Actually, we're going to move to something else.

6        So how much time is B███, during homebound,

7   spending with these homebound teachers?

8   A.   Gosh.  I'm so sorry.  I think it was three times a week.

9   I'm really blanking on it.  It was several times a week, a

10  couple of hours, and -- but she was struggling.  She

11  wouldn't -- oftentimes they would come, and she would not be

12  able to do her work, and we would have to send them away.

13  Q.   Okay.  And in mid-April, does anything start to change

14  with homebound?

15  A.   Yes.  Mr. Sheehan -- my understanding was that

16  Mr. Sheehan said that all material had to be --

17          MS. REWARI:  Objection, Your Honor.  Hearsay.

18          MS. ANDERSON:  801(d)(2)(D).

19          THE COURT:  Just providing a foundation, overruled.

20          THE WITNESS:  Okay.  Mr. Sheehan said that all

21  homework needed to be ponied and I could no longer bring and

22  pick up things, and he also informed me that they were not

23  allowed to address B███ by name in any correspondence.

24  BY MS. ANDERSON:

25  Q.   Okay.  And with the picking things up, did he explain why

Direct - Bi.R.

B.R. v. F.C.S.B.

64

1  you would -- or what impact that might have on Mr. Sheehan?

2  A.  ████████████████████████████████████████████████

3  ████████████████████████████████████████████████

4  ██████████████████████████████████████████████████

5  ████████████████████████████████████████████████

6  ███████████████████████████

7           THE COURT:  Okay.  Counsel, she can't testify as to

8  the feelings of a homebound instructor.

9  BY MS. ANDERSON:

10 Q.  Not the feelings, but -- apologies -- but the words.

11 or --

12          THE COURT:  Excuse me.  At 11:30, lines 15 through

13 18, will be taken out of the record.

14 BY MS. ANDERSON:

15 Q.  What did they tell you?

16 A.  They said that I could no longer pick up homework

17 assignments or drop off assignments, that it needed to be

18 ponied through an internal system, ████████████████████

19 █████████████████

20 Q.  No.

21 A.  Oh, sorry.

22 Q.  And in about April or May, did you attempt to bring B████

23 on a field trip?

24 A.  Yes.  There was a field trip to Hershey Park, and I

25 called Mr. H█████ and I asked if I could be a chaperone and

1   take her.  I understood that it might be much for her to join

2   her classmates, but if I would be a chaperone, I could drive

3   her and she could at least see her friends again.

4   Q.   Okay.  And what was Mr. H█████'s response?

5   A.   "No."

6   Q.   And did he have any explanation?

7   A.   She's on homebound.

8   Q.   And at any point was there an allegation about cheating?

9   A.   There was.

10  Q.   And who did you hear about that allegation from?

11  A.   Mr. Sheehan.

12  Q.   And what did he tell you?

13  A.   My understanding was that Mr. H█████ -- and I think there

14  was an email to this, too -- Mr. H█████ --

15        MS. REWARI:  Objection, Your Honor.  This is double

16  hearsay.

17        THE COURT:  It sounds like it.  Why don't you

18  rephrase the question, maybe get a little bit more focus to

19  the response.

20  BY MS. ANDERSON:

21  Q.   Would it -- without talking about the email, what did

22  Mr. Sheehan say to you about the cheating allegation?

23  A.   Mr. H█████ felt that --

24        MS. ANDERSON:  Statement of an agent, Your Honor.

25  801(d)(2)(D).

—B.R. v. F.C.S.B.—

66

1          THE COURT:  It's overruled.  She can answer that,

2    specifically, but don't let her meander.

3          MS. ANDERSON:  Mr. Sheehan.

4          THE COURT:  Yeah, don't let her meander.

5          THE WITNESS:  I'll try not to meander.

6          Mr. -- I'm sorry.  Could you repeat the question?

7    BY MS. ANDERSON:

8    Q.   Yes.

9          What -- what, if anything, did Mr. Sheehan tell you

10   about a cheating allegation?

11   A.   Yeah, he said that Mr. H███  was concerned that B███

12   had cheated on an assignment.

13   Q.   And did you have an understanding of how that was

14   resolved?

15   A.   Yes.  Mr. Sheehan called Mr. H███, and said I was with

16   B███ -- I was with B███.

17   Q.   Just --

18   A.   I'm sorry.

19   Q.   -- was it resolved --

20         MS. ANDERSON:  And I'll lead a bit here, Your Honor,

21   if I may?

22         THE COURT:  You may.

23   BY MS. ANDERSON:

24   Q.   Was it resolved that she was cheating or she wasn't

25   cheating?

B.R. v. F.C.S.B.

67

1   A.   She was not cheating.

2   Q.   Okay.  If you can look at 245 in your book, please.

3   A.   Okay.

4   Q.   Okay.  And is that an email -- the top of that, is that

5   an email between you and Ms. Estrella?

6   A.   That's correct.

7   Q.   Okay.

8           MS. ANDERSON:  Your Honor, I move to admit

9   Plaintiff's Exhibit 245.

10          MS. REWARI:  No objection.

11          THE COURT:  Without objection.

12  (Plaintiff's Exhibit No. 245 was admitted into evidence.)

13          MS. ANDERSON:  Okay.  And may I publish?

14          THE COURT:  You may.

15          MS. ANDERSON:  Thank you, Your Honor.

16          245.  We can start at page 2.  Page 2, top.

17          (Plaintiff's Exhibit No. Exhibit 245 published.)

18  BY MS. ANDERSON:

19  Q.   Okay.  And this gets -- this email is forwarded to you,

20  correct?

21          And you can look at the hard copy if you need to.

22  A.   Yes.

23  Q.   Okay.  And the email at the bottom of the chain is

24  between Ms. Estrella and -- and Mr. Sheehan; is that correct?

25  A.   That's correct.

─B.R. v. F.C.S.B.─

68

1  Q.    Okay.

2  A.    Uh-huh.

3  Q.    And he writes, "B███ would like to do her fourth quarter

4  IR projects with two other classmates who invited her to join

5  them, O and J.  That is the movie trailer.  Do you see any

6  problem with this?"

7         Do you remember who O and J were?

8  A.    Yes.

9  Q.    Okay.  Who were they?  Just first names.

10  A.    Olivia and Jordan.

11  Q.    Thank you.

12         And if we can then go to page 1 at the bottom.

13         Okay.  And then, Ms. Estrella writes, "There are no

14  groups of three, and those two students are already working

15  together.  B███ needs to turn in her own project," correct?

16  A.    That's correct.

17  Q.    And then he -- and then Mr. Sheehan forwards that to you

18  saying, "Ms. E is requiring B███ to work on this as stated

19  below"?

20  A.    That's correct.

21  Q.    Okay.  And if we can go to then the page 1, top, please.

22         And then do you write Ms. Estrella an email after

23  that's been forwarded to you?

24  A.    Is that the one that's at 2:15 p.m.?

25  Q.    Correct.

B.R. v. F.C.S.B.

69

1    A.    Yes, Uh-huh.

2    Q.    And are you -- what are you essentially just expressing

3    in that email?

4    A.    I'm disappointed.  She seems to be penalized again.

5    Everyone in class is doing pairs.  Mr. Sheehan suggested she

6    be allowed to do in pairs.

7    Q.    Okay.

8              MS. ANDERSON:  We can take that down.  Thank you,

9    Mr. Brown.

10   BY MS. ANDERSON:

11   Q.    Now at some point, do you and B███ start the IEP

12   process?

13   A.    We do.

14   Q.    Okay.  And just -- I think it's been said before, but to

15   be clear, what does IEP stand for?

16   A.    Individualized educational program plan.

17   Q.    Okay.  And how does that get started?

18   A.    Usually the school is supposed to notify.

19   Q.    How does it get started, please?

20   A.    The school --

21   Q.    Okay.

22   A.    -- notifies.  But in this case, I notified.

23   Q.    For B███ --

24   A.    Yes.

25   Q.    -- how does -- how does this get started?

B.R. v. F.C.S.B.

70

1    A.    A psychologist has to do an assessment, an all-day

2    assessment.  And she meets with a social worker, she meets

3    with, I believe some core teaching people as well, and we

4    needed to work with the school-appointed psychologist.  We

5    were not allowed to use our own.

6    Q.    Okay.  And did you initiate this process?

7    A.    I did.

8    Q.    Okay.  And I think you just described a set of things

9    that happened.  Is there a meeting after those things or

10   before those things happened?

11   A.    They won't do anything until there's an assessment.  They

12   need to have the assessment in front of them.

13   Q.    Okay.  And the assessment includes what -- included --

14   I'm sorry.  The assessment for B███ included what?

15   A.    It was a battery of tests, psycho, social, intellectual,

16   functioning.

17   Q.    Okay.  And who was involved in the IEP process, to your

18   memory?

19   A.    At the meeting or in general?

20   Q.    In general and then we'll talk --

21   A.    Yeah.  So it was the IEP attorney, Lisa Fagan.  It was

22   Kathy Grumando (ph), I don't remember her title, but she was

23   involved.  And T██ B███ actually joined the meeting.  She

24   wasn't part of setting the meeting up.

25   Q.    Okay.  And who is Dr. Jill Roper?

Direct - Bi.R.
B.R. v. F.C.S.B.

71

1   A.   Dr. Jill Roper was the school's psychologist that

2   assessed -- did the assessment for B████.

3   Q.   Okay.  And can you describe then -- so -- so they're

4   drawing your attention to January 28th.  Is there a meeting

5   regarding B█████ IEP?

6   A.   June 28th?

7   Q.   June.

8   A.   Yeah.

9   Q.   Thank you.

10       June 28th, is there a meeting regarding B█████ IEP?

11  A.   I don't know about the date.  Sounds right.  But there is

12  a meeting about her IEP, yes.

13  Q.   Okay.  And who is at the meeting?

14  A.   This was the summer screening group, I think.  And Lisa

15  Fagan, Dr. Roper, T██ B█████, Cheryl Weaver.

16  Q.   And who is Lisa Fagan?

17  A.   Lisa Fagan was a mother of students at FCPS who was also

18  an attorney with the IEP process.  She understood disabilities

19  and educational issues.  This was all new to me.  I needed

20  help.

21  Q.   Okay.  And at a high level, what was the discussion at

22  the IEP meeting for B███?

23  A.   It's complex.  They have a group that sits there and

24  looks at categories and determines where -- you know, where

25  B███ fits.  They sort of assess her past, her current state,

———B.R. v. F.C.S.B.———

72

1  her future needs.  And -- and then based on that, they

2  determine what -- what school setting is appropriate.

3  Q.  Okay.  And -- and were there any outcomes or decisions at

4  that particular meeting?

5  A.  They determined she was eligible for an IEP at that

6  meeting.

7  Q.  And if you can look at Plaintiff's Exhibit 261 in your

8  binder.

9  A.  Okay.

10 Q.  Okay.  And does that include an email between you and

11 your husband and -- S███ with Dr. Dale?

12 A.  Yes.

13 Q.  Okay.

14       MS. ANDERSON:  I move to admit Plaintiff's

15 Exhibit 261.

16       MS. REWARI:  We object to this, Your Honor.  This

17 contains language that I think is subject to one of your prior

18 rulings.

19       THE COURT:  Why don't y'all --

20       MS. ANDERSON:  May we have one moment, Your Honor?

21       THE COURT:  Yes.

22       (Counsel confers.)

23       MS. ANDERSON:  Your Honor, I think we have an

24 agreement with one slight redaction, that I'm going to go ask

25 Mr. Brown to do.

Direct - Bi.R.

B.R. v. F.C.S.B.

73

1          MS. REWARI:  If I may have a moment to look --

2          (Counsel confers.)

3          MS. ANDERSON:  Okay.  I believe with that redaction

4   there's no objection.

5          MS. REWARI:  Your Honor, we believe there are more

6   parts of this letter that need to be redacted.

7          THE COURT:  Okay.  Well, we either have an agreement

8   or we don't so --

9          MS. ANDERSON:  Well, sorry.  I thought we -- I

10  didn't mean to misrepresent.  I thought we did.

11         (Counsel confers.)

12         MS. ANDERSON:  Okay.  We'll -- we'll move on and

13  maybe address this after -- or I think -- I think it --

14         THE COURT:  Why don't you offer the letter, whatever

15  it is.  Offer the exhibit, let me take a look at it, and I'll

16  make an evidentiary ruling on it.

17         MS. ANDERSON:  Okay.  It's -- I'm offering

18  Plaintiff's Exhibit 261.  And I think there's actually a

19  defense exhibit already admitted to this one.

20         THE COURT:  Is 261 in?

21         (Counsel confers.)

22         MS. ANDERSON:  We're going to redact the line -- the

23  agreement is then to redact the line -- or the one part that

24  we've agreed to is redacting on page 2, the end of the first

25  full paragraph, the last sentence was what we had agreed to

B.R. v. F.C.S.B.

74

1    redact.  And then there's still more dispute.

2            THE COURT:  You're talking about the bullets

3    information?  The bullets?

4            MS. ANDERSON:  No, on page 2, so it's kind of the

5    top full paragraph.

6            THE COURT:  "Beginning in early March"?

7            MS. ANDERSON:  Yes.  And then the last sentence

8    there the parties have agreed to redact.

9            Now, there's more disagreement, but we've agreed to

10   redact that sentence.

11           THE COURT:  All right.  Why don't we do this, why

12   don't we maybe take up another subject with Ms. R., return to

13   this, and I'll give you latitude to return to this if y'all

14   are not able to agree on it.

15           MS. ANDERSON:  Okay.  Thank you, Your Honor.

16           THE COURT:  Uh-huh.

17   BY MS. ANDERSON:

18   Q.   Okay.  Now, we were -- we were discussing the IEP.

19           MS. ANDERSON:  Actually, Your Honor, if we just want

20   to take a break because we're almost done with Ms. R., so if

21   we want to take a morning break.

22           THE COURT:  Sure.

23           MS. ANDERSON:  Or were we going to go through

24   lunch and then --

25           THE COURT:  No, no, if you're about done, maybe we

Direct - Bi.R.

—B.R. v. F.C.S.B.—

75

```
 1    can get a little bit of the other examination before we take

 2    our lunch break so --

 3                MS. ANDERSON:  Okay.

 4                THE COURT:  All right.  Ladies and gentlemen, let's

 5    go until about 12:15, a little short break.  If you kind of

 6    need something to eat beforehand, we're going to probably try

 7    to stop somewhere around 1:15.  Okay?

 8                All right.  We'll see you back at 12:15.

 9                (Jury excused.)

10                THE COURT:  You may step down, ma'am.

11                THE WITNESS:  Thank you.

12                THE COURT:  Please be seated.

13                Ma'am, please do not discuss the case or any aspect

14    of the case with anyone while the case is pending.  Thank you.

15                All right.  Let's go ahead and take our break, and

16    then we'll come back in and address the issue.

17                (Recess.)

18                (Court proceedings resumed at 12:22 p.m.)

19                MS. ANDERSON:  I have some good news.

20                THE COURT:  Very good.  I like good news.

21                MS. ANDERSON:  We're in -- we're in agreement.

22                THE COURT:  Please have a seat.  I'm sorry.

23                MS. ANDERSON:  We're in agreement.  So we have done

24    a mutual redaction, and we're ready to roll.

25                THE COURT:  Very good.
```

B.R. v. F.C.S.B.

76

1              (Jury present.)

2              THE COURT:  You may have a seat.  Thank you.  Come

3    on up, ma'am.

4              MS. ANDERSON:  So I think we were on --

5              THE COURT:  Let her get to the stand.

6              MS. ANDERSON:  Oh, I'm sorry.  The witness is very

7    important.  Thank you.

8              THE COURT:  All right.  You may resume.

9              MS. ANDERSON:  I think we were on Plaintiff's

10   Exhibit 261, and I would now offer 261 with redactions that we

11   agreed upon, and we can actually call it 261A.

12             THE COURT:  Without objection.  You may publish.

13             MS. REWARI:  Thank you, Your Honor.  If we can just

14   get the redaction on the --

15             MS. ANDERSON:  So he just emailed it to you, I

16   think.

17             MS. REWARI:  Okay.

18             MS. ANDERSON:  And it will be on the screen, the

19   redaction will be on the screen.

20             MS. REWARI:  Thank you.

21             MS. ANDERSON:  Okay.  We're going to start at the

22   bottom of page 1, please.

23   (Plaintiff's Exhibit No. 261A was admitted into evidence.)

24   BY MS. ANDERSON:

25   Q.   Is the date of this June 22, 2012?

Direct - Bi.R.
B.R. v. F.C.S.B.

77

1  A.   That's correct.

2  Q.   Okay.  And who are you writing to?

3  A.   The superintendent, Dr. Dale.

4  Q.   And before we get into what you say, what was, sort of,

5  your reasoning for writing this email?

6  A.   I went to Dr. Zuluaga with the hopes that something would

7  be worked out.  Now it's a couple of months, maybe three

8  months, and I hadn't heard from anyone again.

9  Q.   Okay.  And if we just look at some of the things you

10  wrote in this email.  I think you said, "As you will recall,

11  we wrote you via email on February 10th regarding the

12  well-documented sexual harassment and bullying that our

13  daughter B█████ suffered."

14        Did you write that?

15  A.   Yes, that's correct.

16  Q.   And did you then write, "She's been receiving homebound

17  instructional services since February 23rd"?

18  A.   That's correct.

19  Q.   And you write that, "During that meeting. . ."

20        Were you referring to the prior meeting with

21  Dr. Zuluaga?

22  A.   That's correct.  February 16th, yes.

23  Q.   And you say, "We told Dr. Zuluaga about the sexual

24  harassment, physical assaults, death threats, and other

25  bullying suffered by B█████ . . ."

─B. R. v. F. C. S. B.─

78

1   A.   That's correct.

2   Q.   Okay.  And it continued, ". . . and caused by a RCMS 8th

3   grader and other students, including inappropriate

4   touching . . ."

5        Do you see that there?  Did you write that?

6   A.   Yes.

7   Q.   ". . . and other inappropriate behavior that took place

8   at her locker and elsewhere on school premises."

9        Did you write that?

10  A.   Yes, yes.

11       MS. ANDERSON:  And if we can go to page 2, please.

12  BY MS. ANDERSON:

13  Q.   And where you write, "Promised B███ he would follow-up,"

14  what were you referring to?

15  A.   When he bent down on his knee and made a promise to her.

16  Q.   And then you write, "In early March, 2012, it was

17  revealed in therapy that B███ had been sexually assaulted by

18  the very same 8th grader who had been involved in these sexual

19  harassment and other bullying."

20       Did you write that?

21  A.   Yes, I did.

22  Q.   And then if you look at the paragraph below, it says, "It

23  has been over four months."

24       And what was your understanding of what the four

25  months were?

B.R. v. F.C.S.B.

79

1    A.   Well, Dr. Zuluaga said he would start the investigation,

2    so I was just waiting for that from February to June.

3    Q.   Okay.  And, ". . . over three months since FCPS was

4    notified of the sexual assault of our daughter by an RCMS

5    student," did you write that?

6    A.   I'm sorry, I'm just trying to find it.

7    Q.   Okay.

8    A.   One second.

9    Q.   In the second paragraph.

10   A.   Yes.  Okay.

11   Q.   And then you write, "It is our understanding that student

12   remained at school throughout the remainder of the school year

13   while our daughter was forced to receive homebound

14   instruction."

15   A.   That's correct.

16   Q.   Okay.  And then you write, if we look at the last

17   paragraph, you say, "Neither you nor Dr. Zuluaga has followed

18   up with us . . ."

19           Did you write that?

20   A.   Yes.

21   Q.   And, ". . . nor has anyone from FCPS followed up with our

22   family regarding the sexual assault."

23           And did you write that?

24   A.   Yes.

25   Q.   And is that true; did anyone at the school follow up with

—B.R. v. F.C.S.B.—

80

1   you about the sexual assault --

2   A.   No.

3   Q.   -- the rape?

4   A.   No.

5   Q.   And then you say, "What steps will be taken to assure

6   B███████ safe return to the classroom in the fall?"

7          Do you see that?

8   A.   Yes.

9   Q.   And what were you saying there when you said, "What steps

10  will be taken to assure B███████ safe return to the classroom

11  in the fall"?

12  A.   She can't stay homebound forever, and we were making a

13  plan that's -- that was my understanding, Dr. Zuluaga -- to

14  help us figure out, you know -- and I was looking to see what

15  safety measures were going to be put in place to keep her

16  safe.

17  Q.   Okay.

18          MS. ANDERSON:  If we can go to, I think, page 3 at

19  the top.  Or no -- no, correct, yeah.

20  BY MS. ANDERSON:

21  Q.   And it says here, "Signed by Bi██ and S███████ R███████";

22  is that correct?

23  A.   Correct.  Correct.

24  Q.   And did you and your husband sign that?

25  A.   Yes.

Direct - Bi.R.
───────B.R. v. F.C.S.B.───────
81

1    Q.   Did you work with your husband on this email?

2    A.   Yes.

3          MS. ANDERSON:  If we can go to, I think, page 1,

4    top, please.  No.  Okay.  No, I think that's it.  Thank you.

5    BY MS. ANDERSON:

6    Q.   Okay.  If you can take a look at Exhibit 291, page 1.  Or

7    291, just 291.

8          MS. ANDERSON:  Actually, this might be the one you

9    guys agreed upon yesterday.

10          (Counsel confers.)

11          MS. ANDERSON:  Your Honor, if we may publish what's

12    already been admitted Defendants' Exhibit 169?

13          THE COURT:  You may.

14          (Defendants' Exhibit No. 169 published.)

15          MS. ANDERSON:  Okay.  Thank you.

16          Defendants' 169 -- Defendants' 169.  Sorry.

17          Okay.  If we can zoom in on the top page.

18    BY MS. ANDERSON:

19    Q.   And can you just describe what this document is?

20    A.   I think it's a portion of the IEP, the sociocultural

21    assessment.

22    Q.   Okay.  And that's for your daughter?

23    A.   That's correct.

24    Q.   And was this something that was done in process with the

25    school?

B.R. v. F.C.S.B.

82

```
 1   A.   Yes.

 2   Q.   Okay.

 3        MS. ANDERSON:  Actually, I'm going to -- if you can

 4   take that down, Mr. Brown.

 5   BY MS. ANDERSON:

 6   Q.   Did you end up meeting with Dr. Zuluaga once again?

 7   A.   Yes, in August sometime.

 8   Q.   Okay.  And can you describe who was at that meeting, just

 9   generally?

10   A.   Dr. Zuluaga, Mr. F▮▮▮▮▮, general counsel -- I'm

11   forgetting her name -- for FCPS.  Anne Murphy, maybe, or Carol

12   Merchant -- I don't remember.

13        THE COURT:  You can refresh her recollection on

14   that.

15        MS. ANDERSON:  She actually got it correct.  So,

16   yes, those are the names.

17        THE WITNESS:  Okay.  And then I was there with my

18   husband and representation from the National Women's Law

19   Center.

20   BY MS. ANDERSON:

21   Q.   Okay.  And was your daughter there?

22   A.   I can't remember.  I'm sorry.

23   Q.   That's okay.  And can you just describe generally what

24   was discussed at this meeting?

25   A.   I thought the purpose was to put a plan in after the IEP
```

B.R. v. F.C.S.B.

83

1  assessment to see how B███ could move forward in terms of her

2  education in a safe manner.

3  Q.   Okay.  And what was then discussed at the meeting?

4  A.   The investigation, or lack thereof, and then what some

5  solutions might be.  And I didn't hear anything about safety.

6  I didn't hear anything about steps taken, so it was kind of a

7  fruitless meeting.

8  Q.   Was the idea or the proposition of B███ potentially

9  going to another FCPS school raised in this meeting?

10  A.   Yes.

11  Q.   And who raised that?

12  A.   Dr. Zuluaga.

13  Q.   Okay.  And what, if any, response did you have to that?

14  A.   What are you doing to keep her safe in any school?  I

15  need to know what the plan is.  I can't send her to another

16  school unless we have an understanding of the discipline that

17  will be imposed on the current student who is still in school.

18  Is he going to be expelled?  I needed to understand, I needed

19  to know that my daughter was going to be safe before I agreed

20  to put her in a school.

21  Q.   Okay.  Now we're just going to go back to -- because --

22  at the same time as these interactions with Dr. Zuluaga are

23  happening, are you also going through the IEP process?

24  A.   Yes.

25  Q.   Okay.  So now we're going to just circle back quickly to

B.R. v. F.C.S.B.

84

1   the IEP process.  And, so, if we can go to Defendants'

2   Exhibit 169.

3          And that's, Your Honor, the already admitted

4   Defendants' 169 if I can publish that?

5          THE COURT:  You may publish.

6          MS. ANDERSON:  Thank you, Your Honor.

7          (Defendants' Exhibit No. 169 published.)

8   BY MS. ANDERSON:

9   Q.   And I think we were just discussing this, but --

10         MS. ANDERSON:  Can you zoom in on the top portion,

11  please.  Thank you.

12  BY MS. ANDERSON:

13  Q.   And was this the assessment -- assessment including Jill

14  Roper's assessment?

15  A.   It's one component of it.  It's the sociocultural.  It's

16  not the entire.

17  Q.   Okay.  And can you just remind us who Jill Roper was

18  again?

19  A.   She was the school psychologist that we used, that we

20  were told to use for B████ assessment to determine if she

21  was eligible for specialized services.

22         MS. ANDERSON:  And if we can go to, I think, page 6,

23  please.  Page 6 of that.  Can we go to page 6 of that exhibit,

24  please?  Oh, this is page 6?

25  BY MS. ANDERSON:

─────────────── B.R. v. F.C.S.B. ───────────────

85

1   Q.   Okay.  All right.  We'll just -- We'll move on.

2            And ultimately, was B███ determined to be eligible

3   for an IEP?

4   A.   Yes, she was.

5   Q.   Okay.  And did you receive, if you can go to 319A in your

6   binder, please.  Or 320 in your binder, please.

7   A.   Okay.  I have it.

8   Q.   And is that a copy of B███'s IEP?

9   A.   It looks like it.  We had several versions.  This looks

10  like it.

11           MS. ANDERSON:  Okay.  I move to admit Plaintiff's

12  Exhibit 320, please, Your Honor.

13           THE COURT:  Without objection?

14           MS. REWARI:  No objection, Your Honor.

15           THE COURT:  You may publish.

16  (Plaintiff's Exhibit No. 320, was admitted into evidence.)

17           (Plaintiff's Exhibit No. 320 published.)

18  BY MS. ANDERSON:

19  Q.   If we can look at page 1, so where it says, "Individual

20  Education Program" up top, correct?

21  A.   Correct.

22  Q.   And this is for B███; is that right?

23  A.   Yes, that's correct.

24  Q.   Okay.

25           MS. ANDERSON:  And if we can just go to the last

B.R. v. F.C.S.B.

86

1  page, which I believe would be page 57.  There we go.  Thank

2  you.  And just go to the bottom, please.  Okay.

3          So there, if you can go just a little bit up more

4  so we can see what it looks like.  Thank you so much.

5  BY MS. ANDERSON:

6  Q.   There it says "Parent Consent."

7          Do you recognize that?

8  A.   Yes.

9  Q.   Okay.  And so were you asked to sign the IEP?

10 A.   I was, but I wasn't going to sign it without objection.

11 Q.   Okay.  And let's just go down --

12         MS. ANDERSON:  If you can scroll so that we can see

13 the whole note.

14 BY MS. ANDERSON:

15 Q.   Do you write a note in the IEP?

16 A.   I do.

17 Q.   And can you just read that out loud for us?

18 A.   "I agree with the IEP and the addendum without a meeting

19 to add homebound services for B███.  However, as indicated on

20 consent page dated 8/29/2012, I do not agree to placement at

21 the Burke Center."

22 Q.   And what -- what was your understanding of what the Burke

23 Center was?

24 A.   It was a reform school that Ms. B███ was pushing at the

25 IEP meeting.  And we talked about how there were drug users in

1  there.  We talked about how these girls had needs that were

2  different than B████'s, and it would not be an appropriate

3  setting.

4  Q.   Okay.  And --

5          MS. ANDERSON:  Thank you, Mr. Brown.  You can take

6  that down, please.

