1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

B.R.,                              :
                                   :
            **Plaintiff,**         :   Civil Action
                                   :   No. 1:19-cv-917
       **v.**                      :
                                   :
**F.C.S.B., et al.,**              :   April 8, 2024
                                   :   9:10 a.m.
                                   :
            **Defendants.**        :
                                   :   VOLUME 15 - A.M. SESSION
............................. :
                                   :


**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE ROSSIE D. ALSTON, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

For the Plaintiff:         **Jonathan Fahey, Esq.**
                           HOLTZMAN VOGEL BARAN TORCHINSKY
                           & JOSEFIAK, PLLC
                           2300 N Street NW
                           Suite 643a
                           Washington, DC 20037
                           202-536-1702
                           Email: Jfahey@holtzmanvogel.com

                           **Alison Anderson, Esq.**
                           BOIES SCHILLER FLEXNER, LLP
                           2029 Century Park East
                           Suite 1520
                           Los Angeles, CA 90067
                           213-995-5720
                           Email: Alanderson@bsfllp.com

APPEARANCES:  (Cont.)

2

```
 1

 2   For the Plaintiff:        Brittany Zoll, Esq.
                               BOIES SCHILLER FLEXNER, LLP
 3                             100 SE 2nd Street
                               Suite 2800
     Miami, FL 33131
 4                             610-804-1787
                               Email: Britzoll@gmail.com
 5
                               Andrew Brenner, Esq.
 6                             BOIES SCHILLER FLEXNER, LLP
                               100 SE 2nd Street
 7                             Suite 2800
                               Miami, FL 33131
 8                             305-539-8400
                               Email: Abrenner@bsfllp.com
 9
                               Robert Keefe, Esq.
10                             BOIES SCHILLER FLEXNER, LLP
                               100 SE 2nd Street
11                             Suite 2800
                               Miami, FL 33131
12                             850-585-3414
                               Email: Rkeefe@bsfllp.com
13
     For Defendant F.C.S.B.:   Ryan Bates, Esq.
14                             HUNTON ANDREWS KURTH, LLP
                               2200 Pennsylvania Avenue, NW
15                             Washington, DC 20037
                               202-955-1596
16                             Email: Rbates@hunton.com

17                             Sona Rewari, Esq.
                               HUNTON ANDREWS KURTH, LLP
18                             2200 Pennsylvania Avenue, NW
                               Washington, DC 20037
19                             202-955-1974
                               Email: Srewari@huntonak.com
20
                               Scott W. Burton, Esq.
21                             HUNTON ANDREWS KURTH, LLP
                               2200 Pennsylvania Ave NW
22                             Washington, DC 20037
                               202-955-1664
23                             Email: Burtons@huntonak.com

24

25
     APPEARANCES:  (Cont.)     Kevin Elliker, Esq.
```

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

3

| | |
|---|---|
| For Defendant F.C.S.B.: | HUNTON ANDREWS KURTH, LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>804-788-8200<br>Email: Kelliker@huntonak.com |
| For the Defendants:<br>(S.T., A.F., P.A.H.,<br>T.B., B.H., M.P.F., M.C.,<br>F.T., J.F.) | **Michael E. Kinney, Esq.**<br>THE LAW OFFICE OF MICHAEL E. KINNEY, PLC.<br>1801 Robert Fulton Drive<br>Suite 120<br>Reston, VA 20191<br>Email: Mk@kinneyesq.com |
| For the Defendant J.O.: | **Bruce Blanchard, Esq.**<br>ODIN, FELDMAN & PITTLEMAN, PC.<br>1775 Wiehle Avenue<br>Suite 400<br>Reston, VA 20190<br>Email: Bruce.blanchard@ofplaw.com |
| Official Court Reporter: | MS. TONIA M. HARRIS, RPR<br>United States District Court<br>401 Courthouse Square<br>Tenth Floor<br>Alexandria, VA 22314 |

4

TABLE OF CONTENTS
TRIAL WITNESSES

On behalf of the Plaintiff:

Bi██ R███████

        Redirect examination by Ms. Anderson............. 16

Andrew Magloughin

        Direct examination by Ms. Zoll................... 39
        Cross-examination by Mr. Bates................... 59
        Redirect examination by Ms. Zoll................ 81

On behalf of the Defendants:

J.O.
        Direct examination by Mr. Blanchard............. 89
        Cross-examination by Ms. Rewari................. 123
        Cross-examination by Mr. Brenner................ 158

EXHIBITS

On behalf of the Plaintiff:
                                                Admitted

Defense Number 164................................... 24
Number 192.......................................... 26
Number 285.......................................... 29
Number 808.......................................... 08

On behalf of the Defendants:
                                                Admitted

Number 151.......................................... 70
Number 204.......................................... 157
Number 214.......................................... 114
Number 354 - 363.................................... 120
Number 389.......................................... 108

MISCELLANY

Preliminary matters................................. 05
Certificate of Court Reporter...................... 195

After review of the record and upon agreement of counsel and deputy clerk, all final exhibits can be found on CME at Docket #975.

B.R. v. F.C.S.B.

5

1          THE COURT:  Good morning.

2          (Good morning responses.)

3          THE COURT:  The Court appreciates the parties' hard

4    work on the joint proposed verdict form.  It really

5    appreciates the hard work that y'all put in to coming to an

6    agreement on that.

7               In addition to that, the Court has gone through the

8    medical transcripts taken into consideration, the

9    references and the redactions that were requested and has come

10   up with the format that will be used for the medical records.

11   We'll post that so that you all can have a copy of that.  You

12   really don't need it right now.  But we'll post it so you all

13   can have a copy of that.

14              There's been a request to quash a subpoena.  Is the

15   representative for that individual here?

16          MR. BLANCHARD:  He's not, Your Honor.

17          THE COURT:  All right.  Well, it's not going to be

18   decided on the papers, so we'll wait until that representative

19   shows up on that.  At one point, he was affiliated with the

20   defendants' side, so as a professional courtesy, if you all

21   could contact that lawyer and say, Look, the judge was sort of

22   looking for you Monday morning.

23          MS. REWARI:  Your Honor, it's our understanding that

24   he intends to come tomorrow, which is the day we had provided

25   notice that we will be calling his client --

B.R. v. F.C.S.B.

6

1          THE COURT:  Okay.

2          MS. REWARI:  -- that he and his client intend to be

3   here tomorrow is what we're --

4          THE COURT:  Okay.  All right.  Very good.  We'll

5   deal with that when we can.

6          I believe, Ms. Anderson, you're up first.

7          MS. ANDERSON:  Yes, Your Honor.

8          THE COURT:  How long do you think you're going to

9   need on your rehabilitation?

10          MS. ANDERSON:  Forty-five minutes or less.

11          THE COURT:  Very good.

12          And, then, who is the next witness?

13          MS. ANDERSON:  We're calling Andrew Magloughlin.

14          THE COURT:  That's the fiancé of B.R.?

15          Okay.  And how long do you think on him?

16          MS. ZOLL:  Your Honor, 45 minutes or less.

17          THE COURT:  And I'm assuming that this individual is

18   going to testify with regard to his perception of Ms. B.R. and

19   home and work and the like?  Okay.

20          MS. ANDERSON:  That's correct, Your Honor.

21          THE COURT:  And how long do you all anticipate for

22   the examination of that witness?

23          MR. BATES:  Probably half that, Your Honor.

24          THE COURT:  Okay.  That sounds good.

25          The reason why I'm try trying to get as specific as

─────────────── B.R. v. F.C.S.B. ───────────────

7

 1  I can is because I think, based upon the way things are going,

 2  we're going to be able to accommodate the gentleman who has a

 3  religious holiday.  I think we're pointing in that direction.

 4  And so I would like to make that commitment to him today.  He

 5  said that he wanted to take his family to the zoo to celebrate

 6  their -- their faith.  And obviously the Court is sensitive to

 7  that, and we're going to accommodate it if we were able to get

 8  on a good path.

 9          Plaintiff anticipates resting its case after --

10          MR. BRENNER:  Yeah, we just have a couple of

11  housekeeping matters to read into the record, but other than

12  that --

13          THE COURT:  Okay.

14          MR. BRENNER:  -- no more live witnesses.

15          THE COURT:  Okay.

16          MR. BRENNER:  And how would Your Honor like to do

17  that?  We could probably knock it out in 30 seconds right now.

18          THE COURT:  Let's -- let's go ahead and do it now.

19          MR. BRENNER:  Okay.  So in addition to the medical

20  records, which, once you post, we'll have to format it and put

21  it in exhibit numbers and so it will be subject to that -- to

22  that reservation, We had a stipulation with the defendants,

23  which we've marked as Plaintiff's Exhibit 808.  It's -- in

24  part, it establishes venue.  It's -- I don't understand venue

25  to be an issue here, but --

B.R. v. F.C.S.B.

8

1          THE COURT:  I can't imagine it would be.

2          Does the defense have any issue with that?

3          MS. REWARI:  No, Your Honor.  It is a stipulation.

4          THE COURT:  Okay.  Very good.

5          MR. BRENNER:  And then -- and then it will be

6    Plaintiff's 808.

7    (Plaintiff's Exhibit No. 808 was admitted into evidence.)

8          THE COURT:  Okay.

9          MR. BRENNER:  And we'll -- we'll tender it to the

10   clerk.

11         And then the same for the formality that -- to

12   establish that the defendant, Fairfax County School Board,

13   received federal funding.  That -- and the answer to the

14   complaint or to the second amended complaint.

15         THE COURT:  Which would implicate the -- implicate

16   the Title IX circumstances and actually providing, what I

17   call, the jurisdictional basis for --

18         MR. BRENNER:  Right.

19         THE COURT:  Okay.

20         MR. BRENNER:  And that was -- that was admitted in

21   the second at -- second amended complaint at paragraph 227.

22         THE COURT:  Okay.

23         MR. BRENNER:  So --

24         THE COURT:  Why don't we do this:  At the end of

25   plaintiff's actual case, why don't we go ahead and read those

B.R. v. F.C.S.B.

9

```
 1   stipulations into the record.

 2              MR. BRENNER:  Do you want me to read the answer to

 3   the --

 4              THE COURT:  No, just -- just read the stipulation.

 5   You know, venue is agreed and that the Title IX actually

 6   implicates what we need to do here because of the federal

 7   funding that the plaintiffs receive.

 8              Any problem with that?

 9              MS. REWARI:  Your Honor, I -- I think we could

10   address that in the jury instructions.  That's an element

11   that --

12              THE COURT:  Well, sometimes I try to anticipate what

13   a jury might ask when they go back to deliberate, and because

14   this is not your typical case; it's -- it's somewhat

15   technical, I like the juries to sort of understand what their

16   expectation should be as they start the deliberative process.

17              MS. REWARI:  So would you anticipate, then, that

18   Mr. Brenner would read the allegation and then read the answer

19   from the --

20              THE COURT:  Yeah, that's fine.

21              MS. REWARI:  Okay.

22              THE COURT:  That's fine.

23              (Counsel confers.)

24              MS. REWARI:  That's fine.

25              THE COURT:  Okay.  Very good.
```

—B.R. v. F.C.S.B.—

10

1          MR. BRENNER:  It's the stipulation and the answer

2    allegation and the answer admissions -- take out some legal

3    stuff.

4          THE COURT:  Yeah, and you do it at the end of

5    plaintiff's case.  That way it's sort of a cleaner record.

6          MR. BRENNER:  And then as long our resting will be

7    subject to the admission of the medical records based on Your

8    Honor's ruling.

9          THE COURT:  Yes, it's right here.

10          MR. BRENNER:  So we'll -- we'll -- so then we'll

11    rest after Mr. Magloughlin.

12          THE COURT:  Very good.

13          Without a commitment to anything, how long does

14    defendants' case look like it's going to take?  Just trying to

15    manage.

16          MS. REWARI:  I think our current estimate is still

17    two weeks.  Although, you know --

18          THE COURT:  Two weeks?

19          MS. REWARI:  We had said ten -- ten trial days for

20    us.

21          THE COURT:  Oh.  We've heard from a good number of

22    the defendants already.  So you're going put them back on the

23    stand?

24          MS. REWARI:  No.  We don't intend to call them, but

25    we -- I think we've heard from three of the ten so far.

B.R. v. F.C.S.B.

11

1          THE COURT:  So it's going to take ten days to get

2     through seven witnesses?

3          MS. REWARI:  No.  We have -- we have nondefendant

4     witnesses.  We have three experts.

5          THE COURT:  Well, as we -- and, well, again,

6     obviously we're going to hear from your experts, but I don't

7     need to hear, I don't think the jury needs to hear, 25 people

8     come in and say, I stood here on a certain day; I stood there

9     on a certain day.

10          You know, if it gets to be repetitive, I'm going to

11     tell you, I'm going to cut you off.

12          MS. REWARI:  Yeah, no, we understand.  And I think

13     that we intend to make these witnesses short.  We think we can

14     do at least three or four a day so that we can, you know -- I

15     don't know how long they're going to have on cross, but our

16     directs are going to be short.

17          THE COURT:  Well, if your directs are short, the

18     crosses are going to be shorter.

19          MS. REWARI:  Right.  I understand.

20          And so we'll continue to refine our list.  We've cut

21     some people.  So we'll continue to refine our list.  But at

22     this point --

23          THE COURT:  Well, based upon what you've said, I'm

24     going to probably have to go through the course of telling you

25     how long you can put a person on, because, again, jury's been

─────B.R. v. F.C.S.B.─────

12

1    a really good jury.  They've paid attention to everything.  I

2    haven't had to take but one break because I thought I was

3    losing someone, and they're paying attention.  And if we

4    mention to them that they're expected to be here for another

5    two weeks, it's not going to resonate very well.

6            MS. REWARI:  Yeah, and, Your Honor, you know,

7    we'll -- we will see every day how fast things are going and

8    make adjustments.  We understand that we're imposing on their

9    time and your time.

10           THE COURT:  Well, I will let you know right now

11   that -- and you can write it down -- April 18th I've got an

12   obligation that's been on the calendar for a year.  It's

13   related to my church.  I have no way of getting out of it so

14   we will not have court on April 18th.

15           MS. REWARI:  Okay.  Thank you.

16           THE COURT:  Very good.

17           Mr. Blanchard.

18           MR. BLANCHARD:  Yes, Your Honor.  Just a question

19   about at the close of the plaintiff's case, if there are any

20   motions on the defense side, do you want us to make them,

21   then, orally, or -- or I don't want --

22           THE COURT:  What -- what I would prefer you -- what

23   I would prefer you do is, after defense rest -- and I don't

24   know if plaintiff is going to put on a rebuttal case; I don't

25   know what their plan is -- is that at the end of defense case,

B.R. v. F.C.S.B.

13

1  if you all could communicate to see if plaintiff is going to

2  put on a rebuttal case.  If they are, then we'll hold off on

3  the Rule 50 assessment.  But typically if once everyone tells

4  me that the presentation of the evidence is over, I will send

5  the jury out, and then we can consider any Rule 50s.

6          MR. BLANCHARD:  Okay.  So there's no requirement.

7  We raise them at the end of plaintiff's case.  I understand.

8          THE COURT:  Yeah, you know, the -- the federal rules

9  are sometimes a little misleading.  You have to make it at the

10  end of plaintiff's case, and then you have to make it at the

11  end of your case.

12          I will -- I will state for the record that I

13  anticipate that the Rule 50 motion that you will make at the

14  end of plaintiff's case will also be subsumed by what you do

15  in defendants' -- at the end of defendants' case in the

16  Rule 50 motion because it's my view that we should have all of

17  the evidence before we consider any Rule 50s.

18          And so if I've made a mistake in my interpretation

19  of the law, you will win because you can get it reversed on

20  appeal.  But the bottom line is I would prefer it be at the

21  end of all of the case.

22          MR. BLANCHARD:  Understood.

23          Okay.  And just for -- just -- the Court knows when

24  J.O. is called, I'm hoping I'll finish her direct in an hour

25  or less.  I mean, that's my -- that's my objective.

B.R. v. F.C.S.B.

14

1          THE COURT:  Okay.  All right.  Mr. Elliker.

2          MR. ELLIKER:  Your Honor, the appellate lawyer brain

3   just is clicking.  And I just -- if we could, with the Court's

4   indulgence, just formally note --

5          THE COURT:  Yeah, that's fine.

6          MR. ELLIKER:  -- at the close of plaintiff's case,

7   each of the defendants have an opportunity to note that we

8   could have a Rule 50A motion, and then you could put on the

9   record exactly what you've just said to make clear we've made

10  the motion at that particular time.

11         THE COURT:  Yeah.  I don't have any problem with

12  people doing what they need to do to protect the record.  I

13  have no problem with that.  It's -- it's always confusing.

14         I know that in the state law it's confusing as to

15  whether or not you have to make a motion at the end of every

16  aspect of the case.  And from what I can tell, the Supreme

17  Court of Virginia hasn't decided to provide us any instruction

18  on that after 75 years of trying to get some direction.  So

19  we'll do what we need to do.

20         MR. ELLIKER:  Thank you very much.

21         THE COURT:  Thank you, sir.

22         Anything else?

23         MR. BRENNER:  Nothing from the plaintiff.

24         THE COURT:  Very good.

25         All right.  Ms. Tinsley.

——————B.R. v. F.C.S.B.——————

15

1          MS. ANDERSON:  May we bring in the witness,

2    Your Honor?

3          THE COURT:  Yes.

4          (Jury present.)

5          THE COURT:  You may be seated.  Thank you.  Good

6    morning, ladies and gentlemen.

7          (Good morning responses.)

8          THE COURT:  Again, we appreciate your time and

9    attention on this matter.  A couple of little housekeeping

10   things we can kind of take care of.  We believe we are coming

11   to the end of plaintiff's presentation of its evidence.  And

12   so the Court has assessed our schedule for the next little

13   bit, and it appears that we are going to be able to

14   accommodate that request for not having Court on this coming

15   Wednesday.  So you can plan accordingly.

16         We're going to continue to work through these

17   matters as expeditiously and efficiently as we can.  But, as I

18   said, we are going to be able to accommodate that religious

19   holiday.  We're appreciative of that and appreciative of all

20   counsel and their willingness to work around that.

21         These things almost have to be resolved by agreement

22   amongst all involved.  And so the lawyers have been very good

23   about that, and I appreciate that.

24         We're going to go into the rehabilitation or

25   redirect examination of the -- Ms. R., and then we'll probably

B.R. v. F.C.S.B.

16

1   have a break.  And then we'll have one -- actually one more

2   witness after Ms. R., and then we'll have a break, and then

3   we'll commence Defendants' case.  Okay.  Thank you.

4            Ms. Anderson.

5            MS. ANDERSON:  Thank you, Your Honor.  May I

6   proceed?

7            THE COURT:  You may.

8   (Bi██ R██████ was previously sworn and reseated.)

9                    REDIRECT EXAMINATION

10  BY MS. ANDERSON:

11  Q.   Good morning, Ms. R.

12  A.   Good morning.

13  Q.   Okay.  So we're going to go back to some of things that

14  you testified during cross-examination.

15           Do you remember you were asked a lot of questions

16  about what exact words you used in each of your emails to the

17  school?

18           Do you remember that?

19  A.   Yes.

20  Q.   And as with almost every single email that you had

21  provided to the school, you were asked those questions.

22           Do you remember that?

23  A.   Yes.

24  Q.   Do you use the term in your emails "sexual harassment"?

25  A.   Yes.

B.R. v. F.C.S.B.

17

1  Q.   And, in your view, what does "sexual harassment" include?

2  A.   "Sexual harassment" includes unwanted touching, sexual

3  slurs, sexual rumors, sexual assault, rape, all of it.

4  Q.   Did you also have verbal conversations with many of the

5  different school administrators?

6  A.   I did.

7  Q.   And about how long did some of those conversations last?

8  A.   At least an hour.

9  Q.   Do you have any doubt in your mind that you told -- you

10 told multiple school administrators multiple times about the

11 inappropriate touching?

12 A.   Absolutely.

13 Q.   Did you say "absolutely"?

14 A.   Absolutely, yes, I did tell them.

15        MS. ANDERSON:  And if we can pull up what's already

16 been admitted.  Your Honor, if I may publish Defendants'

17 Exhibit 178, please.

18        THE COURT:  You may.

19        (Exhibit published.)

20        MS. ANDERSON:  Let's go to page 1 at the top.

21 MS. ANDERSON:

22 Q.   Mrs. R., is this a letter to you?

23 A.   Yes.

24 Q.   And is it on Fairfax County Public Schools letterhead?

25 A.   It is.

─B.R. v. F.C.S.B.─

18

```
 1   Q.   And if we can go to page 4 at the bottom.

 2            And is this from Mr. Zuluaga?

 3   A.   Yes, it is.

 4   Q.   And, again, is he the assistant superintendent of the

 5   school?

 6   A.   Yes, he is.

 7   Q.   Okay.  If we can go back to page 1 in the middle.

 8            And he writes to you on this date.  And is that in

 9   response to an email that you had sent to the superintendent?

10   A.   Yes, to Dr. Jack Dale.

11   Q.   Okay.  And is he responding to the complaints that you

12   raised -- in this letter is he responding?

13   A.   Yes, Dr. Dale asked him to close the loop.

14   Q.   Okay.  And here he says -- in this second paragraph is he

15   talking about the school's understanding of what had occurred

16   with your daughter?

17   A.   Yes.

18   Q.   And let's go to the highlighted sentence.  He says --

19   he's summarizing -- he says, Specific concerns brought to the

20   school's attention.

21            Do you see that language there?

22   A.   Yes, I do.

23   Q.   By you and/or B▉▉▉▉.

24            Right?  So that's you or your daughter?

25   A.   Yes.
```

B.R. v. F.C.S.B.

19

1   Q.   And it says, Related to alleged sexual harassment,

2   inappropriate touching, name-calling, and other bullying were

3   thoroughly investigated.

4        Do you see that there?

5   A.   Yes, I do.

6   Q.   Does he include in his language "inappropriate touching"?

7   A.   Yes, he does.

8   Q.   And he says that that was part of what was investigated?

9   A.   Correct.

10  Q.   Okay.  Now --

11       MS. ANDERSON:  You can take that down.  Thank you,

12  Mr. Brown.  Oh, actually, can you leave that up?

13  BY MS. ANDERSON:

14  Q.   By the way, in this letter, does Dr. Zuluaga ever say

15  anything about being willing to pay someone to follow or

16  shadow B████ 24/7 if she were to come back to Rachel Carson?

17  A.   No.

18  Q.   Did he ever tell you that verbally?

19  A.   No.

20  Q.   Did he ever ask -- did Dr. Zuluaga ever ask you to

21  reinterview B████?

22  A.   No.

23  Q.   And was B████ interviewed at length for her IEP?

24  A.   Yes.

25       MS. ANDERSON:  Okay.  Can you take that down,

─── B.R. v. F.C.S.B. ───

20

1    please?  Thank you, Mr. Brown.

2            And, Your Honor, this is the conversation that we

3    had discussed.

4    BY MS. ANDERSON:

5    Q.   I want to go back to the November 22nd meeting that you

6    had.

7    A.   Yes.

8    Q.   Do you remember that?

9    A.   Yes.

10   Q.   And you were starting to talk about an analogy that you

11   had provided.

12   A.   Yes.

13   Q.   Can you just tell us, remind us again, who was in that

14   meeting?

15   A.   Absolutely.  It was S████ T████, P███ H█████, and

16   Ms. H█████ had walked out.  She had a guidance meeting.

17   Q.   Okay.  And just a very high level --

18   A.   Yes.

19   Q.   -- can you describe the analogy that you shared in that

20   meeting?

21   A.   Yes.  Ms. T████ was saying that this was a boy/girl thing

22   and B████ had willingly participated.  And I said, Let me give

23   you an example.  I don't think you understand sexual

24   harassment.  I said if you and Mr. H████ went on a date for

25   dinner and then you were in the car --

─B.R. v. F.C.S.B.─

21

1          THE COURT:  Ma'am --

2          THE WITNESS:  -- he was driving you home, like the

3    gentleman --

4          THE COURT:  Just a moment.  Haven't we already heard

5    this?

6          MS. ANDERSON:  This is the -- if you recall, this is

7    the one we discussed yesterday after court -- or Friday after

8    court, at the very end that we had looked at the transcript.

9          THE COURT:  Let's try as best we can not to cover

10   the same thing over and over again.  I've heard this

11   hypothetical three times now.

12         Okay.  Go ahead.

13         MS. ANDERSON:  Okay.  Thank you.

14         THE WITNESS:  Okay.

15         THE COURT:  Go ahead, ma'am.

16   MS. ANDERSON:

17   Q.   Just high level.  You don't have to get into the super

18   details.

19   A.   Yeah.  So I said that, you know, If on the way home you

20   kissed and then he started, you know, touching you and you

21   said, "Stop," and he did.  You thought everything was okay,

22   but the next day you went to school and all the teachers were

23   saying -- your colleagues were saying, Hey, S███, heard you

24   had a great time with P███.

25         You know, so I went on with that example.  You would

─────B.R. v. F.C.S.B.─────

22

1  go to HR or you would go to the principal and say, This -- I

2  can't work like this.  This has to stop.

3          I said, Well, my daughter's HR is you.  You are her

4  principal.  It needs to stop whether it's a boy/girl thing or

5  anything else.

6  Q.  And did either Ms. T█████ or Mr. H██████ have a response to

7  that?

8  A.   Ms. T█████ said, Ms. R███████, we don't have a policy for

9  sexual harassment, but I have a zero tolerance policy for

10 bullying.

11         I said, Call it what you want.  I want it to stop.

12 Q.  Okay.  And what about Mr. H██████?  Do you remember any

13 reaction?

14 A.   He sat pretty silently through the whole thing.

15 Q.  Okay.  You were asked --

16         MS. ANDERSON:  If we could pull up Defendants' 169

17 that's already in evidence.  Your Honor, if I may publish.

18         THE COURT:  You may.

19         MS. ANDERSON:  We'll start at page 1 at the top.

20         (Exhibit published.)

21 BY MS. ANDERSON:

22 Q.  Do you recall being -- well, first of all, what is this

23 document, this sociocultural assessment?

24 A.   It's one portion of the IEP.

25 Q.  Okay.  And who did this assessment?

B.R. v. F.C.S.B.

23

1   A.   I'm sorry, I don't remember her name, but I believe she

2   was a social worker.

3   Q.   Okay.  And was that a social worker for FCPS?

4   A.   Yes.

5   Q.   Okay.  And do you remember being asked a lot of

6   questions --

7            MS. ANDERSON:  If we can scroll down just a little

8   bit, Mr. Brown.

9   BY MS. ANDERSON:

10  Q.   -- a lot of questions about the sources of information

11  for this assessment?

12           Do you remember that?

13  A.   Yes.

14  Q.   And Ms. Rewari had asked you about the -- the interview

15  with the parent was one of those sources?

16  A.   Correct.

17  Q.   And Ms. Rewari had pointed to a review of records.

18           Do you remember that?

19  A.   That's correct.

20  Q.   And Ms. Rewari asked you a question, You didn't give

21  Dr. Weaver a release to talk to the school?

22           And you answered, I don't recall.

23           Do you remember that?

24  A.   That's correct.

25  Q.   Okay.  If you can look at -- I'm going --

B.R. v. F.C.S.B.

24

1          MS. ANDERSON:  Your Honor, may I approach?

2          THE COURT:  You may.

3          THE WITNESS:  Thank you.

4    MS. ANDERSON:

5    Q.   What's been marked as Defense Exhibit 164.  Is this an

6    FCPS document provided to you about your daughter?

7    A.   Yes, it is.

8          MS. ANDERSON:  Your Honor, I move to admit Defense

9    Exhibit 164.

10          MS. REWARI:  No objection.

11          THE COURT:  Without objection.  You may publish.

12    (Plaintiff's offered Defense Exhibit No. 164 was admitted into

13    evidence.)

14          (Exhibit published.)

15    MS. ANDERSON:

16    Q.   And is this document about homebound?

17    A.   Yes, it is.

18    Q.   Okay.  If we can go to page 5 at the bottom.

19    A.   Yes.

20    Q.   Is this a consent to exchange information?

21    A.   Yes, it is.

22    Q.   And is that your signature at the bottom?

23    A.   It is.

24    Q.   And does it say to exchange information regarding my son

25    or daughter's medical condition and education needs with the

—B.R. v. F.C.S.B.—

25

1  following medical providers?

2  A.   It does.

3  Q.   And is Dr. Weaver listed there?

4  A.   He is.

5  Q.   And the date, is that February 21, 2012?

6  A.   Yes.

7  Q.   So is that shortly after you pulled your daughter out of

8  Rachel Carson in-person learning?

9  A.   That's correct.

10  Q.   Okay.

11       MS. ANDERSON:  You can take that down.  Thank you,

12  Mr. Brown.

13  BY MS. ANDERSON:

14  Q.   In front of you in your binder, there should be a copy of

15  Exhibit 192.  It's not yet been admitted.

16       And just tell me when you -- are you there?

17  A.   I am.

18       THE COURT:  Do you anticipate any objection to this

19  exhibit?

20       MS. ANDERSON:  192.  It's in the -- do you have our

21  original binder?  Yup, in there.

22       MS. REWARI:  Your Honor, if you can just give me a

23  moment?

24       MS. ANDERSON:  Okay.  And I can lay the foundation.

25       THE COURT:  Okay.

B.R. v. F.C.S.B.

26

1    BY MS. ANDERSON:

2    Q.   Is that an email between you and Kurt Mills regarding

3    Dr. Weaver?

4    A.   That's correct.

5            MS. REWARI:  No objection, Your Honor.

6            THE COURT:  Thank you.

7            MS. ANDERSON:  Okay.  I move to admit Exhibit 192.

8            THE COURT:  You may publish.

9    (Plaintiff's Exhibit No. 192 was admitted into evidence.)

10           (Exhibit published.)

11           MS. ANDERSON:  And actually we'll -- we'll just move

12   on for now.

13   BY MS. ANDERSON:

14   Q.   Do you remember Ms. Rewari asking you a lot of questions

15   about when and where you first raised the term "PTSD"?

16   A.   Yes.

17   Q.   And in your conversations with Dr. Weaver, who was the

18   first to raise the term "PTSD"?

19   A.   Dr. Weaver.

20   Q.   And -- and how did he do that?

21   A.   He said that she had PTSD-like --

22           MS. REWARI:  Objection, Your Honor.

23           THE COURT:  Hold it.  Hold it.

24           Basis?  Basis?  Hearsay?

25           MS. REWARI:  Hearsay.

B.R. v. F.C.S.B.

27

1           THE COURT:  Response.

2           MS. ANDERSON:  Your Honor, she, I think, opens the

3    door to at least her state of mind and what information she

4    received and whether her understanding is that she came up

5    with PTSD first or not.

6           THE COURT:  You can ask her what did she do in

7    response to what the doctor told her.

8           MS. ANDERSON:  Okay.  I'll just move on, Your Honor.

9    BY MS. ANDERSON:

10   Q.   Has your daughter also been diagnosed by 15 different

11   treating providers with PTSD?

12   A.   Absolutely.

13          MS. REWARI:  Objection, Your Honor.

14          THE COURT:  Well, if she knows the number, she knows

15   the number.  Overruled.

16   BY MS. ANDERSON:

17   Q.   Was she ever diagnosed with PTSD before going to Rachel

18   Carson?

19   A.   No, she was not.

20   Q.   As a mother, did you want your 12-year-old daughter to

21   have PTSD?

22   A.   I did know PTSD other than what veterans were expressing

23   on television or in news stories.  I didn't know PTSD.  So,

24   no, it's not something I would have wanted my daughter.

25   Q.   You were asked some questions about testing, some test

B.R. v. F.C.S.B.

28

1  scores when B▮▮▮ was seven years old and in Florida; do you

2  remember that?

3  A.   Yes.  That was when she was in Virginia.  Seven years old

4  in Virginia.

5  Q.   Okay.  Seven years old in Virginia.

6          And they were based on, I think, the CogAT system

7  and stanine scores; is that correct?

8  A.   That's correct.  That's why I said Virginia.  Florida

9  didn't introduce those.

10 Q.   Okay.  So let's take a look at the standardized testing

11 that FCPS did when B▮▮▮ was in the 6th grade.

12 A.   Okay.

13 Q.   I'm going to -- what's been marked --

14          MS. ANDERSON:  We have an exhibit that's been marked

15 Plaintiff's Exhibit 285, Your Honor.

16          THE COURT:  Yes, ma'am.

17          MS. ANDERSON:  May I approach?

18          THE COURT:  You may.

19          THE WITNESS:  Thank you.

20 BY MS. ANDERSON:

21 Q.   Are these school records related to your daughter and her

22 attendance at FCPS schools?

23 A.   Yes.

24          MS. ANDERSON:  Your Honor, I move to admit

25 Plaintiff's Exhibit 285.

B.R. v. F.C.S.B.

29

1              THE COURT:  Without objection?

2              MS. REWARI:  No objection.

3              THE COURT:  You may publish.

4   (Plaintiff's Exhibit No. 285 was admitted into evidence.)

5              MS. ANDERSON:  If we can go to page 7, please?

6              (Exhibit published.)

7   BY MS. ANDERSON:

8   Q.   Now, this -- when you look at this -- this testing

9   scores, what is the date up at the top right?  What is the

10  timing that this testing occurred?

11  A.   It says Grade 6.  I'm not sure that I see a date.

12  Q.   Right above that or just timing?

13  A.   Spring 2011.

14  Q.   Okay.  And then where it says "  school" right under

15  Grade 6?

16  A.   Floris Elementary.

17  Q.   Okay.  And right below that, what does it say?

18  A.   Division 029 Fairfax County.

19  Q.   Okay.  And here in each of her categories of mathematics,

20  reading, and history, does she receive pass proficient or pass

21  advanced scores?

22  A.   That's correct.  Throughout her academic career.

23  Q.   Okay.  And if we can go to the next page, page 8.

24          And in topics, reading and science, does she also

25  receive pass proficient or pass advanced?

B.R. v. F.C.S.B.

30

1    A.    Yes, she does.

2           MS. ANDERSON:  Okay.  You can take that down.  Thank

3    you, Mr. Brown.

4    BY MS. ANDERSON:

5    Q.    Do you remember being asked about B███ absences on

6    January 26th and 27th of 2012?

7    A.    Yes.

8    Q.    And there may have been some confusion about whether

9    those absences were related to a viral illness; do you

10   remember that?

11   A.    I was confused by that discussion, but, yes.

12   Q.    Okay.

13          MS. ANDERSON:  If we could pull up Plaintiff's

14   Exhibit 109?  Already admitted, Your Honor.

15          THE COURT:  You may.

16          MS. ANDERSON:  And page 1 at the top.

17          (Exhibit published.)

18   BY MS. ANDERSON:

19   Q.    And I think, if you recall, you were shown this email,

20   January 26, 2012, correct?

21   A.    Yes.

22   Q.    Where you say that B███ has been home and absent from

23   school due to the increased level of bullying and vandalism?

24   A.    That's correct.

25   Q.    Okay.

B.R. v. F.C.S.B.

31

1    　　　　MS. ANDERSON:  And if we can show, Your Honor,

2    Plaintiff's Exhibit 111 that's already admitted.

3    　　　　THE COURT:  You may.

4    　　　　(Exhibit published.)

5    　　　　MS. ANDERSON:  And we can go to the bottom of page 1

6    and top of page 2, please, Mr. Brown.

7    BY MS. ANDERSON:

8    Q.   And then this, again, is, then, the next day, January 27,

9    2012; is that correct?

10   A.   Yes.

11   Q.   And is this the letter that your daughter sends to

12   Mr. F███████ and Mrs. Weaver about sexual harassment, physical

13   harassment, and name-calling?

14   A.   That's correct.

15   Q.   Okay.  And then you also -- do you remember if you, then,

16   went to the school for a meeting that day on the 27th?

17   A.   I did.  But that meeting was established beforehand.

18   　　　　MS. ANDERSON:  Mr. Brown, if you can pull that down.

19   BY MS. ANDERSON:

20   Q.   So, then, let's just remember or remind when this

21   appointment occurred relating to the viral illnesses.

22   　　　　MS. ANDERSON:  If we can show Defendants'

23   Exhibit 111, Your Honor, that's already admitted.

24   　　　　THE COURT:  You may.

25   　　　　(Exhibit published.)

B.R. v. F.C.S.B.

32

1   BY MS. ANDERSON:

2   Q.   Page 1 top.  And just to make sure that's clear, what

3   date is that?

4   A.   January 6th.

5   Q.   Of 2012?

6   A.   That's correct.

7   Q.   Okay.  And just to be clear, Herndon Family Medicine, is

8   that Dr. Weaver?

9   A.   That's correct.

10  Q.   Okay.

11       MS. ANDERSON:  Okay.  You can take that down.  Thank

12  you, Mr. Brown.

13  BY MS. ANDERSON:

14  Q.   Now, you were asked a lot of questions about two

15  chronologies; do you remember that?

16  A.   Yes.

17  Q.   And comparing what was written in one chronology versus

18  another chronology; do you remember those questions?

19  A.   Yes.

20  Q.   Okay.  And both of those -- those chronologies were

21  written by you.  Is that --

22  A.   Yes.

23  Q.   Okay.

24       MS. ANDERSON:  And if we can pull up Plaintiff's

25  Exhibit 171, Your Honor, that's already in evidence.

B.R. v. F.C.S.B.

33

1              THE COURT:  You may.

2              (Exhibit published.)

3    BY MS. ANDERSON:

4    Q.   Now, on the left, Plaintiff's Exhibit 171, is that a

5    chronology that you pieced together in preparation for a

6    meeting with Dr. Zuluaga?

7    A.   Yes.

8    Q.   Okay.  What was the timing of when you put that

9    chronology together, what -- what was the date?

10   A.   Probably around February 9th or afterwards, after I

11   pulled her out.

12   Q.   Okay.

13             MS. ANDERSON:  And if we can pull up on the right --

14   Your Honor, if we may publish Defendants' Exhibit 20 that's

15   already admitted?

16             THE COURT:  You may.

17             (Exhibit published.)

18   BY MS. ANDERSON:

19   Q.   And this chronology, was this written before you went --

20   you spoke with the police?

21             You can also look at it -- I think -- well, it might

22   not be in your binder, but I can hand you one.

23             If you look at the bottom right-hand corner --

24   A.   Uh-huh.

25   Q.   -- does that have a FCPD?

B.R. v. F.C.S.B.

34

1   A.   Oh, yes.  Yes, it has more detail, a little bit more

2   detail.

3   Q.   Okay.  And so when would you have created that chronology

4   approximately?

5   A.   Sometime in March.

6   Q.   Okay.  And so let's be clear, between the time that you

7   did the one on the left, which is the one for Dr. Zuluaga,

8   Plaintiff's Exhibit 171, and you did the chronology on the

9   right, which is --

10  A.   Yes.

11  Q.   -- Defendants' Exhibit 20, which was for the police, had

12  you learned that your daughter had been raped?

13  A.   Yes.  And she gave me more details as well.

14  Q.   Okay.  And did you, then, include those details in that

15  second chronology?

16  A.   As much as I could.

17  Q.   Okay.  Were you perfect about it?

18  A.   I was off on many things, but as much as I could, I did.

19  Q.   Okay.  And if we can --

20       MS. ANDERSON:  You can take that down.  Thank you,

21  Mr. Brown.

22  BY MS. ANDERSON:

23  Q.   Do you remember, there are a lot of questions about what

24  you knew in November when you walked into the school --

25  A.   Yeah.

———B.R. v. F.C.S.B.———

35

1   Q.   -- versus what you knew before that; do you remember

2   those questions?

3   A.   Yes.

4   Q.   So, first, let's just -- let's take a step back.

5            The entire period from October 2011 on, did your

6   daughter disclose everything to you in a linear and

7   all-at-once story from front to end when she -- when she was

8   telling you things?

9   A.   No.  In October, I just thought it was regular teenage,

10  puberty-related issues, and I was trying to give her the space

11  to, you know, process things and resolve things.

12           By November, she was getting more volatile,

13  emotionally angry, sad, crying.  And she would start revealing

14  that she was being taunted at school.  Sexual slurs were

15  bothering her.

16  Q.   And I think that's good.  But let's -- let's just be

17  clear.  What did you know about before walking into the school

18  on November 21st?

19  A.   By that time, I knew that they were touching her at the

20  lockers, the boys.  And by that time, I knew that the sexual

21  rumors -- about the acts that she was doing, blow jobs, blow

22  job queen, snitch, bitch, lesbian, all of that.

23  Q.   I apologize.  I should have been more precise.

24  A.   I'm sorry.

25  Q.   Before you hear the voicemail.

—B.R. v. F.C.S.B.—

36

 1   A.   Okay.

 2   Q.   So that's before you hear the voicemail.  What do you

 3   know about at that point?

 4   A.   I just know about sexual slurs.

 5   Q.   Okay.  And if we can go back to Plaintiff's Exhibit 171,

 6   speaking of the voicemail, page 1.

 7        And can you just remind us when you wrote

 8   Plaintiff's Exhibit 171, this chronology?

 9   A.   In February.

10   Q.   Of what year?

11   A.   2012.

12   Q.   Okay.  And you wrote here, "X-rated message left on

13   B████ VM, heavy breathing, talks about his race, and sexual

14   acts he's doing -- he's going to do because he knows B████

15   likes it."

16        Do you see that?

17   A.   Yes.

18   Q.   Do you remember to this day what was on that voicemail?

19   A.   I will never forget it.

20   Q.   Okay.

21        MS. ANDERSON:  You can take that down.  Thank you,

22   Mr. Brown.

23   BY MS. ANDERSON:

24   Q.   Throughout this period, 2011, all the way to --

25   through 2012, did you tell Rachel Carson employees and

B.R. v. F.C.S.B.

37

1   administrators what was going on with your daughter relating

2   to bullying, sexual harassment, vulgar name-calling, sexual

3   touching, and threats?

4   A.   I did from the time I went to the school on November 21st

5   until the time I pulled her out.  They were told repeatedly,

6   multiple people, in detail.

7   Q.   And did this behavior ever stop, to your knowledge,

8   before you pulled B███ out of school on February 9th, 2012?

9   A.   It never stopped, and there was never a plan or a

10  solution.

11  Q.   After learning that your daughter had been raped, did you

12  inform the school about that?

13  A.   Absolutely.

14  Q.   Did B███ ever go back to in-person learning --

15  A.   No.

16  Q.   -- at Fairfax County Public Schools?

17  A.   No, she did not.

18          MS. ANDERSON:  Your Honor, I have no more questions.

19          THE COURT:  Thank you.  You may step down, ma'am.

20          MS. ANDERSON:  And, Your Honor, may the witness be

21  released so she can remain in the courtroom.

22          THE COURT:  Well, I don't know if we can do that.

23  The defendants might want to call her.

24          MR. BLANCHARD:  I'm sorry, but I think she needs to

25  remain subject to recall.

B.R. v. F.C.S.B.

38

1          THE COURT:  Okay.  Very good.

2          Ma'am, please do not discuss the case or any aspect

3  of the case with anyone while the case is pending.

4          THE WITNESS:  Thank you.

5          THE COURT:  Thank you, ma'am.  Next witness.

6          (Witness excused.)

7          THE COURT:  Next witness.

8          MS. ZOLL:  This is Brittney Zoll for plaintiff, B.R.

9  And the next witness will be Andrew Magloughlin.

10          THE COURT:  Yes, ma'am.

11          MS. ZOLL:  May I approach?

12          THE COURT:  You may.

13          MS. ZOLL:  Thank you.

14      (Andrew Magloughlin, plaintiff's witness, sworn.)

15          THE COURT:  Please have a seat, sir.  Listen to the

16  questions of counsel.  You probably don't know, but there's a

17  mic that's right in front of you that you're rubbing up

18  against.

19          Please listen to the questions of counsel and answer

20  them as best you can.  If you hear an objection or if the

21  Court starts to speak, please do not say anything while those

22  actions are going on.

23          Do you understand, sir?

24          THE WITNESS:  I do.

25          THE COURT:  Very good.

B.R. v. F.C.S.B.

39

                          DIRECT EXAMINATION

1

2   BY MS. ZOLL:

3   Q.   Hi.  Good morning, Mr. Magloughlin.

4   A.   Good morning.

5   Q.   Magloughlin.  I apologize.

6        Have you -- would you mind spelling your name for

7   the record?

8   A.   Sure.  M-A-G-L-O-U-G-H-L-I-N.  That's the last name.  And

9   first name, A-N-D-R-E-W.

10  Q.   Thank you.

11       Just for introduction, we met before, but I'm

12  Brittney Zoll, and I'm part of the team that represents

13  plaintiff B█████, right?

14  A.   Okay.

15  Q.   And you are B█████ fiance?

16  A.   That's correct.

17  Q.   Okay.  Just a little background.  Did you go to college?

18  A.   Yes.

19  Q.   Where did you go to school?

20  A.   American University.

21  Q.   Okay.  And what do you do for a living?

22  A.   I'm a lawyer.

23  Q.   What sort of law do you practice?

24  A.   So I do telecommunications regulation, which is basically

25  a bunch of paperwork for satellites.

40

1   Q.   You're not typically in court like I am today?

2   A.   This is my first time in a trial court.

3   Q.   Okay.  I want to ask you some questions about your

4   relationship with B████.

5   A.   Okay.

6   Q.   There's a document in front of you.  It's a photo of you

7   and B████; is that right?

8   A.   That's right.

9   Q.   And if you flip it over, there's another side.  That's

10  another photo of you and B████?

11  A.   Yes.

12  Q.   Okay.

13          MS. ZOLL:  Permission to publish and move into

14  evidence, Your Honor?

15          THE COURT:  You may -- any objection?  I'm sorry.

16          MR. BATES:  No objection.

17          THE COURT:  You may.

18          MS. ZOLL:  Yeah.

19          THE COURT:  Which number is it?

20          MS. ZOLL:  This is Number 697A.

21          THE COURT:  697A.

22          MS. ZOLL:  Okay.  Thank you.

23          (Exhibit published.)

24  BY MS. ZOLL:

25  Q.   This is a photo of you and B████ at your engagement?

B.R. v. F.C.S.B.

41

```
 1  A.   That's correct.

 2  Q.   Okay.

 3          MS. ZOLL:  And, Dan, could you flip to the next

 4  page?

 5  BY MS. ZOLL:

 6  Q.   And this is you guys at a beach, I think you told me, in

 7  Florida?

 8  A.   Yes.

 9          MS. ZOLL:  Okay.  You can take that down, Dan.

10  BY MS. ZOLL:

11  Q.   Can you tell the jury how you met B████?

12  A.   Sure.  We met on an online dating app called Hinge.

13  Q.   And when was that?

14  A.   August or September 2021.

15  Q.   Okay.  So about two-and-a-half years ago?

16  A.   That's right.

17  Q.   Were you living in D.C. when you first connected with

18  B███ on the dating app?

19  A.   Yes.

20  Q.   And is that where you're originally from?

21  A.   No.  I'm from Lancaster, Pennsylvania.  Was born in Texas

22  but didn't live there very long.

23  Q.   Okay.  And you have no personal knowledge of this case

24  prior to meeting B███; is that right?

25  A.   That's right.
```

B.R. v. F.C.S.B.

42

1  Q.   Okay.  Briefly, when you first met B███ on the dating

2  app, what attracted you to her?

3  A.   So online dating can be really awkward, choppy, almost

4  unnatural.  When I met B███, it just wasn't like that.  The

5  connection was something I've never experienced before.

6  Q.   And briefly again, could you just tell the jury about

7  your first date.

8  A.   Sure.  We went to a favorite restaurant of mine near my

9  college, American, and called Surfside in Tenleytown.  We met

10  there for dinner.  And once we were done with dinner, we took

11  a walk to the AU Law School, which was a nice place to just

12  sit and enjoy.  We had our first kiss, and then I walked her

13  home to her car -- or walked her to her car to go home.

14  Q.   Got it.  And did you and B███ become official boyfriend

15  and girlfriend after that date?

16  A.   Right at the end, yes, I asked her.

17  Q.   When you first met B███, had this date, did she have a

18  job?

19  A.   Yes.

20  Q.   Okay.  And she was working at the law firm Sidley Austin?

21  A.   That's right.

22  Q.   Okay.  I'm going to come back to that in a bit.

23  A.   Okay.

24  Q.   Do you and B███ currently live together?

25  A.   We do.

B.R. v. F.C.S.B.

43

1   Q.   And when did you guys move in together?

2   A.   We moved in together in March of 2022.

3   Q.   So about two years ago?

4   A.   Yes.

5   Q.   Have you spent much time with B███████ family?

6   A.   Lots.

7   Q.   What sort of activities do you typically do when you're

8   spending time with B████ and her family?

9   A.   So usually we go over for dinner.  Before her dad moved

10  to Florida, he would usually cook.  And B███████ mom, Bi██,

11  usually only cooks on special occasions -- but we would go

12  over for dinner and have some sort of family conversation

13  afterwards.  It could be any topics, usually current events.

14  And afterwards, we would usually watch a movie and sometimes

15  play a board game.  And it could be, sometimes, B███████

16  brother would be there; sometimes he wouldn't be.  It depends.

17  He has military drills some weekends and then eventually leave

18  to Delaware.

19  Q.   Okay.  Thank you.

20       And has B█████ met your family?

21  A.   Yes.

22  Q.   Have you visited -- excuse me.

23       Have you visited your family with her in Lancaster?

24  A.   Yes.

25  Q.   Okay.  Have you done any other travel with B████?

B.R. v. F.C.S.B.

44

1    A.    We've been on a few vacations.  We've went to

2    Traverse City, Michigan.  We went to Florida to some photo

3    shows, and, also, Lake Tahoe.  And a few road trips more local

4    in Maryland.  As well as Asheville, North Carolina, for our

5    first anniversary.

6    Q.    Got it.  That list may not be exhaustive, and that's

7    fine.

8    A.    I think so.

9    Q.    Okay.  Briefly, can you describe for the jury what it's

10   like to travel with B█████?

11   A.    Yeah.  It can be quite stressful.  B████ struggles to

12   make decisions and especially if the trip involves a plane.

13   She does not like being in contained spaces.  It makes her

14   extremely anxious, especially a contained space that she's not

15   in control of and can't leave on her own regard at any moment.

16           She often convinces me to cancel -- or tries to

17   convince me to cancel the trip or take my mom or one of my

18   friends instead.  And usually she doesn't start packing for

19   the trip until a few hours before the flight.  So we usually

20   don't sleep before a trip because it's hard to even start the

21   process of making decisions about what she needs to bring and

22   whether she wants to go until the very last minute.

23   Q.    Have you guys made wedding plans yet?

24   A.    Kind of.  We -- I think we plan on getting married in

25   Court at the end of the year.  That's my understanding.  And

B.R. v. F.C.S.B.

45

1   then once this trial is over, we're going to try to start

2   doing more wedding planning for a real ceremony, hopefully, in

3   the summer of 2025.  But that, just very much like the

4   travel-making decisions about those kinds of things, has been

5   difficult as well.

6   Q.   Have you and B█████ talked about potentially having kids?

7   A.   Yes.

8   Q.   Do you have any fears or concerns with respect to having

9   kids with her?

10  A.   I do.

11          MR. BATES:  Objection, Your Honor.

12          THE COURT:  Just a second.

13          Basis.

14          MR. BATES:  Relevance.

15          THE COURT:  That's a basis, overruled.

16  BY MS. ZOLL:

17  Q.   You can answer.

18  A.   I do.  B█████ conditions make it difficult to have a

19  regular schedule where she knows a hundred percent of the time

20  she can, you know, be at a place and -- and commit a certain

21  number of hours to a certain task.  This can be because of

22  both physical pain but also distress of sorts that can just

23  take her out for a day or a chunk of time.  So that could be

24  difficult.

25  Q.   But you're an optimist, right?

—B.R. v. F.C.S.B.—

46

```
 1   A.   Yeah.  So --

 2              (Court reporter clarification.)

 3              MS. ZOLL:  Oh, I just asked him if he was an

 4   optimist.

 5              THE WITNESS:  Yeah, so I love B████.  She's

 6   everything I ever wanted.  And there's some adjustments we

 7   might have to make to make it possible.  We might have to move

 8   closer to my parents or her parents, but -- or I might have to

 9   change to a job that has fewer hours, so I can be more

10   available for kids, but we'll take those challenges on when

11   they're -- when they're here.

12   BY MS. ZOLL:

13   Q.   Okay.  I'm going to switch topics to go back to your

14   knowledge of her employment.

15              So you mentioned that, when you met -- met B████,

16   she was employed by the law firm Sidley Austin?

17   A.   Yes.

18   Q.   Do you know what her role was?

19   A.   Yes, she was in a paralegal program of sorts that it was,

20   I think, temporary two years, intended for somebody who

21   intends to go to law school.

22   Q.   Okay.  Do you know how long she held that job?

23   A.   I think a little less than a year.

24   Q.   Okay.  So she didn't complete the two-year program?

25   A.   No.
```

—B.R. v. F.C.S.B.—

47

1   Q.   Based on your personal knowledge and what you've

2   witnessed, did B███ have difficulties performing the job?

3   A.   She did.

4            MR. BLANCHARD:  Your Honor, objection as far as what

5   she can do or not do at work unless --

6            THE COURT:  Unless he was her supervisor.

7            MS. ZOLL:  She -- she worked remotely a lot of the

8   time.

9            THE COURT:  If he was her supervisor, he can

10  testify.  But as far as her day-to-day work, unless he had

11  some supervisory responsibility, then the question -- the

12  objection is sustained.

13           MS. ZOLL:  Okay.  I'm going to try a specific

14  question, and you can tell me if it's --

15           THE COURT:  Sure.

16           MS. ZOLL:  Sure.

17  BY MS. ZOLL:

18  Q.   Did you witness B███ having difficulty getting to and

19  from work, traveling?

20  A.   Yes.  The easiest way for her to get to Sidley Austin at

21  the time would have been to take the metro.  Very much like

22  planes, trains, also are a problem for B███.  She doesn't

23  like being in that contained space in a crowd of strangers

24  that she doesn't have control over.  Gives her a lot of

25  anxiety.

—B.R. v. F.C.S.B.—

48

1        As well as B███ struggles with escalators, balance

2   on escalators.  Even on a one-story escalator in the mall, she

3   grips the podium -- or podium -- grips the -- the railing as

4   hard she can or -- if I'm there, holds on to me.  And the huge

5   escalators on the metro were a difficulty as well.

6   Q.   Okay.  Do you recall a specific instance where you had to

7   go to the office and help B████?

8   A.   I do.  One night I was leaving work fairly late.  I was

9   working in Rockville at the time.  She called me at

10  about 7 o'clock, and I gathered that she was still at the

11  office and hadn't left.  She stayed there late on one of the

12  only days -- maybe the only day that she went to the office

13  the whole time that she held the job while we were together.

14  And I got the sense that she -- some sort of distress that was

15  preventing her from leaving by herself.  So I went all the way

16  downtown from Rockville to help her get home -- and where I

17  was living at the time was in-between the two locations --

18  went passed and then came back with her.

19        MS. ZOLL:  Your Honor, with your indulgence, may I

20  confer with counsel for a moment?

21        THE COURT:  You may.

22        (Counsel confers.)

23        MS. ZOLL:  Thank you.  I appreciate that.

24  BY MS. ZOLL:

25  Q.   B███ worked remotely most of the time; is that right?

─B.R. v. F.C.S.B.─

49

1   A.   That's right.  Almost entirely.

2   Q.   And was that an accomodation, to your knowledge, that her

3   firm granted?

4   A.   That was my understanding.

5   Q.   Is there anything you observed that would make it

6   difficult for her to perform even in a job remotely that's on

7   a fixed schedule?

8   A.   Yeah, so one difficulty is that B███ has lots of

9   doctors' appointments.  They often change times on short

10  notice.  And it's difficult for an employer, or at least it

11  seems difficult for an employer, to adjust to that on a

12  regular basis and on a short notice.

13          As well as B███ sometimes, she experiences distress

14  or a flashback or panic attack of some sort.  It can be --

15  that can take her out for a number of hours where she lays in

16  bed just trying to regain herself, and that -- that's

17  obviously a problem coordinating that, which is not something

18  she can predict will happen, with a fixed time schedule.

19  Q.   Thank you.

20          Based on your personal knowledge and what you've

21  witnessed, how many doctors' appointments does B███ have

22  approximately per week or per month, however you want to

23  describe it?

24  A.   It's varied , but at the bare minimum, one or two per

25  week.  I think sometimes, depending on the treatment she's

─────B. R. v. F.C.S.B.─────

50

```
 1   doing, it's been as high as four or five.

 2   Q.   Thank you.

 3            I'd like to shift gears a little bit.

 4            Could you describe for the jury, very briefly, what

 5   a typical morning looks like for you and B████?

 6   A.   Yes.  B████ wakes up much earlier than me, usually

 7   between 5:00 and 7:00 a.m.  Usually the first thing she does

 8   is she goes to a group fitness class of sorts, like a cycling

 9   class or Pilates or something of that sort.  She does this

10   early, and she tries to do activities outside of the house

11   early because it's brighter outside, there's fewer people,

12   less congestion.  That makes her more comfortable.  And she'll

13   go to the fitness class.

14            When she's done, she may go straight to a doctor's

15   or a therapy appointment or she might come home and then go to

16   one later if it's scheduled later.

17            And pretty much after those appointments over,

18   unless she has knows she's going to her mom's home that --

19   later that day, she usually doesn't leave the house much after

20   that.

21   Q.   Okay.  Is B████ able to go to something like a grocery

22   store?

23   A.   Sometimes.  She often wears sunglasses in grocery stores

24   because of the light -- the florescent lighting bothers her

25   eyes.  But a lot of days, she doesn't feel capable of doing
```

—B.R. v. F.C.S.B.—

51

 1  that herself.  But when she is, she usually will try to on her

 2  own.  But -- but even then, it can be disrupted while she's

 3  there.

 4  Q.   Does B███ often spend time in bed during the day?

 5  A.   She does.  Sometimes it can be physical pain related,

 6  muscles --

 7            MR. BATES:  Objection, Your Honor.  Lack of

 8  foundation, personal knowledge.

 9            MS. ZOLL:  He lives with her --

10            MR. BATES:  Speaking about her pain.

11            THE COURT:  He can't provide any diagnosis or

12  suggest any diagnosis.  He can simply say what he observed.

13            MS. ZOLL:  Can he say that he observed the pain?  I

14  believe that's something --

15            THE COURT:  Hard to say if he observed pain.  He can

16  testify if he saw that he observed her in pain.

17            MS. ZOLL:  Okay.  Can I ask him that?

18            THE COURT:  Sure.

19            MS. ZOLL:  Okay.

20  BY MS. ZOLL:

21  Q.   You got cut short.

22            All right.  I'm going to ask you the next question

23  --

24            THE COURT:  Let's -- let's -- let's not --

25            MS. ZOLL:  I'm sorry.

—B.R. v. F.C.S.B.—

52

1          THE COURT:  -- be pejorative.  Defense counsel has

2   the --

3          MS. ZOLL:  I didn't --

4          THE COURT:  -- prerogative to object when they think

5   they're entitled to object.  So to suggest that they were

6   cut -- he was cut short wasn't fair.

7          MS. ZOLL:  I absolutely did not mean to.

8          THE COURT:  All right.

9          MS. ZOLL:  Sorry.

10  BY MS. ZOLL:

11  Q.   Have you witnessed any days when B▆▆▆ does not get out

12  of bed at all?

13  A.   Yes.  Both entire days and then also half days, large

14  chunks of the day.  It looks like she's having some difficulty

15  doing activities, and that's why she stays in bed.

16  Q.   And have you witnessed her in pain in bed?

17  A.   Yes.

18  Q.   Have you witnessed her touching kind of her pelvic region

19  when she's in bed or walking?

20  A.   Not so much when she's in bed, but on those particular

21  days if she tries to get up to get a glass of water, yes,

22  it -- it looks like that region is -- is causing discomfort as

23  well as her, like, steps are shorter, choppy, or she kind of

24  leans forward as if walking is -- is not comfortable.

25  Q.   Do you often rub her shoulders, her neck?

B.R. v. F.C.S.B.

53

1  A.   Yes.  So she also has a lot of tension in her neck,

2  unlike anything I've ever personally experienced or seen on

3  another person.  She has difficulty relaxing her shoulders.

4  Her shoulders are often up, and her back is kind of rolled --

5  rolled forward.

6           My first Christmas gift to B███ was a massage gun

7  partly for this reason.  And every single day I try to rub her

8  neck or both -- kind of shoulder muscles and the actual neck

9  muscles to try and relieve this, but it -- it comes back.

10 Q.   Based on your personal observations, does B███ have some

11 good days and some bad days?

12 A.   Yeah, some days -- I won't say there's no issues, but

13 she's able to do lots of things.  Other days, nothing at all.

14 Some days, it starts good and we do some things, and by the

15 end of the day or -- not so much.

16 Q.   Does B███ have any hobbies?

17 A.   I would say fitness is her main -- main hobby.

18 Q.   Have you ever seen B███ play tennis?

19 A.   No.

20 Q.   Have you ever seen B███ play the piano?

21 A.   No.

22 Q.   Have you ever seen her sing?

23 A.   Only twice.

24 Q.   Go on.

25 A.   One time at B███ birthday -- I think it was in 2022 --

————B.R. v. F.C.S.B.————

54

1    her mom begged her to sing.  She said, Your voice is -- well,

2    sorry, I can't say what somebody else said.

3              But B███ mom begged her to sing, and that was the

4    first time I ever heard her sing.  I think almost a year into

5    us dating.  She has a beautiful voice, opera style.

6              The only other time I've ever heard her sing was

7    once after she took her medication at night, which kind of

8    relaxes her, loosens her up, I heard her singing in the shower

9    with the doors closed.  And she's so good.  I wish I heard it

10   more.

11   Q.   Have you ever witnessed B███ having a nightmare?

12   A.   Many times.

13   Q.   Can you describe what you've observed?

14   A.   So it -- it varies.  On the less extreme end, some

15   nights, she's just suddenly awakened.  Like she's asleep, and

16   then she jumps out of the sleep and usually begins crying.

17   And, you know, I can tell based on that, that something that

18   she -- was going on was causing distress or memories of bad

19   things or just bad things in general.

20             And other times, while she's still sleeping, her

21   body begins to convulse in ways as if it's being hit or

22   injured.  She makes noises like wincing in pain, kind of like

23   yelps, and takes a defensive posture.  And other times will

24   say --

25   Q.   That's good.  Thank you.

—————— B.R. v. F.C.S.B. ——————

55

1   A.   Okay.

2   Q.   Thank you.

3        Have you ever witnessed B███ being hyperaware?

4   A.   Yeah, she seems to focus the peripheral, at least more

5   than me.  She notices things that are on the sides whereas I'm

6   focused on what's straight in front of me.

7        I think a good example is if we're looking for a

8   parking spot somewhere.  She can pick up on, like, people who

9   have a menacing demeanor way quicker than I can.  That's what

10  she's always focused on.

11  Q.   Have you ever witnessed B███ in physical distress and

12  physical agitation?

13  A.   Many times, yes.

14  Q.   Can you describe what you've observed, please?

15  A.   So --

16       THE COURT:  I don't think I understand the term

17  either.  Can you rephrase?

18       MR. BLANCHARD:  Also, it doesn't seem to be directed

19  to anything that she --

20       THE COURT:  Well, she did say has he observed her.

21  I just didn't know what the physical agitation meant, so --

22       MS. ZOLL:  Your Honor, if I can rephrase.

23       THE COURT:  Sure.

24  BY MS. ZOLL:

25  Q.   Have you personally ever witnessed B███ experience a

—B.R. v. F.C.S.B.—

56

1   flashback?

2           MR. BLANCHARD:  Objection.

3           THE COURT:  Sustained.

4   BY MS. ZOLL:

5   Q.   Have you personally ever witnessed B███████ body be

6   physically agitated?

7   A.   Yes.  Often she seems to tune out of what's in front of

8   her as if she's not there, focused on something else.

9           THE COURT:  That's not responsive, Counsel.

10          MS. ZOLL:  Okay.

11  BY MS. ZOLL:

12  Q.   Have you witnessed B███ personally talk fast, breathe

13  fast?

14  A.   Yes.  There's been a number of occasions where

15  something -- I think it's often what I would describe as a

16  flashback.

17          MR. BLANCHARD:  Objection, Your Honor.

18          THE COURT:  You can't back-door something you can't

19  get through the front door.

20  BY MS. ZOLL:

21  Q.   If you could just stay away from using medical

22  terminology.  Just stick to what you observed.

23  A.   Sure.  So her sentences will break down.  They will be

24  short and choppy.  Her head kind of moves to the side while

25  she's talking in a way that looks unnatural.  And she

B.R. v. F.C.S.B.

57

1    hyperventilates, and her breathing can start to cut into the

2    sentences and make it difficult to talk.  And after a while,

3    sometimes she goes unconscious from it.

4    Q.   When you first met B█████, how thin was she?

5    A.   Much thinner than what I saw from her Hinge photos.  The

6    first time I saw her I -- she was noticeably thinner than I

7    expected.

8    Q.   Did she lose weight after that?

9    A.   I believe so, yes, for a period of months.

10   Q.   Based on what you've personally observed, does B████

11   still have difficulty with eating?

12   A.   Every day I would say it's the single biggest challenge

13   in our relationship.  Some days she just doesn't feel like

14   eating.  Some days the first thing she eats is dinner.  Even

15   if she does eat three meals, they are often too small.  And

16   I'll have to constantly remind her to, you know, make sure you

17   eat breakfast, make sure you eat lunch.

18          Sometimes my reminders come way too late and the

19   periods of day are already gone.  And when she doesn't eat,

20   other activities, managing her day gets more difficult, and it

21   also really hurts to see.

22   Q.   I'm going to give you just a moment before I ask my next

23   question.

24   A.   Sure.

25   Q.   Have you ever witnessed B████ holding a knife not in the

B.R. v. F.C.S.B.

58

1  context of eating food?

2  A.   Yeah.  On a few occasions, I gathered that B███ was not

3  having a good day.  I tried to call her while I was at work,

4  saying, What's going on.  And her responses will be short and

5  clearly thinking about something else, not the day itself.

6        I'd go home, open the door, and on a few occasions

7  B███ was sitting on the floor, cross-legged, or walked in the

8  bathroom with a knife on her lap, staring down at it like she

9  was contemplating doing something with it.

10 Q.   Have you ever witnessed B███ run towards a balcony?

11 A.   Yes.

12 Q.   Are you afraid she will go over?

13 A.   I know that B███ loves life.  That's what I love about

14 her, that she loves life despite all the challenges that she's

15 had.  But I'm never going to even let it get close to that.

16 So every time she does run towards the balcony, I grab her and

17 pull her back and stop it.

18 Q.   Okay.  And based on what you've personally observed, does

19 B███ try to live a normal life?

20 A.   B███ tries as hard as she can with absolutely

21 everything.  I have faith and positivity that she will live a

22 pretty normal life, but it takes a lot of support, and it's

23 definitely been hard.

24        MS. ZOLL:  I have no more questions.  Thank you.

25        THE COURT:  Yes, ma'am.  Cross.

—B.R. v. F.C.S.B.—

59

                        CROSS-EXAMINATION

1

2   BY MR. BATES:

3   Q.   Good morning, sir.

4   A.   Good morning.

5   Q.   Ryan Bates.  I represent Fairfax County School Board.

6   A.   Okay.

7   Q.   So you didn't meet B.R. until late 2021?

8           THE COURT:  Just for purposes, so you understand,

9   because of the nature of this litigation, we are referring to

10  B█████ as "B.R."  That's sort of the agreement that we struck

11  amongst all people involved.

12          THE WITNESS:  Do I have to do that?

13          THE COURT:  You can call her B█████ --

14          THE WITNESS:  Okay.

15          THE COURT:  -- but I'm just making sure that you

16  understand the transition that Mr. Bates is trying to make.

17          THE WITNESS:  Okay.  Okay.

18  BY MR. BATES:

19  Q.   I'll restate that.

20          You didn't meet B█████ until late 2021; is that

21  right?

22  A.   That's right.

23  Q.   Okay.  And you never met J.O., who is seated over here?

24  A.   No.

25  Q.   Okay.  You never met who we've referred to as C.K.?

B.R. v. F.C.S.B.

60

1   A.   No.

2   Q.   Okay.  You've never met any of the teachers who are

3   seated over here?

4   A.   No.

5   Q.   You've never met any of the administrators or counselors

6   that are seated over there?

7   A.   Nobody over there.

8   Q.   You know B███████ -- you've met B██████ friend, Olivia,

9   who she went to Rachel Carson with?

10  A.   Yeah, one time.

11  Q.   Other than Olivia, have you met any other students who

12  went to Rachel Carson with B█████?

13  A.   None that I'm aware of.

14  Q.   Okay.  And you don't have any personal knowledge of what

15  may or may not have happened at Rachel Carson Middle School in

16  2011/2012?

17  A.   Of the events.  I'm aware of the damage that it's done to

18  B████, yes, but none of the events.

19  Q.   So you have no personal knowledge as to what happened

20  within --

21            THE COURT:  Why don't you rephrase that?  Personal,

22  firsthand knowledge.

23            MR. BATES:  Thank you, Your Honor.

24  BY MR. BATES:

25  Q.   You have no firsthand knowledge of anything that happened

B.R. v. F.C.S.B.

61

1    within the walls of Rachel Carson Middle School from

2    2011/2012; is that right?

3    A.    That's right.

4    Q.    And you have no firsthand knowledge of what may or may

5    not have happened in B███████ neighborhood in 2011/2012; is

6    that right?

7    A.    That's right.

8    Q.    And has B███ shared with you any of the conflicts that

9    she had with her parents during the 2011/2012 year?

10   A.    I -- I mean, everybody has some disputes with their

11   parents.  I'm not exactly sure what you're referring to.

12   Q.    Okay.  Well, what conflict has she shared with you

13   about -- that she had with her parents during that school

14   year?

15   A.    I don't think any.

16   Q.    You don't remember her -- so sitting here today, you

17   don't remember her sharing any -- any issues that she had with

18   her parents during that school year?

19   A.    No.

20   Q.    Okay.  She never told you that her parents were

21   protective or very protective of her during that school year?

22   A.    I mean, her parents are good parents.  So they do care

23   about their kids, yeah.

24   Q.    Well, that wasn't my question.

25   A.    Oh.

─────B. R. v. F. C. S. B.─────

62

1  Q.   My question is, did she tell you that they were very

2  protective of her during that school year?

3  A.   Protective in the sense that they were trying their best

4  to keep her safe.

5  Q.   Well, I'm not asking you to -- has she ever used that

6  word "protective" with you or insinuated at all that her

7  parents were incredibly protective of her during that school

8  year?

9  A.   I'm not sure.  I know she has told me that her parents

10  love her.

11  Q.   Okay.  Just, if you can, listen to my questions.  If

12  counsel wants to give any clarification, she will have an

13  opportunity to do that.

14        Did B███ ever share with you that she had been

15  repeatedly grounded during that school year?

16  A.   No.

17  Q.   Did she ever share with you that she had dated C.K.

18  during that school year?

19  A.   No.

20  Q.   Okay.  Do you ever see any Facebook messages between her

21  and C.K. that took place during that school year?

22  A.   No.

23  Q.   She hasn't shared that with you?

24  A.   No.

25  Q.   Okay.  And you guys talk about this case a lot, don't

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────

EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

63

1    you?

2    A.   We live together, yeah.

3    Q.   Okay.  And that fact hasn't come up to you, come to your

4    attention at all?

5              MS. ZOLL:  Your Honor, objection.

6              THE COURT:  Just a moment.

7              MS. ZOLL:  Beyond the scope of the direct.

8              THE COURT:  Okay.  I'm going to let you have a

9    little latitude, but you need to tie it into the direct

10   examination.

11             MR. BATES:  Thank you, Your Honor.

12             THE WITNESS:  I'm not sure that your -- so do I --

13   am I aware of supposed messages produced in this litigation?

14   Yes.

15             Have I seen them or read them?  No.

16   BY MR. BATES:

17   Q.   Okay.  And how did you become aware of those messages?

18   A.   She told me about them.

19   Q.   Okay.  And in -- and was that sometime in the last couple

20   of months?

21   A.   It was in August.

22   Q.   Okay.  August of 2023?

23   A.   Yes.

24   Q.   So in the two years before that, she didn't tell you

25   about those messages?

─────B. R. v. F.C.S.B.─────

64

1  A.   That's right.

2  Q.   But she did tell you about this case before your first

3  date with her, right?

4  A.   I believe right before the first date, yes.

5  Q.   Okay.  So just to be clear, is it fair to say that

6  everything that you know about this case is based on either

7  what B.R. has told you or her family?

8  A.   I mean, I've also sat in some court hearings and

9  watched -- not this trial, but earlier on.  So, you know, I've

10 read briefs that the defense has filed occasionally, maybe not

11 everything.  But if you're talking about the facts, then

12 maybe.

13 Q.   Okay.  So other than sitting in on court, reading some

14 briefs, everything you know about the case is based on what

15 either B███ or her family told you?

16 A.   Well, if you're talking about the facts of what

17 happened 12 years ago, yeah, but the --

18 Q.   That's what I'm talking about, yeah.

19 A.   Okay.

20 Q.   Has B███ ever told you that she has visual processing

21 issues?

22 A.   What do you mean by that?

23 Q.   Have you ever heard the words "visual processing issues"

24 coming out of her -- out of her mouth?

25        MS. ZOLL:  Your Honor, objection.  I wasn't able to

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────

B.R. v. F.C.S.B.

65

1  talk about medical issues like this.

2        THE COURT:  What precluded you?

3        MS. ZOLL:  I believe I was precluded from

4  flashbacks, for example --

5        THE COURT:  Well, that's different.  That's

6  different.

7        You can answer the question, sir, if you know.

8        Mr. Bates, maybe you can provide some clarification

9  as to what the term means.

10 BY MR. BATES:

11 Q.  Let me back up for a moment.

12      You said that B████ has sensitivity to light; is

13 that right?

14 A.  Sure.  Certain types of light, yes.

15 Q.  Okay.  Like light in this courtroom?

16 A.  I think more like -- well, I -- when I've seen this come

17 up, it's usually the fluorescent tube lighting like you see in

18 an office or a grocery store, not this kind of warm lighting

19 like these ones.  Maybe like the ones ahead, but I don't see a

20 light in here that looks like the one that typically causes

21 issues.

22 Q.  What about computer monitors?

23 A.  I believe she has blue light glasses for that reason.

24 Q.  Okay.  Is she -- is she wearing -- have you seen her wear

25 the blue light glasses since she's been in here?

B.R. v. F.C.S.B.

66

1   A.   Since she's been in this room?

2   Q.   In trial, yeah.

3   A.   Or like the whole period?

4   Q.   I'll rephrase my question.

5        So when she's -- when she's -- so would she have an

6   issue looking at a screen like the screen next to you?

7   A.   For a sustained period of time, I believe.

8   Q.   I'm sorry?

9   A.   For -- for a sustained period of time, I believe so.

10  Q.   Okay.  So what -- okay.  So, she has issues looking at a

11  computer for a sustained period of time?

12  A.   I believe so, yeah.

13  Q.   Okay.  And so, you talked about her working at Sidley

14  Austin, right?

15  A.   Yeah.

16  Q.   Okay.  And you're familiar with Sidley Austin being a

17  lawyer?

18  A.   A little bit.

19  Q.   Okay.  It's a large international law firm?

20  A.   Yeah, I know that much, yeah.

21  Q.   Okay.  And -- and you said B -- B███ worked as a

22  paralegal there?

23  A.   That's right.

24  Q.   Okay.  And I think you said, the entire time that you

25  knew her -- I'm sorry -- the entire time that you have known

B.R. v. F.C.S.B.

67

1   her, she's worked remotely except for one day; is that right?

2   A.    That's -- that is what I said.  I may be forgetting one

3   or two more days in there, but I remember one day where she

4   went to the office that I -- that I can personally think of,

5   yeah.

6   Q.    And, otherwise, she worked remotely from -- from your

7   home?

8   A.    And her parents' home, yes.

9   Q.    Okay.  And she worked on a computer screen to do that?

10  A.    Yes.

11  Q.    Okay.  And she worked -- at the time you met her, she

12  worked a full-time job, right?

13  A.    Yes.

14  Q.    In fact, it was more than a full-time job; it was

15  over 40 hours a week, right?

16  A.    Well, yes.  And then she went part time because she was

17  struggling with it and then eventually left.  And a time

18  shorter than what --

19  Q.    Okay.  Okay.  I'm just -- I guess my question is:  There

20  was a time when she was working remotely; she was working more

21  than 40 hours a week on a computer monitor?

22  A.    Yeah.  And then she went part time because it was hard,

23  yes.

24  Q.    Okay.  I'm a little -- so back to my earlier question

25  before we went off on a little bit of a tangent.  Has B███████

68

1   ever told you she has a -- visual processing issues?

2   A.    The first time I've heard the phrase "visual processing

3   issues" is right now.  If that means light sensitivity, then

4   yes, she has told me that.  That's the phrase she uses.

5   Q.    Okay.  Help me understand, because you said she likes to

6   go out early in the morning because there's more natural

7   light?

8   A.    Yeah.

9   Q.    Can you explain how that -- why she would like to go out

10  early in the morning because there's more light?

11  A.    So -- well, the morning actually isn't the brightest time

12  of the day.  The brightest time of the day is

13  between 12 o'clock and 2:00 p.m., by my understanding.  So she

14  prefers the morning because it's brighter than the night, so

15  she can see her surroundings better and feel safer with less

16  people.  But the brightest time of the day is actually later.

17  Q.    Okay.  So -- okay.  I was just trying to get

18  clarification because I thought you said earlier she likes to

19  go out in the morning because there's more natural light.  You

20  just mean more than when it's dark out?

21  A.    Yeah, it's -- the morning has less light than the

22  brightest time of the day, but it -- it helps her see her

23  surroundings better than at night when she does not like to be

24  outside.

25  Q.    Okay.  So she doesn't like to be outside.

B.R. v. F.C.S.B.

69

1          You mentioned that you've -- you've gone on a fair

2   number of trips with -- with B███ in the two-and-a-half years

3   that you've known her, that's right?

4   A.   I think "fair amount" is an opinion, but I've been on

5   some trips, yes.

6   Q.   Okay.  So you've gone to -- you've gone to Florida with

7   her?

8   A.   Yeah.

9   Q.   You've gone to Ocean City, Maryland, with her?

10  A.   Yup.

11  Q.   And that was twice?

12  A.   Yes.

13  Q.   Okay.  You've gone to Massanutten, Virginia, with her?

14  A.   Yes.

15  Q.   You mentioned you went to Michigan with her?

16  A.   Yes.

17  Q.   And you guys drove to Michigan?

18  A.   No -- well, we did not drive to Michigan.  We flew to

19  Michigan, and then did some driving after that.

20  Q.   Okay.  And you've taken her home back to Pennsylvania

21  where you live?

22  A.   Yes.

23  Q.   Right?

24          At least a half a dozen times?

25  A.   Yeah.

B.R. v. F.C.S.B.

70

1   Q.   Okay.  And you've gone to Asheville, North Carolina, with

2   her?

3   A.   Yup.

4   Q.   Gone to New York City with her?

5   A.   Yes.

6   Q.   Manhattan --

7   A.   Yes.

8   Q.   -- in fact?

9   A.   Yes.  Where her grandma lives, yes.

10  Q.   Okay.  And you've gone to Richmond with her?

11  A.   Not -- to the city, to a friend's house, but yes.

12  Q.   Okay.  Can we -- if -- I would like to direct your

13  attention to --

14          MR. BATES:  I would like to move in Defendants'

15  Exhibit 151.  It's a set of pictures.

16          MS. ZOLL:  No objection.

17          THE COURT:  Without objection.  You may publish.

18  (Defendants' Exhibit No. 151 was admitted into evidence.)

19          (Exhibit published.)

20  BY MR. BATES:

21  Q.   You can either look at the screen, or I have a copy for

22  you.  Do you have any preference?

23  A.   This is kind of a weird angle, so I will take the copy.

24          MR. BATES:  May I approach, Your Honor?

25          THE COURT:  You may.

B.R. v. F.C.S.B.

71

```
1              THE WITNESS:  Can I have some water?

2              THE COURT:  Yes, sir.

3              Can you hand him a bottle of water there?  It's to

4    your right.

5              THE WITNESS:  Thank you.

6              THE COURT:  Is it empty?

7              THE WITNESS:  Thanks.

8              THE COURT:  I thought you said you needed some

9    water.  I was trying to find you some.

10             THE WITNESS:  Thank you.  Thank you.

11             THE COURT:  All right.  Very good.

12   BY MR. BATES:

13   Q.   Okay.  So you can feel free to look at the screen.  I

14   know it's a little awkward being to the side.  You can move

15   the microphone where you can just look at the pictures in

16   front of you.

17   A.   Uh-huh.

18   Q.   Let's just --

19             MR. BATES:  If we can skip to the next picture,

20   Grady.

21   BY MR. BATES:

22   Q.   And where is this taken?

23   A.   This is taken at the Willard Hotel in -- in Washington.

24   Q.   Okay.

25             MR. BATES:  And you can skip to the next one.
```

—B.R. v. F.C.S.B.—

72

```
 1  BY MR. BATES:

 2  Q.   And where is this taken?

 3  A.   A place called the Glenstone Museum in Maryland.

 4  Q.   And -- okay.  You can skip to the next one.

 5  A.   Yeah, this is the National Arboretum.

 6  Q.   Okay.  And let's skip to the next one.

 7  A.   Yeah, this is Rasika, a restaurant for New Year's Eve.

 8  Q.   Okay.  By the way, I -- I realized I didn't really

 9  explain where these pictures came from.  You -- you produced

10  these pictures in this case?

11  A.   I did.

12  Q.   Okay.  And these are from your personal possession --

13  A.   Yes.

14  Q.   -- essentially?

15         Okay.  And we can move to the next one.

16  A.   Uh-huh.

17  Q.   And do you recall where this picture was taken?

18  A.   Yeah, it's in Sarasota or somewhere near Sarasota,

19  Florida.

20  Q.   Did you fly or drive down to Sarasota?

21  A.   We flew.

22  Q.   Okay.  And you can go to the next one.

23         Is that also in Sarasota?

24  A.   Yeah, that's the same place.

25  Q.   Okay.  Go to the next one.
```

B.R. v. F.C.S.B.

73

```
 1              And is that on a hike somewhere?

 2   A.   That's also at the Glenstone Museum.  The museum is kind

 3   of hybrid indoor/outdoor, and there's some -- like a walkway

 4   around it.

 5   Q.   Okay.

 6   A.   I wouldn't -- I wouldn't call it a hike, but walking

 7   outside, yes.

 8   Q.   If we can go to the next one.

 9              We can skip to the next one.

10              We can skip that one.

11              And where is this picture taken?

12   A.   That's on -- in Assateague National Park.

13   Q.   Okay.  And you guys drove to that one?

14   A.   Yeah.

15   Q.   All right.  The next one.

16              You can skip that.

17              Is that just -- and where is this picture taken?

18   A.   Some -- someplace that my mom took us in Maryland, like

19   a -- like a -- like a state garden.  I actually don't know the

20   name of it.

21   Q.   That's fine.  Thank you.  You can skip.

22              Okay.  And this is -- where is this?

23   A.   This is in the -- for my grandparent's 80th birthday.

24   My -- this is a condo in -- in Ocean City that my grandpa used

25   to rent for our family until my aunt died of cancer.  And for
```

B.R. v. F.C.S.B.

74

1  his 80th birthday, he rented it again.

2  Q.   I'm sorry.  What -- what city is this in?

3  A.   Ocean City, Maryland.

4  Q.   Okay.  And you said -- I think you may have testified,

5  B███ doesn't really like crowded areas, right?

6  A.   That's right.

7  Q.   Okay.  And you went to Ocean City on Memorial Day

8  weekend?

9  A.   This is actually -- my grandparent's birthday is in July.

10  So this -- this photo was in July.

11  Q.   Okay.  So -- so you went to Ocean City in July, but did

12  you also go another time in Memorial Day weekend?

13  A.   To my friend's house there, yes.

14  Q.   Also in Ocean City?

15  A.   Ocean Pines, but yeah.

16  Q.   Okay.  It's pretty crowded in Ocean City, Maryland, in

17  Memorial Day in July, isn't it?

18        MS. ZOLL:  Your Honor, objection.  He just testified

19  being in Ocean Pines, not Ocean City, Maryland.

20        THE COURT:  All right.  Rephrase.

21  BY MR. BATES:

22  Q.   Ocean Pines is the town right next to Ocean --

23  A.   Yes.

24  Q.   -- City, Maryland; isn't that true?

25  A.   Yes.

B.R. v. F.C.S.B.

75

1   Q.   Okay.  So in that area, it's pretty crowded in

2   Memorial Day weekend and July in the summer, right?

3   A.   Well, so I'm not sure if -- which summer was this?

4   Q.   Is it crowded in Ocean City, Maryland, area in the

5   summertime, sir?

6   A.   So the time we went for Memorial Day weekend was rainy

7   and 55 degrees the whole way through.  So, I mean, normally it

8   would be crowded.  Actually, it wasn't that time.  But my best

9   friend from high school lives in that area, and when we go

10  there, most of what we do is spend time with him, not

11  boardwalking, for the most part.

12  Q.   Okay.  You can go to the next photo.

13          And is this in Michigan?

14  A.   Yes.

15  Q.   Okay.

16          MR. BATES:  You can go to the next photo, Grady.

17  BY MR. BATES:

18  Q.   Are we -- where is this?

19  A.   Also Michigan.

20  Q.   Okay.

21  A.   Yes.

22  Q.   You can keep going.  You guys are on some type of boat

23  here?

24  A.   Yes.  This is going to Mackinac Island in Michigan.

25  Q.   Okay.  So is that a separate island off of Traverse City

B.R. v. F.C.S.B.

76

1   in Michigan?

2   A.   Yes.

3   Q.   Okay.  And you took a boat to get there?

4   A.   Yes.

5   Q.   Okay.  You can keep going.

6        And where is this?

7   A.   It's at a -- I think it's called Omni in Asheville.  We

8   went there for our anniversary.

9   Q.   Okay.  Asheville, North Carolina?

10  A.   Yes.

11  Q.   And you guys drove there?

12  A.   Yes.

13  Q.   About a 6- or 7-hour drive?

14  A.   Yeah.

15  Q.   You can keep going.  This looks like apple picking?

16  A.   Yes.

17  Q.   You can keep going.  And where is this?

18  A.   This is Mackinac Island.

19  Q.   Okay.  You can keep going.  You can keep going.  Is that

20  it?

21        We can take that down.

22        You answered some questions from counsel about what

23  a typical day is like -- is like for B.R.; do you recall that?

24  A.   Yes.

25  Q.   Okay.  And you said that one of B.R.'s biggest hobbies is

—B.R. v. F.C.S.B.—

77

1  fitness; is that right?

2  A.    Yes.

3  Q.    Okay.  And early in the morning she likes to go and

4  work out, that's right?

5  A.    Yes.

6  Q.    Okay.  Have you witnessed her having some of this pain

7  that you're talking about in the morning time?

8  A.    Some days.

9  Q.    And this is the pain in her shoulders; that's right?

10  A.    And hips, yeah.

11  Q.    Yeah, shoulders, hips.  Anywhere else?

12  A.    Sometimes calves.

13  Q.    Calves.  Okay.  Anywhere else that she tells you about --

14  again, this is what you observe.

15  A.    She has a lot of sensitivity issues on her ribs.

16  Q.    Okay.

17  A.    But that's -- I think that's it.

18  Q.    And so when she goes to work out, she goes and does spin;

19  is that right?

20  A.    Yeah.

21  Q.    So for folks that might not be aware, that's riding a

22  bike.

23  A.    Yeah.

24  Q.    Okay.  And she also does Pilates?

25  A.    Yes.

B.R. v. F.C.S.B.

78

```
 1   Q.   And for folks who might not know, what's Pilates?

 2   A.   It's a -- I'm not exactly a Pilates goer, but it's kind

 3   of like a strength training with body weight that's -- and

 4   stretching incorporated that is largely done by women.

 5   Q.   Okay.  And do yoga -- she also does yoga?

 6   A.   I think I may have confused yoga and Pilates when we last

 7   spoke with each other.

 8   Q.   That's fine.

 9        She also goes for runs as well?

10   A.   Only on a treadmill.

11   Q.   Okay.  Any other -- and she does this pretty much every

12   day of the week, right?

13   A.   There have been months, like blocks of months where she

14   does that.  Sometimes she doesn't, but, yeah, that has

15   happened every day on occasion.

16   Q.   Okay.  So other than cycling, Pilates, running, any other

17   physical sort of fitness activities that she does in the

18   morning?

19   A.   I don't think so.

20   Q.   Okay.  And you said most days she doesn't leave the --

21   leave the home; is that right?

22   A.   I'm not sure if I said most days she doesn't leave the

23   home in general.  I think I said most days, when she's done

24   with the morning activities, she doesn't leave the home, but

25   there are, you know, at least a few days a month where she
```

79

1    doesn't leave at all.

2    Q.   Let me clarify that.  You raised a good point.

3            So after she gets back from working out, on most

4    days she doesn't leave the house again after that, right?

5    A.   I would say about that, yeah.

6    Q.   Okay.  And since she's in sort of the period where she

7    hasn't been working, so when she gets home she's not working;

8    is that right?

9    A.   That's right.

10   Q.   And she spends a lot of time on her phone; is that right?

11   A.   Sometimes.

12   Q.   Okay.  What do you mean "sometimes"?

13   A.   Well, she -- something I didn't mention is that she

14   often -- she cleans and does the laundry quite a bit during

15   the time when she stays home.

16   Q.   Okay.  But let's concentrate -- she -- on the phone

17   question.  She's -- she spends a lot of time on her phone,

18   right?

19   A.   Sometimes.

20   Q.   Watching Instagram -- going on Instagram?

21   A.   Sometimes, yeah.

22   Q.   Okay.  Sometimes.  You don't think she goes on Instagram

23   every day?  You spend -- you live with her.

24   A.   I'm not always home with her.  Sometimes I'm at the

25   office or -- there are sometimes where she spends a good

B.R. v. F.C.S.B.

80

1  amount of time on the screen.

2  Q.    Okay.  She watches a lot of videos on her phone?

3  A.    Yeah, some.

4  Q.    Okay.  And she also does a little bit of reading; is that

5  right?

6  A.    Not very often, but sometimes.

7  Q.    And when she does do reading, she reads books that has to

8  do with sexual trauma; is that right?

9  A.    I would say usually more trauma in general than directly

10  sexual trauma.  There might be one or two books that related

11  specifically to sexual trauma, but I think the focus is

12  broader on trauma.

13  Q.    Okay.  And B.R. doesn't know how to do computer coding,

14  does she?

15  A.    I mean, I don't actually know the answer to that.  I've

16  never seen her do it.  I've never spoken to her about it.

17  Q.    So in the two-and-a-half years you've known her, you guys

18  have never -- she's never told you that she knows how to do

19  coding?

20  A.    That's right.

21  Q.    She never told you that she knows how to do C++?

22  A.    That's right.

23  Q.    She's never told you that she knows how to do Java?

24  A.    That's right.

25  Q.    Okay.  Thank you, sir.  I have no further questions.

B.R. v. F.C.S.B.

81

1          THE COURT:  Mr. Kinney.

2          MR. KINNEY:  No questions, Your Honor.

3          THE COURT:  Mr. Blanchard?

4          MR. BLANCHARD:  No questions.

5          THE COURT:  Thank you, sir.  Is this witness subject

6  to recall?

7          MR. BATES:  No.

8          THE COURT:  You've got some redirect?

9          MS. ZOLL:  Yes.

10         THE COURT:  Okay.  Go ahead, I'm sorry.  Just a

11  little bit longer, sir.

12         MS. ZOLL:  Thank you.

13                    REDIRECT EXAMINATION

14  BY MS. ZOLL:

15  Q.   Based on what you've observed when you have been with

16  B█████ when she worked remotely, do you know whether she used

17  that blue screen or glasses when she worked?

18  A.   Yeah.  She -- she -- right now she's wearing contacts, I

19  think.  When she uses a computer, she usually uses glasses

20  instead of contacts.  And my understanding is those glasses

21  are blue light.

22  Q.   Okay.  You were shown a photo that I think was -- I want

23  to describe it as like a light hike.

24  A.   Yeah.

25  Q.   Like, you didn't think it was a hike, but...

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

82

1   A.    Yeah.

2   Q.    Yeah.  Is hiking one of the activities that you enjoy but

3   it's very difficult to do with B█████?

4   A.    Yeah.  So I was a Boy Scouts, Eagle Scout.  I've been a

5   hiker basically my whole life.  My mom and I hike all the

6   time.  Since I've started living with B████, I've tried to go

7   hiking with her a few times.  It is just not enjoyable.

8         Especially uneven surfaces, she struggles with

9   balance, the rocks.  I've seen her number of occasions -- not

10  number, one of the two or three times we've tried to hike --

11  I've seen her trip, stumble on most surfaces.

12        And the sense I get from watching her while I'm

13  meditating and kind of enjoying the nature around me, she's

14  focused on making it out alive, which isn't exactly a fun

15  thing.

16  Q.    Got it.

17        And Mr. Bates asked you some questions about B█████

18  morning fitness routine.

19  A.    Yes.

20  Q.    Is it your understanding that B█████ morning fitness

21  routine and the frequency of her fitness is related to her

22  eating disorder?

23  A.    Yes, and esp- --

24        MR. BLANCHARD:  That's --

25        THE COURT:  Rephrase.  Rephrase.

B.R. v. F.C.S.B.

83

1    BY MS. ZOLL:

2    Q.    Okay.  Is it your understanding that it's based on

3    concerns about her body?

4            THE COURT:  Sustained.  Rephrase.  You might be able

5    to get there, Counsel, but not --

6            MS. ZOLL:  I'll try.

7            THE COURT:  Mr. Brenner's got some suggestions.

8    BY MS. ZOLL:

9    Q.    Okay.  What's your understanding of why B████ has that

10   fitness routine?

11   A.    So very often when she comes home from working out,

12   especially right after, if she doesn't go to a doctor's

13   appointment afterwards, she stares at herself in the mirror

14   and will poke at her stomach or criticize her body.

15           And I've mentioned the treadmill.  She does -- she

16   rarely does the treadmill, but when she does, it's often right

17   after already working out.  And she comes home completely

18   depleted and says -- well, I can't say what she says.

19           She comes home completely depleted.  And my sense of

20   why that is it's like she was running on the treadmill because

21   she hates herself and she thinks she's fat, not because she

22   wanted to go for a run on a hobby.

23   Q.    Got it.

24           I have no further questions for you.  Thank you.

25           THE COURT:  Thank you.  All right, sir.  You may

—————B.R. v. F.C.S.B.—————

84

1    step down.

2            Again, is this witness subject to recall?

3            MR. BATES:  No, Your Honor.

4            MS. ZOLL:  No, Your Honor.

5            THE COURT:  All right.  Sir, please do not discuss

6    the case or any aspect of the case with anyone while the case

7    is pending.

8            Thank you.  You may step down.

9            (Witness excused.)

10           THE COURT:  Just a moment, Mr. Brenner.

11           MR. BRENNER:  Your Honor, at this time the plaintiff

12   would like to first read in a stipulation between the parties.

13           THE COURT:  Ladies and gentlemen, I've told you at

14   certain other times in the course of the proceeding a

15   stipulation is something that the parties agree to as if a

16   person had actually taken the stand and testified to such.

17           You can give it whatever weight you determine it

18   deserves.

19           MR. BRENNER:  And we'll mark this as Plaintiff's 808

20   for the record.

21           THE COURT:  Yes, sir.

22           MR. BRENNER:  It's titled "Joint Stipulation of

23   Uncontested Facts."  It reads as follows:  "All parties hereby

24   agree; one, Rachel Carson Middle School and all of Fairfax

25   County is within the Eastern District of Virginia in its

─────────── B.R. v. F.C.S.B. ───────────

85

1   Alexandria Division.

2          "Two" -- may I confer with counsel?

3          THE COURT:  Yes.

4          (Counsel confers.)

5          MR. BRENNER:  "Two, B.R., C.K., J.O., D.N., O.B.,

6   and C.O.K. were Fairfax County Public School students from at

7   least September 1, 2011, to at least June 30, 2012."

8          And that's the stipulation, Your Honor.

9          THE COURT:  Very good.

10         MR. BRENNER:  And then the second thing is I'd like

11  to, with Your Honor's permission, read in an admission.

12         THE COURT:  You may.

13         MR. BRENNER:  It was alleged in paragraph 227 of

14  plaintiff's second amended complaint, the allegation was, "At

15  all relevant times, plaintiff was a student at RCMS" -- which

16  had been defined as Rachel Carson Middle School -- "an

17  educational institution receiving federal funds."

18         And in response, F.C.S.B., which had been defined as

19  Fairfax County School Board, admits that plaintiff was a

20  student at RCMS during the 2011/2012 school year, and then

21  RCMS is part of a school system that receives federal funds.

22         And that's the completion of the admission,

23  Your Honor.

24         THE COURT:  Very good.

25         Once again, ladies and gentlemen, admission is

──────────────────────── B. R. v. F.C.S.B. ────────────────────────

86

1   similar to a stipulation.  There are certain predicates or

2   requirements that need to be met by anyone filing a lawsuit as

3   far as venue -- I'm not going to get into that too much for

4   you -- and jurisdiction.  And the things that Mr. Brenner read

5   into the record are basically an acknowledgment in some

6   respects that Fairfax County Public Schools and the defendants

7   admit those particular things for purposes of putting the case

8   in this courtroom and in this jurisdiction.

9           MR. BRENNER:  And then, Your Honor, subject to the

10  issues we discussed on the record regarding the formal

11  admission of certain exhibits, at this time, plaintiff rests

12  our case.

13          THE COURT:  Very good.

14          Ladies and gentlemen, I'm going to go ahead and give

15  you your break.  I anticipate that you're going to be out

16  for 20, 25, 30 minutes, so we'll see you back in at about

17  11:15.

18          Please do not discuss the case or any aspect of the

19  case with anyone.

20          (Jury excused.)

21          THE COURT:  Thank you, ladies and gentlemen, you may

22  be seated.

23          Counsel, why don't we go ahead and take our break

24  until about 11 o'clock, and then we can come back in and

25  address the issues we need to address.  11 o'clock.

B.R. v. F.C.S.B.

87

1             (Recess.)

2             (Court proceedings resumed at 11:12 a.m.)

3             THE COURT:  Okay.  We're back on the record.  The

4    plaintiff has rested.

5             Are there any motions?

6             MR. ELLIKER:  Yes, Your Honor.  I did some reading

7    on this.  I believe under Rule 50(a) a motion can be made at

8    any point before the case is sent to the jury.

9             THE COURT:  Yes, sir.

10            MR. ELLIKER:  I understand that the Court, in order

11   to make sure we preserve that, we have motions for judgments

12   of matter of law, but we'll reserve argument until the end of

13   defense case.

14            THE COURT:  All right.  Mr. Blanchard.

15            MR. BLANCHARD:  Same for -- for my position,

16   Your Honor.  I believe grounds for motion lie, but I'll

17   reserve my argument until the close of evidence.

18            THE COURT:  Thank you, Mr. Blanchard.

19            MR. KINNEY:  Your Honor, Michael Kinney.  On behalf

20   of my clients, I do believe that grounds lie, but according to

21   the Court's preference, we'll wait until the close of the

22   evidence.

23            THE COURT:  Very good.  Let me make sure that I make

24   a record on this.  I appreciate counsels' willingness to allow

25   the record to be developed in this manner.

B.R. v. F.C.S.B.

88

1          Under the Federal Rules of Civil Procedure, if a

2   party has been fully heard on an issue during a jury trial and

3   the Court finds that a reasonable jury would not have a

4   legally sufficient evidentiary basis to find for the party on

5   that issue, the Court may resolve the issue against the party,

6   grant a motion for judgment as a matter of law against the

7   party on a claim of defense that under the controlling law can

8   be maintained or defeated only with a favorable finding on

9   that issue.

10         Under this rule, a district court can grant judgment

11  as a matter of law if it finds that a reasonable jury would

12  not have a legally sufficient evidentiary basis to find for

13  the party on that issue.  See Federal Rules of Civil Procedure

14  50(a) and (b), with the emphasis added also referencing *Dupree*

15  *versus Younger*, 598 U.S. 729, 143 Supreme Court 1382, 1390,

16  2023 case from the Supreme Court of the United States.

17         The Court finds that the parties of the action,

18  particularly the defendant, has perfected this issue before

19  the Court, and the Court will essentially take the matter

20  under advisement.

21         MR. BLANCHARD:  Thank you, Your Honor.

22         THE COURT:  Are we ready to bring the jury in?

23         MR. BLANCHARD:  I think we are.

24         MR. BRENNER:  Yes, Your Honor.

25         MR. BLANCHARD:  Your Honor, may I approach?

─────B.R. v. F.C.S.B.─────

89

1          THE COURT:  You may.

2          (Jury present.)

3          THE COURT:  All right.  You may have a seat.

4  Thank you, ladies and gentlemen.

5          Ladies and gentlemen of the jury, the plaintiff has

6  rested its case.  Now you will hear the defendants.

7          As you may recall, there are separate defendants in

8  this action.  And the order might not be what we have

9  traditionally followed, but I think if you just simply pay

10 attention, as you have throughout this entire trial, you will

11 understand why we're proceeding in this fashion.

12         Mr. Blanchard.

13         MR. BLANCHARD:  Good morning, Your Honor.  Bruce

14 Blanchard, counsel for Defendant J.O.  We call J.O. to the

15 stand.

16         THE COURT:  Come on up, ma'am.

17         (J.O., Defendants' witness, sworn.)

18         THE COURT:  Ma'am, please have a seat.  Listen to

19 the questions of counsel and answer them as best you can.  If

20 you hear the court interrupt or there's an objection, please

21 pause before answering any question.

22         THE WITNESS:  Okay.

23                      DIRECT EXAMINATION

24 BY MR. BLANCHARD:

25 Q.  Good morning.

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────
EASTERN DISTRICT OF VIRGINIA

─────B.R. v. F.C.S.B.─────

90

1    A.    Good morning.

2    Q.    You are J.O. in this -- in this case, correct?

3    A.    Yes.

4    Q.    And what is your first name?

5    A.    My name is J█████.

6    Q.    And is it all right if I call you J████ and other counsel

7    call you J████ during this examination?

8    A.    Yes, that's okay.

9    Q.    How old are you?

10   A.    I am 25.

11   Q.    And when did you turn 25?

12   A.    November 4th of last year.

13   Q.    All right.  You've heard about the actions or events of

14   2011 and 2012?

15   A.    Yes.

16   Q.    Can you tell the jury how old you were at the time of

17   those school years?

18   A.    I was 12 or 13.

19   Q.    So you were -- turned 12 and then turned 13 in the

20   following year?

21   A.    Correct.

22   Q.    Okay.  What do you do now?

23   A.    Right now I am unemployed so I can be here.  But during

24   the winter, I was working at a ski resort in Vermont as a lift

25   operator.

B.R. v. F.C.S.B.

91

1  Q.   Okay.  And what do you -- you live in Vermont?

2  A.   Yes.

3  Q.   What do you do when you're not working as a lift

4  operator?

5  A.   During the summers, I have done seasonal work.  So I've

6  worked with the Conservation Corps, doing, like, trail

7  maintenance.  I've also worked at a farm just doing like

8  vegetable production.

9  Q.   Were you -- was your current employer unable to hold your

10  job?  Is that why you're unemployed now because you had to

11  come here for a month?

12  A.   Correct.

13  Q.   Okay.  Briefly, let's -- can you tell the jury, when did

14  you first move to Virginia?

15  A.   I first moved to Virginia in the summer before 6th grade.

16  Q.   Okay.  And what school did you attend?

17  A.   I went to Floris Elementary.

18  Q.   And after Floris Elementary, where did you go?

19  A.   After that, I went to Rachel Carson Middle School.

20  Q.   And that was for 7th and 8th grade?

21  A.   Yes.

22  Q.   After Rachel -- Rachel Carson, where did you go?

23  A.   After that, I went to Westfield High School.

24  Q.   Okay.  And did you graduate from Westfield High School?

25  A.   Yes.

B.R. v. F.C.S.B.

92

1    Q.   And after Westfield High School, where did you go?

2    A.   After that, I went to Virginia Commonwealth University.

3    Q.   Okay.  And did you graduate from Virginia Commonwealth?

4    A.   Yes.

5    Q.   Now, in getting admission to Virginia Commonwealth or

6    anything else, did you receive any assistance from anyone, or

7    is that something you did on your own?

8    A.   I did it on my own.

9    Q.   Okay.  And in -- what was your degree in from VCU?

10   A.   Anthropology and environmental studies.

11   Q.   And tell the jury how you got to Vermont.

12   A.   So after graduating college, I was just kind of taking

13   some time off.  I went to Vermont, and I hiked 300 miles of

14   the long trail, which goes kind of up through the center of

15   Vermont.  And just kind of fell in love with it.  Went back to

16   Virginia for a while, and then ended up moving back there.

17   Q.   And since you've been in Vermont, have you pursued

18   your -- your -- I don't know if they're a conservation or --

19   or nature interests in that area?

20   A.   Yes, that's one of the main reasons I enjoyed it and

21   wanted to move there.

22   Q.   And you mentioned something about the Conservation Corps.

23   Have you done other things?

24   A.   Not directly with conversation, but, yeah, mostly just

25   outdoor work.

B.R. v. F.C.S.B.

93

1   Q.   Okay.  And is there a significant person in your life?

2   A.   Yes.

3   Q.   And who is that?

4   A.   I am dating someone called Cliff.

5   Q.   Okay.  Before I go into the relationship with -- with

6   B.R. and the history, let me start with you've heard the

7   allegations of the plaintiff that you, along with C.K., were

8   involved in a sexual assault, correct?

9   A.   Correct.

10  Q.   Are those allegations true?

11  A.   No.

12  Q.   Okay.  What, if any, sexual contact have you ever had

13  with the plaintiff in this case?

14  A.   None.

15  Q.   All right.  Let's go to 6th grade.  You said you moved

16  here right before 6th grade, correct?

17  A.   Correct.

18  Q.   And you went to Floris Elementary?

19  A.   Yep.

20  Q.   Is that where you first met B.R.?

21  A.   Yes.

22  Q.   Okay.  Tell the jury about how you came to know her and

23  what the relationship started.

24  A.   So we met probably the first week of school.  It was very

25  early on in the year.  We got along really well.  We were

B.R. v. F.C.S.B.

94

```
 1   hanging out, spending as much time together, as we could, in

 2   and out of school.  We were best friends.

 3   Q.   Okay.  And when you say, "hanging around in and out of

 4   school," can you describe what -- where would you hang out in

 5   school?

 6   A.   I think we had PE and music class together.  So we would

 7   spend as much time together during those classes.  If we ever

 8   saw each other in the hallway, you know, we would be hugging

 9   each other, catching up, all of that.  Yeah.  That's pretty

10   much it.

11   Q.   Okay.  How about outside of school?

12   A.   Yeah, we would hang out on the weekends.  Occasionally

13   after school.

14   Q.   Okay.  When you say "occasionally after school," was

15   there any difficulty with hanging out with B.R. after school?

16   A.   Yeah.  She was busy a lot of the time.  She was doing a

17   lot of extracurricular activities.

18   Q.   All right.  And did she tell you anything about those

19   extracurricular activities?

20   A.   I recall her telling me that she didn't love doing them

21   as much as she was doing them, that it was more so for her

22   mother and her mother wanting her to do it and trying to keep

23   up with that.

24   Q.   So that would limit the time you could spend together

25   after school?
```

─────────────── B.R. v. F.C.S.B. ───────────────

95

1   A.    Correct.

2   Q.    How far was your house from B.R.'s house?

3   A.    A few miles.

4   Q.    Was it walkable?

5   A.    No.

6   Q.    All right.  So when you and B.R. would meet up on

7   weekends or after school, was it usually in your neighborhood

8   or her house?

9   A.    It was almost always at my house.

10  Q.    And was there a reason for that?

11  A.    I got the feeling that her mother didn't very much like

12  me.  And we couldn't really talk about or, like, do the same

13  things at her mom's house that we would have usually been

14  doing, if that makes sense.

15  Q.    Did B███ express to you a preference as to where she

16  would like to hang out?

17  A.    Yeah.  She definitely would prefer to hang out outside of

18  her house.

19  Q.    Okay.  When you went to B███ -- do you ever remember

20  being invited to her house?

21  A.    I do not recall ever being invited to her house.

22  Q.    So if -- well, let me move to -- do you recall whether

23  you went to B███ neighborhood when you were in 6th grade?

24  A.    In 6th grade, maybe not.

25  Q.    Okay.  And I understand -- if you can tell the jury a

B.R. v. F.C.S.B.

96

1  little bit about -- well, let me rephrase this.

2          The last time you saw B.R. before the first day of

3  this trial, when was that?

4  A.   Probably her last day of school at Rachel Carson.

5  Q.   Okay.  So when you were 12 in early February of 2012?

6  A.   Correct.

7  Q.   Okay.  And had you had any contact or communication with

8  her from that last day she was in school?

9  A.   I do not believe so.

10 Q.   Okay.  And where were you when you were served with this

11 lawsuit?

12 A.   I was living in Richmond.  I was still going to VCU.

13 Q.   Okay.  Had you thought anything about middle school over

14 the ensuing years of 8th grade -- well, from high school and

15 college?

16 A.   No, I had not thought about it at all since then.

17 Q.   Okay.  And when you read the original complaint filed

18 against you, did you have a specific recollection of details

19 from 7th grade?

20 A.   Some details of just like what was happening in 7th

21 grade, but nothing of what is mentioned in this.

22 Q.   Okay.  And when you say "nothing of what is mentioned in

23 this," meaning the allegations of all that was supposedly

24 going on --

25 A.   Correct.

B.R. v. F.C.S.B.

97

1  Q.   -- at the school and with B.R.?

2        Okay.  So 6th grade ends, and you go to 7th grade.

3  What is the status of your relationship with B███ at that

4  point.

5  A.   We were still best friends.  Everything seemed pretty

6  much the same.  We were hanging out the same amount, hanging

7  out in school, outside of school, same thing.

8  Q.   Okay.  So let's talk about Rachel Carson.  The school --

9  the schedule was a bit different than at Floris, correct?

10 A.   Correct.

11 Q.   And as I understand it, you and B███ were not in the

12 same team or pod?

13 A.   Correct.

14 Q.   And that most of your courses were located where your

15 lockers were in your pod; is that correct?

16 A.   Yes.  Yeah.

17 Q.   So where -- what opportunities would you have to see

18 B███ or hang out with B███ during the school day?

19 A.   So I would see her either before classes started.  There

20 was a period of time when -- like between the buses getting

21 there and when your first class was that you could kind of

22 hang out, get stuff out of your locker, go get breakfast, kind

23 of just hang out.

24        Sorry, did you want me to go on?

25 Q.   All right.  So before class started, was the cafeteria

B.R. v. F.C.S.B.

98

1  opened?

2  A.   Yes.

3  Q.   And students who arrived before classes could go in there

4  and sit in the cafeteria?

5  A.   Correct.

6  Q.   Okay.  And that was a place where you and B████ would

7  meet?

8  A.   Yup.

9  Q.   How about after school, how would you meet after school?

10  A.   After school, B███ would usually get dropped off at my

11  house or we would go somewhere else to get, like, food or,

12  like, walk around a shopping center or something.

13  Q.   Okay.  And were there occasions where you went to B████

14  neighborhood?

15  A.   Yes.

16  Q.   Okay.  And what would you have to do -- well, strike

17  that.

18        How would it come about that you would meet B███ in

19  her neighborhood?

20  A.   We would meet in her neighborhood and walk around, go to,

21  like, the parks in that area, yeah.

22  Q.   And, again, would -- how would you have to get there?

23  A.   My grandmother would usually be driving me.

24  Q.   Okay.  And so you needed a ride?

25  A.   Yeah.

B.R. v. F.C.S.B.

99

```
1   Q.   And how would you get home?

2   A.   My grandmother would pick me up.

3   Q.   Okay.  So you would call your grandmother to come and get

4   you?

5   A.   Correct.

6   Q.   All right.  In 6th grade and into 7th grade, did B█████

7   ever tell you anything about her parents?

8   A.   Yes.

9   Q.   What do you recall her telling you?

10  A.   She would tell me that her mom was quite overbearing,

11  that she was very focused on B██████ academics and her

12  extracurricular activities and that it was a lot for B█████ to

13  handle.  I just recall her being quite anxious of, like,

14  having to fulfill all these things that she was supposed to be

15  doing and kind of living up to the expectation that she

16  thought her parents thought her brother was kind of doing, if

17  that makes sense.

18  Q.   Okay.  Did you see B████ get -- have any reactions,

19  emotional or otherwise, to daily events in school, like

20  getting a grade or hearing someone called a name?

21  A.   Yeah.  If she would get a bad grade, she would not react

22  well.  She would be quite upset.  She would just be a little

23  anxious of how her mother would react to it.

24  Q.   Okay.  So we started 7th grade.  You're close friends.

25       When you start 7th grade, do you meet a boy that
```

─────B.R. v. F.C.S.B.─────

100

1    you're -- you like?

2    A.   Yes.

3    Q.   All right.  And is that the person that's been referred

4    to as C.K.?

5    A.   Yes.

6    Q.   And how did you meet him?

7    A.   I think we had lunch in the same period.  Our tables

8    were, like, up next to each other, and we just met that way.

9    Q.   Okay.  And I'm going to ask you to define what, to you,

10   dating was in middle school.

11   A.   So we were considering ourselves boyfriend and

12   girlfriend.  We were hanging out just like friends would.  We

13   would hold hands.  We would hug.  We would kiss.  You know,

14   watch movies together, maybe cuddle during that.  That was

15   about it.

16   Q.   Okay.  Was there ever any intimate sexual contact between

17   you and C.K.?

18   A.   No.

19   Q.   And there was no touching of each other's intimate parts

20   either above or underneath clothing?

21   A.   No.

22   Q.   And was there any type of actual, either oral or vaginal

23   or otherwise, sex?

24   A.   None.

25   Q.   Okay.  And had you experienced anything like that but

1   in 7th grade?

2   A.   No.

3   Q.   Okay.  Now, as you and C.K. start spending time together,

4   were you doing -- what were you doing in terms of hanging out?

5   A.   Usually we would -- I would have my grandmother drive me

6   to his house or his neighborhood, or one of his parents or

7   grandparents would drive him to my house.  And we would --

8   same thing, walk around the neighborhood, go to a shopping

9   center, like, get something to eat, hang out, talk.

10  Q.   All right.  And when -- when did -- that relationship

11  begin to start sometime in September?

12  A.   Yes.

13  Q.   And when did it end?

14  A.   It ended in, like, the end of October, I would say.

15  Q.   Okay.  During the time that you were dating C.K., did

16  B.R. ever join you after school when you hung out with C.K.?

17  A.   Yes.

18  Q.   And tell the jury a little about, you know, when that

19  would happen and what you guys would do.

20  A.   So quickly after me and C██████ started dating, B███

21  would hang out with us, maybe once a week, once every other

22  week.  And we would do the same things, you know, walking

23  around, getting something to eat , talking.

24  Q.   Okay.  Would you all also hang out with other classmates?

25  A.   Yes.

B.R. v. F.C.S.B.

102

1  Q.   Okay.

2           MR. BLANCHARD:  Can I get a picture -- I'm sorry --

3  get exhibit -- Defendants' Exhibit 56.

4           It's already admitted, Your Honor.

5           THE COURT:  It's in.  You may publish.

6           MR. BLANCHARD:  Thank you.

7           (Exhibit published.)

8  BY MR. BLANCHARD:

9  Q.   Can you see what's been marked as Defendants' Exhibit 56?

10  A.   Yes.

11  Q.   And I think this has been testified to, but who do you

12  see facing you in the picture?

13  A.   That is B█████ and David.

14  Q.   All right.  Now, I noticed that picture was posted on

15  October 21st of 2011, correct?

16  A.   Correct.

17  Q.   Do you recognize anyone else in this picture?

18  A.   Yes.  I am in the yellow jacket on the right, and

19  C████████ is in the blue.

20  Q.   Okay.  And how do you recognize that?

21  A.   I know that's a sweater I have, and that's my hair.  And

22  I think that's a shirt that C████████ had.

23  Q.   All right.  Let me ask you one thing, looking at this

24  picture.  How tall are you?

25  A.   I'm 4'11.

B.R. v. F.C.S.B.

103

1    Q.    How tall were you in 7th grade?

2    A.    Also 4'11.

3    Q.    So you haven't grown?

4    A.    No, I have not grown.

5    Q.    And as long as I'm on that subject -- and I hate to

6    embarrass you or question you about it.  But I've heard --

7    you've heard talk about the lockers.

8    A.    Correct.

9    Q.    Were you ever able to see over your locker?

10   A.    Yeah, I could see over the lockers.

11   Q.    Okay.  So they were not above your eye level and height?

12   A.    No.

13   Q.    Okay.  All right.  So this picture, do you have any

14   specific recollection of what was going on that day?

15   A.    Um, just that we all decided to hang out, and we were

16   walking around.  It looks like he had a dog with him, maybe.

17   Q.    Okay.

18   A.    But I don't really recall.

19   Q.    And it appears that D.N.'s got his arm around B████ -- I

20   mean, B████; is that correct?

21   A.    Correct, yeah.

22   Q.    In seeing this picture, did it help you remember what was

23   going on with B████ in October of 2011?

24             MR. BRENNER:  Objection, leading.

25             MR. BLANCHARD:  I'll rephrase.

B.R. v. F.C.S.B.

104

 1          THE COURT:  Rephrase.

 2   BY MR. BLANCHARD:

 3   Q.   When did you see this picture?

 4   A.   For the first time or?

 5   Q.   Well, do you recall seeing it when you were in 7th grade

 6   or 8th grade?

 7   A.   Yes.

 8   Q.   Okay.  And what do you recall about that?

 9   A.   Just that C███████ posted it on like -- maybe within a

10   week or two of hanging out that day and that we all kind of

11   wanted the picture to be posted.

12   Q.   And do you know whether that picture was taken before or

13   after the pumpkin patch?

14   A.   Um, I would say before.

15   Q.   Okay.  You didn't attend the pumpkin patch, correct?

16   A.   I don't think I did, no.

17   Q.   All right.  Could you take a look at picture -- let me

18   just ask you one thing.

19          Looking at Exhibit 58, is that indicative of what

20   you've described as when you would hang out, go for walks and

21   do other things?

22   A.   Correct, yes.

23   Q.   Okay.  If you could take a look at -- bear with me one

24   minute here.

25          Can you take a look at Defendants' 58 and 59, which

─B.R. v. F.C.S.B.─

105

1   have also been admitted?

2           THE COURT:  You may publish.

3           (Exhibit published.)

4   BY MR. BLANCHARD:

5   Q.   Okay.  Let's start with -- that appears to be Exhibit 58.

6           Are you in the photo?

7   A.   Yes.  I'm in this photo.

8   Q.   And who is -- are you the face on the top or on the

9   bottom?

10  A.   I'm, yeah, on the bottom.

11  Q.   All right.  And who is above you?

12  A.   B████.

13  Q.   Okay.  And if you can look at Exhibit 59, is that picture

14  also of you and B███?

15  A.   I don't think there's another photo up yet, but...

16          MR. BLANCHARD:  Can we publish?

17          THE COURT:  You may.

18          (Exhibit published.)

19          THE WITNESS:  Yes, that is me and B███.

20  BY MR. BLANCHARD:

21  Q.   Do you know in 58 or 59 -- or do you recall if they were

22  taken on the same day?

23  A.   They were on the same day.

24  Q.   All right.  Is there anything, once you saw these

25  pictures, that allowed you to identify what day this occurred?

─────── B.R. v. F.C.S.B. ───────

106

1   A.   Yes.  So I have some pink highlighter on my face.  I

2   remember that there was a pink spirit day.

3   Q.   Okay.  Let me interrupt you for a --

4              MR. BLANCHARD:  Can we get Defendants' Exhibit 32, I

5   believe it is?  Is that --

6              MR. BRENNER:  Which number is that?

7              MR. BLANCHARD:  I think it's your Exhibit 32.

8              THE COURT:  Okay.  32 is not in.

9              MR. BLANCHARD:  Okay.  I won't publish it.  I want

10  to make sure I got it --

11  BY MR. BLANCHARD:

12  Q.   Do you recognize Exhibit 32 --

13             MR. BLANCHARD:  I'm sorry, they're both the same?

14  Okay.

15             All right.  I tell you what, before we do that, why

16  don't we stay with -- with -- I think it's two -- for the

17  Court's information, I believe I've got two pictures of the

18  same thing, and I was just trying to look if one was -- was

19  better than the other.

20             THE COURT:  All right.

21  BY MR. BLANCHARD:

22  Q.   But if you look at paragraph -- I mean, sorry --

23  Exhibit 59.

24             MR. BLANCHARD:  Can you zoom in on her forehead?

25             And this is the picture that's already been

B.R. v. F.C.S.B.

107

1   published.

2   BY MR. BLANCHARD:

3   Q.    J▬▬, as you look at that picture, it appears to have

4   been highlighted.  Is there -- what are you -- is that what

5   you're talking about the pink --

6   A.    Yes.

7   Q.    -- writing?

8   A.    Yeah, I think there's like lines going this way on my

9   face, and then there's like a smiley face on my forehead.

10  Q.    Okay.  And the school was the -- Rachel Carson's mascot

11  was the panthers?

12  A.    Yes.

13  Q.    Was it the pink panthers?

14  A.    Just the panthers, but on this, day I think it was like a

15  pink panther day.

16  Q.    And so it was a spirit day.  And you said -- and people

17  would either wear pink or put pink markings on their face?

18  A.    Yeah.  I think some people were even, like, dyeing their

19  hair pink.

20  Q.    Okay.  And was that here in -- have you seen anything

21  that leads you to conclude that that spirit day was on

22  October 21st?

23  A.    Yes.

24  Q.    Okay.  And that was a Facebook page?

25              MR. BRENNER:  Objection, leading, Your Honor.

B.R. v. F.C.S.B.

108

1      THE COURT:  Sustained.

2  BY MR. BRENNER:

3  Q.   Okay.  Do you know whether -- what day of the week

4  October 21st was?

5  A.   I do not know.

6  Q.   Okay.  Let me ask you this, then.

7      THE COURT:  Take the exhibit down.

8      MR. BLANCHARD:  Oh, take it down.

9  BY MR. BRENNER:

10 Q.   Were there late buses that ran on Fridays out of

11 Rachel Carson Middle School?

12 A.   I don't think so.

13 Q.   Okay.  Let me have you take a look at Defendants'

14 Exhibit 389.

15     THE COURT:  389 is not in.

16     MR. BLANCHARD:  All right.

17     MR. BRENNER:  No objection, Your Honor.

18     THE COURT:  Without objection.  You may post.

19 (Defendants' Exhibit No. 389 was admitted into evidence.)

20     MR. BLANCHARD:  You can publish.

21     (Exhibit published.)

22 BY MR. BLANCHARD:

23 Q.   Do you recognize the picture on 389?

24 A.   Yes.

25 Q.   And what is that a picture of?

B.R. v. F.C.S.B.

109

1  A.   That is me with a very scraped-up knee.  Do you want me

2  to tell you about how it happened?

3  Q.   Well, I want you to tell me about what you remember of --

4  about this day, the spirit day in general.  Is that a day that

5  you and C███████ met -- met B████?

6  A.   Yes.

7  Q.   And where did you all meet?

8  A.   We met up in her neighborhood.

9  Q.   Okay.  And tell the jury what -- what you guys were

10  doing.

11  A.   So we met up, and we walked to some park.  It had a

12  playground.  There was a water crossing that had like stepping

13  stones across it, and I fell at some point on those stepping

14  stones.  And then we walked back to her house like this.

15  Q.   Okay.

16  A.   Or like her -- that area around her house, not to her

17  house, but --

18  Q.   Okay.  So did you -- did you walk back to her house but

19  stop before you got to her house?

20  A.   We stopped at the little park area that's right near her

21  house.

22  Q.   Okay.  And why didn't you proceed to her house?

23  A.   I think she knew she had a little bit more time before

24  dinner.  We were all kind just kind of waiting for dinnertime

25  to go our separate ways, and we were just waiting, taking

1    pictures.

2    Q.    Okay.  How did -- how did the afternoon end?

3    A.    I think she just knew that it was dinnertime.  She went

4    home, and then me and C░░░░░ went home.

5    Q.    And your grandmother -- you would have called your

6    grandmother to pick you up?

7    A.    Yeah.

8    Q.    Again, did anything of a sexual nature occur on that day?

9    A.    Nothing.

10   Q.    Okay.  All right.  Let's move to November -- well, strike

11   that.

12              From -- from the time these pictures were taken, to

13   the start of November, were you ever accused of any

14   inappropriate conduct with B░░░░?

15   A.    I do not recall that, no.

16   Q.    In fact, let's step back and go through this.

17              Let's get to November.  Did something happen in

18   the -- in early November where you and B░░░░ were together?

19   A.    Yes.

20   Q.    And what was that?

21   A.    I had a birthday party.  I think it was on my birthday,

22   November 4th.

23   Q.    Okay.  And B░░░░ and other students attended?

24   A.    Yes.

25   Q.    Okay.  Did B░░░░ express any reservation to you about

B.R. v. F.C.S.B.

111

1   coming to your party or not wanting to come to your party?

2   A.    None.

3   Q.    Okay.  After your birthday party, let's continue through

4   the relationship, you were still best friends with B.R. at

5   that time?

6   A.    Yes.

7   Q.    Okay.  Did there come a time when you all had a little

8   bit of a falling out?

9   A.    Yeah, I think there were a few times we would have little

10  tiffs and maybe not be friends for a few days or a week and

11  then get back together and act like nothing happened.

12  Q.    Okay.  Was -- did one of those times occur in -- in early

13  November?

14  A.    Yes.

15  Q.    Okay.  Please tell the jury what happened.

16  A.    So there was one day I was standing by my locker in the

17  morning before the first period, and C███████ and B████ both

18  came up to me.  And they were like, We have something to tell

19  you.  We have a secret.

20          And I was like, Okay.

21          And they told me that they were dating.

22  Q.    Okay.  And you and C█████████ -- had you and C█████████

23  broken up by this period?

24  A.    Yes.  C████████ and I had broken up like end of October.

25  Q.    Okay.  And how did you react to -- to the news that they

—B.R. v. F.C.S.B.—

112

1   were dating?

2   A.   I was not very happy about it.  I thought that because,

3   like, we -- because we had all been hanging out that I felt

4   like someone had been lying about their feelings, lying to me,

5   so I kind of felt slighted, but --

6   Q.   Okay.  So you -- was that directed at both of them?

7   A.   Yes.

8   Q.   Okay.  Do you recall how long you feeling slighted and

9   not wanting to talk to them lasted?

10  A.   Maybe a week.

11  Q.   Okay.  In mid-November, do you recall posting anything on

12  David Neil's -- excuse me -- D.N.'s Facebook page that related

13  to B███?

14  A.   I do.

15  Q.   Please tell the jury what you posted.

16  A.   So there is a video I posted on his Facebook wall where

17  I'm kind of addressing rumors I had heard and the fact that I

18  thought David was spreading them.  They were involving B███

19  and B███ and I.  And I kind of just said, You know, these

20  things aren't true.  Why are you saying this?

21  Q.   Okay.  So you posted something defending B███ against

22  rumors?

23  A.   Correct.

24  Q.   And at that time did you believe that B███ may -- what

25  was your belief with respect to the rumors?

B.R. v. F.C.S.B.

113

1  A.  I thought that they weren't true.  I mostly thought that

2  David was spreading them.

3  Q.  Okay.  Do you recall any other issues with B.R. following

4  this period in November?

5          MR. BRENNER:  Objection, Your Honor.  It's vague.

6          THE COURT:  Rephrase.  Rephrase.

7  BY MR. BLANCHARD:

8  Q.  All right.  Let's move to December.

9          You were present in the courtroom for -- when

10  Mr. Ki█ testified, correct?

11  A.  Correct.

12  Q.  Was his description of your's and B█████ relationship in

13  December and January consistent with your -- with that

14  relationship?

15  A.  Yeah, I would say it was consistent.

16  Q.  And, again, how were you addressing B.R. in the hallways?

17  What were you doing in school as far as hanging out?

18  A.  Yeah, so the -- I think in 7th grade we maybe just had PE

19  together, but if we were in PE together, we would be hanging

20  out.  If we were seeing each other in the hallway, we would

21  hug and be like, Hey, what's up.

22  Q.  Okay.

23  A.  Those types of things.

24  Q.  You know, I -- I neglected to ask you, I think.  Did --

25  who broke up with whom with you and C.K.?

B.R. v. F.C.S.B.

114

1  A.    I broke up with C█████████, yeah.

2  Q.    And why?

3  A.    I had a crush on another boy.

4  Q.    Okay.  And was his first name Atta?

5  A.    Yes, his name was Atta.

6  Q.    If you could take a look at Exhibit 214 in your binder,

7  which I don't think has been admitted yet.

8             THE COURT:  It's not in.

9  BY MR. BLANCHARD:

10 Q.    Do you recognize this document?

11 A.    I do recognize this document.

12 Q.    And what is it?

13 A.    It is a student statement that I wrote.

14 Q.    Okay.  And so you are the author of this document?

15 A.    Correct.

16            MR. BRENNER:  We have no objection, Your Honor.

17            THE COURT:  Without objection.

18            MR. BLANCHARD:  Your Honor, I move in 354 and ask to

19 publish.

20            THE COURT:  You may publish.

21            MR. BRENNER:  214.

22            MR. BLANCHARD:  I'm sorry, 214.  And ask to publish.

23            THE COURT:  You may.

24 (Defendants' Exhibit No. 214 was admitted into evidence.)

25            (Exhibit published.)

B.R. v. F.C.S.B.

115

1   BY MR. BLANCHARD:

2   Q.   If you can look at the first paragraph, J█████.  And it

3   says, "On Thursday, I was sitting with B█████ and C."

4          This was -- Thursday was February 9th, is my

5   understanding from the calendar we looked at.

6          THE COURT:  Just a moment.  Just a moment.  Make

7   sure the people that entered are not witnesses in the case.

8   New people came in.

9          MR. BLANCHARD:  I'm sorry.

10          THE COURT:  Some new people came in.  I just want to

11   make sure they're not witnesses.

12          MR. BLANCHARD:  Not that I'm aware of.

13          THE COURT:  Okay.  Very good.

14   BY MR. BLANCHARD:

15   Q.   Do you know -- this is written by a teacher named Woolf

16   and the subject is the gym class, correct?

17   A.   Yeah, I guess that means I was in gym at the time that I

18   got called out, maybe.

19          MR. BRENNER:  Your Honor, I believe Mr. Blanchard --

20   it is not written by Woolf.

21          THE WITNESS:  Yeah, it was written by me.

22          MR. BLANCHARD:  Correct, it was written by her.

23          THE COURT:  When you address the Court, stand.

24          MR. BRENNER:  Oh, I'm sorry, Judge.  This is not

25   written by Woolf.

B.R. v. F.C.S.B.

116

1        MR. BLANCHARD:  I appreciate the clarification.

2   BY MR. BLANCHARD:

3   Q.   This is written by you, correct?

4   A.   Yes, this is written by me.

5   Q.   All right.  So on -- and it was written on 2/13/12,

6   correct?

7   A.   Yes.

8   Q.   Which we had previously -- other witnesses have

9   identified was after B.R. had left school, correct?

10  A.   Correct.

11  Q.   And B.R.'s last day was February 9th, correct?

12  A.   Correct.

13  Q.   And that was a Thursday, correct?

14  A.   If you say it's a Thursday.

15  Q.   We have -- I think it's -- Defendants' Exhibit 81 is the

16  calendar, I believe.

17       THE COURT:  Stipulate to that, Mr. Brenner.  What

18  day of the week?

19       MR. BRENNER:  Yeah, I don't remember exactly, but I

20  think he's right, the 13th was the following Monday or

21  Tuesday.

22       THE COURT:  Very good.  Thank you.

23  BY MR. BLANCHARD:

24  Q.   So on the last day that B.R. was in school, you all were

25  sitting together when this incident occurred, correct?

B.R. v. F.C.S.B.

117

```
 1   A.   Correct.  Yes.

 2   Q.   All right.  If you could look at the second -- well,

 3   strike that.  Stay on the first page.

 4        Again, your statement of facts you indicate that

 5   Flowers walked over to C and he called B.R. a douche bag,

 6   correct?

 7   A.   Correct.

 8   Q.   And so your statement was that B███, in response, said

 9   the A word?

10   A.   Yes.

11   Q.   But you were clear that she -- that -- you were defending

12   B.R. that she hadn't started this, correct?

13        MR. BRENNER:  Objection, leading.

14        THE COURT:  It is.

15   BY MR. BLANCHARD:

16   Q.   What was your point in your statement?

17   A.   I guess my point was that -- yeah, that they were both

18   calling each other names.

19   Q.   But who did you identify as calling -- starting it?

20   A.   Ben Flowers.

21   Q.   Okay.

22        MR. BLANCHARD:  You can take that down.

23   BY MR. BLANCHARD:

24   Q.   So if -- February 9th was the last day she was in school,

25   you all were still sitting together on that day?
```

B.R. v. F.C.S.B.

118

1    A.    We were, yes.

2    Q.    And is that, again, consistent with your testimony that

3    you all were friends?

4    A.    Yes, that is consistent.

5    Q.    Okay.  What I would like you to do now -- let's switch

6    topics.

7              I'm going to have you take a look at Defendants'

8    exhibits -- in your binder, starting with 354.

9              MR. BLANCHARD:  And these are not in and should not

10   be posted.

11             354, 355, 556, 357, 358, 359, 360, 361, 362, and

12   363, I believe.

13             THE COURT:  You anticipate any objection to those,

14   Mr. Brenner?

15             MR. BRENNER:  I didn't understand that Mr. Blanchard

16   was planning on moving them in at this point.

17             THE COURT:  Oh, I thought he was going to offer them

18   because he said they're not in evidence.

19             MR. BLANCHARD:  They're not, Your Honor.  But at

20   this point I'm not -- I'm reserving what I'm going to move

21   into evidence.  I'm going to ask her some questions, too,

22   first.

23             THE COURT:  That's fine.

24   BY MR. BLANCHARD:

25   Q.    Do you recognize those documents?

B.R. v. F.C.S.B.

119

1  A.    I do recognize them.

2  Q.    What are they?

3  A.    They are Facebook chats between me and C█████████.

4  Q.    And is that between November 11th of -- or let me see --

5  is that between -- it looks like November 11th and

6  November 22nd -- I'm sorry -- December 8th?

7  A.    Correct, yeah.  November 11th to December 8th.

8  Q.    Okay.  And do you recognize those as communications that

9  you had on Facebook chat with C.K.?

10  A.    Yes.

11  Q.    And do you recognize the page as C.K.'s Facebook page?

12  A.    Yes.

13  Q.    And I'm going to embarrass myself here, but can you

14  explain how Facebook chat works?

15  A.    What about it?

16  Q.    I've never been on Facebook, and I don't know if the jury

17  does, but what is --

18          THE COURT:  How does Facebook work?

19          THE WITNESS:  So the chat feature -- your -- like,

20  you have a list of your friends that were online and you could

21  click on, and, like, a little bubble would come up, and you

22  would just chat.  Kind of like an instant messenger.

23  BY MR. BLANCHARD:

24  Q.    Okay.  And if you hover your mouse over someone's

25  picture, does it link to their -- give you the link to click

———B.R. v. F.C.S.B.———

120

1    to them?

2    A.    To their profile, yeah, their name or their picture.

3    Q.    Okay.  And do these chats accurately reflect what you

4    were doing and saying in the time period of November 11th to

5    December 8th?

6    A.    Yes.

7    Q.    Let me ask you -- last topic.  Do you use --

8              (Counsel confers.)

9              MR. BLANCHARD:  Thank you, Your Honor.  I'm going to

10   go ahead and move in the Exhibits 354 -- Defendants'

11   Exhibit 354 through Defendants' Exhibit 363.

12             THE COURT:  Mr. Brenner?

13             MR. BRENNER:  Um...

14             (A pause in the proceedings.)

15             MR. BRENNER:  Just -- just subject to previous

16   authenticity issues regarding this type of message in general,

17   which we bring before pretrial.

18             THE COURT:  Okay.  So subject to the ruling of the

19   Court.  Okay.

20             MR. BRENNER:  Okay.

21             MR. BLANCHARD:  Your Honor --

22             THE COURT:  They are in.  They are in.

23   (Defendants' Exhibit Nos. 354 through 363 were admitted into

24   evidence.)

25             MR. BLANCHARD:  Okay.  Thank you.  Last topic.

B.R. v. F.C.S.B.

121

1   BY MR. BLANCHARD:

2   Q.   How did 7th and 8th graders talk in the hallways of

3   Rachel Carson Middle School when adults weren't around?

4   A.   It was pretty vulgar.  Everyone was, I think, cussing and

5   saying all kinds of things to each other.

6   Q.   And were you cussing?

7   A.   I definitely was.

8   Q.   And were you -- again, the time period from when you

9   started 7th grade up until B.R.'s last day, did you call

10  people names?

11  A.   Yeah.

12  Q.   Did you use the words like "bitch" or "slut" or "whore"

13  or those things on occasion?

14  A.   Yes.

15  Q.   Did you do it both in writing and verbally?

16  A.   Yes.

17  Q.   Okay.  What occasions would you do that?

18  A.   I wanted to be funny.  I wanted to be shocking.  I also

19  just sometimes said them as, like, almost like a term of

20  endearment for friends.  Like, I didn't mean anything negative

21  by it.

22  Q.   Like in some of the messages that you had just

23  identified, did you refer to C.K. as -- did you sign on or

24  reach out with using the word "whore," like, Hey, whore?

25  A.   Yes.

B.R. v. F.C.S.B.

122

1   Q.   Okay.  So that was not because you were calling him that,

2   in fact; is that correct?

3   A.   Correct, yeah.

4   Q.   All right.  And other times if people -- did people ever

5   say things about you?

6   A.   Yes.

7   Q.   And did you respond?

8   A.   Yes.

9   Q.   Okay.  Did you ever take your concerns or events when

10  they were -- when messages or slurs were made against you, did

11  you ever go to school administrators?

12  A.   I did not.

13  Q.   Why not?

14  A.   I just felt like I could kind of deal with it on my own.

15  I didn't think it was that big of a deal.

16  Q.   Okay.  And was it your experience that, when

17  administrators would see something, they would take action?

18          MR. BRENNER:  Objection, leading, Your Honor.

19          THE COURT:  Overruled.  It is what she observed.

20          THE WITNESS:  They 100 percent would take action.

21          MR. BLANCHARD:  Okay.  If I may have one moment,

22  Your Honor.

23          THE COURT:  You may.

24          (Counsel confers.)

25          MR. BLANCHARD:  Your Honor, that's all I have.

─────B.R. v. F.C.S.B.─────

123

1          THE COURT:  Can you say that again?

2          MR. BLANCHARD:  Those are all the questions I have

3    at this time.

4          THE COURT:  Okay.  I'm trying to manage the

5    circumstances.  This is an independent theory against J.O.  Is

6    there anybody on the defense side that wants to ask questions

7    before the plaintiff gets an opportunity to exam?

8          MS. REWARI:  Yes, Your Honor.  I would like to.

9          THE COURT:  You want to examine her on the theory

10   that they brought against her individually, not related to the

11   Title IX case?

12         MS. REWARI:  No, I was going to examine her with

13   respect to the evidence that's been put in so we wouldn't call

14   her in our Title IX case.

15         THE COURT:  Okay.

16         MS. REWARI:  Thank you.

17                    CROSS-EXAMINATION

18   BY MS. REWARI:

19   Q.   Good afternoon.

20   A.   Good afternoon.

21   Q.   My name is Sona Rewari.  I represent the Fairfax County

22   School Board.

23         Is it okay if I call you Ms. O?

24   A.   Yeah, you can call me whatever.

25   Q.   Thank you.

B.R. v. F.C.S.B.

124

1        Ms. O, I just want to go back over a couple of

2   things -- well, I want to ask you about some of the exhibits

3   that we just -- the Facebook messages that Mr. Blanchard moved

4   in with you.  If you could please take a look at Defendants'

5   Exhibit 354 in your book.

6        MS. REWARI:  And, Your Honor, may we publish this?

7        THE COURT:  You may.

8        (Exhibit published.)

9   BY MS. REWARI:

10  Q.   So if we can start on the second page.  Do the messages

11  sort of go -- if we go to the second page of this exhibit, do

12  they -- do you sort of have to read them from the bottom up to

13  get the timing?

14  A.   Correct.  Yeah.

15  Q.   And are the messages -- these look like they are pretty

16  close in time stamps.

17        Do you see that?

18  A.   Yes.

19  Q.   Okay.  So this is -- are these just like quick chats

20  you're typing in?

21  A.   Yes.

22  Q.   Did you sometimes access Facebook from your phone?

23  A.   I don't know if I was at that point.  I had an iPod touch

24  I could have maybe been doing it on, but usually my computer.

25  Q.   Okay.  And then C.K. is writing back to you in these

B.R. v. F.C.S.B.

125

1    messages?

2    A.   Yes.

3    Q.   And is the -- the B███ that's being referred to in these

4    messages, is that the plaintiff?

5    A.   Correct.

6    Q.   Did you have any other friends named B███ at that time?

7    A.   No.

8    Q.   Were you aware of any other students at Rachel Carson

9    with that first name?

10   A.   Nope.

11   Q.   Okay.  Let's go to the -- the front page of this

12   document.  And in the message that's in the middle of the page

13   there, on November 11, 2011, you wrote, "No," and then there's

14   the B word there.

15   A.   Correct.

16   Q.   Were you -- is this an example of you using a cuss word?

17   A.   Correct.

18   Q.   And what -- I mean, in what way were you using it there?

19   A.   I was just saying it to him.  I wasn't trying to, like,

20   be mean to him or anything.  We just often called each other

21   names like that.

22   Q.   Okay.  And did you and C.K., then, stay friends after the

23   two of you broke up?

24   A.   Yes.  I think -- I believe these messages were after

25   that.

─B.R. v. F.C.S.B.─

126

 1   Q.   Okay.  All right.  If you could please take a look at

 2   Defendants' Exhibit 355.

 3              MS. REWARI:  And, Your Honor, may we publish this?

 4              THE COURT:  You may.

 5              (Exhibit published.)

 6              MS. REWARI:  Or, actually, you know what, I just

 7   want to look at the time period here on -- on 355.

 8   BY MS. REWARI:

 9   Q.   Could you look at the second page?

10              And in the message sort of halfway up the page, if

11   you're looking at the message from C.K., November 14, 2011,

12   and C.K. messages --

13              MS. REWARI:  I think -- actually, if you could go a

14   little bit higher than that.  The one that says, "Look at what

15   David is posting on his wall about B████."

16              Sorry.  I'm trying to have Grady catch up with me

17   here.

18              THE WITNESS:  You're good.

19   BY MS. REWARI:

20   Q.   Okay.  And November 14, 2011, this is a date we've heard

21   a lot about in this case.  At this point, was it your

22   understanding that C.K. and the plaintiff, B.R., were dating?

23   A.   Yes.

24   Q.   Okay.  And is the David that's being referenced here

25   David N.?

—B.R. v. F.C.S.B.—

127

1   A.   Yes.

2   Q.   And when he says "posting on his wall," do you know what

3   that's referring to?

4   A.   David was probably posting like a status-type update.

5   Q.   Can --

6   A.   But I don't know directly, like, what he's talking about.

7          MR. BRENNER:  I'm sorry.  Which exhibit are you on?

8          MS. REWARI:  I'm on 355.

9          MR. BRENNER:  355, page 2?

10         MS. REWARI:  Yeah, page 2.

11         MR. BRENNER:  Thank you.

12  BY MS. REWARI:

13  Q.   And can you just explain to the jury what a Facebook wall

14  is?

15  A.   It's like your own profile.  And, like, if you post a

16  status, it just goes, like, to your profile, or it will go

17  onto like the Facebook wall, I guess, that everyone can see,

18  Like, all your friends.

19  Q.   Okay.  And so is it more private or less private than a

20  chat?

21  A.   Less private.

22  Q.   And so, is it visible to -- is the wall visible to any --

23  anyone who is your friend on Facebook?

24  A.   Yes, yeah.

25  Q.   So other students can see it?

B.R. v. F.C.S.B.

128

1   A.   Correct.

2   Q.   And the -- and the messages -- but the messages are

3   private and only between the people who are chatting?

4   A.   Yes.

5   Q.   And then can you also have a group chat on Facebook?

6   A.   Probably.  I don't know if at that point, like, that was

7   a thing, but --

8   Q.   Okay.  And then at the top of this page, the -- the

9   message at November 14, 2011, 9:00 p.m., from you to C.K., you

10  asked, "Why are you dating B█████ if you like someone else?"

11          Do you see that?

12  A.   Correct.  Yeah.

13  Q.   And, again, was it your understanding at this time

14  that -- that B.R. and C.K. were dating?

15  A.   Yes.

16  Q.   Was it known by students other than -- to your knowledge,

17  was it something that was discussed by other students besides

18  the three of you, the fact that they were dating?

19  A.   Yeah, I think it was pretty --

20          MR. BRENNER:  Objection, calls for hearsay and

21  speculation.  She only knows --

22          THE COURT:  Sustained.

23          MR. BRENNER:  -- what she knows.

24          MS. REWARI:  Okay.

25  BY MS. REWARI:

B.R. v. F.C.S.B.

129

1    Q.   All right.  Let's go to message -- or let's go to

2    Exhibit 356.

3            And let's start again at the -- let's work backwards

4    from the end of these messages, going up.  So if you look at

5    the third page.

6            MS. REWARI:  Your Honor, may we publish 356?

7            THE COURT:  You may.

8            (Exhibit published.)

9    BY MS. REWARI:

10   Q.   All right.  Let's start with the third page.

11           And in these messages there's a discussion about

12   an 8th grader named Alex.  Do you see that?

13   A.   Correct.

14   Q.   And then I guess there's a name -- first name and a last

15   name up at the top of this page?

16   A.   Uh-huh.

17   Q.   And then, if you go to the next page, the message

18   November 17 -- I guess these are all on November 17th, but if

19   you look at the top of the page, and you're discussing, "I was

20   like, Hello there, how was your gym today?  He was like,

21   That's so nice of you for asking.  It was fabulous."

22           Do you see that?

23   A.   Yes.

24   Q.   Okay.  And then you wrote, "Me and B███ ended up getting

25   his number"?

B.R. v. F.C.S.B.

130

1    A.    Correct.

2    Q.    So at this point, on November 17, 2011, were you and B.R.

3    still hanging out and doing things as friends?

4    A.    Yes.

5    Q.    If we -- if we could go to Defendants' Exhibit 84.

6              MS. REWARI:  Your Honor, I believe these are the

7    phone records that are not -- I don't think they're in the

8    book, but they've been admitted.  The phone log.

9              THE COURT:  Yes.

10             MS. REWARI:  If we may publish?

11             THE COURT:  You may.

12             (Exhibit published.)

13             MS. REWARI:  Okay.  And if we could focus in on the

14   entries on November 17, 2011.

15             And I think Grady is going to try to zoom this on

16   the screen.  I know it's hard to see.

17             I can help here.

18             THE COURT:  Ma'am, if you look at the screen there.

19   I think Ms. Rewari is trying to highlight certain ones.

20             MS. REWARI:  Yeah.

21             THE COURT:  Actually drawing a line through the

22   number.

23   BY MS. REWARI:

24   Q.    All right.  Do you see your phone number among the calls

25   on November 17, 2011?

B.R. v. F.C.S.B.

131

1   A.   Yes.  My number is at the top.

2   Q.   Okay.  And is your number also elsewhere --

3          MS. REWARI:  If you can zoom out.

4   BY MS. REWARI:

5   Q.   -- elsewhere on this log from November 14th to

6   November 21st?

7   A.   Yes.

8   Q.   Okay.  And so is it your recollection that you and B.R.

9   were seeing each other in person, talking on the phone, and

10  also talking on Facebook during this time period?

11  A.   Yes.

12  Q.   Okay.

13         THE COURT:  Take it down.

14         MS. REWARI:  Yeah, you can take it down.  Thank you.

15  BY MS. REWARI:

16  Q.   Please take a look at Defendants' Exhibit 357 in your

17  book.

18         All right.  Again, start at the second page of these

19  messages.

20         MS. REWARI:  Your Honor, may we publish 357?

21         THE COURT:  You may.

22         (Exhibit published.)

23  BY MS. REWARI:

24  Q.   And let's -- starting with the second page and -- what

25  are -- what are all the letters at the bottom of this page,

B.R. v. F.C.S.B.

132

1    HRJ?

2    A.   I was just -- it's called, like, keysmashing, I think,

3    where you just like send a bunch of letters because you're

4    just like -- I don't even know how the describe it.

5    Q.   Okay.

6    A.   It's just stupid kid stuff.

7    Q.   All right.  So it's just unintelligible keysmashing?

8    A.   Yeah.

9    Q.   Okay.  Not code, doesn't stand for anything?

10   A.   No.

11   Q.   Okay.  All right.  And then you tell him, "I need

12   glasses."  Is that -- is that around the time that you got a

13   prescription?

14   A.   Yeah.

15   Q.   Okay.  And then you ask him, "Did" -- at 7:44 p.m., you

16   asked him, "Did B███ tell you?"

17   A.   Correct.

18   Q.   And so was it sort of a friendship amongst the three of

19   you again at this point, that you were all three friends?

20   A.   Yes.

21   Q.   Okay.  Let's go to the first page -- I mean, the first

22   page of this exhibit, at the top.

23            Now, you said -- you reference a girl named Arianna

24   in the second message, "No, because of Arianna"?

25   A.   Yes, yeah.

B.R. v. F.C.S.B.

133

1   Q.   Do you see that?

2   A.   Yeah.

3   Q.   Was that another student --

4   A.   Yes.

5   Q.   -- who was -- and was she in the same friend -- general

6   friend group that you were in?

7   A.   Yes.  She went to the 6th grade with us, too.

8   Q.   She went to 6th grade with you and B.R.?

9   A.   Uh-huh.

10  Q.   Okay.  All right.  Let's take a look at Defendants'

11  Exhibit 358.

12           MS. REWARI:  And, Your Honor, if we may publish this

13  one?

14           THE COURT:  You may.

15           (Exhibit published.)

16  BY MS. REWARI:

17  Q.   Let's start at the back of this.  And, again, these are

18  still November -- excuse me November 17, 2011?

19  A.   Yes.

20  Q.   Okay.  And then you have a message here, starts in the

21  morning, November 18, 2011, 6:55 a.m.  Do you see that

22  message?

23  A.   Yes.

24  Q.   Okay.  So, first of all, was it -- how common was it for

25  you to start using Facebook this early in the morning?

B.R. v. F.C.S.B.

134

1  A.   Pretty common, I feel like.

2  Q.   Okay.

3  A.   It's like -- almost like a text message, so I think that

4  was just trying to stay updated with my friends.

5  Q.   Okay.  And do you recall whether -- at this time, whether

6  your phone had unlimited text messaging?

7  A.   I don't think it did.

8  Q.   Okay.  And was there any costs to send messages on

9  Facebook?

10 A.   No.

11 Q.   Okay.  All right.  So you said November 18, 2011,

12 6:55 a.m., "B███ said she" -- can you just -- there's some --

13 can you read that?

14 A.   Yeah.

15 Q.   What were you trying to say there?

16 A.   I say, "B███ said she thinks you're using her."

17 Q.   I see.  Oh, okay.  And then you fixed it above with the

18 spelling?

19 A.   Uh-huh.

20 Q.   Okay.  And his -- is that his response at the top?

21 A.   Yes.

22 Q.   Okay.  Let's look at the next page.

23       And then you said, "IDK, man."

24       What does "IDK" stand for?

25 A.   "I don't know, man."

—B.R. v. F.C.S.B.—

135

1   Q.   Okay.  And then you said, "She was like, I'm depressed"?

2   A.   Correct.

3   Q.   Okay.  And then, again, was that still referring to B.R.?

4   A.   Yes.

5   Q.   Okay.  Let's go to the first page.

6        And at the top there when you say bye to him, you

7   say, "Bye, slut muffin"?

8   A.   Uh-huh.  Yes.

9   Q.   Was -- were you using this pejoratively or in some other

10  way there?

11  A.   I don't know what that word means, but I was using it as

12  like a term of endearment.  It's like -- it's a friendly

13  thing.

14  Q.   Okay.  So you don't know what a slut muffin is?

15  A.   No.  The word you used for it.  Sorry, "pejorative."

16  Q.   Pejorative.  Oh, okay.

17       You didn't mean it as an insult?

18  A.   No.

19  Q.   Okay.  All right.  Let's go look at Defendants'

20  Exhibit 359.

21       MS. REWARI:  And, Your Honor, if we may publish

22  this?

23       THE COURT:  It's in.  You may.

24       (Exhibit published.)

25  BY MS. REWARI:

—Tonia M. Harris OCR-USDC/EDVA 703-646-1438—
EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

136

1   Q.   Okay.  This is -- these messages start in the evening on

2   November 18, 2011.  Do you see that?

3   A.   Yes.

4   Q.   Okay.  And you addressed him as "aye hoe"?

5   A.   Yeah, like "aye."

6   Q.   Oh, like aye hoe.  Okay.

7   A.   Aye.

8   Q.   Is that a way that you sometimes addressed your friends?

9   A.   Yes.

10  Q.   Okay.  And then you asked, "Why is B███ mad at me?"

11  A.   Yes.

12  Q.   And above that his response -- because now we're on

13  November 19th, "Why is B███ mad at me," right?

14  A.   Uh-huh.

15  Q.   And he writes back to you, "IDKY."

16           Is that, your understanding, I don't know why?

17  A.   Yes.

18  Q.   And so when you used quotation marks in the one before,

19  were you trying to sort of convey how you heard things?

20  A.   Yeah, like quoting her.

21  Q.   Okay.  Okay.  All right.  And then you said -- she said,

22  "Apparently, you like it when I'm depressed," and then the

23  one -- the one at the top there, "She's annoying me," is

24  that -- is that you messaging him?

25  A.   Yes.

B.R. v. F.C.S.B.

137

1   Q.   I think you can see it on the next -- on the first page.

2   A.   Yeah, that's my message.

3   Q.   Okay.  Let's go to the first page when you said, "She's

4   always depressed."

5   A.   Yes.

6   Q.   Had this been a new development for her?

7   A.   Um, I don't really recall.  I think that there was always

8   times when she was sad or anxious, but I don't recall

9   specifically.

10  Q.   Okay.  All right.  Let's go to Defendants' Exhibit 360.

11          MS. REWARI:  Your Honor, if we may publish?

12          THE COURT:  You may.

13          MS. REWARI:  Thank you.

14  BY MS. REWARI:

15  Q.   Let's go to the end of this one.  And if we can start

16  with what's marked K438, the page number.  On November 19,

17  2011, you asked, "Dude, are you still dating B███?  She's

18  like freaking out on me."

19  A.   Correct.

20  Q.   Right?

21  A.   Yeah.

22  Q.   Again, are you still referring to the plaintiff in these

23  messages?

24  A.   Yes.

25  Q.   Okay.  And then he writes back, "She isn't replying to

B.R. v. F.C.S.B.

138

1    me.  She says she's at a party."

2              Right?

3    A.   Correct.

4    Q.   You have an "OO" above that.  What is --

5    A.   That is a like face, supposed to be like a confused face.

6    Q.   I see.  Okay.

7              All right.  Let's go to the previous page, K4

8    through 7.  And there's a message there where C.K. says, "She

9    keeps getting mad at everyone but her, even when it's her

10   fault."

11   A.   Correct.

12   Q.   Do you have an understanding what he was referring to

13   there?

14   A.   I think he was referring to rumors that we were hearing,

15   and, yeah, that's all I know.

16   Q.   And then on the next page you say, on November 19, 2011,

17   at 6:17 p.m., "No offense, but why are you dating her?"

18   A.   Correct.

19   Q.   And he writes, "I liked her, but now she's just pissing

20   me off."

21   A.   Yeah.

22   Q.   Okay.  And then your response to him is, "Tell her,

23   then."

24   A.   Yes.

25   Q.   Were you encouraging him to break up with her?

─────────── B.R. v. F.C.S.B. ───────────

139

```
 1  A.  I wouldn't say break up with her but just, like, tell her

 2  that she is pissing him off.

 3  Q.  Okay.  And then he wrote, "No, because she's going to

 4  cry" --

 5           (Discussion off the record.)

 6           THE COURT:  Okay.  Try again.

 7           Thank you, sir.

 8  BY MS. REWARI:

 9  Q.  Okay.  And then if we look at the top of this chat, you

10  say -- oh, he says, "No, because she's going to cry and I

11  don't want that."

12           And then you say, "Well, then, I'll tell her."

13  A.  Correct.

14  Q.  All right.  And is that you saying "She cries over

15  everything" at the top of this page?

16  A.  Yes.

17  Q.  Okay.  Let's go to the first page -- I'm sorry, not the

18  first page.  435, the page before this.

19  A.  Okay.

20  Q.  And then, I guess, those Os, are those more emoticons or

21  something?

22  A.  Yeah.

23  Q.  Okay.  And then you said -- on November 19, 2011, "I said

24  you're pissed that she keeps blaming people for S she did."

25           Do you see that?
```

———B.R. v. F.C.S.B.———

140

1   A.   Correct.  Yes.

2   Q.   Okay.  So were you having -- at this point were you

3   having, like, separate conversations, one conversation with

4   C.K. and one with B.R.?

5   A.   Yes.

6   Q.   Do you think that one was on Facebook and one was on

7   phone, or do you think they were both on Facebook or one in

8   person?

9            MR. BRENNER:  Objection.

10  BY MS. REWARI:

11  Q.   Do you recall how --

12           THE COURT:  It's a compound question.  Break it

13  down.

14  BY MS. REWARI:

15  Q.   Do you recall what medium you were using to communicate

16  with B.R.?

17  A.   I believe in this instance it was probably Facebook.

18  Q.   Okay.  All right.  Let's go to the next page, K434.

19           And you said, "She's mad at me for being your

20  friend."

21           Who were you referring to there?

22  A.   I'm saying B███ was mad at me for being C███████

23  friend.

24  Q.   Okay.  And then above that, he asks you, "Is that what

25  she just said?"

141

```
 1   A.   Correct.

 2   Q.   All right.  And then you wrote back, "I told her to hop

 3   off."

 4   A.   Yeah.

 5   Q.   Okay.  And so, were you sort of having a disagreement

 6   with her about this at this point?

 7   A.   Yes.

 8   Q.   Okay.  All right.  Let's go to the first page -- I'm

 9   sorry -- I keep thinking it's the first -- sorry -- K433.

10   A.   Okay.

11   Q.   And then he asks you, "Tell her to reply to me."

12            And this is at 6:27 p.m.  And then above that he

13   says, "I don't know what I should do."

14            Was that still, to your understanding, referring to

15   B.R.?

16   A.   Yes.

17   Q.   And then you wrote back, "She said sorry to me."

18   A.   Uh-huh.

19   Q.   Are you still referring to B.R. there?

20   A.   Yes.

21   Q.   Okay.  Let's go to the next page, K432.  And you wrote,

22   "She probably hates me."

23   A.   Yes.

24   Q.   Okay.  You're still referring to B.R. there?

25   A.   Yup.
```

142

1   Q.   Okay.  And then above that there's a post with, "Text me,

2   H-O-E-R-E-E."

3          Are you referring to -- are you talking to C.K. when

4   you say, "Text me"?

5   A.   Yeah, I think there's, like, a space of time that goes

6   from 6:30 to 9 o'clock.

7   Q.   I see.

8   A.   And then he wasn't responding to me, so I was like, "Text

9   me."

10  Q.   Oh, I see.  Okay.  So the "She probably hates me" is at

11  6:44, and these messages are at 9:19 p.m.?

12  A.   Yes.

13  Q.   And then is that, again, another example of you using

14  some colorful language to talk to your friend?

15  A.   Correct, yeah.

16  Q.   All right.  Let's go to the front page of Defendants'

17  Exhibit 360.

18          And there's some letters there -- B-C-E-N-J-F.  Is

19  that a keyboard smash, or does that stand for something?

20  A.   It's a keyboard smash.

21  Q.   And then he wrote, "She got her phone taken away, so I

22  sent her a message on her fake account and said it."

23  A.   Correct.

24  Q.   Do you have an understanding of who he was referring to

25  there?

B.R. v. F.C.S.B.

143

```
 1   A.   Yes, he was referring to B███ and her fake account.
 2   Q.   Okay.  And do you have an understanding of what he was
 3   saying -- in this conversation, what was the "it" that he was
 4   communicating to her?
 5             MR. BRENNER:  Objection, calls for speculation.
 6             THE COURT:  Sustained.
 7             MS. REWARI:  Okay.  All right.
 8   BY MS. REWARI:
 9   Q.   When you said, "fake account," are you talking about fake
10   Facebook account?
11   A.   Yes.
12   Q.   All right.  Let's go to Defendants' Exhibit 361.
13             MS. REWARI:  Your Honor, if we may publish.
14             THE COURT:  You may.
15             (Exhibit published.)
16   BY MS. REWARI:
17   Q.   Let's go to the end of these messages -- and, I mean, end
18   of the exhibit, the first of the messages.
19             All right.  And the last -- the earliest message in
20   this is November 20th at 10:00 p.m., and then it skips to
21   November 21st at 10:00 p.m.
22             Do you see that?
23   A.   Yes.
24   Q.   And you asked him, "What happened today?"
25   A.   Correct.
```

B.R. v. F.C.S.B.

144

1   Q.   And then above that you wrote, "I'm in trouble."

2   A.   Yes.

3   Q.   And then you said -- you talked about Mrs. M███ in a

4   message right after that.

5   A.   Yes.

6   Q.   Was that Mrs. T██████ name at that time?

7   A.   I don't know.  I don't think at the time it was, but

8   C█████████ was still calling her that because he knew her from

9   the previous year where I think it was her name.  And I think

10  I just kind of called her that name so he would know whom I'm

11  talking about.

12  Q.   Okay.  And he said, "I got in-school suspension because

13  of B██████."

14  A.   Correct.

15  Q.   And then on the next page, you wrote, "She told me I

16  needed to shut my mouth."

17            This is --

18            MR. BRENNER:  Which Bates stamp are you on?

19            MS. REWARI:  I'm on K424.

20            MR. BRENNER:  Give me one moment, please.

21            MS. REWARI:  Sure.

22            MR. BRENNER:  Thank you.

23  BY MS. REWARI:

24  Q.   Okay.  And so you said, "She told me I needed to shut my

25  mouth.  She made me give her my cell phone number."

B.R. v. F.C.S.B.

145

1   A.   Yes.

2   Q.   Do you see that?

3        Okay.  And who is the "she" that you were referring

4   to there?

5   A.   I think I'm talking about Mrs. T████.

6   Q.   And then -- okay.  So up at the top you say Mrs. M███?

7   A.   Yes.

8   Q.   Okay.  And then you said, "Then she made me give her

9   details about my birthday."

10       Do you see that?

11  A.   Yes.

12  Q.   Were you referring to your birthday party?

13  A.   Yes.

14  Q.   Okay.  And so -- was that something that you had talked

15  to Ms. T████ about that day?

16  A.   Yes.

17  Q.   Were you referring in these messages to being called in

18  to talk to Ms. T████?

19  A.   Yes.

20  Q.   And were you called in to talk to her because of a

21  complaint that had been made by B.R. that day?

22  A.   Yes.

23  Q.   And this is the day after the messages that we just saw

24  in Defendants' Exhibit 360 -- in Defendants' Exhibit 360?

25  A.   Yeah.

─B.R. v. F.C.S.B.─

146

1   Q.   Okay.  All right.  Let's go to the page before that,

2   K423.

3        So, again, are these messages all referring to your

4   discussion with Ms. T████ that day?

5   A.   Yes.

6   Q.   Okay.  And then let's go to the one at the top.

7        And it says, "She thinks I called B████ a whore

8   because I'm jealous of y'all dating."

9   A.   Correct.

10  Q.   Okay.  And so, in -- to your recollection in that

11  conversation with Ms. T████, was she aware that C.K. and B.R.

12  were dating?

13  A.   Yes.

14  Q.   Okay.  All right.  Let's go to the page before that,

15  K422.

16       And there's a long message there from C.K. about a

17  voicemail?

18  A.   Yes.

19  Q.   All right.  And he writes, "Her mom thinks I left a

20  voicemail saying how B███ was a whore and stuff, and I was

21  denying all of it.  And so I told my mom what happened, and my

22  mom is going to B███ house tomorrow telling her mom

23  everything.  And going to the school.  And also, it's going to

24  be interesting tomorrow.  Ha ha"?

25  A.   Yup.

B.R. v. F.C.S.B.

147

1    Q.   Okay.  And above that you have something in quotes about

2    a voicemail.  Do you see that, November 21, 2011?

3    A.   Yes.

4    Q.   And you wrote, "Did you leave B███ an 'inappropriate

5    voicemail'?"

6         Were you quoting something that was said to you?

7    A.   Yes, I'm quoting what Ms. T███ said to me.

8    Q.   Okay.  So, she asked you about voicemails?

9    A.   Yes.

10   Q.   Okay.  All right.  Let's go to the page before.

11        And if you look in the middle of the page, you said,

12   she says -- "She said if she finds out I'm lying, I'm going to

13   get suspended."

14        Do you see that?

15   A.   Yup.

16   Q.   And, again, is the "she" here Mrs. T████?

17   A.   Yes.

18   Q.   Okay.  Let's look at the message above that.  He writes,

19   "I had in-school suspension"?

20   A.   Uh-huh.

21   Q.   And then you wrote, "And she had no proof"?

22   A.   Correct.

23   Q.   Okay.  Still talking about the discussion with Ms. T████?

24   A.   Yes.

25   Q.   And was it your understanding from what C.K. was telling

————B.R. v. F.C.S.B.————

148

1  you that he had a discussion with Ms. T███ that day as well?

2  A.   Yes.

3  Q.   Okay.  Let's go to the next page, K420.

4        And he says at the top there, "I was in her office

5  for three hours today.  I don't remember no more."

6  A.   Correct.

7  Q.   All right.  And then you said, "I was in like -- in for

8  like ten minutes"?

9  A.   Uh-huh.

10 Q.   Right?

11 A.   Yes.

12 Q.   Still talking about being in Ms. T███ office?

13 A.   Yup.

14 Q.   Okay.  Let's go to the next page, K419.

15        And C.K. asks you, "Did she call your dad?"

16 A.   Correct.

17 Q.   Okay.  And then you responded, "Yes"?

18 A.   Yeah.

19 Q.   Did you recall Ms. T███ called your dad about --

20 A.   I do recall that, yes.

21 Q.   Okay.  In -- in November 21, 2011, that's the date of the

22 statement that we have seen in this case written by B.R.,

23 right?

24 A.   Correct.

25 Q.   And that's the date that B.R. and her mother went to the

B.R. v. F.C.S.B.

149

 1  school, as you've heard in this case?

 2  A.   Yes.

 3  Q.   Okay.  All right.  And you said, "I yelled at him."

 4          Who's the "him" there?

 5  A.   I think I'm talking about my dad.

 6  Q.   Okay.  So did you have some discussion with -- with your

 7  dad at home that night --

 8  A.   Yes.

 9  Q.   -- about this complaint?

10  A.   Yeah.  I think after Ms. T█████ called him, he was -- we

11  were talking about it, and I was upset.

12  Q.   You were upset?  Okay.

13          Was it your understanding that -- that it was a

14  serious matter?

15  A.   Yes.

16  Q.   Okay.  All right.  Let's go to the next page, K418.

17          And -- and you said -- you discuss meeting at his --

18  at your locker the next morning?

19  A.   Correct.

20  Q.   All right.  And then you -- he says, "But I can't give

21  you a hug because that is sexual harassment"?

22  A.   Correct.

23  Q.   All right.  And then you wrote at the top above that,

24  "Not if I like it.  Then it's just PDA"?

25  A.   Yes.

─────B.R. v. F.C.S.B.─────

150

```
 1    Q.   What is PDA?

 2    A.   Public displays of affection.

 3    Q.   Okay.  And had you gotten lessons at school about

 4    harassment?

 5    A.   Yes.

 6    Q.   Was "PDA" a term that was also discussed at school?

 7    A.   I believe so.

 8    Q.   Okay.  Let's go to the page before that.

 9              And at the bottom he says, "Ha ha, so you want a

10    hug?"

11              And then you wrote back, "No."

12              And the conversation ends with, "Bye" -- him saying,

13    "Bye, love you," parenthesis, "Friend way," at the top?

14    A.   Correct.

15    Q.   Okay.  Let's -- let's take a look at Defendants'

16    Exhibit 362.

17              MS. REWARI:  Your Honor, if we may publish?

18              THE COURT:  You may.

19    BY MS. REWARI:

20    Q.   We'll start with the -- the end of this, K416.

21              (Exhibit published.)

22              THE WITNESS:  Okay.

23    BY MS. REWARI:

24    Q.   And you wrote, "Love you, too, hoe face"?

25    A.   Uh-huh.
```

─────B.R. v. F.C.S.B.─────

151

1  Q.   Okay.  And at the top of this page, you said, "She told

2  Mrs. M███ --"

3           Do you see that?

4  A.   Yes.

5  Q.   Okay.  And let's go to the bottom of the page before

6  that, K415.

7           And then you said, "-- that I was taunting her in

8  the locker room and trying to hug her, and I was rubbing on

9  her"?

10 A.   Correct.

11 Q.   And do you know who the "her" is that you were referring

12 to?

13 A.   Yeah.  I am referring to B███.

14 Q.   Okay.  So are you telling C.K. that she told Ms. T███

15 that you were taunting her in the locker room and trying to

16 hug her and rubbing on her?

17 A.   Yes.

18 Q.   Okay.  And then you wrote, "And I got Olivia B. to back

19 me up"?

20 A.   Correct.

21 Q.   And was this another student that was from Floris and in

22 your friend group --

23 A.   Correct.

24 Q.   -- loosely?

25 A.   Yeah.

B.R. v. F.C.S.B.

152

1   Q.   Okay.  And then you wrote above that, "Because I never

2   did" T-H-T-P.

3            What does that mean?

4   A.   It's supposed to say "that."

5   Q.   Okay.  "Because I never did that"?

6   A.   Uh-huh.

7   Q.   "She is the one who grinds on me and "S" there"?

8   A.   Correct.

9   Q.   Right.  And so who is the "she" that you're referring to?

10  A.   B█████.

11  Q.   And then he wrote back, "Yeah, IK."

12           What's the "IK"?

13  A.   "Yeah, I know."

14  Q.   "Yeah, I know"?

15  A.   Uh-huh.

16  Q.   Okay.  And then you wrote, "Exactly.  I'm not in

17  trouble."

18           Let's go to the page before, K414.

19           And he says, "I saw during 8th period walking out of

20  her office.  And who is in trouble?"

21           Do you see that?

22  A.   Yes.

23  Q.   Okay.  And you told him, "Because Olivia was using big

24  words and made Mrs. M███ think she was a trustworthy 8th

25  grader"?

1    A.   Correct.

2    Q.   Was Olivia a 7th grader?

3    A.   Yes.

4    Q.   Okay.  And then he asks again, "But who is in trouble?"

5    Right?

6    A.   Yes.

7    Q.   Were you concerned at this point that you might be in

8    trouble because of what B.R. had said?

9    A.   Yes.

10   Q.   And was it your understanding from what C.K. was saying

11   that you thought he was -- he thought he was in trouble, too?

12   A.   Yes.

13   Q.   Okay.  Let's go above that.

14            And then you say, "IDK.  B███ lied so she might

15   be"?

16   A.   Correct.

17   Q.   And -- All right.  And then he said, "Okay.  Good.  She

18   deserve it"?

19   A.   Correct.

20   Q.   All right.  Let's go to --

21            MR. BRENNER:  Rule of completeness.  Can you read

22   the next part of his response?

23            MS. REWARI:  I think you can do that on redirect.

24            THE COURT:  Why don't we do it now?

25            MS. REWARI:  Okay.

───────────────── B.R. v. F.C.S.B. ─────────────────

154

```
 1  BY MS. REWARI:

 2  Q.   And then he wrote, "She is such a whore."  And, "Do you

 3  want to hang tomorrow?"

 4  A.   Correct.

 5  Q.   Okay.  Did you ever hear B.R. use that kind of language?

 6  A.   Yes.

 7  Q.   All right.  Let's go to K413.

 8           And in the middle of the page, you wrote, "Yeah, but

 9  IDK if I can.  My dad is still pretty mad"?

10  A.   Correct.

11  Q.   And what -- what were your referring to as your dad still

12  being pretty mad?

13  A.   He was upset that I had gotten a call from the school --

14  or that he had got an call from the school and that I was in

15  this limbo of maybe being in trouble.

16  Q.   I see.  Okay.

17           And is -- is the rest of this chat in Defendants'

18  Exhibit 362 all about -- or generally about this question of

19  who is in trouble?

20  A.   Yes.

21  Q.   Okay.  All right.  Let's go to --

22           MS. REWARI:  Just give me a moment, Your Honor.  One

23  moment, Your Honor.

24           (A pause in the proceedings.)

25  BY MS. REWARI:
```

————B.R. v. F.C.S.B.————

155

1    Q.   Okay.  Let's look at Defendants' Exhibit 363.

2              MS. REWARI:  Your Honor, if we may publish?

3              THE COURT:  You may.

4              (Exhibit published.)

5    BY MS. REWARI:

6    Q.   Okay.  Let's look at page K369.

7              And the post on the top of this page is -- or the --

8    I say "post."  I meant message.  The chat at the top of this

9    page is, "B▮▮▮▮ posted on my wall"?

10   A.   Yes.

11   Q.   And is that you?  If we look at the page before, is that

12   a message from you?

13   A.   That is from me.

14   Q.   Okay.  And so you're referring to a Facebook wall there?

15   A.   Yes.

16   Q.   And could -- could anyone post on your wall, or do they

17   have to be your Facebook friend to post on your wall?

18   A.   I believe they had to be your friend unless you had like

19   a different security thing on your Facebook.

20   Q.   Okay.  And so to your recollection, the fact that she was

21   able to post on your wall, does that suggest that you and she

22   were still Facebook friends at this time?

23   A.   Yes.

24   Q.   Okay.  Mr. Blanchard asked you about Defendants'

25   Exhibit -- I think -- your statement in the cafeteria -- at

B.R. v. F.C.S.B.

156

1    the cafeteria?

2    A.    Yes.

3    Q.    Could you please take a look at Defendants' Exhibit 204?

4    I -- that may be in your binder.  Please tell me if it's not.

5    A.    I don't think so.

6              MS. REWARI:  Your Honor, I think this is already in.

7              THE WITNESS:  Yes, it is.

8              THE COURT:  It is not in.

9              MS. REWARI:  Okay.  I think it is in as the

10   plaintiff's version, if I may just show it to Mr. Brenner.

11             THE COURT:  Any objection, Mr. Brenner?

12             MR. BRENNER:  Oh, I think it's already in, but no

13   objections.

14             THE COURT:  We didn't have a record of it being in.

15   It's what the plaintiff's refer to as Defendants' Exhibit 204.

16   And Ms. Armentrout is trying to keep us as best she can, but

17   if you're going to move an exhibit in, maybe the simplest way

18   is to verify maybe if it's the same exhibit that's offered for

19   the other side because she's reported to me what she has, not

20   what you all think she has.

21             MS. REWARI:  Absolutely.  Understood.

22             And I'm trying to do the plaintiff's numbers, but

23   this one I missed.  So I apologize for that.

24             If we may move in Defendants' Exhibit 204.

25             THE COURT:  Yes.

157

1   (Defendants' Exhibit No. 204 was admitted into evidence.)

2           (Exhibit published.)

3   BY MS. REWARI:

4   Q.   Do you recognize this document?

5   A.   I do.

6   Q.   All right.  And is this a statement that you wrote on

7   November 21, 2011?

8   A.   Correct.

9   Q.   And all you've written here is, "Explain what happened

10  with rumors about B█████," right?

11  A.   Yes.

12  Q.   Is it fair to say your conversation with Ms. T█████ was

13  much longer than what you have written her?

14  A.   Correct.

15  Q.   Did anybody tell you what you had to write in this

16  statement?

17  A.   No, it was totally optional to write a statement and what

18  you can write.

19  Q.   Okay.  In the statement that Mr. Blanchard showed you

20  that you had written about the cafeteria, you said you had

21  written "gym" and you had written "Woolf," and then it said

22  "Period 2."

23          Did your schedule change for the second semester to

24  have gym at a different time?

25  A.   It might have.  I don't recall.

B.R. v. F.C.S.B.

158

1          MS. REWARI:  Okay.  All right.  I have no further

2     questions.  Thank you.

3          THE COURT:  Mr. Kinney.

4          MR. KINNEY:  Your Honor, I have no questions.

5          THE COURT:  Thank you.

6     Mr. Brenner?

7          MR. BRENNER:  Thank you.  May I approach?

8          THE COURT:  You may.

9          MR. BRENNER:  Thank you, Your Honor.  May I proceed?

10         THE COURT:  You may.

11                     CROSS-EXAMINATION

12    BY MR. BRENNER:

13    Q.   Good afternoon.

14    A.   Good afternoon.

15    Q.   My name is Andrew Brenner.  I represent the plaintiff in

16    this matter.  I'm going to try to call you Ms. O.  If I slip

17    up and call you J█████ occassionally, I mean no offense by

18    that.  Okay?

19    A.   That's totally fine.

20    Q.   So let's start with -- you understand, as the claim

21    against you, individually, involves an alleged assault that

22    happened -- was claimed to have happened in Middleton Farms.

23         You are aware of that, right?

24    A.   I am aware of that.

25    Q.   Okay.  And Mr. Blanchard asked you point blank whether

B.R. v. F.C.S.B.

159

1  that happened, and you said it did not, correct?

2  A.   Yep.

3  Q.   Am I fair in assuming that if I asked you that question

4  100 different ways you'd give me the same answer?

5  A.   Correct.

6  Q.   Okay.  So let's try to move on to things that maybe we

7  can find some common ground on.  Okay?

8  A.   Okay.

9  Q.   You have DX-389 in your book.  I'm sorry, it's in the

10  first book you have.

11  A.   Yeah.

12            MR. BRENNER:  May I approach?

13            THE COURT:  You may.

14            (Discussion off the record.)

15            THE WITNESS:  What was the number?

16            MR. BRENNER:  39.  And can you -- Your Honor, that

17  was just admitted into evidence.  May I publish that?

18            THE COURT:  You may.

19            (Exhibit published.)

20  BY MR. BRENNER:

21  Q.   389 was -- I'll give you a different number.

22            (A pause in the proceedings.)

23            MR. BRENNER:  Your Honor, that's the same photo.

24  I'm going to put it up under a different number than Mr. Brown

25  has preloaded, if that's okay.

B.R. v. F.C.S.B.

160

1          THE COURT:  That's fine.

2   BY MR. BRENNER:

3   Q.   This is the picture of you with the skinned knee.

4   A.   Correct.  Yeah.

5   Q.   Okay.  So just to make sure I understand what you said,

6   this is a picture that you believe was taken on October 21st;

7   is that right?

8   A.   Yes.

9   Q.   And you remember you looked at some other pictures that

10  Mr. Blanchard had showed you that have been uploaded on the

11  21st, but clearly they are a different day because you're

12  wearing different clothes, right?

13  A.   Correct.  Yeah.

14  Q.   But this one you distinctly recall was taken on the 21st?

15  A.   Yes.

16  Q.   And you have a skinned knee, right?

17  A.   Yes.

18  Q.   And you could see in the background a little bench there.

19          Do you see that?

20  A.   Yes.

21  Q.   And that's the bench that was in -- I think you said

22  this -- well, you didn't talk about the bench, but you talked

23  about the picture -- that was in the park right behind ▮▮▮▮▮

24  home, right?

25  A.   Yes.

B.R. v. F.C.S.B.

161

1    Q.   Sort of catty-corner.

2    A.   Correct, yes.

3    Q.   And you understand that her allegation is that the

4    assaults that -- that she has alleged against you took place

5    in that park?

6    A.   I do understand that.

7    Q.   On or about this day, right?

8    A.   I do understand that.

9    Q.   Okay.  So you don't dispute that you -- and you said on

10   that day you were -- did you say it was spirit day?  Did I get

11   that right?

12   A.   Yeah.

13   Q.   Is that a school thing?

14   A.   Yeah.

15   Q.   Okay.  So this is after school?

16   A.   Yes.

17   Q.   Okay.  So we can agree that you were in the park behind

18   B█████ home with C███████ and B████ on October 21st, right?

19   A.   Yes.

20   Q.   And either what happened then or -- I think did you say

21   the skinning of the knee happened somewhere else?

22   A.   Yes.  Yeah.

23   Q.   You mentioned a stream, I think?

24   A.   Yeah.  There was like a stream crossing right before the

25   playground.  I honestly don't even know what playground,

────────── B.R. v. F.C.S.B. ──────────

162

1   but --

2   Q.   Okay.  So that picture that shows a skinned knee, it is

3   taken at the park on the day B███ says the assault happened,

4   right?

5   A.   Yes.

6   Q.   And it's your testimony that the skinning of the knee was

7   unrelated to anything that happened in that park.  You

8   distinctly remember it happening somewhere else; is that

9   right?

10   A.   Yes.

11   Q.   Okay.  Now, Mr. Blanchard asked you about the complaint,

12   and you said that, when you read the complaint, the stuff it

13   said about you and the stuff it said about what was going on

14   in the school was all false.

15         Do you remember that?

16   A.   Correct.

17   Q.   Okay.  That's not really what you mean to say.  What you

18   mean to say is the stuff about you in the complaint was false.

19         Are you testifying that everything in there was

20   false?

21   A.   I think everything in there is false.

22   Q.   Okay.  Other than what's in the complaint, you've told us

23   that you did not know -- in your memory, and your knowing of

24   B███, you don't recall her lying about anything else other

25   than what's in that complaint.

B.R. v. F.C.S.B.

163

```
 1              Do you remember testifying to that?
 2   A.   Could you repeat that?  Sorry.
 3   Q.   Sure.
 4              Do you remember testifying that, other than what's
 5   in the complaint, you do not recall B███ lying about anything
 6   else?
 7   A.   There's been some text messages and other things I've
 8   seen that have refreshed my memory about that.
 9   Q.   Okay.  We're going to get to that because your -- you
10   would agree your memory has been amplified considerably since
11   your deposition, right?
12   A.   Correct.
13   Q.   In part, did you meet with Ms. Rewari in preparing for
14   your testimony?
15   A.   No.
16   Q.   Did you meet with anyone for the School Board?
17   A.   No.
18   Q.   You only met with Mr. Blanchard?
19   A.   Yes.
20   Q.   Okay.  But you would agree with me that your memory is
21   now a lot sharper than it was when you were deposed, right?
22   A.   Yes.
23   Q.   In fact, you told Mr. Blanchard, even today you told him,
24   that you -- from the time you left middle school, you didn't
25   think about middle school again until you were served with
```

—B.R. v. F.C.S.B.—

164

1   this complaint.

2           Do you remember that?

3   A.    Correct.

4   Q.    And you told him that you hadn't given it much thought,

5   but today you seem to remember a lot of stuff in quite a bit

6   of detail?

7   A.    Yeah.  Just because I didn't think about it doesn't mean

8   I don't remember.

9   Q.    When we took your deposition, you didn't remember it

10  either, right?

11  A.    Yeah, but I've seen a lot of things that have refreshed

12  my memory.

13  Q.    You've been shown a bunch of stuff by the lawyers that

14  now you say your memory is better; is that fair?

15  A.    Sure.

16  Q.    Okay.  But it is true, when you were deposed, you told us

17  that you did not -- you told us you were best friends with --

18  you told Mr. Blanchard today you were best friends with B█████

19  in 6th grade, right?

20  A.    Yes.

21  Q.    And remained best friends with her basically up until the

22  time she left school in February of 2012, correct?

23  A.    Yes.

24  Q.    And in all the time you knew her, other than what she

25  said in the complaint, you didn't know her to lie about

165

1   anything.

2          That's what you testified to in your deposition,

3   right?

4   A.   I don't recall.

5   Q.   Okay.  Well, let me show you your deposition.

6          (A pause in the proceedings.)

7          THE COURT:  Simplest way, Mr. Blanchard [sic], since

8   it is a deposition, if you want to just read the questions and

9   answers into the record, that's fine.

10         MR. BRENNER:  Without even giving it to the witness?

11         THE COURT:  Yeah, you can give it to the witness, of

12   course.

13  BY MR. BRENNER:

14  Q.   So I've handed you a copy of your deposition.  Remember

15  it was taken, by the way, in August of 2023?

16  A.   Correct.

17  Q.   By that point this lawsuit has been pending for about

18  four years, right?

19  A.   Yes.

20  Q.   You've prepared for that deposition, right?

21  A.   Yes.

22  Q.   You met with your lawyers, right?

23  A.   Yes.

24  Q.   Okay.  And you were under oath?

25  A.   Yep.

B.R. v. F.C.S.B.

166

1   Q.   Right?

2   A.   Right.

3   Q.   And you were asked on page 166, lines 10 to 13:

4           "QUESTION:  Is there anything outside the

5   allegations in the complaint that you can recall B.R. lying

6   about?"

7           Your answer. . .

8           "ANSWER:  Hmm, I don't think so, no."

9           Is that what it says?

10  A.   Yeah.

11  Q.   Okay.  It was 166, 10 through 13.

12          Okay.  Now, going back to the allegation against you

13  personally with the assault in the park, you actually -- you

14  actually learned about that long before you were served the

15  complaint in this case, didn't you?

16  A.   In a way, yes.

17  Q.   Yes.  So, in fact, all the way back in 7th grade, shortly

18  after B███ was pulled from school, C.K. told you that there

19  was an allegation that he had assaulted her while you held her

20  down; isn't that correct?

21  A.   Correct, yeah.

22  Q.   Okay.  Now, you gave some testimony about hanging out

23  with -- with B███.  And you said that in 6th grade you guys

24  would hang out -- I think you had two classes together; is

25  that right?

B.R. v. F.C.S.B.

167

1  A.   I think so, yeah.

2  Q.   And then sometimes you would hang out after school,

3  you -- you pointed out that it would more likely be at your

4  house or at least not at her house?

5  A.   Correct.

6  Q.   You would go to parks and things like that?

7  A.   Yup.

8  Q.   And that continued into 7th grade, correct?

9  A.   Correct.

10 Q.   And then you mentioned your birthday party.  By the way,

11 your birthday in November is -- your age got -- you turned 13

12 in 7th grade, right?

13 A.   I think so.

14 Q.   Yeah, okay.  Your birthday was November 4th?

15 A.   Yes.

16 Q.   Or still is November 4th?

17 A.   Uh-huh.

18 Q.   But your recollection is your party was -- was that day,

19 right?

20 A.   Yeah, I think it was on --

21 Q.   That year?

22 A.   -- on the day of my birthday.

23 Q.   And the truth is that that is the last time that you

24 recall ever seeing B███ outside of school?

25 A.   I don't recall.

B.R. v. F.C.S.B.

168

1   Q.   Okay.  Well, let's -- let's look at your -- let's look at

2   your deposition.  Page 137.

3            Do you see how the pages work?  There's four to a

4   page?

5   A.   Yep.

6   Q.   Okay.

7            MR. BRENNER:  May I just read it, Your Honor?

8            THE COURT:  You may.

9   BY MR. BRENNER:

10  Q.   Question on line 17, at page 137:

11           "QUESTION:  Okay.  When was the last time -- or tell

12  me about the last time that you remember hanging out with B.R.

13  outside of school?

14           "ANSWER:  Hmm, I remember probably in like, well,

15  actually, no.  I remember my birthday party.  She was at my

16  birthday party, so November.  But I don't, like, remember

17  specifics after that of hanging out."

18  BY MR. BRENNER:

19  Q.   Is that what you testified to?

20  A.   Yes, correct.  I don't remember any specifics.

21  Q.   Well, that's consistent with you guys didn't hang out

22  together after school after your birthday party, which was in

23  early November; isn't that correct?

24  A.   I don't know that for sure.

25  Q.   Okay.  So you testified on direct that what went on at

B.R. v. F.C.S.B.

169

1    Rachel Carson, you said, when the adults were not around; do

2    you remember that testimony?

3    A.    Sure.  I don't think I said that, but yes.

4    Q.    Well, you were asked, What types of things happened when

5    the adults were not around?  So -- or -- and you said there

6    was lots of vulgarity, cursing, profanity.  So -- so, you were

7    here when your fellow ex-students testified, right?

8    A.    Correct.

9    Q.    So their testimony was not withstanding your -- your

10   teachers and your guidance counselors and your principals all

11   testifying that they were standing sentry at all times and

12   making sure nothing happened.  There was a lot going on at

13   Rachel Carson Middle School that was going on right under

14   their noses, right?

15            MR. BLANCHARD:  Your Honor, I -- I object to the

16   form of question, and the assumption of facts -- or the

17   statement of facts is not really reflective of the evidence.

18            THE COURT:  Were you able to observe the teachers or

19   administrators or guidance counselors standing around the

20   locker bay when you all were changing classes and available in

21   the locker bay?

22            THE WITNESS:  Yes, they were always standing out

23   there.

24            THE COURT:  Do you remember where they were

25   positioned?

———B.R. v. F.C.S.B.———

170

1           THE WITNESS:  Right in front of their classrooms.

2   And sometimes they would be, like, walking amongst the --

3           THE COURT:  Are you saying that you and the rest of

4   the students were engaging in vulgarity, speaking to each

5   other -- and you learned a new term -- in pejorative terms.

6           THE WITNESS:  Uh-huh.

7           THE COURT:  Would the teachers hear these things --

8   teachers, administrators, guidance counselors hear these

9   things?

10          THE WITNESS:  Yeah, sometimes they were hearing it,

11  and they would tell us to, you know, not say that or like --

12  whatever would happen.  I don't really recall.

13          THE COURT:  Next question.

14  BY MR. BRENNER:

15  Q.   You heard one of your fellow students testify that it was

16  a, quote, toxic environment at the school.  You agree with

17  that, right?

18  A.   I would not agree with that.

19  Q.   Okay.  First -- let's -- let's do it in small steps.

20          You agree that B█████ was bullied in middle school,

21  right?

22  A.   I don't recall.

23  Q.   Okay.  Well, let's look at your deposition again.

24          Page 147, line 17 to 22.

25          "QUESTION:  So based on this, it looks like you would

─────────── B.R. v. F.C.S.B. ───────────

171

1   agree that B.R. was bullied in middle school?

2       "ANSWER:  Yeah."

3   BY MR. BRENNER:

4   Q.   Does that refresh your recollection that B.R. was bullied

5   in middle school?

6       MR. BLANCHARD:  It starts off with, "So based on

7   this," and it ignores --

8       MR. BRENNER:  Oh, I thought --

9       THE COURT:  Provide some context, if you can.

10       MR. BRENNER:  Okay.

11   BY MR. BRENNER:

12   Q.   This -- this is context in a conversation you're having

13   with a friend after you get this lawsuit, correct?

14   A.   Yes, correct.

15   Q.   And you're describing what happened to B████ in -- in

16   middle school, correct?

17   A.   I'm describing what happened to all of us.

18   Q.   Everyone was being bullied?

19   A.   Well, I mean, me, B████, and the person I'm talking to.

20   Q.   Well, we're going to get to that.  But the truth is,

21   everyone was -- just about everyone was getting bullied in

22   Rachel Carson?

23   A.   I would not agree with that.

24   Q.   Okay.  So this one you agree with me at least here -- you

25   agree with me that both you and B████ were getting bullied?

B.R. v. F.C.S.B.

172

1    A.   I don't know if "bullying" is the correct word; but, yes,

2    there was a lot of name-calling and the such.

3    Q.   Well, let's look at the name.  Let's look at the -- it's

4    your words, not mine.  You -- you said to your friend, quote,

5    We got both hella bullied?

6    A.   Yeah, and that's just a silly message between friends.

7    Like, I wasn't like being accusatory.  I was just, like, upset

8    that I got served with a lawsuit.

9    Q.   And you got so upset that you told your friend that B█████

10   was "hella bullied"?

11   A.   That is not what I told her; but, yeah, sure.

12   Q.   It is not what you told her?

13   A.   That's not exactly what I said.

14   Q.   Okay.  Did you write, "We both got hella bullied"?

15   A.   I wrote, "We both got hella bullied."

16   Q.   You did write that?

17   A.   Yes.

18   Q.   Okay.  You also agree with me that it was your assessment

19   that B████ was treated unfairly in middle school?

20   A.   I don't know where it says that.

21   Q.   Well, I'm first asking you:  Is that consistent with your

22   recollection?

23   A.   I don't recall.

24   Q.   Okay.  So let's read your deposition again.

25          By the way, when your memory was refreshed on all

B.R. v. F.C.S.B.

173

1  the things you testified, did they -- did you not refresh your

2  recollection about these parts of your deposition?

3  A.   What was that?

4  Q.   You had a lot of new memories today that you said came

5  about because you saw --

6           MR. BLANCHARD:  Objection.

7           THE COURT:  Watch -- watch your form.  Don't argue.

8  BY MR. BRENNER:

9  Q.   I'm just asking you, when you were refresh -- we talked

10  about earlier how your memory was refreshed by things you saw.

11  And that -- and you testified today you agree differently than

12  your deposition, right?

13  A.   Yeah.

14  Q.   Okay.  So when you were being refreshed and finding out a

15  new -- new recollections that were different than your

16  deposition, did you also look at --

17           MR. BLANCHARD:  Your Honor, I'm going to object to

18  the questions characterizing the testimony with respect to the

19  deposition.  He can ask about specific things, but to say it's

20  inconsistent when he's taking pieces and not full record,

21  which I know I'll have a chance on cross-examination to

22  address, but I still --

23           THE COURT:  Actually, redirect I hope, for your own

24  client.

25           MR. BLANCHARD:  I'm sorry.  Redirect.

B.R. v. F.C.S.B.

174

1          But I hope that the questioning of characterizing

2   what the evidence is will stop.

3          THE COURT:  I think that we probably can do things a

4   lot more efficiently if we provide all of the context for the

5   question and answers as opposed to us trying to attempt to

6   rehabilitate things that do not comport with position or

7   perspective in the case.

8          So, Mr. Blanchard, to the extent -- excuse me,

9   Mr. Brenner, to the extent that you can provide her context,

10  if there is context.

11         MR. BRENNER:  Sure.

12  BY MR. BRENNER:

13  Q.  So I was going to refresh your recollection.  In your

14  deposition, you said you don't remember saying she was treated

15  unfairly.  If you could look at page 148.

16         MR. BLANCHARD:  Your Honor, I can already -- there's

17  context here in terms of -- do you want me to read in the

18  parts from my thinking it's appropriate or reserve --

19         THE COURT:  I think we're probably not going to be

20  able to come to sort of agreement as to how to do this, so I'm

21  going to let Mr. Blanchard ask legitimate questions, and I'm

22  going to, obviously, let you rehabilitate if you think you

23  need to.

24         MR. BLANCHARD:  Thank you, Your Honor.

25  BY MR. BRENNER:

———B.R. v. F.C.S.B.———

175

1    Q.   Just ask, if you look at your deposition, you were asked

2    on page 148, line 4 to 10, does this refresh your

3    recollection -- to give you context, this is going back to

4    after you've been -- you've been shown the conversation you

5    had with your friend after you were -- got the lawsuit, okay?

6    A.   Correct.

7    Q.   Do you understand the context?

8    A.   Yes.

9    Q.   Okay.  And then you were asked in your deposition:  "Does

10   this refresh your recollection that she was, in fact, bullied

11   in middle school," talking about B████, right?

12   A.   Correct.

13   Q.   And your answer was, "I would say that we were both just,

14   like, treated unfairly in middle school."  That's what you

15   said, right?

16   A.   Yes.

17   Q.   Okay.  Does that refresh your recollection?

18   A.   That we were not bullied, we were treated unfairly.

19   Q.   You said that you were not bullied?

20   A.   I literally say that.

21   Q.   Well --

22   A.   I would say that we were both just treated unfairly.

23   Q.   Well, let's go back to the question before, which we just

24   read, again.  So let's go back to that one.

25            Question before:  "So based on this, it looks like

─────B.R. v. F.C.S.B.─────

176

1   you would agree that B.R. was bullied in middle school?"

2              Your answer was, "Yeah," correct?

3   A.   Correct.

4   Q.   Okay.

5              MR. BLANCHARD:  May I read the next question and

6   answer?

7              THE COURT:  Well, we're not ever going to come to an

8   agreement.  As I said, it would be the Court's preference that

9   all the questions provide some context and everybody not just

10  cherry-pick things that they want to make reference to.

11  BY MR. BRENNER:

12  Q.   The -- and the next thing is you don't have a specific

13  recollection of the bullying, correct?

14              That's the next Q&A?

15  A.   Correct.

16  Q.   Okay.  All right.  So let's go -- do you agree -- well,

17  do you recall that you would see B█████ in the hallways -- this

18  is in Rachel Carson.  Okay?

19  A.   Uh-huh.

20  Q.   To set the context.

21              You would see her in hysterics and crying, correct?

22  A.   Yes.

23  Q.   You would agree that one of the things B████ was crying

24  about in the hallways was about rumors that were being spread

25  about her?

B.R. v. F.C.S.B.

177

1   A.   Correct.

2   Q.   Okay.  And you recall that B███ was so distraught over

3   these rumors that you, yourself, thought that she might

4   actually cut and physically injure herself?

5   A.   Correct.

6   Q.   Okay.  Prior to these rumors starting, you had never

7   known B███ to physically hurt herself before, correct?

8   A.   Not that I recall.

9   Q.   Now, you don't recall B███ ever being in hysterics or

10   crying in 6th grade at Floris, correct?

11   A.   I think there was times that she was crying, but, yeah.

12   Q.   Okay.  So let's look at -- let's look at your deposition

13   again.  Go to page 52.  So I'll give you the full context so

14   you understand the -- and I'm starting at -- starting at

15   line 16.

16       "QUESTION:  So when you said 'freaking over

17   anything,' what did you mean by that?

18       "ANSWER:  If there was, like, if she got a bad grade

19   or if she got, like, heard something from someone, like a

20   rumor of some sort that she would be -- that she would kind of

21   be in hysterics and, like, crying, and I would have to console

22   her.

23       "QUESTION:  Was that predominantly, like, the

24   hysterics and having to console her, did that ever occur

25   in 6th grade?

B.R. v. F.C.S.B.

178

1    "ANSWER:  No."

2          Does that refresh your recollection?

3    A.   Yeah, but a lot of the things that I didn't remember

4    from 6th grade at this point I have remembered now.

5    Q.   Your memory has become better since your deposition in

6    August?

7    A.   Correct, yeah.

8    Q.   Okay.  Now, you recall -- so the crying and hysterics,

9    things started changing really quickly for B███ in early 7th

10   grade.

11         Do you remember that?

12   A.   I don't remember it changing quickly, but --

13   Q.   Okay.  Let's look at your deposition again, then.

14         To give you context, start at line 6:

15         "When did you -- and I know it stretched your memory

16   and this was, you know, 12 years ago, but I'm going to ask

17   anyway.  Going back to that time period:

18         "QUESTION:  If B.R. and C.K. maybe stated dating

19   early November -- I think that's what you testified

20   approximately around -- if that was early November, around

21   when that school year do you think the first time you saw her

22   crying and had to console her was?

23         "ANSWER:  I don't remember.

24         "QUESTION:  Was it before or after she started

25   dating C.K.?

B.R. v. F.C.S.B.

179

1        "ANSWER:  Probably before.  I feel like during that

2    school year was things just very quickly changed and got

3    worse, I feel like for her."

4            Does that refresh your recollection?

5    A.   Yeah.

6    Q.   Okay.  Now, one of the rumors you specifically recall

7    being spread about B███ was that she and you were, quote,

8    lesbians for each other; is that correct?

9    A.   Yeah.

10   Q.   And I think you told Mr. Blanchard that that would be

11   untrue, correct?

12   A.   Correct.

13   Q.   Okay.  Now, Mr. Blanchard showed you a picture of D███

14   N██.  I want to talk of him a little bit.  He was the one

15   that was walking the dog?

16   A.   Yeah.

17   Q.   Okay.  You remember him from middle school, right?

18   A.   Yes.

19   Q.   You don't recall David -- I'm going to call him David N.

20           You don't recall David N. and B███ ever dating

21   while in middle school?

22   A.   I didn't at this point when I did my deposition, no.

23   Q.   Okay.  This is another one in your deposition you told us

24   under oath you don't remember her ever dating, but now your

25   memory has been refreshed after meeting with the lawyers?

B.R. v. F.C.S.B.

180

1   A.   Yeah, and seeing the photos.  Because I totally didn't

2   recollect, like, hanging out together, but --

3   Q.   Okay.  So you saw a photo and you decided that they were

4   dating?

5   A.   I recall more now.

6   Q.   Okay.  Let's see what you said about D█████ N███ back in

7   August.  You described him as, quote, a gross kid?

8            THE COURT:  You can answer "yes" or "no."

9            THE WITNESS:  Yes.

10  BY MR. BRENNER:

11  Q.   You recall him following you and B████ around and

12  harassing you?

13  A.   Yes.

14  Q.   He would follow other kids around between classes too?

15  A.   Correct.

16  Q.   You did not like the way he acted with girls and thought

17  it was just too much, right?

18  A.   Correct.

19  Q.   You recall that he would not leave girls alone until they

20  specifically told him, Just go away and just get away from me?

21  A.   Correct.

22  Q.   And you also recall D████ N███ spread rumors about B.R.

23  to defame her?

24  A.   I believed that he was spreading rumors about her.  I

25  don't know for sure if he was.

B.R. v. F.C.S.B.

181

1  Q.   That's what you told us back in August, right?

2  A.   Correct.

3  Q.   Those rumors included that he would try to get blow jobs

4  and hand jobs from her, correct?

5  A.   Correct.

6  Q.   You also thought that David was spreading rumors about

7  hooking up with B███ because he wanted people to think he was

8  doing that type of stuff with her?

9  A.   Correct.

10 Q.   And you think you could have heard those rumors not just

11 from David N., but from C.K., correct?

12 A.   I don't recall hearing them from C.K.

13 Q.   Okay.  You, yourself, also recall being bullied in

14 middle school?

15 A.   Correct.

16 Q.   Same type of stuff happened to you.  There were sexual

17 rumors spread about you while you were at Rachel Carson Middle

18 School?

19 A.   And before that, yes.

20 Q.   These rumors about you were totally made up and not true?

21 A.   Correct.

22 Q.   There was one that -- substitute David N. -- there was

23 one about a boy named Garrett?

24 A.   Correct.

25 Q.   Who you knew, correct?

————B.R. v. F.C.S.B.————

182

1   A.   Uh-huh, yes.

2   Q.   And who rumors started being -- spreading after you --

3   did you spend -- did you go on a date or spend time with

4   Garrett alone one time?

5   A.   Yeah, we dated in 6th grade.

6   Q.   Right.  And then after that people started spreading

7   rumors that you gave oral sex to him, correct?

8   A.   Correct.

9   Q.   And that was totally false, correct?

10  A.   True.

11  Q.   You agree there was a lot of bullying going on at

12  Rachel Carson Middle School?

13  A.   I wouldn't say a lot, but I just know personally.

14  Q.   Okay.  So let's look at your deposition again.  I've got

15  the wrong page.  I'll go to 162.

16          Okay.  Just to give you context, let me back up a

17  second.  This involved a conversation or a -- well, with

18  Nusheen was it a conversation or a text exchange?

19  A.   It was a -- I think, like, Instagram messages.

20  Q.   Some sort of written back-and-forth?

21  A.   Yeah.

22  Q.   Okay.  So to give you context, do you remember talking --

23  I say "talking" -- I mean communicating this way with Nusheen

24  after you got this lawsuit?

25  A.   Yes.

─B.R. v. F.C.S.B.─

183

1   Q.   Okay.  And you guys talked about things, including what

2   was going on at Rachel Carson Middle School.

3           Do you remember that?

4   A.   Yes.

5   Q.   And on line 22, you were asked, okay -- and they were

6   looking at the messages with you -- "Okay."  And then it says

7   going down to the last, your last message on this page says,

8   "I was like, listen, we were all" -- I'll shorten it -- "we

9   were all F'ing bullied in middle school.  We were all sad.

10          "So based on this, it looks like you wrote to

11  Nusheen that B.R. was bullied in middle school and sad."

12          Your answer, "Yup.

13          "Is that accurate?

14          "Yes."

15          Does that refresh your recollection, at least when

16  you were talking to Nusheen, that you were confirming that

17  there was a lot of bullying going on at Rachel Carson Middle

18  School?

19  A.   When I'm saying "all," I'm referring to me, B███, and

20  Nusheen.  I'm not talking about every student at

21  Rachel Carson.

22  Q.   Okay.  So you were telling Nusheen that you, Nusheen, and

23  B███ were all F'ing bullied?

24  A.   Correct.

25  Q.   And were all sad?

B.R. v. F.C.S.B.

184

1    A.    Correct.

2    Q.    Okay.  So your testimony is that somehow you were the

3    three -- only three targets of bullying at Rachel Carson?

4    A.    Well, I wasn't asked about other people.

5    Q.    I'm asking you.

6    A.    I don't recall.

7    Q.    So you think it's possible the only three people that

8    were bullied at Rachel Carson were you, Nusheen, and B████?

9    A.    I don't know.  I wasn't directly aware of it.

10   Q.    Okay.  You weren't aware of anyone else being bullied?

11   A.    Not specifically.

12   Q.    How about generally?

13   A.    I can't think of any.

14   Q.    Okay.  I think you testified about this earlier, but the

15   locker pods, you and B████ were in different locker pods?

16   A.    Yes.

17   Q.    Were you on different teams?

18   A.    Yes, I think so.

19   Q.    Okay.  She was Explorers.  Do you remember what you were?

20   A.    It was Dream Team.

21   Q.    Dream.  So your locker pods were enough apart that you

22   didn't see each other if you were both at your lockers, right?

23   A.    We did see each other?  Is that what --

24   Q.    Did not.

25   A.    We did not see each other, no.  It was like a hallway

———B.R. v. F.C.S.B.———

185

1  away.

2  Q.   Right.  They were separated by a hallway at least?

3  A.   Correct.

4  Q.   You do recall that David -- D.N. and C.K. would -- they

5  were both 8th graders, right?

6  A.   Correct.

7  Q.   You do recall that they would come down to the 7th-grade

8  locker areas in the morning, right?

9  A.   Yes.

10  Q.   Okay.  And you don't know -- you wouldn't know, yes or

11  no, whether they went to B███████ locker because you weren't

12  there?

13  A.   Yeah, I would not know.

14  Q.   Okay.

15       MR. BRENNER:  If -- Your Honor, if we could publish

16  Exhibit 81.  I think it was either just admitted or admitted

17  previously.  Plaintiff's Exhibit 81.

18       THE COURT:  Just a moment.

19       MR. BRENNER:  This is the one we have two numbers

20  for.

21       THE COURT:  Yep.

22       MR. BRENNER:  The 11/21 statement from her.  204, or

23  DX-204.

24       THE COURT:  You may publish.

25       MR. BRENNER:  Thank you, Your Honor.

B.R. v. F.C.S.B.

186

1          (Exhibit published.)

2     BY MR. BRENNER:

3     Q.   So this is the statement that -- I forgot -- I think

4     Ms. Rewari showed you, right?

5     A.   Correct.  Yeah.

6     Q.   Now, again, before we get to your testimony today, I just

7     want to recount for you -- have you recount what you

8     remembered about this back in August when you were deposed,

9     right?  Okay?

10    A.   Yeah.

11    Q.   You said you had no idea what this statement was

12    referring to?

13    A.   Correct.

14    Q.   You couldn't remember what the rumor was in regard to?

15    A.   Yeah.

16    Q.   You didn't recall drafting it?

17    A.   Correct.

18    Q.   You didn't recall having any conversations with any

19    administrators about the allegations that you had called B.R.

20    names?

21    A.   Correct.

22    Q.   You didn't recall the administrators ever speaking with

23    you about any of this?

24    A.   Yeah, I didn't recollect at that time.

25    Q.   You didn't recall ever speaking with Ms. T███ about

B.R. v. F.C.S.B.

187

1  any -- any allegations that you called B███ names?

2  A.   Yup.

3  Q.   Correct?

4  A.   Correct.

5  Q.   Same question for Mr. H███.  You didn't recall speaking

6  with him about any allegations that you called B███ name --

7  B███ names, right?

8  A.   Yeah, I couldn't have even put any of their faces to

9  their names at -- before, like, during my --

10  Q.   The truth is, you didn't recall speaking to any

11  administrator about this at all until sometime between August

12  and today, right?

13  A.   Correct.

14  Q.   Okay.  Now, today you went through a series of Facebook

15  messages between -- which appear to be between you and Mr. K.,

16  right?

17  A.   Correct.

18  Q.   Okay.  So let's just talk about that -- because those

19  seem to have refreshed your recollection about a lot of

20  things, right?

21  A.   Yes.

22  Q.   Okay.  Now, you have a Facebook account, right?

23  A.   I do.

24  Q.   Same one you've had since middle school?

25  A.   Yeah, I think -- I think so.

B.R. v. F.C.S.B.

188

1   Q.   Yeah, in fact, to be more precise, the same one you had

2   when you had it when you were in 7th grade?

3   A.   Yeah.

4   Q.   Mr. K. also has a Facebook account?

5   A.   Correct.

6   Q.   Same one he had since 7th grade?

7   A.   I'm not sure of that, but it sounds right.

8   Q.   Yeah, in fact, you still, since middle school, have

9   occasionally communicated with him by Facebook?

10  A.   I have not communicated with him.

11  Q.   You don't recall communicating with him on Facebook since

12  middle school?

13  A.   I have -- not in a message.  I have maybe liked a post

14  that he's posted.

15  Q.   Right.  You're still Facebook friends.  You may have gone

16  on each other's walls or posted on each other's things?

17  A.   No posting.  No messages.  Maybe a like of a picture.

18  Q.   Maybe liking something on his page or vice versa?

19  A.   Yeah.

20  Q.   Okay.  Now, when -- in this lawsuit, do you recall being

21  asked -- do you recall searching for messages related to the

22  claims in the case, any -- any sort of text, Facebook

23  messages, anything like that?

24  A.   Yes, I went through my entire Facebook.

25  Q.   And you didn't find these, the ones you just went

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

—B.R. v. F.C.S.B.—

189

1    through, right?

2    A.    Yeah, no, I couldn't find them.

3    Q.    They weren't there, right?

4    A.    Nope.

5    Q.    Same for the messages you said today that you were

6    Facebook messaging with B███, there's no evidence of that,

7    right?

8    A.    I think because B███ deleted her account, and I deleted

9    the messages.

10   Q.    Well, you -- you didn't delete your account, correct?

11   A.    No, but she did.

12   Q.    Well, we'll get to that.

13          You didn't delete your account, yet when you looked,

14   you didn't find the messages with Mr. K., did you?

15   A.    He might have also deleted his account.  I have no idea.

16   If you delete or block someone, I'm pretty sure the messages

17   go away.

18   Q.    Well, you and Mr. K. didn't delete -- block each other?

19   You just --

20   A.    Well, I don't know what he did.  I didn't.

21   Q.    You didn't block him?

22   A.    I don't recall, no.

23   Q.    Right?

24   A.    I don't recall blocking him, no.

25   Q.    Well, you recall looking at his Facebook because you told

—Tonia M. Harris OCR-USDC/EDVA 703-646-1438—
EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

190

1  me you would like pictures and he would vice versa with you,

2  so you guys couldn't have blocked each other?

3  A.   Right.  That doesn't mean that it -- he couldn't have,

4  like, deleted his account and like we re-added each other.

5  Like, that totally could have happened.

6  Q.   Totally could have happened, right?

7  A.   Yeah.

8  Q.   Yeah.  All right.

9          If you look -- if you look at Exhibit 354.  You

10  have -- it's in the black binder.  You have that still?

11  A.   Yes.

12  Q.   Okay.  It was -- if you look at second page.

13          MR. BRENNER:  Can we bring up 354?  DX-354.  I

14  believe it's in, Your Honor.  May I publish?

15          THE COURT:  You may.

16          (Exhibit published.)

17          MR. BRENNER:  Okay.  Go to the second page, please.

18  And can you blow up that gray box?  Blue-ish box?

19  BY MR. BRENNER:

20  Q.   So it says these messages were generated by C.K. on

21  Tuesday, August 8, 2023, right?

22  A.   Correct.

23  Q.   Right?

24  A.   Yeah.

25  Q.   And that's for all of these messages?

─B.R. v. F.C.S.B.─

191

1   A.   Correct.

2   Q.   You had never seen -- you had no recollection of ever

3   seeing them before, correct?

4   A.   Right.

5   Q.   You were asked in our deposition about various

6   communications with both B███ and C.K.  you never mentioned

7   these, correct?

8   A.   Correct.

9   Q.   Okay.  And these are the things that refreshed your

10  recollection about a whole bunch of stuff, right?

11  A.   Yeah.

12  Q.   Okay.  So let's look at -- by the way, is it fair to say

13  if you looked at these messages as a whole that you and -- you

14  and C.K. were having fun at the expense of B███?

15  A.   I wouldn't say that.

16  Q.   No?  You think you guys were treating -- you guys -- you

17  think you were talking about her in a nice way in these -- in

18  these Facebook messages?

19       MR. BLANCHARD:  Your Honor, the messages speak for

20  themselves.

21       THE COURT:  He can ask her how she feels about them.

22  BY MR. BRENNER:

23  Q.   Yeah, do you think that you were treating her in a nice

24  way?

25  A.   I don't think it was nice or mean.  I thought that we

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

192

```
 1   were just experiencing how B████ was acting and talking about

 2   it to each other like friends.

 3   Q.   Okay.  If you look at page --

 4            MR. BRENNER:  If we could publish 355, Your Honor?

 5            THE COURT:  You may.

 6            (Exhibit published.)

 7            MR. BRENNER:  And if you could go to the second

 8   page, please, Mr. Brown.

 9            Can you scroll to the bottom four messages?

10   There -- there you go.  No -- no, down the last four.

11   BY MR. BRENNER:

12   Q.   So, in this one you see where you say -- by the way,

13   semicolon D, is that a smiley face?  What's semicolon D?

14   A.   Yeah.

15   Q.   Smiley face?

16   A.   Smiley face, uh-huh.

17   Q.   Okay.  And then you say, "Hey, it's B████," right?

18   A.   Yeah, I don't know what that is.

19   Q.   Right.  Well, you know -- you know that, in this same

20   time period, you had been accused by others of impersonating

21   people on Facebook, right?

22   A.   I don't know that.

23   Q.   You don't have a recollection of that?

24   A.   No.

25   Q.   You have no recollection of any school disciplinary
```

B.R. v. F.C.S.B.

193

 1    action regarding you being accused of -- of impersonating

 2    people on Facebook?

 3    A.    No.

 4    Q.    No recollection?

 5    A.    No.

 6    Q.    Okay.  That was going on back in middle school, right?

 7    People would make -- impersonate each other on social media,

 8    right?

 9    A.    I think B███ would.

10    Q.    She's the only one?

11    A.    That's all I recall.

12    Q.    So of all the people in middle school, the only person

13    you recall making fake Facebook pages and impersonating is

14    B███ R.?

15    A.    That's the only one I've seen messages of.

16    Q.    No, I'm not -- I'm not asking what was shown to you by

17    the lawyers.  I'm asking you just to your recollection --

18    A.    No, I don't recollect.

19    Q.    Okay.  So zero recollection, you or anyone else?

20    A.    Yeah.

21    Q.    Okay.

22              Let's go to --

23              MR. BRENNER:  Your Honor, may I publish 361?

24              THE COURT:  Give me an idea where you are in your

25    examination.

B.R. v. F.C.S.B.

194

1          MR. BRENNER:  I probably need 20 -- at

2    least 20 minutes.

3          THE COURT:  Okay.  We're going to take our break.

4          MR. BRENNER:  Okay.

5          THE COURT:  Ladies and gentlemen, we're going to go

6    ahead and take our lunch break.

7          It's a little after 1:15 now.  The question for you

8    all -- we sort of talked about ending today at 3:00.  Can we

9    go to 4:00?

10          Okay.  We'll go to 4 o'clock.  We'll see you back in

11   at 2:00.

12          (Jury excused.)

13          THE COURT:  Thank you.  Ladies and gentlemen, you

14   can be seated.

15          We'll see everyone in at 2 o'clock.

16          (Lunch Recess 1:20 p.m.)

17          (A.M. Session concluded.)

18

19

20

21

22

23

24

25

1                     CERTIFICATE OF REPORTER

2

3           I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Jury Trial

7    in the case of the **B.R. versus F.C.S.B., et al.**, Civil

8    Action No.: 1:19-cv-917, in said court on the 8th day of

9    April, 2024.

10          I further certify that the foregoing 217 pages

11   constitute the official transcript of said proceedings, as

12   taken from my machine shorthand notes, my computer realtime

13   display, together with the backup tape recording of said

14   proceedings to the best of my ability.

15          In witness whereof, I have hereto subscribed my

16   name, this August 26, 2024.

17

18

19

20

21   _____

                    Tonia M. Harris, RPR
22                  Official Court Reporter

23

24

25

                                                              195

**'**

**'freaking** [1] - 177:12
**'inappropriate** [1] -
146:25

**0**

**029** [1] - 29:14
**05** [2] - 4:4, 4:22

**1**

**1** [8] - 17:17, 18:4,
22:16, 30:12, 31:1,
31:23, 36:2, 85:3
**10** [3] - 165:24, 166:7,
174:23
**100** [5] - 2:2, 2:6, 2:10,
122:16, 158:25
**108** [1] - 4:20
**109** [1] - 30:10
**10:00** [2] - 143:16,
143:17
**11** [3] - 86:20, 86:21,
125:9
**11/21** [1] - 185:18
**111** [2] - 30:23, 31:19
**11:12** [1] - 86:23
**11:15** [1] - 86:13
**11th** [4] - 118:25,
119:1, 119:3, 119:25
**12** [6] - 64:13, 68:9,
90:14, 90:15, 96:1,
178:12
**12-year-old** [1] - 27:17
**120** [2] - 3:6, 4:19
**124** [1] - 4:10
**13** [5] - 90:14, 90:15,
165:24, 166:7, 167:7
**137** [2] - 167:23, 168:6
**1382** [1] - 88:11
**1390** [1] - 88:11
**13th** [1] - 116:16
**14** [3] - 126:7, 126:16,
128:5
**143** [1] - 88:11
**147** [1] - 170:20
**148** [2] - 174:11,
174:23
**14th** [1] - 131:1
**15** [2] - 1:8, 27:7
**151** [2] - 70:11, 70:14
**151**..............................
...............[1] - 4:18
**1520** [1] - 1:20
**156** [1] - 4:18
**159** [1] - 4:11
**16** [1] - 177:11
**162** [1] - 182:11

**164** [3] - 24:2, 24:6,
24:9
**164**..............................
.....[1] - 4:14
**166** [2] - 165:24, 166:7
**169** [1] - 22:13
**17** [7] - 129:14,
129:23, 130:10,
130:21, 133:14,
168:6, 170:20
**171** [5] - 32:21, 32:25,
34:4, 36:1, 36:4
**1775** [1] - 3:9
**178** [1] - 17:14
**17th** [1] - 129:14
**18** [3] - 133:17, 134:7,
135:23
**1801** [1] - 3:6
**18th** [2] - 12:8, 12:11
**19** [3] - 137:12,
138:12, 139:19
**192** [4] - 25:12, 25:17,
26:4, 26:6
**192**..............................
...............[1] - 4:15
**195** [2] - 4:22, 195:10
**19th** [1] - 136:9
**1:15** [1] - 194:3
**1:19-cv-917** [2] - 1:4,
195:8
**1:20** [1] - 194:12

**2**

**2** [5] - 31:2, 127:5,
127:6, 157:18,
194:11
**2/13/12** [1] - 116:1
**20** [5] - 33:10, 34:7,
86:12, 193:22,
193:23
**20037** [5] - 1:16, 2:15,
2:18, 2:22, 3:2
**2011** [24] - 29:10, 35:1,
36:20, 85:3, 90:10,
102:11, 103:19,
125:9, 126:7,
126:16, 128:5,
129:23, 130:10,
130:21, 133:14,
133:17, 134:7,
135:23, 137:13,
138:12, 139:19,
146:23, 148:17,
157:3
**2011/2012** [5] - 60:12,
60:23, 61:1, 61:5,
85:16
**2012** [1] - 25:2, 30:2,
30:16, 31:5, 32:1,

36:7, 36:21, 37:4,
85:3, 90:10, 96:1,
164:18
**20190** [1] - 3:10
**20191** [1] - 3:7
**202-536-1702** [1] -
1:17
**202-955-1596** [1] -
2:15
**202-955-1664** [1] -
2:22
**202-955-1974** [1] -
2:19
**2021** [3] - 41:10, 59:3,
59:16
**2022** [2] - 42:23, 53:21
**2023** [4] - 63:18,
88:12, 165:11,
190:17
**2024** [3] - 1:6, 195:9,
195:16
**2025** [1] - 44:24
**2029** [1] - 1:19
**204** [5] - 155:24,
156:11, 156:20,
156:22, 185:18
**204**..............................
...............[1] - 4:18
**20th** [1] - 143:16
**21** [4] - 25:2, 146:23,
148:17, 157:3
**213-995-5720** [1] -
1:21
**214** [5] - 4:19, 114:2,
114:17, 114:18,
114:20
**214**..............................
...............[1] - 4:19
**21st** [11] - 35:14,
36:25, 102:11,
107:18, 107:25,
131:2, 143:17,
160:2, 160:7,
160:10, 161:14
**22** [2] - 170:20, 183:1
**2200** [4] - 2:14, 2:18,
2:21, 3:1
**22314** [1] - 3:14
**227** [2] - 8:19, 85:9
**22nd** [2] - 20:2, 119:2
**2300** [1] - 1:15
**24/7** [1] - 19:13
**25** [5] - 4:14, 11:4,
86:12, 90:6, 90:7
**26** [1] - 30:16
**26th** [1] - 30:2
**27** [2] - 4:15, 31:4
**27th** [2] - 30:2, 31:12
**2800** [1] - 2:3, 2:7,
2:11

**295** [3] - 28:12, 28:22,
29:1
**295**..............................
...............[1] - 4:15
**2:00** [2] - 68:9, 194:7
**2nd** [3] - 2:2, 2:6, 2:10

**3**

**30** [4] - 4:15, 7:17,
85:3, 86:12
**300** [1] - 92:9
**305-539-8400** [1] - 2:8
**32** [4] - 105:25, 106:3,
106:4, 106:8
**33131** [3] - 2:3, 2:7,
2:11
**354** [10] - 4:19, 114:14,
118:4, 118:7, 120:6,
120:7, 120:19,
124:1, 190:5, 190:9
**355** [6] - 118:7,
125:23, 126:3,
127:4, 127:5, 191:25
**356** [2] - 128:23, 129:2
**357** [3] - 118:7,
131:12, 131:16
**358** [2] - 118:7, 133:7
**359** [2] - 118:7, 135:16
**360** [5] - 118:7, 137:6,
142:13, 145:20
**361** [3] - 118:7, 143:8,
193:19
**362** [3] - 118:7,
150:12, 154:14
**363** [4] - 118:8, 120:7,
120:19, 154:22
**363**..............................
...............[1] - 4:19
**38** [1] - 4:6
**389** [5] - 108:10,
108:11, 108:15,
108:19, 159:17
**389**..............................
...............[1] - 4:20
**39** [1] - 159:12
**3:00** [1] - 194:4

**4**

**4** [3] - 17:23, 174:23,
194:6
**4'11** [2] - 102:21,
102:23
**40** [2] - 67:11, 67:17
**400** [1] - 3:10
**401** [1] - 3:13
**435** [1] - 139:14
**45** [1] - 6:16
**4:00** [1] - 194:5

**4th** [4] - 90:8, 110:18,
167:10, 167:12

**5**

**5** [1] - 24:15
**50** [3] - 12:25, 13:10,
13:13
**50(a** [2] - 87:3, 88:10
**50A** [1] - 14:5
**50s** [2] - 13:2, 13:14
**52** [1] - 177:9
**55** [1] - 75:3
**556** [1] - 118:7
**56** [2] - 101:24, 102:5
**58** [5] - 4:7, 104:15,
104:21, 105:1,
105:17
**59** [5] - 4:10, 104:21,
105:9, 105:17,
106:19
**598** [1] - 88:11
**5:00** [1] - 50:3

**6**

**6** [4] - 29:8, 29:11,
76:9, 178:10
**610-804-1787** [1] - 2:4
**643a** [1] - 1:16
**697A** [2] - 40:16, 40:17
**6:17** [1] - 138:13
**6:27** [1] - 141:8
**6:30** [1] - 142:2
**6:44** [1] - 142:7
**6:55** [2] - 133:17,
134:8
**6th** [17] - 28:8, 31:25,
91:11, 93:11, 93:12,
95:19, 95:20, 96:23,
99:2, 133:3, 133:4,
164:15, 166:19,
177:6, 177:21,
177:25, 182:1

**7**

**7** [3] - 29:2, 48:6,
138:4
**7-hour** [1] - 76:9
**70** [1] - 4:18
**729** [1] - 88:11
**75** [1] - 14:15
**7:00** [1] - 50:3
**7:44** [1] - 132:11
**7th** [21] - 91:16, 96:15,
96:16, 96:23, 99:2,
99:20, 99:21,
100:22, 102:22,
104:1, 113:14,

120:23, 121:5,
152:23, 166:13,
167:4, 167:8, 178:5,
185:3, 187:23, 188:2
**7th-grade** [1] - 185:3

## 8

**8** [4] - 1:6, 29:19,
190:17, 195:16
**804-788-8200** [1] - 3:2
**808** [3] - 7:23, 8:5,
84:15
**80th** [2] - 73:19, 73:22
**81** [4] - 4:7, 116:11,
185:12, 185:13
**84** [1] - 130:1
**850-585-3414** [1] -
2:12
**8th** [12] - 91:16, 96:10,
104:2, 119:2, 119:3,
120:1, 120:23,
129:8, 152:15,
152:20, 185:1, 195:8

## 9

**9** [1] - 142:2
**90067** [1] - 1:20
**9:00** [1] - 128:5
**9:10** [1] - 1:6
**9:19** [1] - 142:7
**9th** [5] - 33:6, 37:4,
114:25, 116:7,
117:20

## A

**A-N-D-R-E-W** [1] -
39:5
**A.F** [1] - 3:6
**a.m** [5] - 1:6, 50:3,
86:23, 133:17, 134:8
**A.M** [2] - 1:8, 194:13
**ability** [1] - 195:14
**able** [12] - 7:2, 7:7,
15:10, 15:15, 50:17,
53:9, 64:21, 82:25,
103:5, 155:17,
169:14, 174:16
**abrenner@bsfllp.
com** [1] - 2:8
**absences** [2] - 30:1,
30:5
**absent** [1] - 30:18
**absolutely** [9] - 17:9,
17:10, 17:11, 20:12,
27:9, 37:9, 52:3,
58:16, 156:17
**academic** [1] - 29:18

**academics** [1] - 99:7
**access** [1] - 124:18
**accommodate** [4] -
7:2, 7:7, 15:11,
15:15
**accomodation** [1] -
48:23
**according** [1] - 87:16
**accordingly** [1] -
15:12
**account** [11] - 142:18,
142:22, 143:5,
143:6, 187:18,
187:25, 189:4,
189:6, 189:9,
189:11, 189:25
**accurate** [1] - 183:9
**accurately** [1] -
119:24
**accusatory** [1] - 172:3
**accused** [2] - 110:9,
192:16, 192:22
**acknowledgment** [1] -
86:1
**act** [1] - 111:7
**acted** [1] - 180:12
**acting** [1] - 191:22
**action** [5] - 88:13,
89:4, 122:13,
122:16, 192:22
**Action** [2] - 1:4, 195:8
**actions** [2] - 38:18,
90:9
**activities** [10] - 43:3,
50:6, 52:11, 57:16,
78:13, 78:20, 81:23,
94:13, 94:15, 99:8
**acts** [2] - 35:17, 36:10
**actual** [3] - 8:23, 53:4,
100:18
**added** [2] - 88:10,
189:25
**addition** [2] - 5:7, 7:19
**address** [5] - 9:7,
86:21, 115:19,
173:18
**addressed** [2] -
135:25, 136:4
**addressing** [2] -
112:13, 113:12
**adduced** [1] - 195:6
**adjust** [1] - 49:7
**adjustments** [2] -
12:5, 46:2
**administrator** [1] -
187:7
**administrators** [10] -
17:2, 17:7, 36:22,
60:1, 122:7, 122:13,
169:15, 170:4,

**186:15, 186:18
**admission** [6] - 10:4,
85:7, 85:18, 85:21,
86:7, 92:1
**admissions** [1] - 9:24
**admit** [4] - 24:5, 26:4,
28:21, 86:3
**admits** [1] - 85:15
**admitted** [22] - 8:18,
17:13, 24:9, 25:12,
26:6, 29:1, 30:10,
30:23, 31:19, 33:11,
70:14, 101:25,
104:22, 108:15,
114:3, 114:20,
120:19, 130:4,
156:22, 159:13,
185:12
**Admitted** [2] - 4:13,
4:17
**adults** [3] - 120:24,
168:22, 169:1
**advanced** [2] - 29:17,
29:21
**advisement** [1] -
88:16
**affection** [1] - 149:23
**affiliated** [1] - 5:19
**afraid** [1] - 58:8
**afternoon** [5] -
109:23, 123:15,
123:16, 158:9,
158:10
**afterwards** [4] - 33:6,
43:9, 43:10, 83:9
**age** [1] - 167:7
**agitated** [1] - 56:2
**agitation** [2] - 55:8,
55:17
**ago** [4] - 41:11, 42:24,
64:13, 178:12
**agree** [18] - 84:11,
84:20, 161:13,
163:6, 163:16,
170:12, 170:14,
170:16, 170:22,
171:19, 171:20,
171:21, 172:14,
173:7, 175:22,
176:12, 176:19,
182:7
**agreed** [1] - 9:2
**agreement** [5] - 5:6,
15:18, 59:6, 174:16,
176:4
**ahead** [10] - 7:18,
8:23, 21:9, 21:12,
65:15, 81:6, 86:10,
86:19, 120:6, 194:2
**al** [2] - 1:6, 195:7

**alanderson@bsfllp.
com** [1] - 1:21
**Alex** [1] - 129:8
**Alexandria** [2] - 3:14,
84:22
**Alison** [1] - 1:18
**alive** [1] - 82:10
**all-at-once** [1] - 35:3
**allegation** [6] - 9:15,
9:24, 85:10, 160:24,
166:8, 166:15
**allegations** [7] - 93:3,
93:6, 96:19, 166:1,
186:15, 186:22,
187:2
**alleged** [4] - 18:23,
85:9, 158:17, 160:25
**allow** [1] - 87:20
**allowed** [1] - 105:21
**almost** [8] - 15:18,
16:17, 41:24, 48:22,
53:25, 95:5, 121:15,
133:24
**alone** [2] - 180:15,
181:25
**ALSTON** [1] - 1:11
**amended** [3] - 8:12,
8:19, 85:10
**American** [2] - 39:16,
42:5
**amount** [3] - 68:25,
79:22, 97:2
**amplified** [1] - 163:6
**analogy** [2] - 20:7,
20:16
**ANDERSON** [68] - 6:7,
6:10, 6:13, 6:20,
14:23, 16:2, 16:7,
17:12, 17:17, 17:18,
19:8, 19:10, 19:22,
20:1, 21:3, 21:10,
21:13, 22:13, 22:16,
22:18, 23:4, 23:6,
23:23, 24:1, 24:5,
24:12, 25:8, 25:10,
25:17, 25:21, 25:23,
26:4, 26:8, 26:10,
26:24, 27:5, 27:6,
27:13, 28:11, 28:14,
28:17, 28:21, 29:2,
29:4, 29:23, 29:25,
30:9, 30:12, 30:14,
30:22, 31:1, 31:3,
31:14, 31:15, 31:18,
31:22, 32:7, 32:9,
32:20, 32:24, 33:9,
33:14, 34:16, 34:18,
36:17, 36:19, 37:14,
37:16
**Anderson** [3] - 1:18,

6:6, 16:1
**Anderson............** [1] -
4:4
**Andrew** [6] - 2:5, 4:5,
6:13, 38:5, 38:10,
158:11
**ANDREWS** [4] - 2:14,
2:17, 2:21, 3:1
**Angeles** [1] - 1:20
**angle** [1] - 70:19
**angry** [1] - 35:9
**anniversary** [2] - 44:1,
76:4
**annoying** [1] - 136:19
**ANSWER** [7] - 166:4,
168:10, 170:23,
177:14, 177:22,
178:19, 178:22
**answer** [17] - 8:11,
8:25, 9:15, 9:23,
9:24, 38:15, 45:13,
65:3, 80:11, 89:15,
158:25, 166:3,
175:9, 175:23,
176:2, 180:4, 183:8
**answered** [2] - 23:19,
76:18
**answering** [1] - 89:17
**answers** [2] - 165:5,
174:1
**anthropology** [1] -
92:6
**anticipate** [7] - 6:21,
9:9, 9:14, 13:10,
25:15, 86:11, 118:9
**anticipates** [1] - 7:9
**anxiety** [1] - 47:21
**anxious** [4] - 44:10,
99:9, 99:19, 137:4
**anyway** [1] - 178:13
**apart** [1] - 184:17
**apologize** [3] - 35:19,
39:1, 156:19
**app** [3] - 41:8, 41:14,
41:23
**appeal** [1] - 13:17
**appear** [1] - 187:11
**APPEARANCES** [3] -
1:13, 1:25, 2:25
**appellate** [1] - 13:24
**apple** [1] - 76:11
**appointment** [3] -
31:17, 50:11, 83:9
**appointments** [2] -
49:5, 49:17, 50:13
**appreciate** [5] - 15:5,
15:20, 48:19, 87:20,
115:22
**appreciates** [2] - 5:3,
5:5

**appreciative** [2] - 15:16
**approach** [7] - 23:23, 28:14, 38:7, 70:20, 88:21, 158:3, 159:8
**appropriate** [1] - 174:14
**April** [5] - 1:6, 12:8, 12:11, 195:9, 195:16
**Arboretum** [1] - 72:1
**area** [7] - 74:22, 74:25, 75:5, 92:15, 98:17, 109:12, 109:16
**areas** [2] - 74:1, 185:4
**argue** [1] - 173:3
**argument** [2] - 87:8, 87:13
**Arianna** [2] - 132:19, 132:20
**arm** [1] - 103:15
**Armentrout** [1] - 156:12
**arrived** [1] - 97:24
**Asheville** [4] - 43:25, 69:22, 76:3, 76:5
**asleep** [4] - 54:11
**aspect** [4] - 14:13, 37:23, 84:2, 86:14
**Assateague** [1] - 73:8
**assault** [5] - 16:25, 93:4, 158:17, 161:24, 166:9
**assaulted** [1] - 166:15
**assaults** [1] - 160:25
**assessed** [1] - 15:9
**assessment** [5] - 12:25, 22:20, 22:22, 23:8, 172:14
**assistance** [1] - 92:2
**assistant** [1] - 18:1
**assuming** [2] - 6:17, 158:24
**assumption** [1] - 169:12
**Atta** [2] - 113:25, 114:1
**attack** [1] - 49:10
**attempt** [1] - 174:1
**attend** [2] - 91:12, 104:11
**attendance** [1] - 28:19
**attended** [1] - 110:19
**attention** [7] - 11:23, 11:25, 15:6, 18:17, 62:25, 70:9, 89:6
**attracted** [1] - 41:23
**AU** [1] - 42:7
**August** [10] - 41:10, 63:17, 63:18, 165:11, 178:2,

180:3, 180:22, 186:4, 187:7, 190:17
**aunt** [1] - 73:21
**Austin** [5] - 42:16, 46:12, 47:16, 66:10, 66:12
**authenticity** [1] - 120:12
**author** [1] - 114:10
**available** [2] - 46:6, 106:12
**Ave** [1] - 2:21
**Avenue** [4] - 2:14, 2:18, 3:1, 3:9
**awakened** [1] - 54:11
**aware** [12] - 60:9, 60:13, 63:9, 63:13, 77:17, 115:8, 124:4, 146:7, 158:19, 158:20, 184:5, 184:6
**awkward** [2] - 41:24, 71:10
**aye** [4] - 135:25, 136:1, 136:2, 136:3

---

# B

**B-C-E-N-J-F** [1] - 142:14
**B.H** [1] - 3:6
**B.R** [51] - 1:3, 6:14, 6:18, 38:4, 59:3, 59:6, 64:3, 76:19, 80:9, 85:1, 93:2, 93:16, 94:11, 95:2, 95:23, 96:22, 101:12, 110:25, 112:24, 113:12, 116:5, 116:20, 117:1, 117:8, 126:18, 128:10, 129:23, 131:4, 133:4, 134:24, 139:25, 140:12, 141:11, 141:15, 141:20, 145:17, 146:7, 148:18, 148:21, 153:4, 154:1, 166:1, 168:8, 170:22, 170:25, 175:22, 178:14, 180:18, 183:7, 186:15, 195:7
**B.R.'s** [4] - 76:21, 94:23, 116:7, 121:5
**back-and-forth** [1] - 182:16
**back-door** [1] - 56:14
**background** [2] - 39:13, 160:14

**backup** [1] - 195:13
**backwards** [1] - 128:24
**bad** [5] - 53:7, 54:14, 54:15, 99:17, 177:14
**bag** [1] - 117:1
**balance** [2] - 47:22, 82:5
**balcony** [2] - 58:6, 58:12
**BARAN** [1] - 1:14
**bare** [1] - 49:20
**based** [18] - 7:1, 10:4, 11:20, 28:3, 46:22, 49:16, 53:6, 54:13, 57:6, 58:14, 64:2, 64:10, 81:11, 82:23, 170:21, 171:2, 175:21, 183:6
**basis** [8] - 8:15, 26:21, 45:9, 45:11, 49:8, 87:25, 88:8
**BATES** [26] - 6:23, 40:12, 45:7, 45:10, 51:3, 51:6, 58:23, 59:14, 60:19, 60:20, 63:7, 63:12, 65:6, 70:10, 70:16, 70:20, 71:8, 71:15, 71:17, 71:21, 71:22, 74:17, 75:12, 75:13, 81:3, 83:24
**Bates** [6] - 2:13, 59:1, 59:12, 65:4, 82:13, 144:14
**Bates.................** [1] - 4:7
**bathroom** [1] - 58:4
**bay** [2] - 169:16, 169:17
**beach** [1] - 41:2
**bear** [1] - 104:19
**beautiful** [1] - 54:1
**become** [3] - 42:10, 63:13, 178:1
**bed** [7] - 49:12, 50:25, 52:8, 52:11, 52:12, 52:15, 52:16
**BEFORE** [1] - 1:11
**beforehand** [1] - 31:13
**begged** [2] - 53:22, 53:24
**begin** [1] - 101:7
**begins** [2] - 54:12, 54:17
**behalf** [5] - 4:2, 4:8, 4:13, 4:16, 87:15
**behavior** [1] - 37:3
**behind** [2] - 160:19,

161:13
**belief** [1] - 112:21
**B█████** [5] - 41:25, 134:8, 172:5, 178:5, 183:19
**B██████** [1] - 187:2
**below** [1] - 29:13
**Ben** [1] - 117:16
**bench** [3] - 160:14, 160:17, 160:18
**best** [13] - 21:6, 38:16, 61:24, 75:4, 89:15, 93:23, 97:1, 110:25, 156:12, 164:13, 164:14, 164:17, 195:14
**better** [5] - 68:11, 68:19, 106:15, 164:10, 178:1
**between** [18] - 25:24, 34:2, 48:13, 50:3, 62:16, 68:9, 84:8, 97:16, 100:12, 118:24, 118:25, 119:1, 127:24, 172:2, 180:10, 187:7, 187:11
**beyond** [1] - 63:3
**Bi** [2] - 4:3, 16:5
**big** [2] - 122:11, 152:19
**biggest** [2] - 57:8, 76:21
**bike** [1] - 77:18
**Bi████** [1] - 43:6
**binder** [7] - 25:11, 25:18, 33:18, 114:2, 118:4, 155:25, 190:9
**birthday** [16] - 53:21, 73:19, 73:22, 74:5, 110:17, 110:24, 145:5, 145:8, 167:6, 167:7, 167:10, 167:18, 168:11, 168:12, 168:18
**bit** [17] - 15:10, 23:5, 33:22, 42:18, 49:24, 66:14, 67:21, 79:10, 79:25, 81:7, 95:22, 97:5, 109:19, 111:4, 126:10, 164:1, 179:10
**bitch** [2] - 35:18, 121:8
**black** [1] - 190:6
**blaming** [1] - 139:20
**Blanchard** [23] - 3:8, 12:14, 80:24, 87:10, 87:14, 89:8, 89:10, 115:15, 118:11,

123:24, 155:20, 157:15, 158:21, 160:6, 162:7, 163:14, 163:19, 164:14, 165:3, 174:4, 174:17, 179:6, 179:9
**BLANCHARD** [72] - 5:16, 12:15, 13:3, 13:19, 37:20, 46:25, 55:14, 55:23, 56:13, 80:25, 82:20, 87:11, 88:17, 88:19, 88:21, 89:9, 89:20, 101:23, 102:2, 102:4, 103:21, 103:23, 104:25, 105:12, 105:16, 105:25, 106:3, 106:5, 106:7, 106:9, 106:17, 106:20, 106:23, 108:4, 108:12, 108:16, 108:18, 113:3, 114:5, 114:14, 114:18, 114:22, 115:5, 115:8, 115:10, 115:18, 115:22, 115:23, 116:19, 117:11, 117:18, 117:19, 118:5, 118:15, 118:20, 119:19, 120:5, 120:17, 120:21, 120:22, 121:17, 122:21, 122:23, 169:11, 171:2, 173:2, 173:13, 173:21, 174:12, 174:20, 176:1, 191:15
**Blanchard............** [1] - 4:10
**blank** [1] - 158:21
**block** [3] - 189:12, 189:14, 189:17
**blocked** [1] - 189:23
**blocking** [1] - 189:20
**blocks** [1] - 78:9
**blow** [4] - 35:17, 180:24, 190:14
**blue** [6] - 65:19, 65:21, 81:13, 81:17, 102:15, 190:14
**blue-ish** [1] - 190:14
**Board** [5] - 8:10, 59:1, 85:15, 123:18, 163:12
**board** [1] - 43:11
**boardwalking** [1] -

75:7
**boat** [2] - 75:18, 75:24
**body** [5] - 54:17, 56:1, 77:24, 82:24, 83:10
**BOIES** [4] - 1:19, 2:2, 2:6, 2:10
**book** [5] - 124:1, 130:4, 131:13, 159:5, 159:6
**books** [2] - 80:3, 80:6
**born** [1] - 41:17
**bothering** [1] - 35:11
**bothers** [1] - 50:20
**bottle** [1] - 70:24
**bottom** [13] - 13:17, 17:23, 24:15, 24:19, 31:1, 33:19, 105:5, 105:6, 124:8, 131:21, 150:5, 151:1, 192:5
**box** [2] - 190:14
**Boy** [1] - 81:25
**boy** [3] - 99:21, 113:24, 181:19
**boy/girl** [2] - 20:18, 22:1
**boyfriend** [2] - 42:10, 100:7
**boys** [1] - 35:16
**brain** [1] - 13:24
**break** [11] - 11:24, 15:23, 15:24, 56:19, 86:11, 86:19, 138:21, 138:22, 140:8, 193:24, 194:2
**breakfast** [2] - 57:13, 97:18
**breathe** [1] - 56:8
**breathing** [2] - 36:9, 56:22
**BRENNER** [91] - 7:10, 7:14, 7:16, 7:19, 8:5, 8:7, 8:16, 8:18, 8:21, 8:25, 9:23, 10:3, 10:7, 14:20, 84:7, 84:15, 84:18, 85:1, 85:6, 85:9, 86:5, 88:20, 103:20, 106:2, 107:21, 107:23, 108:5, 108:13, 113:1, 114:12, 114:17, 115:15, 115:20, 116:15, 117:9, 118:11, 120:9, 120:11, 120:16, 122:14, 127:3, 127:5, 127:7, 128:16, 128:19, 140:5, 143:1,

144:14, 144:16, 144:18, 153:17, 156:8, 158:3, 158:5, 158:8, 159:8, 159:12, 159:16, 159:19, 159:23, 165:6, 165:9, 168:3, 168:5, 168:14, 170:10, 170:24, 171:4, 171:6, 171:7, 173:4, 174:7, 174:8, 174:21, 176:7, 180:6, 185:11, 185:15, 185:18, 185:21, 185:23, 190:9, 190:13, 190:15, 191:18, 191:25, 192:3, 192:7, 193:19, 193:22, 193:25
**Brenner** [12] - 2:5, 9:15, 84:6, 85:25, 116:13, 118:10, 120:8, 156:6, 156:7, 158:2, 158:11, 174:5
**Brenner's** [1] - 83:3
**Brenner**.............. [1] - 4:11
**briefly** [5] - 41:22, 42:2, 44:5, 49:25, 91:9
**briefs** [2] - 64:6, 64:10
**brighter** [2] - 50:7, 68:10
**brightest** [4] - 68:7, 68:8, 68:12, 68:18
**bring** [5] - 14:23, 44:17, 88:18, 120:13, 190:9
**Brittany** [1] - 2:1
**Brittney** [2] - 38:4, 39:8
**britzoll@gmail.com** [1] - 2:4
**broader** [1] - 80:8
**broke** [3] - 113:21, 113:22, 125:19
**broken** [2] - 111:19, 111:20
**brother** [2] - 43:12, 99:12
**brought** [2] - 18:16, 123:6
**Brown** [3] - 29:24, 36:18, 192:4
**brown** [9] - 19:9, 19:23, 23:5, 25:9, 31:2, 31:14, 32:8, 34:17, 159:20
**Bruce** [2] - 3:8, 89:9

**bruce.blanchard@ ofplaw.com** [1] - 3:11
**bubble** [1] - 119:17
**bullied** [20] - 170:16, 170:22, 170:25, 171:14, 171:17, 171:21, 172:1, 172:6, 172:10, 172:11, 175:6, 175:14, 175:15, 175:22, 181:9, 183:5, 183:7, 183:19, 184:4, 184:6
**bullying** [9] - 18:24, 22:7, 30:19, 36:23, 171:22, 176:9, 182:7, 183:13, 183:24
**bunch** [4] - 39:21, 131:24, 164:9, 191:6
**Burton** [1] - 2:20
**burtons@huntonak. com** [1] - 2:23
**buses** [2] - 97:16, 108:6
**busy** [1] - 94:12
**but..** [2] - 81:21, 105:11
**BY** [120] - 7:16, 8:5, 8:16, 8:25, 16:7, 19:10, 20:1, 22:18, 23:6, 25:10, 25:23, 26:10, 27:6, 27:13, 28:17, 29:4, 29:25, 30:14, 31:3, 31:15, 31:22, 32:9, 32:24, 33:14, 34:18, 36:19, 38:23, 40:20, 41:1, 41:6, 45:12, 46:8, 47:13, 48:20, 51:16, 52:6, 55:20, 55:25, 56:7, 56:16, 58:23, 59:14, 60:20, 63:12, 65:6, 70:16, 71:8, 71:17, 71:22, 74:17, 75:13, 81:10, 82:22, 83:4, 89:20, 102:4, 103:23, 104:25, 105:16, 106:7, 106:17, 106:23, 107:23, 108:5, 108:18, 113:3, 114:5, 114:22, 115:10, 115:23, 116:19, 117:11, 117:19, 118:20, 119:19, 120:22, 123:14, 124:5, 126:4, 126:15,

127:8, 128:21, 129:5, 130:19, 130:25, 131:11, 131:19, 133:12, 135:21, 137:10, 139:4, 140:6, 140:10, 143:4, 143:12, 144:19, 150:15, 150:19, 153:22, 154:21, 155:1, 156:24, 158:8, 159:16, 159:23, 165:9, 168:5, 168:14, 170:10, 170:24, 171:7, 173:4, 174:8, 174:21, 176:7, 180:6, 185:23, 190:15, 191:18, 192:7
**bye** [1] - 135:2
**Bye** [3] - 135:3, 150:8, 150:9

## C

**C.K** [38] - 59:21, 62:13, 62:17, 85:1, 93:3, 99:25, 100:13, 100:24, 101:11, 101:12, 113:21, 119:5, 121:19, 124:21, 125:18, 126:7, 126:8, 126:18, 128:5, 128:10, 138:4, 139:25, 141:24, 146:7, 146:12, 147:21, 148:11, 151:10, 153:6, 166:14, 178:14, 178:21, 181:7, 181:8, 184:25, 190:16, 191:2, 191:10
**C.K.'s** [1] - 119:7
**C.O.K** [1] - 85:2
**CA** [1] - 1:20
**cafeteria** [5] - 97:21, 97:25, 155:21, 155:22, 157:16
**calendar** [3] - 12:9, 115:1, 116:12
**calves** [2] - 77:8, 77:9
**cancel** [2] - 44:12, 44:13
**cancer** [1] - 73:21
**capable** [1] - 50:21
**capacity** [1] - 195:5
**car** [3] - 20:22, 42:9

**care** [2] - 15:7, 61:18
**career** [1] - 29:18
**Carolina** [3] - 43:25, 69:22, 76:5
**Carson** [28] - 19:13, 25:5, 27:15, 36:21, 60:5, 60:8, 60:11, 60:22, 84:20, 85:12, 91:15, 91:18, 95:25, 97:4, 108:7, 120:24, 125:4, 168:22, 169:9, 171:18, 176:14, 181:13, 182:8, 182:23, 183:13, 183:17, 183:24, 184:4
**Carson's** [1] - 107:6
**case** [50] - 7:9, 8:23, 9:11, 10:2, 10:11, 12:16, 12:21, 12:22, 12:24, 13:4, 13:7, 13:8, 13:11, 13:12, 13:18, 14:3, 14:13, 15:25, 37:23, 37:24, 41:19, 62:21, 63:23, 64:2, 64:10, 72:6, 84:2, 86:3, 86:8, 86:14, 86:15, 87:4, 87:9, 88:12, 89:2, 89:23, 93:9, 115:3, 123:7, 123:10, 126:17, 148:18, 148:22, 166:11, 174:3, 188:18, 195:7
**catch** [1] - 126:12
**catching** [1] - 94:5
**categories** [1] - 29:15
**catty** [1] - 160:22
**catty-corner** [1] - 160:22
**causes** [1] - 65:16
**causing** [2] - 52:18, 54:14
**celebrate** [1] - 7:5
**cell** [1] - 144:21
**center** [3] - 92:10, 98:8, 101:5
**Century** [1] - 1:19
**ceremony** [1] - 44:23
**certain** [9] - 11:5, 11:6, 45:16, 45:17, 65:10, 84:10, 85:22, 86:7, 130:15
**CERTIFICATE** [1] - 195:1
**Certificate** [1] - 4:22
**certify** [2] - 195:4, 195:10
**challenge** [1] - 57:8
**challenges** [2] - 46:6,

58:10
**chance** [1] - 173:17
**change** [3] - 46:5, 49:5, 157:19
**changed** [1] - 178:23
**changing** [3] - 169:16, 178:5, 178:8
**characterizing** [2] - 173:14, 173:22
**chat** [9] - 119:5, 119:10, 119:15, 119:18, 127:16, 128:1, 139:5, 154:13, 155:4
**chats** [3] - 118:24, 119:24, 124:15
**chatting** [1] - 127:24
**cherry** [1] - 176:6
**cherry-pick** [1] - 176:6
**choppy** [3] - 41:24, 52:19, 56:20
**C▇▇▇▇▇** [14] - 101:16, 102:15, 102:18, 104:5, 109:1, 109:25, 111:13, 111:18, 111:20, 113:22, 118:24, 144:4, 161:14
**C▇▇▇▇** [1] - 140:18
**Christmas** [1] - 53:2
**chronologies** [2] - 32:11, 32:16
**chronology** [9] - 32:13, 32:14, 33:1, 33:5, 33:15, 33:24, 34:4, 34:11, 36:4
**chunk** [1] - 45:19
**chunks** [1] - 52:10
**church** [1] - 12:10
**circumstances** [2] - 8:14, 123:1
**City** [13] - 43:23, 69:5, 69:25, 73:20, 73:24, 74:3, 74:7, 74:10, 74:12, 74:15, 74:20, 74:25, 75:21
**city** [2] - 70:7, 73:23
**Civil** [4] - 1:4, 87:22, 88:9, 195:7
**claim** [2] - 88:3, 158:16
**claimed** [1] - 158:18
**claims** [1] - 188:18
**clarification** [5] - 45:23, 62:8, 65:4, 68:14, 115:22
**clarify** [1] - 78:23
**class** [7] - 50:4, 50:5,

50:9, 94:2, 97:17, 97:21, 115:12
**classes** [6] - 94:3, 97:15, 97:24, 166:20, 169:16, 180:10
**classmates** [1] - 101:20
**classrooms** [1] - 169:22
**cleaner** [1] - 10:2
**cleans** [1] - 79:10
**clear** [7] - 14:6, 31:23, 32:3, 34:2, 35:13, 64:1, 117:7
**clearly** [2] - 58:1, 160:7
**clerk** [1] - 8:8
**click** [2] - 119:17, 119:21
**clicking** [1] - 13:25
**client** [3] - 5:25, 6:2, 173:20
**clients** [1] - 87:16
**Cliff** [1] - 92:25
**close** [8] - 12:16, 14:3, 18:10, 58:11, 87:13, 87:17, 99:20, 124:12
**closed** [1] - 54:5
**closer** [1] - 46:4
**clothes** [1] - 160:8
**clothing** [1] - 100:16
**code** [1] - 132:5
**coding** [2] - 80:9, 80:15
**CogAT** [1] - 28:3
**colleagues** [1] - 21:20
**college** [4] - 39:13, 42:5, 92:8, 96:11
**colorful** [1] - 142:10
**comfortable** [2] - 50:8, 52:20
**coming** [5] - 5:5, 15:7, 15:11, 64:20, 110:22
**commence** [1] - 15:25
**commit** [1] - 45:16
**commitment** [2] - 7:4, 10:10
**common** [3] - 133:20, 133:22, 159:3
**Commonwealth** [3] - 91:23, 91:24, 92:1
**communicate** [2] - 12:23, 140:11
**communicated** [2] - 188:5, 188:6
**communicating** [3] - 142:25, 182:19, 188:7
**communication** [1] -

96:3
**communications** [2] - 119:4, 191:2
**comparing** [1] - 32:13
**complaint** [17] - 8:12, 8:19, 85:10, 96:13, 145:17, 149:5, 162:7, 162:8, 162:14, 162:18, 162:21, 163:1, 163:22, 164:21, 166:1, 166:11
**complaints** [1] - 18:8
**complete** [1] - 46:20
**completely** [2] - 83:13, 83:15
**completeness** [1] - 153:17
**completion** [1] - 85:18
**comport** [1] - 174:2
**compound** [1] - 140:8
**computer** [8] - 65:18, 66:7, 67:5, 67:17, 80:9, 81:15, 124:20, 195:12
**concentrate** [1] - 79:12
**concerned** [1] - 153:3
**concerns** [4] - 18:16, 45:4, 82:24, 122:5
**conclude** [1] - 107:17
**concluded** [1] - 194:13
**condition** [1] - 24:22
**conditions** [1] - 45:14
**condo** [1] - 73:20
**conduct** [1] - 110:10
**confer** [2] - 48:16, 84:23
**confers** [5] - 9:20, 48:18, 84:25, 120:4, 122:20
**confirming** [1] - 183:12
**conflict** [1] - 61:8
**conflicts** [1] - 61:4
**confused** [3] - 30:7, 78:2, 138:1
**confusing** [2] - 14:10, 14:11
**confusion** [1] - 30:4
**congestion** [1] - 50:8
**connected** [1] - 41:13
**connection** [1] - 42:1
**consent** [1] - 24:17
**conservation** [1] - 92:14
**Conservation** [2] - 91:2, 92:18
**consider** [2] - 13:2,

13:14
**considerably** [1] - 163:6
**consideration** [1] - 5:8
**considering** [1] - 100:7
**consistent** [6] - 113:9, 113:11, 117:23, 117:25, 168:17, 172:17
**console** [3] - 177:17, 177:20, 178:18
**constantly** [1] - 57:12
**constitute** [1] - 195:11
**Cont** [2] - 1:25, 2:25
**contact** [4] - 5:21, 93:8, 96:3, 100:12
**contacts** [2] - 81:14, 81:16
**contained** [3] - 44:9, 44:10, 47:19
**contemplating** [1] - 58:5
**CONTENTS** [1] - 4:1
**context** [15] - 57:22, 171:5, 171:8, 173:25, 174:5, 174:6, 174:13, 174:24, 175:3, 176:5, 176:16, 177:9, 178:10, 182:12, 182:18
**continue** [4] - 11:17, 11:18, 15:13, 110:24
**continued** [1] - 167:4
**control** [2] - 44:11, 47:20
**controlling** [1] - 88:3
**conversation** [12] - 19:24, 43:8, 92:20, 139:24, 142:24, 146:7, 150:8, 157:8, 171:8, 174:25, 182:13, 182:14
**conversations** [5] - 17:1, 17:4, 26:14, 139:24, 186:14
**convey** [1] - 136:15
**convince** [1] - 44:13
**convinces** [1] - 44:12
**convulse** [1] - 54:17
**cook** [1] - 43:6
**cooks** [1] - 43:7
**coordinating** [1] - 49:13
**copy** [6] - 5:11, 5:13, 25:11, 70:17, 70:19, 165:10
**corner** [2] - 33:19,

160:22
**Corps** [2] - 91:2, 92:18
**correct** [173] - 6:20, 19:6, 23:13, 23:16, 23:21, 25:6, 26:1, 28:4, 28:5, 29:18, 30:16, 30:20, 31:5, 31:10, 32:2, 32:5, 39:12, 40:22, 89:23, 90:17, 91:8, 93:4, 93:5, 93:12, 93:13, 94:22, 96:2, 96:21, 97:5, 97:6, 97:9, 97:11, 98:1, 99:1, 102:11, 102:12, 103:4, 103:16, 103:17, 104:11, 104:18, 112:19, 113:6, 113:7, 114:11, 115:12, 115:18, 115:24, 116:2, 116:5, 116:6, 116:7, 116:8, 116:9, 116:21, 116:22, 117:2, 117:3, 117:8, 119:3, 121:23, 121:24, 124:10, 125:1, 125:11, 125:13, 127:22, 128:8, 129:9, 129:22, 132:13, 134:23, 137:15, 137:24, 138:7, 138:14, 139:9, 139:22, 140:22, 142:11, 142:19, 143:21, 144:10, 146:5, 147:18, 148:2, 148:12, 148:20, 149:15, 149:18, 150:10, 151:6, 151:16, 151:19, 152:4, 152:22, 153:12, 153:15, 153:25, 154:6, 157:4, 157:10, 158:22, 159:1, 159:25, 160:9, 160:23, 162:12, 163:8, 163:24, 164:18, 165:12, 166:16, 166:17, 167:1, 167:4, 167:5, 168:16, 168:19, 169:4, 171:9, 171:10, 171:12, 171:22, 175:2, 175:8, 175:23, 175:24, 176:9, 176:11, 176:17,

176:22, 177:1,
177:3, 177:6, 178:3,
179:4, 179:7, 179:8,
180:11, 180:14,
180:17, 180:23,
180:25, 181:1,
181:5, 181:7,
181:11, 181:17,
181:20, 181:21,
182:3, 182:4, 182:5,
183:20, 183:22,
184:24, 185:2,
186:1, 186:9,
186:13, 186:17,
186:24, 186:25,
187:9, 187:13,
188:1, 189:6,
190:18, 190:22,
190:24, 191:3, 191:4
**costs** [1] - 134:4
**Counsel** [7] - 9:20,
48:18, 56:5, 83:1,
84:25, 120:4, 122:20
**counsel** [12] - 15:17,
38:12, 38:15, 48:16,
51:22, 62:8, 76:18,
84:23, 86:19, 89:10,
89:15, 90:2
**counselors** [4] - 60:1,
169:6, 169:15, 170:4
**counsels'** [1] - 87:20
**County** [10] - 8:10,
17:21, 29:14, 37:12,
59:1, 84:21, 85:2,
85:15, 86:2, 123:17
**couple** [4] - 7:10,
15:6, 63:15, 123:22
**course** [1] - 11:21,
84:10, 165:8
**courses** [1] - 97:10
**Court** [25] - 3:12, 3:13,
4:22, 5:3, 5:7, 7:6,
13:20, 14:14, 15:9,
15:11, 38:17, 44:21,
86:23, 87:6, 87:24,
88:1, 88:11, 88:12,
88:13, 88:15,
115:19, 120:15,
195:3, 195:22
**court** [11] - 12:11,
21:4, 21:5, 39:22,
39:23, 45:23, 64:4,
64:9, 88:6, 89:16,
195:8
**COURT** [243] - 1:1,
1:12, 5:1, 5:3, 5:17,
6:1, 6:4, 6:8, 6:11,
6:14, 6:17, 6:21,
6:24, 7:13, 7:15,
7:18, 8:1, 8:4, 8:6,

8:13, 8:17, 8:20,
8:22, 9:1, 9:9, 9:17,
9:19, 9:22, 10:1,
10:6, 10:9, 10:15,
10:18, 10:23, 11:2,
11:14, 11:20, 12:7,
12:13, 12:19, 13:5,
13:23, 14:2, 14:8,
14:18, 14:21, 14:25,
15:2, 15:5, 16:4,
17:15, 20:23, 21:1,
21:6, 21:12, 22:15,
23:24, 24:8, 25:15,
25:22, 26:3, 26:5,
26:20, 26:23, 27:3,
27:11, 28:13, 28:15,
28:23, 28:25, 30:11,
30:24, 31:20, 32:22,
33:12, 37:15, 37:18,
37:22, 38:1, 38:3,
38:6, 38:8, 38:11,
38:21, 40:11, 40:13,
40:15, 40:17, 45:8,
45:11, 47:2, 47:5,
47:11, 48:17, 51:7,
51:11, 51:14, 51:20,
51:22, 51:25, 52:4,
55:12, 55:16, 55:19,
55:24, 56:5, 56:14,
58:21, 59:4, 59:9,
59:11, 60:17, 63:2,
63:4, 64:23, 65:1,
70:13, 70:21, 70:23,
71:2, 71:4, 71:7,
74:16, 80:22, 80:24,
81:1, 81:4, 81:6,
82:21, 82:25, 83:3,
83:21, 84:1, 84:6,
84:9, 84:17, 84:24,
85:5, 85:8, 85:20,
86:9, 86:17, 86:24,
87:5, 87:10, 87:14,
87:19, 88:18, 88:22,
88:24, 89:12, 89:14,
102:1, 103:22,
104:23, 105:13,
106:4, 106:16,
107:22, 108:3,
108:11, 108:14,
113:2, 114:4,
114:13, 114:16,
114:19, 115:2,
115:6, 115:9,
115:19, 116:13,
116:18, 117:10,
118:9, 118:13,
118:19, 119:14,
120:8, 120:14,
120:18, 122:15,
122:19, 122:22,
122:25, 123:5,

123:11, 124:3,
125:25, 128:18,
129:3, 130:5, 130:7,
130:14, 130:17,
131:9, 131:17,
133:10, 135:19,
137:8, 139:2, 140:8,
143:2, 143:10,
150:14, 153:20,
154:24, 156:4,
156:7, 156:10,
156:21, 157:24,
158:1, 158:4, 158:6,
159:9, 159:14,
159:22, 165:3,
165:7, 168:4,
169:14, 169:20,
169:24, 170:3,
170:9, 171:5, 173:3,
173:19, 173:24,
174:15, 176:3,
180:4, 185:14,
185:17, 185:20,
190:11, 191:17,
192:1, 193:20,
193:24, 194:1, 194:9
**Court's** [4] - 13:25,
87:17, 106:13, 176:4
**courtesy** [1] - 5:20
**Courthouse** [1] - 3:13
**courtroom** [4] - 37:17,
65:11, 86:4, 113:5
**cover** [1] - 21:6
**created** [1] - 33:24
**cries** [1] - 139:10
**criticize** [1] - 83:10
**CROSS** [3] - 58:22,
123:13, 158:7
**Cross** [3] - 4:7, 4:10,
4:11
**cross** [5] - 11:12,
16:11, 58:3, 58:21,
173:17
**cross-examination** [2]
- 16:11, 173:17
**CROSS-**
   **EXAMINATION** [3] -
58:22, 123:13, 158:7
**Cross-examination**
[3] - 4:7, 4:10, 4:11
**cross-legged** [1] -
58:3
**crosses** [1] - 11:15
**crossing** [2] - 109:8,
161:20
**crowd** [1] - 47:19
**crowded** [5] - 74:1,
74:12, 74:22, 74:25,
75:4
**crush** [1] - 113:24

**cry** [2] - 138:25, 139:6
**crying** [9] - 35:9,
54:12, 176:17,
176:19, 177:6,
177:7, 177:17,
178:4, 178:18
**cuddle** [1] - 100:10
**current** [3] - 10:13,
43:9, 91:5
**cursing** [1] - 169:2
**cuss** [1] - 125:12
**cussing** [2] - 120:25,
121:2
**cut** [7] - 11:8, 11:17,
51:17, 52:2, 56:22,
176:25
**cycling** [2] - 50:4,
78:12

# D

**D.C** [1] - 41:13
**D.N** [2] - 85:1, 184:25
**D.N.'s** [2] - 103:15,
112:8
**dad** [7] - 43:5, 148:11,
148:15, 149:1,
149:3, 154:5, 154:7
**daily** [1] - 99:15
**Dale** [2] - 18:7, 18:10
**damage** [1] - 60:13
**Dan** [2] - 40:24, 41:5
**dark** [1] - 68:16
**date** [16] - 18:5, 20:21,
25:2, 29:6, 29:8,
31:24, 33:5, 42:3,
42:11, 42:13, 63:24,
63:25, 126:16,
148:17, 148:21,
181:24
**dated** [2] - 62:13,
182:1
**dating** [24] - 41:8,
41:14, 41:22, 41:24,
54:1, 92:25, 100:6,
101:11, 101:16,
111:17, 111:22,
126:18, 128:6,
128:10, 128:14,
137:13, 138:13,
146:4, 146:8,
178:14, 178:21,
179:16, 179:20,
179:25
**daughter** [23] - 18:13,
18:21, 24:3, 25:4,
27:7, 27:17, 27:21,
28:18, 31:7, 34:8,
35:2, 36:22, 37:7
**daughter's** [2] - 21:25,

24:22
**David** [15] - 102:9,
112:8, 112:14,
112:23, 126:11,
126:20, 126:21,
126:25, 179:15,
179:16, 181:2,
181:7, 181:18,
184:25
**day-to-day** [1] - 47:6
**days** [23] - 10:16,
10:23, 48:8, 50:21,
52:7, 52:9, 52:17,
53:7, 53:8, 53:9,
53:10, 57:9, 57:10,
66:24, 77:4, 78:16,
78:18, 78:19, 78:21,
78:25, 111:6
**DC** [5] - 1:16, 2:15,
2:18, 2:22, 3:2
**deal** [3] - 6:5, 122:10,
122:11
**December** [5] - 113:4,
113:9, 119:2, 119:3,
120:1
**decided** [4] - 5:18,
14:14, 103:11,
179:24
**decisions** [3] - 44:8,
44:17, 44:25
**defame** [1] - 180:19
**defeated** [1] - 88:4
**Defendant** [4] - 2:13,
3:1, 3:9, 89:10
**defendant** [2] - 8:10,
88:14
**Defendants** [4] - 1:7,
3:5, 4:8, 4:16
**defendants** [7] - 7:22,
10:19, 14:4, 37:19,
86:2, 89:2, 89:3
**defendants'** [4] - 5:20,
10:11, 13:12
**Defendants'** [40] -
15:25, 17:13, 22:13,
31:18, 33:10, 34:7,
70:10, 70:14, 89:13,
101:24, 102:5,
104:21, 105:25,
108:9, 108:15,
114:20, 116:11,
118:3, 120:6, 120:7,
120:19, 123:25,
125:23, 130:1,
131:12, 133:6,
135:15, 137:6,
142:12, 143:8,
145:20, 150:11,
154:13, 154:22,
155:20, 155:24,

156:11, 156:20, 156:22
**defending** [2] - 112:17, 117:7
**defense** [9] - 8:2, 12:17, 12:20, 12:22, 51:22, 64:6, 87:9, 88:3, 123:2
**Defense** [4] - 4:14, 24:2, 24:5, 24:9
**defensive** [1] - 54:19
**define** [1] - 100:5
**defined** [2] - 85:12, 85:14
**definitely** [3] - 58:19, 95:13, 121:3
**degree** [1] - 92:5
**degrees** [1] - 75:3
**Delaware** [1] - 43:14
**delete** [4] - 189:6, 189:9, 189:12, 189:14
**deleted** [4] - 189:4, 189:11, 189:25
**deliberate** [1] - 9:10
**deliberative** [1] - 9:13
**demeanor** [1] - 55:5
**denying** [1] - 146:17
**depleted** [2] - 83:14, 83:15
**deposed** [3] - 163:17, 164:12, 186:4
**deposition** [24] - 163:7, 164:5, 164:23, 165:1, 165:4, 165:10, 165:16, 167:23, 170:19, 172:20, 172:23, 173:8, 173:12, 173:15, 174:10, 174:22, 175:5, 177:8, 178:1, 178:9, 179:18, 179:19, 182:10, 191:1
**depressed** [3] - 134:22, 136:18, 136:25
**describe** [10] - 20:16, 44:5, 49:19, 49:25, 54:9, 55:10, 56:11, 81:19, 93:25, 131:25
**described** [2] - 104:16, 180:3
**describing** [2] - 171:11, 171:13
**description** [1] - 113:8
**deserve** [1] - 153:14
**deserves** [1] - 84:14
**despite** [1] - 58:10

**detail** [4] - 33:22, 33:23, 37:2, 164:2
**details** [6] - 21:15, 34:9, 34:10, 96:14, 96:16, 145:5
**determine** [1] - 84:13
**developed** [1] - 87:21
**development** [1] - 137:2
**diagnosed** [2] - 27:7, 27:14
**diagnosis** [2] - 51:7, 51:8
**died** [1] - 73:21
**different** [15] - 17:2, 27:7, 65:1, 65:2, 97:5, 155:15, 157:20, 158:25, 159:17, 159:20, 160:7, 160:8, 173:11, 184:11, 184:13
**differently** [1] - 173:7
**difficult** [9] - 45:1, 45:14, 45:20, 49:2, 49:6, 49:7, 56:23, 57:16, 81:24
**difficulties** [1] - 46:23
**difficulty** [7] - 47:14, 48:1, 49:4, 52:10, 52:24, 57:7, 94:11
**dinner** [7] - 20:22, 42:6, 43:5, 43:8, 57:10, 109:20
**dinnertime** [2] - 109:20, 109:24
**DIRECT** [2] - 38:22, 89:19
**Direct** [2] - 4:6, 4:10
**direct** [5] - 13:21, 63:3, 63:5, 70:8, 168:21
**directed** [2] - 55:14, 112:2
**direction** [2] - 7:3, 14:15
**directly** [4] - 80:5, 92:20, 127:2, 184:5
**directs** [2] - 11:13, 11:14
**disagreement** [1] - 141:1
**disciplinary** [1] - 192:21
**disclose** [1] - 35:2
**discomfort** [1] - 52:18
**discuss** [4] - 37:23, 84:1, 86:14, 149:13
**discussed** [3] - 19:25, 21:4, 86:6, 128:13,

150:2
**discussing** [1] - 129:15
**discussion** [6] - 30:7, 129:7, 145:25, 147:19, 147:22, 149:2
**Discussion** [2] - 139:1, 159:10
**disorder** [1] - 82:18
**display** [1] - 195:13
**displays** [1] - 149:23
**dispute** [1] - 161:5
**disputes** [1] - 61:6
**disrupted** [1] - 50:23
**distinctly** [2] - 160:10, 162:4
**distraught** [1] - 176:23
**distress** [5] - 45:18, 48:10, 49:9, 54:14, 55:7
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [3] - 3:13, 84:21, 195:4
**district** [1] - 88:6
**division** [1] - 29:14
**Division** [1] - 84:22
**doctor** [1] - 27:4
**doctor's** [2] - 50:10, 83:8
**doctors'** [2] - 49:5, 49:17
**document** [9] - 22:20, 24:3, 24:13, 40:2, 114:6, 114:7, 114:10, 125:8, 156:25
**documents** [1] - 118:21
**dog** [2] - 103:12, 179:11
**done** [8] - 42:6, 43:21, 50:10, 60:13, 77:25, 78:19, 91:1, 92:19
**door** [4] - 26:25, 56:14, 56:15, 58:2
**doors** [1] - 54:5
**doubt** [1] - 17:6
**douche** [1] - 117:1
**down** [28] - 12:8, 19:8, 19:22, 23:4, 25:8, 29:23, 31:14, 32:7, 34:16, 36:17, 37:15, 41:5, 56:19, 58:4, 72:16, 76:17, 83:22, 84:4, 108:3, 108:4, 117:18, 131:9, 131:10, 140:9,

166:16, 183:3, 185:3, 192:6
**downtown** [1] - 48:12
**dozen** [1] - 69:20
**Dr** [12] - 18:7, 18:10, 19:11, 19:17, 23:18, 24:25, 25:25, 26:14, 26:16, 32:4, 33:2, 34:3
**drafting** [1] - 186:12
**drawing** [1] - 190:9
**Dream** [1] - 184:16
**dream** [1] - 184:17
**drills** [1] - 43:13
**drive** [5] - 69:14, 72:16, 76:9, 101:1, 101:3
**Drive** [1] - 3:6
**driving** [3] - 20:24, 69:15, 98:19
**dropped** [1] - 98:6
**drove** [3] - 69:13, 73:9, 76:7
**Dude** [1] - 137:13
**due** [1] - 30:19
**Dupree** [1] - 88:10
**during** [25] - 16:11, 50:25, 61:5, 61:9, 61:14, 61:17, 61:23, 62:3, 62:11, 62:14, 62:17, 79:10, 85:16, 87:23, 90:3, 90:19, 91:1, 94:3, 97:14, 100:10, 101:11, 131:6, 152:15, 178:22, 187:5
**DX-204** [1] - 185:19
**DX-354** [1] - 190:9
**DX-389** [1] - 159:5
**dyeing** [1] - 107:14

**E**

**Eagle** [1] - 81:25
**earliest** [1] - 143:15
**early** [14] - 50:6, 50:7, 68:2, 68:6, 76:24, 93:21, 96:1, 110:14, 111:8, 133:21, 168:19, 178:5, 178:15, 178:16
**easiest** [1] - 47:16
**East** [1] - 1:19
**Eastern** [2] - 84:21, 195:4
**EASTERN** [1] - 1:1
**eat** [6] - 57:11, 57:13, 57:15, 101:5, 101:19
**eating** [4] - 57:7, 57:10, 57:22, 82:18

**eats** [1] - 57:10
**education** [1] - 24:22
**educational** [1] - 85:13
**efficiently** [2] - 15:14, 173:25
**either** [12] - 22:3, 55:13, 64:2, 64:11, 70:17, 97:15, 100:16, 100:18, 107:13, 161:16, 164:6, 185:12
**element** [1] - 9:7
**Elementary** [4] - 29:12, 91:13, 91:14, 93:14
**Elliker** [2] - 2:25, 12:23
**ELLIKER** [5] - 13:24, 14:3, 14:17, 87:2, 87:6
**elsewhere** [2] - 130:23, 131:1
**email** [4] - 16:17, 18:6, 25:24, 30:15
**Email** [11] - 1:17, 1:21, 2:4, 2:8, 2:12, 2:16, 2:19, 2:23, 3:3, 3:7, 3:11
**emails** [2] - 16:13, 16:21
**embarrass** [2] - 103:2, 119:9
**emoticons** [1] - 139:16
**emotional** [1] - 99:15
**emotionally** [1] - 35:9
**emphasis** [1] - 88:10
**employed** [1] - 46:12
**employees** [1] - 36:21
**employer** [3] - 49:6, 49:7, 91:5
**employment** [1] - 46:10
**empty** [1] - 71:2
**encouraging** [1] - 138:21
**end** [27] - 8:22, 10:1, 12:22, 13:4, 13:7, 13:8, 13:11, 13:12, 13:18, 14:12, 15:8, 21:5, 35:3, 42:12, 44:21, 53:11, 54:10, 87:8, 101:9, 101:10, 109:23, 111:20, 128:25, 137:11, 143:13, 150:16
**endearment** [2] - 121:16, 135:8
**ended** [3] - 92:12,

101:10, 129:20
**ending** [1] - 194:4
**ends** [2] - 96:23, 150:8
**engagement** [1] -
40:21
**engaging** [1] - 169:25
**enjoy** [2] - 42:8, 81:23
**enjoyable** [1] - 82:3
**enjoyed** [1] - 92:16
**enjoying** [1] - 82:9
**ensuing** [1] - 96:10
**entered** [1] - 115:3
**entire** [6] - 35:1, 52:9,
66:20, 66:21, 89:6,
188:20
**entirely** [1] - 48:22
**entitled** [1] - 52:1
**entries** [1] - 130:10
**environment** [1] -
170:12
**environmental** [1] -
92:6
**escalator** [1] - 47:23
**escalators** [3] - 47:22,
47:23, 48:1
**esp** [1] - 82:19
**especially** [4] - 44:8,
44:10, 82:4, 83:8
**Esq** [11] - 1:14, 1:18,
2:1, 2:5, 2:9, 2:13,
2:17, 2:20, 2:25, 3:4,
3:8
**essentially** [2] - 72:10,
88:15
**establish** [1] - 8:10
**established** [1] -
31:13
**establishes** [1] - 7:24
**estimate** [1] - 10:13
**et** [2] - 1:6, 195:7
**Eve** [1] - 72:3
**evening** [1] - 135:22
**events** [6] - 43:9,
60:13, 60:14, 90:9,
99:15, 122:5
**eventually** [2] - 43:13,
67:13
**evidence** [23] - 13:1,
13:14, 15:8, 22:14,
24:10, 26:6, 29:1,
32:21, 40:10, 70:14,
87:13, 87:18,
108:15, 114:20,
118:14, 118:17,
120:20, 123:9,
156:22, 159:13,
169:13, 173:23,
189:2
**evidentiary** [2] -
87:25, 88:8

**ex** [1] - 169:3
**ex-students** [1] -
169:3
**exact** [1] - 16:13
**exactly** [6] - 14:6,
61:7, 77:23, 82:10,
116:15, 172:9
**Exactly** [1] - 152:12
**exam** [1] - 123:3
**examination** [14] - 4:4,
4:6, 4:7, 4:7, 4:10,
4:10, 4:11, 6:22,
15:22, 16:11, 63:6,
90:3, 173:17, 193:21
**EXAMINATION** [7] -
16:6, 38:22, 58:22,
81:9, 89:19, 123:13,
158:7
**examine** [2] - 123:5,
123:8
**example** [6] - 20:20,
21:22, 55:3, 64:25,
125:12, 142:9
**except** [1] - 66:22
**exchange** [3] - 24:17,
24:21, 182:14
**excuse** [4] - 43:18,
112:8, 133:14, 174:4
**excused** [4] - 38:2,
84:5, 86:16, 194:8
**exhaustive** [1] - 44:2
**exhibit** [12] - 7:21,
25:16, 28:11,
101:24, 108:3,
108:17, 124:7,
127:3, 132:18,
143:14, 156:13,
156:14
**Exhibit** [94] - 7:23,
17:14, 17:16, 22:17,
24:2, 24:6, 24:9,
24:11, 25:12, 26:4,
26:6, 26:7, 28:12,
28:22, 29:1, 29:3,
30:10, 30:13, 30:23,
30:25, 31:19, 31:21,
32:21, 32:23, 32:25,
33:10, 33:13, 34:4,
34:7, 36:1, 36:4,
40:19, 70:11, 70:14,
70:15, 101:24,
102:3, 102:5,
104:15, 104:24,
105:1, 105:9,
105:14, 105:25,
106:3, 106:8,
106:19, 108:10,
108:15, 114:2,
114:20, 114:21,
116:11, 120:7,

120:19, 124:1,
124:4, 125:23,
126:1, 128:23,
129:4, 130:1, 130:8,
131:12, 131:18,
133:7, 133:11,
135:16, 135:20,
137:6, 142:13,
143:8, 143:11,
145:20, 150:12,
150:17, 154:14,
154:22, 154:25,
155:21, 155:24,
156:11, 156:20,
156:22, 156:23,
159:15, 185:12,
185:13, 185:22,
190:5, 190:12, 192:2
**Exhibits** [1] - 120:6
**exhibits** [3] - 86:7,
118:4, 123:23
**EXHIBITS** [1] - 4:12
**expectation** [2] - 9:13,
99:11
**expected** [2] - 12:1,
57:3
**expeditiously** [1] -
15:14
**expense** [1] - 191:10
**experience** [2] -
55:21, 122:12
**experienced** [3] -
42:1, 52:23, 100:21
**experiences** [1] - 49:9
**experiencing** [1] -
191:22
**experts** [2] - 11:1,
11:3
**explain** [4] - 68:5,
72:5, 119:10, 127:9
**Explain** [1] - 157:5
**Explorers** [1] - 184:15
**express** [2] - 95:11,
110:21
**expressing** [1] - 27:19
**extent** [2] - 174:4,
174:5
**extracurricular** [3] -
94:13, 94:15, 99:8
**extreme** [1] - 54:10
**extremely** [1] - 44:10
**eye** [1] - 103:7
**eyes** [1] - 50:21

**F**

**F'ing** [2] - 183:5,
183:19
**F.C.S.B** [5] - 1:6, 2:13,
3:1, 85:14, 195:7

**F.T** [1] - 3:7
**fabulous** [1] - 129:17
**face** [11] - 105:4,
105:22, 107:5,
107:13, 138:1,
150:20, 192:9,
192:11, 192:12
**Facebook** [41] - 62:16,
107:20, 112:8,
112:12, 118:24,
119:5, 119:7,
119:10, 119:12,
119:14, 123:24,
124:18, 127:9,
127:13, 127:19,
128:1, 131:6,
133:21, 134:5,
140:2, 140:3,
140:13, 143:6,
155:10, 155:13,
155:15, 155:18,
187:10, 187:18,
187:25, 188:5,
188:7, 188:11,
188:18, 188:20,
189:2, 189:21,
191:14, 192:17,
192:23, 193:9
**faces** [1] - 187:4
**facing** [1] - 102:8
**fact** [13] - 62:24,
67:10, 70:4, 110:12,
112:13, 121:23,
128:14, 155:16,
163:19, 166:13,
175:6, 187:22, 188:4
**Facts** [1] - 84:19
**facts** [5] - 64:7, 64:12,
116:25, 169:12,
169:13
**Fahey** [1] - 1:14
**fair** [8] - 52:2, 64:1,
68:22, 68:25, 157:8,
158:24, 164:10,
191:8
**Fairfax** [8] - 8:10,
17:21, 29:14, 37:12,
59:1, 84:20, 85:2,
85:15, 86:2, 123:17
**fairly** [1] - 48:4
**faith** [2] - 7:6, 58:17
**fake** [5] - 142:18,
142:22, 143:5, 193:9
**falling** [1] - 111:4
**false** [5] - 162:10,
162:14, 162:16,
162:17, 182:5
**familiar** [1] - 66:12
**Family** [1] - 32:3
**family** [9] - 7:5, 43:1,

43:4, 43:8, 43:16,
43:19, 64:3, 64:11,
73:21
**far** [6] - 10:22, 46:25,
47:6, 85:24, 94:23,
113:13
**farm** [1] - 91:3
**Farms** [1] - 158:18
**fashion** [1] - 89:7
**fast** [3] - 12:4, 56:8,
56:9
**fat** [1] - 83:17
**fault** [1] - 138:6
**favorable** [1] - 88:4
**favorite** [1] - 42:4
**FCPD** [1] - 33:21
**FCPS** [4] - 22:25,
24:3, 28:8, 28:19
**fears** [1] - 45:4
**feature** [1] - 119:15
**February** [9] - 25:2,
33:6, 36:5, 37:4,
96:1, 114:25, 116:7,
117:20, 164:18
**Federal** [1] - 87:22,
88:9
**federal** [5] - 8:11, 9:3,
13:5, 85:13, 85:17
**feelings** [1] - 111:25
**FELDMAN** [1] - 3:9
**fell** [2] - 92:11, 109:9
**fellow** [2] - 169:3,
170:11
**felt** [3] - 111:24, 112:1,
122:10
**few** [10] - 43:22, 43:24,
44:15, 57:23, 58:2,
78:21, 82:3, 94:24,
111:5, 111:6
**fewer** [2] - 46:5, 50:7
**fiance** [1] - 39:11
**fiancé** [1] - 6:14
**filed** [2] - 64:6, 96:13
**filing** [1] - 85:23
**fine** [11] - 9:17, 9:19,
9:21, 14:2, 44:3,
73:17, 78:4, 118:19,
158:15, 159:22,
165:5
**finish** [1] - 13:21
**firm** [4] - 42:16, 46:12,
48:24, 66:15
**first** [54] - 6:6, 22:19,
26:12, 26:15, 27:2,
34:25, 39:5, 39:23,
41:13, 41:22, 42:3,
42:8, 42:13, 44:1,
50:3, 53:2, 53:25,
56:25, 57:2, 57:10,
63:23, 63:25, 67:23,

84:8, 89:25, 91:10,
91:11, 93:16, 93:20,
95:23, 97:17,
103:25, 111:13,
113:25, 114:23,
116:24, 118:18,
125:5, 129:10,
132:17, 133:20,
135:1, 136:22,
136:24, 139:13,
139:14, 141:4,
141:5, 143:14,
159:6, 170:15,
172:17, 178:17
**firsthand** [3] - 60:18,
60:21, 60:25
**fitness** [9] - 50:4,
50:9, 53:13, 76:22,
78:13, 82:14, 82:16,
82:17, 83:6
**five** [2] - 6:10, 49:22
**fixed** [3] - 49:3, 49:14,
134:13
**FL** [3] - 2:3, 2:7, 2:11
**flashback** [3] - 49:10,
55:22, 56:12
**flashbacks** [1] - 64:25
**flew** [2] - 69:14, 72:17
**FLEXNER** [4] - 1:19,
2:2, 2:6, 2:10
**flight** [1] - 44:15
**flip** [2] - 40:5, 40:24
**Floor** [1] - 3:14
**floor** [1] - 58:3
**florescent** [1] - 50:20
**Florida** [7] - 27:23,
28:5, 41:3, 43:6,
43:23, 69:2, 72:15
**Floris** [7] - 29:12,
91:13, 91:14, 93:14,
97:5, 151:17, 177:6
**Flowers** [2] - 117:1,
117:16
**fluorescent** [1] - 65:13
**fly** [1] - 72:16
**focus** [3] - 54:25,
80:7, 130:9
**focused** [5] - 55:2,
55:6, 56:4, 82:10,
99:7
**folks** [2] - 77:17, 77:22
**follow** [2] - 19:12,
180:10
**followed** [1] - 89:5
**following** [5] - 24:23,
90:16, 112:24,
116:16, 180:7
**follows** [1] - 84:19
**food** [2] - 57:22, 98:7
**FOR** [1] - 1:1

**foregoing** [1] - 195:10
**forehead** [2] - 106:20,
107:5
**forget** [1] - 36:15
**forgetting** [1] - 66:23
**forgot** [1] - 185:24
**form** [3] - 5:4, 169:12,
173:3
**formal** [1] - 86:6
**formality** [1] - 8:9
**formally** [1] - 1:4
**format** [2] - 5:10, 7:20
**forth** [1] - 182:16
**forty** [1] - 6:10
**forty-five** [1] - 6:10
**forward** [2] - 52:20,
53:1
**foundation** [2] -
25:21, 51:4
**four** [6] - 11:11, 49:22,
165:14, 167:24,
192:5, 192:6
**F**▮▮▮▮ [1] - 31:8
**freaking** [1] - 137:14
**free** [1] - 71:9
**frequency** [1] - 82:17
**Friday** [1] - 21:4
**Fridays** [1] - 108:6
**Friend** [1] - 150:9
**friend** [15] - 60:4, 75:5,
127:19, 133:1,
133:2, 140:16,
140:19, 142:10,
151:18, 155:13,
155:14, 171:9,
171:25, 172:5, 175:1
**friend's** [2] - 70:7,
74:9
**friendly** [1] - 135:8
**friends** [24] - 44:14,
93:23, 97:1, 99:20,
100:8, 110:25,
111:6, 117:24,
119:16, 121:16,
125:2, 125:18,
127:14, 129:24,
132:15, 133:25,
136:4, 155:18,
164:13, 164:14,
164:17, 172:2,
188:11, 191:23
**friendship** [1] - 132:14
**front** [15] - 25:11,
35:3, 38:13, 40:2,
55:2, 56:3, 56:15,
71:12, 125:7,
142:12, 169:22
**fulfill** [1] - 49:10
**full** [4] - 67:8, 67:10,
173:16, 177:9

**full-time** [2] - 67:8,
67:10
**fully** [1] - 87:23
**Fulton** [1] - 3:6
**fun** [2] - 82:10, 191:10
**funding** [2] - 8:11, 9:4
**funds** [2] - 85:13,
85:17
**funny** [1] - 121:14

## G

**game** [1] - 43:11
**garden** [1] - 73:15
**Garrett** [2] - 181:19,
181:25
**gathered** [2] - 48:6,
57:23
**gears** [1] - 49:24
**general** [6] - 54:15,
78:19, 80:5, 108:25,
120:12, 133:1
**generally** [2] - 154:14,
184:8
**generated** [1] - 190:16
**gentleman** [2] - 7:2,
20:25
**gentlemen** [9] - 15:3,
84:9, 85:21, 86:10,
86:17, 88:25, 89:1,
194:1, 194:9
**gift** [1] - 53:2
**girl** [1] - 132:19
**girlfriend** [2] - 42:11,
100:8
**girls** [2] - 180:12,
180:15
**given** [1] - 163:25
**glass** [1] - 52:17
**glasses** [6] - 65:19,
65:21, 81:13, 81:15,
81:16, 132:8
**Glenstone** [2] - 71:24,
72:23
**goer** [1] - 77:23
**grab** [1] - 58:12
**grade** [40] - 28:8,
91:11, 91:16, 93:11,
93:12, 95:19, 95:20,
96:10, 96:15, 96:17,
96:23, 99:2, 99:16,
99:17, 99:20, 99:21,
100:22, 102:22,
104:1, 104:2,
113:14, 121:5,
133:3, 133:4,
134:15, 166:13,
166:19, 167:4,
167:8, 177:6,
177:14, 177:21,

177:25, 178:6,
182:1, 185:3,
187:23, 188:2
**Grade** [2] - 29:8, 29:11
**grader** [3] - 129:8,
152:21, 152:23
**graders** [2] - 120:23,
185:1
**graduate** [2] - 91:20,
91:24
**graduating** [1] - 92:8
**Grady** [4] - 71:16,
75:12, 126:12,
130:11
**grandma** [1] - 70:5
**grandmother** [6] -
98:19, 98:23, 98:24,
101:1, 110:1, 110:2
**grandpa** [1] - 73:20
**grandparent's** [2] -
73:19, 74:5
**grandparents** [1] -
101:3
**grant** [2] - 88:2, 88:6
**granted** [1] - 48:24
**gray** [1] - 190:14
**great** [1] - 21:21
**grinds** [1] - 152:3
**grips** [1] - 47:24
**grocery** [3] - 50:17,
50:19, 65:14
**gross** [1] - 180:3
**ground** [1] - 159:3
**grounded** [1] - 62:11
**grounds** [2] - 87:12,
87:16
**group** [4] - 50:4,
128:1, 133:2, 151:18
**grown** [2] - 102:24,
102:25
**guess** [7] - 67:15,
115:13, 117:13,
127:13, 129:10,
129:14, 139:16
**guidance** [4] - 20:13,
169:6, 169:15, 170:4
**gun** [1] - 53:2
**guys** [17] - 41:2,
42:22, 44:19, 62:21,
69:13, 73:9, 75:18,
76:7, 80:13, 101:15,
109:5, 166:19,
168:17, 182:22,
189:23, 191:12
**gym** [5] - 115:12,
115:13, 129:16,
157:17, 157:20

## H

**H-O-E-R-E-E** [1] -
141:23
**hair** [2] - 102:17,
107:15
**half** [6] - 6:23, 41:11,
52:9, 68:23, 69:20,
80:13
**halfway** [1] - 126:6
**hallway** [4] - 94:4,
113:16, 184:21,
184:23
**hallways** [4] - 113:12,
120:23, 176:13,
176:20
**hand** [4] - 33:18,
33:19, 70:24, 180:25
**handed** [1] - 165:10
**handle** [1] - 99:9
**hands** [1] - 100:9
**hang** [16] - 93:25,
94:8, 95:12, 95:13,
97:14, 97:18, 97:19,
101:5, 101:17,
101:20, 103:11,
104:16, 153:24,
166:20, 166:23,
168:17
**hanging** [16] - 93:22,
93:24, 94:11, 97:2,
100:8, 100:25,
104:6, 111:24,
113:13, 113:15,
129:24, 166:18,
168:8, 168:13,
179:23
**happy** [1] - 111:23
**harassing** [1] - 180:8
**harassment** [11] -
16:21, 16:23, 16:24,
18:23, 20:21, 22:6,
31:8, 31:9, 36:23,
149:17, 149:25
**hard** [9] - 5:3, 5:5,
44:16, 47:25, 51:11,
58:16, 58:19, 67:18,
130:12
**HARRIS** [1] - 3:12
**Harris** [2] - 195:3,
195:21
**hate** [1] - 103:1
**hates** [3] - 83:17,
141:18, 142:6
**head** [1] - 56:20
**hear** [11] - 11:3, 11:4,
35:21, 35:23, 38:16,
89:2, 89:16, 154:1,
170:3, 170:4
**heard** [23] - 10:18,

10:22, 21:1, 21:7, 21:20, 53:25, 54:2, 54:4, 54:5, 64:19, 67:23, 87:23, 90:9, 93:2, 103:2, 103:3, 112:13, 126:16, 136:15, 148:22, 170:11, 177:15, 181:6

**hearing** [4] - 99:16, 138:10, 170:6, 181:8
**hearings** [1] - 64:4
**hearsay** [3] - 26:21, 26:22, 128:16
**heavy** [1] - 36:9
**height** [1] - 103:7
**held** [3] - 46:18, 48:9, 166:15
**hella** [4] - 172:1, 172:6, 172:10, 172:11
**Hello** [1] - 129:16
**help** [5] - 48:3, 48:12, 68:1, 103:18, 130:13
**helps** [1] - 68:18
**hereby** [2] - 84:19, 195:4
**hereto** [1] - 195:15
**Herndon** [1] - 32:3
**herself** [7] - 48:11, 49:12, 50:22, 83:9, 83:17, 176:25, 177:3
**hi** [1] - 38:24
**high** [5] - 20:14, 21:14, 49:22, 75:5, 96:10
**High** [3] - 91:19, 91:20, 91:22
**higher** [1] - 126:10
**highlight** [1] - 130:15
**highlighted** [2] - 18:15, 106:25
**highlighter** [1] - 105:22
**hike** [6] - 72:22, 73:2, 81:19, 81:21, 82:1, 82:6
**hiked** [1] - 92:9
**hiker** [1] - 82:1
**hiking** [2] - 81:23, 82:3
**Hinge** [2] - 41:8, 57:1
**hips** [2] - 77:6, 77:7
**history** [2] - 29:16, 93:2
**hit** [1] - 54:17
**hmm** [2] - 166:4, 168:10
**hobbies** [2] - 53:12, 76:21

**hobby** [2] - 53:13, 83:18
**hoe** [3] - 135:25, 136:2, 150:20
**hold** [5] - 12:24, 26:20, 91:5, 100:9
**holding** [1] - 57:21
**holds** [1] - 47:25
**holiday** [2] - 7:3, 15:16
**HOLTZMAN** [1] - 1:14
**home** [28] - 6:19, 20:24, 21:16, 30:18, 42:9, 48:12, 50:11, 50:14, 58:2, 67:3, 67:4, 69:16, 78:17, 78:19, 78:20, 79:3, 79:11, 79:20, 83:7, 83:13, 83:15, 98:22, 109:25, 149:3, 160:20, 161:14
**homebound** [1] - 24:13
**honestly** [1] - 161:21
**Honor** [104] - 5:16, 5:23, 6:7, 6:16, 6:20, 6:23, 7:16, 8:3, 9:6, 12:3, 12:15, 13:24, 14:24, 16:2, 17:13, 19:24, 22:14, 23:23, 24:5, 25:19, 26:2, 26:19, 26:24, 27:5, 27:10, 28:12, 28:21, 30:10, 30:22, 31:19, 32:21, 33:10, 37:14, 37:16, 40:10, 45:7, 46:25, 48:15, 51:3, 55:18, 56:13, 60:19, 63:1, 63:7, 64:21, 70:20, 74:14, 80:23, 83:24, 83:25, 84:7, 85:4, 85:19, 86:5, 87:2, 87:12, 87:15, 88:17, 88:20, 88:21, 89:9, 101:25, 107:21, 108:13, 113:1, 114:12, 114:14, 115:15, 118:15, 120:5, 120:17, 122:14, 122:18, 122:21, 123:4, 124:2, 125:24, 129:2, 130:2, 131:16, 133:8, 135:17, 137:7, 143:9, 150:13, 154:18, 154:19, 154:23, 156:2, 157:25, 158:5, 159:12,

159:19, 168:3, 169:11, 173:13, 174:12, 174:20, 185:11, 185:21, 190:10, 191:15, 191:25, 193:19
**Honor's** [2] - 10:5, 85:7
**HONORABLE** [1] - 1:11
**hooking** [1] - 181:3
**hop** [1] - 140:23
**hope** [2] - 173:19, 173:22
**hopefully** [1] - 44:23
**hoping** [1] - 13:21
**Hotel** [1] - 71:19
**hour** [2] - 13:21, 17:5
**hours** [7] - 44:15, 45:17, 46:5, 49:11, 67:11, 67:17, 166:3
**house** [26] - 50:6, 50:15, 70:7, 74:9, 78:25, 94:23, 95:4, 95:5, 95:9, 95:14, 95:16, 95:17, 98:7, 101:2, 101:3, 109:10, 109:12, 109:13, 109:14, 109:15, 109:17, 109:18, 146:18, 166:25
**housekeeping** [2] - 7:11, 15:6
**hover** [1] - 119:20
**HR** [2] - 21:23, 21:25
**HRJ** [1] - 131:22
**H▮▮▮▮** [5] - 20:12, 20:21, 22:3, 22:9, 187:1
**hug** [6] - 100:9, 113:17, 149:17, 150:6, 151:4, 151:12
**huge** [1] - 47:25
**hugging** [1] - 94:4
**H▮▮▮▮▮** [1] - 20:13
**hundred** [1] - 45:15
**hung** [1] - 101:12
**HUNTON** [4] - 2:14, 2:17, 2:21, 3:1
**hurt** [1] - 177:3
**hurts** [1] - 57:17
**hybrid** [1] - 72:24
**hyperaware** [1] - 54:24
**hyperventilates** [1] - 56:22
**hypothetical** [1] - 21:8
**hysterics** [5] - 176:17, 177:5, 177:17,

177:20, 178:4

## I

**idea** [3] - 186:7, 189:11, 193:20
**identified** [2] - 116:5, 121:19
**identify** [2] - 105:21, 117:15
**IDK** [4] - 134:19, 134:20, 153:10, 154:5
**IDKY** [1] - 136:11
**IEP** [2] - 19:20, 22:21
**ignores** [1] - 171:3
**IK** [2] - 152:7, 152:8
**illness** [1] - 30:5
**illnesses** [1] - 31:17
**imagine** [1] - 8:1
**impersonate** [1] - 193:3
**impersonating** [3] - 192:16, 192:22, 193:9
**implicate** [2] - 8:13
**implicates** [1] - 9:3
**imposing** [1] - 12:5
**in-between** [1] - 48:13
**in-person** [2] - 25:5, 37:10
**in-school** [2] - 144:8, 147:15
**inappropriate** [4] - 17:8, 18:24, 19:3, 110:10
**incident** [1] - 116:21
**include** [3] - 16:23, 19:3, 34:10
**included** [1] - 180:24
**includes** [1] - 16:24
**including** [1] - 182:22
**inconsistent** [1] - 173:16
**incorporated** [1] - 77:25
**increased** [1] - 30:19
**incredibly** [1] - 62:3
**independent** [1] - 123:1
**indicate** [1] - 116:25
**indicative** [1] - 104:15
**individual** [2] - 5:15, 6:17
**individually** [2] - 123:6, 158:17
**indoor/outdoor** [1] - 72:24
**indulgence** [2] - 14:1, 48:15

**inform** [1] - 37:8
**information** [5] - 23:7, 24:17, 24:21, 26:25, 106:13
**injure** [1] - 176:25
**injured** [1] - 54:18
**insinuated** [1] - 62:2
**Instagram** [4] - 79:16, 79:18, 182:15
**instance** [2] - 48:2, 140:13
**instant** [1] - 119:18
**instead** [2] - 44:14, 81:16
**institution** [1] - 85:13
**instruction** [1] - 14:14
**instructions** [1] - 9:7
**insult** [1] - 135:13
**intend** [3] - 6:2, 10:21, 11:10
**intended** [1] - 46:16
**intends** [2] - 5:24, 46:17
**interesting** [1] - 146:20
**interests** [1] - 92:15
**international** [1] - 66:15
**interpretation** [1] - 13:15
**interrupt** [2] - 89:16, 105:24
**interview** [1] - 23:11
**interviewed** [1] - 19:20
**intimate** [2] - 100:12, 100:15
**introduce** [1] - 28:6
**introduction** [1] - 39:7
**investigated** [2] - 18:25, 19:5
**invited** [2] - 95:16, 95:17
**involved** [4] - 15:19, 59:7, 93:4, 182:13
**involves** [2] - 44:8, 158:17
**involving** [1] - 112:14
**iPod** [1] - 124:19
**ish** [1] - 190:14
**Island** [2] - 75:20, 76:14
**island** [1] - 75:21
**issue** [9] - 7:25, 8:2, 66:2, 87:23, 88:1, 88:5, 88:9, 88:14
**issues** [15] - 35:6, 53:8, 61:13, 64:17, 64:19, 64:22, 65:17, 66:6, 67:22, 67:24,

77:11, 86:6, 86:21, 112:24, 120:12
**itself** [1] - 58:1
**IX** [4] - 8:14, 9:2, 123:7, 123:10

## J

**J.F** [1] - 3:7
**j.O** [1] - 4:9
**J.O** [9] - 3:9, 13:21, 59:19, 85:1, 89:10, 89:13, 89:23, 123:1
**Jack** [1] - 18:7
**jacket** [1] - 102:14
**January** [5] - 30:2, 30:16, 31:4, 31:25, 113:9
**Java** [1] - 80:19
**jealous** [1] - 146:4
**J▓▓** [6] - 90:1, 90:2, 90:3, 106:24, 114:23, 158:13
**jfahey@holtzmanvogel.com** [1] - 1:17
**job** [10] - 35:18, 42:14, 46:5, 46:18, 46:23, 48:9, 49:2, 67:8, 67:10, 91:6
**jobs** [3] - 35:17, 180:24, 180:25
**join** [1] - 101:12
**joint** [1] - 5:4
**Joint** [1] - 84:18
**Jonathan** [1] - 1:14
**JOSEFIAK** [1] - 1:15
**JR** [1] - 1:11
**Judge** [1] - 115:20
**JUDGE** [1] - 1:12
**judge** [1] - 5:21
**judgment** [2] - 88:2, 88:6
**judgments** [1] - 87:7
**July** [5] - 74:5, 74:6, 74:7, 74:13, 74:23
**jumps** [1] - 54:12
**June** [1] - 85:3
**juries** [1] - 9:12
**jurisdiction** [2] - 85:25, 86:4
**jurisdictional** [1] - 8:15
**JURY** [1] - 1:11
**Jury** [5] - 15:1, 86:16, 88:23, 194:8, 195:6
**jury** [26] - 9:7, 9:10, 11:4, 11:23, 13:2, 41:7, 42:2, 44:5, 49:25, 87:4, 87:23,

87:24, 88:7, 88:18, 89:1, 90:12, 91:9, 92:7, 93:18, 95:21, 101:14, 109:5, 111:11, 112:11, 119:12, 127:9
**jury's** [1] - 11:22

## K

**K369** [1] - 155:2
**K4** [1] - 138:3
**K413** [1] - 154:3
**K414** [1] - 152:14
**K415** [1] - 151:2
**K416** [1] - 150:16
**K418** [1] - 149:12
**K419** [1] - 148:10
**K420** [1] - 147:24
**K422** [1] - 146:11
**K423** [1] - 145:23
**K424** [1] - 144:15
**K432** [1] - 141:17
**K433** [1] - 141:5
**K434** [1] - 140:14
**K438** [1] - 137:12
**Keefe** [1] - 2:9
**keep** [10] - 61:25, 75:18, 76:1, 76:11, 76:13, 76:15, 94:18, 141:5, 156:12
**keeps** [2] - 138:5, 139:20
**kelliker@huntonak.com** [1] - 3:3
**Kevin** [1] - 2:25
**keyboard** [2] - 142:15, 142:16
**keysmashing** [2] - 131:23, 132:3
**kid** [2] - 132:2, 180:3
**kids** [5] - 45:2, 45:5, 46:6, 61:19, 180:10
**kind** [32] - 15:7, 44:20, 52:14, 52:19, 52:25, 53:4, 54:3, 54:18, 56:20, 65:14, 70:19, 72:23, 77:23, 82:9, 92:8, 92:10, 92:11, 97:17, 97:18, 99:11, 99:12, 104:6, 109:20, 112:1, 112:13, 112:15, 119:18, 122:10, 144:6, 154:1, 177:16
**kinds** [2] - 44:25, 121:1
**Kinney** [4] - 3:4, 80:22, 87:15, 157:24
**KINNEY** [4] - 3:5,

80:23, 87:15, 157:25
**kiss** [2] - 42:8, 100:9
**kissed** [1] - 21:17
**Ki▓▓** [1] - 113:6
**knee** [6] - 108:22, 159:24, 160:12, 161:17, 161:23, 162:2
**knife** [2] - 57:21, 58:4
**knock** [1] - 7:17
**knowing** [1] - 162:19
**knowledge** [13] - 37:3, 41:19, 46:10, 46:22, 48:23, 49:16, 51:4, 60:10, 60:15, 60:18, 60:21, 60:25, 128:12
**known** [6] - 66:21, 68:24, 80:13, 128:12, 177:3
**knows** [11] - 13:20, 27:11, 36:10, 45:15, 50:14, 80:14, 80:17, 80:19, 128:17, 128:19
**Kurt** [1] - 25:24
**KURTH** [4] - 2:14, 2:17, 2:21, 3:1

## L

**lack** [1] - 51:3
**ladies** [9] - 15:3, 84:9, 85:21, 86:10, 86:17, 88:25, 89:1, 194:1, 194:9
**Lake** [1] - 43:24
**Lancaster** [2] - 41:17, 43:19
**language** [4] - 18:18, 19:3, 142:10, 154:1
**lap** [1] - 58:4
**large** [2] - 52:9, 66:15
**largely** [1] - 77:25
**last** [23] - 17:4, 39:4, 44:18, 63:15, 78:2, 90:8, 95:23, 95:25, 96:4, 116:7, 116:20, 117:20, 120:3, 120:21, 121:5, 129:10, 143:15, 167:19, 168:7, 168:8, 183:3, 192:6
**lasted** [1] - 112:5
**late** [6] - 48:4, 48:7, 57:14, 59:3, 59:16, 108:6
**latitude** [1] - 63:5
**laundry** [1] - 79:10
**law** [11] - 13:16, 14:11, 39:19, 42:16, 46:12,

80:23, 87:15, 157:25
**Law** [1] - 42:7
**LAW** [1] - 3:5
**lawsuit** [8] - 85:23, 96:7, 165:13, 171:9, 172:4, 175:1, 182:20, 188:16
**lawyer** [4] - 5:21, 13:24, 39:18, 66:13
**lawyers** [5] - 15:19, 164:9, 165:18, 179:21, 193:13
**lay** [1] - 25:21
**lays** [1] - 49:11
**leading** [4] - 103:20, 107:21, 117:9, 122:14
**leads** [1] - 107:17
**leans** [1] - 52:20
**learned** [3] - 34:8, 166:10, 170:1
**learning** [3] - 25:5, 37:7, 37:10
**least** [14] - 11:11, 17:5, 26:25, 49:6, 54:25, 69:20, 78:21, 85:3, 166:25, 171:20, 183:11, 184:23, 193:23
**leave** [12] - 19:9, 43:13, 44:11, 50:15, 78:16, 78:17, 78:18, 78:20, 78:22, 78:25, 146:25, 180:15
**leaving** [2] - 48:4, 48:11
**left** [9] - 32:25, 34:3, 36:8, 48:7, 67:13, 116:5, 146:15, 163:20, 164:18
**legal** [1] - 9:24
**legally** [2] - 87:25, 88:8
**legged** [1] - 58:3
**legitimate** [1] - 174:17
**length** [1] - 19:20
**lesbian** [1] - 35:18
**lesbians** [1] - 179:4
**less** [10] - 6:10, 6:16, 13:22, 46:19, 50:8, 54:10, 68:11, 68:17, 127:15, 127:17
**lessons** [1] - 149:24
**letter** [4] - 17:19, 18:9, 19:11, 31:7
**letterhead** [1] - 17:21
**letters** [3] - 131:21, 131:24, 142:14
**level** [4] - 20:14,

46:17, 66:15, 87:8, 88:2, 88:3, 88:7
**Law** [1] - 42:7
**LAW** [1] - 3:5
**lawsuit** [8] - 85:23, 96:7, 165:13, 171:9, 172:4, 175:1, 182:20, 188:16
**lawyer** [4] - 5:21, 13:24, 39:18, 66:13
**lawyers** [5] - 15:19, 164:9, 165:18, 179:21, 193:13
**lay** [1] - 25:21
**lays** [1] - 49:11
**leading** [4] - 103:20, 107:21, 117:9, 122:14
**leads** [1] - 107:17
**leans** [1] - 52:20
**learned** [3] - 34:8, 166:10, 170:1
**learning** [3] - 25:5, 37:7, 37:10
**least** [14] - 11:11, 17:5, 26:25, 49:6, 54:25, 69:20, 78:21, 85:3, 166:25, 171:20, 183:11, 184:23, 193:23
**leave** [12] - 19:9, 43:13, 44:11, 50:15, 78:16, 78:17, 78:18, 78:20, 78:22, 78:25, 146:25, 180:15
**leaving** [2] - 48:4, 48:11
**left** [9] - 32:25, 34:3, 36:8, 48:7, 67:13, 116:5, 146:15, 163:20, 164:18
**legal** [1] - 9:24
**legally** [2] - 87:25, 88:8
**legged** [1] - 58:3
**legitimate** [1] - 174:17
**length** [1] - 19:20
**lesbian** [1] - 35:18
**lesbians** [1] - 179:4
**less** [10] - 6:10, 6:16, 13:22, 46:19, 50:8, 54:10, 68:11, 68:17, 127:15, 127:17
**lessons** [1] - 149:24
**letter** [4] - 17:19, 18:9, 19:11, 31:7
**letterhead** [1] - 17:21
**letters** [3] - 131:21, 131:24, 142:14
**level** [4] - 20:14,

21:14, 30:19, 103:7
**lie** [3] - 87:12, 87:16, 164:21
**lied** [1] - 153:10
**life** [6] - 58:9, 58:10, 58:15, 58:18, 82:1, 92:22
**lift** [2] - 90:20, 90:24
**light** [14] - 50:20, 65:8, 65:10, 65:11, 65:16, 65:19, 65:21, 67:24, 68:3, 68:6, 68:15, 68:17, 81:17, 81:19
**lighting** [3] - 50:20, 65:13, 65:14
**likely** [1] - 166:24
**limbo** [1] - 154:11
**limit** [1] - 94:20
**line** [8] - 13:17, 130:17, 168:6, 170:20, 174:23, 177:11, 178:10, 183:1
**linear** [1] - 35:2
**lines** [2] - 107:4, 165:24
**link** [2] - 119:21
**list** [4] - 11:17, 11:18, 44:2, 119:16
**listed** [1] - 24:25
**listen** [5] - 38:11, 38:15, 62:7, 89:14, 183:4
**literally** [1] - 175:16
**litigation** [2] - 59:5, 63:9
**live** [9] - 7:14, 41:18, 42:20, 58:15, 58:17, 62:23, 69:17, 79:19, 90:22
**lives** [3] - 51:5, 70:5, 75:5
**living** [6] - 39:17, 41:13, 48:13, 82:2, 96:8, 99:11
**LLP** [8] - 1:19, 2:2, 2:6, 2:10, 2:14, 2:17, 2:21, 3:1
**local** [1] - 43:24
**located** [1] - 97:10
**locations** [1] - 48:13
**locker** [13] - 97:18, 103:5, 111:12, 149:14, 151:4, 151:11, 169:16, 169:17, 184:11, 184:17, 185:4, 185:7
**lockers** [5] - 35:16, 97:11, 103:3, 103:6, 184:18

**log** [2] - 130:4, 131:1
**Look** [2] - 5:21, 126:10
**look** [58] - 10:11, 23:22, 28:7, 29:5, 33:17, 33:19, 70:17, 71:9, 71:11, 104:13, 104:19, 104:21, 105:9, 106:14, 106:18, 106:24, 108:9, 114:2, 114:23, 116:23, 118:3, 123:25, 124:11, 125:22, 126:3, 126:5, 128:25, 129:15, 130:14, 131:12, 133:6, 134:18, 135:15, 139:5, 147:7, 147:14, 150:11, 154:22, 155:2, 155:7, 155:24, 167:22, 170:19, 171:24, 173:12, 174:11, 174:22, 177:8, 178:9, 182:10, 190:5, 190:8, 191:8, 191:24
**looked** [5] - 21:5, 115:1, 160:5, 189:9, 191:9
**looking** [9] - 5:22, 55:3, 66:2, 66:6, 102:19, 104:15, 126:7, 183:2, 189:21
**looks** [11] - 50:1, 52:10, 52:18, 56:21, 65:16, 76:11, 103:12, 119:1, 170:21, 175:21, 183:6
**loop** [1] - 18:10
**loosely** [1] - 151:20
**loosens** [1] - 54:4
**Los** [1] - 1:20
**lose** [1] - 57:4
**losing** [1] - 11:25
**Love** [1] - 150:20
**love** [6] - 46:1, 58:9, 62:6, 92:11, 94:16, 150:9
**loves** [2] - 58:9, 58:10
**Lunch** [1] - 194:12
**lunch** [3] - 57:13, 100:3, 194:2
**lying** [6] - 111:25, 147:8, 162:20, 163:1, 166:1

# M

**M-A-G-L-O-U-G-H-L-I -N** [1] - 39:4
**M.C** [1] - 3:6
**M.P.F** [1] - 3:6
**Ma'am** [1] - 20:23
**ma'am** [10] - 21:12, 28:13, 37:15, 37:23, 38:1, 38:6, 58:21, 89:12, 89:14, 130:14
**machine** [2] - 195:5, 195:12
**M██████** [4] - 143:24, 145:2, 150:23, 152:20
**Mackinac** [2] - 75:20, 76:14
**mad** [7] - 136:6, 136:9, 138:5, 140:15, 140:18, 154:5, 154:8
**Magloughin** [1] - 4:5
**Magloughlin** [6] - 6:13, 10:8, 38:5, 38:10, 38:24, 39:1
**main** [3] - 53:13, 92:16
**maintained** [1] - 88:4
**maintenance** [1] - 91:3
**mall** [1] - 47:23
**man** [2] - 134:19, 134:21
**manage** [2] - 10:12, 122:25
**managing** [1] - 57:16
**Manhattan** [1] - 70:2
**manner** [1] - 87:21
**March** [2] - 34:1, 42:23
**mark** [1] - 84:15
**marked** [5] - 7:23, 24:2, 28:10, 102:5, 137:12
**markings** [1] - 107:13
**marks** [1] - 136:14
**married** [1] - 44:20
**Maryland** [9] - 43:25, 69:5, 71:24, 73:14, 73:24, 74:12, 74:15, 74:20, 74:25
**mascot** [1] - 107:6
**massage** [1] - 53:2
**Massanutten** [1] - 69:9
**mathematics** [1] - 29:15
**matter** [7] - 15:6, 87:8, 88:2, 88:7, 88:15, 149:10, 158:12
**matters** [2] - 7:11, 15:14

**matters........................ ............** [1] - 4:22
**meals** [1] - 57:11
**mean** [28] - 13:22, 52:3, 61:6, 61:18, 64:4, 64:18, 68:16, 75:3, 79:8, 80:11, 103:16, 106:18, 121:16, 125:14, 125:16, 132:17, 135:13, 143:13, 151:24, 158:13, 162:13, 162:14, 164:3, 171:15, 177:13, 182:19, 189:24, 191:21
**meaning** [1] - 96:19
**means** [4] - 65:5, 67:24, 115:13, 135:7
**meant** [2] - 55:17, 155:4
**media** [1] - 193:3
**medical** [8] - 5:8, 5:10, 7:19, 10:4, 24:22, 24:23, 56:17, 64:22
**medication** [1] - 54:3
**Medicine** [1] - 32:3
**meditating** [1] - 82:9
**medium** [1] - 140:11
**meet** [12] - 59:3, 59:16, 95:2, 98:3, 98:5, 98:14, 98:16, 99:21, 100:2, 109:3, 163:9, 163:12
**meeting** [10] - 20:2, 20:11, 20:13, 20:17, 31:12, 31:13, 33:2, 41:20, 149:13, 179:21
**Memorial** [5] - 74:3, 74:8, 74:13, 74:23, 75:2
**memories** [2] - 54:14, 172:25
**memory** [11] - 162:19, 163:4, 163:6, 163:16, 164:8, 164:10, 172:21, 173:6, 178:1, 178:11, 179:21
**menacing** [1] - 55:5
**mention** [2] - 12:1, 79:9
**mentioned** [10] - 46:11, 68:22, 69:11, 83:11, 92:18, 96:17, 96:18, 161:19, 167:6, 191:2
**message** [24] - 36:8, 120:12, 125:8,

126:6, 126:7, 128:5, 128:22, 129:13, 132:20, 133:16, 133:18, 133:24, 136:23, 138:4, 142:18, 143:15, 143:25, 146:12, 147:14, 155:4, 155:8, 172:2, 183:3, 188:9
**messages** [45] - 62:16, 63:9, 63:13, 63:21, 121:18, 122:6, 123:24, 124:6, 124:11, 124:22, 124:25, 125:20, 126:8, 127:23, 128:25, 129:7, 131:15, 134:4, 135:22, 137:19, 142:7, 143:13, 143:14, 145:13, 145:19, 145:24, 163:3, 182:15, 183:2, 187:11, 188:13, 188:17, 188:19, 189:1, 189:5, 189:10, 189:12, 190:16, 190:21, 191:9, 191:14, 191:15, 192:5, 193:11
**messaging** [3] - 134:2, 136:20, 189:2
**messenger** [1] - 119:18
**met** [28] - 39:7, 41:7, 41:8, 41:22, 41:25, 42:5, 42:13, 43:16, 46:11, 56:25, 59:19, 59:21, 59:23, 60:1, 60:4, 60:7, 67:7, 85:23, 93:16, 93:20, 100:4, 109:1, 109:4, 109:7, 163:14, 165:18
**metro** [2] - 47:17, 48:1
**Miami** [3] - 2:3, 2:7, 2:11
**mic** [1] - 38:13
**Michael** [2] - 3:4, 87:15
**MICHAEL** [1] - 3:5
**Michigan** [9] - 43:23, 69:11, 69:13, 69:14, 69:15, 75:9, 75:15, 75:20, 75:22
**microphone** [1] - 71:11

**mid** [1] - 112:7
**mid-November** [1] - 112:7
**middle** [26] - 18:4, 96:9, 100:6, 125:8, 147:7, 154:4, 163:20, 163:21, 170:16, 170:22, 171:1, 171:12, 172:15, 175:7, 175:10, 175:22, 179:13, 179:17, 181:10, 183:5, 183:7, 187:20, 188:4, 188:8, 193:2, 193:8
**Middle** [12] - 60:11, 60:22, 84:20, 85:12, 91:15, 108:7, 120:24, 169:9, 181:13, 182:8, 182:23, 183:13
**Middleton** [1] - 158:18
**might** [17] - 9:10, 33:17, 37:19, 46:3, 46:4, 50:11, 77:17, 77:22, 80:6, 82:25, 89:4, 153:3, 153:10, 157:21, 176:24, 189:11
**miles** [2] - 92:9, 94:24
**military** [1] - 43:13
**Mills** [1] - 25:24
**mind** [3] - 17:6, 26:25, 39:2
**mine** [2] - 42:4, 171:25
**minimum** [1] - 49:20
**minute** [2] - 44:18, 104:20
**minutes** [5] - 6:10, 6:16, 86:12, 148:4, 193:23
**mirror** [1] - 83:9
**MISCELLANY** [1] - 4:21
**misleading** [1] - 13:6
**missed** [1] - 156:19
**mistake** [1] - 13:15
**mk@kinneyesq.com** [1] - 3:7
**mom** [11] - 43:6, 44:13, 53:22, 53:24, 73:14, 82:1, 99:6, 146:15, 146:17, 146:18
**mom's** [2] - 50:14, 95:9
**moment** [15] - 21:1, 25:20, 44:11, 48:16, 57:18, 63:2, 65:7,

84:6, 115:2, 122:17, 144:16, 154:18, 154:19, 185:14
**Monday** [2] - 5:22, 116:16
**monitor** [1] - 67:17
**monitors** [1] - 65:18
**month** [3] - 49:18, 78:21, 91:7
**months** [4] - 57:5, 63:16, 78:9
**morning** [32] - 5:1, 5:2, 5:22, 15:3, 15:4, 16:8, 16:9, 38:24, 38:25, 50:1, 58:24, 58:25, 68:2, 68:6, 68:7, 68:10, 68:15, 68:17, 76:24, 77:3, 78:14, 78:20, 82:14, 82:16, 89:9, 89:21, 89:22, 111:13, 133:17, 133:21, 149:14, 185:4
**most** [9] - 48:21, 75:6, 75:7, 78:16, 78:18, 78:19, 78:24, 82:7, 97:10
**mostly** [2] - 92:20, 112:22
**mother** [6] - 27:17, 94:18, 95:7, 99:19, 148:21
**motion** [8] - 13:10, 13:13, 14:5, 14:7, 14:12, 87:3, 87:12, 88:2
**motions** [3] - 12:17, 87:1, 87:7
**mouse** [1] - 119:20
**mouth** [3] - 64:20, 144:12, 144:21
**move** [22] - 24:5, 26:4, 26:8, 27:5, 28:21, 40:9, 42:22, 46:3, 70:10, 71:10, 72:11, 91:10, 92:17, 95:18, 110:6, 113:4, 114:14, 118:16, 120:6, 156:13, 156:20, 159:2
**moved** [5] - 42:23, 43:5, 91:11, 93:11, 123:24
**moves** [1] - 56:20
**movie** [1] - 43:10
**movies** [1] - 100:10
**moving** [2] - 92:12, 118:12
**MR** [197] - 5:16, 6:23, 7:10, 7:14, 7:16,

7:19, 8:5, 8:7, 8:16, 8:18, 8:21, 8:25, 9:23, 10:3, 10:7, 12:15, 13:3, 13:19, 13:24, 14:3, 14:17, 14:20, 37:20, 40:12, 45:7, 45:10, 46:25, 51:3, 51:6, 55:14, 55:23, 56:13, 58:23, 59:14, 60:19, 60:20, 63:7, 63:12, 65:6, 70:10, 70:16, 70:20, 71:8, 71:15, 71:17, 71:21, 71:22, 74:17, 75:12, 75:13, 80:23, 80:25, 81:3, 82:20, 83:24, 84:7, 84:15, 84:18, 85:1, 85:6, 85:9, 86:5, 87:2, 87:6, 87:11, 87:15, 88:17, 88:19, 88:20, 88:21, 89:9, 89:20, 101:23, 102:2, 102:4, 103:20, 103:21, 103:23, 104:25, 105:12, 105:16, 105:25, 106:2, 106:3, 106:5, 106:7, 106:9, 106:17, 106:20, 106:23, 107:21, 107:23, 108:4, 108:5, 108:12, 108:13, 108:16, 108:18, 113:1, 113:3, 114:5, 114:12, 114:14, 114:17, 114:18, 114:22, 115:5, 115:8, 115:10, 115:15, 115:18, 115:20, 115:22, 115:23, 116:15, 116:19, 117:9, 117:11, 117:18, 117:19, 118:5, 118:11, 118:15, 118:20, 119:19, 120:5, 120:9, 120:11, 120:16, 120:17, 120:21, 120:22, 122:14, 122:17, 122:21, 122:23, 127:3, 127:5, 127:7, 128:16, 128:19, 140:5, 143:1, 144:14, 144:16, 144:18, 153:17, 156:8, 157:25, 158:3, 158:5, 158:8,

159:8, 159:12, 159:16, 159:19, 159:23, 165:6, 165:9, 168:3, 168:5, 168:14, 169:11, 170:10, 170:24, 171:2, 171:4, 171:6, 171:7, 173:2, 173:4, 173:13, 173:21, 174:7, 174:8, 174:12, 174:20, 174:21, 176:1, 176:7, 180:6, 185:11, 185:15, 185:18, 185:21, 185:23, 190:9, 190:13, 190:15, 191:15, 191:18, 191:25, 192:3, 192:7, 193:19, 193:22, 193:25
**MS** [205] - 5:23, 6:2, 6:7, 6:10, 6:13, 6:16, 6:20, 8:3, 9:6, 9:14, 9:18, 9:21, 10:13, 10:16, 10:21, 10:25, 11:9, 11:16, 12:3, 12:12, 14:23, 16:2, 16:7, 17:12, 17:17, 17:18, 19:8, 19:10, 19:22, 20:1, 21:3, 21:10, 21:13, 22:13, 22:16, 22:18, 23:4, 23:6, 23:23, 24:1, 24:5, 24:7, 24:12, 25:8, 25:10, 25:17, 25:19, 25:21, 25:23, 26:2, 26:4, 26:8, 26:10, 26:19, 26:22, 26:24, 27:5, 27:6, 27:10, 27:13, 28:11, 28:14, 28:17, 28:21, 28:24, 29:2, 29:4, 29:23, 29:25, 30:9, 30:12, 30:14, 30:22, 31:1, 31:3, 31:14, 31:15, 31:18, 31:22, 32:7, 32:9, 32:20, 32:24, 33:9, 33:14, 34:16, 34:18, 36:17, 36:19, 37:14, 37:16, 38:4, 38:7, 38:9, 38:23, 40:9, 40:14, 40:16, 40:18, 40:20, 40:24, 41:1, 41:5, 41:6, 45:12, 45:24, 46:8, 47:3, 47:9, 47:12, 47:13, 48:15, 48:19, 48:20, 51:5, 51:9, 51:13, 51:15, 51:16, 51:21, 51:24,

52:3, 52:5, 52:6, 55:18, 55:20, 55:25, 56:6, 56:7, 56:16, 58:20, 63:1, 63:3, 64:21, 64:24, 70:12, 74:14, 81:5, 81:8, 81:10, 82:22, 83:2, 83:4, 83:25, 123:4, 123:8, 123:12, 123:14, 124:2, 124:5, 125:24, 126:2, 126:4, 126:9, 126:15, 127:4, 127:6, 127:8, 128:20, 128:21, 129:2, 129:5, 130:2, 130:6, 130:9, 130:16, 130:19, 130:24, 130:25, 131:10, 131:11, 131:16, 131:19, 133:8, 133:12, 135:17, 135:21, 137:7, 137:9, 137:10, 139:4, 140:6, 140:10, 143:3, 143:4, 143:9, 143:12, 144:15, 144:17, 144:19, 150:13, 150:15, 150:19, 153:19, 153:21, 153:22, 154:18, 154:21, 154:23, 155:1, 156:2, 156:5, 156:17, 156:24, 157:22
**muffin** [2] - 135:3, 135:10
**multiple** [3] - 17:7, 37:2
**muscles** [3] - 51:2, 53:4, 53:5
**Museum** [2] - 71:24, 72:23
**museum** [1] - 72:23
**music** [1] - 94:2

# N

**name** [27] - 18:24, 22:23, 31:9, 36:23, 39:2, 39:4, 39:5, 73:16, 89:25, 90:1, 99:16, 113:25, 114:1, 119:23, 123:17, 125:5, 129:10, 129:11, 144:2, 144:5, 144:6, 158:11, 171:23, 171:24, 187:2,

195:16
**name-calling** [4] - 18:24, 31:9, 36:23, 171:23
**named** [5] - 115:11, 125:2, 129:8, 132:19, 181:19
**names** [7] - 117:14, 121:6, 125:17, 186:16, 186:22, 187:3, 187:5
**National** [2] - 72:1, 73:8
**natural** [2] - 68:2, 68:15
**nature** [4] - 59:5, 82:9, 92:15, 110:4
**near** [3] - 42:4, 72:14, 109:16
**neck** [4] - 52:21, 52:22, 53:4
**need** [12] - 5:12, 6:9, 9:3, 11:4, 14:9, 14:16, 63:5, 85:23, 86:21, 132:7, 174:19, 193:22
**needed** [4] - 71:4, 98:20, 144:12, 144:20
**needs** [5] - 11:4, 22:1, 24:22, 37:20, 44:17
**negative** [1] - 121:16
**neglected** [1] - 113:20
**neighborhood** [9] - 61:1, 95:3, 95:19, 98:10, 98:15, 98:16, 101:2, 101:4, 109:4
**Neil's** [1] - 112:8
**never** [22] - 36:15, 37:5, 42:1, 58:11, 59:19, 59:21, 59:23, 60:1, 61:16, 80:12, 80:14, 80:17, 80:19, 119:12, 151:22, 152:1, 177:2, 190:23, 191:2
**New** [2] - 69:25, 72:3
**new** [7] - 115:4, 115:6, 137:2, 170:1, 172:25, 173:11
**news** [2] - 27:20, 111:21
**next** [42] - 6:12, 15:9, 21:19, 29:19, 31:4, 38:1, 38:3, 38:5, 40:24, 51:18, 57:18, 66:2, 71:15, 71:21, 71:25, 72:2, 72:11, 72:18, 72:21, 73:4, 73:5, 73:11, 74:18,

75:8, 75:12, 100:4, 129:13, 134:18, 136:22, 138:12, 140:14, 141:17, 144:11, 147:24, 148:10, 149:12, 149:14, 153:18, 170:9, 176:1, 176:8, 176:10

**nice** [5] - 42:7, 129:17, 191:13, 191:19, 191:21

**night** [5] - 48:4, 54:3, 68:10, 68:19, 149:3

**nightmare** [1] - 54:7

**nights** [1] - 54:11

**nobody** [1] - 60:3

**noises** [1] - 54:18

**nondefendant** [1] - 10:25

**none** [5] - 60:9, 60:14, 93:10, 100:20, 110:23

**normal** [2] - 58:15, 58:18

**normally** [1] - 75:3

**North** [3] - 43:25, 69:22, 76:5

**Nos** [1] - 120:19

**noses** [1] - 169:10

**note** [2] - 14:1, 14:4

**notes** [1] - 195:12

**nothing** [7] - 14:20, 53:9, 96:17, 96:18, 110:5, 111:7, 169:8

**notice** [3] - 5:25, 49:6, 49:8

**noticeably** [1] - 57:2

**noticed** [1] - 102:10

**notices** [1] - 55:1

**November** [51] - 20:2, 34:20, 35:8, 35:14, 36:25, 90:8, 110:6, 110:9, 110:13, 110:14, 110:18, 111:9, 112:7, 112:25, 118:25, 119:1, 119:2, 119:3, 119:25, 125:9, 126:7, 126:16, 128:5, 129:14, 129:23, 130:10, 130:21, 131:1, 131:2, 133:14, 133:17, 134:7, 135:23, 136:9, 137:12, 138:12, 139:19, 143:16, 143:17, 146:23, 148:17, 157:3,

167:7, 167:10, 167:12, 168:12, 168:19, 178:15, 178:16

**number** [21] - 10:18, 27:11, 27:12, 40:15, 45:17, 49:11, 56:10, 68:23, 82:5, 82:6, 106:2, 129:21, 130:18, 130:20, 130:22, 130:23, 137:12, 144:21, 159:11, 159:17, 159:20

**Number** [9] - 4:14, 4:15, 4:15, 4:18, 4:18, 4:19, 4:19, 4:20, 40:16

**numbers** [3] - 7:21, 156:18, 185:15

**Nusheen** [8] - 182:14, 182:19, 183:7, 183:12, 183:16, 183:18, 184:4

**NW** [5] - 1:15, 2:14, 2:18, 2:21, 3:1

## O

**o'clock** [7] - 48:6, 68:9, 86:20, 86:21, 142:2, 194:6, 194:11

**O.B** [1] - 85:1

**oath** [2] - 165:20, 179:20

**object** [4] - 51:25, 52:1, 169:11, 173:13

**objection** [38] - 24:7, 24:8, 25:15, 26:2, 26:19, 27:10, 28:23, 28:24, 38:16, 40:11, 40:12, 45:7, 46:25, 47:8, 51:3, 55:23, 56:13, 63:1, 64:21, 70:12, 70:13, 74:14, 89:16, 103:20, 107:21, 108:13, 108:14, 113:1, 114:12, 114:13, 117:9, 118:9, 122:14, 128:16, 140:5, 143:1, 156:7, 173:2

**objections** [1] - 156:9

**objective** [1] - 13:22

**obligation** [1] - 12:9

**observations** [1] - 53:6

**observe** [2] - 77:10, 169:14

**observed** [13] - 49:1, 51:8, 51:9, 51:11, 51:12, 54:9, 55:10, 55:16, 56:18, 57:6, 58:14, 81:11, 122:15

**Omni** [1] - 76:3

**once** [10] - 7:20, 12:25, 35:3, 42:6, 44:22, 54:3, 85:21, 101:17, 105:20

**obviously** [4] - 7:6, 11:3, 49:13, 174:18

**occasion** [2] - 78:11, 121:9

**occasionally** [4] - 64:6, 94:8, 94:10, 188:5

**occasions** [7] - 43:7, 56:10, 57:23, 58:2, 82:5, 98:9, 121:13

**occasionally** [1] - 158:13

**occur** [3] - 110:4, 111:8, 177:20

**occurred** [5] - 18:12, 29:7, 31:17, 105:21, 116:21

**Ocean** [11] - 69:5, 73:20, 73:24, 74:3, 74:7, 74:10, 74:12, 74:15, 74:18, 74:25

**ocean** [2] - 74:11, 74:18

**October** [10] - 35:1, 35:5, 101:10, 102:11, 103:19, 107:18, 107:25, 111:20, 160:2, 161:14

**ODIN** [1] - 3:9

**OF** [5] - 1:1, 1:11, 3:5, 4:1, 195:1

**offense** [2] - 138:13, 158:13

**offer** [1] - 118:13

**offered** [2] - 24:9, 156:14

**office** [9] - 48:3, 48:7, 48:8, 65:14, 66:25, 79:21, 147:25, 148:8, 152:16

**OFFICE** [1] - 3:5

**official** [3] - 42:10, 195:5, 195:11

**Official** [3] - 3:12, 195:3, 195:22

**often** [14] - 44:12, 49:5, 50:19, 50:25, 52:21, 52:25, 56:3, 56:11, 57:11, 79:10, 80:2, 83:7, 83:12, 125:16

**old** [5] - 27:23, 27:25, 28:2, 90:5, 90:12

**Olivia** [5] - 60:4, 60:7,

151:14, 152:19, 152:23

**Omni** [1] - 76:3

**once** [10] - 7:20, 12:25, 35:3, 42:6, 44:22, 54:3, 85:21, 101:17, 105:20

**one** [83] - 5:19, 11:24, 15:23, 21:4, 22:21, 23:12, 32:13, 33:18, 34:3, 44:13, 47:23, 48:4, 48:7, 49:4, 49:20, 50:12, 53:21, 60:6, 65:16, 66:22, 66:23, 66:24, 71:21, 71:25, 72:2, 72:11, 72:18, 72:21, 73:4, 73:5, 73:6, 73:9, 73:11, 76:21, 80:6, 81:23, 82:6, 84:20, 92:16, 101:2, 102:19, 104:14, 104:19, 106:14, 111:8, 111:12, 122:17, 126:10, 133:9, 136:14, 136:19, 137:11, 139:24, 139:25, 140:2, 140:3, 144:16, 146:2, 152:3, 154:18, 156:19, 160:10, 170:11, 171:20, 175:20, 176:19, 179:2, 179:10, 179:19, 181:18, 181:19, 181:25, 185:15, 187:20, 187:22, 188:2, 192:8, 193:6, 193:11

**one-story** [1] - 47:23

**ones** [4] - 65:15, 130:15, 188:21

**online** [3] - 41:8, 41:24, 119:16

**OO** [1] - 137:25

**open** [1] - 58:2

**opened** [1] - 97:22

**opens** [1] - 26:24

**opera** [1] - 54:1

**operator** [2] - 90:21, 90:25

**opinion** [1] - 68:25

**opportunities** [1] - 97:13

**opportunity** [3] - 14:4, 62:9, 123:3

**opposed** [1] - 174:1

**optimist** [2] - 45:21, 45:25

**optional** [1] - 157:13

**oral** [2] - 100:18, 182:3

**orally** [1] - 12:18

**order** [2] - 87:6, 89:4

**original** [2] - 25:18, 96:13

**originally** [1] - 41:16

**Os** [1] - 139:16

**otherwise** [3] - 67:2, 99:15, 100:19

**ourselves** [1] - 100:7

**outdoor** [1] - 92:21

**outside** [11] - 50:6, 50:7, 68:20, 68:21, 73:3, 94:7, 95:13, 97:3, 165:25, 167:20, 168:9

**overbearing** [1] - 99:6

**overruled** [3] - 27:12, 45:11, 122:15

**own** [7] - 44:11, 50:23, 92:3, 92:4, 122:10, 127:11, 173:19

## P

**P.A.H** [1] - 3:6

**p.m** [9] - 68:9, 128:5, 132:11, 138:13, 141:8, 142:7, 143:16, 143:17, 194:12

**packing** [1] - 44:14

**page** [85] - 17:17, 17:23, 18:4, 22:16, 24:15, 29:2, 29:19, 30:12, 31:1, 31:2, 31:23, 36:2, 40:25, 107:20, 112:8, 116:24, 119:7, 124:6, 124:7, 125:7, 125:8, 126:5, 126:6, 127:5, 127:6, 128:4, 129:1, 129:6, 129:11, 129:13, 129:15, 131:14, 131:20, 131:21, 132:17, 132:18, 134:18, 135:1, 136:22, 136:24, 137:12, 138:3, 138:12, 139:11, 139:13, 139:14, 140:14, 141:4, 141:17, 142:12, 144:11, 145:22, 146:10, 147:6, 147:7, 147:24, 148:10, 149:12,

150:4, 150:22, 151:1, 152:14, 154:4, 155:2, 155:3, 155:5, 155:7, 165:24, 167:23, 167:25, 168:6, 170:20, 174:11, 174:23, 177:9, 182:11, 183:3, 188:14, 190:8, 190:13, 191:24, 192:4

**pages** [3] - 167:24, 193:9, 195:10

**paid** [1] - 11:23

**pain** [10] - 45:18, 51:1, 51:6, 51:9, 51:11, 51:12, 52:12, 54:18, 77:2, 77:5

**panic** [1] - 49:10

**panther** [1] - 107:11

**panthers** [3] - 107:7, 107:9, 107:10

**papers** [1] - 5:18

**paperwork** [1] - 39:21

**paragraph** [5] - 8:19, 18:11, 85:9, 106:18, 114:23

**paralegal** [2] - 46:15, 66:18

**parent** [1] - 23:12

**parenthesis** [1] - 150:9

**parents** [14] - 46:4, 61:5, 61:7, 61:9, 61:14, 61:16, 61:18, 62:3, 62:5, 99:3, 99:12, 101:2

**parents'** [1] - 67:4

**park** [8] - 109:7, 109:16, 160:19, 161:1, 161:13, 161:24, 162:3, 166:9

**Park** [2] - 1:19, 73:8

**parking** [1] - 55:4

**parks** [2] - 98:17, 167:2

**part** [9] - 7:24, 19:5, 39:8, 67:12, 67:18, 75:7, 85:17, 153:18, 163:9

**participated** [1] - 20:19

**particular** [3] - 14:7, 52:16, 86:3

**particularly** [1] - 88:14

**parties** [4] - 84:8, 84:11, 84:19, 88:13

**parties'** [1] - 5:3

**partly** [1] - 53:3

**parts** [3] - 100:15, 172:23, 174:14

**party** [16] - 87:23, 87:25, 88:1, 88:3, 88:9, 110:17, 110:22, 110:24, 137:22, 145:8, 167:6, 167:14, 168:11, 168:12, 168:18

**pass** [4] - 29:16, 29:21

**passed** [1] - 48:14

**patch** [2] - 104:9, 104:11

**path** [1] - 7:8

**pause** [5] - 89:17, 120:10, 154:20, 159:18, 165:2

**pay** [2] - 19:12, 89:5

**paying** [1] - 11:25

**PC** [1] - 3:9

**PDA** [3] - 149:20, 149:22, 150:2

**PE** [3] - 94:2, 113:14, 113:15

**pejorative** [4] - 51:22, 135:11, 135:12, 170:1

**pejoratively** [1] - 135:5

**pelvic** [1] - 52:14

**pending** [3] - 37:24, 84:3, 165:13

**Pennsylvania** [6] - 2:14, 2:18, 2:21, 3:1, 41:17, 69:16

**people** [26] - 11:4, 11:18, 14:9, 37:2, 50:7, 55:4, 59:7, 68:12, 107:12, 107:14, 115:3, 115:4, 115:6, 121:6, 121:25, 127:24, 139:20, 181:3, 182:2, 183:25, 184:3, 192:17, 192:23, 193:3, 193:8

**per** [3] - 49:18, 49:20

**percent** [2] - 45:15, 122:16

**perception** [1] - 6:18

**perfect** [1] - 34:13

**perfected** [1] - 88:14

**perform** [1] - 49:2

**performing** [1] - 46:23

**Period** [1] - 157:18

**period** [20] - 35:1, 36:20, 57:5, 65:24, 66:3, 66:5, 66:7, 79:2, 97:16, 100:3,

111:13, 111:19, 112:25, 119:25, 121:4, 126:3, 131:6, 152:15, 178:13, 192:16

**periods** [1] - 57:15

**peripheral** [1] - 54:25

**permission** [2] - 40:9, 85:7

**person** [11] - 11:22, 25:5, 37:10, 52:24, 84:12, 92:22, 99:24, 131:5, 140:4, 171:15, 193:8

**personal** [9] - 41:19, 46:22, 49:16, 51:4, 53:6, 60:10, 60:15, 60:17, 72:8

**personally** [9] - 52:23, 55:21, 56:1, 56:8, 57:6, 58:14, 66:25, 166:9, 182:9

**perspective** [1] - 174:3

**P████** [2] - 20:12, 21:21

**phone** [13] - 79:6, 79:12, 79:13, 79:23, 124:18, 130:3, 130:4, 130:20, 131:5, 134:2, 140:3, 142:17, 144:21

**photo** [13] - 40:2, 40:6, 40:21, 43:23, 74:6, 75:8, 75:12, 81:18, 105:2, 105:3, 105:11, 159:19, 179:24

**photos** [2] - 57:1, 179:22

**phrase** [2] - 67:23, 67:25

**physical** [7] - 31:8, 45:18, 51:1, 55:7, 55:8, 55:17, 78:13

**physically** [3] - 56:2, 176:25, 177:3

**piano** [1] - 53:16

**pick** [4] - 55:4, 98:23, 110:2, 176:6

**picking** [1] - 76:11

**picture** [28] - 71:15, 72:13, 73:7, 73:13, 101:23, 102:8, 102:10, 102:13, 102:20, 103:9, 103:18, 103:24, 104:7, 104:8, 104:13, 105:9, 106:21, 106:24, 108:19, 108:21,

119:21, 119:23, 159:24, 160:2, 160:19, 161:23, 179:9, 188:13

**pictures** [10] - 70:11, 71:11, 72:5, 72:6, 105:21, 106:13, 109:22, 110:8, 160:5, 189:22

**pieced** [1] - 33:1

**pieces** [1] - 173:16

**Pilates** [6] - 50:5, 77:20, 77:22, 77:23, 78:2, 78:12

**Pines** [3] - 74:11, 74:15, 74:18

**pink** [8] - 105:22, 105:23, 107:1, 107:9, 107:11, 107:13, 107:15

**pissed** [1] - 139:20

**pissing** [2] - 138:15, 138:23

**PITTLEMAN** [1] - 3:9

**place** [7] - 42:7, 45:16, 62:17, 71:24, 72:20, 98:2, 160:25

**Plaintiff** [5] - 1:4, 1:14, 2:1, 4:2, 4:13

**plaintiff** [19] - 7:9, 12:21, 12:23, 14:20, 38:4, 39:9, 84:7, 85:11, 85:15, 86:7, 86:25, 89:1, 93:3, 93:9, 123:3, 124:25, 126:18, 137:18, 158:11

**plaintiff's** [14] - 8:23, 10:2, 12:16, 13:4, 13:7, 13:11, 14:3, 15:8, 38:10, 85:10, 156:6, 156:11, 156:18, 185:13

**Plaintiff's** [15] - 7:23, 8:5, 24:9, 26:6, 28:12, 28:22, 29:1, 30:9, 30:23, 32:20, 32:25, 34:4, 36:1, 36:4, 84:15

**plaintiffs** [1] - 9:4

**plan** [4] - 12:22, 15:12, 37:5, 44:20

**plane** [1] - 44:8

**planes** [1] - 47:18

**planning** [2] - 44:23, 118:12

**plans** [1] - 44:19

**play** [3] - 43:11, 53:14, 53:16

**playground** [3] -

109:8, 161:21

**PLC** [1] - 3:5

**PLLC** [1] - 1:15

**pod** [2] - 97:8, 97:11

**podium** [2] - 47:24

**pods** [3] - 184:11, 184:17

**point** [23] - 5:19, 11:19, 35:24, 78:23, 87:4, 96:25, 109:9, 117:12, 117:13, 118:12, 118:16, 124:19, 126:17, 128:2, 129:23, 132:15, 139:23, 141:2, 153:3, 158:21, 165:13, 177:25, 179:18

**pointed** [2] - 23:14, 166:24

**pointing** [1] - 7:3

**poke** [1] - 83:10

**police** [2] - 33:16, 34:7

**policy** [2] - 22:5, 22:6

**portion** [1] - 22:21

**position** [2] - 87:11, 174:2

**positioned** [1] - 169:21

**positivity** [1] - 58:17

**possession** [1] - 72:8

**possible** [2] - 46:3, 184:3

**post** [12] - 5:11, 5:12, 7:20, 108:14, 127:11, 141:22, 155:3, 155:4, 155:12, 155:13, 155:17, 188:9

**posted** [10] - 102:10, 104:5, 104:7, 112:11, 112:12, 112:17, 118:6, 155:5, 188:10, 188:12

**posting** [5] - 112:7, 126:11, 126:23, 126:25, 188:13

**posture** [1] - 54:19

**potentially** [1] - 45:2

**practice** [1] - 39:19

**precise** [2] - 35:19, 187:22

**precluded** [2] - 64:23, 64:24

**predicates** [1] - 85:22

**predict** [1] - 49:14

**predominantly** [1] - 177:19

**prefer** [4] - 12:19,

12:20, 13:17, 95:13
**preference** [4] - 70:18, 87:17, 95:11, 176:4
**prefers** [1] - 68:10
**Preliminary** [1] - 4:22
**preloaded** [1] - 159:21
**preparation** [1] - 33:1
**prepared** [1] - 165:16
**preparing** [1] - 163:9
**prerogative** [1] - 51:25
**prescription** [1] - 132:9
**present** [3] - 15:1, 88:23, 113:5
**presentation** [2] - 13:1, 15:8
**preserve** [1] - 87:7
**pretrial** [1] - 120:13
**pretty** [15] - 22:11, 50:13, 58:18, 74:12, 74:22, 78:7, 94:5, 97:1, 120:25, 124:11, 128:15, 133:22, 154:5, 154:8, 189:12
**preventing** [1] - 48:11
**previous** [3] - 120:11, 138:3, 144:5
**previously** [3] - 16:5, 116:4, 185:13
**principal** [2] - 21:23, 22:1
**principals** [1] - 169:6
**private** [4] - 127:15, 127:17, 127:24
**problem** [5] - 9:5, 14:8, 14:10, 47:18, 49:13
**Procedure** [2] - 87:22, 88:9
**proceed** [3] - 16:3, 109:18, 158:5
**proceeding** [2] - 84:10, 89:7
**PROCEEDINGS** [1] - 1:11
**proceedings** [8] - 86:23, 120:10, 154:20, 159:18, 165:2, 195:6, 195:11, 195:14
**process** [3] - 9:13, 35:7, 44:17
**processing** [4] - 64:16, 64:19, 67:22, 67:23
**produced** [2] - 63:9, 72:5
**production** [1] - 91:4
**profanity** [1] - 169:2

**professional** [1] - 5:20
**proficient** [2] - 29:16, 29:21
**profile** [3] - 119:23, 127:11, 127:12
**program** [2] - 46:15, 46:20
**proof** [1] - 147:17
**proposed** [1] - 5:4
**protect** [1] - 14:9
**protective** [6] - 61:17, 61:23, 61:24, 62:2, 62:3
**provide** [7] - 14:14, 51:7, 65:4, 171:5, 173:25, 174:5, 176:5
**provided** [4] - 5:24, 16:18, 20:8, 24:3
**providers** [2] - 24:23, 27:8
**providing** [1] - 8:14
**PTSD** [9] - 26:12, 26:15, 26:18, 27:2, 27:8, 27:14, 27:18, 27:19, 27:20
**PTSD-like** [1] - 26:18
**puberty** [1] - 35:6
**puberty-related** [1] - 35:6
**Public** [4] - 17:21, 37:12, 85:2, 86:2
**public** [1] - 149:23
**publish** [37] - 17:13, 22:14, 24:8, 26:5, 28:25, 33:10, 40:9, 70:13, 102:1, 104:23, 105:12, 106:5, 108:16, 114:15, 114:16, 114:18, 124:2, 125:24, 129:2, 130:6, 131:16, 133:8, 135:17, 137:7, 143:9, 150:13, 154:23, 159:13, 185:11, 185:20, 190:10, 191:25, 193:19
**published** [33] - 17:16, 22:17, 24:11, 26:7, 29:3, 30:13, 30:25, 31:21, 32:23, 33:13, 40:19, 70:15, 102:3, 104:24, 105:14, 106:22, 108:17, 114:21, 124:4, 126:1, 129:4, 130:8, 131:18, 133:11, 135:20, 143:11, 150:17,

154:25, 156:23, 159:15, 185:22, 190:12, 192:2
**pull** [7] - 17:12, 22:13, 30:9, 31:14, 32:20, 33:9, 58:13
**pulled** [5] - 25:4, 33:7, 37:1, 37:4, 166:14
**pumpkin** [2] - 104:9, 104:11
**purposes** [2] - 59:4, 86:3
**pursued** [1] - 92:13
**put** [12] - 5:5, 7:20, 10:19, 11:22, 12:21, 12:24, 14:5, 33:4, 107:13, 123:9, 159:20, 187:4
**putting** [1] - 86:3

## Q

**Q&A** [1] - 176:10
**quash** [1] - 5:14
**queen** [1] - 35:18
**QUESTION** [6] - 165:25, 168:7, 170:21, 177:12, 177:19, 178:20
**questioning** [1] - 173:22
**questions** [32] - 16:12, 16:18, 23:3, 23:7, 26:11, 27:22, 32:10, 32:14, 34:19, 34:23, 37:14, 38:12, 38:15, 39:24, 58:20, 62:7, 76:18, 80:21, 80:23, 80:25, 82:13, 83:20, 89:15, 118:17, 122:23, 123:2, 157:23, 157:25, 165:4, 173:14, 174:17, 176:5
**quick** [1] - 124:15
**quicker** [1] - 55:5
**quickly** [4] - 101:16, 178:5, 178:8, 178:23
**quite** [6] - 44:7, 79:10, 99:6, 99:9, 99:18, 164:1
**quotation** [1] - 136:14
**quote** [4] - 170:12, 171:25, 179:3, 180:3
**quotes** [1] - 146:22
**quoting** [3] - 136:16, 147:2, 147:3

## R

**race** [1] - 36:9
**Rachel** [30] - 19:13, 25:5, 27:14, 36:21, 60:5, 60:8, 60:11, 60:22, 84:20, 85:12, 91:15, 91:18, 95:25, 97:4, 107:6, 108:7, 120:24, 125:4, 168:22, 169:9, 171:18, 176:14, 181:13, 182:8, 182:23, 183:13, 183:17, 183:24, 184:4
R_____ [1] - 22:5
**railing** [1] - 47:24
**rainy** [1] - 75:2
**raise** [2] - 13:4, 26:15
**raised** [3] - 18:9, 26:12, 78:23
**ran** [1] - 108:6
**rape** [1] - 16:25
**raped** [2] - 34:8, 37:7
**rarely** [1] - 83:12
**Rasika** [1] - 72:3
**rated** [1] - 36:8
**rbates@hunton.com** [1] - 2:16
**RCMS** [3] - 85:11, 85:16, 85:17
**re** [1] - 189:25
**re-added** [1] - 189:25
**reach** [1] - 121:20
**react** [3] - 99:17, 99:19, 111:21
**reaction** [1] - 22:10
**reactions** [1] - 99:14
**read** [22] - 7:11, 8:23, 8:25, 9:1, 9:15, 63:11, 64:6, 84:8, 85:7, 85:25, 96:13, 124:8, 134:9, 153:17, 162:8, 165:4, 168:3, 172:20, 174:13, 175:20, 176:1
**reading** [6] - 29:16, 29:20, 64:9, 79:25, 80:3, 87:2
**reads** [2] - 80:3, 84:19
**ready** [1] - 88:18
**real** [1] - 44:23
**realized** [1] - 72:4
**really** [15] - 5:4, 5:12, 11:23, 41:24, 57:17, 72:4, 74:1, 93:21, 95:8, 103:14, 137:3, 162:13, 169:13,

170:8, 178:5
**realtime** [1] - 195:12
**reason** [4] - 6:25, 53:3, 65:19, 95:6
**reasonable** [2] - 87:24, 88:7
**reasons** [1] - 92:16
**rebuttal** [2] - 12:21, 12:24
**receive** [4] - 9:4, 29:16, 29:21, 92:2
**received** [2] - 8:11, 27:1
**receives** [1] - 85:17
**receiving** [1] - 85:13
**Recess** [2] - 86:22, 194:12
**recognize** [11] - 102:13, 102:16, 106:8, 108:19, 114:6, 114:7, 118:21, 118:22, 119:4, 119:7, 156:25
**recollect** [3] - 179:23, 186:20, 193:14
**recollection** [25] - 96:14, 103:10, 131:4, 146:6, 155:16, 167:14, 170:25, 172:18, 172:23, 174:9, 174:24, 175:6, 175:13, 176:9, 177:23, 178:25, 183:11, 187:15, 190:23, 191:6, 192:19, 192:21, 192:25, 193:13, 193:15
**recollections** [1] - 173:11
**record** [18] - 7:11, 8:24, 10:2, 13:9, 14:6, 14:9, 39:3, 84:16, 86:1, 86:6, 86:24, 87:20, 87:21, 139:1, 156:10, 159:10, 165:5, 173:16
**recording** [1] - 195:13
**records** [6] - 5:10, 7:20, 10:4, 23:14, 28:18, 130:3
**recount** [2] - 186:3
**redactions** [1] - 5:9
**redirect** [5] - 15:22, 81:4, 153:19, 173:19, 173:21
**REDIRECT** [2] - 16:6, 81:9

**Redirect** [2] - 4:4, 4:7
**refer** [2] - 121:19, 156:11
**reference** [2] - 132:19, 176:6
**referenced** [1] - 126:20
**references** [1] - 5:9
**referencing** [1] - 88:10
**referred** [3] - 59:21, 99:24, 124:24
**referring** [25] - 59:5, 61:7, 126:24, 134:24, 137:18, 138:8, 138:10, 140:17, 141:10, 141:15, 141:20, 141:24, 142:20, 142:22, 144:24, 145:8, 145:13, 145:24, 151:7, 151:9, 152:5, 154:7, 155:10, 183:15, 186:8
**refine** [2] - 11:17, 11:18
**reflect** [1] - 119:24
**reflective** [1] - 169:13
**refresh** [10] - 170:25, 172:22, 173:5, 174:9, 174:23, 175:6, 175:13, 177:23, 178:25, 183:11
**refreshed** [8] - 163:4, 164:7, 172:21, 173:6, 173:10, 179:21, 187:15, 191:5
**regain** [1] - 49:12
**regard** [3] - 6:18, 44:11, 186:10
**regarding** [5] - 24:21, 25:24, 86:6, 120:12, 192:22
**region** [2] - 52:14, 52:18
**regular** [3] - 35:5, 45:15, 49:8
**regulation** [1] - 39:20
**rehabilitate** [2] - 174:2, 174:18
**rehabilitation** [2] - 6:9, 15:21
**reinterview** [1] - 19:18
**related** [10] - 12:10, 28:18, 30:5, 35:6, 51:1, 80:6, 82:17, 112:8, 123:6, 188:17
**Related** [1] - 18:23

**relating** [2] - 31:17, 36:22
**relationship** [9] - 39:25, 57:9, 93:1, 93:19, 96:24, 101:6, 110:25, 113:8, 113:10
**relaxes** [1] - 54:4
**relaxing** [1] - 52:24
**release** [1] - 23:18
**released** [1] - 37:17
**relevance** [1] - 45:10
**relevant** [1] - 85:11
**relieve** [1] - 53:5
**religious** [2] - 7:3, 15:15
**remain** [2] - 37:17, 37:21
**remained** [1] - 164:17
**remember** [58] - 16:12, 16:15, 16:19, 20:5, 22:9, 22:23, 23:2, 23:9, 23:15, 23:20, 26:11, 27:24, 30:1, 30:6, 31:11, 31:16, 32:11, 32:14, 34:19, 34:22, 36:14, 61:12, 61:13, 66:24, 95:15, 103:18, 105:23, 108:24, 116:15, 148:1, 160:5, 162:4, 162:11, 162:22, 162:25, 163:23, 164:1, 164:4, 164:5, 165:10, 168:8, 168:10, 168:11, 168:12, 168:16, 168:23, 169:20, 174:10, 177:24, 178:7, 178:8, 178:19, 179:13, 179:20, 182:18, 182:24, 184:15, 186:10
**remembered** [2] - 177:25, 186:4
**remind** [4] - 20:10, 31:16, 36:3, 57:12
**reminders** [1] - 57:14
**remotely** [7] - 47:3, 48:21, 49:2, 66:22, 67:2, 67:16, 81:12
**rent** [1] - 73:21
**rented** [1] - 73:22
**repeat** [1] - 162:23
**repeatedly** [2] - 37:1, 62:11
**repetitive** [1] - 11:7
**rephrase** [13] - 55:13,

55:18, 60:17, 65:25, 74:16, 82:21, 82:25, 95:22, 103:21, 103:22, 113:2
**reply** [1] - 141:7
**replying** [1] - 137:21
**reported** [2] - 156:15, 195:5
**REPORTER** [1] - 195:1
**Reporter** [3] - 3:12, 195:3, 195:22
**reporter** [1] - 45:23
**Reporter.....................
...** [1] - 4:22
**represent** [3] - 59:1, 123:17, 158:11
**representative** [2] - 5:15, 5:18
**represents** [1] - 39:8
**request** [2] - 5:14, 15:11
**requested** [1] - 5:9
**requirement** [1] - 13:3
**requirements** [1] - 85:23
**reseated** [1] - 16:5
**reservation** [2] - 7:22, 110:21
**reserve** [3] - 87:8, 87:13, 174:14
**reserving** [1] - 118:16
**resolve** [2] - 35:7, 88:1
**resolved** [1] - 15:18
**resonate** [1] - 12:2
**resort** [1] - 90:20
**respect** [4] - 45:4, 112:21, 123:9, 173:14
**respects** [1] - 86:2
**respond** [1] - 122:3
**responded** [1] - 148:13
**responding** [3] - 18:8, 18:9, 142:4
**response** [10] - 18:6, 22:3, 26:23, 27:4, 85:14, 117:4, 134:16, 136:8, 138:18, 153:18
**responses** [3] - 5:2, 15:4, 57:25
**responsibility** [1] - 47:7
**responsive** [1] - 56:5
**rest** [4] - 10:8, 12:20, 154:13, 169:24
**restate** [1] - 59:15
**restaurant** [2] - 42:4, 72:3

**rested** [2] - 86:25, 89:2
**resting** [2] - 7:9, 10:3
**Reston** [2] - 3:7, 3:10
**rests** [1] - 86:7
**resumed** [1] - 86:23
**revealing** [1] - 35:9
**reversed** [1] - 13:16
**review** [1] - 23:14
**rewari** [1] - 26:11
**Rewari** [8] - 2:17, 23:11, 23:14, 23:17, 123:17, 130:15, 163:9, 185:25
**REWARI** [83] - 5:23, 6:2, 8:3, 9:6, 9:14, 9:18, 9:21, 10:13, 10:16, 10:21, 10:25, 11:9, 11:16, 12:3, 12:12, 24:7, 25:19, 26:2, 26:19, 26:22, 27:10, 28:24, 123:4, 123:8, 123:12, 123:14, 124:2, 124:5, 125:24, 126:2, 126:4, 126:9, 126:15, 127:4, 127:6, 127:8, 128:20, 128:21, 129:2, 129:5, 130:2, 130:6, 130:9, 130:16, 130:19, 130:24, 130:25, 131:10, 131:11, 131:16, 131:19, 133:8, 133:12, 135:17, 135:21, 137:7, 137:9, 137:10, 139:4, 140:6, 140:10, 143:3, 143:4, 143:9, 143:12, 144:15, 144:17, 144:19, 150:13, 150:15, 150:19, 153:19, 153:21, 153:22, 154:18, 154:21, 154:23, 155:1, 156:2, 156:5, 156:17, 156:24, 157:22
**rewari.................** [1] - 4:10
**ribs** [1] - 77:11
**Richmond** [2] - 70:6, 96:8
**ride** [1] - 98:20
**riding** [1] - 77:17
**right-hand** [1] - 33:19
**rkeefe@bsfllp.com**

[1] - 2:12
**road** [1] - 43:24
**Robert** [2] - 2:9, 3:6
**rocks** [1] - 82:5
**Rockville** [2] - 48:5, 48:12
**role** [1] - 46:14
**rolled** [2] - 52:25, 53:1
**room** [3] - 65:22, 151:4, 151:11
**ROSSIE** [1] - 1:11
**routine** [2] - 82:14, 82:17, 83:6
**RPR** [2] - 3:12, 195:21
**rub** [2] - 52:21, 53:3
**rubbing** [3] - 38:13, 151:4, 151:12
**Rule** [7] - 12:25, 13:2, 13:10, 13:13, 13:14, 14:5, 87:3
**rule** [2] - 88:6, 153:17
**rules** [1] - 13:5
**Rules** [2] - 87:22, 88:9
**ruling** [2] - 10:5, 120:14
**rumor** [2] - 177:16, 186:10
**rumors** [20] - 16:25, 35:17, 112:13, 112:18, 112:21, 138:10, 157:6, 176:20, 176:24, 177:2, 179:2, 180:18, 180:20, 180:24, 181:2, 181:6, 181:13, 181:16, 181:23, 182:3
**run** [3] - 58:6, 58:12, 83:18
**running** [2] - 78:12, 83:16
**runs** [1] - 78:5
**Ryan** [2] - 2:13, 59:1

**S**

**S.T** [1] - 3:6
**sad** [5] - 35:9, 137:4, 183:5, 183:7, 183:21
**safe** [1] - 61:25
**safer** [1] - 68:11
**Sarasota** [4] - 72:14, 72:16, 72:19
**sat** [2] - 22:11, 64:4
**satellites** [1] - 39:21
**saw** [12] - 51:12, 57:1, 57:2, 94:4, 95:23, 105:20, 145:19, 152:15, 173:1,

173:6, 178:17, 179:24
**schedule** [6] - 15:9, 45:15, 49:3, 49:14, 97:5, 157:19
**scheduled** [1] - 50:12
**SCHILLER** [4] - 1:19, 2:2, 2:6, 2:10
**School** [22] - 8:10, 42:7, 59:1, 60:11, 60:22, 84:20, 85:2, 85:12, 85:15, 91:15, 91:19, 91:20, 91:22, 108:7, 120:24, 123:18, 163:12, 169:9, 181:14, 182:8, 182:23, 183:14
**school** [104] - 16:14, 16:18, 17:2, 17:7, 18:2, 21:19, 23:18, 28:18, 29:11, 30:19, 31:12, 34:20, 35:10, 35:13, 36:25, 37:4, 37:8, 39:15, 46:17, 61:9, 61:14, 61:17, 61:23, 62:3, 62:11, 62:14, 62:17, 75:5, 85:16, 85:17, 90:13, 91:12, 93:20, 93:23, 93:25, 94:1, 94:7, 94:9, 94:10, 94:11, 94:21, 95:3, 95:25, 96:4, 96:9, 96:10, 96:22, 97:3, 97:4, 97:14, 98:5, 98:6, 99:15, 100:6, 101:12, 107:6, 113:13, 116:5, 116:20, 117:20, 122:7, 144:8, 146:19, 147:15, 148:22, 149:24, 150:2, 154:9, 154:10, 161:9, 161:11, 162:10, 163:20, 163:21, 164:18, 166:14, 166:23, 167:20, 168:9, 168:18, 170:12, 170:16, 170:22, 171:1, 171:12, 172:15, 175:7, 175:10, 175:22, 178:17, 178:23, 179:13, 179:17, 181:10, 183:5, 183:7, 187:20, 188:4, 188:8, 192:21,

193:2, 193:8
**school's** [2] - 18:12, 18:17
**Schools** [3] - 17:21, 37:12, 86:2
**schools** [1] - 28:19
**science** [1] - 29:20
**scope** [1] - 63:3
**scores** [4] - 27:23, 28:4, 29:6, 29:17
**Scott** [1] - 2:20
**Scout** [1] - 81:25
**Scouts** [1] - 81:25
**scraped** [1] - 108:22
**scraped-up** [1] - 108:22
**screen** [9] - 66:2, 67:5, 70:17, 71:9, 79:22, 81:13, 130:12, 130:14
**scroll** [2] - 23:4, 192:5
**SE** [3] - 2:2, 2:6, 2:10
**searching** [1] - 188:17
**seasonal** [1] - 91:1
**seat** [3] - 38:11, 88:24, 89:14
**seated** [6] - 15:2, 59:19, 59:24, 60:2, 86:18, 194:10
**second** [20] - 8:12, 8:19, 18:11, 34:11, 45:8, 85:6, 85:10, 116:23, 124:6, 124:7, 126:5, 131:14, 131:20, 132:20, 157:19, 182:13, 190:8, 190:13, 192:3
**seconds** [1] - 7:17
**secret** [1] - 111:15
**security** [1] - 155:15
**see** [61] - 12:4, 12:23, 18:18, 19:1, 29:8, 36:12, 57:17, 62:16, 65:13, 65:15, 68:11, 68:18, 86:12, 88:9, 97:13, 97:15, 99:14, 102:5, 102:8, 103:5, 103:6, 103:24, 118:25, 122:13, 124:13, 127:13, 127:21, 128:7, 129:8, 129:18, 130:12, 130:20, 132:22, 133:17, 134:13, 135:23, 136:22, 138:2, 139:21, 142:3, 142:6, 143:18, 144:23, 145:6,

146:23, 147:10, 150:24, 152:17, 154:12, 160:14, 160:15, 167:24, 176:13, 176:17, 180:2, 184:18, 184:19, 184:21, 192:8, 194:6, 194:11
**seeing** [7] - 103:18, 104:1, 113:16, 131:5, 167:20, 179:22, 190:24
**seem** [3] - 55:14, 164:1, 187:15
**semester** [1] - 157:19
**semicolon** [2] - 192:9
**send** [3] - 13:1, 131:24, 134:4
**sends** [1] - 31:7
**sense** [6] - 48:10, 61:24, 82:8, 83:15, 95:10, 99:13
**sensitive** [1] - 7:6
**sensitivity** [3] - 65:8, 67:24, 77:11
**sent** [3] - 18:6, 87:4, 142:18
**sentence** [1] - 18:15
**sentences** [2] - 56:19, 56:23
**sentry** [1] - 169:7
**separate** [4] - 75:21, 89:3, 109:21, 139:24
**separated** [1] - 184:23
**September** [3] - 41:10, 85:3, 101:7
**series** [1] - 187:10
**serious** [1] - 149:10
**served** [4] - 96:6, 163:21, 166:10, 172:4
**SESSION** [1] - 1:8
**Session** [1] - 194:13
**set** [2] - 70:11, 176:16
**seven** [4] - 10:24, 27:23, 27:25, 28:2
**sex** [2] - 100:19, 182:3
**sexual** [25] - 16:21, 16:23, 16:24, 16:25, 18:23, 20:20, 22:6, 31:8, 35:10, 35:16, 35:25, 36:9, 36:23, 80:4, 80:6, 80:7, 93:4, 93:8, 100:12, 110:4, 149:17, 181:12
**shadow** [1] - 19:13
**share** [2] - 62:10, 62:13
**shared** [4] - 20:16,

61:4, 61:8, 62:19
**sharing** [1] - 61:13
**sharper** [1] - 163:17
**shift** [1] - 49:24
**shirt** [1] - 102:18
**shocking** [1] - 121:14
**shopping** [2] - 98:8, 101:4
**short** [9] - 11:10, 11:13, 11:14, 49:5, 49:8, 51:17, 52:2, 56:20, 57:25
**shorten** [1] - 183:4
**shorter** [3] - 11:15, 52:19, 67:14
**shorthand** [2] - 195:5, 195:12
**shortly** [2] - 25:4, 166:13
**shoulder** [1] - 53:4
**shoulders** [5] - 52:21, 52:24, 52:25, 77:5, 77:7
**show** [4] - 30:22, 31:18, 156:6, 165:1
**showed** [4] - 157:15, 160:6, 179:9, 185:25
**shower** [1] - 54:4
**shown** [5] - 30:15, 81:18, 164:9, 174:25, 193:12
**shows** [3] - 5:19, 43:24, 161:23
**shut** [2] - 144:12, 144:20
**sic** [1] - 165:3
**side** [7] - 5:20, 12:17, 40:5, 56:20, 71:10, 123:2, 156:15
**sides** [1] - 55:1
**Sidley** [5] - 42:16, 46:12, 47:16, 66:9, 66:12
**sign** [1] - 121:19
**signature** [1] - 24:19
**significant** [1] - 92:22
**silently** [1] - 22:11
**silly** [1] - 172:2
**similar** [1] - 85:22
**simplest** [2] - 156:13, 165:3
**simply** [2] - 51:8, 89:5
**sing** [5] - 53:18, 53:22, 53:24, 53:25, 54:2
**singing** [1] - 54:4
**single** [3] - 16:17, 53:3, 57:8
**sit** [2] - 42:8, 97:25
**sitting** [6] - 58:3, 61:12, 64:9, 114:24,

116:21, 117:21
**ski** [1] - 90:20
**skinned** [3] - 159:24, 160:12, 161:23
**skinning** [2] - 161:17, 162:2
**skip** [8] - 71:15, 71:21, 71:25, 72:2, 73:5, 73:6, 73:12, 73:17
**skips** [1] - 143:16
**sleep** [2] - 44:16, 54:12
**sleeping** [1] - 54:16
**slighted** [2] - 112:1, 112:4
**slip** [1] - 158:12
**slurs** [4] - 16:25, 35:10, 35:25, 122:6
**slut** [3] - 121:8, 135:3, 135:10
**small** [2] - 57:11, 170:15
**smash** [2] - 142:15, 142:16
**smiley** [4] - 107:5, 192:9, 192:11, 192:12
**snitch** [1] - 35:18
**social** [3] - 22:24, 22:25, 193:3
**sociocultural** [1] - 22:20
**solution** [1] - 37:6
**someone** [8] - 11:25, 19:12, 92:25, 99:16, 111:25, 128:6, 177:15, 189:12
**someplace** [1] - 73:14
**sometime** [4] - 34:1, 63:15, 101:7, 187:7
**sometimes** [27] - 9:9, 13:6, 43:10, 43:11, 43:12, 49:9, 49:21, 50:19, 51:1, 56:24, 57:14, 77:8, 78:10, 79:7, 79:8, 79:15, 79:17, 79:18, 79:20, 79:21, 80:2, 121:15, 124:18, 136:4, 166:23, 169:23, 170:6
**somewhat** [1] - 9:11
**somewhere** [6] - 55:4, 72:14, 72:22, 98:7, 161:17, 162:4
**son** [1] - 24:21
**Sona** [2] - 2:17, 123:17
**sorry** [29] - 22:23, 35:20, 37:20, 40:11,

51:21, 52:5, 53:23, 66:4, 66:21, 73:23, 81:6, 97:20, 101:23, 106:9, 106:18, 114:18, 115:5, 115:20, 119:2, 126:12, 127:3, 135:11, 139:13, 141:5, 141:13, 159:5, 162:23, 173:21

**sort** [24] - 5:21, 9:12, 10:2, 39:19, 43:3, 43:8, 48:10, 49:10, 50:5, 59:6, 78:13, 79:2, 124:7, 124:8, 126:6, 132:14, 136:15, 141:1, 160:22, 174:16, 177:16, 182:16, 188:18, 194:4

**sorts** [3] - 45:18, 46:15, 50:4

**sounds** [2] - 6:24, 188:3

**sources** [2] - 23:7, 23:12

**space** [4] - 35:6, 44:10, 47:19, 142:1

**spaces** [1] - 44:9

**speaking** [7] - 36:2, 51:6, 169:25, 186:18, 186:21, 187:1, 187:6

**special** [1] - 43:7

**Specific** [1] - 18:16

**specific** [7] - 6:25, 47:9, 48:2, 96:14, 103:10, 173:15, 176:8

**specifically** [5] - 80:7, 137:5, 179:2, 180:16, 184:7

**specifics** [2] - 168:13, 168:16

**speculation** [2] - 128:17, 143:1

**spelling** [2] - 39:2, 134:14

**spend** [7] - 50:25, 75:6, 79:19, 94:3, 94:20, 181:24

**spending** [3] - 43:4, 93:22, 100:24

**spends** [3] - 79:6, 79:13, 79:21

**spent** [1] - 43:1

**spin** [1] - 77:14

**spirit** [5] - 105:23, 107:12, 107:17,

108:25, 161:6

**spoken** [1] - 80:12

**spot** [1] - 55:4

**spread** [4] - 176:20, 179:3, 180:18, 181:13

**spreading** [6] - 112:14, 112:23, 180:20, 181:2, 181:23, 182:2

**spring** [1] - 29:10

**Square** [1] - 3:13

**srewari@huntonak. com** [1] - 2:19

**stamp** [1] - 144:14

**stamps** [1] - 124:12

**stand** [7] - 10:20, 84:12, 89:11, 115:19, 132:5, 134:20, 142:15

**standardized** [1] - 28:7

**standing** [1] - 111:12, 169:7, 169:15, 169:18

**stanine** [1] - 28:4

**stares** [1] - 83:9

**staring** [1] - 58:4

**start** [24] - 9:13, 22:16, 35:9, 44:14, 44:16, 44:22, 56:22, 93:2, 99:21, 100:24, 101:7, 105:1, 110:9, 124:6, 128:24, 129:6, 131:14, 133:13, 133:21, 135:22, 137:11, 150:16, 158:16, 178:10

**started** [13] - 21:17, 82:2, 93:19, 97:15, 97:21, 99:20, 101:16, 117:8, 121:5, 178:5, 178:20, 181:23, 182:2

**starting** [7] - 20:7, 117:15, 118:4, 131:20, 177:2, 177:10

**starts** [4] - 38:17, 53:10, 133:16, 171:2

**state** [4] - 13:9, 14:11, 26:25, 73:15

**statement** [14] - 114:9, 116:25, 117:4, 117:12, 148:18, 155:21, 157:2, 157:12, 157:13, 157:15, 169:13,

185:18, 185:24, 186:7

**STATES** [2] - 1:1, 1:12

**States** [2] - 3:13, 88:12

**status** [3] - 96:24, 126:25, 127:12

**status-type** [1] - 126:25

**stay** [5] - 56:17, 106:12, 116:24, 125:18, 133:25

**stayed** [1] - 48:7

**stays** [2] - 52:11, 79:11

**step** [5] - 34:25, 37:15, 83:22, 84:4, 110:12

**stepping** [2] - 109:8, 109:9

**steps** [2] - 52:19, 170:15

**stick** [1] - 56:18

**still** [27] - 10:13, 48:6, 54:16, 57:7, 96:8, 97:1, 110:25, 117:21, 129:24, 133:14, 134:24, 137:13, 137:18, 141:10, 141:15, 141:20, 144:4, 147:19, 148:8, 154:5, 154:7, 155:18, 167:12, 173:18, 188:4, 188:11, 190:6

**stipulate** [1] - 116:13

**stipulation** [8] - 7:22, 8:3, 9:1, 9:23, 84:8, 84:11, 85:4, 85:22

**Stipulation** [1] - 84:18

**stipulations** [1] - 8:24

**stomach** [1] - 83:10

**stones** [2] - 109:9, 109:10

**stood** [2] - 11:5

**Stop** [1] - 21:18

**stop** [7] - 21:24, 22:1, 22:8, 37:3, 58:13, 109:15, 173:23

**stopped** [2] - 37:5, 109:16

**store** [2] - 50:18, 65:14

**stores** [1] - 50:19

**stories** [1] - 27:20

**story** [2] - 35:3, 47:23

**straight** [2] - 50:10, 55:2

**strangers** [1] - 47:19

**stream** [2] - 161:19,

161:20

**Street** [4] - 1:15, 2:2, 2:6, 2:10

**strength** [1] - 77:24

**stressful** [1] - 44:7

**stretched** [1] - 178:11

**stretching** [1] - 77:25

**strike** [3] - 98:12, 110:6, 116:24

**struck** [1] - 59:6

**struggles** [3] - 44:7, 47:22, 82:4

**struggling** [1] - 67:13

**student** [6] - 85:11, 85:16, 114:9, 132:24, 151:17, 183:16

**students** [11] - 60:7, 85:2, 97:24, 110:19, 125:4, 127:21, 128:12, 128:13, 169:3, 169:25, 170:11

**studies** [1] - 92:6

**stuff** [12] - 9:25, 97:18, 132:2, 146:16, 162:8, 162:9, 162:14, 164:1, 164:9, 181:4, 181:12, 191:6

**stumble** [1] - 82:7

**stupid** [1] - 132:2

**style** [1] - 54:1

**subject** [10] - 7:21, 10:4, 37:21, 81:1, 83:23, 86:5, 103:1, 115:12, 120:11, 120:14

**subpoena** [1] - 5:14

**subscribed** [1] - 195:15

**substitute** [1] - 181:18

**subsumed** [1] - 13:11

**suddenly** [1] - 54:11

**sufficient** [2] - 87:25, 88:8

**suggest** [3] - 51:8, 52:1, 155:17

**suggestions** [1] - 83:3

**Suite** [7] - 1:16, 1:20, 2:3, 2:7, 2:11, 3:6, 3:10

**summarizing** [1] - 18:16

**summer** [4] - 44:24, 74:23, 74:24, 91:11

**summers** [1] - 91:1

**summertime** [1] - 75:1

**sunglasses** [1] - 50:19

**super** [1] - 21:14

**superintendent** [2] - 18:1, 18:6

**supervisor** [2] - 47:2, 47:5

**supervisory** [1] - 47:7

**support** [1] - 58:18

**supposed** [4] - 63:9, 99:10, 138:1, 151:25

**supposedly** [1] - 96:19

**Supreme** [3] - 14:13, 88:11, 88:12

**surfaces** [2] - 82:4, 82:7

**Surfside** [1] - 42:5

**surroundings** [2] - 68:11, 68:19

**suspended** [1] - 147:9

**suspension** [2] - 144:8, 147:15

**sustained** [9] - 47:8, 55:24, 66:3, 66:5, 66:7, 82:25, 107:22, 128:18, 143:2

**sweater** [1] - 102:17

**switch** [2] - 46:9, 118:1

**sworn** [3] - 16:5, 38:10, 89:13

**S▮▮▮** [2] - 20:12, 21:20

**system** [2] - 28:3, 85:17

---

## T

**T-H-T-P** [1] - 151:23

**T.B** [1] - 3:6

**TABLE** [1] - 4:1

**tables** [1] - 100:3

**Tahoe** [1] - 43:24

**talks** [1] - 36:9

**tall** [2] - 102:20, 102:22

**tangent** [1] - 67:21

**tape** [1] - 195:13

**targets** [1] - 183:24

**task** [1] - 45:17

**taunted** [1] - 35:10

**taunting** [2] - 151:3, 151:11

**teacher** [1] - 115:11

**teachers** [6] - 21:19, 59:23, 169:6, 169:14, 170:3, 170:4

**team** [2] - 39:8, 97:8

**Team** [1] - 184:16

**teams** [1] - 184:13

**technical** [1] - 9:12

**teenage** [1] - 35:5

**telecommunications**
[1] - 39:20
**television** [1] - 27:20
**temporary** [1] - 46:16
**ten** [5] - 10:16, 10:22,
10:23, 148:4
**tender** [1] - 8:7
**Tenleytown** [1] - 42:5
**tennis** [1] - 53:14
**tension** [1] - 52:22
**Tenth** [1] - 3:14
**term** [9] - 16:21,
26:12, 26:15, 55:12,
65:5, 121:15, 135:8,
150:2, 170:1
**terminology** [1] -
56:18
**terms** [3] - 100:25,
170:1, 174:13
**T**███ [18] - 20:12,
20:18, 22:3, 22:5,
145:1, 145:11,
145:14, 145:25,
146:7, 147:3,
147:12, 147:19,
147:22, 148:15,
149:6, 151:10,
157:8, 186:21
**T**███ [2] - 144:2,
148:8
**test** [1] - 27:22
**testified** [14] - 16:11,
73:25, 74:14, 84:12,
102:7, 113:6,
164:23, 168:15,
168:21, 169:3,
172:22, 173:7,
178:15, 184:10
**testify** [4] - 6:18, 47:6,
51:12, 170:11
**testifying** [4] - 162:15,
162:22, 162:25,
169:7
**testimony** [10] -
117:23, 162:2,
163:10, 166:18,
168:23, 169:5,
173:14, 183:23,
186:2, 195:6
**testing** [4] - 27:22,
28:7, 29:5, 29:7
**Texas** [1] - 41:17
**Text** [3] - 141:22,
141:25, 142:4
**text** [5] - 133:24,
134:2, 163:3,
182:14, 188:18
**THE** [273] - 1:1, 1:11,
3:5, 5:1, 5:3, 5:17,
6:1, 6:4, 6:8, 6:11,

6:14, 6:17, 6:21,
6:24, 7:13, 7:15,
7:18, 8:1, 8:4, 8:6,
8:13, 8:17, 8:20,
8:22, 9:1, 9:9, 9:17,
9:19, 9:22, 10:1,
10:6, 10:9, 10:15,
10:18, 10:23, 11:2,
11:14, 11:20, 12:7,
12:13, 12:19, 13:5,
13:23, 14:2, 14:8,
14:18, 14:21, 14:25,
15:2, 15:5, 16:4,
17:15, 20:23, 20:24,
21:1, 21:6, 21:11,
21:12, 22:15, 23:24,
23:25, 24:8, 25:15,
25:22, 26:3, 26:5,
26:20, 26:23, 27:3,
27:11, 28:13, 28:15,
28:16, 28:23, 28:25,
30:11, 30:24, 31:20,
32:22, 33:12, 37:15,
37:18, 37:22, 37:25,
38:1, 38:3, 38:6,
38:8, 38:11, 38:20,
38:21, 40:11, 40:13,
40:15, 40:17, 45:8,
45:11, 46:1, 47:2,
47:5, 47:11, 48:17,
51:7, 51:11, 51:14,
51:20, 51:22, 51:25,
52:4, 55:12, 55:16,
55:19, 55:24, 56:5,
56:14, 58:21, 59:4,
59:8, 59:9, 59:10,
59:11, 59:13, 60:17,
63:2, 63:4, 63:8,
64:23, 65:1, 70:13,
70:21, 70:22, 70:23,
71:1, 71:2, 71:3,
71:4, 71:6, 71:7,
74:16, 80:22, 80:24,
81:1, 81:4, 81:6,
82:21, 82:25, 83:3,
83:21, 84:1, 84:6,
84:9, 84:17, 84:24,
85:5, 85:8, 85:20,
86:9, 86:17, 86:24,
87:5, 87:10, 87:14,
87:19, 88:18, 88:22,
88:24, 89:12, 89:14,
89:18, 102:1,
103:22, 104:23,
105:13, 105:15,
106:4, 106:16,
107:22, 108:3,
108:11, 108:14,
113:2, 114:4,
114:13, 114:16,
114:19, 115:2,

115:6, 115:9,
115:17, 115:19,
116:13, 116:18,
117:10, 118:9,
118:13, 118:19,
119:14, 119:15,
120:8, 120:14,
120:18, 122:15,
122:16, 122:19,
122:22, 122:25,
123:5, 123:11,
124:3, 125:25,
126:14, 128:18,
129:3, 130:5, 130:7,
130:14, 130:17,
131:9, 131:17,
133:10, 135:19,
137:8, 139:2, 140:8,
143:2, 143:10,
150:14, 150:18,
153:20, 154:24,
156:3, 156:4, 156:7,
156:10, 156:21,
157:24, 158:1,
158:4, 158:6, 159:9,
159:11, 159:14,
159:22, 165:3,
165:7, 168:4,
169:14, 169:18,
169:20, 169:22,
169:24, 170:2,
170:3, 170:6, 170:9,
171:5, 173:3,
173:19, 173:24,
174:15, 176:3,
180:4, 180:5,
185:14, 185:17,
185:20, 190:11,
191:17, 192:1,
193:20, 193:24,
194:1, 194:9
**themselves** [1] -
191:16
**theory** [2] - 123:1,
123:5
**therapy** [1] - 50:11
**they've** [2] - 11:23,
130:4
**thin** [1] - 56:25
**thinking** [3] - 58:1,
141:5, 174:14
**thinks** [3] - 83:17,
134:12, 146:3,
146:15
**thinner** [2] - 57:1, 57:2
**third** [2] - 129:1, 129:6
**thoroughly** [1] - 18:25
**threats** [1] - 36:24
**three** [13] - 10:22,
11:1, 11:11, 21:8,

57:11, 82:6, 128:14,
132:14, 132:15,
148:1, 183:24, 184:3
**throughout** [3] -
29:18, 36:20, 89:6
**Thursday** [4] - 114:24,
114:25, 116:9,
116:10
**tie** [1] - 63:5
**tiffs** [1] - 111:6
**timing** [4] - 29:7, 29:9,
33:4, 124:9
**Tinsley** [1] - 14:22
**Title** [4] - 8:14, 9:2,
123:7, 123:10
**titled** [1] - 84:18
**today** [16] - 7:4, 39:22,
61:12, 129:16,
143:20, 148:1,
163:19, 164:1,
164:14, 172:25,
173:7, 186:2, 187:8,
187:10, 189:1, 194:4
**together** [23] - 33:1,
33:5, 42:20, 42:22,
42:23, 48:9, 62:23,
93:22, 94:2, 94:3,
94:20, 100:10,
100:24, 110:14,
111:7, 113:15,
116:21, 117:21,
166:20, 168:18,
179:23, 195:13
**tolerance** [1] - 22:6
**tomorrow** [5] - 5:24,
6:3, 146:18, 146:20,
153:24
**TONIA** [1] - 3:12
**Tonia** [2] - 195:3,
195:21
**took** [7] - 42:6, 54:3,
62:17, 73:14, 75:24,
160:25, 164:5
**top** [25] - 17:17, 22:16,
29:6, 30:12, 31:2,
31:23, 105:4, 128:4,
129:11, 129:15,
130:22, 132:18,
134:16, 135:2,
136:19, 139:5,
139:11, 145:2,
146:2, 147:25,
149:19, 150:9,
150:22, 155:3, 155:4
**topic** [2] - 120:3,
120:21
**topics** [4] - 29:20,
43:9, 46:9, 118:2
**TORCHINSKY** [1] -
1:14

**totally** [7] - 157:13,
158:15, 179:22,
181:16, 182:5,
190:1, 190:2
**touch** [1] - 124:19
**touching** [9] - 16:24,
17:8, 18:24, 19:3,
21:17, 35:15, 36:24,
52:14, 100:15
**towards** [2] - 58:6,
58:12
**town** [1] - 74:18
**toxic** [1] - 170:12
**traditionally** [1] - 89:5
**trail** [2] - 91:2, 92:10
**training** [1] - 77:24
**trains** [1] - 47:18
**TRANSCRIPT** [1] -
1:11
**transcript** [2] - 21:5,
195:11
**transcripts** [1] - 5:8
**transition** [1] - 59:12
**trauma** [5] - 80:4,
80:5, 80:6, 80:7,
80:8
**travel** [3] - 43:21, 44:6,
44:25
**travel-making** [1] -
44:25
**traveling** [1] - 47:15
**Traverse** [2] - 43:23,
75:21
**treadmill** [4] - 78:6,
83:11, 83:12, 83:16
**treated** [5] - 172:15,
174:10, 175:10,
175:14, 175:18
**treating** [3] - 27:8,
191:12, 191:19
**treatment** [1] - 49:21
**Trial** [1] - 195:6
**trial** [8] - 10:16, 39:23,
44:22, 64:5, 65:23,
87:23, 89:6, 95:24
**TRIAL** [2] - 1:11, 4:1
**tried** [3] - 57:24, 82:2,
82:6
**tries** [4] - 44:12, 50:6,
52:17, 58:16
**trip** [5] - 44:8, 44:13,
44:15, 44:16, 82:7
**trips** [3] - 43:24,
68:23, 69:1
**trouble** [8] - 143:22,
152:13, 152:16,
152:25, 153:4,
153:7, 154:11,
154:15
**true** [7] - 74:20, 93:6,

112:16, 112:22,
164:12, 181:16,
182:6
**trustworthy** [1] -
152:20
**truth** [3] - 167:19,
171:16, 187:6
**try** [15] - 6:25, 9:9,
21:6, 44:22, 47:9,
50:22, 53:3, 53:5,
58:15, 83:2, 130:11,
139:2, 158:12,
159:2, 180:24
**trying** [23] - 6:25,
10:11, 14:15, 35:6,
49:12, 59:12, 61:24,
68:13, 71:5, 94:18,
106:14, 122:25,
125:15, 126:12,
130:15, 133:25,
134:11, 136:15,
151:4, 151:11,
156:12, 156:18,
174:1
**tube** [1] - 65:13
**Tuesday** [2] - 116:17,
190:17
**tune** [1] - 56:3
**turn** [1] - 90:7
**turned** [3] - 90:15,
167:7
**twice** [2] - 53:19, 69:7
**two** [24] - 10:14,
10:15, 12:2, 32:10,
41:11, 42:24, 46:16,
46:20, 48:13, 49:20,
63:20, 66:24, 68:23,
80:6, 80:13, 82:6,
84:23, 85:1, 104:6,
106:12, 106:13,
125:19, 166:20,
185:15
**two-and-a-half** [3] -
41:11, 68:23, 80:13
**two-year** [1] - 46:20
**type** [6] - 75:18,
100:18, 120:12,
126:25, 181:4,
181:12
**types** [3] - 65:10,
113:19, 168:25
**typical** [3] - 9:11, 50:1,
76:19
**typically** [4] - 12:25,
39:22, 43:3, 65:16
**typing** [1] - 124:16

**U**

**U.S** [1] - 88:11

**um..** [1] - 120:9
**unable** [1] - 91:5
**unconscious** [1] -
56:24
**Uncontested** [1] -
84:19
**under** [10] - 29:11,
87:3, 87:22, 88:3,
88:6, 88:16, 159:20,
165:20, 169:9,
179:20
**underneath** [1] -
100:16
**understood** [2] -
13:19, 156:17
**unemployed** [2] -
90:19, 91:6
**uneven** [1] - 82:4
**unfairly** [5] - 172:15,
174:11, 175:10,
175:14, 175:18
**unintelligible** [1] -
132:3
**united** [1] - 3:13
**United** [1] - 88:12
**UNITED** [2] - 1:1, 1:12
**University** [2] - 39:16,
91:23
**unless** [5] - 47:1, 47:2,
47:6, 50:14, 155:14
**unlike** [1] - 52:23
**unlimited** [1] - 134:2
**unnatural** [2] - 41:25,
56:21
**unrelated** [1] - 162:3
**untrue** [1] - 179:7
**unwanted** [1] - 16:24
**up** [61] - 5:10, 5:19,
9:6, 17:12, 19:9,
22:13, 27:1, 29:6,
30:9, 32:20, 33:9,
38:13, 50:2, 52:17,
52:25, 54:4, 55:4,
62:24, 65:7, 65:13,
89:12, 92:10, 92:12,
94:5, 94:19, 95:2,
98:23, 99:11, 100:4,
105:11, 108:22,
109:4, 109:7, 110:2,
111:14, 111:19,
111:20, 113:17,
113:21, 113:22,
119:17, 121:5,
124:8, 125:19,
126:6, 126:12,
128:25, 129:11,
129:20, 138:21,
138:22, 145:2,
151:15, 158:13,
159:20, 164:17,

181:3, 181:16,
182:12, 190:9,
190:14
**update** [1] - 126:25
**updated** [1] - 133:25
**uploaded** [1] - 160:6
**upset** [6] - 99:18,
149:7, 149:8, 154:9,
172:3, 172:5
**uses** [2] - 67:25, 81:15

**V**

**VA** [3] - 3:7, 3:10, 3:14
**vacations** [1] - 43:22
**vaginal** [1] - 100:18
**vague** [1] - 113:1
**vandalism** [1] - 30:19
**varied** [1] - 49:20
**varies** [1] - 54:10
**various** [1] - 191:1
**VCU** [2] - 92:5, 96:8
**vegetable** [1] - 91:4
**venue** [4] - 7:24, 9:2,
85:24
**verbal** [1] - 17:1
**verbally** [2] - 19:15,
121:11
**verdict** [1] - 5:4
**verify** [1] - 156:14
**Vermont** [6] - 90:20,
90:22, 92:7, 92:9,
92:11, 92:13
**versa** [2] - 188:14,
189:22
**version** [1] - 156:6
**versus** [4] - 32:13,
34:22, 88:11, 195:7
**veterans** [1] - 27:19
**vice** [2] - 188:14,
189:22
**video** [1] - 112:12
**videos** [1] - 79:23
**view** [2] - 13:13, 16:23
**viral** [2] - 30:5, 31:17
**Virginia** [14] - 14:14,
27:25, 28:1, 28:2,
28:5, 69:9, 84:21,
91:10, 91:11, 91:23,
91:24, 92:1, 92:12,
195:4
**VIRGINIA** [1] - 1:1
**visible** [2] - 127:18
**visited** [2] - 43:18,
43:19
**visual** [4] - 64:16,
64:19, 67:22, 67:23
**VM** [1] - 36:9
**VOGEL** [1] - 1:14
**voice** [2] - 53:22, 54:1

**voicemail** [7] - 35:21,
35:23, 36:2, 36:14,
146:13, 146:16,
146:23
**voicemail'** [1] - 147:1
**voicemails** [1] - 147:4
**volatile** [1] - 35:8
**VOLUME** [1] - 1:8
**vulgar** [2] - 36:23,
120:25
**vulgarity** [2] - 169:2,
169:25

**W**

**wait** [2] - 5:18, 87:17
**waiting** [2] - 109:20,
109:21
**wakes** [1] - 50:2
**walk** [5] - 42:7, 98:8,
98:16, 101:4, 109:14
**walkable** [1] - 94:25
**walked** [8] - 20:13,
34:20, 42:8, 42:9,
58:3, 109:7, 109:10,
117:1
**walking** [9] - 35:13,
52:15, 52:20, 73:2,
101:18, 103:12,
152:15, 169:23,
179:11
**walks** [1] - 104:16
**walkway** [1] - 72:24
**wall** [11] - 112:12,
126:11, 126:23,
127:9, 127:13,
127:18, 155:5,
155:10, 155:12,
155:13, 155:17
**walls** [2] - 60:22,
188:12
**wants** [3] - 44:18,
62:8, 123:2
**warm** [1] - 65:14
**Washington** [6] -
1:16, 2:15, 2:18,
2:22, 3:2, 71:19
**watch** [4] - 43:10,
100:10, 173:3
**watched** [1] - 64:5
**watches** [1] - 79:23
**watching** [2] - 79:16,
82:8
**water** [5] - 52:17,
70:22, 70:24, 71:5,
109:8
**ways** [3] - 54:17,
109:21, 158:25
**wear** [2] - 65:20,
107:13

**wearing** [3] - 65:20,
81:14, 160:8
**wears** [1] - 50:19
**Weaver** [7] - 23:18,
24:25, 25:25, 26:14,
26:16, 31:8, 32:4
**wedding** [2] - 44:19,
44:23
**Wednesday** [1] -
15:12
**week** [13] - 49:18,
49:21, 67:11, 67:17,
78:8, 93:20, 101:17,
101:18, 104:6,
107:24, 111:6,
112:6, 116:14
**weekend** [4] - 74:4,
74:8, 74:23, 75:2
**weekends** [3] - 43:13,
94:8, 95:3
**weeks** [3] - 10:14,
10:15, 12:2
**weight** [2] - 57:4,
77:24, 84:13
**weird** [1] - 70:19
**Westfield** [3] - 91:19,
91:20, 91:22
**whereas** [1] - 55:1
**whereof** [1] - 195:15
**whole** [7] - 22:11,
48:9, 65:24, 75:3,
82:1, 191:6, 191:9
**whore** [6] - 121:8,
121:20, 146:3,
146:16, 153:23
**Wiehle** [1] - 3:9
**Willard** [1] - 71:19
**willing** [1] - 19:12
**willingly** [1] - 20:19
**willingness** [2] -
15:17, 87:22
**win** [1] - 13:16
**wincing** [1] - 54:18
**winter** [1] - 90:20
**wish** [1] - 54:5
**withstanding** [1] -
169:5
**Witness** [2] - 38:2,
84:5
**witness** [16] - 6:12,
6:22, 14:23, 15:24,
37:16, 38:1, 38:3,
38:5, 38:10, 47:14,
81:1, 83:23, 89:13,
165:6, 165:7, 195:15
**WITNESS** [29] - 20:24,
21:11, 23:25, 28:16,
37:25, 38:20, 46:1,
59:8, 59:10, 59:13,
63:8, 70:22, 71:1,

71:3, 71:6, 89:18,
105:15, 115:17,
119:15, 122:16,
126:14, 150:18,
156:3, 159:11,
169:18, 169:22,
170:2, 170:6, 180:5

**witnessed** [14] -
46:23, 49:17, 52:7,
52:12, 52:14, 54:7,
54:24, 55:7, 55:21,
56:1, 56:8, 57:21,
58:6, 77:2

**witnesses** [7] - 7:14,
10:24, 11:1, 11:10,
115:3, 115:7, 116:4

**WITNESSES** [1] - 4:1

**women** [1] - 77:25

**Woolf** [4] - 115:11,
115:16, 115:21,
157:17

**word** [8] - 62:2, 117:5,
121:20, 125:10,
125:12, 135:7,
135:11, 171:22

**words** [5] - 16:13,
64:19, 121:8,
152:20, 171:25

**worker** [2] - 22:24,
22:25

**works** [1] - 119:10

**worse** [1] - 178:24

**write** [6] - 12:8,
157:11, 157:13,
157:14, 172:10,
172:12

**writes** [6] - 18:5,
136:11, 137:21,
138:15, 146:15,
147:14

**writing** [3] - 107:3,
121:11, 124:21

**written** [18] - 32:13,
32:17, 33:15,
115:11, 115:16,
115:17, 115:18,
115:21, 115:24,
115:25, 116:1,
148:18, 157:5,
157:9, 157:16,
157:17, 182:16

**wrote** [26] - 36:3, 36:8,
114:9, 125:9,
129:20, 138:24,
140:23, 141:13,
141:17, 142:17,
143:22, 144:11,
146:25, 147:17,
149:19, 150:7,
150:20, 151:14,

---

151:22, 152:7,
152:12, 153:23,
154:4, 157:2,
172:11, 183:6

## X

**X-rated** [1] - 36:8

## Y

**y'all** [2] - 5:5, 146:4

**year** [23] - 12:9, 36:6,
44:21, 46:19, 46:20,
53:25, 61:5, 61:10,
61:14, 61:17, 61:23,
62:4, 62:11, 62:14,
62:17, 85:16, 90:8,
90:16, 93:21, 144:5,
167:17, 178:17,
178:23

**Year's** [1] - 72:3

**years** [15] - 14:15,
27:23, 27:25, 28:2,
41:11, 42:24, 46:16,
63:20, 64:13, 68:23,
80:13, 90:13, 96:10,
165:14, 178:12

**yelled** [1] - 148:24

**yellow** [1] - 102:14

**yelps** [1] - 54:19

**yesterday** [1] - 21:4

**yoga** [3] - 78:1, 78:2

**York** [1] - 69:25

**Younger** [1] - 88:11

**your's** [1] - 113:8

**yourself** [2] - 176:24,
181:9

**Yup** [1] - 183:8

**yup** [10] - 25:18, 69:6,
69:24, 98:4, 141:21,
146:21, 147:11,
148:9, 167:3, 186:23

## Z

**zero** [2] - 22:6, 193:15

**Zoll** [3] - 2:1, 38:4,
39:8

**ZOLL** [54] - 6:16, 38:4,
38:7, 38:9, 38:23,
40:9, 40:14, 40:16,
40:18, 40:20, 40:24,
41:1, 41:5, 41:6,
45:12, 45:24, 46:8,
47:3, 47:9, 47:12,
47:13, 48:15, 48:19,
48:20, 51:5, 51:9,
51:13, 51:15, 51:16,
51:21, 51:24, 52:3,

---

52:5, 52:6, 55:18,
55:20, 55:25, 56:6,
56:7, 56:16, 58:20,
63:1, 63:3, 64:21,
64:24, 70:12, 74:14,
81:5, 81:8, 81:10,
82:22, 83:2, 83:4,
83:25

**Zoll**............... [1] - 4:7

**Zoll**................ [1] -
4:6

**zoo** [1] - 7:5

**zoom** [3] - 106:20,
130:11, 130:24

**Zuluaga** [5] - 17:24,
19:11, 19:17, 33:2,
34:3