7  BY MS. ANDERSON:

8  Q.   And just to refresh the -- the jury's memory of this,

9  what was the last day, official last day that B████ was a

10  student at Fairfax County Public Schools?

11  A.   I believe it was March 1, 2013.

12  Q.   Okay.

13          MS. ANDERSON:  And then -- and Your Honor's --

14  Court's indulgence, please?

15          THE COURT:  Yes, ma'am.

16          MS. ANDERSON:  Thank you.

17          Thank you.  No further questions.

18          THE COURT:  Cross-examination.

19          MS. REWARI:  Thank you, Your Honor.

20          Your Honor, if Mr. Burton could please give the

21  witness our binder.

22          THE COURT:  That's fine.

23          MS. REWARI:  Thank you.

24          THE WITNESS:  Thank you.

25                    CROSS-EXAMINATION

Cross - Bi.R.

———B.R. v. F.C.S.B.———

88

```
 1  BY MS. REWARI:

 2  Q.   Good afternoon.

 3  A.   Good afternoon.

 4  Q.   Your testimony has been broken up over a couple of weeks.

 5  We saw you on the first day.  So I want to start with a few

 6  things that you said on the first day of trial.  Okay?

 7  A.   Okay.

 8  Q.   Again, I'm Sona Rewari.  I represent the Fairfax County

 9  School Board.  We've met before in your deposition last

10  summer, right?

11  A.   That's correct.

12  Q.   Okay.  Now, with Ms. Anderson on direct examination a

13  couple of weeks ago, you said that your daughter has not

14  played tennis since these events; do you recall that?

15  A.   Committedly.

16  Q.   And -- but your daughter has listed a number of

17  impressive tennis accomplishments on her résumé since these

18  events, right?

19  A.   I think most of them were before the event.

20  Q.   Okay.  Well, why don't we take a look at Defendants'

21  Exhibit 52.

22  A.   Sure.

23       MS. REWARI:  This has been previously admitted, Your

24  Honor.

25       THE COURT:  You may publish.
```

———Tonia M. Harris OCR-USDC/EDVA 703-646-1438———

EASTERN DISTRICT OF VIRGINIA

—————B.R. v. F.C.S.B.—————

89

1      MS. REWARI:  Thank you.

2      THE WITNESS:  So it's 52, you said?

3      (Defendants' Exhibit 52 published.)

4   BY MS. REWARI:

5   Q.   Yes.  52.  And it will be on the screen.

6   A.   Okay.

7   Q.   You're welcome to look at it there.

8      MS. REWARI:  Mr. Grady, if you could go to the

9   second page.

10      (A pause in the proceedings.)

11   BY MS. REWARI:

12   Q.   And this is your daughter's résumé for Columbia

13   University, right?

14   A.   I don't know if it's for Columbia University, but it's

15   her résumé.

16   Q.   Okay.  And she has listed on there MVP tennis, Hudson

17   Valley Athletic League 2013, right?

18   A.   That's for one semester at the school, yes.

19   Q.   Okay.  And she did get MVP for tennis at The Storm King

20   School?

21   A.   That's correct.  And then she quit.

22   Q.   Okay.  And then -- then if we could take a look at

23   Defendants' Exhibit 50.

24      MS. REWARI:  Your Honor, I believe this has been

25   admitted as well.

B.R. v. F.C.S.B.

90

1            THE COURT:  You may publish.

2            MS. REWARI:  Thank you.

3            (Defendants' Exhibit 50 published.)

4   BY MS. REWARI:

5   Q.   And if you could go to the bottom of that page, and take

6   a look at the line again, MVP tennis?

7   A.   Yeah.

8   Q.   Right.  And this résumé says, "Ranked tennis player by

9   the USTA."

10            Do you see that?

11   A.   Correct.

12   Q.   And it's 2015, right?

13   A.   No.  The 2015 was for the Hudson Valley, I believe.

14   Q.   Well, she --

15   A.   That was for --

16   Q.   She wasn't at Storm King in 2015, right?

17   A.   That -- she was -- 2015, she wasn't playing tennis.

18   Q.   She was not ranked?

19   A.   It was -- no.  That was when she was here in Virginia.

20   Q.   Okay.  So that's a mistake on her résumé?

21   A.   It looks like it.

22   Q.   Okay.  Your daughter has also claimed that she became so

23   skilled at tennis after she moved from Virginia that Serena

24   Williams' coach offered to train her, right?

25   A.   Any time she played, the coaches were very impressed.

─── B.R. v. F.C.S.B. ───

91

1   Q.   Right.  And that was after she moved from Virginia?

2   A.   I think that was at The Storm King School.

3   Q.   She said that -- when she was in Florida --

4   A.   Oh, for a visit, yes.

5   Q.   Right.  And Serena Williams' coach offered to train her?

6   A.   Yes.  She met the coach and said, You have real talent.

7   Yes.

8   Q.   Okay.  And that was three years after these events?

9   A.   I -- if you're saying so, yes.  What -- whatever date it

10  was.

11  Q.   What year was it that she was in Florida and Serena

12  Williams' coach offered to train her?

13  A.   I couldn't tell you the year.  I'm sorry.

14  Q.   But it was -- it was after the events in the case, right?

15  A.   We took her to Florida every year, yes, as much as

16  possible, yeah.

17  Q.   And you also said with Ms. Anderson on direct exam that

18  your daughter has not touched a piano since Rachel Carson

19  Middle School; do you recall that?

20  A.   Well, she hasn't played piano, but she -- you know, she

21  tinkered here and there, yeah.

22  Q.   Your daughter has been listing piano as one of her

23  extracurricular activities on her résumé ever since these

24  events; isn't that correct?

25  A.   I -- I don't know.

B.R. v. F.C.S.B.

92

1    Q.   Okay.  Well, can you please take a look at Defendants'

2    Exhibit 381 in your binder?

3    A.   Sure.

4         MS. REWARI:  And, Your Honor, this is an excerpt of

5    Plaintiff's Exhibit 462.

6         THE COURT:  Part of -- if that's part of an exhibit

7    that's been admitted, you may publish an excerpt.

8         MS. REWARI:  It has not been admitted yet.  It is --

9         THE COURT:  Any objection?

10        (A pause in the proceedings.)

11        MS. ANDERSON:  Apologies.  Just one moment.

12        (A pause in the proceedings.)

13        MS. ANDERSON:  I would just object on foundational

14   grounds, but generally --

15        THE COURT:  Overruled.

16        You can -- you can publish it.

17        MS. REWARI:  Thank you.

18   (Defendants' Exhibit No. 381 was admitted into evidence.)

19   BY MS. REWARI:

20   Q.   If you can go to the second page.  The letters down at

21   the bottom there, do you see that MSK?

22   A.   Yes.

23   Q.   Okay.  And -- and your daughter had an internship at

24   Memorial Sloan Kettering sometime after the events in this

25   case, right?

Cross - Bi.R.

B.R. v. F.C.S.B.

93

1   A.   That's correct.

2   Q.   And that's her name at the top, right?

3   A.   That's correct.

4   Q.   And that's your phone number on the left?

5   A.   That's correct.

6   Q.   Okay.  And she did attend the academy of Holy Angels?

7   A.   That's correct.

8   Q.   Okay.  And so --

9            THE COURT:  Ma'am -- just a moment.

10           Is that -- is that still your phone number?

11           THE WITNESS:  Yes.

12           THE COURT:  Okay.  Why don't we redact that?

13           MS. REWARI:  Okay.  We can do that.

14           THE WITNESS:  Thank you, Judge.

15  BY MS. REWARI:

16  Q.   And she's listed under hobbies and skills "piano," right?

17  A.   Yes, uh-huh.

18  Q.   Okay.  And then she's listed on this résumé that -- if

19  we -- if you look under "experience" --

20  A.   Uh-huh.

21  Q.   -- 2012, Tall Oaks Assisted Living Community, 2012

22  volunteer, played piano and sang for residents, right?

23  A.   Correct.  We were trying to get her extracurricular

24  activities since she had no social life.

25  Q.   Okay.  Yeah, this is -- this is after 7th grade?

Cross - Bi.R.

B.R. v. F.C.S.B.

94

1    A.    No, it's during 7th grade.  It's the Christmas season.

2    Q.    Okay.

3    A.    Into January.

4    Q.    Okay.

5    A.    Her music teacher, Irene Light, had a father who lived in

6    that senior community.  And she asked the community if B█████

7    could perform just to try to get her to have some sort of

8    life.

9    Q.    I see.

10          And when she applied to The Storm Kings School, one

11   of her jobs that she listed on that application was that she

12   was teaching piano to --

13   A.    She was.  She was teaching piano to ████████████████

14   ██████████████████████████

15          MS. REWARI:  Your Honor, objection.

16          THE COURT:  Ms. Anderson, speak with your client.

17          MS. ANDERSON:  I will, Your Honor.

18          (Counsel confers.)

19          THE COURT:  The Court is going to direct at

20   line 2 -- excuse me, line 5 at the 12:25 mark be --

21          (Counsel confers.)

22          MS. ANDERSON:  Thank you, Your Honor.

23          THE COURT:  Ladies and gentlemen, I'm instructing

24   you that only things that the Court has deemed relevant and

25   admissible are to be considered by you.  Anything that's been

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

─────B.R. v. F.C.S.B.─────

95

1    stricken from the record should not be considered by you in

2    your deliberations.

3    BY MS. REWARI:

4    Q.   Your daughter was teaching piano?

5    A.   To a seven-year-old who was the sister of another student

6    at Rachel Carson Middle School.

7    Q.   Okay.

8    A.   So that's basic, you know, we were trying to keep her

9    busy.

10   Q.   Sure.  Touching a piano, though, right?

11   A.   Yes.

12   Q.   Okay.  And also on this résumé she -- for the summer

13   between 7th and 8th grade, she has collegiate summer

14   intermediate debate team, right?

15   A.   I'm sorry.  I'm trying to figure out where you are.  Oh,

16   yes.  Okay.

17   Q.   All right.  And that's the summer between 7th and 8th

18   grade, correct?

19   A.   I'm -- I'm not sure.  I thought it was 2011 summer that

20   she was on the debate team.  I'm not sure.

21   Q.   Okay.  So is that a mistake on this résumé?

22   A.   I don't -- I don't know.  Maybe it was another one as

23   well.  I don't know.  I don't recall.

24   Q.   Right and then D.C. bar, 2012, nominated as judge for

25   mock trial?

Cross - Bi.R.

────── B.R. v. F.C.S.B. ──────

96

1    A.   I took my entire family.  My son, my daughter, my

2    husband.  And it was a fabulous experience.

3    Q.   Okay.  Obama for America 2012 campaign volunteer?

4    A.   She worked with her brother.  We did whatever we could to

5    give her a life.

6    Q.   Uh-huh.  And then St. John's Episcopal Church, Lafayette

7    Square, 2012, choir member and Sunday school teaching

8    assistant?

9    A.   That's correct.

10   Q.   Right.  And she still listed that job on her résumé when

11   she applied to The Storm King School in the spring of 2013,

12   right?

13   A.   Yeah, I guess.  I don't have that application.

14   Q.   Okay.  Another thing that you said on the first day of

15   trial was that your daughter had lost her interest in music

16   classes after she left Rachel Carson, right?

17   A.   She's still not playing piano.

18   Q.   But she was in the school chorus at the boarding school,

19   right?

20   A.   I think she was in one performance.

21   Q.   And she told the boarding school in her application for

22   8th grade that she planned to pursue a career in music, right?

23   A.   She -- yeah, she wanted to.

24   Q.   And then she was in the chorus in the 9th grade at Great

25   Neck?

Cross - Bi.R.

─B.R. v. F.C.S.B.─

97

1    A.    She was in a chorus class, correct.

2    Q.    She was in the chorus and performed, right?

3    A.    There was a class that performed.  It was a chorus class.

4    Just like there's drama class at RCMS and you have a play, the

5    same thing.

6    Q.    And she continued to list singing and music as her

7    interest all the way into her college applications, right?

8    A.    She does have interest in it.

9    Q.    All right.  And also acting on there, right?

10   A.    That's true.  She likes all of them.

11   Q.    Okay.  Now, during Ms. Anderson's examination on the

12   first day of trial, you said that she has light sensitivity?

13   A.    Yes, that's true.

14   Q.    Are you referring to difficulty looking at monitors like

15   the one in front of you?

16   A.    She uses a blue lens on her glasses.  She -- when she was

17   in college, she had some sort of blue screen.  So when the

18   doctors helped her with her conditions, they recommended that.

19   Q.    Okay.  And is this -- is this something you've observed

20   yourself?

21   A.    Yes.

22   Q.    Okay.  In high school she took computer applications and

23   digital design classes, right?

24   A.    Yes.

25   Q.    Those were some of her best subjects in high school?

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

Cross - Bi.R.

─B.R. v. F.C.S.B.─

98

1    A.    I don't know that.

2    Q.    Would you please look at Defendants' Exhibit 48 in your

3    binder.

4    A.    Sure.

5              THE COURT:  Is 48 in, Trish?

6              MS. ANDERSON:  No objection.

7              THE COURT:  Excuse me?

8              MS. ANDERSON:  Sorry, no objection.

9              THE COURT:  All right.  No objection.  You may

10   publish.

11             MS. REWARI:  Thank you.

12   (Defendants' Exhibit No. 48, was admitted into evidence.)

13             THE WITNESS:  Sorry, I'm having a hard time

14   finding -- oh, here we go.  Okay.

15             THE COURT:  It's on the screen there, ma'am, to your

16   right.

17             THE WITNESS:  Okay.

18             MS. REWARI:  You can look on the screen.

19   BY MS. REWARI:

20   Q.    Do you recognize this as your daughter's high school

21   transcript?

22   A.    That's correct.

23   Q.    And it says, "Fort Lee High School" up at the top, but

24   your daughter went to three different high schools, right?

25   A.    That's correct.  She only went for a little bit to Fort

────────────────── B.R. v. F.C.S.B. ──────────────────

99

1   Lee.

2   Q.   Right.  So she went to Great Neck High School for 9th

3   grade.

4   A.   Okay.

5   Q.   Is that right?

6   A.   It sounds right.

7   Q.   Okay.  And then she went to the Academy of Holy Angels

8   for 10th and 11th grade, right?

9   A.   I'm not sure if she completed all of 11th there.

10  Q.   Okay.

11  A.   She was hospitalized.

12  Q.   Okay.  10th grade was at Academy of Holy Angels?

13  A.   Yes.

14  Q.   And then some of the 11th grade was Academy of Holy

15  Angels and Fort Lee?

16  A.   It sounds right.  Roughly, yes.  She was -- like I said,

17  we had to put her into a public school so she could get the

18  homebound services when she was hospitalized.

19  Q.   And then she was hospitalized for an eating disorder,

20  right?

21  A.   Eating disorder as a result of her trauma, which a

22  principal diagnosed, by the way.

23  Q.   Okay.  And then the 12th grade that's listed there, that

24  was with Fort Lee?

25  A.   Yes, but she was not physically in the school.

—B.R. v. F.C.S.B.—

100

1  Q.   Okay.  And so, in 10th grade she took computer

2  applications and digital design, right?

3  A.   Yes.

4  Q.   Okay.  And those are two of her highest grades, correct,

5  that year?

6  A.   It looks that way, yes.

7  Q.   And when she went to college -- and, by the way, she

8  graduated early from high school, right?

9  A.   Yes, the superintendent made an exception that allowed

10 her to graduate early because she was not doing well in the

11 physical setting of a school.

12 Q.   She had all the academic requirements to finish early?

13 A.   To finish early.

14 Q.   Okay.  In college her original major at John Jay College

15 was computer science, right?

16 A.   She tried.

17 Q.   And then she worked on cybersecurity at

18 PricewaterhouseCoopers?

19 A.   That's correct.  And an internship program.

20 Q.   And that ultimately involves a computer, right?

21 A.   That's correct.

22 Q.   And she has listed a number of computer programming

23 languages on her résumé for Columbia University, right?

24 A.   Yes.

25 Q.   C++, Python, HTML, SQL, all right, those are all computer

101

1   programming languages?

2   A.   As far as I know, yes.

3   Q.   Okay.  And those were languages that she learned while

4   she was in high school?

5   A.   I couldn't -- I think it was John Jay where she got those

6   courses.  I'm not sure.

7   Q.   Okay.

8   A.   What I remember from the high school were digital

9   drawings and things like that.  She won an award for digital

10  drawing on a computer, things like that.

11  Q.   Okay.  And during college, one of her jobs was at the

12  Columbia Law Review, right?

13  A.   That's correct.

14  Q.   And that work was also mostly on a computer?

15  A.   I think what she was doing was archiving law journal

16  stuff.

17  Q.   Into digital format, right?

18  A.   I believe so.  I don't know 100 percent what the day

19  consisted of.

20  Q.   Okay.  And then most of her coursework at Columbia was

21  virtual, right?

22  A.   I wouldn't say most, no.

23  Q.   Once there was COVID in -- she was in her second year --

24  what -- when she went to --

25  A.   I believe it was her last year when it was COVID.

Cross - Bi.R.

B.R. v. F.C.S.B.

102

1    Q.    Okay.

2    A.    I think most of her -- that's why we moved to Manhattan,

3    to support her to be able to go to a college, and so I believe

4    most of it was not virtual.

5    Q.    Okay.  She was treated virtually by Dr. Saylor at times?

6    A.    Early on.  2015.

7    Q.    Well, he's in Herndon, Virginia, right?

8    A.    Correct.

9    Q.    And he started treating her in late 2012?

10   A.    Correct.

11   Q.    And he treated her until 2015?

12   A.    Correct.

13   Q.    And he treated her via Skype a lot of times, right?

14   A.    Up until 2015, 2016, that's it.

15   Q.    But you also came to Virginia to see him sometimes?

16   A.    Correct.

17   Q.    And you came in your car to see him, right?

18   A.    Yes, that's correct.

19   Q.    And you were coming from New York?

20   A.    Most of the time, yeah.

21   Q.    You told the jury that B.R. can't travel, can't do long

22   drives, right?

23   A.    She can't.  We have to stop every so often.  She

24   hyperventilates.  She doesn't like confined spaces.  She has

25   to have antinausea or lemons.  It's a whole prep for her.

———————————————————B.R. v. F.C.S.B.———————————————————

                                                                    103

1   Q.    When you were living in New York --

2   A.    Yes.

3   Q.    -- and your daughter -- excuse me -- your son was a

4   student at American University?

5   A.    Yes.

6   Q.    And you and your daughter would come down regularly to

7   see him, right?

8   A.    No, not regularly.  I mean, he's a college student.  I

9   don't have that kind of time.

10  Q.    Well, in the summer of 2014, you made regular trips here?

11  A.    I don't know.  I don't -- I wouldn't say regular.  Maybe

12  there was an event.  I don't recall ever doing regular trips

13  but an event, if there was a graduation or --

14  Q.    And you would go shopping at Tysons mall?

15  A.    I have -- had a very hard time going shopping with B████.

16  She gets really scared, but I do try to do the prolonged

17  exposure.  We talk about that, you know, expose yourself

18  gently, slowly.

19  Q.    Do you recall going to a -- an event in Boston in the

20  summer of 2014?

21  A.    My son was applying for colleges, I think, so he had an

22  interview and we all went.

23  Q.    Right.  Do you recall driving from D.C. to Boston in a

24  single day with your daughter?

25  A.    Yeah, probably.  I mean, it's a five-hour drive.  We

—————————————————————————————————————————————————————————————————

Cross - Bi.R.

─B.R. v. F.C.S.B.─

104

1   probably stopped every hour-and-a-half.

2   Q.   Do you recall going to -- do you recall telling the jury

3   you couldn't -- you haven't been to the movies with your

4   daughter?

5   A.   I can't go to the movies with my daughter.  I mean, we

6   tried a couple of times and it was not successful.

7   Q.   Do you recall going to the movies while you were here in

8   Tysons with your daughter in the summer of 2014?

9   A.   We may have tried.  We may have tried, but it's -- you

10  know, and as she processes the trauma more and more,

11  challenges present, evolve.

12  Q.   I think you talked on the first day about your

13  relationship with your daughter?

14  A.   Did I?  I don't remember.

15  Q.   You consider your family to be very close, right?

16  A.   That's correct.

17  Q.   A family that talks about everything?

18  A.   Most everything.

19  Q.   And during the fall of 2011, the four of you had dinner

20  together as a family seven days a week, right?

21  A.   That's correct.

22  Q.   I think you mentioned home-cooked meals?

23  A.   That's correct.  To this day.

24  Q.   And every night you spent an hour or more at the dinner

25  table?

Cross - Bi.R.
───────B. R. v. F.C.S.B.───────
                                                                          105

1    A.   That's correct.

2    Q.   And then your kids would sit at the dinner table and do

3    their homework?

4    A.   That's correct.

5    Q.   And as you recall, your daughter spent at least two hours

6    a night just doing homework with you, right?

7    A.   That's correct.  Roughly.

8    Q.   And then you and your husband also drove your daughter to

9    and from piano lessons?

10   A.   When she had them, yes.

11   Q.   And your daughter was -- didn't do sleepovers at friends'

12   houses, right?

13   A.   That's correct.

14   Q.   So you saw her every night?

15   A.   That's correct.

16   Q.   And she didn't go over to the houses of any friends in

17   the neighborhood either, right?

18   A.   That's correct -- I mean, she may have visited her

19   friend, Olivia.  I don't remember.  I mean, I'm sure there was

20   a visit or two, not sleepovers but visiting.

21   Q.   Are you talking about Olivia B.?

22   A.   Olivia B., Olivia P., both.

23   Q.   Did they live in your neighborhood?

24   A.   Not in the neighborhood but in the Rachel Carson

25   neighborhoods, right.

───────────────────────Tonia M. Harris OCR-USDC/EDVA 703-646-1438───
EASTERN DISTRICT OF VIRGINIA

─────B.R. v. F.C.S.B.─────

106

1    Q.   So you did drive her or she had to be picked up to go to

2    their houses, right?

3    A.   Right, correct.

4    Q.   And during the fall of 2011, you weren't working outside

5    the home at all, right?

6    A.   That's correct.

7    Q.   And your husband was retired or semiretired at that

8    point?

9    A.   That was the plan, but he had to go back to work.

10   Q.   And so, one of you were -- one or the both of you were

11   always home for your kids after school, right?

12   A.   It's always been the case.

13   Q.   Okay.  And -- but the first time that you learned that

14   your daughter had been raped was after you had pulled her out

15   of in-school instruction?

16   A.   That's correct.

17   Q.   And that was sometime in late February, early March,

18   2012?

19   A.   That's correct.

20   Q.   And so, by that time, B.R. had not -- had not been in

21   school for several weeks by the time you learned --

22   A.   Three weeks, uh-huh.

23   Q.   Uh-huh.  And you learned it because she told you?

24   A.   That's correct.

25   Q.   And you didn't discover it on your own?

───────── B.R. v. F.C.S.B. ─────────

107

1    A.    I did not.

2    Q.    The first time that you met with any administrator about

3    your daughter was November 21, 2011?

4    A.    That's correct.

5    Q.    So I'd like to talk about that period of time before

6    November 21, 2011.

7    A.    Okay.

8    Q.    You were familiar with the school before your daughter

9    started there, right?

10   A.    That's correct.

11   Q.    And you contacted the school about a number of things

12   that year before November 21, 2011?

13   A.    That's correct.

14   Q.    In early October, you emailed Ms. H█████ because your

15   daughter wanted to switch her elective, right?

16   A.    That's correct.

17   Q.    If you take a look at Defendants' Exhibit 76 in your

18   book.

19   A.    I have it.

20   Q.    Is this an email from you to Mrs. H██████?

21   A.    That's correct.

22           MS. REWARI:  Your Honor, we move to admit

23   Defendants' 76.

24           MS. ANDERSON:  No objection.

25           THE COURT:  Without objection.

Cross - Bi.R.

—————B.R. v. F.C.S.B.—————

108

1    (Defendants' Exhibit No. 76 was admitted into evidence.)

2              MS. REWARI:  May I publish?

3              THE COURT:  You may.

4              (Defendants' Exhibit 76 published.)

5    BY MS. REWARI:

6    Q.   And this is an email that you sent on the night of

7    October 6, 2011, right?

8    A.   Yes.

9    Q.   And when you're sending this email, your daughter has

10   already met with Ms. H█████ earlier that day, right?

11   A.   It seems that way, yup.

12   Q.   And you've marked this high importance, this email?

13   A.   Yes.

14   Q.   And the reason your daughter has met with Mrs. H█████

15   is because she wants to switch her elective from Spanish to

16   drama, right?

17   A.   That's correct.

18   Q.   And she is the counselor to make the change?

19   A.   She must have met with the counselor and I'm following

20   up.

21   Q.   Right.  But she -- because she needed the counselor to

22   make the change?

23   A.   Correct.

24   Q.   And then you sent an email the same night to follow up on

25   her meeting, right?

B.R. v. F.C.S.B.

109

1    A.    Yes, that's correct.

2    Q.    Okay.  And a couple of weeks later, you emailed your

3    daughter's English teacher about an assignment, right?

4              If you turn to Defendants' Exhibit 77 in your

5    binder.

6    A.    Okay.

7    Q.    Is this an email that you sent to -- or an email exchange

8    with your daughter's English teacher?

9    A.    That's correct.

10   Q.    Okay.

11             MS. REWARI:  Your Honor, we'd move to admit

12   Defendants' Exhibit 77.

13             MS. ANDERSON:  No objection.

14             THE COURT:  Without objection.

15   (Defendants' Exhibit No. 77 was admitted into evidence.)

16             MS. REWARI:  May I publish?

17             THE COURT:  You may.

18   BY MS. REWARI:

19   Q.    And this is an email on October 25, 2011, right?

20   A.    Uh-huh.

21   Q.    And you're emailing her about an assignment that your

22   daughter is not able to print in color?

23   A.    That's correct.

24   Q.    If we look at the email down at the bottom -- I'm sorry,

25   I said 26, it's October 25th.

─B.R. v. F.C.S.B.─

110

1      You've marked this email high importance also,

2 right?

3 A.    Uh-huh.

4 Q.    And -- and Ms. Estrella, she's the English teacher,

5 right?

6 A.    Yes.

7 Q.    And she wrote you back in 20 minutes?

8 A.    Uh-huh.

9 Q.    Okay.

10           THE WITNESS:  Say "yes" or "no."  Yes, sorry.

11 BY MS. REWARI:

12 Q.    All right.  The day after this email your daughter went

13 on a field trip with her pod to Lake Fairfax Park, right?

14 A.    I don't -- I don't know.

15 Q.    Well, would you please take a look at Defendants'

16 Exhibit 121 in your binder?

17           THE COURT:  Is 121 in, Trish?

18           THE WITNESS:  It's an attendance?

19 BY MS. REWARI:

20 Q.    Right.

21 A.    Okay.

22 Q.    And you see --

23           MS. REWARI:  Well, Your Honor, we move to admit

24 Defendants' Exhibit 121.

25           MS. ANDERSON:  No objection.

─────B. R. v. F.C.S.B.─────

111

1          THE COURT:  No objection.  You may publish.

2          MS. REWARI:  Thank you.

3 (Defendants' Exhibit No. 121, was admitted into evidence.)

4 BY MS. REWARI:

5 Q.  Do you see where it says "Field trip" and there's a "1"

6 there?

7 A.  Okay.

8 Q.  And the code for field trip is FTR, right?

9 A.  Okay.

10          This is not something parents see.  Would -- I've

11 never -- yeah, okay.

12 Q.  Sure.

13          So if you could turn to Defendants' Exhibit 122 in

14 your binder?

15 A.  122.  Okay.

16 Q.  That's your daughter's period attendance report; do you

17 see that?

18 A.  Okay.

19          MS. REWARI:  Your Honor, move to admit Defendants'

20 Exhibit 122.

21          MS. ANDERSON:  No objection.

22          THE COURT:  Without objection.

23 (Defendants' Exhibit No. 122, was admitted into evidence.)

24          MS. REWARI:  May I publish?

25          THE COURT:  You may.

Cross - Bi.R.

B.R. v. F.C.S.B.

112

1        MS. REWARI:  And, Grady, if you could focus in on

2    October and -- October 26 -- 10/26 there.

3        THE WITNESS:  Okay.  Yes.

4    BY MS. REWARI:

5    Q.    Right.

6    A.    Uh-huh.

7    Q.    So that's an F there.  And if you look on the second page

8    here, F means field trip, right?

9    A.    Yes, that's what you've just established.

10   Q.    Right.  Okay.  Right.  So there was a field trip on

11   October 26th, and you had to sign a permission slip for your

12   daughter to go to the field trip, right?

13   A.    I -- I don't remember.  I'm sorry.

14   Q.    Well, one of -- either you or your husband had to give

15   her permission to go on the field trip?

16   A.    I would assume, yes.

17   Q.    Okay.  All right.  And then on November 4th you -- you

18   came to the school -- we're still on this exhibit -- and you

19   checked her out early from school, right?  Either you or your

20   husband?

21   A.    I'm sorry.  I'm trying to find it.

22        Okay.  Yes.

23   Q.    11/04, you see the O?

24   A.    Yes.

25   Q.    Right?

1          And if you go to the back page of this, an O means a

2    checkout from school, right?

3    A.   I don't know if that's what you're saying it is, then

4    I'll take your word for it.

5    Q.   If you can flip to the back page, the legend there, O

6    equals checkout?

7    A.   Okay.

8    Q.   And a checkout -- you're familiar with the checkout

9    procedure at the school, right?

10   A.   It's been a while, but, yes, I think you go to the front

11   office and --

12   Q.   To sign your child out?

13   A.   Something like that, yes.

14   Q.   And they check your ID, right?

15   A.   Probably, yeah, sounds right.

16   Q.   Okay.  And so you -- you came into the building and

17   checked her out, you or your husband, on November 4th, right?

18   A.   That's what this says.  I don't have memory of it.

19   Q.   And then a week later you're back in the school for an

20   annual open house for Veterans Day; do you remember that?

21   A.   Yes.

22   Q.   And that day, that's November 11, 2011, correct?

23   A.   Yes.

24   Q.   And that day you spent the day shadowing your daughter?

25   A.   Yes.

─────B.R. v. F.C.S.B.─────

114

```
 1   Q.   Because that's part of the program they do for the open

 2   house, right?

 3   A.   Yes.

 4   Q.   You go to all of her classes with her?

 5   A.   Yes.

 6   Q.   Okay.  And then the following Monday you sent an email to

 7   her history teacher; do you recall that?

 8   A.   Yes.

 9   Q.   Okay.  Take a look at Defendants' Exhibit 78 in your

10   book.

11   A.   Okay.  Yes.  Uh-huh.

12   Q.   And that's an email between you and Ms. F███████ over

13   here, right?

14   A.   I can't see her, yes.

15   Q.   And she was your daughter's history teacher that year,

16   right?

17   A.   That's correct.

18   Q.   Okay.

19            MS. REWARI:  Your Honor, we move to admit

20   Defendants' Exhibit 78.

21            MS. ANDERSON:  No objection.

22            THE COURT:  Without objection.  You may publish.

23   (Defendants' Exhibit No. 78, was admitted into evidence.)

24            (Defendants' Exhibit 78 published.)

25            MS. REWARI:  And if we can look at the email below
```

B.R. v. F.C.S.B.

115

1  that first, Grady.

2  BY MS. REWARI:

3  Q.   So you wrote to her the night of November 14th, and you

4  reference having gone to her class the week before, right?

5  A.   The Friday before, yes.

6  Q.   Right.  And then you're emailing her about an assignment

7  that your -- that your daughter has, right?

8  A.   Yes.

9  Q.   Okay.  And she wrote you back the same night at 9:24

10  p.m.; do you see that?

11  A.   Yes.

12  Q.   Okay.  The first quarter of report cards were sent home

13  on November 11th that year, right?

14  A.   I don't know.

15  Q.   Okay.  Well, let me see if I can refresh your

16  recollection.

17         If you would please take a look at this document and

18  the third page.  There are some dates there.

19  A.   It's my second page.  Is that --

20  Q.   Yes.  It's two-sided.  Yes.

21         Does this refresh your recollection that the first

22  quarter report cards were sent home with students on

23  November 11th?

24  A.   That's what it says, yes.

25  Q.   Okay.  And as soon as you got your daughter's report

—B.R. v. F.C.S.B.—

116

1    card, you talked to her about it, right?

2    A.    I don't know that it -- we got it on November 11th.    It

3    says "sent home."    I don't -- I probably -- I don't know when

4    I spoke to her.

5    Q.    But once you saw the report card, you spoke to your

6    daughter about it?

7    A.    I'm sure I would have.

8    Q.    Okay.  Let's take a look at Defendants' Exhibit 80.

9          Do you recognize this as your daughter's report card

10   for the entire 7th grade year?

11   A.    I mean, it says her name so, yes, it's her report card.

12          MS. REWARI:  Okay.  Your Honor, we move to admit

13   Defendants' Exhibit 80.

14          MS. ANDERSON:  No objection.

15          THE COURT:  Without objection.  You may publish.

16   (Defendants' Exhibit No. 80, was admitted into evidence.)

17          (Defendants' Exhibit No. 80 published.)

18          MS. REWARI:  Thank you.

19   BY MS. REWARI:

20   Q.    Mrs. R., if you would like to look at it on the screen --

21   A.    Okay.

22   Q.    -- you're welcome to do that.

23          Your daughter had a C in math 7 honors, for the

24   first quarter, right?

25   A.    That's what it say, yes.

 1  Q.   And she had a B in science, correct?

 2  A.   That's correct.

 3  Q.   You were concerned about those grades, weren't you?

 4  A.   No.

 5  Q.   You asked the counselor to arrange a meeting with some of

 6  her core teachers, right?

 7  A.   And you know what the story is.  I told you this in the

 8  deposition.

 9  Q.   Ma'am, it's just a "yes" or "no" question.

10  A.   Oh, no --

11  Q.   You asked to --

12  A.   I -- not regarding the grades.

13  Q.   Okay.  You asked to meet with her teachers, correct?

14  A.   I did.

15  Q.   Okay.  You first became aware that your daughter was

16  having problems with bullying and harassment in school only

17  the weekend before the November 21st meeting with the school,

18  correct?

19  A.   No.

20  Q.   Do you recall giving a deposition in this case?

21  A.   Yes.

22  Q.   Okay.  And there was a court reporter there?

23  A.   Yes.

24  Q.   You were under oath?

25  A.   Yes.

Cross - Bi.R.

——————B.R. v. F.C.S.B.——————

118

1  Q.   Okay.  Let me hand you a copy of your deposition.  If you

2  would give me a moment.

3  A.   I can help you.  It was the pivotal weekend, but it was

4  not when I learned it.

5            MS. ANDERSON:  I have it.

6            MS. REWARI:  Okay.

7  BY MS. REWARI:

8  Q.   Okay.  If you would please take a look at page 109.

9            MS. ANDERSON:  I'm sorry, you said 109?

10           MS. REWARI:  Correct.

11           Your Honor, may I read the question?

12           THE COURT:  It's a deposition?

13           MS. REWARI:  Yes.

14           THE COURT:  You may.

15  BY MS. REWARI:

16  Q.   All right.  And the question to you on page 109, line 6,

17  was:

18           "QUESTION:  So when did you first become aware that

19  your daughter was encountering problems with sexual harassment

20  and bullying?

21           "ANSWER:  The weekend prior to this.

22           "QUESTION:  Okay.  And so this is a Monday --

23           "ANSWER:  Correct.

24           "QUESTION:  -- November 21st.  And so, it would have

25  been the weekend of November 19, '20; is that right?

——Tonia M. Harris OCR-USDC/EDVA 703-646-1438——
EASTERN DISTRICT OF VIRGINIA

Cross - Bi.R.

─────B.R. v. F.C.S.B.─────

119

1    "ANSWER:  Yeah, it would have been Friday, Saturday,

2    Sunday that we really -- she did not want to go to school and

3    she opened up and told us a lot of what was happening."

4         Now, you later gave the school a four-page

5    chronology relating to your daughter, right?

6    A.    Yes.

7    Q.    And that's a chronology that Ms. Anderson asked you

8    about?

9    A.    Yes.

10   Q.    And that was a chronology, I believe you said you

11   prepared it to meet with the superintendent; is that right?

12   A.    That's correct.

13   Q.    Okay.  If you would please take a look at Plaintiff's

14   Exhibit 171 in the binder.

15        MS. REWARI:  And, Your Honor, I believe this is in,

16   if we may publish?

17        THE COURT:  171.

18        THE WITNESS:  Thank you.

19        THE COURT:  You may publish.

20        MS. REWARI:  Thank you.

21        (Plaintiff's Exhibit No. 171 published.)

22   BY MS. REWARI:

23   Q.    Do you see that on the screen?

24   A.    Oh, sure.

25   Q.    And this chronology starts in mid-October, 2011, right?

─────────────── B.R. v. F.C.S.B. ───────────────

120

1    A.    Yes.

2    Q.    And then it goes to February 2012, correct?

3    A.    Correct.

4    Q.    In fact, the last entry in this chronology is, "Week of

5    February 6, escalation.  See letter to F███████ with

6    subsequent details."

7          Do you see that?

8    A.    Yes.

9    Q.    Okay.  Now, you also gave a written chronology to the

10   police department in March 2012, right?

11   A.    I don't recall.

12   Q.    Would you please take a look at Defendants' Exhibit 20 in

13   your book.

14   A.    Okay.

15   Q.    And do you recognize this as a chronology of events that

16   you prepared?

17   A.    It looks like the same, yeah.

18   Q.    And it has an FCPD number down on the bottom right.  Do

19   you see that?

20   A.    Yeah.

21         MS. REWARI:  And, Your Honor, we move to admit

22   Defendants' Exhibit 20.

23         MS. ANDERSON:  One moment, Your Honor.

24         (Counsel confers.)

25         MS. REWARI:  There were no objections made to this

─────────────────────────────────────────────────

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

─────B.R. v. F.C.S.B.─────

121

1    document back in November when we exchanged objections.

2         MS. ANDERSON:  Back in November, but, Your Honor, I

3    think we suggest she can be asked questions about it but that

4    it not be admitted.

5         THE COURT:  Let me see it.

6         (A pause in the proceedings.)

7         MS. ANDERSON:  We object on, sort of the MIL issues

8    we've been dealing with as far as that being admitted, but if

9    used to discuss her statements made then versus now, then we

10   think the questioning is okay.

11        THE COURT:  Let me take a look at it quickly.

12        MS. ANDERSON:  Thank you.

13        (A pause in the proceedings.)

14        THE COURT:  Who created this document?

15        MS. REWARI:  I believe Mrs. R. did.

16        THE COURT:  Okay.

17        MS. REWARI:  I think that's what she's just

18   testified to.

19        THE COURT:  All right.

20        (A pause in the proceedings.)

21        THE COURT:  So what is your objection?

22        MS. ANDERSON:  Based on the MIL related to where

23   that has been produced from, we -- we think that she can be

24   questioned to the extent it's inconsistent with her statements

25   but that it should not be admitted.

Cross - Bi.R.

───────B.R. v. F.C.S.B.───────

122

1        THE COURT:  Okay.  I'm going to overrule the

2  objection.

3        MS. REWARI:  Thank you.  Your Honor, if we may

4  publish?

5        THE COURT:  You may.

6        MS. REWARI:  Thank you.

7  (Defendants' Exhibit No. 20, was admitted into evidence.)

8        (Defendants' Exhibit No. 20 published.)

9        MS. REWARI:  Not --

10       MS. ANDERSON:  I'm sorry.  Your Honor, if I may

11  retrieve the copy?

12       THE COURT:  Sure.

13  BY MS. REWARI:

14  Q.   So the chronology that you provided to the police also

15  covers the same time period from mid-October to February,

16  2012, correct?

17  A.   I only see the first page of this.

18  Q.   Okay.  You can look at it, Defendants' Exhibit 20 in your

19  book.

20  A.   Okay.

21  Q.   And Grady will take us to the last page.

22  A.   Okay.  I see it.

23  Q.   And the last page includes the same thing, "Week of

24  February 6, escalation.  Please see letter to F█████ with

25  subsequent details."

─────B.R. v. F.C.S.B.─────

1          And then there's a new paragraph there.  Do you see

2    that?

3    A.   I don't know which paragraph you're referring to.

4    Q.   Well, the paragraph on the screen, "After therapy

5    session."

6    A.   Yes.

7    Q.   That was not in the chronology you gave to the school,

8    right?

9    A.   I don't know.  I'm not comparing the documents.  If

10   you're saying that, I'll take your word.

11   Q.   Right.  I'm going to ask Grady to put them side by side

12   for us, Plaintiff's Exhibit 171 and Defendants' Exhibit 20.

13          Okay.  So on the top is where your chronology to the

14   school ended, "Week of February 6."

15   A.   Okay.

16   Q.   And then on the bottom is the additional information that

17   you've included into the chronology for the police, right?

18   A.   Okay.  That's what it appears to be, yes.

19   Q.   Okay.  And if we go to the first page of both documents,

20   there's also a difference in the paragraph that says

21   November 4th, so why don't we compare those two paragraphs.

22          And on the top is what you have in the chronology to

23   the school, "David and B███ no longer friends.  He's back

24   with old girlfriend."

25   A.   Okay.

─────B.R. v. F.C.S.B.─────

124

1   Q.   Right.  And then the chronology to the police has deleted

2   the language about his old girlfriend, right?

3   A.   It looks that way, yeah.

4   Q.   Were David N. and your daughter boyfriend/girlfriend?

5   A.   No.

6   Q.   All right.  Staying on this page.  Let's look at the

7   paragraph under -- the paragraphs under the, "Week of

8   November 14."

9   A.   Okay.

10  Q.   Okay?  If we could just look at everything under the,

11  "Week of November 14."  There's three paragraphs there for the

12  chronology for the school, right?

13  A.   Okay.

14  Q.   And then there's an extra paragraph in the chronology for

15  the police as in those parenthesis there.

16  A.   I'm lost, I'm sorry.  I saw the first -- what you said,

17  but then I'm confused.

18  Q.   So the paragraph that Grady has just highlighted on the

19  screen --

20  A.   Okay.

21  Q.   -- says, "After some therapy sessions, B.R. recently

22  revealed" --

23  A.   Yeah.

24  Q.   -- "that in addition to extorting money, C.K. tackled her

25  to the ground and, behind some bushes near the bus stop,

1   assault her, trying to get his hands in her pants and top.

2   B.R. screaming, 'C.K. get off me.'"

3   A.    Mm-hm.

4   Q.    Right?

5   A.    Yes.

6   Q.    That's not in the chronology you provided to the school?

7   A.    That's correct.  Because she had not come out and told me

8   yet.

9   Q.    Okay.  And what is in the chronology provided to the

10  school in the second paragraph, is a discussion of how -- of

11  $50.  Do you see that?

12  A.    Yup.

13  Q.    Okay.  And you say in there that "He demands $50 from

14  B.R. or else he threatens to spread sexual rumors," right,

15  "and he says he's going to hurt your family."

16  A.    Yes.

17  Q.    Right?

18        And the one to the police now has added, "He's going

19  to hurt/kill your family"?

20  A.    Okay.

21  Q.    That was new information for the police, right?

22  A.    Probably as she revealed more, I got more detail.  I

23  don't know.  I couldn't tell you.

24  Q.    Now, both of these chronologies indicate that the rumors

25  and the name-calling did not start until the week of

Cross - Bi.R.

─B.R. v. F.C.S.B.─

126

1  November 14, right?

2  A.    I told you at the beginning, the dates are off for me.  I

3  was doing this from memory, and I did it quickly for the

4  meeting with Zuluaga.

5  Q.    Right.  And you created these back in 2012?

6  A.    2012, yes.  February.

7  Q.    Right.  And your memory back in February 2012 was that

8  the -- was that they started coming to her locker, David N.

9  and C.K. started coming to her locker the week of November 14,

10  right?

11  A.    Yeah, but I just told you the dates were off.

12  Q.    And there's nothing in this chronology about them coming

13  to her locker before the week of November 14th, right, in

14  either of these chronologies?

15  A.    Correct.

16  Q.    And there's nothing in either of these chronologies about

17  anyone touching her at her locker?

18  A.    That's correct.

19  Q.    Okay.  And you would agree that your memory in 2012 was

20  probably better than your memory in 2024, right?

21  A.    Probably, yes.

22  Q.    Okay.  In -- in fact, there's nothing in either of these

23  chronologies that describes anyone putting their hands down

24  your daughter's blouse, correct?

25  A.    You know, this is stuff that you don't need to put down.

B.R. v. F.C.S.B.

127

1    I -- my husband was looking at it, my son was looking.  We

2    were trying to get this together.  It's painful stuff.  You

3    know, I just didn't detail everything.

4    Q.   You --

5    A.   Sexual harassment equals touching.

6    Q.   You provided it to the police when you were making a

7    complaint against C.K., right?

8    A.   I -- is that what it says?  I don't know.  For the police

9    one, does it mention it?

10   Q.   Well, you went to the police station to make a complaint

11   against C.K., right?

12   A.   For a rape.  For a rape.

13   Q.   Okay.  And there's nothing in either of these

14   chronologies that describes anyone putting their hands down

15   your daughter's pants, correct?

16   A.   So I'm talking about sexual harassment throughout.  I --

17   I mean, if I forgot a word, I don't know.  I'm not looking at

18   the entire document.  If you'd like for me to sit and read the

19   entire document to answer, I will.

20   Q.   Do you agree that someone putting their hands down your

21   daughter's blouse or in her pants is very offensive?

22   A.   Yes.  That's why it's probably hard for me to put.

23   Q.   Right.  And it's worse -- it's a violation that's much

24   worst than name-calling, right?

25   A.   Of course.  But sexual name-calling and sexual touching,

─────B. R. v. F. C. S. B.─────

128

1  unwanted touching is sexual harassment.

2  Q.   Not something you'd forget if it was happening to your

3  12-year-old daughter at school, right?

4  A.   I didn't say I forgot.

5  Q.   Now, with Ms. Anderson on the first day of trial you said

6  that your daughter told you that it was not just C.K. and

7  D.N., but also some other people who were coming to her locker

8  and doing this; do you recall that?

9  A.   Could you repeat your question, I'm sorry.

10  Q.   On the first day of trial you testified to this jury that

11  your daughter told you that it was not just C.K. and D.N., but

12  there were some other people also coming to her locker and

13  putting their hands down her pants and down her blouse; do you

14  recall that?

15  A.   Yes.

16  Q.   Okay.  And you agree -- if we could go back to these

17  chronologies.  You agree that in this description that you

18  have of the week of November 14th, in both the chronology to

19  the school and the chronology to the police, there's no

20  mention of anybody other than D.N. and C.K. coming to your

21  daughter's locker?

22  A.   That's correct.  They were the main perpetrators.

23  Q.   Now, if there were other boys who were putting their

24  hands down your daughter's blouse and your daughter's pants,

25  that would be a pretty important detail to share with the

Cross - Bi.R.
─────B.R. v. F.C.S.B.─────

129

1  school, right?

2  A.    Correct.  But I don't know who's doing what.  So I know

3  that other boys are there, calling her names, touching her

4  unwantedly.  I don't have exact knowledge as to whose right

5  hand went down her left bra or her -- whose left hand went

6  down her right underwear.  I have no idea.  And I'm not going

7  to subject my daughter to those kinds of questions.

8  Q.    Okay.  Now, you sent two emails to the school on

9  November 21st after you met with the school administrator,

10  right?

11  A.    Correct.

12  Q.    And Ms. Anderson showed both of them to you this morning,

13  right?

14  A.    Yes.

15  Q.    Okay.  And let's look at Plaintiff's Exhibit 80, which

16  was the second email that she showed you.

17          MS. REWARI:  Your Honor, if we may publish?

18          THE COURT:  Is that one in, Trish?

19          You may.

20          MS. REWARI:  Thank you.

21          (Plaintiff's Exhibit 80 published.)

22  BY MS. REWARI:

23  Q.    All right.  Let's look at your email, 4:19 p.m.

24  A.    Okay.

25  Q.    This is the afternoon of your meeting with the school,

B.R. v. F.C.S.B.

130

1  right?

2  A.   Uh-huh.

3  Q.   The first paragraph in this is about her PE locker,

4  correct?

5  A.   Yes.

6  Q.   And this is in the girl's locker room?

7  A.   Yes.

8  Q.   Now, you said with Ms. Anderson this morning that your

9  daughter was assaulted that day?

10  A.   Not that day.  I don't know what -- no, she was

11  bothered -- that day -- okay.  Let -- so that day J�—— pushed

12  her, took her clothes from her.

13            MR. BLANCHARD:  Objection.

14            THE WITNESS:  Took her clothes from her and pushed

15  her.

16            THE COURT:  Ma'am, ma'am, stop just a moment.

17            MR. BLANCHARD:  Just clarification from where she

18  got the information.

19            THE COURT:  All right.  Ask her -- ask her a

20  foundation question.

21  BY MS. REWARI:

22  Q.   Okay.  Did you send this email after you spoke to your

23  daughter that day?

24  A.   Yes, I did.

25  Q.   And was this email about what had happened to her that

─B.R. v. F.C.S.B.─
                                                                    131

1   day?

2   A.   Yes.

3   Q.   Okay.  And you told Ms. Anderson this morning that your

4   daughter was assaulted by J.O. --

5   A.   Well --

6   Q.   -- that -- that day.

7   A.   That's correct.  She was shoved and pushed, and her

8   clothes were taken away from her, so she was naked.

9   Q.   Okay.  And there's nothing about that in this first

10  paragraph, right?

11  A.   "Assaulted" covers that, right?  I mean, do I need to --

12  I'm not a lawyer.  I'm just writing to my school.

13  Q.   Can you show me where the word "assaulted" appears in the

14  first paragraph?

15  A.   Let's see.  Oh, I used the word "hostile" and

16  "uncomfortable situation," yeah.

17  Q.   You were a communications and public relations expert at

18  this time, right?

19  A.   Yes.

20  Q.   You have a master's degree?

21  A.   Two.

22  Q.   Right.

23  A.   Yeah.

24  Q.   In communications?

25  A.   In communications and journalism.

                                                                Cross - Bi.R.
─────B.R. v. F.C.S.B.─────
                                                                        132

1   Q.   Right.  And so you know how to write an email, right?

2   A.   I do.

3   Q.   Okay.  And so there's -- the word "assaulted" is not in

4   this paragraph?

5   A.   I'm also a busy mom raising another family.  I'm quickly

6   writing a letter.  And I'm not covering this to be in federal

7   trial.  I'm writing to communicate with the teachers.

8   Q.   Someone putting their hands on your daughter, pretty

9   important thing?

10  A.   Yes.

11  Q.   Okay.

12  A.   Absolutely.

13  Q.   All right.  So the next paragraph says, "B.R. tells me

14  today was worse than any other day with at least 15 unknown

15  people approaching her during lunch."

16  A.   Uh-huh.

17  Q.   Right.  And so, this is information that came from your

18  daughter?

19  A.   That's correct.

20  Q.   Right.  And the 15 unknown people approaching her during

21  lunch were asking if she gave oral sex to C.K. and D.N.,

22  right?

23  A.   That's correct.

24  Q.   And this was worse than any other day that she'd had so

25  far?

──────B.R. v. F.C.S.B.──────

133

1    A.   Correct.

2    Q.   And so by -- by your testimony that she considered 15

3    unknown people coming up to her and asking about a rumor,

4    worse than having boys put their hands down her pants?

5    A.   Oh, no.  No.  I was talking about the rumors.  There were

6    15 people as opposed to three people.  Like I said, I'm not

7    covering the whole spectrum.  I'm talking about right now

8    there were 15 people talking to her, asking her whether she

9    gave blow jobs as opposed to three people.

10   Q.   Right.

11   A.   That's all.

12   Q.   And then in this paragraph you also say, "It seems this

13   is now more than just a trio of ill-advised students engaged

14   in bullying," right?

15   A.   That's correct.

16   Q.   And trio means three?

17   A.   Trio means three.

18   Q.   There's three kids discussed in this email, right?

19   A.   Correct.  In this email.

20   Q.   And then you announced in this email, "We will be keeping

21   B.R. home until after Thanksgiving with the hope this entire

22   matter is addressed and a constructive, positive learning

23   environment is restored with the school's intervention,"

24   right?

25   A.   That's correct.

Cross - Bi.R.

B.R. v. F.C.S.B.

134

1          THE COURT:  Are you switching topics, Ms. Rewari?

2          You're switching -- you're switching --

3          MS. REWARI:  I think so.  I think so.

4          THE COURT:  All right.  I'm going to go ahead --

5          MS. REWARI:  Yes.

6          THE COURT:  -- and give the jury their lunch break

7    at this point.

8          MS. REWARI:  Yes.  I think this is a good point.

9    Thank you.

10          THE COURT:  All right.  Ladies and gentlemen, we're

11    going to go ahead and take our lunch break.  Let's go from

12    about 1:30 to 2:15.  2:15.

13          Please remember, do not discuss the case or any

14    aspect of the case with anyone while the case is pending.

15          We'll see you back here at 2:15.  Thank you.

16          (Jury excused.)

17          THE COURT:  You may step down, ma'am.

18          (Witness excused.)

19          THE COURT:  Very good.  We'll see everyone back in

20    at 2:15.

21          (Lunch Recess 1:33 p.m.)

22          (A.M. Session concluded.)

23

24

25

1                    CERTIFICATE OF REPORTER

2

3              I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Jury Trial

7    in the case of the **B.R. versus F.C.S.B., et al.**, Civil

8    Action No.: 1:19-cv-917, in said court on the 4th day of

9    April, 2024.

10             I further certify that the foregoing 152 pages

11   constitute the official transcript of said proceedings, as

12   taken from my machine shorthand notes, my computer realtime

13   display, together with the backup tape recording of said

14   proceedings to the best of my ability.

15             In witness whereof, I have hereto subscribed my

16   name, this August 26, 2024.

17

18

19

20

21   _____

22   Tonia M. Harris, RPR
     Official Court Reporter

23

24

25

                                                           135

**$**

$50 [6] - 9:13, 9:16, 15:10, 40:11, 125:10, 125:12

**'**

'20 [1] - 118:24
'C.K [1] - 125:1
'Hey [1] - 40:3

**0**

05 [1] - 4:18
07 [1] - 4:4
089...........................
.............. [1] - 4:8

**1**

1 [14] - 11:15, 19:8, 19:9, 31:3, 36:15, 37:12, 68:13, 68:22, 76:23, 81:3, 81:6, 85:19, 87:11, 111:4
10 [1] - 45:23
10/26 [1] - 112:1
100 [4] - 2:2, 2:6, 2:10, 101:17
109 [7] - 29:13, 29:16, 29:25, 30:4, 118:7, 118:8, 118:15
109............................
.............. [1] - 4:9
10:27 [1] - 1:6
10th [5] - 39:1, 77:11, 99:7, 99:11, 99:25
11 [1] - 113:21
11/04 [1] - 112:22
111 [3] - 4:16, 4:16, 30:25
114 [1] - 4:15
116 [1] - 4:15
11:25 [1] - 46:1
11:30 [1] - 64:13
11th [6] - 99:7, 99:8, 99:13, 115:12, 115:22, 116:1
12 [1] - 14:17
12-year-old [1] - 128:2
120 [1] - 3:6
121 [4] - 110:15, 110:16, 110:23, 111:2
121............................
.............. [1] - 4:16
122 [5] - 4:14, 111:12, 111:14, 111:19, 111:22

**2** (col2 cont)

122............................
.............. [1] - 4:16
12:15 [2] - 75:6, 75:9
12:22 [1] - 75:19
12:25 [1] - 94:19
12th [1] - 99:22
13 [2] - 1:8, 47:24
132 [2] - 38:17, 38:21
135 [2] - 4:19, 135:10
14 [4] - 124:7, 124:10, 125:25, 126:8
14th [3] - 115:2, 126:12, 128:17
15 [7] - 13:20, 64:13, 132:13, 132:19, 133:1, 133:5, 133:7
1520 [1] - 1:20
160 [2] - 42:21, 42:23
169 [7] - 81:12, 81:14, 81:16, 84:2, 84:4, 84:7
16th [2] - 43:9, 77:22
171 [6] - 41:14, 41:17, 119:13, 119:16, 119:20, 123:11
1775 [1] - 3:9
18 [1] - 64:14
1801 [1] - 3:6
183A [2] - 54:22, 55:9
185 [4] - 36:3, 36:9, 36:12, 36:13
185............................
.............. [1] - 4:9
19 [2] - 4:8, 118:24
196 [1] - 63:4
1:15 [1] - 75:8
1:19-cv-917 [2] - 1:4, 135:8
1:30 [1] - 134:11
1:33 [1] - 134:20

**2**

2 [9] - 14:18, 20:17, 38:23, 67:17, 73:25, 74:5, 78:11, 94:19
20 [8] - 4:10, 110:6, 120:11, 120:21, 122:6, 122:7, 122:17, 123:11
20............................
.............. [1] - 4:14
20037 [5] - 1:16, 2:15, 2:18, 2:22, 3:2
2011 [14] - 11:22, 19:9, 20:19, 22:2, 95:18, 104:18, 106:3, 107:2, 107:5, 107:11, 108:6, 109:18, 113:21,

**3** (col3)

119:24
2012 [17] - 40:14, 76:25, 78:16, 93:20, 95:23, 96:2, 96:6, 102:8, 106:17, 120:1, 120:9, 122:15, 126:4, 126:5, 126:6, 126:18
2013 [3] - 87:11, 89:17, 96:10
2014 [3] - 103:9, 103:19, 104:7
2015 [7] - 90:12, 90:13, 90:16, 90:17, 102:5, 102:10, 102:13
2016 [1] - 102:13
20190 [1] - 3:10
20191 [1] - 3:7
202-536-1702 [1] - 1:17
202-955-1596 [1] - 2:15
202-955-1664 [1] - 2:22
202-955-1974 [1] - 2:19
2024 [4] - 1:6, 126:19, 135:9, 135:16
2029 [1] - 1:19
21 [4] - 11:21, 107:2, 107:5, 107:11
213-995-5720 [1] - 1:21
21st [4] - 7:15, 117:16, 118:23, 129:8
22 [1] - 76:25
2200 [4] - 2:14, 2:18, 2:21, 3:1
22314 [1] - 3:14
22nd [1] - 14:9
2300 [1] - 1:15
23rd [1] - 77:17
245 [5] - 67:3, 67:10, 67:13, 67:17, 67:18
245...........................
.............. [1] - 4:10
25 [1] - 109:18
25th [1] - 109:24
26 [2] - 109:24, 112:1
261 [6] - 72:8, 72:16, 73:19, 73:21, 76:11
261A [1] - 76:12
266A [3] - 20:5, 20:11, 20:14
266A...........................
.............. [1] - 4:10
26th [1] - 112:10
27th [3] - 30:23, 35:4, 37:5

**4** (col4)

2800 [3] - 2:3, 2:7, 2:11
28th [3] - 71:5, 71:7, 71:11
291 [3] - 81:6, 81:7
2:15 [5] - 68:25, 134:11, 134:14, 134:19
2nd [2] - 2:2, 2:6, 2:10

**3**

3 [3] - 39:17, 39:24, 80:18
30 [1] - 4:9
305-539-8400 [1] - 2:8
30th [1] - 17:25
319A [1] - 85:5
320 [4] - 85:6, 85:12, 85:16, 85:17
320............................
.............. [1] - 4:11
33131 [3] - 2:3, 2:7, 2:11
36 [1] - 4:9
381 [1] - 92:2
3:00 [1] - 62:19
3rd [1] - 36:5

**4**

4 [3] - 1:6, 40:22, 135:16
400 [1] - 3:10
401 [1] - 3:13
462 [1] - 92:5
48 [6] - 4:11, 39:20, 39:22, 98:1, 98:4, 98:11
48............................
.............. [1] - 4:14
4:00 [1] - 62:20
4:19 [1] - 129:22
4th [4] - 112:16, 113:16, 123:20, 135:8

**5**

5 [3] - 20:19, 45:22, 94:19
50 [2] - 89:23, 90:3
52 [4] - 88:21, 89:2, 89:3, 89:5
57 [1] - 86:1
581 [2] - 47:24, 48:3
581............................
.............. [1] - 4:11
5:00 [1] - 47:17

**6**

6 [9] - 84:22, 84:23, 84:24, 108:6, 118:15, 120:4, 122:23, 123:13
610-804-1787 [1] - 2:4
643a [1] - 1:16
67 [1] - 4:10
6:15 [1] - 47:18
6:20 [1] - 47:18
6th [1] - 48:17

**7**

7 [9] - 22:2, 24:17, 24:18, 24:20, 25:1, 26:21, 27:12, 116:22
7-8 [1] - 24:24
76 [4] - 107:16, 107:22, 107:25, 108:3
77 [3] - 109:3, 109:11, 109:14
78 [4] - 114:8, 114:19, 114:22, 114:23
78............................
.............. [1] - 4:15
79 [2] - 11:15, 11:17
7:30 [1] - 14:15
7th [8] - 24:13, 25:9, 62:14, 93:24, 93:25, 95:12, 95:16, 116:9

**8**

8 [5] - 24:17, 24:18, 24:19, 24:20, 25:1
8/29/2012 [1] - 86:20
80 [7] - 12:21, 116:7, 116:12, 116:15, 116:16, 129:14, 129:20
80............................
.............. [1] - 4:15
801(d)(2)(D) [2] - 63:19, 66:1
804-788-8200 [1] - 3:2
84 [2] - 24:15, 24:24
85 [1] - 4:11
850-585-3414 [1] - 2:12
87 [1] - 4:5
89 [4] - 12:23, 18:20, 19:3, 19:6
8th [6] - 13:16, 78:2, 78:18, 95:12, 95:16, 96:21

136

**9**

**90067** [1] - 1:20
**98** [1] - 4:14
**9:24** [1] - 115:8
**9th** [3] - 38:10, 96:23, 99:1

**A**

**A.F** [1] - 3:6
**a.m** [2] - 1:6, 46:1
**A.M** [2] - 1:8, 134:21
**ability** [1] - 135:14
**able** [15] - 6:14, 12:7, 19:22, 21:12, 22:17, 26:25, 27:10, 46:16, 50:4, 58:23, 59:1, 63:13, 74:15, 102:2, 109:21
**abrenner@bsfllp. com** [1] - 2:8
**absences** [1] - 29:19
**absent** [4] - 30:13, 30:14, 30:15
**absolutely** [1] - 132:11
**academic** [1] - 100:11
**academy** [1] - 93:5
**Academy** [3] - 99:6, 99:11, 99:13
**acceptable** [1] - 37:19
**accepted** [2] - 22:1, 54:14
**accompanied** [1] - 48:25
**accompany** [1] - 50:6
**accomplishments** [1] - 88:17
**according** [1] - 15:15
**acting** [1] - 97:8
**Action** [2] - 1:4, 135:8
**action** [1] - 51:12
**actions** [2] - 53:8, 53:19
**activities** [3] - 22:18, 91:23, 93:23
**activity** [2] - 21:25, 22:18
**acts..** [1] - 14:1
**add** [1] - 86:19
**added** [1] - 125:17
**addendum** [1] - 86:18
**addition** [3] - 9:3, 57:13, 124:23
**additional** [1] - 123:15
**address** [3] - 63:24, 73:14, 75:17
**addressed** [2] - 11:24, 133:21

**adduced** [1] - 135:6
**administrate** [1] - 34:21
**administration** [1] - 37:18
**administrator** [3] - 62:10, 107:1, 129:8
**administrators** [3] - 25:12, 25:15, 27:23
**admissible** [1] - 94:24
**admit** [15] - 19:2, 20:10, 29:24, 36:8, 55:8, 67:9, 72:15, 85:11, 107:21, 109:10, 110:22, 111:18, 114:18, 116:11, 120:20
**Admitted** [2] - 4:7, 4:13
**admitted** [32] - 19:6, 20:14, 24:12, 24:21, 30:4, 30:24, 36:12, 38:17, 41:13, 47:23, 48:3, 53:10, 67:13, 73:20, 81:12, 84:3, 85:16, 88:23, 89:25, 92:7, 92:8, 98:11, 107:25, 109:14, 111:2, 111:22, 114:22, 116:15, 121:3, 121:7, 121:24, 122:6
**adult** [1] - 22:23
**adults** [1] - 16:8
**advantage** [1] - 46:6
**adversely** [1] - 41:3
**advised** [1] - 133:12
**advisory** [1] - 22:3
**affected** [1] - 41:3
**afraid** [1] - 8:2, 12:13
**afternoon** [3] - 13:14, 31:23, 88:2, 88:3, 129:24
**age** [2] - 33:14, 33:20
**agent** [1] - 65:25
**ago** [1] - 88:13
**agree** [2] - 74:15, 86:18, 86:20, 126:18, 127:19, 128:15, 128:16
**agreed** [8] - 49:6, 73:25, 74:1, 74:9, 74:10, 76:12, 81:9, 83:19
**agreement** [5] - 72:25, 73:8, 73:24, 75:22, 75:24
**ahead** [5] - 6:24, 45:21, 75:16, 134:3, 134:10

**ajar** [1] - 49:15
**al** [2] - 1:6, 135:7
**alanderson@bsfllp. com** [1] - 1:21
**alcohol** [1] - 17:17
**alcove** [1] - 11:7
**Alexandria** [1] - 3:14
**Alison** [1] - 1:18
**all-day** [1] - 70:2
**allegation** [6] - 60:2, 60:6, 65:9, 65:11, 65:23, 66:11
**allegedly** [1] - 59:14
**allow** [2] - 5:12, 61:13
**allowed** [5] - 59:1, 63:24, 69:7, 70:6, 100:8
**allowing** [1] - 46:3
**almost** [1] - 74:21
**ALSTON** [1] - 1:11
**altercation** [1] - 35:10
**America** [1] - 96:2
**American** [1] - 103:3
**amount** [1] - 42:11
**analogy** [1] - 17:6
**Anderson** [18] - 1:18, 16:12, 45:6, 45:10, 46:19, 52:17, 53:24, 59:3, 59:23, 60:12, 88:12, 91:17, 94:15, 119:6, 128:4, 129:11, 130:7, 131:2
**ANDERSON** [209] - 5:4, 5:8, 5:15, 6:21, 7:10, 11:14, 11:18, 12:19, 12:24, 13:1, 14:6, 14:8, 16:15, 16:17, 16:20, 16:23, 16:24, 18:15, 18:17, 19:2, 19:7, 20:1, 20:3, 20:10, 20:15, 20:16, 24:4, 24:11, 24:18, 24:21, 24:25, 25:2, 25:22, 26:4, 26:18, 26:22, 29:24, 30:3, 30:5, 30:7, 30:20, 30:22, 30:24, 31:2, 31:4, 31:12, 31:14, 34:15, 36:8, 36:14, 36:16, 37:12, 37:14, 37:22, 37:24, 38:16, 38:20, 38:22, 38:24, 39:17, 39:18, 39:23, 39:25, 40:21, 40:23, 41:13, 41:16, 41:18, 41:20, 41:23, 41:25, 42:6, 42:18, 42:20, 45:13, 46:10, 46:21, 47:22, 48:4, 48:14, 48:16, 50:18,

50:22, 51:15, 52:19, 53:1, 53:14, 53:17, 54:3, 54:5, 55:8, 55:12, 55:20, 56:1, 56:7, 56:15, 56:21, 56:25, 57:5, 57:10, 57:14, 57:16, 57:19, 57:21, 58:1, 58:10, 59:4, 59:7, 59:15, 60:13, 60:17, 60:22, 60:25, 61:8, 61:14, 61:18, 61:21, 61:25, 63:19, 63:25, 64:10, 64:15, 65:21, 65:25, 66:4, 66:8, 66:21, 66:24, 67:9, 67:14, 67:16, 67:19, 69:9, 69:11, 72:15, 72:21, 72:24, 73:4, 73:10, 73:13, 73:18, 73:23, 74:5, 74:8, 74:16, 74:18, 74:20, 74:24, 75:4, 75:20, 75:22, 75:24, 76:5, 76:7, 76:10, 76:16, 76:19, 76:22, 76:24, 78:11, 78:12, 80:18, 80:20, 81:3, 81:5, 81:8, 81:11, 81:15, 81:18, 82:3, 82:5, 82:15, 82:20, 84:6, 84:8, 84:10, 84:12, 84:22, 84:25, 85:11, 85:18, 85:25, 86:5, 86:12, 86:14, 87:5, 87:7, 87:13, 87:16, 92:11, 92:13, 94:16, 94:21, 98:5, 98:7, 107:23, 109:12, 110:24, 111:20, 114:20, 116:13, 118:4, 118:8, 120:22, 121:1, 121:6, 121:11, 121:21, 122:9
**Anderson's** [1] - 97:10
**Anderson............** [1] - 4:4
**Andrew** [1] - 2:5
**ANDREWS** [4] - 2:14, 2:17, 2:21, 3:1
**Angeles** [1] - 1:20
**Angels** [4] - 93:5, 99:6, 99:11, 99:14
**angry** [1] - 17:14
**Anna** [1] - 63:3
**Anne** [1] - 82:11
**announced** [1] - 133:19
**annual** [1] - 113:19

**answer** [5] - 7:3, 34:12, 42:4, 66:2, 127:18
**ANSWER** [3] - 118:20, 118:22, 118:25
**antinausea** [1] - 102:24
**apologies** [2] - 64:11, 92:11
**APPEARANCES** [3] - 1:13, 1:25, 2:25
**application** [3] - 94:10, 96:12, 96:20
**applications** [3] - 97:6, 97:21, 100:1
**applied** [2] - 94:9, 96:10
**applying** [1] - 103:20
**appointed** [1] - 70:5
**appointment** [1] - 50:8
**appointments** [2] - 17:21, 54:8
**appreciate** [5] - 23:4, 23:20, 44:11, 46:3, 46:8
**approach** [3] - 55:11, 57:15, 57:16
**approached** [1] - 7:24
**approaching** [3] - 13:20, 132:14, 132:19
**appropriate** [2] - 72:3, 87:2
**approval** [2] - 44:17, 44:19
**approve** [2] - 44:14, 44:15
**April** [5] - 1:6, 63:14, 64:23, 135:9, 135:16
**archiving** [1] - 101:14
**area** [4] - 11:7, 21:3, 31:24, 50:13
**argue** [2] - 59:21, 61:5
**argued** [1] - 57:21
**arguing** [1] - 59:17
**arraignment** [1] - 45:11
**arrange** [1] - 117:4
**arrive** [1] - 62:19
**arrived** [1] - 32:13
**aspect** [3] - 6:5, 75:14, 134:13
**assault** [4] - 79:4, 79:22, 80:1, 124:25
**assaulted** [8] - 33:12, 40:6, 78:17, 130:8, 131:3, 131:10, 131:12, 132:2
**assaults** [1] - 77:24

**assess** [1] - 72:1
**assessed** [1] - 71:3
**assessment** [13] - 70:2, 70:3, 70:12, 70:13, 70:14, 70:15, 71:3, 81:21, 83:1, 84:13, 84:14, 84:20
**assignment** [4] - 66:13, 109:2, 109:20, 115:5
**assignments** [3] - 44:12, 64:18
**assistant** [2] - 13:6, 96:7
**Assisted** [1] - 93:20
**assume** [1] - 112:15
**assure** [2] - 80:5, 80:10
**assured** [1] - 13:14
**Athletic** [1] - 89:17
**attempt** [1] - 64:23
**attempts** [1] - 43:13
**attend** [4] - 17:20, 22:2, 47:3, 93:5
**attendance** [2] - 110:17, 111:15
**attended** [1] - 22:9
**attention** [3] - 30:23, 46:25, 71:5
**attorney** [2] - 70:22, 71:19
**attributes** [1] - 27:17
**audacity** [1] - 40:16
**auditioned** [1] - 22:1
**A▮** [1] - 82:7
**author** [1] - 42:1
**automated** [3] - 30:9, 30:10, 30:12
**available** [3] - 14:17, 21:7, 33:7
**Ave** [1] - 2:21
**Avenue** [4] - 2:14, 2:18, 3:1, 3:9
**award** [1] - 101:8
**aware** [3] - 43:23, 117:14, 118:17

## B

**B.H** [1] - 3:6
**B.R** [10] - 1:3, 10:13, 102:20, 106:19, 124:20, 125:1, 125:13, 132:12, 133:20, 135:7
**backup** [1] - 135:13
**B▮** [9] - 32:11, 32:21, 33:11, 33:13, 35:6, 38:13, 70:24, 71:16, 86:24

**bar** [2] - 57:20, 95:23
**BARAN** [1] - 1:14
**barricaded** [1] - 49:8
**based** [3] - 53:8, 72:2, 121:21
**basement** [1] - 16:3
**basic** [1] - 95:7
**Bates** [1] - 2:13
**battery** [1] - 70:16
**beat** [1] - 49:19
**became** [2] - 90:22, 117:14
**become** [1] - 118:17
**bed** [5] - 41:12, 47:8, 52:11, 52:12, 52:23
**bedtime** [1] - 35:16
**BEFORE** [1] - 1:11
**beforehand** [1] - 75:7
**beginning** [2] - 74:7, 126:1
**begins** [3] - 55:24, 56:5
**behalf** [3] - 4:2, 4:7, 4:12
**behavior** [4] - 17:13, 17:18, 40:17, 78:7
**behind** [1] - 124:24
**B▮** [3] - 32:10, 66:17, 86:19
**belly** [1] - 47:12
**Below** [1] - 21:2
**below** [3] - 68:20, 78:22, 114:24
**bent** [1] - 78:15
**best** [3] - 7:4, 97:24, 135:14
**bet** [1] - 61:2
**better** [2] - 19:16, 126:19
**between** [18] - 14:17, 18:23, 20:5, 22:22, 27:1, 27:4, 29:18, 36:4, 37:19, 38:13, 40:1, 62:19, 67:6, 67:25, 72:11, 95:12, 95:16, 114:11
**Between** [1] - 40:1
**Bi** [1] - 4:3
**Bi▮** [2] - 6:22, 80:21
**bi▮** [1] - 7:1
**binder** [16] - 20:5, 29:14, 36:4, 42:21, 54:22, 63:4, 72:9, 85:6, 87:21, 92:2, 98:2, 109:4, 110:15, 111:13, 119:13
**bins** [1] - 29:9
**bit** [16] - 6:8, 6:10, 6:15, 6:18, 7:5, 9:12, 20:18, 51:17, 65:19,

66:21, 75:2, 86:3, 98:24
**bitch** [1] - 9:8
**Blanchard** [1] - 3:8
**BLANCHARD** [4] - 18:11, 53:23, 130:12, 130:16
**blanking** [1] - 63:10
**blood** [1] - 50:4
**blouse** [6] - 9:5, 126:23, 127:20, 128:12, 128:23
**blow** [2] - 8:25, 13:23
**blue** [2] - 97:15, 97:16
**Board** [1] - 88:9
**boarding** [2] - 96:17, 96:20
**body** [1] - 47:11
**BOIES** [4] - 1:19, 2:2, 2:6, 2:10
**book** [8] - 18:21, 18:22, 29:10, 67:3, 107:17, 114:9, 120:12, 122:18
**books** [1] - 48:22
**Boston** [2] - 103:18, 103:22
**bothered** [1] - 130:10
**bottom** [18] - 12:24, 19:8, 25:1, 30:8, 31:3, 36:15, 38:23, 39:23, 40:22, 67:24, 68:13, 76:23, 86:2, 90:5, 92:20, 109:23, 120:17, 123:15
**boy** [2] - 8:18, 56:22
**boy's** [1] - 9:25
**boy/girl** [3] - 9:23, 15:25, 40:18
**boyfriend/girlfriend** [1] - 124:3
**boys** [8] - 8:25, 9:3, 15:20, 15:23, 19:19, 128:22, 129:2, 133:3
**bra** [1] - 129:4
**break** [10] - 9:12, 18:3, 45:13, 74:21, 74:22, 75:3, 75:6, 75:16, 134:5, 134:10
**breasts** [1] - 8:23
**B▮** [1] - 23:9
**BRENNER** [2] - 56:13, 57:15
**Brenner** [1] - 2:5
**briefly** [1] - 34:22
**brightly** [1] - 49:7
**bring** [8] - 5:3, 16:25, 35:4, 40:16, 46:2, 46:11, 63:22, 64:23
**bringing** [1] - 61:4

**Brittany** [1] - 2:1
**britzoll@gmail.com** [1] - 2:4
**broken** [1] - 88:4
**brother** [1] - 96:3
**brought** [1] - 7:21
**Brown** [1] - 56:13
**brown** [12] - 14:7, 20:2, 20:17, 30:21, 31:13, 37:22, 42:19, 48:15, 69:10, 73:1, 82:4, 87:5
**Bruce** [1] - 3:8
**bruce.blanchard@ofplaw.com** [1] - 3:11
**building** [1] - 113:15
**bullets** [2] - 74:3, 74:4
**bully** [1] - 40:9
**bullying** [12] - 12:3, 25:10, 30:13, 30:17, 31:8, 39:11, 41:2, 77:12, 77:25, 78:19, 117:15, 118:19, 133:13
**bumped** [1] - 48:24
**Burke** [2] - 86:21, 86:22
**Burton** [2] - 2:20, 87:20
**burtons@huntonak.com** [1] - 2:23
**bus** [1] - 124:24
**bushes** [1] - 124:24
**busy** [2] - 95:8, 132:4
**butt** [1] - 9:6
**BY** [85] - 7:10, 11:18, 13:1, 14:8, 16:24, 18:17, 19:7, 20:3, 20:16, 24:4, 25:2, 25:22, 26:4, 26:22, 30:7, 30:22, 31:4, 31:14, 34:15, 36:16, 37:14, 37:24, 38:24, 39:18, 39:25, 40:23, 41:20, 41:25, 42:20, 46:21, 48:4, 48:16, 50:18, 50:22, 51:15, 53:1, 53:14, 53:17, 54:5, 61:25, 63:25, 64:10, 64:15, 65:21, 66:8, 66:24, 67:19, 69:11, 74:18, 76:24, 78:12, 80:20, 81:5, 81:18, 82:5, 82:20, 84:8, 84:12, 84:25, 85:18, 86:5, 86:14, 87:7, 88:1, 89:4, 89:11, 90:4, 92:18, 93:14, 95:2, 98:18,

108:4, 109:17, 110:10, 110:18, 111:3, 112:3, 115:1, 116:18, 118:6, 118:14, 119:21, 122:12, 129:21, 130:20

## C

**C.K** [9] - 25:19, 124:23, 126:8, 127:6, 127:10, 128:5, 128:10, 128:19, 132:20
**C.K.'s** [2] - 15:15, 18:5
**CA** [1] - 1:20
**calm** [1] - 18:3
**campaign** [1] - 96:2
**campus** [1] - 23:11
**cannot** [1] - 54:1
**capacity** [1] - 135:5
**car** [1] - 102:16
**card** [4] - 115:25, 116:4, 116:8, 116:10
**cards** [2] - 115:11, 115:21
**care** [6] - 5:25, 11:1, 45:22, 46:17, 49:1, 62:4
**career** [1] - 96:21
**Carol** [1] - 82:11
**Carson** [12] - 12:4, 21:24, 43:14, 55:6, 58:6, 62:3, 62:7, 62:10, 91:18, 95:5, 96:15, 105:23
**case** [18] - 5:25, 6:1, 6:5, 6:19, 17:2, 69:23, 75:14, 75:15, 91:14, 92:24, 106:11, 117:19, 134:12, 134:13, 135:7
**catatonic** [1] - 51:25
**categories** [1] - 71:25
**caused** [1] - 78:2
**cell** [1] - 35:11
**center** [2] - 50:14, 54:9
**Center** [8] - 53:22, 54:8, 54:12, 54:13, 54:15, 82:19, 86:21, 86:23
**centerfold** [1] - 32:5
**centers** [1] - 54:11
**Century** [1] - 1:19
**Certificate** [1] - 4:19
**CERTIFICATE** [1] - 135:1

138

**certify** [2] - 135:4, 135:10
**chain** [1] - 67:24
**challenges** [1] - 104:10
**chance** [1] - 25:8
**change** [7] - 10:23, 27:1, 27:4, 49:5, 63:14, 108:17, 108:21
**changed** [2] - 13:12, 13:14
**chaperone** [2] - 65:1, 65:3
**charge** [1] - 44:5
**cheated** [1] - 66:13
**cheating** [6] - 65:9, 65:23, 66:11, 66:25, 67:1, 67:2
**check** [4] - 16:20, 17:16, 37:4, 113:13
**checked** [2] - 112:18, 113:16
**Checking** [1] - 37:1
**checkout** [4] - 113:1, 113:5, 113:7
**chemistry** [1] - 29:10
**Cheryl** [1] - 71:16
**child** [2] - 30:11, 113:11
**Children's** [2] - 51:20, 53:5
**choice** [1] - 61:11
**choir** [1] - 96:6
**chorus** [5] - 96:17, 96:23, 96:25, 97:1, 97:2
**C▮▮▮▮** [4] - 13:21, 15:15, 16:5, 40:9
**C▮▮▮▮** [1] - 13:25
**Christmas** [2] - 15:10, 93:25
**chronologies** [6] - 125:23, 126:13, 126:15, 126:22, 127:13, 128:16
**Chronology** [1] - 41:23
**chronology** [20] - 119:4, 119:6, 119:9, 119:24, 120:3, 120:8, 120:14, 122:13, 123:6, 123:12, 123:16, 123:21, 123:25, 124:11, 124:13, 125:5, 125:8, 126:11, 128:17, 128:18
**Church** [1] - 96:5

**circle** [1] - 83:25
**Civil** [2] - 1:4, 135:7
**claimed** [1] - 90:22
**claims** [1] - 40:11
**clarification** [1] - 130:16
**class** [9] - 11:10, 11:11, 18:9, 69:6, 96:25, 97:2, 97:3, 115:3
**classes** [8] - 8:1, 22:22, 27:1, 27:5, 29:8, 37:19, 96:15, 97:22, 114:3
**classmates** [3] - 14:1, 65:3, 68:5
**classroom** [2] - 80:6, 80:10
**clear** [3] - 55:4, 58:4, 69:16
**client** [1] - 94:15
**close** [2] - 51:24, 104:14
**closed** [2] - 32:6, 32:8
**clothes** [3] - 130:11, 130:13, 131:7
**coach** [4] - 90:24, 91:5, 91:6, 91:12
**coaches** [1] - 90:25
**code** [1] - 111:7
**College** [1] - 100:13
**college** [8] - 34:20, 97:6, 97:16, 100:6, 100:13, 101:10, 102:2, 103:7
**colleges** [1] - 103:20
**collegiate** [1] - 95:12
**color** [1] - 109:21
**Columbia** [5] - 89:12, 89:14, 100:22, 101:11, 101:19
**combination** [1] - 49:2
**comfortable** [1] - 26:15
**coming** [12] - 7:16, 12:14, 38:3, 52:1, 102:18, 126:7, 126:8, 126:11, 128:6, 128:11, 128:19, 133:2
**comments** [1] - 19:21
**committedly** [1] - 88:15
**communicate** [2] - 29:2, 132:6
**communications** [5] - 34:24, 35:1, 131:16, 131:23, 131:24
**community** [2] - 94:5
**Community** [1] -

93:20
**compare** [1] - 123:20
**comparing** [1] - 123:8
**complaint** [2] - 127:6, 127:9
**complaints** [1] - 15:18
**completed** [1] - 99:8
**complex** [1] - 71:24
**comply** [1] - 56:23
**component** [1] - 84:15
**computer** [9] - 97:21, 99:25, 100:14, 100:19, 100:21, 100:24, 101:9, 101:13, 135:12
**Concern** [1] - 58:20
**concerned** [7] - 17:12, 25:12, 25:16, 51:1, 66:12, 117:2
**concluded** [1] - 134:21
**conditions** [1] - 97:17
**conference** [1] - 20:7
**confers** [8] - 72:23, 73:3, 73:12, 73:22, 81:10, 94:17, 94:20, 120:23
**confined** [1] - 102:23
**confronted** [1] - 28:16
**confused** [1] - 124:16
**Consent** [1] - 86:6
**consent** [1] - 86:20
**consequence** [1] - 25:11
**consider** [1] - 104:14
**considered** [3] - 94:24, 94:25, 133:1
**consisted** [1] - 101:18
**consistent** [1] - 48:7
**constitute** [1] - 135:11
**constructive** [1] - 133:21
**Cont** [2] - 1:25, 2:25
**contacted** [1] - 107:10
**contains** [1] - 72:18
**content** [1] - 55:17
**CONTENTS** [1] - 4:1
**continue** [5] - 27:6, 27:20, 28:2, 28:4, 59:21
**continued** [3] - 28:1, 78:2, 97:5
**conversation** [7] - 8:13, 11:6, 15:19, 23:13, 28:5, 28:10, 45:2
**conveyed** [1] - 9:2
**cooked** [1] - 104:21
**coordinator** [3] - 34:5, 34:7, 34:18

**coping** [1] - 26:7
**copy** [8] - 55:3, 55:19, 57:8, 57:10, 67:22, 85:8, 117:25, 122:10
**core** [3] - 40:4, 70:4, 117:5
**corporate** [2] - 34:24, 35:1
**correct** [125] - 12:4, 12:5, 16:4, 19:9, 19:10, 19:12, 19:13, 19:18, 20:19, 20:23, 20:24, 23:12, 25:25, 26:23, 26:24, 27:15, 30:18, 31:10, 36:23, 37:1, 37:2, 37:10, 38:14, 39:2, 40:15, 45:4, 54:25, 67:7, 67:21, 67:25, 68:1, 68:16, 68:17, 68:21, 69:1, 77:1, 77:15, 77:18, 77:22, 78:1, 79:15, 80:19, 80:22, 80:23, 81:23, 82:15, 85:20, 85:21, 85:23, 88:11, 89:21, 90:11, 91:24, 92:25, 93:2, 93:4, 93:6, 93:22, 95:17, 96:8, 96:25, 98:21, 98:24, 100:3, 100:18, 100:20, 101:12, 102:7, 102:9, 102:11, 102:15, 102:17, 104:15, 104:20, 104:22, 104:25, 105:3, 105:6, 105:12, 105:14, 105:17, 106:2, 106:5, 106:15, 106:18, 106:23, 107:3, 107:9, 107:12, 107:15, 107:20, 108:16, 108:22, 108:25, 109:8, 109:22, 113:21, 114:16, 116:25, 117:1, 117:12, 117:17, 118:9, 118:22, 119:11, 120:1, 120:2, 122:15, 125:6, 126:14, 126:17, 126:23, 127:14, 128:21, 129:1, 129:10, 130:3, 131:6, 132:18, 132:22, 132:25, 133:14, 133:18, 133:24

**corrected** [1] - 16:5
**correspondence** [1] - 63:24
**counsel** [6] - 7:3, 45:18, 46:3, 64:8, 82:10, 94:20
**Counsel** [8] - 45:16, 72:23, 73:3, 73:12, 73:22, 81:10, 94:17, 120:23
**counselor** [6] - 13:7, 26:11, 108:17, 108:18, 108:20, 117:4
**counselors** [3] - 27:23, 32:24, 37:18
**County** [2] - 87:10, 88:8
**couple** [9] - 18:1, 29:8, 47:21, 63:11, 77:7, 88:4, 88:13, 104:5, 109:1
**course** [4] - 18:15, 39:20, 46:10, 127:24
**courses** [1] - 101:5
**coursework** [1] - 101:19
**COURT** [159] - 1:1, 1:12, 5:1, 5:3, 5:7, 5:9, 5:16, 5:20, 5:24, 6:23, 7:2, 7:8, 11:16, 12:22, 16:12, 16:16, 16:18, 16:22, 18:16, 19:5, 20:12, 24:16, 24:20, 24:23, 26:1, 26:3, 30:2, 31:1, 34:10, 34:12, 36:11, 38:19, 41:15, 42:4, 45:6, 45:8, 45:10, 45:15, 46:2, 46:11, 46:13, 47:25, 48:2, 50:20, 51:4, 51:11, 52:17, 53:16, 53:24, 55:18, 55:23, 56:3, 56:11, 56:14, 56:17, 57:4, 57:8, 57:11, 57:18, 57:25, 58:3, 58:13, 59:3, 59:6, 59:11, 59:23, 60:10, 60:16, 60:18, 60:24, 61:6, 61:9, 61:15, 61:20, 61:22, 63:20, 64:8, 64:13, 65:18, 66:2, 66:5, 66:23, 67:12, 67:15, 72:20, 72:22, 73:8, 73:15, 73:21, 74:3, 74:7, 74:12, 74:17, 74:23, 75:1, 75:5, 75:11, 75:13, 75:21, 75:23,

76:1, 76:3, 76:6, 76:9, 76:13, 81:13, 82:13, 84:5, 85:13, 85:15, 87:15, 87:18, 87:22, 88:25, 90:1, 92:6, 92:9, 92:15, 93:8, 93:11, 94:15, 94:18, 94:22, 98:4, 98:6, 98:8, 98:14, 107:24, 108:2, 109:13, 109:16, 110:16, 110:25, 111:21, 111:24, 114:21, 116:14, 118:11, 118:13, 119:16, 119:18, 121:4, 121:10, 121:13, 121:15, 121:18, 121:20, 121:25, 122:4, 122:11, 129:17, 130:15, 130:18, 133:25, 134:3, 134:5, 134:9, 134:16, 134:18

**court** [4] - 46:8, 61:24, 117:21, 135:8
**Court** [13] - 3:12, 3:13, 4:19, 5:10, 7:4, 46:1, 60:19, 61:10, 75:19, 94:18, 94:23, 135:3, 135:22
**Court's** [4] - 6:4, 56:24, 57:11, 87:14
**Courthouse** [1] - 3:13
**covered** [1] - 59:11
**covering** [3] - 15:23, 132:5, 133:6
**covers** [2] - 122:14, 131:10
**COVID** [2] - 101:22, 101:24
**created** [2] - 121:13, 126:4
**creating** [1] - 42:8
**Cross** [1] - 4:5
**cross** [2] - 61:1, 87:18
**CROSS** [1] - 87:25
**Cross-examination** [1] - 4:5
**CROSS-EXAMINATION** [1] - 87:25
**cross-examination** [2] - 61:1, 87:18
**cruel** [1] - 35:7
**current** [2] - 72:1, 83:17
**curtail** [1] - 22:17
**cybersecurity** [1] -

100:16

# D

**D.C** [2] - 95:23, 103:22
**D.N** [6] - 8:20, 8:22, 128:6, 128:10, 128:19, 132:20
**daily** [3] - 38:6, 38:7
**Dale** [3] - 43:2, 72:12, 77:3
**dark** [1] - 49:8
**date** [6] - 11:21, 13:2, 20:18, 71:12, 76:25, 91:9
**dated** [1] - 86:20
**dates** [4] - 42:15, 115:17, 126:1, 126:10
**daughter** [80] - 8:8, 10:13, 12:3, 18:19, 25:9, 25:24, 26:9, 33:15, 33:22, 35:11, 35:17, 38:1, 38:3, 38:10, 39:5, 39:10, 43:5, 43:24, 44:23, 46:23, 47:20, 48:6, 49:22, 49:24, 50:6, 54:10, 62:2, 62:16, 77:13, 79:4, 79:13, 81:22, 82:21, 83:19, 88:13, 88:16, 90:22, 91:18, 91:22, 92:22, 95:3, 95:25, 96:14, 98:23, 103:2, 103:5, 103:23, 104:3, 104:4, 104:7, 104:12, 105:4, 105:7, 105:10, 106:13, 107:2, 107:7, 107:14, 108:8, 108:13, 109:21, 110:11, 112:11, 113:23, 115:6, 116:5, 116:22, 117:14, 118:18, 119:4, 124:3, 128:2, 128:5, 128:10, 129:6, 130:8, 130:22, 131:3, 132:7, 132:17
**daughter's** [18] - 8:22, 10:6, 40:17, 54:7, 89:12, 98:19, 109:2, 109:7, 111:15, 114:14, 115:24, 116:8, 126:23, 127:14, 127:20, 128:20, 128:23
**daughters** [1] - 16:2

**David** [6] - 13:22, 16:4, 16:5, 123:22, 124:3, 126:7
**day's** [1] - 28:13
**days** [3] - 18:1, 35:10, 104:19
**DC** [5] - 1:16, 2:15, 2:18, 2:22, 3:2
**deal** [1] - 13:15
**dealing** [1] - 121:7
**death** [6] - 18:5, 23:15, 32:23, 38:6, 77:24
**debate** [2] - 95:13, 95:19
**December** [9] - 17:24, 19:9, 20:19, 21:16, 22:2, 24:13, 28:21, 29:7, 40:5
**decide** [2] - 7:24, 16:10
**decided** [1] - 30:12
**decisions** [1] - 72:4
**deemed** [1] - 94:23
**defaced** [1] - 29:11
**Defendant** [3] - 2:13, 3:1, 3:9
**defendant** [1] - 46:5
**defendants** [1] - 59:24
**Defendants** [3] - 1:7, 3:5, 4:12
**Defendants'** [40] - 81:12, 81:14, 81:16, 84:1, 84:4, 84:7, 88:20, 89:3, 89:23, 90:3, 92:1, 98:1, 98:11, 107:16, 107:22, 107:25, 108:3, 109:3, 109:11, 109:14, 110:14, 110:23, 111:2, 111:12, 111:18, 111:22, 114:8, 114:19, 114:22, 114:23, 116:7, 116:12, 116:15, 116:16, 120:11, 120:21, 122:6, 122:7, 122:17, 123:11
**defendants'** [1] - 81:16
**defense** [1] - 73:20
**degree** [1] - 131:19
**deleted** [1] - 123:25
**deliberations** [1] - 95:1
**demanded** [1] - 9:16
**demands** [1] - 125:12
**department** [1] - 120:9

**deposition** [5] - 88:9, 117:7, 117:19, 117:25, 118:11
**depressed** [1] - 40:25
**deprived** [1] - 39:11
**describe** [14] - 8:13, 17:11, 21:19, 28:21, 41:10, 42:7, 47:5, 49:13, 51:20, 62:15, 71:4, 81:19, 82:8, 82:23
**described** [2] - 41:5, 70:9
**describes** [2] - 126:22, 127:13
**describing** [1] - 34:9
**description** [1] - 128:16
**design** [2] - 97:22, 100:1
**desire** [1] - 33:2
**desk** [1] - 11:7
**detail** [4] - 44:21, 125:21, 127:2, 128:24
**details** [3] - 8:17, 120:5, 122:24
**deter** [2] - 22:23, 27:23, 32:22
**determination** [1] - 10:9
**determine** [2] - 72:3, 84:20
**determined** [2] - 72:6, 85:2
**determines** [1] - 71:25
**diagnosed** [1] - 99:21
**die** [1] - 41:12
**difference** [1] - 123:19
**different** [4] - 6:9, 58:17, 87:2, 98:23
**difficulty** [2] - 33:14, 97:13
**digital** [5] - 97:22, 100:1, 101:7, 101:8, 101:16
**dinner** [5] - 16:10, 16:11, 104:18, 104:23, 105:1
**Direct** [1] - 4:4
**direct** [4] - 46:24, 88:12, 91:17, 94:18
**DIRECT** [1] - 7:9
**directing** [2] - 28:15, 28:17
**directly** [3] - 26:1, 26:2, 43:7
**disabilities** [1] - 71:19
**disagreement** [1] - 74:10

**disappointed** [1] - 69:5
**disappointment** [1] - 23:25
**discipline** [1] - 83:16
**discover** [1] - 106:24
**discovered** [2] - 55:25, 58:5
**discreetly** [1] - 37:17
**discuss** [7] - 6:4, 12:6, 22:14, 59:8, 75:14, 121:8, 134:12
**discussed** [5] - 37:5, 59:4, 82:24, 83:3, 133:17
**discussing** [5] - 13:17, 32:1, 32:10, 74:19, 84:9
**discussion** [8] - 10:10, 37:8, 38:8, 38:12, 44:7, 59:10, 71:22, 125:9
**dismay** [1] - 39:13
**disorder** [2] - 99:18, 99:20
**display** [1] - 135:13
**dispute** [2] - 60:3, 74:2
**distances** [1] - 62:23
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [2] - 3:13, 135:4
**district** [2] - 43:14, 44:5
**docked** [1] - 35:15
**docket** [1] - 46:4
**doctor** [2] - 40:25, 61:4
**doctors** [1] - 97:17
**document** [8] - 42:1, 42:8, 81:19, 115:16, 120:25, 121:13, 127:17, 127:18
**documented** [1] - 77:12
**documents** [3] - 5:6, 123:8, 123:18
**done** [5] - 47:18, 74:21, 75:1, 75:24, 81:24
**door** [2] - 49:15, 60:15
**doorway** [1] - 52:4
**double** [1] - 65:16
**down** [36] - 7:5, 14:6, 15:6, 20:1, 26:18, 30:20, 31:12, 35:8, 37:23, 42:18, 43:20, 48:14, 52:1, 52:15, 57:8, 69:9, 75:11,

78:15, 82:4, 86:11,
87:6, 92:19, 103:5,
109:23, 120:17,
126:22, 126:24,
127:13, 127:19,
128:12, 128:23,
129:4, 129:5, 133:3,
134:16
**Dr** [34] - 17:9, 17:14,
43:2, 43:5, 43:6,
43:7, 43:12, 44:16,
50:2, 50:9, 50:15,
50:24, 51:1, 51:5,
51:12, 54:21, 54:24,
60:4, 71:1, 71:2,
71:16, 72:12, 77:3,
77:6, 77:21, 77:23,
79:1, 79:17, 80:13,
82:6, 82:10, 83:12,
83:22, 102:4
**drama** [3] - 21:22,
97:3, 108:15
**draw** [1] - 30:23
**drawer** [1] - 15:9
**drawing** [2] - 71:5,
101:9
**drawings** [1] - 101:8
**Dreyfuss** [2] - 43:5,
43:6
**drive** [3] - 65:3,
103:24, 105:25
**Drive** [1] - 3:6
**drives** [1] - 102:21
**driving** [1] - 103:22
**drop** [2] - 55:3, 64:18
**dropped** [1] - 55:3
**drops** [1] - 32:7
**drove** [1] - 105:7
**drug** [1] - 86:25
**drugs** [1] - 17:17
**during** [16] - 11:6,
13:16, 13:20, 15:18,
18:9, 27:5, 37:18,
63:7, 77:19, 93:25,
97:10, 101:10,
104:18, 106:3,
132:14, 132:19

**E**

**early** [16] - 14:14,
17:24, 21:16, 27:21,
38:1, 62:2, 74:7,
78:16, 100:7, 100:9,
100:11, 100:12,
102:5, 106:16,
107:13, 112:18
**ease** [1] - 52:9
**eased** [1] - 52:10
**East** [1] - 1:19

**EASTERN** [1] - 1:1
**Eastern** [1] - 135:4
**eat** [1] - 75:7
**eating** [3] - 41:12,
99:18, 99:20
**educating** [1] - 35:2
**education** [3] - 10:7,
62:16, 83:2
**Education** [1] - 85:20
**educational** [2] -
69:17, 71:20
**efficiently** [1] - 46:17
**either** [11] - 17:2,
55:18, 60:14, 73:8,
105:16, 112:13,
112:18, 126:13,
126:15, 126:21,
127:12
**elective** [2] - 107:14,
108:14
**eligible** [3] - 72:6,
84:21, 85:2
**Elliker** [1] - 2:25
**elsewhere** [1] - 78:8
**Email** [11] - 1:17, 1:21,
2:4, 2:8, 2:12, 2:16,
2:19, 2:23, 3:3, 3:7,
3:11
**email** [71] - 11:19,
11:21, 12:16, 12:19,
12:25, 13:10, 13:23,
14:14, 18:23, 20:7,
20:18, 20:23, 24:13,
24:22, 25:1, 25:4,
25:6, 25:7, 26:21,
27:13, 29:18, 30:8,
30:9, 30:11, 30:12,
30:16, 31:5, 31:8,
31:19, 36:4, 36:17,
36:21, 36:22, 37:8,
38:25, 39:4, 65:15,
65:22, 67:5, 67:6,
67:20, 67:24, 68:23,
69:4, 72:11, 77:5,
77:10, 77:11, 81:1,
107:19, 108:5,
108:8, 108:11,
108:23, 109:6,
109:18, 109:23,
109:25, 110:11,
114:5, 114:11,
114:24, 129:15,
129:22, 130:21,
130:24, 131:25,
133:17, 133:18,
133:19
**emailed** [3] - 76:16,
107:13, 109:1
**emailing** [2] - 109:20,
115:5

**emails** [2] - 20:5,
129:7
**emotional** [5] - 28:23,
35:23, 41:3, 41:4,
47:10
**emotions** [4] - 28:23,
29:3, 33:14, 33:21
**employed** [1] - 24:10
**employees** [1] - 35:3
**encountering** [2] -
12:3, 118:18
**end** [12] - 12:4, 14:19,
14:21, 17:23, 28:13,
32:9, 35:25, 36:1,
44:2, 46:25, 49:11,
51:19, 53:4, 54:10,
62:5, 73:25, 82:6
**ended** [6] - 8:1, 17:2,
17:25, 26:12, 43:1,
123:13
**engaged** [1] - 133:12
**engaging** [1] - 22:19
**English** [4] - 62:18,
109:2, 109:7, 110:3
**enjoined** [1] - 19:14
**enjoyed** [2] - 26:5,
26:8
**entire** [7] - 43:4,
84:16, 95:25, 116:9,
127:17, 127:18,
133:20
**entry** [1] - 120:3
**environment** [2] -
39:12, 133:22
**Episcopal** [1] - 96:5
**equals** [2] - 113:5,
127:4
**ER** [1] - 51:20
**eroded** [1] - 40:24
**escalated** [2] - 18:3,
18:4
**escalating** [1] - 38:2
**escalation** [2] - 120:4,
122:23
**Esq** [11] - 1:14, 1:18,
2:1, 2:5, 2:9, 2:13,
2:17, 2:20, 2:25, 3:4,
3:8
**essentially** [3] - 5:11,
6:13, 69:3
**established** [1] -
112:8
**esteem** [1] - 40:24
**Estrella** [5] - 67:6,
67:25, 68:14, 68:23,
110:3
**et** [2] - 1:6, 135:7
**event** [5] - 8:17, 88:19,
103:11, 103:12,
103:18

**Events** [1] - 41:24
**events** [7] - 88:14,
88:18, 91:8, 91:14,
91:24, 92:23, 120:14
**evidence** [24] - 11:15,
12:20, 18:20, 19:6,
20:4, 20:14, 30:4,
30:25, 36:12, 41:14,
48:3, 56:12, 57:22,
61:17, 67:13, 85:16,
98:11, 107:25,
109:14, 111:2,
111:22, 114:22,
116:15, 122:6
**evidentiary** [1] - 73:17
**evolve** [1] - 104:10
**exact** [1] - 129:3
**exactly** [1] - 28:12
**exam** [5] - 47:1, 47:16,
47:19, 50:1, 91:17
**EXAMINATION** [2] -
7:9, 87:25
**examination** [8] - 4:4,
4:5, 17:16, 61:1,
75:2, 87:18, 88:12,
97:10
**examined** [1] - 47:14
**example** [2] - 16:8,
33:22
**exception** [1] - 100:8
**excerpt** [2] - 92:4,
92:7
**exchange** [3] - 15:6,
36:4, 109:6
**exchanged** [1] -
120:25
**excuse** [5] - 56:14,
64:13, 94:19, 98:6,
103:2
**excused** [3] - 75:10,
134:15, 134:17
**Exhibit** [82] - 11:15,
11:17, 12:21, 12:23,
18:20, 19:3, 19:6,
20:11, 20:14, 24:15,
24:24, 29:13, 29:25,
30:4, 30:25, 36:3,
36:9, 36:12, 36:13,
38:17, 38:21, 41:14,
41:17, 47:24, 48:3,
54:22, 55:9, 67:10,
67:13, 67:18, 72:8,
72:16, 73:19, 76:11,
81:6, 81:12, 81:14,
84:2, 84:7, 85:12,
85:16, 85:17, 88:21,
89:3, 89:23, 90:3,
92:2, 92:5, 98:1,
98:11, 107:16,
107:25, 108:3,

109:3, 109:11,
109:14, 110:15,
110:23, 111:2,
111:12, 111:19,
111:22, 114:8,
114:19, 114:22,
114:23, 116:7,
116:12, 116:15,
116:16, 119:13,
119:20, 120:11,
120:21, 122:6,
122:7, 122:17,
123:11, 129:14,
129:20
**exhibit** [6] - 61:19,
73:16, 73:20, 84:23,
92:6, 112:17
**EXHIBITS** [1] - 4:6
**expedite** [1] - 44:11
**expelled** [1] - 83:18
**experience** [5] -
25:11, 25:14, 25:15,
93:18, 96:1
**experienced** [1] -
30:17
**experiencing** [1] -
25:9
**expert** [1] - 131:16
**explain** [3] - 7:22,
30:8, 64:1
**explaining** [1] - 8:14
**explains** [1] - 59:20
**explanation** [1] - 65:7
**explicit** [1] - 12:7
**Explorers** [1] - 25:9
**expose** [1] - 103:16
**exposed** [1] - 8:23
**exposure** [1] - 103:16
**expressed** [2] - 23:25,
33:2
**expressing** [1] - 69:3
**extent** [3] - 6:7, 53:25,
121:23
**extorted** [1] - 40:10
**extorting** [1] - 124:23
**extortion** [1] - 23:21
**extra** [1] - 124:13
**extracurricular** [2] -
91:23, 93:22
**extreme** [1] - 25:10
**extremely** [1] - 14:2
**eye** [1] - 28:14
**eyes** [4] - 32:6, 32:7,
48:11

**F**

**F.C.S.B** [4] - 1:6, 2:13,
3:1, 135:7
**F.T** [1] - 3:7

141

**Fabio** [1] - 43:1
**fabulous** [1] - 96:1
**face** [1] - 52:1
**Facebook** [2] - 35:5, 35:6
**fact** [4] - 58:2, 58:21, 59:16, 120:3, 126:21
**Fagan** [4] - 70:22, 71:16, 71:17, 71:18
**Fahey** [1] - 1:14
**failed** [1] - 49:21
**Fairfax** [4] - 53:6, 87:10, 88:8, 110:12
**faith** [2] - 33:5, 39:7
**fall** [4] - 80:6, 80:11, 104:18, 106:3
**familiar** [3] - 41:1, 107:7, 113:7
**family** [14] - 10:4, 19:15, 23:24, 36:21, 40:25, 43:4, 79:22, 95:25, 104:14, 104:16, 104:19, 125:14, 125:18, 132:4
**far** [3] - 101:1, 121:7, 132:24
**F████████** [1] - 114:11
**father** [1] - 94:4
**father's** [1] - 35:18
**fax** [1] - 58:21
**faxed** [1] - 55:2
**FCPD** [1] - 120:17
**FCPS** [5] - 71:18, 79:3, 79:21, 82:11, 83:9
**fearful** [1] - 29:4
**February** [21] - 36:5, 38:1, 38:10, 39:1, 40:14, 43:8, 43:9, 62:2, 62:5, 77:11, 77:17, 77:22, 79:2, 106:16, 120:1, 120:4, 122:14, 122:23, 123:13, 126:5, 126:6
**federal** [1] - 132:5
**feelings** [2] - 64:9, 64:11
**FELDMAN** [1] - 3:9
**fellow** [1] - 58:6
**felt** [4] - 26:15, 41:9, 52:22, 65:24
**few** [6] - 19:20, 21:2, 35:10, 43:13, 51:2, 88:5
**Field** [1] - 111:4
**field** [8] - 64:24, 64:25, 110:12, 111:7, 112:7, 112:9,

112:11, 112:14
**fight** [1] - 44:3
**figure** [2] - 80:14, 95:14
**file** [1] - 58:19
**fine** [3] - 50:21, 55:19, 87:22
**Fine** [1] - 49:3
**finish** [3] - 10:24, 100:11, 100:12
**first** [35] - 7:16, 9:24, 10:14, 10:15, 18:1, 22:13, 27:2, 42:7, 54:12, 56:4, 58:14, 62:4, 68:10, 73:25, 88:5, 88:6, 96:13, 97:11, 104:11, 106:12, 107:1, 114:25, 115:11, 115:20, 116:23, 117:14, 118:17, 122:16, 123:18, 124:15, 128:4, 128:9, 130:2, 131:8, 131:13
**fits** [1] - 72:1
**five** [2] - 54:19, 103:24
**five-hour** [1] - 103:24
**FL** [3] - 2:3, 2:7, 2:11
**flashes** [1] - 52:7
**flat** [1] - 47:9
**FLEXNER** [4] - 1:19, 2:2, 2:6, 2:10
**flip** [1] - 113:4
**Floor** [1] - 3:14
**floor** [2] - 19:20, 51:24
**Florida** [3] - 91:3, 91:11, 91:15
**focus** [3] - 18:16, 65:19, 111:25
**fog** [1] - 48:12
**follow** [5] - 23:23, 53:22, 78:13, 79:25, 108:23
**follow-up** [1] - 78:13
**followed** [3] - 25:6, 79:17, 79:21
**following** [3] - 51:10, 108:18, 114:5
**follows** [1] - 57:11
**foot** [2] - 52:11
**FOR** [1] - 1:1
**forced** [1] - 79:13
**foregoing** [1] - 135:10
**forever** [1] - 80:12
**forget** [1] - 128:1
**forgetting** [1] - 82:11
**forgot** [2] - 127:16, 128:3
**format** [1] - 101:16

**Fort** [4] - 98:22, 98:24, 99:14, 99:23
**forward** [1] - 83:1
**forwarded** [2] - 67:20, 68:24
**forwards** [1] - 68:18
**foundation** [5] - 55:13, 55:16, 58:20, 63:20, 130:19
**foundational** [1] - 92:13
**four** [5] - 54:19, 78:23, 78:24, 104:18, 119:3
**four-page** [1] - 119:3
**fourth** [1] - 68:4
**fragile** [1] - 53:11
**F████** [10] - 31:6, 32:3, 38:25, 39:9, 59:5, 59:10, 60:5, 82:10, 120:4, 122:23
**F████** [1] - 31:25
**F████** [8] - 23:1, 24:22, 25:4, 26:10, 26:12, 26:15, 26:23, 27:13
**Friday** [4] - 37:5, 51:19, 115:4, 118:25
**friend** [1] - 105:18
**friends** [5] - 19:15, 21:24, 65:4, 105:15, 123:22
**friends'** [1] - 105:10
**front** [9] - 43:20, 45:19, 49:7, 49:10, 49:14, 49:21, 70:13, 97:14, 113:9
**frozen** [1] - 52:1
**fruitless** [1] - 83:7
**FTR** [1] - 111:7
**Fuck** [1] - 29:12
**full** [2] - 74:1, 74:6
**Fulton** [1] - 3:6
**functioning** [1] - 70:17
**funny** [1] - 32:1
**future** [1] - 72:2

**G**

**general** [5] - 33:20, 50:19, 70:20, 70:21, 82:10
**generally** [6] - 21:19, 22:5, 33:19, 82:9, 82:23, 92:14
**gentlemen** [6] - 5:22, 45:20, 46:16, 75:5, 94:22, 134:9
**gently** [2] - 52:4, 103:17

**Genus** [6] - 8:4, 22:7, 22:12, 23:5, 23:6, 28:13
**Gil** [4] - 53:22, 54:12, 54:13, 54:15
**GIL** [5] - 54:8
**girl's** [1] - 130:5
**girlfriend** [2] - 123:23, 124:1
**girls** [7] - 16:1, 33:13, 33:19, 33:20, 34:8, 40:2, 87:1
**gist** [2] - 9:19, 11:3
**glasses** [1] - 97:15
**gosh** [1] - 63:9
**grab** [2] - 51:8, 52:22
**grade** [15] - 25:9, 62:14, 93:24, 93:25, 95:12, 95:17, 96:21, 96:23, 99:2, 99:7, 99:11, 99:13, 99:22, 99:25, 116:9
**grader** [2] - 78:3, 78:18
**grades** [3] - 100:3, 117:2, 117:11
**graduate** [1] - 100:9
**graduated** [1] - 100:7
**graduation** [1] - 103:12
**Grady** [6] - 89:8, 111:25, 114:25, 122:20, 123:10, 124:17
**great** [3] - 21:25, 23:4, 27:16
**Great** [2] - 96:23, 99:1
**greetings** [1] - 15:6
**ground** [1] - 124:24
**grounds** [1] - 92:14
**group** [2] - 71:15, 71:24
**groups** [1] - 68:15
**Grumando** [1] - 70:23
**guess** [5] - 24:5, 32:2, 33:6, 60:1, 96:12
**guidance** [4] - 13:7, 14:23, 27:17, 32:23
**gun** [1] - 23:17
**guns** [3] - 18:5, 23:16, 24:1
**guys** [1] - 81:9
**gym** [1] - 40:2

**H**

**half** [1] - 103:25
**halfway** [1] - 48:25
**hallway** [2] - 27:17, 40:2

**hallways** [4] - 9:9, 18:9, 19:21, 40:6
**hand** [5] - 55:18, 57:8, 117:25, 129:4
**handle** [3] - 10:3, 10:11, 19:22
**handled** [1] - 22:19
**hands** [9] - 9:4, 124:25, 126:22, 127:13, 127:19, 128:12, 128:23, 132:7, 133:3
**harassed** [2] - 13:12, 12:9
**harassing** [1] - 33:1
**harassment** [17] - 12:2, 17:1, 17:3, 25:10, 27:24, 30:14, 35:2, 39:11, 41:2, 43:16, 43:21, 77:12, 77:24, 78:19, 117:15, 118:18, 127:4, 127:15, 127:25
**hard** [6] - 29:3, 57:19, 67:22, 98:12, 103:14, 127:21
**Harris** [2] - 135:3, 135:21
**HARRIS** [1] - 3:12
**hates** [1] - 40:3
**head** [1] - 47:11
**heading** [1] - 17:24
**health** [2] - 41:3, 54:7
**healthwise** [1] - 44:10
**hear** [6] - 6:11, 7:4, 61:2, 65:11, 83:5, 83:6
**heard** [4] - 16:12, 18:14, 43:17, 77:8
**hearing** [1] - 38:5
**hearsay** [9] - 18:12, 24:2, 25:21, 50:17, 51:3, 51:9, 53:13, 63:18, 65:17
**held** [2] - 35:21, 49:15
**hello** [1] - 32:3
**help** [15] - 12:2, 23:3, 27:10, 30:11, 32:22, 34:21, 42:13, 44:11, 44:14, 44:15, 54:1, 62:23, 71:21, 80:14, 118:2
**helped** [1] - 97:17
**hereby** [1] - 135:4
**hereto** [1] - 135:15
**Herndon** [1] - 102:6
**herself** [1] - 17:18
**Hershey** [1] - 64:25
**High** [3] - 21:21,

98:22, 99:1
**high** [12] - 22:5, 35:13, 71:22, 97:21, 97:24, 98:19, 98:23, 100:7, 101:3, 101:7, 108:11, 109:25
**highest** [1] - 100:3
**highlight** [2] - 41:23, 61:12
**highlighted** [1] - 124:17
**himself** [1] - 8:23
**hip** [1] - 50:13
**history** [2] - 114:6, 114:14
**hm** [1] - 125:2
**hobbies** [1] - 93:15
**Hold** [1] - 15:7
**hold** [1] - 29:21
**HOLTZMAN** [1] - 1:14
**Holy** [4] - 93:5, 99:6, 99:11, 99:13
**home** [12] - 10:16, 11:12, 15:11, 41:8, 44:10, 104:21, 106:4, 106:10, 115:11, 115:21, 116:2, 133:20
**home-cooked** [1] - 104:21
**homebound** [20] - 44:8, 44:11, 44:19, 56:9, 57:24, 62:3, 62:5, 62:6, 62:11, 62:16, 63:7, 63:8, 63:15, 64:9, 65:8, 77:16, 79:13, 80:12, 86:19, 99:17
**homework** [7] - 29:6, 29:8, 55:2, 63:22, 64:17, 105:2, 105:5
**honey** [1] - 52:16
**Honor** [67] - 5:4, 6:21, 12:20, 20:13, 20:15, 24:2, 24:14, 25:21, 30:3, 31:2, 36:10, 36:14, 38:18, 47:23, 48:1, 53:13, 53:23, 55:10, 55:12, 55:20, 56:7, 56:16, 56:19, 57:14, 60:13, 61:1, 61:21, 63:18, 65:16, 65:25, 66:21, 67:9, 67:16, 72:17, 72:21, 72:24, 73:6, 74:16, 74:20, 76:14, 81:11, 84:3, 84:6, 85:12, 85:14, 87:19, 87:20, 88:24, 89:24, 92:4, 94:14, 94:16, 94:21,

107:21, 109:10, 110:22, 111:18, 114:18, 116:11, 118:10, 119:14, 120:20, 120:22, 121:1, 122:2, 122:9, 129:16
**Honor's** [1] - 87:13
**HONORABLE** [1] - 1:11
**honors** [1] - 116:22
**Hope** [1] - 19:14
**hope** [5] - 5:9, 15:23, 133:20
**hoped** [1] - 22:16
**hopeful** [2] - 44:3, 44:4
**hopefully** [2] - 6:1, 56:13
**hopes** [1] - 77:6
**hoping** [1] - 5:5
**horrified** [1] - 49:4
**hospital** [7] - 52:24, 53:4, 53:7, 53:8, 53:9, 53:10, 53:21
**hospitalization** [1] - 54:15
**hospitalized** [3] - 99:10, 99:17, 99:18
**hostile** [1] - 131:14
**hot** [1] - 52:7
**hour** [3] - 103:24, 103:25, 104:23
**hour-and-a-half** [1] - 103:25
**hours** [5] - 39:20, 39:22, 54:19, 63:11, 103:24
**house** [4] - 9:25, 23:18, 113:19, 114:1
**houses** [3] - 105:11, 105:15, 106:1
**HR** [2] - 34:25, 35:1
**HTML** [1] - 100:24
**H██████** [29] - 7:24, 8:8, 11:25, 13:8, 14:22, 16:4, 16:9, 17:4, 19:12, 28:5, 28:11, 32:11, 32:21, 36:4, 36:17, 37:3, 37:15, 48:24, 49:16, 62:12, 62:13, 65:1, 65:14, 65:15, 65:24, 66:12, 66:16, 89:16, 90:13
**H██████** [4] - 9:20, 28:18, 33:4, 65:5
**H██████** [16] - 7:17, 11:25, 13:7, 14:23, 16:4, 19:11, 20:25,

23:3, 26:11, 26:13, 27:14, 28:2, 107:13, 107:19, 108:9, 108:13
**H██████** [1] - 7:23
**HUNTON** [4] - 2:14, 2:17, 2:21, 3:1
**hurt** [1] - 125:14
**hurt/kill** [1] - 125:18
**husband** [15] - 8:9, 15:2, 32:16, 43:5, 72:12, 80:24, 81:1, 82:18, 96:1, 105:7, 106:6, 112:13, 112:19, 113:16, 126:25
**hyperventilates** [1] - 102:23
**hypothetical** [1] - 16:19

**I**

**ID** [1] - 113:13
**idea** [3] - 6:15, 83:8, 129:5
**identify** [1] - 18:12
**IEP** [21] - 69:12, 69:16, 70:18, 70:22, 71:6, 71:11, 71:13, 71:19, 71:23, 72:6, 74:19, 81:20, 82:25, 83:23, 84:1, 85:3, 85:8, 86:9, 86:15, 86:18, 86:25
**ill** [1] - 133:12
**ill-advised** [1] - 133:12
**impact** [1] - 64:2
**implement** [1] - 35:2
**imploding** [1] - 28:25
**imply** [1] - 40:17
**importance** [2] - 108:11, 109:25
**important** [7] - 76:8, 128:24, 132:8
**imposed** [1] - 83:17
**impressed** [1] - 90:25
**impression** [1] - 50:23
**impressive** [1] - 88:17
**improved** [1] - 39:14
**in-school** [1] - 106:14
**inappropriate** [2] - 78:3, 78:7
**incarcerated** [1] - 46:6
**include** [2] - 30:16, 72:11
**included** [4] - 60:20, 70:14, 70:15, 123:16
**includes** [2] - 70:14,

122:22
**including** [2] - 78:3, 84:13
**inconsistent** [1] - 121:23
**increased** [1] - 30:16
**indeed** [1] - 60:1
**independent** [1] - 40:25
**indicate** [1] - 125:23
**indicated** [1] - 86:19
**individual** [1] - 85:19
**individualized** [1] - 69:17
**indulgence** [1] - 87:14
**information** [12] - 18:13, 18:14, 18:18, 25:23, 58:24, 59:1, 61:15, 74:4, 123:15, 125:20, 130:17, 132:16
**informed** [2] - 21:14, 63:23
**initials** [1] - 8:20
**initiate** [1] - 70:7
**Inova** [3] - 54:9, 54:15, 54:17
**inquire** [1] - 23:19
**inside** [1] - 9:5
**instead** [1] - 23:24
**instigating** [1] - 40:9
**instructed** [1] - 53:22
**instructing** [1] - 94:22
**instruction** [4] - 6:4, 57:24, 79:14, 106:14
**instructional** [1] - 77:17
**instructor** [1] - 64:9
**insurance** [1] - 21:15
**intellectual** [1] - 70:16
**intently** [1] - 9:22
**interacted** [1] - 62:10
**interactions** [2] - 7:15, 83:22
**interest** [3] - 96:14, 97:6, 97:7
**intermediate** [1] - 95:13
**internal** [1] - 64:19
**internet** [1] - 22:8
**internship** [2] - 92:22, 100:18
**interrupt** [1] - 45:6
**interruption** [1] - 7:4
**intervention** [1] - 133:22
**interview** [1] - 103:21
**investigate** [3] - 10:18, 42:13, 43:25
**investigated** [1] - 60:8

**investigation** [6] - 15:17, 15:24, 60:21, 61:16, 79:1, 83:4
**invited** [1] - 68:5
**involved** [4] - 25:17, 70:18, 70:24, 78:18
**involves** [1] - 100:19
**IR** [1] - 68:5
**Irene** [1] - 94:4
**isolated** [1] - 21:23
**isolating** [1] - 17:14
**issue** [6] - 15:17, 29:5, 56:10, 59:11, 59:19, 75:17
**issues** [7] - 7:6, 43:14, 50:11, 50:16, 50:24, 71:20, 121:6
**items** [1] - 48:22
**IX** [6] - 34:5, 34:7, 34:8, 34:9, 34:18, 34:20

**J**

**J.F** [1] - 3:7
**J.O** [2] - 3:9, 131:3
**January** [7] - 21:22, 30:23, 35:4, 37:5, 38:1, 71:5, 94:2
**Jay** [3] - 63:3, 100:13, 101:4
**J██████** [4] - 13:12, 13:16, 13:25, 130:10
**jfahey@ holtzmanvogel. com** [1] - 1:17
**Jill** [4] - 71:1, 71:2, 84:13, 84:17
**J██████** [1] - 23:1
**job** [1] - 96:9
**jobs** [4] - 8:25, 94:10, 101:10, 133:8
**John** [2] - 100:13, 101:4
**John's** [1] - 96:5
**join** [2] - 65:2, 68:5
**joined** [1] - 70:24
**joining** [1] - 7:18
**joke** [1] - 52:5
**Jonathan** [1] - 1:14
**Jordan** [1] - 68:11
**JOSEFIAK** [1] - 1:15
**journal** [1] - 101:14
**journalism** [1] - 131:24
**JR** [1] - 1:11
**judge** [1] - 95:23
**JUDGE** [1] - 1:12
**Judge** [1] - 93:13
**jump** [3] - 52:2, 52:10,

143

52:13
**June** [5] - 71:7, 71:8, 71:11, 76:25, 79:2
**jury** [16] - 5:3, 8:7, 14:12, 23:9, 35:13, 41:22, 42:7, 45:1, 45:20, 46:2, 46:11, 60:9, 102:20, 104:1, 128:9, 134:5
**JURY** [1] - 1:11
**Jury** [6] - 5:19, 46:12, 75:10, 76:2, 134:15, 135:6
**jury's** [1] - 87:8

# K

**Kathy** [1] - 70:23
**Keefe** [1] - 2:9
**keep** [11] - 10:12, 10:16, 28:14, 43:22, 44:10, 49:21, 58:11, 62:24, 80:15, 83:14, 95:7
**keeping** [1] - 133:19
**keeps** [1] - 59:17
**Kellar** [1] - 54:9
**kelliker@huntonak. com** [1] - 3:3
**kept** [2] - 23:22, 60:9
**Kettering** [1] - 92:23
**Kevin** [1] - 2:25
**kid** [1] - 23:17
**kids** [4] - 17:16, 105:1, 106:10, 133:17
**kill** [3] - 18:6, 18:7, 40:3
**kind** [8] - 18:3, 21:4, 21:17, 31:24, 74:5, 75:6, 83:6, 103:8
**kinds** [1] - 129:6
**King** [4] - 89:19, 90:16, 91:2, 96:10
**Kings** [1] - 94:9
**Kinney** [1] - 3:4
**KINNEY** [1] - 3:5
**knee** [1] - 78:15
**knees** [1] - 43:24
**knives** [1] - 18:6
**knowledge** [3] - 59:14, 59:15, 129:3
**knows** [1] - 52:6
**K▓▓▓▓▓▓** [1] - 40:9
**Kurt** [1] - 62:8
**KURTH** [4] - 2:14, 2:17, 2:21, 3:1

# L

**lack** [1] - 83:4

**ladies** [6] - 5:22, 45:20, 46:16, 75:5, 94:22, 134:9
**Lafayette** [1] - 96:5
**laid** [1] - 58:21
**Lake** [1] - 110:12
**Lakes** [1] - 21:21
**language** [2] - 72:18, 124:1
**languages** [3] - 100:22, 100:25, 101:2
**last** [17] - 15:11, 19:23, 39:20, 39:22, 43:13, 56:1, 74:1, 74:8, 79:16, 85:25, 87:9, 88:9, 101:24, 120:3, 122:20, 122:22
**late** [4] - 38:1, 62:2, 102:8, 106:16
**latitude** [2] - 5:5, 74:14
**Law** [2] - 82:18, 101:11
**LAW** [1] - 3:5
**law** [1] - 101:14
**lawyer** [2] - 7:5, 131:11
**lawyers** [2] - 6:9, 6:13
**lay** [1] - 47:9
**lead** [3] - 6:14, 6:18, 66:21
**leading** [3] - 5:5, 5:12, 6:16
**League** [1] - 89:17
**learn** [1] - 22:10
**learned** [6] - 34:20, 101:2, 106:12, 106:20, 106:22, 118:3
**learning** [2] - 39:12, 133:21
**least** [6] - 13:20, 21:8, 60:2, 65:4, 105:4, 132:13
**leave** [3] - 10:8, 49:25, 56:17
**leaving** [1] - 49:13
**Lee** [4] - 98:22, 98:25, 99:14, 99:23
**left** [7] - 7:14, 11:12, 13:15, 93:3, 96:15, 129:4
**legend** [1] - 113:4
**lemons** [1] - 102:24
**length** [1] - 6:12
**lens** [1] - 97:15
**lesbian** [1] - 9:8
**lessons** [1] - 105:8

**letter** [17] - 32:12, 54:20, 54:23, 55:1, 55:17, 55:24, 56:8, 57:23, 58:18, 60:4, 61:4, 61:9, 73:7, 73:15, 120:4, 122:23, 132:5
**letters** [1] - 92:19
**letting** [2] - 8:25, 46:8
**level** [4] - 22:6, 30:16, 35:13, 71:22
**liar** [1] - 49:24
**life** [6] - 10:13, 10:4, 10:6, 93:23, 94:7, 96:4
**light** [1] - 97:11
**Light** [1] - 94:4
**lights** [2] - 47:9, 47:12
**limit** [1] - 5:11
**limited** [1] - 28:20
**line** [18] - 12:1, 55:24, 56:4, 56:5, 56:6, 56:12, 56:18, 57:12, 58:3, 58:4, 73:23, 73:24, 90:6, 94:19, 118:15
**lines** [1] - 64:13
**Lisa** [4] - 70:22, 71:15, 71:17, 71:18
**list** [2] - 21:2, 97:5
**listed** [8] - 88:16, 89:16, 93:15, 93:17, 94:10, 96:9, 99:22, 100:21
**listen** [2] - 7:3, 34:10
**Listen** [1] - 9:24
**listening** [1] - 9:22
**listing** [3] - 39:19, 91:22
**lists** [1] - 21:2
**lit** [1] - 49:7
**literally** [1] - 43:24
**live** [1] - 105:22
**lived** [2] - 6:4, 94:4
**living** [1] - 102:25
**Living** [1] - 93:20
**LLP** [8] - 1:19, 2:2, 2:6, 2:10, 2:14, 2:17, 2:21, 3:1
**loaned** [1] - 15:14
**locker** [23] - 9:3, 9:4, 10:23, 13:11, 13:13, 18:24, 19:24, 19:25, 48:22, 49:2, 49:5, 49:9, 49:21, 78:8, 126:7, 126:8, 126:12, 126:16, 128:6, 128:11, 128:20, 130:2, 130:5
**lockers** [1] - 28:14

**look** [48] - 7:19, 18:21, 20:5, 20:21, 24:13, 29:13, 36:3, 42:21, 43:23, 44:6, 54:21, 63:4, 67:3, 67:22, 72:8, 73:2, 73:16, 77:9, 78:22, 79:16, 81:6, 85:19, 88:20, 89:7, 89:22, 90:6, 92:1, 93:18, 98:1, 98:17, 107:16, 109:23, 110:14, 112:6, 114:8, 114:24, 115:16, 116:7, 116:19, 118:7, 119:12, 120:11, 121:10, 122:17, 124:5, 124:9, 129:14, 129:22
**looked** [3] - 43:22, 43:24, 48:11
**looking** [10] - 10:5, 20:20, 56:6, 59:18, 62:16, 80:14, 97:13, 126:25, 127:16
**looks** [8] - 71:25, 85:9, 86:4, 90:21, 100:5, 120:16, 124:2
**Los** [1] - 1:20
**lost** [2] - 96:14, 124:15
**loud** [1] - 86:17
**love** [1] - 52:20
**loved** [1] - 41:8
**LS** [1] - 13:21
**lunch** [8] - 11:12, 13:21, 74:25, 75:3, 132:14, 132:20, 134:5, 134:10
**Lunch** [1] - 134:20

# M

**M.C** [1] - 3:6
**M.P.F** [1] - 3:6
**ma'am** [15] - 6:23, 7:2, 7:8, 34:10, 45:8, 75:11, 75:14, 76:4, 87:15, 93:8, 98:14, 117:8, 130:15, 134:16
**machine** [2] - 135:5, 135:12
**mad** [1] - 18:7
**magazine** [1] - 32:6
**main** [7] - 8:5, 9:4, 9:18, 55:2, 55:4, 55:5, 128:21
**major** [2] - 34:19, 100:13

**malicious** [1] - 40:10
**mall** [1] - 103:13
**man** [1] - 44:4
**man's** [1] - 10:3
**Manhattan** [1] - 102:1
**manner** [1] - 83:2
**March** [7] - 48:17, 62:2, 74:7, 78:16, 87:11, 106:16, 120:9
**mark** [1] - 94:19
**marked** [2] - 108:11, 109:25
**Marshals** [1] - 46:7
**master's** [1] - 131:19
**matched** [1] - 15:21
**material** [1] - 63:17
**math** [2] - 62:18, 116:22
**matter** [8] - 17:2, 45:17, 45:21, 46:4, 46:17, 58:2, 58:9, 133:21
**matters** [5] - 5:11, 5:12, 6:1, 6:14, 59:16
**matters..................... ..........** [1] - 4:18
**meals** [1] - 104:21
**mean** [14] - 12:12, 15:23, 24:6, 25:14, 27:3, 73:11, 103:7, 103:24, 104:4, 105:17, 105:18, 116:10, 127:16, 131:10
**meander** [3] - 66:3, 66:5, 66:6
**means** [5] - 59:18, 112:7, 112:25, 133:15, 133:16
**meant** [1] - 16:5
**measures** [1] - 80:15
**meat** [1] - 6:19
**media** [2] - 6:6
**medical** [1] - 58:15
**meet** [5] - 26:6, 42:9, 42:24, 117:12, 119:10
**meeting** [62] - 7:16, 7:18, 7:21, 7:22, 10:8, 11:9, 11:19, 14:9, 14:13, 14:21, 14:24, 15:5, 16:21, 17:8, 22:3, 22:11, 31:15, 31:22, 32:9, 32:18, 33:3, 33:12, 35:4, 37:9, 42:24, 43:1, 43:3, 43:4, 43:8, 43:11, 44:2, 44:7, 44:8, 44:23,

44:25, 50:6, 70:10, 70:20, 70:24, 70:25, 71:5, 71:11, 71:13, 71:14, 71:23, 72:5, 72:7, 77:19, 77:20, 82:6, 82:8, 82:24, 83:3, 83:7, 83:9, 86:18, 86:25, 108:24, 117:4, 117:16, 126:3, 129:24
**meets** [2] - 70:3
**member** [1] - 96:6
**Memorial** [1] - 92:23
**memory** [8] - 42:12, 70:19, 87:8, 113:17, 126:2, 126:6, 126:18, 126:19
**menopause** [1] - 52:7
**mental** [1] - 41:3
**mentally/ emotionally** [1] - 59:13
**mention** [2] - 127:8, 128:19
**mentioned** [1] - 104:21
**Merchant** [1] - 82:12
**message** [2] - 12:7, 12:8
**met** [7] - 88:9, 91:6, 107:1, 108:9, 108:13, 108:18, 129:8
**method** [1] - 17:16
**Miami** [3] - 2:3, 2:7, 2:11
**Michael** [1] - 3:4
**MICHAEL** [1] - 3:5
**mid** [4] - 43:8, 63:14, 119:24, 122:14
**mid-April** [1] - 63:14
**mid-February** [1] - 43:8
**mid-October** [2] - 119:24, 122:14
**Middle** [5] - 58:6, 62:3, 62:7, 91:19, 95:5
**middle** [4] - 12:6, 26:21, 29:7, 37:12
**midmorning** [1] - 51:22
**midweek** [1] - 18:4
**might** [6] - 6:19, 52:10, 64:2, 65:2, 81:8, 83:5
**mighty** [1] - 57:4
**MIL** [2] - 121:6, 121:21
**Mills** [1] - 62:8
**mind** [3] - 55:25, 56:3,

60:14
**mingling** [1] - 21:23
**minute** [2] - 29:23, 35:19
**minutes** [2] - 45:23, 110:6
**MISCELLANY** [1] - 4:17
**misrepresent** [1] - 73:11
**missed** [1] - 56:1
**missing** [5] - 29:6, 29:8, 29:9, 29:10, 35:17
**mistake** [2] - 90:20, 95:20
**mistakes** [1] - 42:15
**misunderstanding** [1] - 15:12
**mk@kinneyesq.com** [1] - 3:7
**mm-hm** [1] - 125:2
**mock** [1] - 95:24
**Moir** [1] - 21:20
**mom** [2] - 15:15, 132:4
**Mom** [1] - 52:6
**moment** [12] - 45:8, 52:17, 52:19, 53:25, 54:2, 72:21, 73:2, 92:11, 93:8, 118:1, 120:22, 130:15
**mommy** [1] - 52:25
**Monday** [3] - 18:1, 114:5, 118:21
**money** [2] - 15:14, 124:23
**monitoring** [1] - 27:1
**monitors** [1] - 97:13
**months** [8] - 39:6, 43:13, 54:18, 77:7, 77:8, 78:23, 78:25, 79:3
**morning** [14] - 5:1, 5:2, 5:20, 5:22, 5:23, 7:11, 7:12, 14:15, 14:16, 14:17, 74:22, 129:11, 130:7, 131:2
**most** [8] - 22:22, 88:19, 101:19, 101:21, 102:1, 102:3, 102:19, 104:17
**mostly** [1] - 101:13
**mother** [1] - 71:18
**move** [23] - 16:22, 19:2, 20:10, 24:9, 29:24, 36:8, 53:2, 55:8, 62:1, 63:6, 67:9, 72:15, 73:13,

83:1, 85:1, 85:11, 107:21, 109:10, 110:22, 111:18, 114:18, 116:11, 120:20
**moved** [3] - 90:23, 91:1, 102:1
**movie** [1] - 68:6
**movies** [3] - 104:2, 104:4, 104:6
**MR** [6] - 18:11, 53:23, 56:13, 57:15, 130:12, 130:16
**MRI** [2] - 50:14
**MS** [307] - 5:4, 5:8, 5:15, 6:21, 7:10, 11:14, 11:18, 12:19, 12:24, 13:1, 14:6, 14:8, 16:15, 16:17, 16:20, 16:23, 16:24, 18:15, 18:17, 19:2, 19:4, 19:7, 20:1, 20:3, 20:10, 20:13, 20:15, 20:16, 24:2, 24:4, 24:10, 24:11, 24:17, 24:18, 24:21, 24:25, 25:2, 25:21, 25:22, 26:4, 26:18, 26:22, 29:24, 30:1, 30:3, 30:5, 30:7, 30:20, 30:22, 30:24, 31:2, 31:4, 31:12, 31:14, 34:15, 36:8, 36:10, 36:14, 36:16, 37:12, 37:14, 37:22, 37:24, 38:16, 38:20, 38:22, 38:24, 39:17, 39:18, 39:23, 39:25, 40:21, 40:23, 41:13, 41:16, 41:18, 41:20, 41:23, 41:25, 42:6, 42:18, 42:20, 45:13, 46:10, 46:21, 47:22, 48:1, 48:4, 48:14, 48:16, 50:17, 50:18, 50:22, 51:3, 51:9, 51:15, 52:19, 53:1, 53:13, 53:14, 53:17, 54:3, 54:5, 55:8, 55:10, 55:12, 55:16, 55:20, 56:1, 56:7, 56:15, 56:19, 56:21, 56:22, 56:25, 57:2, 57:5, 57:7, 57:9, 57:10, 57:14, 57:16, 57:19, 57:21, 58:1, 58:10, 58:14, 59:4, 59:7, 59:15, 60:3, 60:13, 60:17, 60:22, 60:25, 61:8, 61:14,

61:18, 61:21, 61:25, 63:18, 63:19, 63:25, 64:10, 64:15, 65:16, 65:21, 65:25, 66:4, 66:8, 66:21, 66:24, 67:9, 67:11, 67:14, 67:16, 67:19, 69:9, 69:11, 72:15, 72:17, 72:21, 72:24, 73:2, 73:4, 73:6, 73:10, 73:13, 73:18, 73:23, 74:5, 74:8, 74:16, 74:18, 74:20, 74:24, 75:4, 75:20, 75:22, 75:24, 76:5, 76:7, 76:10, 76:14, 76:16, 76:18, 76:19, 76:21, 76:22, 76:24, 78:11, 78:12, 80:18, 80:20, 81:3, 81:5, 81:8, 81:11, 81:15, 81:18, 82:3, 82:5, 82:15, 82:20, 84:6, 84:8, 84:10, 84:12, 84:22, 84:25, 85:11, 85:14, 85:18, 85:25, 86:5, 86:12, 86:14, 87:5, 87:7, 87:13, 87:16, 87:19, 87:23, 88:1, 88:23, 89:1, 89:4, 89:8, 89:11, 89:24, 90:2, 90:4, 92:4, 92:8, 92:11, 92:13, 92:17, 92:18, 93:12, 93:14, 94:14, 94:16, 94:21, 95:2, 98:5, 98:7, 98:10, 98:17, 98:18, 107:21, 107:23, 108:1, 108:4, 109:10, 109:12, 109:15, 109:17, 110:10, 110:18, 110:22, 110:24, 111:1, 111:3, 111:18, 111:20, 111:23, 111:25, 112:3, 114:18, 114:20, 114:24, 115:1, 116:11, 116:13, 116:17, 116:18, 118:4, 118:5, 118:6, 118:8, 118:9, 118:12, 118:14, 119:14, 119:19, 119:21, 120:20, 120:22, 120:24, 121:1, 121:6, 121:11, 121:14, 121:16, 121:21, 122:2, 122:5, 122:8,

122:9, 122:12, 129:16, 129:19, 129:21, 130:20, 134:2, 134:4, 134:7
**MSK** [1] - 92:20
**Murphy** [1] - 82:11
**music** [5] - 21:20, 94:4, 96:14, 96:21, 97:5
**must** [1] - 108:18
**mutual** [1] - 75:25
**MVP** [3] - 89:16, 89:19, 90:6

## N

**naked** [1] - 131:7
**name** [13] - 10:13, 10:14, 10:15, 21:20, 34:3, 63:24, 82:11, 93:1, 116:10, 125:24, 127:23, 127:24, 135:16
**name-calling** [3] - 125:24, 127:23, 127:24
**namely** [1] - 25:19
**names** [5] - 34:1, 62:24, 68:10, 82:16, 129:2
**National** [3] - 51:20, 53:5, 82:18
**near** [3] - 28:14, 40:2, 124:24
**Neck** [2] - 96:24, 99:1
**need** [11] - 9:25, 42:4, 45:21, 46:7, 67:22, 70:13, 73:7, 75:7, 83:15, 126:24, 131:10
**needed** [11] - 12:9, 44:10, 47:13, 62:22, 63:22, 64:18, 70:5, 71:20, 83:18, 108:20
**needs** [4] - 33:9, 68:16, 72:2, 87:1
**neighborhood** [3] - 105:16, 105:22, 105:23
**neighborhoods** [1] - 105:24
**never** [5] - 43:17, 59:17, 59:21, 61:3, 111:10
**new** [5] - 19:25, 21:14, 71:20, 122:25, 125:20
**New** [2] - 102:18, 102:25
**news** [2] - 75:20,

75:21
**newspaper** [1] - 43:19
**newspapers** [1] -
43:19
**next** [7] - 6:11, 14:9,
26:21, 27:21, 40:22,
48:17, 132:12
**nice** [1] - 16:9
**night** [8] - 15:11,
104:23, 105:5,
105:13, 108:5,
108:23, 115:2, 115:8
**nobody** [2] - 30:11,
49:9
**nominated** [1] - 95:23
**noncommunicative**
[1] - 17:14
**nonsubstantive** [4] -
5:11, 5:12, 6:14,
6:17
**note** [9] - 36:20, 43:2,
44:16, 51:13, 51:14,
51:16, 60:25, 86:13,
86:15
**notes** [1] - 135:12
**nothing** [5] - 126:11,
126:15, 126:21,
127:12, 131:8
**notice** [9] - 55:15,
56:8, 56:10, 58:2,
58:10, 59:8, 59:11,
59:25, 60:1
**noticed** [2] - 18:2,
35:16
**notified** [5] - 25:18,
60:4, 60:5, 69:23,
79:4
**notifies** [1] - 69:23
**notify** [1] - 69:19
**notifying** [1] - 39:13
**November** [31] - 7:15,
11:21, 14:9, 17:8,
17:24, 17:25, 39:13,
40:5, 107:2, 107:5,
107:11, 112:16,
113:16, 113:21,
115:2, 115:12,
115:22, 116:1,
117:16, 118:23,
118:24, 120:25,
121:1, 123:20,
124:7, 124:10,
125:25, 126:8,
126:12, 128:17,
129:8
**number** [8] - 29:15,
49:2, 88:16, 93:3,
93:9, 100:21,
107:10, 120:17
**Number** [13] - 4:8, 4:9,

4:9, 4:10, 4:10, 4:11,
4:11, 4:14, 4:14,
4:15, 4:15, 4:16,
4:16
**nurses** [3] - 47:7,
47:13, 50:3
**NW** [5] - 1:15, 2:14,
2:18, 2:21, 3:1

## O

**Oaks** [1] - 93:20
**oath** [2] - 6:24, 117:23
**Obama** [1] - 96:2
**object** [4] - 55:10,
72:17, 92:13, 121:6
**objection** [48] - 19:4,
19:5, 20:12, 20:13,
24:2, 24:16, 24:23,
25:21, 30:1, 30:2,
36:10, 36:11, 47:25,
48:1, 48:2, 50:17,
51:3, 51:9, 53:13,
63:18, 65:16, 67:11,
67:12, 73:5, 76:13,
85:13, 85:14, 86:10,
92:9, 94:14, 98:5,
98:7, 98:8, 107:23,
107:24, 109:12,
109:13, 110:24,
110:25, 111:20,
111:21, 114:20,
114:21, 116:13,
116:14, 121:20,
122:1, 130:12
**objections** [3] - 5:12,
120:24, 120:25
**observed** [1] - 97:18
**obvious** [1] - 32:24
**occasions** [1] - 26:13
**occurs** [1] - 43:8
**October** [10] - 12:4,
107:13, 108:6,
109:18, 109:24,
112:1, 112:10,
119:24, 122:14
**ODIN** [1] - 3:9
**OF** [5] - 1:1, 1:11, 3:5,
4:1, 135:1
**offensive** [1] - 127:20
**offer** [3] - 73:15,
73:16, 76:11
**offered** [5] - 58:8,
58:9, 90:24, 91:5,
91:12
**offering** [1] - 73:18
**OFFICE** [1] - 3:5
**office** [9] - 7:23, 7:25,
8:12, 11:7, 31:25,
55:2, 55:4, 55:5,

113:10
**officer** [2] - 23:11,
24:3
**Officer** [7] - 8:4, 22:7,
22:12, 23:5, 23:6,
23:12, 28:13
**official** [1] - 87:9,
135:5, 135:11
**Official** [3] - 3:12,
135:3, 135:22
**offset** [1] - 60:1
**often** [5] - 5:25, 16:1,
33:14, 57:21, 102:22
**oftentimes** [1] - 63:12
**old** [3] - 95:4, 123:23,
124:1
**Olivia** [5] - 68:11,
105:18, 105:20,
105:21
**once** [6] - 8:12, 17:12,
19:11, 82:6, 101:22,
116:4
**one** [45] - 16:12,
17:22, 20:7, 20:20,
21:10, 23:11, 28:16,
29:23, 34:19, 35:8,
35:16, 43:19, 46:14,
54:11, 55:18, 57:2,
57:22, 58:11, 61:6,
62:17, 62:18, 68:25,
72:18, 72:21, 72:25,
73:20, 73:24, 79:8,
81:8, 84:15, 89:18,
91:22, 92:11, 94:9,
95:21, 96:19, 97:14,
101:10, 106:9,
112:13, 120:22,
125:17, 127:8,
129:17
**ongoing** [3] - 25:13,
27:24, 39:10
**online** [2] - 9:9, 22:10
**open** [6] - 21:21,
48:11, 52:6, 60:15,
113:19, 113:25
**Open** [1] - 61:24
**opened** [1] - 119:2
**opposed** [4] - 18:13,
59:13, 133:5, 133:8
**oral** [2] - 13:21,
132:20
**ordered** [1] - 50:14
**orient** [1] - 7:20
**original** [2] - 40:9,
100:13
**outcomes** [1] - 72:4
**outpatient** [2] - 50:14,
54:18
**outside** [6] - 7:23,
21:7, 31:24, 49:15,

106:3
**overrule** [1] - 121:25
**overruled** [4] - 26:3,
63:20, 66:2, 92:15
**own** [8] - 13:16, 33:15,
33:22, 43:19, 43:21,
68:16, 70:6, 106:24

## P

**P.A.H** [1] - 3:6
**p.m** [5] - 68:25, 75:19,
115:9, 129:22,
134:20
**page** [55] - 11:15,
19:8, 20:17, 24:17,
24:18, 24:20, 25:1,
26:21, 27:12, 31:3,
36:15, 37:12, 38:23,
39:17, 39:24, 40:22,
47:24, 67:17, 68:13,
68:22, 73:25, 74:5,
76:23, 78:11, 80:18,
81:3, 81:6, 81:17,
84:22, 84:23, 84:24,
85:19, 86:1, 86:20,
89:9, 90:5, 92:19,
112:6, 112:25,
113:4, 115:17,
115:18, 118:7,
118:15, 119:3,
122:16, 122:20,
122:22, 123:18,
124:5
**pages** [3] - 24:24,
35:6, 135:10
**pain** [1] - 50:13
**painful** [2] - 47:10,
127:1
**pairs** [2] - 69:6, 69:7
**pants** [8] - 9:1, 9:4,
124:25, 127:14,
127:20, 128:12,
128:23, 133:3
**paragraph** [21] - 12:6,
19:23, 74:1, 74:6,
78:22, 79:9, 79:17,
122:25, 123:2,
123:3, 123:19,
124:6, 124:13,
124:17, 125:9,
130:2, 131:9,
131:13, 132:3,
132:12, 133:11
**paragraphs** [3] -
123:20, 124:6,
124:10
**parent** [1] - 34:17
**Parent** [1] - 86:6
**parenthesis** [1] -

124:14
**parents** [3] - 10:1,
16:1, 111:9
**Park** [3] - 1:19, 64:25,
110:12
**part** [17] - 24:9, 27:21,
55:24, 56:1, 57:13,
59:10, 60:6, 60:7,
60:10, 60:11, 60:15,
70:25, 73:24, 92:6,
113:25
**partial** [1] - 54:15
**participate** [1] - 21:16
**particular** [4] - 58:3,
62:9, 72:5
**parties** [1] - 74:9
**parts** [2] - 56:23, 73:7
**party** [1] - 24:9
**passes** [1] - 33:6
**past** [3] - 6:9, 51:2,
72:1
**patch** [1] - 8:16
**patients** [1] - 21:14
**pause** [12] - 5:18,
33:16, 45:7, 45:9,
54:4, 55:22, 89:10,
92:10, 92:12, 121:5,
121:12, 121:19
**PC** [1] - 3:9
**PE** [7] - 10:23, 13:13,
19:24, 19:25, 48:22,
49:15, 130:2
**pelvic** [1] - 50:13
**penalized** [1] - 69:5
**pending** [2] - 75:15,
134:13
**Pennsylvania** [4] -
2:14, 2:18, 2:21, 3:1
**people** [16] - 13:20,
18:8, 25:17, 25:20,
49:7, 49:19, 70:4,
128:6, 128:11,
132:14, 132:19,
133:2, 133:5, 133:7,
133:8
**percent** [1] - 101:17
**perform** [1] - 94:6
**performance** [1] -
96:19
**performed** [2] - 97:1,
97:2
**perhaps** [1] - 22:20
**period** [8] - 13:16,
27:10, 37:18, 38:9,
46:23, 107:4,
111:15, 122:14
**periods** [3] - 27:2,
27:5, 40:2
**permission** [4] -
32:24, 33:8, 112:10,

112:14
**perpetrators** [1] - 128:21
**person** [4] - 46:14, 48:9, 62:6, 62:17
**perspective** [3] - 59:6, 59:7, 59:8
**ph** [1] - 70:23
**phone** [8] - 35:11, 35:16, 35:18, 35:22, 36:2, 93:3, 93:9
**phones** [1] - 35:15
**physical** [4] - 50:11, 55:3, 77:24, 100:10
**physically** [1] - 99:24
**piano** [11] - 91:18, 91:20, 91:22, 93:15, 93:21, 94:11, 94:12, 95:3, 95:9, 96:16, 105:8
**pick** [4] - 7:19, 62:21, 63:23, 64:17
**picked** [1] - 105:25
**picking** [1] - 64:1
**picture** [2] - 47:20, 47:23
**pieces** [1] - 22:13
**PITTLEMAN** [1] - 3:9
**pivotal** [1] - 118:2
**place** [7] - 6:24, 49:5, 49:6, 49:8, 49:19, 78:7, 80:15
**placement** [1] - 86:20
**Plaintiff** [5] - 1:4, 1:14, 2:1, 4:2, 4:7
**plaintiff** [1] - 6:21
**Plaintiff's** [41] - 11:17, 12:20, 12:23, 19:2, 19:6, 20:10, 20:14, 24:15, 24:24, 29:13, 29:24, 30:4, 30:25, 36:3, 36:8, 36:12, 36:13, 38:17, 38:21, 41:14, 41:17, 47:24, 48:3, 54:21, 55:8, 67:10, 67:13, 67:18, 72:8, 72:15, 73:19, 76:10, 85:11, 85:16, 85:17, 92:5, 119:12, 119:20, 123:11, 129:14, 129:20
**plaintiff's** [1] - 7:1
**plan** [7] - 37:5, 37:9, 69:17, 80:13, 82:25, 83:15, 106:8
**planned** [1] - 96:21
**play** [1] - 97:3
**played** [4] - 88:14, 90:25, 91:20, 93:21
**player** [1] - 90:8

**playing** [2] - 90:17, 96:16
**PLC** [1] - 3:5
**PLLC** [1] - 1:15
**pod** [1] - 110:12
**point** [12] - 38:9, 41:11, 42:2, 61:12, 62:2, 62:6, 62:15, 65:9, 69:12, 106:7, 134:6, 134:7
**points** [1] - 5:13
**police** [16] - 60:4, 60:5, 60:8, 60:21, 61:15, 120:9, 122:13, 123:16, 123:25, 124:14, 125:17, 125:20, 127:5, 127:7, 127:9, 128:18
**ponied** [2] - 63:22, 64:19
**portion** [3] - 30:6, 81:20, 84:10
**portions** [1] - 41:10
**position** [4] - 24:5, 24:8, 28:13, 59:24
**positive** [1] - 133:21
**possible** [3] - 10:23, 22:25, 91:16
**potentially** [1] - 83:8
**precipitated** [1] - 8:16
**precluded** [1] - 58:22
**Preliminary** [1] - 4:18
**premises** [1] - 78:8
**prep** [1] - 102:24
**prepared** [3] - 10:21, 119:10, 120:15
**preparing** [1] - 42:9
**present** [5] - 5:19, 43:3, 46:12, 76:2, 104:10
**presenting** [1] - 22:8
**pretty** [3] - 13:13, 128:24, 132:7
**previously** [3] - 55:11, 55:12, 88:23
**PricewaterhouseCo opers** [1] - 100:17
**principal** [2] - 62:14, 99:21
**principals** [1] - 13:6
**print** [2] - 6:6, 109:21
**printing** [1] - 32:12
**probing** [1] - 47:12
**problem** [5] - 10:19, 10:25, 43:15, 44:14, 68:7
**problems** [3] - 12:3, 117:15, 118:18
**procedure** [1] - 113:8

**proceeded** [1] - 8:5
**PROCEEDINGS** [1] - 1:11
**proceedings** [16] - 5:18, 45:7, 45:9, 46:1, 54:4, 55:22, 75:19, 89:10, 92:10, 92:12, 121:5, 121:12, 121:19, 135:6, 135:11, 135:14
**process** [7] - 69:13, 70:7, 70:18, 71:19, 81:24, 83:23, 84:1
**processes** [1] - 104:9
**produced** [1] - 121:22
**Program** [1] - 85:20
**program** [4] - 22:7, 69:17, 100:18, 113:25
**programming** [2] - 100:21, 100:25
**project** [1] - 68:16
**projects** [1] - 68:5
**prolonged** [1] - 103:15
**promise** [2] - 43:25, 78:15
**promised** [1] - 78:13
**prompted** [1] - 13:10
**proposition** [1] - 83:8
**protect** [1] - 34:8
**provided** [5] - 27:18, 122:13, 125:5, 125:8, 127:5
**providing** [2] - 27:18, 63:20
**psycho** [1] - 70:16
**psychologist** [6] - 21:6, 41:1, 70:2, 70:5, 71:2, 84:19
**Public** [1] - 87:10
**public** [2] - 99:16, 131:16
**publish** [32] - 11:15, 12:20, 20:12, 24:14, 24:23, 30:2, 30:25, 36:11, 38:18, 41:14, 47:23, 67:14, 76:13, 81:11, 84:4, 84:5, 85:15, 88:25, 90:1, 92:7, 92:16, 98:9, 108:1, 109:15, 110:25, 111:23, 114:21, 116:14, 119:15, 119:18, 122:3, 129:16
**published** [19] - 11:17, 12:23, 20:21, 24:24, 36:13, 38:21,

41:17, 67:18, 81:14, 84:7, 85:17, 89:3, 90:3, 108:3, 114:23, 116:16, 119:20, 122:7, 129:20
**pull** [4] - 24:12, 38:10, 38:16, 47:22
**pulled** [4] - 39:5, 51:23, 51:25, 106:13
**pumpkin** [1] - 8:16
**punished** [1] - 41:9
**purpose** [4] - 33:3, 39:3, 42:8, 82:25
**purposes** [1] - 44:22
**pursue** [1] - 96:21
**pushed** [3] - 130:10, 130:13, 131:6
**pushing** [1] - 86:24
**put** [18] - 21:22, 26:19, 42:16, 43:20, 46:4, 47:11, 49:19, 56:11, 60:1, 60:17, 80:15, 82:25, 83:20, 99:16, 123:10, 126:24, 127:21, 133:3
**putting** [6] - 126:22, 127:13, 127:19, 128:12, 128:22, 132:7
**Python** [1] - 100:24

## Q

**quarter** [4] - 68:4, 115:11, 115:21, 116:23
**QUESTION** [3] - 118:17, 118:21, 118:23
**questioned** [1] - 121:23
**questioning** [1] - 121:9
**questions** [6] - 7:3, 19:21, 47:21, 87:17, 121:2, 129:6
**quick** [3] - 45:17, 46:17, 57:17
**quickly** [8] - 5:8, 42:16, 42:17, 52:10, 83:25, 121:10, 126:2, 132:4
**quit** [1] - 89:21

## R

**Rachel** [12] - 12:4, 21:24, 43:14, 55:6, 58:6, 62:3, 62:7, 62:10, 91:18, 95:5,

96:15, 105:23
**rain** [1] - 32:7
**raining** [1] - 32:7
**raised** [3] - 50:12, 83:9, 83:11
**raising** [1] - 132:4
**ramifications** [1] - 41:1
**rampant** [2] - 43:16, 43:21
**Ranked** [1] - 90:8
**ranked** [1] - 90:18
**rape** [5] - 49:22, 60:2, 80:3, 127:11
**raped** [12] - 44:24, 46:24, 50:10, 57:22, 58:6, 58:12, 59:9, 59:14, 59:18, 59:22, 59:25, 106:13
**rather** [2] - 45:17, 49:14
**rbates@hunton.com** [1] - 2:16
**RCMS** [6] - 25:10, 31:9, 39:11, 78:2, 79:4, 97:3
**reach** [2] - 5:13, 23:2
**reactions** [1] - 9:21
**read** [4] - 58:4, 86:17, 118:10, 127:17
**ready** [3] - 5:3, 62:22, 75:25
**real** [1] - 91:6
**really** [16] - 16:2, 18:4, 18:6, 23:4, 23:14, 23:16, 23:20, 27:23, 33:25, 35:21, 35:23, 52:2, 60:14, 63:10, 103:15, 119:1
**Really** [1] - 43:20
**realtime** [1] - 135:12
**reason** [1] - 108:13
**reasoning** [1] - 77:5
**reassignment** [1] - 19:24
**receive** [3] - 18:18, 79:13, 85:5
**received** [5] - 14:14, 19:25, 25:5, 25:24, 40:5
**receiving** [3] - 18:4, 23:15, 77:16
**recently** [2] - 41:5, 124:20
**Recess** [3] - 45:24, 75:18, 134:20
**recognize** [4] - 86:7, 98:19, 116:8, 120:14
**recollection** [3] - 82:13, 115:15,

115:20
**recommended** [1] - 97:17
**record** [5] - 46:18, 58:15, 58:19, 64:14, 94:25
**recording** [1] - 135:13
**records** [1] - 58:18
**recount** [1] - 43:12
**recounted** [1] - 8:17
**redact** [5] - 55:25, 56:3, 73:23, 73:24, 74:2, 74:9, 74:11, 93:11
**redacted** [12] - 55:21, 56:12, 56:18, 56:23, 57:3, 57:6, 57:10, 57:12, 57:13, 60:7, 61:10, 73:7
**redacting** [1] - 73:25
**redaction** [12] - 56:15, 56:17, 57:1, 60:11, 60:14, 60:19, 60:20, 72:25, 73:4, 75:25, 76:15, 76:20
**redactions** [1] - 76:11
**refamiliarize** [1] - 23:9
**reference** [1] - 115:3
**referenced** [1] - 33:15
**referring** [6] - 19:17, 20:8, 77:20, 78:14, 97:13, 123:2
**reform** [1] - 86:24
**refresh** [4] - 82:13, 87:8, 115:14, 115:20
**regarding** [6] - 62:11, 71:6, 71:11, 77:11, 79:22, 117:11
**regards** [1] - 54:6
**regular** [3] - 103:9, 103:10, 103:11
**regularly** [2] - 103:5, 103:7
**regulate** [1] - 29:2
**regulating** [2] - 33:14, 33:21
**related** [1] - 121:21
**relating** [2] - 61:15, 119:4
**relations** [1] - 131:16
**relationship** [2] - 16:9, 104:12
**relayed** [1] - 18:13
**relevant** [1] - 94:23
**remain** [1] - 45:16
**remainder** [1] - 79:12
**remained** [1] - 79:12
**remarks** [1] - 25:13
**remember** [16] - 16:18, 28:12, 42:11,

43:6, 48:7, 62:24, 68:8, 70:23, 82:12, 82:22, 101:7, 104:13, 105:18, 112:12, 113:19, 134:12
**remind** [3] - 8:7, 8:19, 84:17
**remove** [1] - 51:8
**repeat** [2] - 66:7, 128:8
**repeatedly** [1] - 61:1
**rephrase** [1] - 65:19
**rephrasing** [1] - 50:21
**report** [7] - 111:15, 115:11, 115:21, 115:24, 116:4, 116:8, 116:10
**reported** [1] - 135:5
**Reporter** [3] - 3:12, 135:3, 135:22
**REPORTER** [1] - 135:1
**reporter** [1] - 117:21
**Reporter................... ...** [1] - 4:19
**reporting** [1] - 43:7
**represent** [1] - 88:8
**representation** [1] - 82:18
**request** [3] - 20:7, 27:20, 33:8
**requested** [1] - 43:2
**required** [1] - 56:9
**requirements** [1] - 100:11
**requiring** [1] - 68:19
**residents** [1] - 93:21
**resolve** [3] - 7:5, 39:7, 43:13
**resolved** [3] - 66:15, 66:20, 66:25
**Resource** [1] - 23:12
**resources** [5] - 21:6, 28:3, 28:20, 33:24, 34:6
**respect** [2] - 24:3, 58:23
**respond** [1] - 30:12
**responded** [2] - 50:24, 58:25
**responding** [1] - 50:15
**response** [10] - 28:18, 31:18, 33:4, 33:11, 37:15, 51:5, 51:11, 65:5, 65:20, 83:13
**responses** [2] - 5:2, 5:23
**responsible** [1] -

49:22
**responsive** [1] - 51:4
**rest** [2] - 37:8, 57:3
**Reston** [2] - 3:7, 3:10
**restored** [1] - 133:22
**result** [2] - 21:11, 99:20
**resume** [1] - 76:9
**resumed** [2] - 46:1, 75:19
**resuming** [1] - 46:19
**retaliation** [1] - 8:3
**retired** [1] - 106:6
**retribution** [1] - 12:11
**retrieve** [2] - 48:23, 122:10
**retrieved** [2] - 54:21, 54:23
**retrieving** [1] - 49:11
**return** [6] - 15:16, 59:13, 74:13, 74:14, 80:6, 80:10
**revealed** [3] - 78:17, 124:21, 125:21
**Review** [1] - 101:11
**Rewari** [2] - 2:17, 58:13, 59:23, 88:8, 133:25
**REWARI** [98] - 19:4, 20:13, 24:2, 24:10, 24:17, 25:21, 30:1, 36:10, 48:1, 50:17, 51:3, 51:9, 53:13, 55:10, 55:16, 56:19, 56:22, 57:2, 57:7, 57:9, 58:14, 60:3, 63:18, 65:16, 67:11, 72:17, 73:2, 73:6, 76:14, 76:18, 76:21, 85:14, 87:19, 87:23, 88:1, 88:23, 89:1, 89:4, 89:8, 89:11, 89:24, 90:2, 90:4, 92:4, 92:8, 92:17, 92:18, 93:12, 93:14, 94:14, 95:2, 98:10, 98:17, 98:18, 107:21, 108:1, 108:4, 109:10, 109:15, 109:17, 110:10, 110:18, 110:22, 111:1, 111:3, 111:18, 111:23, 111:25, 112:3, 114:18, 114:24, 115:1, 116:11, 116:17, 116:18, 118:5, 118:6, 118:9, 118:12, 118:14,

119:14, 119:19, 119:21, 120:20, 120:24, 121:14, 121:16, 122:2, 122:5, 122:8, 122:12, 129:16, 129:19, 129:21, 130:20, 134:2, 134:4, 134:7
**Rewari.................** [1] - 4:5
**rkeefe@bsfllp.com** [1] - 2:12
**Robert** [2] - 2:9, 3:6
**role** [2] - 34:22, 34:25
**roll** [1] - 75:25
**room** [4] - 47:7, 51:22, 51:23, 130:5
**Roper** [4] - 71:1, 71:2, 71:16, 84:17
**Roper's** [1] - 84:14
**ropes** [2] - 18:6, 23:16
**ROSSIE** [1] - 1:11
**rough** [1] - 10:4
**roughly** [2] - 99:15, 105:6
**RPR** [2] - 3:12, 135:21
**ruin** [2] - 10:2, 10:5
**rule** [1] - 35:15
**ruling** [1] - 56:24, 57:11, 73:17
**rulings** [1] - 72:19
**rumor** [1] - 133:2
**rumors** [11] - 8:15, 8:16, 8:24, 9:17, 13:25, 14:2, 22:18, 40:10, 125:13, 125:23, 133:4
**run** [1] - 19:19
**Ryan** [1] - 2:13
**résumé** [11] - 88:17, 89:12, 89:15, 90:8, 90:20, 91:23, 93:17, 95:11, 95:20, 96:9, 100:22

## S

**S.T** [1] - 3:6
**sad** [2] - 17:19, 48:11
**safe** [8] - 39:12, 49:22, 80:6, 80:10, 80:16, 83:2, 83:14, 83:19
**safety** [7] - 10:6, 22:3, 22:8, 25:12, 25:16, 80:15, 83:5
**SANE** [3] - 46:25, 50:1, 50:3
**sang** [1] - 93:21
**sanitize** [1] - 61:16

**sat** [3] - 52:11, 52:23
**Saturday** [1] - 118:25
**saw** [9] - 17:12, 27:22, 32:12, 35:17, 49:18, 88:5, 105:13, 116:4, 104:15
**Saylor** [1] - 102:4
**scared** [5] - 12:10, 23:17, 35:23, 103:15
**schedule** [1] - 11:13
**scheduled** [2] - 31:18, 31:20
**schedules** [1] - 62:20
**SCHILLER** [4] - 1:19, 2:2, 2:6, 2:10
**School** [14] - 21:21, 23:12, 58:7, 62:3, 62:7, 88:9, 89:20, 91:2, 91:19, 94:9, 95:5, 96:10, 98:22, 99:1
**school** [128] - 7:15, 7:16, 8:24, 12:14, 13:5, 14:10, 14:16, 14:19, 17:5, 17:23, 18:3, 18:23, 20:6, 21:5, 22:3, 22:17, 23:10, 23:22, 24:8, 24:10, 25:11, 25:13, 25:15, 27:17, 28:15, 29:1, 29:4, 29:18, 30:9, 31:6, 31:15, 31:22, 34:4, 38:1, 38:10, 39:5, 39:6, 39:8, 39:13, 41:8, 43:14, 44:5, 48:18, 48:20, 48:21, 48:23, 49:5, 49:13, 51:8, 51:14, 55:13, 55:14, 56:8, 56:9, 56:10, 57:21, 58:10, 58:16, 58:17, 58:21, 58:23, 58:25, 59:2, 59:5, 59:17, 59:20, 61:3, 61:5, 62:22, 63:2, 69:19, 69:21, 70:5, 72:3, 78:8, 79:12, 79:25, 81:25, 83:9, 83:14, 83:16, 83:17, 83:20, 84:19, 86:24, 89:18, 96:6, 96:17, 96:20, 97:21, 97:24, 98:19, 99:16, 99:24, 100:7, 100:10, 101:3, 101:7, 106:10, 106:14, 106:20, 107:7, 107:10, 112:17, 112:18, 113:1, 113:8, 113:18,

117:15, 117:16, 119:1, 119:3, 123:6, 123:13, 123:22, 124:11, 125:5, 125:9, 128:2, 128:18, 128:25, 129:7, 129:8, 129:24, 131:11
**school's** [2] - 71:2, 133:22
**school-appointed** [1] - 70:5
**schools** [2] - 43:16, 98:23
**Schools** [1] - 87:10
**science** [3] - 62:19, 100:14, 116:25
**Scott** [1] - 2:20
**screaming** [1] - 125:1
**screen** [11] - 20:21, 76:19, 76:20, 89:5, 97:16, 98:14, 98:17, 116:19, 119:22, 123:3, 124:18
**screening** [1] - 71:15
**scroll** [1] - 86:12
**SE** [3] - 2:2, 2:6, 2:10
**season** [1] - 93:25
**seat** [4] - 7:2, 32:1, 75:23, 76:3
**seated** [6] - 5:20, 45:16, 46:13, 46:15, 46:20, 75:13
**second** [13] - 19:20, 51:24, 56:4, 58:22, 79:8, 79:9, 89:9, 92:19, 101:22, 112:6, 115:18, 125:9, 129:15
**secondhand** [1] - 59:15
**secure** [1] - 39:12
**securely** [1] - 52:23
**see** [48] - 17:17, 21:12, 26:11, 27:8, 37:4, 47:12, 49:7, 49:9, 50:2, 50:4, 55:18, 60:11, 65:4, 68:6, 75:9, 78:5, 80:7, 80:14, 83:1, 86:4, 86:12, 90:10, 92:20, 94:8, 102:14, 102:16, 103:6, 110:21, 111:4, 111:9, 111:16, 112:22, 114:13, 115:9, 115:14, 119:22, 120:4, 120:6, 120:18, 121:4, 122:16,

122:21, 122:23, 122:25, 125:10, 131:14, 134:14, 134:18
**seeing** [3] - 8:2, 22:23, 28:22
**self** [1] - 40:24
**self-esteem** [1] - 40:24
**semester** [1] - 89:18
**semiretired** [1] - 106:6
**send** [8] - 11:19, 12:16, 25:3, 37:4, 38:25, 63:13, 83:15, 130:21
**sending** [4] - 25:20, 30:10, 39:3, 108:8
**senior** [1] - 94:5
**sensitivity** [1] - 97:11
**sent** [15] - 30:9, 43:2, 50:14, 51:13, 51:14, 58:16, 58:17, 108:5, 108:23, 109:6, 114:5, 115:11, 115:21, 116:2, 129:7
**sentence** [6] - 56:19, 56:23, 57:5, 74:1, 74:8, 74:11
**separated** [2] - 23:22, 53:12
**Serena** [3] - 90:23, 91:5, 91:11
**serious** [1] - 43:15
**Service** [1] - 46:7
**services** [4] - 77:17, 84:21, 86:19, 99:17
**SESSION** [1] - 1:8
**session** [1] - 123:4
**Session** [1] - 134:21
**sessions** [2] - 54:16, 124:20
**set** [4] - 7:13, 14:13, 54:8, 70:9
**setting** [4] - 70:25, 72:3, 87:3, 100:10
**seven** [2] - 95:4, 104:19
**seven-year-old** [1] - 95:4
**several** [5] - 26:12, 54:18, 63:10, 85:9, 106:20
**severe** [1] - 39:10
**sex** [3] - 13:21, 14:1, 132:20
**sexual** [28] - 8:16, 12:2, 16:25, 17:3, 22:10, 22:17, 22:18, 27:24, 30:14, 35:2, 38:6, 40:10, 43:16,

43:21, 77:12, 77:23, 78:18, 79:4, 79:22, 80:1, 118:18, 125:13, 127:4, 127:15, 127:24, 127:25
**sexually** [2] - 12:7, 78:17
**shadow** [2] - 22:21, 27:21
**shadowing** [6] - 27:4, 27:18, 28:1, 28:11, 28:17, 113:23
**shakes** [1] - 40:4
**share** [1] - 128:24
**sharing** [2] - 25:11, 25:15
**Sheehan** [13] - 63:3, 63:16, 63:17, 63:21, 64:2, 65:12, 65:23, 66:4, 66:10, 66:16, 67:25, 68:18, 69:6
**shell** [1] - 48:9
**shopping** [3] - 15:10, 103:13, 103:14
**short** [2] - 42:10, 75:6
**shorthand** [2] - 135:5, 135:12
**shoved** [1] - 131:6
**show** [7] - 21:17, 25:1, 47:19, 47:20, 58:15, 59:1, 131:12
**showed** [2] - 129:11, 129:15
**sic** [1] - 23:1
**Side** [1] - 57:20
**side** [3] - 49:15, 123:10
**sided** [1] - 115:19
**sides** [1] - 5:14
**sign** [5] - 80:24, 86:9, 86:10, 112:10, 113:11
**Signed** [1] - 80:21
**silence** [1] - 40:11
**singing** [1] - 97:5
**single** [2] - 21:10, 103:23
**sister** [1] - 95:4
**sit** [4] - 15:6, 52:15, 105:1, 127:17
**sits** [1] - 71:24
**situated** [1] - 46:2
**situation** [6] - 26:7, 35:14, 35:25, 39:13, 41:4, 131:15
**skilled** [1] - 90:23
**skills** [2] - 26:6, 93:15
**skipping** [1] - 46:23
**Skype** [1] - 102:12

**sleepovers** [2] - 105:10, 105:19
**slight** [1] - 72:25
**slip** [1] - 112:10
**Sloan** [1] - 92:23
**slow** [1] - 7:5
**slowly** [1] - 103:17
**slurs** [10] - 8:15, 8:16, 9:7, 9:17, 17:3, 22:10, 22:17, 27:24, 38:6
**slut** [1] - 9:8
**Smith** [1] - 63:3
**smoothies** [1] - 45:3
**snitch** [2] - 12:13, 32:25
**social** [7] - 6:6, 21:5, 34:3, 62:18, 70:3, 70:16, 93:23
**socializing** [1] - 21:24
**sociocultural** [2] - 81:20, 84:15
**sociology** [1] - 34:19
**sodomy** [1] - 58:6
**solution** [2] - 33:2, 39:8
**solutions** [2] - 22:21, 83:5
**solved** [1] - 44:1
**someone** [4] - 22:21, 40:3, 127:19, 132:7
**sometime** [2] - 82:7, 92:23, 106:16
**sometimes** [3] - 36:20, 36:21, 102:14
**somewhere** [2] - 8:4, 75:8
**son** [6] - 43:5, 48:23, 95:25, 103:2, 103:20, 126:25
**Sona** [2] - 2:17, 88:8
**soon** [1] - 115:24
**sorry** [40] - 8:19, 8:21, 9:11, 13:4, 20:20, 23:8, 24:18, 26:19, 29:15, 29:22, 33:17, 46:14, 51:6, 51:10, 52:18, 55:6, 63:9, 64:22, 66:7, 66:19, 70:15, 73:10, 75:23, 76:7, 79:6, 81:16, 82:22, 91:13, 95:14, 98:7, 98:12, 109:23, 110:9, 112:12, 112:20, 118:8, 122:9, 124:15, 128:8
**sort** [25] - 6:15, 7:17, 7:18, 8:2, 12:13, 15:4, 18:1, 20:18, 35:13, 35:22, 39:3,

41:2, 42:11, 44:22, 46:4, 46:22, 47:5, 47:11, 50:11, 53:25, 72:1, 77:4, 94:6, 97:16, 121:6
**sounds** [6] - 65:18, 71:12, 99:5, 99:15, 113:14
**South** [1] - 21:21
**spaces** [1] - 102:23
**Spanish** [2] - 19:20, 108:14
**speaking** [5] - 22:14, 25:3, 26:5, 26:8, 26:12
**specialized** [1] - 84:21
**specifically** [3] - 16:18, 55:23, 66:3
**spectrum** [1] - 133:6
**spend** [2] - 15:10, 54:13
**spending** [1] - 63:8
**spent** [3] - 104:23, 105:4, 113:23
**spoken** [3] - 7:16, 26:10, 37:9
**spot** [2] - 45:11, 45:13
**spread** [3] - 9:17, 40:10, 125:13
**spring** [1] - 96:10
**Sprint** [1] - 12:8
**SQL** [1] - 100:24
**Square** [2] - 3:13, 96:6
**srewari@huntonak.com** [1] - 2:19
**SRO** [2] - 23:9, 24:8
**St** [1] - 96:5
**Stacy** [2] - 15:15
**Stacy's** [1] - 15:11
**stage** [1] - 7:13
**staircase** [1] - 8:5
**stand** [4] - 32:6, 45:18, 69:16, 76:6
**start** [13] - 8:13, 8:14, 22:14, 23:2, 33:1, 38:22, 63:14, 67:17, 69:12, 76:22, 79:1, 88:5, 125:24
**started** [13] - 15:8, 25:19, 45:3, 49:16, 52:4, 52:8, 69:18, 69:20, 70:1, 102:8, 107:8, 126:7, 126:8
**starting** [1] - 57:12
**starts** [4] - 15:4, 56:4, 56:22, 119:24
**state** [4] - 28:24, 39:9, 53:11, 72:1
**statement** [5] - 11:5, 11:8, 59:12, 65:25

statements [3] - 25:18, 121:8, 121:23
STATES [2] - 1:1, 1:12
States [2] - 3:13, 46:6
stating [1] - 55:23
station [1] - 127:9
stay [2] - 10:23, 80:12
stayed [1] - 6:6
staying [1] - 124:5
STDs [1] - 50:5
step [4] - 11:7, 45:21, 75:11, 134:16
S███████ [1] - 80:21
steps [3] - 80:5, 80:9, 83:6
S███████ [3] - 15:2, 32:16, 72:12
still [11] - 19:20, 19:25, 34:2, 41:4, 52:12, 74:2, 83:17, 93:9, 96:9, 96:16, 112:17
stood [1] - 52:3
stop [6] - 8:23, 9:10, 75:8, 102:22, 124:24, 130:15
stopped [3] - 7:19, 15:11, 103:25
stories [1] - 15:20
Storm [5] - 89:19, 90:16, 91:2, 94:9, 96:10
story [1] - 117:6
straddled [1] - 47:11
strange [1] - 18:8
strangers [1] - 40:6
strategies [1] - 26:6
streamline [2] - 6:1, 6:10
Street [4] - 1:15, 2:2, 2:6, 2:10
stretcher [1] - 47:8
strewn [1] - 49:10
stricken [1] - 94:25
struggle [1] - 35:25
struggling [7] - 29:1, 29:2, 34:2, 35:22, 63:11
student [8] - 58:6, 79:5, 79:11, 83:17, 87:10, 95:4, 103:3, 103:7
students [10] - 19:21, 27:22, 32:25, 33:1, 43:21, 68:15, 71:18, 78:3, 115:21, 133:12
studies [1] - 62:18
study [1] - 34:19
stuff [6] - 32:2, 49:9, 49:20, 101:15,

126:24, 127:1
subject [6] - 13:4, 31:8, 37:1, 72:18, 74:13, 129:6
subjects [1] - 97:24
subpoena [1] - 12:9
subscribed [1] - 135:15
subsequent [2] - 120:5, 122:24
successful [1] - 104:5
suffered [2] - 77:13, 77:25
suggest [1] - 121:2
suggested [5] - 6:13, 26:6, 60:19, 61:10, 69:6
suggesting [1] - 59:24
Suite [7] - 1:16, 1:20, 2:3, 2:7, 2:11, 3:6, 3:10
sullen [1] - 17:13
summer [9] - 71:15, 88:10, 95:11, 95:12, 95:16, 95:18, 103:9, 103:19, 104:7
Sunday [2] - 96:6, 119:1
superintendent [5] - 42:9, 42:24, 77:3, 100:8, 119:10
support [4] - 27:6, 27:7, 27:19, 102:2
supposed [2] - 14:1, 69:19
surprise [1] - 15:22
sustained [2] - 50:20, 55:11
switch [2] - 107:14, 108:14
switching [4] - 37:18, 133:25, 134:1
sworn [1] - 7:1
S███████ [1] - 16:11
system [2] - 24:10, 64:19

T

T.B [1] - 3:6
TABLE [1] - 4:1
table [2] - 104:24, 105:1
tackled [1] - 124:23
talent [1] - 91:6
talks [1] - 104:16
Tall [1] - 93:20
T███████ [2] - 70:24, 71:16
tape [1] - 135:13
T███████ [1] - 29:11

taught [2] - 62:17, 62:18
taunted [1] - 40:6
teacher [7] - 21:20, 94:4, 109:2, 109:7, 110:3, 114:6, 114:14
teachers [9] - 44:13, 49:6, 49:7, 62:17, 63:2, 63:8, 117:5, 117:12, 132:6
teaching [5] - 70:4, 94:11, 94:12, 95:3, 96:6
team [2] - 95:13, 95:19
tears [1] - 52:1
tennis [8] - 88:14, 88:17, 89:16, 89:19, 90:6, 90:8, 90:17, 90:23
Tenth [1] - 3:14
term [1] - 16:25
terms [2] - 42:15, 83:1
T███████ [16] - 7:17, 7:21, 7:24, 8:8, 9:2, 9:20, 10:2, 10:11, 11:25, 13:7, 14:14, 14:22, 15:7, 19:11, 32:18, 40:16
T███████ [2] - 7:25, 8:12
test [4] - 10:21, 10:22, 10:24
testified [5] - 16:16, 55:14, 60:5, 121:17, 128:9
testify [1] - 54:1, 64:8
testimony [4] - 46:19, 88:4, 133:1, 135:6
tests [1] - 70:16
Thanksgiving [4] - 10:17, 17:25, 19:15, 133:20
THE [186] - 1:1, 1:11, 3:5, 5:1, 5:3, 5:7, 5:9, 5:16, 5:20, 5:24, 6:23, 7:2, 7:7, 7:8, 11:16, 12:22, 16:12, 16:14, 16:16, 16:18, 16:22, 18:16, 19:5, 20:12, 24:16, 24:20, 24:23, 26:1, 26:2, 26:3, 30:2, 31:1, 34:10, 34:11, 34:12, 34:14, 36:11, 38:19, 41:15, 42:4, 42:5, 45:6, 45:8, 45:10, 45:15, 46:2, 46:11, 46:13, 47:25, 48:2, 50:20, 51:4, 51:6, 51:10, 51:11, 51:13, 52:17, 52:18, 52:20,

53:16, 53:24, 55:18, 55:23, 56:3, 56:11, 56:14, 56:17, 57:4, 57:8, 57:11, 57:18, 57:25, 58:3, 58:13, 59:3, 59:6, 59:11, 59:23, 60:10, 60:16, 60:18, 60:24, 61:6, 61:9, 61:15, 61:20, 61:22, 63:20, 63:21, 64:8, 64:13, 65:18, 66:2, 66:5, 66:6, 66:23, 67:12, 67:15, 72:20, 72:22, 73:8, 73:15, 73:21, 74:3, 74:7, 74:12, 74:17, 74:23, 75:1, 75:5, 75:11, 75:12, 75:13, 75:21, 75:23, 76:1, 76:3, 76:6, 76:9, 76:13, 81:13, 82:13, 82:17, 84:5, 85:13, 85:15, 87:15, 87:18, 87:22, 87:24, 88:25, 89:2, 90:1, 92:6, 92:9, 92:15, 93:8, 93:10, 93:11, 93:13, 94:15, 94:18, 94:22, 98:4, 98:6, 98:8, 98:12, 98:14, 98:16, 107:24, 108:2, 109:13, 109:16, 110:9, 110:16, 110:17, 110:25, 111:21, 111:24, 112:2, 114:21, 116:14, 118:11, 118:13, 119:16, 119:17, 119:18, 121:4, 121:10, 121:13, 121:15, 121:18, 121:20, 121:25, 122:4, 122:11, 129:17, 130:13, 130:15, 130:18, 133:25, 134:3, 134:5, 134:9, 134:16, 134:18
themselves [2] - 28:13, 61:3
theory [1] - 60:1
therapist [1] - 34:1
therapists [4] - 21:3, 21:4, 21:7, 21:9
therapy [4] - 58:5, 78:17, 123:3, 124:20
thereof [1] - 83:4
third [9] - 27:2, 55:24, 56:4, 56:5, 56:6, 56:12, 56:18, 57:12,

115:17
thirdhand [1] - 59:14
threat [1] - 40:5
threatened [1] - 9:17
threatening [2] - 25:13, 25:19
threatens [1] - 125:13
threats [8] - 18:5, 23:15, 23:23, 32:23, 38:6, 77:24
three [18] - 13:6, 25:17, 39:6, 54:14, 54:18, 63:9, 68:15, 77:7, 79:3, 91:8, 98:23, 106:21, 124:10, 133:5, 133:8, 133:15, 133:16, 133:17
throughout [4] - 27:7, 43:16, 79:12, 127:15
tightly [1] - 35:21
timing [1] - 44:22
tinkered [1] - 91:21
Tinsley [2] - 5:17, 45:15
tiny [1] - 49:8
title [2] - 13:4, 70:23
Title [6] - 34:5, 34:7, 34:8, 34:9, 34:18, 34:20
Today [1] - 13:19
today [5] - 6:8, 10:20, 27:2, 61:2, 132:13
together [6] - 6:10, 42:16, 68:16, 104:19, 127:1, 135:13
tolerate [1] - 17:3
tomorrow [1] - 27:2
Tonia [2] - 135:3, 135:21
TONIA [1] - 3:12
took [10] - 35:8, 43:19, 55:14, 78:7, 91:15, 95:25, 97:21, 99:25, 130:11, 130:13
top [23] - 12:1, 15:9, 24:25, 27:12, 30:5, 31:3, 39:17, 41:18, 47:11, 67:5, 67:17, 68:22, 74:6, 80:19, 81:4, 81:17, 84:10, 85:20, 93:1, 98:22, 123:12, 123:21, 124:25
topics [1] - 133:25
TORCHINSKY [1] - 1:14
torn [1] - 29:12
total [1] - 15:12

150

**totally** [1] - 33:5
**touch** [3] - 8:22, 34:4, 52:12
**touched** [1] - 91:18
**touching** [10] - 9:5, 38:7, 78:4, 95:9, 126:16, 127:4, 127:24, 127:25, 129:2
**towards** [1] - 17:23
**traffic** [3] - 8:3, 28:15, 28:17
**trailer** [1] - 68:6
**train** [3] - 90:24, 91:5, 91:12
**training** [1] - 35:2
**TRANSCRIPT** [1] - 1:11
**transcript** [3] - 16:20, 98:20, 135:11
**transition** [1] - 8:1
**transitioning** [1] - 40:1
**transitions** [2] - 5:6, 18:9
**transpired** [1] - 42:13
**trauma** [4] - 21:14, 54:9, 99:20, 104:9
**travel** [2] - 62:23, 102:20
**treated** [3] - 102:4, 102:10, 102:12
**treating** [1] - 102:8
**treatment** [1] - 54:16
**trial** [7] - 88:6, 95:24, 96:14, 97:11, 128:4, 128:9, 132:6
**Trial** [1] - 135:6
**TRIAL** [2] - 1:11, 4:1
**tried** [10] - 8:18, 8:22, 25:5, 26:11, 52:9, 54:8, 100:15, 104:5, 104:8
**trio** [3] - 133:12, 133:15, 133:16
**trip** [9] - 64:24, 64:25, 110:12, 111:4, 111:7, 112:7, 112:9, 112:11, 112:14
**trips** [2] - 103:9, 103:11
**Trish** [3] - 98:4, 110:16, 129:17
**trouble** [1] - 33:21
**troubles** [1] - 59:20
**true** [3] - 79:25, 97:9, 97:12
**true..** [1] - 14:2
**trust** [2] - 37:19, 53:6
**truth** [2] - 58:1, 58:8

**try** [8] - 6:10, 8:19, 33:10, 39:7, 66:6, 75:7, 94:6, 103:15
**trying** [12] - 5:13, 22:20, 39:6, 45:10, 45:11, 79:6, 93:22, 95:7, 95:14, 112:20, 124:25, 127:1
**Tuesday** [2] - 48:17, 50:1
**turn** [4] - 46:4, 68:16, 109:3, 111:12
**turned** [1] - 29:8
**twice** [1] - 17:12
**two** [18] - 15:23, 27:5, 34:19, 40:2, 47:7, 58:14, 62:4, 62:17, 62:25, 68:5, 68:15, 100:3, 105:4, 105:19, 115:19, 123:20, 129:7, 131:20
**two-sided** [1] - 115:19
**typically** [2] - 9:23, 62:19
**Tysons** [2] - 103:13, 104:7

# U

**ultimately** [3] - 44:19, 85:2, 100:19
**uncomfortable** [1] - 131:15
**under** [8] - 6:24, 20:5, 93:15, 93:18, 117:23, 124:6, 124:9
**understood** [3] - 56:21, 65:2, 71:19
**underwear** [1] - 129:5
**uneventful** [1] - 18:2
**uninterrupted** [2] - 10:7, 39:8
**UNITED** [2] - 1:1, 1:12
**united** [1] - 3:13
**United** [1] - 46:6
**University** [4] - 89:13, 89:14, 100:22, 103:3
**unknown** [5] - 13:20, 40:2, 132:13, 132:19, 133:2
**unless** [1] - 83:16
**unrelenting** [1] - 41:2
**unwanted** [2] - 38:6, 127:25
**unwantedly** [1] - 129:3
**up** [56] - 6:4, 6:23, 7:19, 8:12, 14:13, 14:19, 14:21, 15:18,

15:21, 16:25, 22:21, 23:23, 24:12, 25:6, 26:12, 26:19, 29:12, 32:9, 35:4, 38:16, 43:1, 46:25, 47:22, 49:11, 49:19, 51:19, 51:23, 51:25, 53:4, 53:22, 54:8, 54:10, 55:18, 62:21, 63:23, 64:1, 64:17, 70:25, 74:13, 76:4, 78:13, 79:18, 79:21, 79:25, 82:6, 85:20, 86:3, 88:4, 98:22, 102:13, 105:25, 108:19, 108:23, 119:2, 133:2
**update** [1] - 13:5
**upset** [5] - 13:13, 16:7, 30:10, 39:5, 49:18
**upstairs** [4] - 7:25, 8:5, 8:6, 35:17
**users** [1] - 86:25
**uses** [1] - 97:15
**usher** [1] - 47:7
**ushered** [1] - 31:24
**USTA** [1] - 90:9

# V

**VA** [3] - 3:7, 3:10, 3:14
**Valley** [2] - 89:17, 90:13
**vandalism** [1] - 30:17
**version** [3] - 55:21, 58:16, 58:17
**versions** [1] - 85:9
**versus** [2] - 121:8, 135:7
**Veterans** [1] - 113:19
**via** [2] - 62:3, 77:11, 102:12
**victim** [2] - 39:10, 40:17
**view** [2] - 5:10, 56:7
**violation** [1] - 127:22
**Virginia** [6] - 90:19, 90:23, 91:1, 102:6, 102:14, 135:4
**VIRGINIA** [1] - 1:1
**virtual** [2] - 101:20, 102:3
**virtually** [1] - 102:4
**visible** [1] - 49:6
**visit** [4] - 53:8, 54:6, 91:4, 105:19
**visited** [1] - 105:17
**visiting** [2] - 23:25, 105:19
**visits** [2] - 17:9, 17:11

**VOGEL** [1] - 1:14
**voicemail** [1] - 25:6
**VOLUME** [1] - 1:8
**volunteer** [2] - 93:21, 96:2

# W

**wait** [1] - 8:1
**waited** [1] - 8:3
**waiting** [3] - 31:24, 32:11, 79:2
**walk** [4] - 15:4, 15:6, 31:21, 43:10
**walked** [1] - 51:22
**walking** [3] - 23:5, 49:16, 49:17
**wall** [1] - 49:8
**wants** [2] - 30:15, 108:14
**Washington** [5] - 1:16, 2:15, 2:18, 2:22, 3:2
**ways** [2] - 34:19, 39:14
**Weaver** [15] - 17:9, 17:14, 22:7, 31:5, 44:16, 50:2, 50:9, 50:15, 50:24, 51:1, 51:5, 51:12, 54:21, 54:24, 71:16
**weaver** [6] - 22:12, 22:14, 22:15, 25:3, 25:8, 26:5
**Wednesday** [1] - 50:1
**Week** [1] - 122:22
**week** [17] - 19:16, 27:21, 30:17, 54:19, 63:9, 63:10, 104:19, 113:18, 115:3, 120:3, 123:13, 124:6, 124:10, 125:24, 126:8, 126:12, 128:17
**weekend** [4] - 117:16, 118:2, 118:20, 118:24
**weeks** [8] - 51:2, 54:14, 62:4, 88:4, 88:13, 106:20, 106:21, 109:1
**weepy** [1] - 17:13
**welcome** [2] - 89:7, 116:21
**well-documented** [1] - 77:12
**whereof** [1] - 135:15
**whole** [5] - 46:7, 61:9, 86:13, 102:24, 133:6
**whore** [1] - 9:8

**Wiehle** [1] - 3:9
**Williams'** [3] - 90:24, 91:5, 91:12
**willing** [1] - 33:10
**willingness** [1] - 5:24
**window** [4] - 51:23, 51:24, 51:25, 52:6
**witness** [7] - 6:11, 7:1, 18:16, 53:25, 76:7, 87:21, 135:15
**Witness** [2] - 46:20, 134:17
**WITNESS** [26] - 7:7, 16:14, 26:2, 34:11, 34:14, 42:5, 51:6, 51:10, 51:13, 52:18, 52:20, 63:21, 66:6, 75:12, 82:17, 87:24, 89:2, 93:10, 93:13, 98:12, 98:16, 110:9, 110:17, 112:2, 119:17, 130:13
**WITNESSES** [1] - 4:1
**witnessing** [1] - 28:22
**Women's** [1] - 82:18
**women's** [1] - 34:19
**won** [1] - 101:8
**wonderful** [1] - 19:14
**wondering** [1] - 22:20
**word** [9] - 16:25, 57:2, 57:4, 113:3, 123:9, 127:16, 131:12, 131:14, 132:2
**words** [1] - 64:11
**worker** [3] - 21:5, 34:3, 70:3
**works** [1] - 45:14
**worried** [3] - 14:2, 23:14, 23:16
**worse** [8] - 13:19, 39:14, 41:6, 41:10, 127:22, 132:13, 132:23, 133:3
**worst** [1] - 127:23
**write** [26] - 11:8, 12:10, 13:15, 13:19, 14:3, 31:5, 40:1, 40:7, 40:12, 40:19, 68:23, 77:14, 77:16, 77:19, 78:5, 78:9, 78:13, 78:16, 78:20, 79:5, 79:11, 79:16, 79:19, 79:23, 86:15, 131:25
**writes** [3] - 26:23, 68:4, 68:14
**writing** [6] - 37:3, 77:2, 77:5, 131:11, 132:5, 132:6
**written** [1] - 120:8

**wrote** [11] - 11:4,
13:23, 13:25, 26:8,
39:15, 40:16, 77:10,
77:11, 110:6, 115:2,
115:8

## Y

**y'all** [2] - 72:20, 74:14
**year** [13] - 27:7, 79:12,
91:11, 91:13, 91:15,
95:4, 100:4, 101:22,
101:24, 107:11,
114:14, 115:12,
116:9
**years** [1] - 91:8
**yesterday** [4] - 27:1,
27:16, 46:5, 81:9
**York** [2] - 102:18,
102:25
**young** [2] - 9:25, 10:2
**yourself** [4] - 35:11,
36:18, 97:19, 103:16
**yup** [2] - 108:10,
125:11

## Z

**Zoll** [1] - 2:1
**zoom** [4] - 20:18, 30:5,
81:17, 84:10
**Zuluaga** [15] - 43:1,
43:4, 43:7, 43:12,
77:6, 77:21, 77:23,
79:1, 79:17, 80:13,
82:6, 82:10, 83:12,
83:22, 126:3
**Zuluaga's** [1] - 60:4