1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**B.R.,** :
:
**Plaintiff,** : Civil Action
: No. 1:19-cv-917
**v.** :
:
**F.C.S.B., et al.,** : April 9, 2024
: 10:01 a.m.
:
**Defendants.** :
: VOLUME 16 - A.M. SESSION
.............................. :
:

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE ROSSIE D. ALSTON, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

For the Plaintiff:          **Jonathan Fahey, Esq.**
                            HOLTZMAN VOGEL BARAN TORCHINSKY
                            & JOSEFIAK, PLLC
                            2300 N Street NW
                            Suite 643a
                            Washington, DC 20037
                            202-536-1702
                            Email: Jfahey@holtzmanvogel.com

                            **Alison Anderson, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            2029 Century Park East
                            Suite 1520
                            Los Angeles, CA 90067
                            213-995-5720
                            Email: Alanderson@bsfllp.com

APPEARANCES:  (Cont.)

2

For the Plaintiff:          **Brittany Zoll, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            100 SE 2nd Street
                            Suite 2800
                            Miami, FL 33131
                            610-804-1787
                            Email: Britzoll@gmail.com

                            **Andrew Brenner, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            100 SE 2nd Street
                            Suite 2800
                            Miami, FL 33131
                            305-539-8400
                            Email: Abrenner@bsfllp.com

                            **Robert Keefe, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            100 SE 2nd Street
                            Suite 2800
                            Miami, FL 33131
                            850-585-3414
                            Email: Rkeefe@bsfllp.com

For Defendant F.C.S.B.:     **Ryan Bates, Esq.**
                            HUNTON ANDREWS KURTH, LLP
                            2200 Pennsylvania Avenue, NW
                            Washington, DC 20037
                            202-955-1596
                            Email: Rbates@hunton.com

                            **Sona Rewari, Esq.**
                            HUNTON ANDREWS KURTH, LLP
                            2200 Pennsylvania Avenue, NW
                            Washington, DC 20037
                            202-955-1974
                            Email: Srewari@huntonak.com

                            **Scott W. Burton, Esq.**
                            HUNTON ANDREWS KURTH, LLP
                            2200 Pennsylvania Ave NW
                            Washington, DC 20037
                            202-955-1664
                            Email: Burtons@huntonak.com

APPEARANCES:  (Cont.)       **Kevin Elliker, Esq.**

3

| | |
|---|---|
| For Defendant F.C.S.B.: | HUNTON ANDREWS KURTH, LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>804-788-8200<br>Email: Kelliker@huntonak.com |
| For the Defendants:<br>(S.T., A.F., P.A.H.,<br>T.B., B.H., M.P.F., M.C.,<br>F.T., J.F.) | **Michael E. Kinney, Esq.**<br>THE LAW OFFICE OF MICHAEL E.<br>KINNEY, PLC.<br>1801 Robert Fulton Drive<br>Suite 120<br>Reston, VA 20191<br>Email:  Mk@kinneyesq.com |
| For the Defendant J.O.: | **Bruce Blanchard, Esq.**<br>ODIN, FELDMAN & PITTLEMAN, PC.<br>1775 Wiehle Avenue<br>Suite 400<br>Reston, VA 20190<br>Email:  Bruce.blanchard@ofplaw.com |
| Official Court Reporter: | MS. TONIA M. HARRIS, RPR<br>United States District Court<br>401 Courthouse Square<br>Tenth Floor<br>Alexandria, VA 22314 |

Tonia M. Harris OCR-USDC/EDVA 703-646-1438

EASTERN DISTRICT OF VIRGINIA

4

TABLE OF CONTENTS
TRIAL WITNESSES

On behalf of the Defendants:

M███ C██

        Cross-examination by Mr. Kinney............. 16
        Cross-examination by Ms. Zoll............... 20
        Redirect examination by Ms. Rewari......... 44

On behalf of the Defendants:

C.K.

        Direct examination by Mr. Bates............ 53

EXHIBITS

On behalf of the Plaintiff:

                                              Admitted

Number 169........................................ 34
Number 266B....................................... 30
Number 266C....................................... 32
Number 527........................................ 143

On behalf of the Defendants:

                                              Admitted

Number 1.......................................... 75
Number 3.......................................... 77
Number 4.......................................... 64
Number 233........................................ 125
Number 15......................................... 126

MISCELLANY

Preliminary matters............................... 05
Certificate of Court Reporter..................... 152

After review of the record and upon agreement of counsel and
deputy clerk, all final exhibits can be found on CME at Docket
#975.

—Tonia M. Harris OCR-USDC/EDVA 703-646-1438—

EASTERN DISTRICT OF VIRGINIA

─────B.R. v. F.C.S.B.─────

5

1          THE COURT:  Good morning.

2          (Good morning responses.)

3          THE COURT:  The Court's preference as we begin our

4    day today is to first take up this motion to quash.

5          Is Mr. Davis here?

6          MR. DAVIS:  Good morning.

7          THE COURT:  Good morning, sir.

8          MR. DAVIS:  Good morning, Your Honor.

9          THE COURT:  Good morning, sir.

10         MR. DAVIS:  James Davis on behalf of subpoenaed

11   witness, C.K.  And this comes on our motion to quash under

12   Rule 45.  And the basis for that is that the witness C.K.

13   resides in Leland, North Carolina, which is beyond the

14   100-mile geographical limitation of Rule 45 and the subpoena

15   power.

16         THE COURT:  Okay.  Help me analyze Rule 45.  I need

17   certain information from you if you're at liberty to provide

18   that.

19         Is your client in the Commonwealth of Virginia now?

20         MR. DAVIS:  Yes, sir, he is.

21         THE COURT:  As I read Rule 45, and you can correct

22   me if I'm wrong on this, is that Rule 45 is basically a

23   concession to people who are out of state.  As I understand

24   it -- and, again, correct me if I've got any of the facts

25   wrong -- is that your client was here on the first day of

——— B.R. v. F.C.S.B. ———

6

1  trial.  There was a -- we're off -- the jury is not here, so I

2  want to make this clear.  There was apparently a settlement

3  reached between your client and the plaintiff.

4       At that point, there was a question as to whether or

5  not your client should stay or not.  I thought that that was a

6  professional decision that you needed to make on behalf of

7  your client.

8       The people representing some of the defendants were

9  concerned because he was not subpoenaed.  And apparently they

10 took the Herculean step of actually getting your client served

11 here in Virginia.

12       It seems to me that with the application of Rule 45

13 you could have made a motion to have him take his deposition

14 or testimony in North Carolina because it is clearly a hundred

15 miles away, but because he's decided to return to the

16 jurisdiction, the Court now has power over him, for lack of

17 better way of putting it.  So doesn't the request that you're

18 filing become somewhat moot?

19       MR. DAVIS:  Judge, it only becomes moot in that it

20 needs to be clear that he's only here because he was compelled

21 to, and he was put in the position of he had to show up into

22 Virginia because if you were to deny this he did not want to

23 be held in contempt.  So --

24       THE COURT:  I guess the next question is is from a

25 strategic standpoint.  Why shouldn't the motion to quash have

—B.R. v. F.C.S.B.—

7

1    been filed to basically put your client in the best position

2    that he could be where he could stay outside of the

3    jurisdiction and not be within the reach of the power of the

4    Court, but, yet, maintain his obligations or privileges under

5    Rule 45?

6              MR. DAVIS:  Your Honor, I do apologize.  It was

7    filed when I had authority to file it next.  And I can't

8    change that.  So it was filed on Sunday.

9              THE COURT:  Okay.  Then that's when your client gave

10   you authorization to file it.

11             I understand, this is -- application of Rule 45 is

12   not something we do every single day.  As a matter of fact, I

13   was in the books last night to see how other judges took a

14   look at it.  And it seems that it all kind of shifts depending

15   on the facts of the case.

16             And the facts of this case suggest that this

17   particular gentleman has returned to the jurisdiction thereby

18   rendering your -- your position as somewhat moot.  If you want

19   to kind of help me out on that, I'd be more than happy to hear

20   it.  I'll hear from anybody else who has a comment.

21             MR. DAVIS:  Judge, I mean, I can't change the fact

22   he is present here in the Commonwealth, so I don't think

23   there's anything additional I can comment beyond that.  Other

24   than that, he did that because he was compelled to.

25             THE COURT:  I understand.

─────────────── B. R. v. F. C. S. B. ───────────────

8

1          Anything from the plaintiff?

2          MR. BRENNER:  I mean, as I told Mr. Davis, I don't

3    think I technically have standing.  I -- so -- but if you want

4    to know my opinion on the law on this, I'm happy to share it

5    with you but --

6          THE COURT:  Well, we want the record to be clean

7    that everybody had a chance to speak.

8          MR. BRENNER:  Yeah, I guess the only thing I'd say

9    is what I heard Mr. Davis to say is he didn't voluntarily

10   return here.  He returned here because he had to -- if he

11   didn't return because Your Honor had not had a chance yet to

12   entertain the motion that he would have been held -- he ran

13   the risk of held in contempt.

14          So I don't -- as I heard what Mr. Davis was saying,

15   it's not a situation where he voluntarily returned to the

16   Commonwealth.  He returned to the Commonwealth in response to

17   a subpoena that he's saying is invalid, but he didn't want --

18   I don't think a witness is supposed to be put in a position of

19   choosing contempt or not when they -- based on the judge's

20   ruling, but that's -- that's -- that's what I understand

21   Mr. Davis to say.  I don't have any facts beyond --

22          THE COURT:  And I want the record, again, to be

23   clean.

24          Mr. Davis, I'm not holding you responsible for

25   anything.  Obviously, you're at the will of your client and

─────────────────────B.R. v. F.C.S.B.─────────────────────

9

1    the instruction that he gives you.

2              I think the best way of describing it is you, on

3    behalf of your client, had to make a tactical or strategical

4    decision as to how to best handle this.  And I appreciate the

5    dilemma you were faced.

6              MR. ELLIKER:  Your Honor, Kevin Elliker on behalf of

7    the School Board.

8              I'm generally content to rely on the brief, although

9    I know that the last time I said that we didn't prevail on the

10   motion.

11             I'll just mention one thing.  I agree with you, case

12   law, particularly with the facts that we have here, is scant.

13             We did note under Rule 45 a motion to quash or for

14   protection from a subpoena must be timely filed.

15             The rule doesn't provide a particular timeline when

16   it comes to a witness subpoena, as it does for a document

17   subpoena.  It's supposed to be -- the objection has to be

18   within 14 days.  If the Court were to take that 14 days, we're

19   beyond that here.

20             But I think that -- the Court has the power to make

21   a fact-specific determination as to the timeliness of a motion

22   to quash and the circumstances here -- and, again, we -- we

23   take -- we understand the -- I think we take the same view the

24   Court does in terms of Mr. Davis and his client's obligation,

25   his obligation to do what his client has asked him to do.

─────────────────────────────────────────────────────────

B.R. v. F.C.S.B.

10

1          We just note that three weeks ago we served him, and

2   it wasn't until two days ago that there was an issue.

3          But I -- we -- we also agree that from a practical

4   perspective, the spirit of Rule 45, the issue is moot given

5   that Mr. K. is here.  He's in the courtroom.

6          And particularly given the special circumstances

7   that -- that compelled -- or not in the -- I apologize, not in

8   the courtroom, in the courthouse.  And particularly given the

9   special circumstances on the first day of trial that motivated

10  us to subpoena his appearance in the first instance, we think

11  that it's appropriate to have him testify under the subpoena,

12  and we can accomplish that today and send him on his way.

13          THE COURT:  Mr. Davis, since it's your motion, you

14  can have the last word, sir.

15          MR. DAVIS:  Judge, I don't think -- I have nothing

16  further to add.

17          THE COURT:  All right, sir.  Well, thank you.

18          I'm going to read into the record -- and, again, we

19  were able to anticipate the circumstances, and we had analyzed

20  this situation from the perspective of Mr. K. being here and

21  not being here.  So this disposition is going to relate to the

22  fact that he is here in the Commonwealth of Virginia.

23          This matter comes before the Court on former party

24  C.K.'s motion to quash witness subpoena on docket Nos. 921 and

25  -22 and defendants' opposition at docket No. 927.

B.R. v. F.C.S.B.

11

1          Until March 26, 2024, defendant C.K. was a defendant

2     in this case despite moving to North Carolina in 2023.

3          C.K., as a defendant, intended to participate in

4     trial and to testify.

5          On March 15, 2024, plaintiff moved to voluntarily

6     dismiss C.K. from the case pursuant to a settlement agreement.

7     The remaining defendants opposed plaintiff's request,

8     docket 875, but the Court included in an in camera review of

9     the settlement agreement and dismissed C.K. from this case as

10    a defendant on March 26, 2024, docket No. 898 -- 899, excuse

11    me.

12         C.K. was served with a subpoena to testify while in

13    this courthouse on March 18, 2024.  Three weeks after service

14    of that subpoena and two days before his anticipated

15    testimony, C.K. has now moved to quash the subpoena.

16         For the following reasons, the motion to quash will

17    be denied.

18         C.K. argues that the subpoena to testify must be

19    quashed because he lived in Leland, North Carolina, and thus

20    resides more than 100 miles from this courthouse, citing

21    Federal Rules of Civil Procedure 45.

22         The purpose of the 100-mile limit is to protect

23    third parties from the undue burden of traveling more than

24    100 miles to provide testimony or produce documents in a

25    proceeding to which they are not a party.

B.R. v. F.C.S.B.

12

1          Citing one preeminent case, *United States v.*

2    *$110,000 in United States Currency*.  It's a Northern District

3    of Illinois case decided on June 10, 2021.

4          Neither party addressed the application of the rule

5    where the subject of the subpoena is a former party of this

6    action.

7          Nevertheless, the purpose of the rule loses four

8    squares.  Here, C.K. has already voluntarily, meaning without

9    an order from this Court in his motion to quash, traveled to

10   this district and is in the courthouse on the same day.  He

11   seeks to quash the subpoena and on the same day when he will

12   be called to testify.  Thus, the denial of C.K.'s motion does

13   not impose any additional burden on C.K.

14         Accordingly, the motion to quash will be denied

15   because it's essentially moot.  C.K. is here in Virginia, will

16   not incur any additional travel burden.

17         The motion to quash will also be denied for the

18   separate reason that it is untimely.  Rule 45(d)(3) permits a

19   nonparty to seek to quash a subpoena to testify so long as

20   there is a timely motion.  Referencing Federal Rules of Civil

21   Procedure 45(d)(3) subcategory (A).

22         C.K. was served on March 18, 2024 at docket No. 878,

23   yet, C.K. waited until Sunday, April 7, 2024, to file a motion

24   to quash.  That's at docket No. 921.

25         Moreover, defendants' report that until that date

—— B.R. v. F.C.S.B. ——

13

1   C.K. had indicated that he was ready and willing to testify.

2   See docket 927-1, declaration of Bruce M. Blanchard.

3           C.K.'s motion offers no explanation for his filing

4   less than 48 hours before his anticipated testimony.  In the

5   circumstances, the Court finds that C.K.'s motion was also

6   untimely, citing the *Joplin* school's case.  That's at 2016

7   Westlaw 3512262, at *1.  That's a Western District of Missouri

8   case in 2016 denying a motion to quash a Rule 45 subpoena as

9   untimely because the recipient knew about the pending

10  deposition in that case for two weeks, yet, waited until six

11  days before the first deposition to indicate there was a

12  problem, and then waited until three days before the first

13  deposition to bring those problems to that Court's attention.

14          That Court also cited the *Allstate Insurance* case in

15  the *Nassiri*.  That's a Nevada case, October 14, 2011.

16          In that case, it was determined that it was not

17  clear error for the magistrate judge to find the motion to

18  quash a modified subpoena untimely where the nonparty had

19  three weeks' notice of deposition to file motion three days

20  before the deposition.

21          Accordingly, C.K.'s motion to quash will also be

22  denied for this separate reason of being untimely.

23  Accordingly, it's hereby ordered the motion to quash is

24  denied.

25          It's going to be dated today, April 9, 2024.

—B.R. v. F.C.S.B.—

14

1          Mr. Davis, I appreciate your argument.  But that is

2     going to be the ruling of the Court.

3          MR. DAVIS:  Yes, sir.  Thank you.

4          THE COURT:  Why don't we go ahead and -- as an

5     officer of the Court -- Mr. Davis.

6          (Mr. Davis walks away from the lectern.)

7          MR. DAVIS:  Yes, sir.  I'm sorry.

8          THE COURT:  No problem.  When you lose, you want to

9     get to the door.

10          What I'm going to do is ask you as an officer of the

11     Court to make sure that your client remains on premises.  If

12     you get any indication that he's going to leave, I'm going to

13     ask you that you bring it to the attention of the Court.

14          MR. DAVIS:  Yes, sir.

15          THE COURT:  Thank you, sir.

16          MR. DAVIS:  Thank you.

17          THE COURT:  Is there anything else we need to do

18     before we bring the jury in?

19          MS. REWARI:  Not from our end, Your Honor.

20          THE COURT:  Okay.

21          MR. BRENNER:  No, Your Honor.

22          THE COURT:  And I believe Ms. Zoll is going to do

23     her examination.

24          MR. BRENNER:  Yes, yes.

25          THE COURT:  Okay.  You can come on up, Ms. Zoll.

────────B. R. v. F.C.S.B.────────

15

1          Are we ready to bring the jury in?

2          We are.  Thank you, Ms. Tinsley.

3          (Jury present.)

4          THE COURT:  Thank you.  You may be seated.

5          Good morning, ladies and gentlemen.

6          (Good morning responses.)

7          THE COURT:  Once again, thank you for attending.  I

8   need to ask you this question.  I know you all even know what

9   that question is going to be.  Have all of you lived up to the

10  Court's instruction not to discuss the case or any aspect of

11  the case with anyone?  And you've been allowed to remain away

12  from social media and print media to the extent practical?

13          Very good.

14          We're looking at going from about ten o'clock this

15  morning to somewhere around four o'clock this afternoon.

16  We're trying to manage as best we can the witnesses.  And I've

17  encouraged counsel to be efficient in their examination, so we

18  should have a pretty good run today.  Thank you for your

19  attention.

20          MR. KINNEY:  Defense calls M█████ C███.

21          THE COURT:  Okay.  You're still under oath, ma'am.

22  (M█████ C███ previously sworn and reseated.)

23          MR. KINNEY:  May I proceed, Your Honor?

24          THE COURT:  You may.

25                    CROSS-EXAMINATION

────Tonia M. Harris OCR-USDC/EDVA 703-646-1438────

—————————————————————— B.R. v. F.C.S.B.——————————————————————

16

1   BY MR. KINNEY:

2   Q.   Good morning, Ms. C███.

3   A.   Good morning.

4   Q.   I'm Michael Kinney, for the record.  I represent you and

5   your colleagues.

6   A.   Yes.

7   Q.   Ms. C███, how long have you worked in education?

8   A.   I think this is my 22nd year.

9   Q.   Of those 22 years, how long have you worked at Rachel

10  Carson Middle School?

11          MS. ZOLL:  Objection, asked and answered already.

12  It's cumulative.

13          THE COURT:  I'm going to let him lay a foundation

14  for his examination.

15          THE WITNESS:  21 of the 22 years.

16  BY MR. KINNEY:

17  Q.   Ms. C███, were you in the courtroom when you heard --

18  last week when you heard testimony that the environment at

19  Rachel Carson Middle School is toxic?

20  A.   I was.

21  Q.   Is that testimony consistent with your 21 years at Rachel

22  Carson Middle School?

23  A.   Absolutely not.

24  Q.   Is Rachel Carson Middle School toxic?

25  A.   No.

B.R. v. F.C.S.B.

17

1   Q.   Ms. C█████, what is the most serious conduct issue that

2   you've had to address in your classroom?

3            THE COURT:  And can you get closer to the mic, sir?

4            MR. KINNEY:  Yes, Your Honor.

5   BY MR. KINNEY:

6   Q.   Go ahead.

7   A.   Probably a student was throwing a pencil and hit another

8   student in the face, and it could have harmed a child.  So

9   that was probably the most serious thing that I have written a

10  behavioral referral for.

11  Q.   What's a behavioral referral?

12  A.   So if -- you know, if there's misconduct in the class, if

13  someone is misbehaving, or you would just write up sort of an

14  incident report to send to administrator, and then they would

15  proceed with that.

16  Q.   Did you do anything else in response other than the

17  behavioral or referral?

18  A.   I would always contact home first before that.

19  Q.   And did you contact the home for this?

20  A.   Yes.

21  Q.   Were you in the courtroom last week when the plaintiff

22  testified that she had not read the pleadings that were filed

23  in this case?

24  A.   Yes.

25  Q.   Have you read the pleadings filed in this case?

───────────B.R. v. F.C.S.B.───────────

18

1   A.   Yes.

2   Q.   And I believe you said you read all three pleadings in

3   this case?

4   A.   Yes.

5   Q.   Do you recall that the initial complaint and the November

6   9, 2019, first amended complaint were filed identifying the

7   plaintiff as Jane Doe?

8   A.   Yes.

9   Q.   When you read those complaints and you read the

10  allegations in those complaints, did you recognize who was

11  making those allegations identified as Jane Doe?

12  A.   No.

13  Q.   Ms. C███, did B.R. ever make you aware of bullying,

14  harassment, or unwanted touching?

15  A.   No.

16  Q.   Did she ever tell you anything that made you aware of any

17  threat to her safety?

18  A.   No.

19  Q.   Did B.R.'s family ever tell you anything that made you

20  aware of any threat to her safety?

21  A.   The only thing I ever heard from her family was the email

22  written on February 10th.

23  Q.   And did --

24  A.   That was the only thing I had ever heard from her family

25  about.

B.R. v. F.C.S.B.

19

1    Q.   And February 10th was the day after she left Rachel

2    Carson Middle School for the last day?

3    A.   Yes.

4    Q.   Did you ever witness anyone making any inappropriate

5    conduct directed to the plaintiff?

6    A.   No.

7    Q.   Were you ever aware of any threat to her safety?

8    A.   No.

9    Q.   Ms. C▇▇, can you describe for the jury the impact that

10   this case and the allegations that have been made against you

11   have had on you personally and professionally?

12           MS. ZOLL:  Your Honor, objection, relevance.

13           MR. KINNEY:  Your Honor, Ms. C▇▇ has been accused

14   of something very serious.  She's lived under these

15   accusations for going on five years now.  I think the jury has

16   heard --

17           THE COURT:  Overruled.  You can answer, ma'am.

18           THE WITNESS:  The accusations in this case are the

19   antithesis of everything that Carson is and what we stand for.

20           THE COURT:  Next question.

21           THE WITNESS:  I would like to -- can I please

22   proceed?

23           MR. KINNEY:  Your Honor, may the witness --

24           THE COURT:  Yes, ma'am.

25           THE WITNESS:  I have devoted my entire career, my

─────B.R. v. F.C.S.B.─────

20

1    entire adult life to helping kids, not just teaching them math

2    or science, but helping them when they fall and helping them

3    learn from their mistakes.  And I love that about my job, and

4    I have worked with amazing kids, and my number one goal is to

5    keep them safe.

6            And a shadow of doubt has been casted on my school

7    and my colleagues, and my character is being questioned and

8    that is crushing to me.  As a woman, as a mother, and as a

9    sister, as a victim, I would never, ever ignore a cry for

10   help.

11           And I assure you that if someone had told me that

12   some other person was going inside of them, I would have run

13   to the office myself to get her help.

14           MR. KINNEY:  Thank you, Ms. C███.

15           Thank you, Your Honor.  That's all I've got.

16           THE COURT:  Ms. Zoll.

17           Give the witness an opportunity to compose herself.

18                   CROSS-EXAMINATION

19   BY MS. ZOLL:

20   Q.  Hi, Ms. C███.  My name is Brittany Zoll.  I represent the

21   plaintiff.

22   A.  Hi.

23   Q.  Do you need a moment?

24   A.  No, I'm okay.

25   Q.  Okay.  All right.  As a teacher at Rachel Carson, you've

─── B.R. v. F.C.S.B. ───

21

1   received training on what constitutes bullying, harassment,

2   and sexual harassment, correct?

3           MS. REWARI:  Objection, Your Honor, outside the

4   scope.

5           MS. ZOLL:  Your Honor, she testified to a bunch of

6   things that she witnessed at the school, including

7   name-calling and how she would handle that.

8           THE COURT:  Overruled.  Overruled.

9   BY MS. ZOLL:

10  Q.   I'm just going to ask it again.

11          As a teacher at Carson, you received training on

12  what constitutes bullying, harassment, and sexual harassment?

13  A.   Yes.

14  Q.   Okay.  So you have an understanding of what bullying,

15  harassment, and sexual harassment is?

16  A.   Yes.

17  Q.   All right.  Teachers at Rachel Carson, they are not

18  responsible for investigating instances of bullying

19  harassment, right?

20  A.   Correct.

21  Q.   That's the job of administration?

22  A.   Correct.

23  Q.   But in your position as a teacher, if you saw something

24  that you viewed problematic, you would, of course, report it

25  to the administration?

B.R. v. F.C.S.B.

22

1  A.    Absolutely.

2  Q.    All right.  And then it's the job of the administration

3  to decide what to do with that information?

4  A.    Yes.

5  Q.    Just following up on what Mr. Kinney just asked you

6  about, you would agree that you never, over the course of the

7  16 years you were a teacher at Rachel Carson, saw anything

8  that appeared to you to be bullying?

9  A.    Again, I don't qualify something as bullying.  Have I in

10  16 years heard a student call another student a name, have I

11  heard bad language, yes, absolutely.  It's a middle school.

12  But I do not call something bullying, and I've never witnessed

13  something where I would say that is bullying.

14  Q.    Got it.  And that's based on your training that you have

15  in bullying.  You've not witnessed something that based on

16  your understanding from your training was bullying?

17  A.    Correct.

18  Q.    And is the answer the same for sexual harassment?

19  A.    Again, sexual harassment is -- have I heard poor language

20  used?  Yes, I have heard that.  Would I say that that is

21  sexual harassment?  It depends on the context.  I have not

22  witnessed someone explicitly calling someone else a sexual

23  name by meaning harm.

24  Q.    Okay.  And is it your testimony that other than hearing

25  some name-calling, you have not witnessed instances of

B.R. v. F.C.S.B.

23

1   behavior that you believe would constitute sexual harassment

2   that you've reported to the administration?

3   A.   I don't recall reporting sexual harassment to the

4   administration.

5   Q.   Okay.  You just testified with Mr. Kinney that you

6   recalled Ms. J█████ talking about the school being very toxic,

7   having a lot of bullying and a lot of harassment, correct?

8   A.   Yes.

9   Q.   Ms. J█████ is not a party to this case?

10  A.   No.

11  Q.   You have no reason to doubt that she testified truthfully

12  to her experience?

13          MS. REWARI:  Your Honor, objection.

14          THE COURT:  Sustained.  She can't speculate on what

15  that particular individual may have been thinking.

16          MS. ZOLL:  I'm sorry would you mind --

17          THE COURT:  She cannot speculate on what someone

18  else may have been thinking.

19          MS. ZOLL:  Okay.  Thank you.

20  BY MR. KINNEY:

21  Q.   And you were here as well when Mr. Co██████ K███, he

22  testified that scooping is where boys would come up to girls

23  and grope their breasts, and that scooping was a fairly common

24  occurrence at Rachel Carson.  Did you hear that testimony?

25  A.   I did.

—— B.R. v. F.C.S.B. ——

24

1   Q.   And Mr. Ki█, he's also not a party to this case?

2   A.   No.

3   Q.   B████ was a student in your Honors math class during the

4   2011/2012 school year, right?

5   A.   Yes.

6   Q.   And you testified in your direct with Ms. Rewari that she

7   was in your first period class?

8   A.   Yes.

9   Q.   And first period started right after students would be at

10  their lockers?

11  A.   Yes.

12  Q.   My colleague just reminded me.  Have you ever witnessed

13  scooping at school?

14  A.   No.

15  Q.   Okay.  Sorry.  You testified on your direct with

16  Ms. Rewari that the first time you heard that B████ had

17  reported boys were bothering her at her locker was at a team

18  meeting that occurred in you thought November of 2011,

19  correct?

20  A.   It was in the fall, yes.  I think it was November.

21  Q.   Not later than November 2011?

22  A.   No.

23  Q.   Okay.  And that meeting was with the school

24  administrators?

25  A.   So a team meeting, it would have been the four core

─────────────────────────B.R. v. F.C.S.B.─────────────────────────

                                                                        25

1   subjects, the counselor, and an administrator.

2   Q.    And do you remember what administrator was there?

3   A.    I believe it was Mr. H█████.

4   Q.    Okay.  And your recollection is that you were told at

5   that meeting only that boys were calling B█████ names at her

6   locker?

7   A.    I was told that she had reported boys were bothering her

8   at her locker.

9   Q.    Were you told what names she was being called?

10  A.    I don't recall.

11  Q.    And you don't recall being told which boys were bothering

12  her?

13  A.    No.

14  Q.    The administration did not tell you the name

15  C█████████ K.?

16  A.    I don't recall the names.  I didn't know who he was,

17  so --

18  Q.    Okay.  But they didn't tell you that it was

19  C█████████ K. --

20  A.    I don't recall.  I know that they said they were

21  8th graders.

22  Q.    Okay.  So I take it the administration -- or you don't

23  recall the administration telling you that she had reported it

24  was David N.?

25  A.    Yeah, I don't recall.

B.R. v. F.C.S.B.

26

1  Q.   And you don't recall the administration telling you

2  anything about J████ O.?

3  A.   No, I don't recall.

4  Q.   And you weren't shown any photos of students?

5  A.   No.

6  Q.   And you also don't recall being told that the

7  name-calling was of a sexual nature, correct?

8  A.   I don't recall that.

9  Q.   This is information you would have wanted to know, right?

10  The names of the students, the pictures of the student, the

11  types of words they were using against her?

12  A.   I understand that there is certain information that

13  administration can't always share with teachers.  And as they

14  are investigating something, perhaps, they don't overshare

15  information.

16          I'm not sure why J████ would have been involved

17  because they were saying that it was boys that were coming up

18  to her at her locker.

19  Q.   And they never told you anything else about J████ O.

20  bothering her?

21  A.   No, I don't recall that.

22  Q.   They just told you about boys bothering her at her

23  locker?

24  A.   That's why they were asking us to go out and make sure

25  that we were watching her specific area of the locker bay.

─────B. R. v. F. C. S. B.─────

27

1   Q.   Okay.  You didn't take any notes in that meeting,

2   correct?

3   A.   I don't believe so.

4   Q.   And you don't recall seeing anyone else take notes during

5   that meeting?

6   A.   I don't recall.

7   Q.   Okay.  So after you were informed by the administration

8   that B███ had reported only being bothered at her locker, you

9   and the other teachers, you testified in your direct, you

10  watched the locker area?

11          MS. REWARI:  Objection, Your Honor.  Misstates the

12  witness' testimony.

13          THE COURT:  Rephrase, Counsel.

14  BY MS. ZOLL:

15  Q.   You and your teachers watched the locker area after that?

16  A.   We continued to watch -- we were -- we were already doing

17  hall duty and watching the locker area, but we were more

18  focused on her particular area of the locker bay.

19  Q.   Got it.  I think you said something like you closely

20  monitored her area of the pod?

21  A.   Yes.

22  Q.   Yeah.  And you testified that you would be able to

23  recognize a student in the locker pod that didn't belong

24  there?

25  A.   Yes.

─B.R. v. F.C.S.B.─

28

```
 1   Q.   And I think you testified that Carson does a really
 2   special thing, you build in quarter team meetings, and so you
 3   get to know your kids pretty quickly?
 4   A.   There are team times, yeah, like activities where
 5   everybody is together and playing games and team building,
 6   and, yeah.
 7   Q.   Okay.  And I think you said based -- based on that,
 8   that's part of why you would be able to recognize if a student
 9   who didn't belong in the pod was there?
10   A.   I think that adds to it, yes.
11   Q.   Okay.  So I just want to be very clear here.  It's your
12   testimony that you would notice if kids who didn't belong in
13   the pod were actually there?
14   A.    If I'm standing there with my colleagues and if I wasn't
15   sure, I would question one of them, but, yes, I recognized
16   the -- the kids on my team.
17   Q.   And you didn't see boys who did not belong there?
18   A.   Absolutely not.
19   Q.   Okay.  Are you aware that there was an incident where a
20   7th grader was punching girls in the locker pod?
21   A.   No.
22   Q.   Okay.  You have a little white binder in front of you.
23   A.   Uh-huh.
24   Q.   Could you turn -- and I know there are multiple tabs that
25   say Exhibit 266, but under that, there's like some small
```

─B.R. v. F.C.S.B.─

29

1   lettering that says the page numbers.

2   A.   Uh-huh.

3   Q.   Could you turn to the one that says page 370 underneath

4   it?

5   A.   Okay.

6   Q.   Okay.  266, page 370.

7        (Counsel confers.)

8        THE COURT:  Why don't you all compare what you have

9   so that we're talking about the same thing.

10        (Counsel confer.)

11        MS. ZOLL:  And just for the record, we're looking at

12   Plaintiff's Exhibit 266, specific page on that document,

13   page 370.

14        This has not been admitted yet.

15   BY MS. ZOLL:

16   Q.   Ms. C███, your name is in the "to" of this document?

17   A.   Yes.

18   Q.   You recognize this as an email sent to you?

19   A.   Yes.

20   Q.   Okay.

21        MS. ZOLL:  Your Honor, at this time, I move to admit

22   this into the record as Plaintiff's Exhibit 266B.

23        THE COURT:  Any objection?

24        MS. REWARI:  No objection.

25        MS. ZOLL:  All right.

—B.R. v. F.C.S.B.—

30

1          MR. BLANCHARD:  Your Honor, my only objection is

2  foundation.  I don't see how this relates to --

3          THE COURT:  Let me see it.

4          MR. BLANCHARD:  -- the question.

5          THE COURT:  Objection overruled.  She can answer.

6          MS. ZOLL:  Mr Brown, could you please publish

7  Plaintiff's Exhibit 266, page 370 -- oh, sorry, Your Honor.

8  Permission to publish?

9          THE COURT:  I guess if you could ask Mr. Brown, it's

10 okay, so --

11         You may publish.

12         MS. ZOLL:  Thank you.

13 (Plaintiff's Exhibit No. 266B was admitted into evidence.)

14         (Exhibit published.)

15 BY MS. ZOLL:

16 Q.   Okay.  So this is an email from Ms. F██████, she's

17 B██████ -- which teacher is she?

18 A.   History.

19 Q.   Okay.  To Ms. H██████, Ms. Estrella -- is that how you

20 pronounce that?

21 A.   Estrella.

22 Q.   Estrella, Mr. T██████, and yourself, correct?

23 A.   Uh-huh.

24 Q.   And it's dated January 20, 2012, at 9:52 a.m.?

25 A.   Yes.

———B.R. v. F.C.S.B.———

31

1   Q.   And the importance is marked high?

2   A.   Yes.

3   Q.   And Ms. F█████ emails you and others but -- you know,

4   it's directed at B█████.  "B█████, B█████ is in tears and is

5   heading your way right now," correct?

6   A.   Yes.

7   Q.   And B█████ -- excuse me -- B█████ is B█████ guidance

8   counselor, right?

9   A.   Yes.

10  Q.   All right.  And you don't recall why B████ was in tears

11  this day?

12  A.   No.

13  Q.   And you don't recall getting this email at all?

14  A.   I -- I don't recall this email.

15  Q.   Okay.  And it's her testimony that if B████ were crying

16  in school that's something that would be concerning to you?

17  A.   Sure.

18  Q.   I'd like to pull up -- I would like you to flip to in

19  your binder another one of these 266.  This one is page 371.

20       This is an email from you?

21  A.   Uh-huh.

22  Q.   Okay.

23       MS. ZOLL:  This document is not in the record yet,

24  and I would request to move it into evidence now.

25       THE COURT:  No objection?

─B.R. v. F.C.S.B.─

32

1          MS. REWARI:  No objection.

2          THE COURT:  Without objection.  You may publish.

3          MS. ZOLL:  To be correct, this is --

4          THE REPORTER:  That's what, Judge?

5          THE COURT:  It's 366.  It's Exhibit 266, page 371.

6          THE DEPUTY CLERK:  Yes, there's no letter.

7          MS. ZOLL:  It will be another letter, so if we could

8    do it 266C.

9          THE COURT:  That's fine.

10         MS. ZOLL:  Thank you.

11   (Plaintiff's Exhibit No. 266C was admitted into evidence.)

12         MS. ZOLL:  And permission to publish, Your Honor?

13         THE COURT:  You may.

14         (Exhibit published.)

15   BY MS. ZOLL:

16   Q.   Okay.  So this email is from you to Ms. F█████?

17   A.   Yes.

18   Q.   Subject is "B███████"?

19   A.   Yes.

20   Q.   Dated Tuesday, January 24, 2012, at 10:45 a.m.?

21   A.   Yes.

22   Q.   So this is two school days after the email we just

23   reviewed?  That one was Friday, January 20th?

24   A.   Okay.

25   Q.   Okay.  So two days after B████ is going to the guidance

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

B.R. v. F.C.S.B.

33

1  counselor you sent an email subject "B⬛⬛⬛⬛," and asked

2  Ms. F⬛⬛⬛⬛ to send her to you?

3  A.    Uh-huh.

4  Q.    Okay.  And you have no recollection of why you asked

5  Ms. F⬛⬛⬛ to send B⬛⬛ to you?

6  A.    I would guess it was about something she was missing for

7  math.  Math specific.  But I can't recall.

8          The good thing having an interdisciplinary team is

9  if we ever needed to try to catch up with someone, we knew

10  they were right next door or right down the hall, but it would

11  have been related to math.

12  Q.    Okay.  And you just testified that Ms. F⬛⬛⬛ is a

13  history teacher?

14  A.    Yes.

15  Q.    So you would have pulled her out of history class to have

16  her do something related to math?

17  A.    I'm sure I didn't have her do something.  But if I wanted

18  to tell her something -- it depends on the day.  Some days I

19  know a teacher is watching a movie or -- we knew exactly what

20  everybody was doing, so if there was an opportunity -- I'm not

21  sure when the period was over, I don't remember the bell

22  schedule, if it was towards the end of the period, just trying

23  to relay information to her because I would have already seen

24  her for that day.

25  Q.    Okay.  If we could go in your binder to Plaintiff's

─────B. R. v. F.C.S.B.─────

                                                                    34

1   Exhibit 169.  And this is page 96 to 97 of that document.

2   Your tab just says 96 on it.

3              Okay.  And this is, I'll just say, like another

4   version of the email you reviewed with Ms. Rewari yesterday?

5   A.   Yes.

6   Q.   All right.

7              MS. ZOLL:  Permission to move this document into

8   evidence, Your Honor?

9              THE COURT:  Any objection?

10             MS. REWARI:  No objection, Your Honor.

11             THE COURT:  Without objection.  You may publish.

12             MS. ZOLL:  Thank you.

13  (Plaintiff's Exhibit No. 169 was admitted into evidence.)

14             (Exhibit published.)

15  BY MS. ZOLL:

16  Q.   I would like to direct your attention --

17             MS. ZOLL:  And, Mr. Brown, thank you.

18  BY MS. ZOLL:

19  Q.   -- to the bottom email.  This is from the R▬▬▬▬ family

20  to you, 12:09 p.m., on February 10, 2012, right?

21  A.   Yes.

22  Q.   Okay.  And the subject line is "Bullying and missed

23  school"?

24  A.   Yes.

25  Q.   And the importance is, again, marked high?

────────────────── B.R. v. F.C.S.B. ──────────────────

35

1    A.   Yes.

2    Q.   All right.  I believe you testified on your direct that

3    you received this email the day after B████ last day in

4    school?

5    A.   Yes.

6    Q.   All right.  And on that day, on February 9th, B████ had

7    asked to see guidance?

8    A.   Yes.

9    Q.   And that's asked to see her guidance counselor?

10   A.   Yes.

11   Q.   All right.  And this was during your first period, math

12   class?

13   A.   Yes.

14   Q.   So that was right after students were in the locker area?

15   A.   Yes.

16   Q.   All right.  I have just shown you three documents.

17            MS. ZOLL:  Mr. Brown, you can pull that down for

18   now.  Thank you.

19   BY MS. ZOLL:

20   Q.   I showed you a January 20th document where Ms. F██████

21   said B████ was in tears and going to see the guidance

22   counselor.

23            I then showed you a document from two school days

24   later where you asked Ms. F██████ to send her to your class.

25            And now after showing you a document from -- maybe

─────────B. R. v. F.C.S.B.─────────

36

1   two school weeks later where she asked you to see her guidance

2   counselor?

3   A.    Yes.

4   Q.    Okay.  But it's your testimony that B███ never reported

5   any bullying or harassment to you, and you never witnessed any

6   bullying or harassment of B███ whatsoever?

7   A.    That is my testimony.

8   Q.    All right.  But you do understand that although B███ was

9   not reporting anything to you, she was reporting to the school

10  administration?

11          MS. REWARI:  Objection, calls for speculation.

12          MS. ZOLL:  She just --

13          THE COURT:  If she knows.  Ask her if she knows.

14          THE WITNESS:  I knew that she had reported that

15  incident to administration, but there is a lot that

16  administration cannot share as they are investigating things.

17  BY MS. ZOLL:

18  Q.    Okay.  Is it your testimony that if you had additional

19  information, that would not be helpful to you?

20  A.    I'm sorry, can you rephrase that?

21  Q.    Sure.

22          MR. KINNEY:  Your Honor, that calls for speculation.

23          THE COURT:  It does.  Sustained.

24          MS. ZOLL:  Mr. Brown, do you mind pulling that page

25  back up.  Same one.

B.R. v. F.C.S.B.

37

1    BY MS. ZOLL:

2    Q.    So Mrs. R█████ also mentions in her email, and you

3    testified on your direct about this, she says, "Those you

4    noted on her report card about her absences and achievements."

5    A.    Uh-huh.

6    Q.    And you told Ms. Rewari on your direct that she had

7    missed a lot of school?

8    A.    Enough that she was falling behind.

9    Q.    Okay.  So B█████ was missing enough school that it was

10   affecting her ability in class?

11   A.    Yes.

12   Q.    She was falling behind?

13   A.    Yes.

14   Q.    You also testified on your direct that there are signs

15   that you look for with your students that might tell you if a

16   child is struggling or have something going on that you might

17   need to probe further, correct?

18   A.    Yes.

19   Q.    Is it not a red flag when a student's grades are falling

20   because they are missing that much school?

21   A.    I wouldn't say her grades were falling.  She was missing

22   assignments, so trying to get her caught up.  When she would

23   take the assessments she was missing, she was scoring at the

24   same level that she had been, so it was not a red flag.

25   Q.    Okay.  So B█████ -- how many days would you -- actually,

───────────B.R. v. F.C.S.B.───────────

38

```
 1    I'll -- if I may.

 2              MS. ZOLL:  May I approach, Your Honor?

 3              THE COURT:  Yes, the witness.

 4    BY MS. ZOLL:

 5    Q.   All right.  Do you recognize this document as B████

 6    period attendance report?

 7    A.   Yes.

 8    Q.   Thank you.  And this is from the 2011/2012 school year?

 9    A.   Yes.

10              MS. ZOLL:  Permission to move into evidence

11    Defendants' Exhibit 122, Your Honor.  Although I will check if

12    it's already admitted.

13              It's already admitted, Your Honor.

14              THE COURT:  You may publish.

15              MS. ZOLL:  Dan, would you mind pulling up -- thank

16    you.

17              (Exhibit published.)

18    BY MS. ZOLL:

19    Q.   Okay.  So E, that represents exempt, correct?

20    A.   I think it's excused.

21    Q.   Excused?

22    A.   Yes.

23    Q.   Thank you.  So B███ was excused, based on this document,

24    November 22nd, November 23rd?

25    A.   Yes.
```

─── B.R. v. F.C.S.B. ───

39

1   Q.   December 6th?

2   A.   Yes.

3   Q.   January 4th?

4   A.   Yes.

5   Q.   January 5th?

6   A.   Yes.

7   Q.   January 6th?

8   A.   Yes.

9   Q.   January 27th?

10  A.   Yes.

11  Q.   January 28th?  Oops, sorry -- yeah.

12          THE COURT:  26th and 27th.

13  BY MS. ZOLL:

14  Q.   Sorry, January 26th?

15  A.   Yes.

16  Q.   January 27th?

17  A.   Yes.

18  Q.   February 3rd?

19  A.   Yes.

20  Q.   And then February 9th is her last day of class in school?

21  A.   Yes.

22  Q.   By my count, that was 10 or 11 days she'd missed before

23  January 9th.  Feel free to count, though I'm not actually sure

24  the exact number, but I think it's one, two, three, four,

25  five, six -- okay.

─B. R. v. F. C. S. B.─

40

1      That's a substantial number of days to miss,

2  correct.

3  A.    I guess it depends.  Her mother had told me at some point

4  that she had been sick.  When I look at the dates surrounding

5  the winter holiday, it's not uncommon for students to miss

6  those days, like January 4th, 5th, and 6th.  People are

7  traveling.  So no, I wouldn't necessarily say it was an

8  unusual amount.

9  Q.    Did you ever ask anyone why B██████ was missing so much

10  school?

11  A.    No, because when Mom would reach out, she usually said

12  she was home or she was sick.

13  Q.    And did you ever ask B█████ why she was missing so much

14  school?

15  A.    No.

16  Q.    You testified on your direct with Ms. Rewari that B██████

17  was the subject among teachers of regular discussions,

18  correct?

19  A.    Yes.  Once we knew that she had told the administration

20  that students -- the 8th grade students were bothering her,

21  yeah, we wanted to always be on the same page, and if anybody

22  saw anything.

23  Q.    And you testified that you were concerned about what you

24  heard she was saying, and that you wanted to help, correct?

25  A.    I'm sorry, can you rephrase that?

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

─── B.R. v. F.C.S.B. ───

41

1   Q.   Yeah.

2   A.   Thank you.

3   Q.   Okay.  You testified with Ms. Rewari, "We were concerned

4   if she was saying this that we wanted to help, but we never

5   saw anything," correct?

6   A.   Yes.  If she was reporting something to somebody, which

7   was not me, we wanted to help if something was going on.

8   Q.   I just went through those three emails with you that were

9   three separate incidents with B███ that occurred within a

10  span of three weeks, correct?

11  A.   Yes.

12  Q.   Okay.  And two of those involved her asking to see her

13  guidance counselor?

14  A.   Well --

15          MS. REWARI:  Objection, asked and answered.

16          THE WITNESS:  I would say the first one -- sorry.

17          THE COURT:  You seem to be plowing the same ground,

18  so let's move on.

19          MS. ZOLL:  Okay.  I'll rephrase.

20  BY MS. ZOLL:

21  Q.   A student who asked to see her guidance counselor two

22  times within a span of three weeks, is it your testimony that

23  that's not a sign of a kid who is struggling?

24  A.   Not necessarily.  I don't know what they are going -- I

25  don't ask students necessarily why they are going to see their

─────────── B.R. v. F.C.S.B. ───────────

42

1  counselor.  And we had amazing counselors in our building, and

2  they could have been going to see them for any reason.

3  Q.   So you never asked B███ why she was going to see her

4  counselor?

5  A.   No.

6  Q.   You knew she had reported that something was going on in

7  her locker.  She was asking to see the guidance counselor, but

8  you never asked her why?

9  A.   There's some things where -- I don't want to overstep.

10  There are things that students feel more comfortable with

11  telling a school counselor than a classroom teacher.  So, no,

12  I did not.

13  Q.   Did you ever personally check in on her about what she

14  had reported, ask her what was going on?

15  A.   No, because she had not reported it to me.

16  Q.   Did you ever ask her if she was okay?

17  A.   I'm sure I've asked all of my students in some way how

18  they were doing, but, no, not probably related to that.

19  Q.   On the days she asked to go see her guidance counselor,

20  did you ever follow up with her?

21  A.   Well, she asked the one time that I can remember, me,

22  and, no, I did not follow up with her.

23  Q.   Okay.  After B███ left in-school class, she went out on

24  homebound?

25  A.   Yes.

B.R. v. F.C.S.B.

43

1  Q.   And you remained her math teacher?

2  A.   On the report card, yes, but she had a homebound math

3  teacher that I would provide work to.

4  Q.   Okay.  And I believe you testified that after B███ left

5  school, her grades improved in math?

6  A.   Yes.

7  Q.   I have one more topic.

8  A.   Okay.

9       MS. ZOLL:  Your Honor, I'm going to ask -- this is

10 related to one of the sidebars we had yesterday, if I can just

11 instruct her to answer with yes or no.

12      THE COURT:  That's fine.

13      Ma'am, please listen to the questions that counsel

14 asks, and answer those questions yes or no.  If there's an

15 objection, once again, please pause.

16      THE WITNESS:  Okay.

17 BY MS. ZOLL:

18 Q.   You testified yesterday that in 2012 you were interviewed

19 about whether B███ stayed after school three specific days in

20 November?

21 A.   Yes.

22 Q.   You checked Monday, the 14th; Wednesday, the 16th; and

23 Thursday, the 17th?

24 A.   Yes.

25 Q.   Those were the only dates that you checked?

B.R. v. F.C.S.B.

44

1   A.   Yes.

2   Q.   You did not check October 21st?

3   A.   No.

4   Q.   You did not check Wednesday, November 9th?

5   A.   No.

6   Q.   Thursday, November 10th?

7   A.   No.

8   Q.   You only checked those three specific dates in November?

9   A.   Yes.

10          MS. ZOLL:  Permission to confer.

11          (Pause in proceedings.)

12          MS. ZOLL:  I have no further questions.  Thank you.

13  Thank you.  I have no further questions.

14          THE COURT:  Ms. Rewari, that examination was pretty

15  efficient, so you've got about 15 minutes.

16          MS. REWARI:  I will stay within that, Your Honor.

17          THE COURT:  All right.

18                    REDIRECT EXAMINATION

19  BY MS. REWARI:

20  Q.   Ms. C▮▮, did you need to know the names of the boys who

21  the plaintiff had identified in order to be able to keep a

22  lookout for her in the locker bay?

23  A.   No.

24  Q.   Did you need to know what they looked like?

25  A.   No.

Redirect - M.C.

B.R. v. F.C.S.B.

45

```
 1  Q.   Were you looking for anyone bothering her in the locker
 2  pod?
 3  A.   Yes.
 4  Q.   And if you had seen any boys bothering her in the locker
 5  pod, would you have reported that?
 6  A.   Yes.
 7  Q.   Ms. Zoll asked you about an email on January 24th that
 8  you asked to see B.R.  Do you recall how -- was it the same
 9  week that you had the homework stamp issue?
10  A.   Yes.
11  Q.   Okay.
12  A.   In January.
13  Q.   And, in fact, if you take a look, just to refresh your
14  recollection, in plaintiff's binder at Exhibit 266, does that
15  refresh your recollection as to how close in time this was?
16  A.   Yes.
17  Q.   And could you just tell the jury how close in time that
18  was to the homework stamp issue?
19  A.   I believe the homework stamp issue happened on Wednesday,
20  the 25th.
21  Q.   Okay.  And so, the email that she showed you was Tuesday,
22  the 24th?
23  A.   Yes.
24  Q.   Okay.  Is it your practice to follow up with students to
25  make sure they get their work in before the end of the
```

1   grade -- end of the quarter?

2   A.   Yes.

3   Q.   And the quarter ended that Friday?

4   A.   Yes.

5   Q.   Okay.  Would you please take a look at Defendants'

6   Exhibit 122, which was the attendance record that Ms. Zoll

7   asked you about.

8   A.   Uh-huh.

9   Q.   So if we could --

10            MS. REWARI:  Your Honor, if we may publish that?

11            THE COURT:  You may.

12            (Exhibit published.)

13   BY MS. REWARI:

14   Q.   And she asked you about absences the week of

15   Thanksgiving, right?

16   A.   Yes.

17   Q.   And in this case, during this trial, have you seen an

18   email from Mom -- B.R.'s mom stating to the school that she

19   was going to keep her daughter home Thanksgiving week?

20   A.   Yes.

21   Q.   Okay.  And another date that show -- shown on here is

22   December 13th, there's an E and an E in the morning, an

23   excused absence first and second period?

24   A.   Yes.

25   Q.   All right.  Do you recall seeing a record from Dr. Weaver

B.R. v. F.C.S.B.

47

1  who testified about a physical exam that he -- that he

2  conducted on B.R. on December 13th?

3  A.   Yes.

4  Q.   Okay.

5          MS. REWARI:  Your Honor, if we may publish

6  Defendants' Exhibit 110?

7          THE COURT:  You may.

8          MS. REWARI:  Which I believe is in.  And --

9          (Exhibit published.)

10         MS. ZOLL:  This is a medical record.  It's way

11  beyond the scope of her knowledge.

12         MS. REWARI:  She was asked about why she was absent

13  this day.  I'm showing --

14         THE COURT:  Overruled.  You may publish.

15         MS. REWARI:  Thank you.

16  BY MS. REWARI:

17  Q.   And is this a record of a physical exam conducted on

18  B.R. --

19  A.   Yes.

20  Q.   -- to your understanding?  Okay.  All right.

21         MS. REWARI:  You may take that down, Grady.

22  BY MS. REWARI:

23  Q.   Let's go back to Defendants' Exhibit 122.

24         And is the next absence here a row of Q's on 12/22?

25  A.   Yes.

───────── B.R. v. F.C.S.B.─────────

48

1    Q.   Okay.  And that's a pre-excused absence, right?

2    A.   Yes.

3    Q.   That means the family decided to be absent that day?

4    A.   Yeah.

5    Q.   Okay.  All right.  And then the next absence after that

6    is January 4th, January 5th, January 6th.  Do you see that?

7    A.   Yes.

8    Q.   Do you recall Dr. Weaver testifying that she was seen --

9    the plaintiff was seen in Herndon Family Medicine on

10   January 6th?

11   A.   Yes.

12   Q.   Due to a viral illness?

13   A.   Yes.

14   Q.   Okay.

15          MS. REWARI:  Your Honor, may we publish Defendants'

16   Exhibit 111, which I believe is in evidence?

17          THE COURT:  You may.

18          MS. REWARI:  111.

19          (Exhibit published.)

20          MS. REWARI:  All right.  And if we could just zoom

21   in at the top at HPI.

22   BY MS. REWARI:

23   Q.   And do you see it's stated, "Accompanied by mother.

24   Patient presents today due to fever, sore throat, slight

25   cough, congestion, headache, ear pain, and abdominal pain for

─────────────B.R. v. F.C.S.B.─────────────

49

1   three days," right?

2   A.   Yes.

3   Q.   And at the end of the paragraph, it says, "No known sick

4   exposures, but spent New Year's in Times Square."

5           Do you see that?

6   A.   Yes.

7   Q.   Okay.  All right.  Can we go back to --

8           MS. REWARI:  You can take that down.  Can we go back

9   to Defendants' Exhibit 122?

10  BY MS. REWARI:

11  Q.   And then the next absences on this record from your class

12  are January 26th and 27th, right?

13  A.   Yes.

14  Q.   And those are the two days that we saw in the email about

15  bullying and vandalism?

16  A.   Yes, I think so.

17  Q.   And this is after this -- this is the day after the

18  missing homework stamp sheet, right?

19  A.   Yes.

20  Q.   January 26th?

21  A.   Yes.

22  Q.   All right.  And then the next absence on this record

23  is -- from your class is the morning of February 1st?

24  A.   Yes.

25  Q.   And do you recall the plaintiff's mother testifying that

—B.R. v. F.C.S.B.—

50

1   there was a altercation or a struggle at home the night before

2   on January 31st?

3   A.   Yes.

4   Q.   And that the plaintiff was up with her late into the

5   night on that issue?

6   A.   Yes.

7   Q.   Okay.  And did you -- did her mother ever contact you to

8   tell you why she was late for school on February 1st?

9   A.   No.

10  Q.   Okay.  And then there's a -- next absence is

11  February 3rd.  Do you see that?

12  A.   Yes.

13  Q.   Did Mother ever contact you to tell you why her daughter

14  did not attend school on February 3rd?

15  A.   I don't recall.

16  Q.   Have you seen any evidence presented in this case yet

17  about why she was absent on February 3rd?

18  A.   I don't -- I don't remember.

19  Q.   Okay.  And then the next absence after that, there's a G

20  on February 9th, and G is for guidance?

21  A.   Yes.

22  Q.   Okay.  And so that's the morning she asked to go to

23  guidance?

24  A.   Yes.

25  Q.   Okay.  And then you marked her that way in your records?

Redirect - M.C.

—B.R. v. F.C.S.B.—

51

1   A.   Yes.

2   Q.   So does that mean she didn't come back to class the whole

3   period?

4   A.   I'm guessing that is, yes.

5   Q.   Lastly, you were asked whether you had checked your

6   records for October 21st?

7   A.   Yes.

8   Q.   Okay.  Can you just remind the jury what days the late

9   bus ran at Rachel Carson?

10  A.   They ran on Mondays, Wednesdays, and Thursdays.

11  Q.   Okay.

12          MS. REWARI:  And if we could please take a look at

13  Defendants' Exhibit 81, Your Honor.  I believe this is the

14  calendar.

15          THE COURT:  You may.  You can publish.

16          (Exhibit published.)

17          MS. REWARI:  Thank you.

18          And, Grady, if you could take us to what --

19  October 21st on the calendar.

20  BY MS. REWARI:

21  Q.   All right.  And is that a Friday?

22  A.   Yes.

23  Q.   Would there have been a late bus on a Friday?

24  A.   No.

25  Q.   Okay.  And so, did the after-school program run on

—Tonia M. Harris OCR-USDC/EDVA 703-646-1438—

EASTERN DISTRICT OF VIRGINIA

Redirect - M.C.

──B. R. v. F.C.S.B.──

52

1   Fridays?

2   A.   No.

3   Q.   All right.  And then you were asked about Wednesday,

4   November 9th, and Thursday, November 10th?

5   A.   Yes.

6   Q.   Okay.  Did you -- did you stay after regularly on

7   Thursdays?

8   A.   No.

9   Q.   And your regular day was Wednesdays?

10  A.   Yes.

11  Q.   Okay.  And were you asked by Detective Chambers to check

12  your records for Wednesday, November 9th?

13  A.   No.

14  Q.   If he had asked, would you have checked?

15  A.   Yes.

16          MS. REWARI:  Thank you.  No further questions.

17          THE COURT:  Thank you.  You may step down, ma'am.

18          THE WITNESS:  Thank you.

19          THE COURT:  Next witness.

20          MR. BATES:  Your Honor, the defense calls C.K.

21          (A pause in the proceedings.)

22  (C.K., Defendants' witness, sworn.)

23          THE COURT:  Sir, please listen to the questions of

24  counsel, answer them as best you can.  If you hear an

25  interruption by the Court or the counsel, please hesitate

─B.R. v. F.C.S.B.─

53

1    before you answer.

2           Why don't you get a little bit closer to the mic.

3    Thank you, sir.

4                    DIRECT EXAMINATION

5    BY MR. BATES:

6    Q.   My name is Ryan Bates.  I represent the Fairfax County

7    School Board.

8           Would you prefer to be called by your first name,

9    initials?

10   A.   C███████.

11   Q.   C███████?  Thank you, C███████.

12          MR. BATES:  Your Honor, if we can publish

13   Exhibit 60, which has previously been admitted.

14          THE COURT:  You may.

15          (Exhibit published.)

16   BY MR. BATES:

17   Q.   Sir, the exhibits are going to -- you have two options

18   for the exhibits.  One, they're going to be published on the

19   screen to the left of you, or there's a book in front of you

20   that has certain tabs.  Whatever you're most comfortable with.

21   A.   I'm fine right here.

22   Q.   Do you see the picture up in front of you?

23   A.   Yes, sir.

24   Q.   And -- and --

25          THE COURT:  Get closer to the mic.

—B.R. v. F.C.S.B.—

54

```
 1   BY MR. BATES:

 2   Q.   And who is -- who is in that picture?

 3   A.   That's me and J■■■■.

 4   Q.   Okay.  Maybe get a little bit closer to the mic, or you

 5   can bring the mic towards you.

 6            And is this a picture that you posted to Facebook?

 7   A.   Yes.

 8   Q.   Okay.  And how old were you at this time?

 9   A.   Eleven or 12 years old.

10   Q.   Okay.  How tall were you at this time?

11   A.   5-foot-4.

12   Q.   Okay.  How much did you weigh?

13   A.   160 pounds, 170 pounds.

14   Q.   At this time when you were 11 or 12?

15   A.   Uh-huh.

16   Q.   Okay.  Your physique has changed a little bit since then.

17   Are you -- are you an athlete, sir?

18   A.   Yes.

19   Q.   What do -- what do you do?

20   A.   Powerlifting.

21   Q.   Powerlifting?

22   A.   Uh-huh.

23   Q.   What -- what is that?  Essentially weightlifting?

24   A.   Yeah.

25   Q.   Okay.  And how old are you now?
```

—B.R. v. F.C.S.B.—

55

1   A.    Twenty-five.

2   Q.    Okay.

3         MR. BATES:  Your Honor, I just want to clarify that

4   the jury is able to hear.  I'm having a little bit of

5   difficulty.

6         THE COURT:  They're fine.

7         MR. BATES:  Okay.

8   BY MR. BATES:

9   Q.    And where do you live now, sir?

10  A.    I live in Leland, North Carolina.

11  Q.    Okay.  And are you currently employed?

12  A.    Yes.

13  Q.    Okay.  And what do you do for work?

14  A.    Right now I'm at Jersey Mike's, but I start a new job at

15  the hospital next week.

16  Q.    Okay.

17        THE COURT:  Your voice is trailing off, so please

18  maybe adjust the mic a little higher.  There you go.

19        THE WITNESS:  Is that better?

20        THE COURT:  That's much better, thank you.

21  BY MR. BATES:

22  Q.    Okay.  What -- what year were you born in?

23  A.    1998.

24  Q.    1998.  So if this picture that we're looking at was taken

25  in 2001, wouldn't you be -- I'm sorry, 2011, would you be

B.R. v. F.C.S.B.

56

1    about 13 years old at that time?

2    A.   Yeah.

3    Q.   Sorry, I don't mean to give you math questions.

4         And in conjunction with this picture you're looking

5    at, in conjunction with the size of J████ at the time, how

6    would your size compare to her size?

7    A.   I was taller than her.

8    Q.   Okay.  What about weight wise?

9    A.   I was heavier than her.

10   Q.   Were you -- how would your size compare to a normal 8th

11   grader during that time?

12   A.   Pretty average, I think.

13   Q.   Pretty average?

14   A.   For most of the boys in my grade, yeah.

15   Q.   Okay.  And you mentioned you're starting a job at the

16   hospital.  Do you have a family down in North Carolina?

17   A.   Yes, I do.

18   Q.   And can you just briefly tell us about who that is?

19   A.   Hannah, my girlfriend, and then Mabel, my 14-month-old

20   daughter.

21   Q.   And you understand that B.R. is a plaintiff in this

22   lawsuit, sir?

23   A.   Yes, sir.

24   Q.   And you understand that she's suing the School Board and

25   the individuals seated over here?

B.R. v. F.C.S.B.

57

1    A.    Yes, sir.

2    Q.    And you also understand she's suing J████ as well?

3    A.    Yes, sir.

4    Q.    Okay.  And are you aware that plaintiff has alleged some

5    wrongdoing from you in this lawsuit?

6    A.    Yes, sir.

7    Q.    Now, you don't need to get into any details, but just

8    broadly speaking, what is your understanding of what B.R. has

9    accused you of in this lawsuit?

10   A.    Sexually assaulting her, from what I read, more than one

11   occasion.  But there was only one interaction with us and --

12   Q.    Did you -- let me just ask you right up.  She also

13   accuses you of raping her in this lawsuit; is that right?

14   A.    Yes.

15   Q.    Did you rape her?

16   A.    No.

17   Q.    Let's get a little background.  And what -- what grade

18   were you in -- I know I'm testing your memory.  This is a long

19   time ago, but what grade were you in when you met B.R.?

20   A.    8th grade.

21   Q.    And did you -- do you remember meeting her before that

22   8th grade year?

23   A.    No.

24   Q.    Do you remember knowing her at all after that 8th grade

25   year?

─────B.R. v. F.C.S.B.─────

58

1   A.   I didn't speak to her after our interaction.

2   Q.   Okay.  So how long, ballpark, would you say you knew her?

3   A.   From probably the start of the school year until she left

4   the school.

5   Q.   From 2012 until now in 2024, have you communicated with

6   her in any manner?

7   A.   No.

8   Q.   From 2012 to the present, have you seen her in person at

9   all?

10  A.   No.

11  Q.   Okay.  So when you were in 8th grade and you went to

12  Rachel Carson Middle School, where did you live in conjunction

13  with the school?

14  A.   I lived in Monroe Manor, so probably 5 to 7 miles away

15  from the school.

16  Q.   Is that the name of the neighborhood?

17  A.   Yes.

18  Q.   Okay.  And who did you live with?

19  A.   My grandfather, my grandmother, my mom, and my brother.

20  Q.   Okay.  Your brother, how much older or younger is he than

21  you?

22  A.   Four years older.

23  Q.   Okay.  And did you have a good relationship with your

24  mom?

25  A.   Yeah.

B.R. v. F.C.S.B.

59

1   Q.   What about your grandparents; do you have a good

2   relationship with your grandparents?

3   A.   Yes.

4   Q.   Had you lived with your grandparents outside of this 8th

5   grade year?

6   A.   Yes.  My mom and I, we always moved from apartment to

7   either with my aunt and my uncle or with my grandparents.

8   Q.   Okay.  And in 8th grade, you dated J█████, right, who is

9   seated right over here?

10  A.   Yes.

11  Q.   And she was a 7th grader at that time?

12  A.   Yes.

13  Q.   What do you recall about how you met J.O. -- I'll refer

14  to her as J█████.  I might slip and call her J.O., but how did

15  you meet J█████?

16  A.   At school.

17  Q.   Do you recall anything more than that?

18  A.   Unfortunately, no, I don't remember.

19  Q.   Okay.  So in other words, you don't know if you met her

20  in a class or at lunch or in a hallway or anything like that?

21  A.   I believe it was the hallway.

22  Q.   Okay.  And do you recall how your relationship with J.O.

23  began?

24  A.   We just started talking.  That's really it.

25            THE COURT:  Get closer to the mic, please.

─B.R. v. F.C.S.B.─

60

1   BY MR. BATES:

2   Q.   You might want to scoot the chair up or keep the mic

3   closer.

4           How long do you recall that you dated her for?

5   A.   Probably around six months, seven months.

6   Q.   And by the way, just to be clear, with the Court's

7   indulgence, if you're not sure of anything, this is not a

8   memory contest, so if you don't know, you can certainly just

9   let me know.

10  A.   I don't remember.

11  Q.   Oh, okay.  All right.  I don't want you to testify to

12  something that you're not sure of.  So if you don't know,

13  that's fine.  Just tell us that.

14          What was J███ like when you knew her?

15  A.   She was very nice, funny, always made me laugh.  We

16  always had a good time together.

17  Q.   Okay.  Did you ever see J███ bully any other kids?

18  A.   No.

19  Q.   Did you ever see J███ make fun of other kids?

20  A.   No.

21  Q.   Okay.  When you dated J███, what type of things would

22  you guys do?

23  A.   We would hang out at her grandmother's house, or we'd

24  walk around the neighborhood, but that was about it.

25  Q.   Anything else?

B.R. v. F.C.S.B.

61

1    A.    We would talk at school, walk around in the hallway, but

2    other than that, we always just hung out at her grandmother's

3    house.

4    Q.    And what would you do when you were at her grandmother's

5    house?

6    A.    Watch TV, eat food, hang out out back in their backyard,

7    because there's a little stream in the back.

8    Q.    Okay.  And did J█████ live with her grandparents?

9    A.    Yes.

10   Q.    Okay.  And where was her neighborhood in conjunction with

11   your neighborhood?

12   A.    Probably like 4 or 5 miles away from me.

13   Q.    Okay.  And when you mentioned you would go get food or --

14   how would -- how would the two of you get around?

15   A.    Her grandmother would drive us or my mom would drive us.

16   Q.    Okay.  And did you meet B█████ while you dated J█████?

17   A.    Yes.

18   Q.    Okay.  And did the three of you hang out together?

19   A.    Yes.  B█████ came over to J█████ house a few times, and

20   then we also would go over to B█████ neighborhood and play at

21   the playground or walk around the neighborhood.

22   Q.    I'm sorry, whose house did you say you went to a few

23   times?

24   A.    B█████ neighborhood.

25   Q.    Oh, okay.  But before that, did you say you went to --

─────B.R. v. F.C.S.B.─────

62

1    the three of you went to somebody's house?

2    A.    No.

3    Q.    Oh, okay.  I'm sorry.  I misheard you.

4          So when you went to -- by the way, did you end up

5    dating B████?

6    A.    Yes, briefly.

7    Q.    So for purposes of my questions, I want to -- right now I

8    want to focus on before you started dating B████.  Do you

9    understand that?

10   A.    Yes.

11   Q.    And so what would the three of you do in that period

12   before you started dating B████, and you were hanging out

13   together?

14   A.    We would hang out at J██████ house and watch TV, or her

15   grandma would make us food or we would hang out in B██████

16   neighborhood at the playground.

17   Q.    So just to be clear, you would hang out with J█████ at her

18   house alone because you guys are boyfriend and girlfriend, and

19   then sometimes B████ would you join you with that; is that

20   right?

21   A.    Yes.

22   Q.    Did the three of you ever hang out at B██████ house?

23   A.    No.

24   Q.    And when you said you hung out in B█████ neighborhood,

25   what would the three of you do in -- in B█████ neighborhood,

—B.R. v. F.C.S.B.—

63

1  again, in this period before you were dating?

2  A.    There was a playground like right behind her house on the

3  corner, or we would walk around the neighborhood.  Like there

4  was a big hill.  We would walk up the hill.  That was really

5  it.

6  Q.    And what would the three of you do at -- at the -- the --

7  that park in the neighborhood -- in her neighborhood?

8  A.    We would talk, play blind man's bluff.  Kind of talk

9  about whatever kids our age talked about back then.

10  Q.    What's blind man's bluff?

11  A.    It is like tag, but there's a person that has their eyes

12  closed that is the tagger, and the people that are -- that

13  don't have their eyes closed, you just run around, and if they

14  hear you on the wood chips, they call wood chips, and then

15  that person is it.

16  Q.    Okay, gotcha.  So these are games you would just play at

17  the neighborhood park?

18  A.    Yes, sir.

19  Q.    Let me have you take a look at Exhibit 4 -- actually, if

20  you could turn -- Exhibit 4, Defendants' Exhibit 4 is not

21  admitted, but I believe -- I believe there will be a

22  stipulation for that.

23        MR. BRENNER:  I think it's admitted under another

24  number, but if you want to admit it as 4, it's no objection.

25        MR. BATES:  Can we move to admit and publish that?

─────────────────── B.R. v. F.C.S.B. ───────────────────

64

1   (Defendants' Exhibit No. 4 was admitted into evidence.)

2            THE COURT:  Without objection.

3            (Exhibit published.)

4   BY MR. BATES:

5   Q.   If you can take a look at the photo on the right or the

6   left of you.  Can you identify who is in this photo?  And

7   please just use first names.

8   A.   Yeah.  The gray sweatshirt is David, in the red shirt is

9   B▮▮▮.  The yellow shirt is J▮▮▮, and the blue shirt is me.

10  Q.   Was this one of those occasions where you all were

11  hanging out before the two of you dated?

12  A.   Yes, sir.

13  Q.   Okay.  And --

14  A.   We're walking to our neighborhood.

15  Q.   Where did you start at?

16  A.   David's house, his dad's house.

17  Q.   How did all of you get to David's house, do you remember?

18  A.   I don't remember.

19  Q.   Okay.  So you were walking from David's house to where?

20  A.   To B▮▮▮ house because she had to go home.

21  Q.   Okay.  And did you take this picture?

22  A.   Yeah.

23  Q.   Okay.  And let's just talk about David for a moment.  Who

24  is he, or who was he at the time during this school year?

25  A.   My friend.

──────────── B.R. v. F.C.S.B. ────────────

65

1   Q.   Okay.  What type of things -- would you hang out with

2   David?

3   A.   Yes, sir.

4   Q.   What type of things would you guys do?

5   A.   We would longboard through the neighborhoods.  Play video

6   games.  Just hang out.

7   Q.   Okay.  When you say "longboard," is that a form of

8   skateboarding?

9   A.   Uh-huh, yes.

10         MR. BATES:  And so, if we can -- if we can -- Your

11   Honor, permission to publish Defendants' Exhibit 56, which is

12   already in evidence.

13         THE COURT:  You may publish.

14         (Exhibit published.)

15   BY MR. BATES:

16   Q.   So is this the same picture that we were just looking at?

17   A.   Yes, sir.

18   Q.   And did you post this on Facebook on October 21, 2011?

19   A.   That's what the time stamp says.

20   Q.   Okay.  So would it be fair to say that this picture was

21   taken either that day or some time before that day given the

22   posting date?

23   A.   Yes, sir.

24   Q.   Okay.  And at the time this picture was taken, was -- was

25   B███ and David dating?

B.R. v. F.C.S.B.

66

1   A.   Yes, sir.

2   Q.   And how do you know that?

3   A.   I don't remember.  I'm just -- they dated.

4   Q.   Okay.  You just knew?

5   A.   Yeah.

6   Q.   Okay.  Because you were friends with all of them?

7   A.   Yes.

8   Q.   Okay.

9        MR. BATES:  Okay.  You can take that -- you can take

10  that down.

11  BY MR. BATES:

12  Q.   Can you -- you told us a little bit about David and what

13  you guys did, but what was he like as a person?

14  A.   He was funny.  He was a nice guy.  He was somebody I

15  talked to one time, and then I knew I would be friends with

16  him.  And we were friends years after.

17  Q.   Okay.  Where -- where did David live in conjunction with

18  where you lived?

19  A.   His dad's house was right up the street from me.  Like,

20  maybe a two-minute walk.

21  Q.   Okay.

22  A.   And his mom's house was in Fox Mill, which is probably --

23  like a 20-minute longboard ride.

24  Q.   Okay.  And did he live with his mom or dad or both?

25  A.   Both.

———————— B.R. v. F.C.S.B. ————————

67

```
 1   Q.   Okay.  So David's neighborhood, B████ neighborhood,

 2   J█████ neighborhood, are these all in walking or

 3   skateboarding distance of each other in their neighborhood?

 4   A.   David and B████ neighborhood, yes.  But J█████ was

 5   much further away.

 6   Q.   And -- and what about you --

 7   A.   I would have to go on the main road to get there, whereas

 8   going to David's house was -- I could go through the

 9   neighborhood to get there.  And with B████'s, I can go through

10   the neighborhood and just cross over the main street, and then

11   I'm there.

12   Q.   Okay.  So it was easy for you to get to David's house and

13   easy for you to get to B████ neighborhood?

14   A.   Yes, sir.

15   Q.   Okay.  Do you recall at some point B████ and David

16   breaking up?

17   A.   I don't remember.

18   Q.   Okay.  What do you recall about -- obviously, you -- you

19   and J████ broke up at some -- some point, correct?

20   A.   Yeah.

21   Q.   What do you recall about how your relationship ended?

22   A.   We weren't on speaking terms afterwards.

23   Q.   You don't --

24   A.   We just didn't communicate after we broke up.

25   Q.   Okay.  Did -- and did -- did you and J████ end up going
```

B.R. v. F.C.S.B.

68

1   to the same high school?

2   A.    No.

3   Q.    Okay.  And when is the last time that you've -- have

4   spoken to J█████?

5   A.    Probably when we broke up.

6   Q.    Middle -- middle school --

7   A.    Yes.

8   Q.    -- or so?  Okay.

9                  (A pause in the proceedings.)

10                  (Counsel confers.)

11  BY MR. BATES:

12  Q.    And -- okay.  So when -- you said that you and B█████

13  dated before, I think you said for a short period of time?

14  A.    Yeah.

15  Q.    Is that right?

16                  I know this was a long time ago, but when the two of

17  you dated, what -- how did you all communicate when you

18  weren't in person with each other?

19  A.    By text.

20  Q.    Anything else?

21  A.    And Facebook.

22  Q.    Anything else?

23  A.    We occasionally would use Skype, which was like a video

24  call platform.

25  Q.    Okay.

————B.R. v. F.C.S.B.————

69

1   A.   And ooVoo, which was a video calling platform as well.

2   Q.   Okay.

3            THE COURT REPORTER:  Excuse me, you said which

4   video?

5            THE WITNESS:  ooVoo, O-O-V-O-O.

6            MR. BATES:  I'm having a little bit of difficulty

7   hearing him.  If he -- if we could move the mic closer.

8            THE WITNESS:  Is that better?

9            MR. BATES:  Yes.  That's good.  Thank you, sir.

10  BY MR. BATES:

11  Q.   And, C█████████, did you produce Facebook messages in this

12  case?

13  A.   Yes, I did.

14  Q.   In fact, you produced multiple sets of Facebook messages

15  in this case, right?

16  A.   Yes, sir.

17  Q.   And those were communications that you had with several

18  different accounts; is that right?

19  A.   Yes, sir.

20  Q.   Okay.  I'm going to show you -- and this is not going to

21  be published -- but if you can take a look in your book at the

22  first exhibit.  It says DX-1.

23           THE COURT:  Just take a look at it.  Don't -- don't

24  provide any testimony until you hear a question.

25           THE WITNESS:  Okay.

B.R. v. F.C.S.B.

70

1   BY MR. BATES:

2   Q.   This is a -- this is a very long document, so I'm not

3   asking you to read it now.  But if you can flip through it,

4   and -- and answer this question.  Well, first of all, let me

5   ask you, on the bottom right corner of this document, does

6   that have your last name on it?

7   A.   Yes, it does.

8   Q.   And it has numbers on the bottom?

9   A.   Yes, it does.

10  Q.   Okay.  And what's the -- what's the last number on

11  that -- on that last page?

12  A.   November 20, 2011.

13  Q.   I'm sorry.  On the bottom right of the last page of --

14          THE COURT:  You can approach him.

15          THE WITNESS:  0007.  Sorry.  0255.

16  BY MR. BATES:

17  Q.   Okay.  And is that your name at the top of these -- and

18  if you can flip to the first page.

19          Is that your name on the top of these -- on the top

20  of these messages?

21  A.   Yes, it is.

22  Q.   Okay.  And if -- you're familiar with how Facebook works?

23  A.   Yes.

24  Q.   Okay.  And if you have a mouse and you hover over your

25  name and click that, what would it do?

─────B.R. v. F.C.S.B.─────

71

1    A.   It would pull up my profile.

2    Q.   Okay.  And -- and can you just explain to the jury

3    quickly for those who may not be familiar what Facebook

4    Messenger is?

5    A.   It's just an app where you can message your friends or

6    family.  It's just a texting platform pretty much.

7    Q.   Okay.  And is this a one-on-one messaging?

8    A.   Yes, sir.

9    Q.   Okay.  And -- and at the top left of this document on the

10   first page, is that -- is that the Facebook Messenger logo?

11   A.   Yes, it is.

12   Q.   Okay.  So when did you find -- well, let me -- if I can

13   direct your attention to the very last page.  If you can

14   turn -- it says 255 on the bottom right.

15         Do you see where it says "generated by," and then

16   that's your name?

17   A.   Yes, sir.

18   Q.   Is that -- and then there's a date, Tuesday, August 8,

19   2023.  Do you see that date?

20   A.   Yes, sir.

21   Q.   To your understanding, is that the date that you located

22   these messages?

23   A.   Yes, sir.

24   Q.   Okay.  And tell us about how you went about finding these

25   messages.

B.R. v. F.C.S.B.

72

1    A.   I got into a Zoom call with -- with my attorney and then

2    with one of the individuals with the school system, and he was

3    able to show me how to go through to find my archived

4    messages, which then I had to go through and read until I

5    found these which were between me and B█████.

6    Q.   Okay.  And then you --  you then --

7    A.   I downloaded them.

8    Q.   You downloaded them?

9    A.   Uh-huh.

10   Q.   Okay.  And you did this yourself?

11   A.   Yes.

12   Q.   Okay.  And --

13   A.   Twice.

14   Q.   Twice.

15   A.   Yes.

16   Q.   Okay.  And then you -- did you provide them to your

17   attorney?

18   A.   Yes, sir.

19   Q.   And did you -- he then produce them in this case?

20   A.   Yes, sir.

21   Q.   And you said these messages were archived?

22   A.   Yes, sir.

23   Q.   What does that mean?

24   A.   Just anything -- any messages between me and another

25   person, I was able to find them.

Direct - C.K.
─B.R. v. F.C.S.B.─

73

1    Q.    Okay.  Have you looked for Facebook messages before

2    August 2023?

3    A.    I didn't know how to because I had been deleted.  But

4    when I went through the archive, it was able to pull up every

5    message that I've ever had.

6    Q.    Okay.  So you looked before, but you couldn't find them,

7    but then you found them in this archive?

8    A.    Yes.

9    Q.    Okay.  And these messages are between somebody that

10   says -- it says "Facebook user" and then -- and your name; is

11   that correct?

12   A.    Yes.

13   Q.    Who were you communicating with in these messages?

14   A.    With B████.

15   Q.    Okay.  The -- that's the plaintiff in this case?

16   A.    Yes.

17   Q.    Okay.  I'm going to ask you a few quick questions.  If

18   you can turn to -- I'm going to give you a page number, and if

19   you -- the page number is going to correspond with the tiny

20   number on the bottom right.

21         So if you can turn to page 165.  And if you can look

22   at the message second from the top.

23         Who does Facebook user refer to herself as?

24         MR. BATES:  Can I approach, Your Honor?

25         THE COURT:  You may.

—B.R. v. F.C.S.B.—

74

1          MR. BRENNER:  Mr. Bates, are you referring to the

2    second message on the top --

3          MR. BATES:  Yes.

4          MR. BRENNER:  I'll wait for the question.

5    BY MR. BATES:

6    Q.   Who does Facebook user -- what name is mentioned in this

7    message?

8    A.    B████.

9    Q.   Okay.  If you can turn to page 171.  And if you can look

10   at the message on the -- the third message from the top.

11          And read that message to yourself, and answer the

12   question of who is Facebook user referring to in that -- in

13   that message?

14   A.    Referring to B████.

15   Q.   Okay.  Can you -- you've got to keep your voice --

16   A.    Referring -- referring to B████.

17   Q.   Okay.  Thank you.

18          And on page 230, on the second message from the top,

19   who -- there's a single word in that message, who were you --

20   what's -- what's the word that you're -- the name that you're

21   referring to in that message and that you're calling Facebook

22   user?

23   A.    B████.

24   Q.   Okay.  If you can turn to page 252.  The message that's

25   third from the top.

─────── B.R. v. F.C.S.B. ───────

                                                                    75

1            Who are you referring to -- 252, third from the top.

2    Who are you referring to Facebook user as?

3    A.    B█████.

4    Q.    And that same page on the very bottom, who are you -- who

5    are you referring to also in that message?

6    A.    B█████.

7            MR. BATES:  Okay.  Your Honor, at this time we'd

8    like to move to admit Defendants' Exhibit 1.

9            MR. BRENNER:  Same objection we made when Your Honor

10   took it under advisement.

11           THE COURT:  Overruled.

12           MR. BATES:  Permission to publish?

13           THE COURT:  You may.

14   (Defendants' Exhibit No. 1, was admitted into evidence.)

15           (Exhibit published.)

16   BY MR. BATES:

17   Q.    Actually, let me do one thing.  We can take that down for

18   a moment.  I'm just going to take care of a quick housekeeping

19   matter.

20           If we can turn to page 3 -- I'm sorry, Exhibit 3 in

21   your book.  And are we looking at an additional set of

22   messages that you produced between yourself and Facebook user?

23   A.    Yes.

24   Q.    And you produced these in this case?

25   A.    Yes.

B.R. v. F.C.S.B.

76

1   Q.   And did you recover these in the same manner that you

2   recovered the other set of messages that we looked at?

3   A.   Yes.

4   Q.   And who are you communicating with in this set?  And you

5   can take a look to -- you can review through them if you would

6   like before answering that.

7   A.   I'm assuming B████.  I don't know.

8   Q.   Okay.  Well, take a look at 293.  And the fourth -- third

9   from the top, the Facebook user says, "I have to convince my

10  mom to let me go out."  And you respond, "Why are you grounded

11  again?"

12          Do you see that?

13  A.   Yes, I do.

14  Q.   Okay.  On the next page, Facebook user says, "I'm

15  grounded for nothing."

16          Do you see that?

17          I'm sorry, 292.  292, the second from the bottom,

18  Facebook user says, "I'm grounded for nothing"?

19  A.   Yes, I see that.

20  Q.   And then two messages above that, she says, "But tomorrow

21  after school I'm home alone."

22          Do you see that?

23  A.   Yes.

24  Q.   Does that refresh your recollection as to who you're

25  communicating with?

Direct - C.K.

B.R. v. F.C.S.B.

77

1   A.   Yes.

2   Q.   And who is that?

3   A.    B███.

4           MR. BATES:  Your Honor, I'd like to move to admit

5   these into evidence.

6           THE COURT:  Over objections.  And you may publish.

7   (Defendants' Exhibit No. 3, was admitted into evidence.)

8               (Exhibits published.)

9           MR. BATES:  Your Honor, I'm at a good time if you

10  would like to take a break or I can keep going.

11          THE COURT:  It's probably a good time to take a

12  break.

13          Ladies and gentlemen of the jury, we're going to

14  take a break.  As I mentioned to you yesterday, I have another

15  short matter that I need to work into the docket, so we're

16  probably not going to be able to get back in until about

17  11:50, so about 20 minutes.

18          Please remember, do not discuss the case or any

19  aspect of the case with anyone.

20              (Jury excused.)

21          THE COURT:  Thank you, ladies and gentlemen.  You

22  may be seated.

23          Counsel, I've got a really, really quick matter that

24  I need to work in.  It shouldn't take any more than about 10

25  minutes.  You can leave your materials where they are.  I'm

B.R. v. F.C.S.B.

78

1    sure for purposes of what we need to do on this other case,

2    counsel can just work from the middle of the well.  They don't

3    need a lot of room.

4            MR. BRENNER:  Your Honor, just one quick matter.  We

5    can do it either right now or right before we come back.

6            THE COURT:  Let's do it now.

7            MR. BRENNER:  I do want to make sure the witness has

8    been appropriately advised --

9            THE COURT:  Young man, you can step down, and you

10   can step outside of the courtroom.

11           (Witness excused.)

12           MR. BRENNER:  I'm going to come to the podium.

13           I just wanted to make sure that the witness has been

14   appropriately advised of rulings and limitations on testimony.

15   I'm particularly concerned if Mr. Bates gets into the area of

16   the police.

17           THE COURT:  Oh, I'm confident that counsel

18   understand the significance of the Court's rulings with regard

19   to police reports, police determinations, and the like.

20           Obviously you can ask him questions generally about

21   who he spoke with, but don't let him volunteer any information

22   about how that was resolved, any credibility determinations

23   that may or may not have been made by the police and the like.

24           MR. BATES:  I certainly understand.  Thank you.

25           THE COURT:  I think Mr. Blanchard wants to speak.

1          MR. BLANCHARD:  I was just going to say, Mr. Davis

2   may be outside, but we can talk with Mr. Davis about that.

3          THE COURT:  Okay.

4          MR. BRENNER:  Okay.  Thank you.

5          THE COURT:  Very good.  All right.  Counsel, I'm

6   sure you want to go ahead and take your personal breaks, so go

7   ahead and do that, and we'll go ahead and call the Nuckolls

8   case.

9          (Recess.)

10         (Court proceedings resumed at 11:53 a.m.)

11         THE COURT:  I'm just trying to evaluate where we

12  are.

13         How much longer do you think you're going to need

14  with the witness?

15         Y'all may be seated.  I'm sorry.

16         MR. BATES:  Judge, difficult to estimate, but I

17  would say two-and-a-half to three hours.  This is a critical

18  witness in this case.  So -- and I'll try to be as efficient

19  as possible.

20         MR. BRENNER:  Is counsel saying two-and-a-half to

21  three hours more?

22         THE COURT:  That's what he said.

23         MR. BRENNER:  Okay.  I think we should, some time

24  before the end of the day, address -- address scheduling.

25         THE COURT:  Yeah, if this witness is going to take

———B.R. v. F.C.S.B.———

80

1    two-and-a-half, three hours more, we got to work in a lunch,

2    it looks like we're going to get through one witness today.

3            MR. BRENNER:  Maybe.

4            MR. BATES:  Your Honor, our hopes is we'll -- we'll

5    get through two, depending on the length of cross.

6            THE COURT:  All right.

7            (Jury present.)

8            THE COURT:  Thank you.  You may be seated.  Ladies

9    and gentlemen, we're going to try to shoot for our lunch break

10   somewhere between 1:15 and 1:30.  Okay?  Very good.

11           You can bring the witness back in.

12           You're still under oath.  Please make sure you get

13   close enough to the mic so we can hear you.

14           (Witness seated.)

15           MR. BATES:  May I proceed, Your Honor?

16           THE COURT:  You may.

17   BY MR. BATES:

18   Q.   C_____, do you recall before the break I asked you

19   about what your weight was in that 8th grade school year?

20   A.   Yes, sir.

21   Q.   Okay.

22           MR. BRENNER:  Objection, asked and answered, Judge.

23           THE COURT:  Overruled.

24           MR. BATES:  If I -- and, Your Honor, may I approach

25   the witness to refresh his recollection --

─B.R. v. F.C.S.B.─

81

1          THE COURT:  Yes.

2          MR. BATES:  -- of his deposition?

3          THE COURT:  Yes.

4          Young man, take a look at this particular document,

5   read it to yourself; don't comment on it.  Read it to

6   yourself.  After you're finished reading it, look up, and

7   Mr. Bates may have a question for you.

8          Okay.  He's looked up.

9          MR. BRENNER:  What page again?

10         MR. BATES:  Page 86 to 87.

11  BY MR. BATES:

12  Q.   C███████, did you have a deposition taken in this case?

13  A.   Yes, I did.

14  Q.   And that was some time last summer about?

15  A.   Yes, I did.

16  Q.   Okay.  And did you -- does looking at that document

17  refresh your recollection as to what your weight was during

18  that school year?

19  A.   Yes, it does.

20  Q.   And how much did you weigh about that time?

21  A.   80 to 90 pounds.

22         MR. KEEFE:  (Laughter.)

23         MR. BATES:  Can I -- can I retrieve?

24         THE COURT:  Counsel, counsel.

25         MR. KEEFE:  I'm sorry, Your Honor.

B.R. v. F.C.S.B.

82

1          MR. BATES:  Can I retrieve, Your Honor?

2          THE COURT:  You may.

3   BY MR. BATES:

4   Q.   Sir, the messages that we were just looking at, the

5   250-page stack, I'm going to have a number of questions for

6   you about those messages.

7          If you can take a look at Exhibit 1 in your book.

8   And we don't -- we don't have to publish this on the screen

9   yet, but if you can tell me -- my question is going to be what

10  is the date range of these messages between you and B████?

11  And I'll just instruct you that the messages are -- and you

12  may know this -- in reverse chronological order.  So the

13  messages start at the end and end at the beginning, if that

14  makes sense.  So maybe just be more pointed with my questions.

15         What is the date of the first message?

16  A.   November 2, 2011.

17  Q.   Okay.  And -- and then if you can flip to the first page.

18  What is the date of the last message?

19  A.   November 20, 2011.

20  Q.   Okay.  So this -- this exhibit that we're looking at is

21  from November 2, 2011, to November 20, 2011?

22  A.   Yes, sir.

23  Q.   During that 18-day period; is that correct?

24  A.   Yes, sir.

25  Q.   Okay.  Now, before -- did you recall that you -- before

———B.R. v. F.C.S.B.———

83

1   you found these messages, did you recall that you had some --

2   some type of messaging with B███ during this time period?

3   A.   I remembered that we text, and I know that we messaged on

4   Facebook, but I didn't know that it was to this extent.

5   Q.   Okay.  You didn't remember that it was to that extent?

6   A.   No.

7   Q.   Okay.  So you know you had text messages in addition to

8   these Facebook messages?

9   A.   Yes, sir.

10  Q.   And what -- what do you recall about what -- well, let me

11  ask you, have you seen any text messages being produced --

12  did -- let me rephrase that.

13          Did you produce any text messages in this case?

14  A.   No.  Because those were deleted.

15  Q.   Okay.

16  A.   And I even tried to reach out to my cell phone provider,

17  but they only go back five years.

18  Q.   Okay.  And have you seen any text messages being produced

19  by B███ in this case?

20  A.   No.

21  Q.   Okay.  And what is your recollection as to -- and I'm

22  going focus on the text messages, not these Facebook messages.

23  What is your recollection as to what was in those text

24  messages?

25  A.   Hey, how is it going?  How was your day?  Just like very

─B. R. v. F.C.S.B.─

84

1  generic text message.

2  Q.   Okay.  Do you recall that there were any text messages

3  that were sexual in nature --

4          MR. BRENNER:  Objection, leading, Your Honor.

5  BY MR. BATES:

6  Q.   -- in the text messages?

7          THE WITNESS:  I don't remember.

8          THE COURT:  Just a second.

9          Young man, as I said, if the Court -- if there's an

10  objection or if you hear the Court speaking, please refrain

11  from answering the questions.

12          What is the objection?

13          MR. BRENNER:  The second question was leading after

14  he answered the first question.

15          THE COURT:  Rephrase.

16  BY MR. BATES:

17  Q.   Can you -- let's take a look at --

18          MR. BATES:  If we can publish -- permission to

19  publish Exhibit 1, Your Honor?

20          THE COURT:  You may.

21          (Exhibit published.)

22  BY MR. BATES:

23  Q.   Okay.  And we're going to go through these, C███████,

24  and it might be easier to look at the screen.  So I'm going to

25  direct Grady to -- and, again, the numbers that I reference

———B.R. v. F.C.S.B.———

85

1    are on the bottom right of the screen.  That's for Grady and

2    for you, C█████, if you want to look at the book.

3              But on page 255, B████ references your name; is that

4    right?

5    A.   Yes.

6    Q.   And then on the next page, on 254, you ask, "Who dis"; is

7    that right?

8    A.   Yes.

9    Q.   And she responds, "It's your best friend, other account."

10             Do you see that?

11   A.   Yes.

12   Q.   What do you recall -- when she said "other account," what

13   do you recall?

14   A.   I don't remember.

15   Q.   Okay.  And so, by the time these messages start, do you

16   recall if you already knew who -- who B.R. was?

17   A.   Yes.

18   Q.   Okay.  And you -- but you had hung out with her already?

19   A.   Yes.

20   Q.   And is that what you testified earlier to about hanging

21   out with, you know, her in those groups of the other friends?

22   A.   Yes, sir.

23   Q.   Okay.  If -- if you can flip -- if we can have Grady go

24   to page 138 and 139.

25             We can just start with 138, actually.

1    A.    Okay.

2    Q.    Down on the bottom right -- and by the way, sir, let me

3    know if you need more time to read the messages.  I'll ask a

4    question, but you can -- you can take the time if you need it.

5              On the bottom two messages, B███ sends you two

6    messages saying, "Sophia is inviting you to a group video

7    chat."

8              Do you see those?

9    A.    Yes, I do.

10   Q.    What's your understanding as to who Sophia is?

11   A.    I don't remember.

12   Q.    Okay.  Could that have been the name of the account that

13   you were communicating with?

14             MR. BRENNER:  Objection, leading.

15             THE COURT:  Sustained.

16             THE WITNESS:  I don't remember.

17   BY MR. BATES:

18   Q.    Oh, that's fine.  If we could -- on -- so let's flip back

19   to page 252.

20             And on this page, did you ask B███ what was wrong

21   with her?

22   A.    Yes, I did.

23   Q.    And she told you, "Everything"?

24   A.    Yes.

25   Q.    And -- and we've highlighted some of these to make it

─────────── B.R. v. F.C.S.B.───────────

87

1   easier on the screen.

2            And you asked what was wrong with B███ up in that

3   message above that?

4   A.   Yes, I did.

5   Q.   Okay.  And we can turn to page 250.

6            And you can take a look at these messages.  Was --

7   was B███ telling you in these messages that David had dumped

8   her?

9   A.   Yes.

10  Q.   Okay.  And you say, "Remember, if he dumps you, you

11  always have me."

12           Do you see that?

13  A.   Yeah.  Yes.

14  Q.   And -- and were you essentially, you know, making a move

15  on her with these messages?

16           MR. BRENNER:  Objection, leading.

17           THE COURT:  Sustained.

18           THE WITNESS:  Yes.

19  BY MR. BATES:

20  Q.   Oh, I need to -- when the --

21           THE COURT:  When I sustain an objection, as I've

22  said, what I want you to do is before you answer any question,

23  and there's an objection, in other words, something from the

24  lawyers or the Court speaks, please do not say anything.

25           If there's an objection that's sustained, one thing

B.R. v. F.C.S.B.

88

1    happens.  If it's overruled, another thing happens.  Don't

2    worry about trying to learn the rules of evidence.  I will say

3    something to the extent, You can answer that question or don't

4    answer that question.

5              THE WITNESS:  My apologies.

6              THE COURT:  No problem.

7    BY MR. BATES:

8    Q.   Why did you say, "Remember, if he dumps you, you always

9    have me"?

10   A.   I don't know.

11   Q.   Okay.  Turn to page 248.

12             Do you see where it says -- B███ says, "I just

13   never want to be around him ever.  He's obviously still in

14   love with Melanie."

15             Do you see that?

16   A.   Yes, I do.

17   Q.   And who is she referring to here?

18   A.   David's ex-girlfriend.

19   Q.   Melanie is David's ex-girlfriend?

20   A.   Yes.

21   Q.   Okay.  And in the message above you say, "He was kissing

22   her yesterday, but don't tell him I told you."

23             Do you see that?

24   A.   Yes, I do.

25   Q.   And were you telling B███ that you saw David and Melanie

─B.R. v. F.C.S.B.─

89

1   kissing?

2   A.   Yes.

3   Q.   Okay.  On page 247, if you can take a look at those

4   messages.

5         Do you see where B███ says, "He's mean, calling me

6   ugly.  Uh, he is right."

7         And do you see that?

8   A.   Yes.

9   Q.   And what do you respond to her?

10  A.   "Don't listen to him."

11  Q.   Can you just speak up a little bit more?

12  A.   "Don't listen to him."

13  Q.   Yeah, thank you.

14        And -- and what do you say in that top highlighted

15  message?

16  A.   "It's okay.  Don't worry."

17  Q.   Were you comforting her here?

18  A.   Yes.

19  Q.   Okay.  On -- if we can turn to 246.

20        Do you see at the bottom where B███ says, "I need

21  to talk to you"?

22  A.   Yes, I do.

23  Q.   And by the way, that "you" has -- like four U's.  Do you

24  see that?

25  A.   Yes.

B.R. v. F.C.S.B.

90

1   Q.   Okay.  And are you asking her what she needs to talk to

2   you about?

3   A.   Yes.

4   Q.   And what does she say in response to that?

5   A.   "I like you more than a friend."

6   Q.   Okay.  And these messages above that, is this the start

7   of your relationship with B████?

8   A.   Yes.

9   Q.   And so, you actually ask her out.  And that message says,

10  "Want to go out?"  Is that right?

11  A.   Yes.

12  Q.   Okay.  And do you see right above that she says, "Yeah,

13  but J████ may kill me"?

14  A.   Yes.

15  Q.   And do you have an understanding of why that was said?

16  A.   Because they were friends.

17  Q.   Okay.  And you were now dating your ex -- your ex's

18  friend?

19  A.   Yes.

20          MR. BRENNER:  Objection, leading.

21          THE COURT:  Overruled.

22  BY MR. BATES:

23  Q.   What's your understanding of the relationship between --

24  well, were B████ and J████ close friends, not so close

25  friends, best friends?  What were they?

─────B.R. v. F.C.S.B.─────

91

1    A.   I would say they were close friends.

2    Q.   Okay.  And at the top message you ask, "so are we

3    dating?"  Is that right?

4    A.   Yes, sir.

5    Q.   And you can turn to page 245.  And the third message from

6    the bottom, do you see where she says, "Yeah, we are, heart

7    symbol, and I still have my phone taken away till tomorrow."

8    Do you see that?

9    A.   Yes.

10   Q.   So you believe that right there is sort of the -- that

11   date on November 5th, that's the start of your relationship

12   with her?

13           MR. BRENNER:  Objection, leading.

14           THE COURT:  Sustained.

15           MR. BATES:  Your Honor, I would -- for sake of time,

16   I would ask for a little bit of leeway on the messages.

17           THE COURT:  I don't mind you providing some

18   background for providing information that's going to help us

19   resolve the issues in the case, but you can't lead with

20   substantive matters.

21           MR. BATES:  Understood.  Thank you.

22   BY MR. BATES:

23   Q.   If we can just flip to page 206 for a moment.

24           MR. BRENNER:  206, Mr. Bates?

25           MR. BATES:  Yup, 206.

─B.R. v. F.C.S.B.─

92

1   BY MR. BATES:

2   Q.   And what is the date of -- what is the date of the

3   highlighted message right there?

4   A.   November 7, 2011.

5   Q.   So that's two days after you guys started dating?

6   A.   Yes.

7   Q.   And do you see where it says, halfway through that line:

8   "As you knew, I had a really big crush on you when you and

9   J███ dated.   LOL.   I denied it, but it was so true."

10           Do you see that?

11  A.   Yes, I do.

12  Q.   So we can flip back to 245.   By the way, in that third

13  message from the bottom it says, "I have my phone taken away

14  until tomorrow."   Do you see that?

15  A.   Yes, I do.

16  Q.   Was it your understanding -- was that typical of the time

17  that you knew B███, that her phone was being taken away?

18  A.   Yes.

19  Q.   And who took her phone away, to your knowledge?

20  A.   Her mother.

21  Q.   Okay.   If you can take a look at pages 245, and you can

22  probably -- this is probably best to do this in your book.

23  But if we can put on the screen maybe 245 and 244.

24           But for time purposes, it might be best, C███████,

25  if you can look at 245 and just kind of scan the four pages

─────────── B.R. v. F.C.S.B. ───────────

93

1   before that, and then when you're ready, I'll ask you a

2   question.

3   A.   I'm ready.

4   Q.   Okay.  In these messages, did the two of you start

5   talking about sexual things that you wanted to do with each

6   other?

7   A.   Yes.

8   Q.   Okay.  Let's put up 245.  And at the top message it

9   says -- do you see where it says, "I want to make out with

10  you"?

11  A.   Yes.

12  Q.   And was that you saying that?  It's hard to tell in this.

13  You might want to look in the book.

14  A.   Yeah, it was.

15  Q.   And what is her -- and in her response to that on 244, on

16  the bottom of 244 she says, "I really wanted to for a long

17  time."  Is that right?

18  A.   Yes, sir.

19  Q.   And this is within -- these talks of making out and other

20  sexual things, this is within basically hours of the two of

21  you starting to date?

22  A.   Yes, sir.

23            MR. BRENNER:  Objection, leading.

24            THE COURT:  Sustained.

25  BY MR. BATES:

B.R. v. F.C.S.B.

94

1    Q.   If you can turn to 243, at the fourth from the bottom of

2    243.  In the fourth -- it looks like the third message from

3    the bottom that's at 2:45 p.m., it says, "ik."  Do you know

4    what "ik" means?

5    A.   I know.

6    Q.   It says, "I know she would" -- do you see where it says,

7    "I know she would get pissed for me being a slut, but she's in

8    like love with Atta, so idk."  Do you see that?

9    A.   Yes, I do.

10   Q.   Was -- who was referring to -- who was B███ referring to

11   being a slut in that message?

12   A.   She's talking about J███ thinking that she would be a

13   slut.

14   Q.   Okay.  Was B███ calling herself a slut there?

15           MR. BRENNER:  Objection, leading.

16           THE COURT:  Sustained.

17   BY MR. BATES:

18   Q.   If we can -- in that middle message on 243, there's a

19   discussion about going to the little park.

20           What little park is that?

21   A.   The little park that's right around the corner from her

22   house.

23   Q.   Okay.  And is this the same park that you referenced

24   earlier that guys had played tag at?

25   A.   Yes, sir.

B.R. v. F.C.S.B.

95

1   Q.   Okay.  If we can turn to page 241.

2          Can you read into -- and so are you guys -- in these

3   messages, are you guys arranging -- what are you guys

4   arranging in these messages?

5   A.   To hang out.

6   Q.   Okay.  And can you read into the record -- and I

7   apologize --

8          THE COURT:  It speaks for itself.

9   BY MR. BATES:

10  Q.   Okay.  And at the bottom in this message, is -- who is

11  asking to have sex with you?

12  A.   B███.

13  Q.   Okay.  And if we turn to page 238.  At the second from

14  the bottom, is B███ offering to perform oral sex on you here?

15  A.   Yes, she is.

16  Q.   And on page -- on that same page above, in the second

17  message from the top, what is she asking you to bring?

18  A.   Bring condoms.

19  Q.   And on 237, in that middle message at 9:53 p.m. and

20  14 seconds, is she asking you again to have sex with you --

21  with her?

22          MR. BRENNER:  Your Honor, the document speaks for

23  itself.

24          MR. BATES:  Your Honor, can we approach rather

25  quickly?

─────B.R. v. F.C.S.B.─────

96

 1          THE COURT:  Well, let me give you the perspective of

 2   the Court.  With regard to the pejorative language that is in

 3   these emails, they speak for themselves.  So we don't need to

 4   read all of this pejorative language into the record.  The

 5   record speaks for itself.

 6          You can ask him questions about what he did in

 7   response to these messages that he says he received, but you

 8   can't suggest to him what you think they may have meant.  So

 9   let's stay in the lane.

10          MR. BATES:  Your Honor, could we just have a very

11   brief sidebar on this issue?

12          THE COURT:  This will be unique.  We've never had

13   one.  So come on up.

14          (Sidebar.)

15          THE COURT:  I get the point that everybody wants to

16   bring all this salacious stuff into the case.  I get that

17   point.  I think it's a distraction to the jury, and reading

18   these things out loud serves no useful purpose.  Since I've

19   allowed the document to come in, they can read it for

20   themselves.

21          I've allowed you to post this so they can actually

22   look down contemporaneously with what the -- while the witness

23   is testifying.  So reading all this stuff in and suggesting to

24   him what they meant to him I think is something that we don't

25   need to pursue.

─────B.R. v. F.C.S.B.─────

97

1          MR. BATES:  Okay.  My only issue is that he doesn't

2    have a clear recollection of these messages, so I'm using

3    these to --

4          THE COURT:  It goes to his credibility.

5          MR. BATES:  -- refresh his recollection.  The

6    separate issue is the jury is not going to be able to read

7    these messages for two weeks, so there's testimony coming in

8    behind this, so --

9          THE COURT:  We go to the two weeks again.

10          MR. BATES:  Well, hopefully not two weeks, but we

11    just started our case yesterday.  So there's testimony coming

12    in behind him.

13          So while I don't think there's 250 pages of messages

14    that we need to read, I would ask for a little bit of leeway

15    in questioning him, and this is why I asked to sort of to lead

16    to tell the story of what was happening in these messages.

17          THE COURT:  Well, you can do it this way.  Sir --

18    I'm just using this as an example -- look at November 2011, on

19    line 32 that's highlighted by Grady -- Mr. Grady -- what did

20    this mean to you?  And let him testify.  Sir, look at

21    November 15, 2011.  Read that one that's highlighted by Grady.

22    What did you interpret this to mean?  And that's the way we

23    are going to do it.

24          MR. KEEFE:  Okay.  Before we leave, I just wanted to

25    put on the record, I apologize to you and Mr. Bates for my

─────B.R. v. F.C.S.B.─────

98

1   outburst.

2           THE COURT:  Well, okay.  As -- and I appreciate you

3   saying that, but it is up to us, no matter how tough these

4   things are, to be the professionals in the room, and that

5   didn't help us a lot.  I just suggest that you learn from it.

6           MR. KEEFE:  Yes.

7           (Open court.)

8   BY MR. BATES:

9   Q.   If we can turn to page 227, 2-2-7.  And if you can take a

10  look at the message that's also on the screen.  If we can

11  highlight this maybe or zoom this in a little bit.  What is

12  your understanding that B█████ is asking you in this message?

13  A.   She's asking for sex.

14  Q.   And if we can turn to page 216.  That second message, if

15  you can unzoom that, Grady, please.  And that second message,

16  what's your understanding of what B█████ is asking you to do

17  here?

18  A.   Asking me if I want to have sex.

19  Q.   Okay.  In these -- so in these first few days of you

20  dating B█████, what, if any -- were you encountering any

21  difficulty trying to meet -- connect with her?

22  A.   Yes.

23  Q.   And what's your understanding as to why?

24  A.   She was always grounded.

25  Q.   What do you know about her -- well, actually , let's --

B.R. v. F.C.S.B.

99

1   if we can turn to page 237.  And if you look at that middle

2   message.  And my question has to do with her phone.  What's

3   your understanding as to what was happening with B████ phone

4   at this time?

5   A.   That she -- her mom hid her phone.

6            THE COURT:  Get closer to the mic, please.

7            THE WITNESS:  Her mom hid her phone.

8   BY MR. BATES:

9   Q.   And on 229, can we take a look at that.  What's your

10  understanding as to this highlighted message?

11  A.   Her mom still had her phone.

12  Q.   And what's the date of that message?

13  A.   November 6, 2011.

14  Q.   If we can turn to page 220.  If you can read that

15  highlighted message at the bottom.

16  A.   "My Mom is yelling at me.  I got my phone taken away for

17  the night.  I'm screwed.  She yelled at me in front of Arianna

18  and threatened Arianna."

19  Q.   And who -- who's Arianna?

20  A.   Her friend.

21  Q.   Okay.  Turn to page 216.  It's the second message from

22  the bottom.

23            What -- what's your understanding of what B████ was

24  telling you here?

25  A.   She was grounded again.

─────B.R. v. F.C.S.B.─────

100

1    Q.   Okay.  And what's your understanding of that top message,

2    the second from the top that's not highlighted of what she

3    was --

4    A.   Asking for sex again.

5    Q.   Okay.  If we can turn to page 215.  That second message

6    from the bottom, who -- who is saying this?

7    A.   B███.

8    Q.   Okay.  And can you read that into the record?

9    A.   "And, Lol, I'm running away from home, so Arianna and her

10   mom invited me to live with her, so, yeah."

11   Q.   Okay.  What was your understanding of what she was

12   telling you here?

13   A.   She's running home (sic) to live with Arianna and her

14   mom.

15   Q.   And if you can -- two -- two messages up.

16        And if you can speak up again, sir, I think you're

17   drifting away from the mic here.

18        If you can read that second -- the highlighted

19   passage there.

20   A.   "My parents said if I continue to act this way that they

21   are going to take me out of Carson.  WTF.  And then they're

22   like, I love you.  I want you to not cry.  I'm like, I will

23   cry, and I hate you."

24   Q.   Okay.  And who is saying this?

25   A.   B███.

─── B.R. v. F.C.S.B. ───

101

1  Q.   Okay.  You can read the third -- the second from the top

2  highlighted passage.  You can read the entire thing if you'd

3  like, but what's your understanding of what B███ is telling

4  you here?

5  A.   That they abuse her.  Her parents.

6  Q.   Who is "they"?

7  A.   Her parents abuse her.

8  Q.   Okay.

9  A.   But she told J███ and I multiple times before.

10  Q.   What do you recall about that?

11  A.   She would just tell us that her parents were mean and

12  that her mom would always yell at her, like verbally abuse

13  her.

14  Q.   Okay.  Did she ever tell you about physical abuse?

15  A.   She said that her dad would be physical, but as far as

16  that, I don't know.

17  Q.   Okay.  And when you say "she," B███ --

18  A.   B███.

19  Q.   -- told you --

20  A.   Yeah, B███.

21  Q.   -- that her dad was physical with her?

22  A.   Yes.

23  Q.   Okay.  If you can turn to page 214.  We don't have to

24  read the bottom highlighted passage, but the top one.

25        What is your understanding that she is asking you

─B.R. v. F.C.S.B.─

102

1   from you here?

2   A.   Asking me to get a condom.

3   Q.   Okay.  And if we can look at page 208.  Highlighted

4   passage there.

5        What does she refer to you as?

6   A.   "Boyfriend."

7   Q.   What's the word before that?

8   A.   "Hot boyfriend."

9   Q.   Okay.  And -- and what do you refer to her as?

10  A.   "Amazing girlfriend."

11  Q.   Okay.  If we can take a look at 205.  Fourth message from

12  the top that's highlighted.  You can read that.  I'll give you

13  a moment to read that.

14  A.   Do you need me to read it?

15  Q.   No, just -- you can read that to yourself.

16  A.   Okay.

17  Q.   What was your understanding that B███ was saying that

18  she wanted to do to you?

19  A.   She wanted to -- to rape me.

20  Q.   Okay.  And take a look at 203.

21        Did she bring that same "rape" word up again there?

22  A.   Yes, she does.

23  Q.   With the heart symbols?

24  A.   Yes.

25  Q.   Okay.  And take a look at 191.  At the top.

─────B.R. v. F.C.S.B.─────

103

1   A.   She said it again.

2   Q.   Yeah, well, wait for my question.

3        Did she say that same word again?

4   A.   Yes.

5   Q.   Okay.  By the way, just take a look at your messages

6   around that.  Or before that.  Do you reference that word?

7   A.   No.

8   Q.   Okay.  We can go to 171.  And I'll give you a moment to

9   read that highlighted message.

10       And is she bringing up that same "rape" word again?

11  A.   Yes.

12  Q.   Okay.  Read the messages around that, and see if you

13  reference that word at all.

14  A.   No.

15  Q.   And will you turn to page 45.

16       MR. BRENNER:  I'm sorry, Mr. Bates.  I didn't catch

17  the number.

18       MR. BATES:  4-5.

19       MR. BRENNER:  Just 4-5?

20       MR. BATES:  45.

21       MR. BRENNER:  45, thank you.

22  BY MR. BATES:

23  Q.   And who -- who in these -- does she bring up that same

24  word again?

25  A.   Yes.

Direct - C.K.

───────B. R. v. F.C.S.B.───────

104

1    Q.   Okay.  And do you bring it up in this instance?

2    A.   No.

3    Q.   You've reviewed these messages before -- before today; is

4    that right?

5    A.   Yes.

6    Q.   Do you ever bring up the word "rape" in these messages?

7    A.   No.

8    Q.   Okay.  By the way, did you -- what was your -- what was

9    your understanding of -- when B███ was bringing up this word?

10   A.   I guess I didn't think anything of it back then.

11   Q.   Did you think she was joking?

12   A.   Yes.

13   Q.   Okay.  And she's joking -- would it be fair to say that

14   she's joking that she wanted to do this to you?

15        THE COURT:  Any question that begins with "would it

16   be fair to say" is naturally leading.

17        MR. BATES:  Oh, I apologize.  Can I rephrase?

18        THE COURT:  Sure.

19   BY MR. BATES:

20   Q.   Who -- who is saying -- in these messages, there's five

21   instances that we're talking about, who is saying that they

22   want to rape who?

23   A.   B███ wanted to rape me.

24   Q.   Okay.  And you -- did you ever say that to her?

25   A.   No.

─────────────── B.R. v. F.C.S.B. ───────────────

105

1          MR. BRENNER:  Asked and answered.

2    BY MR. BATES:

3    Q.   Did you ever say that to her in person?

4    A.   No.

5    Q.   Okay.  Did you ever say that to her in text message?

6    A.   No.

7    Q.   Okay.  If we can turn to page 197, please.  197.  I'll

8    give you a moment to read those highlighted passages.

9    A.   I've read it.

10   Q.   What's your understanding of what's going on in these

11   messages?

12   A.   That her mom said that she is going to be a failure and

13   that her brother is going to do more than her.  And called her

14   a bitch.

15   Q.   When you guys are talking on the phone, on video chat,

16   outside of these messages, did B████ tell you things like that

17   that you can recall?

18   A.   I don't remember.

19   Q.   Okay.  And -- and when she says that her mom calls her

20   these things, what do you -- what do you call her in that

21   third message from the bottom?

22          Oh, I'm sorry.  I'm sorry.  Let me rephrase that

23   question.

24          And if we could turn to page 196.  That first

25   highlighted message on the bottom, can you -- who is this

B.R. v. F.C.S.B.

106

1  message from?

2  A.    It's from B█████.

3  Q.    Okay.  And -- but what's your understanding of what she's

4  saying in this message?

5  A.    That she was nervous.

6  Q.    No, the message at November 8th.

7  A.    Oh.

8  Q.    At the bottom.

9  A.    That she's a whore.

10  Q.    And -- and did somebody call her that?

11  A.    Yes.

12  Q.    Who?

13  A.    Her mom.

14  Q.    What else did her mom call her?

15  A.    A disgrace.

16  Q.    And let's turn to page 195.

17          What's your understanding of -- of what she is

18  saying on this page?

19  A.    She's saying that I'm a good kisser.

20  Q.    Okay.  And we can -- okay.  Let's turn to page 184.

21  Actually, hold on one second.  If we can go to 174, I mean.

22          Okay.  Can you just read this -- these messages.

23  You can probably start in the middle and work your way up, and

24  just let me know when you're ready.

25  A.    I'm ready.

B.R. v. F.C.S.B.

107

1    Q.   And what is going on in these messages?

2    A.   That I hid David's longboard, and I owed him money for

3    it.

4    Q.   Were you -- were you telling her that you could not hang

5    out?

6    A.   Yeah.

7    Q.   Okay.

8            MR. BATES:  We can take the messages down for a

9    moment.

10   BY MR. BATES:

11   Q.   Can you tell us the story, in as much detail as you can

12   about what happened with David's longboard and money

13   associated with that, if you can take it chronologically to

14   the extent you can?

15   A.   So David and I would play jokes on each other and hide

16   our longboards from each other.  And one day I went over to

17   his mom's house to see if he could hang out, but she said that

18   he was at Brennan's house.  So I --

19   Q.   Sorry.  Who -- who is Brennan?

20   A.   Brennan is -- he -- he lives near me.

21   Q.   Okay.

22   A.   He's like a five-minute longboard ride to his house.

23           And I saw David's longboard in the front yard, so I

24   couldn't find anywhere good to hide it, so I decided to put it

25   in the back of one of the neighbor's pickup trucks, and that's

B.R. v. F.C.S.B.

108

1  where it ended up being the entire time, but he kept saying

2  that he couldn't find it.

3         And then his parents came to my house, and they were

4  asking me to pay the money, but I didn't have the money.  And

5  I didn't ask my mom or my grandpa about it.

6  Q.   Did you -- let me just stop you there for a moment.

7         So was this serious, or is this some type of joke?

8  A.   This is a joke.

9  Q.   Okay.  And did you -- did you tell David where the board

10  was?

11  A.   Yes, I told him multiple times.  I said it's -- I didn't

12  know the neighbor's name, but I said it was the house with the

13  pickup truck in front of it, it's in the trunk.  But I --

14  Q.   Open -- it had open -- it had open --

15  A.   It was an open bed.

16  Q.   Okay.  By the way, had -- had you guys done

17  skateboard-stealing pranks on each other like this in the

18  past?

19  A.   Yes, sir.

20  Q.   What -- just tell me about -- tell us about that briefly.

21  A.   He would just like hide it in the bush or something like

22  on the side of my house or in one of the neighbor's bushes.

23  Q.   He would hide what?

24  A.   My longboard.

25  Q.   Who's "he"?  I'm sorry.

———B.R. v. F.C.S.B.———

109

1   A.    David.

2   Q.    Okay.  So in the past, David had hit your longboard from

3   you?

4   A.    Yes.

5   Q.    Okay.  So -- so pick up the story there when you said,

6   you know, David couldn't find the longboard and -- and there

7   was some money.

8   A.    Yes.  So David said that he couldn't find it after I told

9   him where it was.  And his parents said that I needed to pay

10  them back for the money -- or pay them back for the longboard.

11  But I didn't want to ask my mom or my grandpa because I didn't

12  know if they had the money at the time.  And I ended up going

13  to the house where I put it, and it was in the back of the

14  truck, so I took it over to his house.

15  Q.    Okay.

16  A.    But before I did that, I did ask B███ for money, but I

17  didn't blackmail her or anything.  I just asked for $50, and

18  she gave me $50 willingly the next day I saw her.

19  Q.    Okay.  Let's just put up the messages again at 174.  And

20  that third message from the top, is -- is this -- what are you

21  conveying to her in this message?

22  A.    That I owe him money for the longboard.

23  Q.    Okay.  If we would turn to 173.  Who offers to help you?

24  A.    B███.

25  Q.    Okay.  And what is your response when she offers to help

B.R. v. F.C.S.B.

110

1   you, right above that?

2   A.    "It's KK, babe, my grandpa" --

3   Q.    No, just the message right above the -- the second

4   highlighted message from the --

5   A.    "No, it's okay."

6   Q.    So were you initially saying, No, thanks?

7   A.    Yes.

8   Q.    And if we can turn to page 168.  In that middle message,

9   what's your understanding of what she's conveying to you

10  there?

11  A.    She said that she wanted to help.

12  Q.    Okay.

13  A.    And that I could pay her back.

14  Q.    Okay.  And did you intend to pay her back?

15  A.    Yes.

16  Q.    Okay.  And what did she tell you in that top message?

17  A.    That she has $800 at home.

18  Q.    Okay.

19  A.    That she could pay for it.

20  Q.    We can take the messages down for a moment.

21          So what was your understanding of this arrangement

22  with the money that she was lending to you?  You mentioned

23  that --

24  A.    That she was going to give me money, and that I would pay

25  her back.

─────────────B.R. v. F.C.S.B.─────────────

111

1    Q.   Did you threaten B.R. in any way?

2    A.   No.

3    Q.   Do these -- these messages that you reviewed, do they

4    show any threats with regard to blackmail or extortion or

5    anything with regard to this money?

6    A.   No, they don't.

7    Q.   Did you ever threaten her family with regard to this

8    money?

9    A.   No, I didn't.

10   Q.   Did you ever blackmail or extort B████ at any point?

11   A.   No I didn't.

12   Q.   Did you ever hold her at knifepoint?

13   A.   No, I didn't.

14   Q.   All right.  Let's go to 166 in the messages, if we can

15   put that back up.

16        I'll give you a moment to read this one.  We can

17   probably zoom this one in.  I'll give you a moment to read

18   this one, and just, if you can, tell me what's your

19   understanding of what's going on here.  And I'm more concerned

20   about the back half of this message.

21        Let me rephrase my question.

22   A.   Where her locker is?

23   Q.   What -- what do you recall is going on in this set of

24   messages where you see -- you asked where her locker is at the

25   bottom?

B.R. v. F.C.S.B.

112

 1   A.   She tells me what she's wearing, and then she told me the

 2   locker number and where it's located.

 3   Q.   Okay.  And what do you recall about her -- any

 4   instructions or directions with regard to coming to her

 5   locker?  Do you recall anything about that?

 6   A.   No.

 7   Q.   Okay.  That 498 in that is -- what's your understanding

 8   as to what that is?

 9   A.   It's her locker number.

10   Q.   Okay.  And when the reference of the Explorers banner

11   thingy what is your understanding?

12   A.   It is the name of the team that she's in where her locker

13   is.

14   Q.   If we can turn to 161.  What's your understanding of what

15   B.R. is asking you to do in this message?

16   A.   Stop by her locker more.

17   Q.   And we can go to 49.  4-9, just 49.  Yup.  I'm sorry --

18   hold on one second.  You can take the messages down.

19            I'm sorry.  It is 49, if you can publish that again.

20            This top message, what's your understanding of what

21   she's asking you in this top message?

22   A.   To stop by her locker before first period.

23   Q.   Okay.  And on 105, if we go to 105.  If you can read

24   those highlighted passages to yourself and then let me know

25   when you're done.

─────────────── B.R. v. F.C.S.B. ───────────────

113

1    A.    I'm good.

2    Q.    And what is -- what is going on in these messages?  And

3    by the way, can you use names -- instead of like "she" or

4    "he," if you can use names, that would be helpful for the

5    record.

6    A.    B███ is asking me to stop by her locker, and it's saying

7    that I owe her lots of love, and then asking me to come to her

8    locker.

9    Q.    And were you guys still dating at this time period?

10   A.    I don't remember.

11   Q.    And if we can go to 74.  The highlighted passage, what's

12   your understanding of what she's asking for here?

13   A.    Come stop by her locker before first period.

14   Q.    Okay.  And did you stop by her locker?

15   A.    A few times.

16   Q.    Did you ever harass her when you stopped by her locker?

17   A.    No.

18   Q.    Did you ever touch her in any type of unwanted fashion?

19   A.    No.

20             THE COURT:  Take it down.

21             MR. BATES:  Okay.  Judge, if I may, if we can go to

22   62.

23             THE COURT:  Yes.  What I want to try to avoid, and I

24   know the IT people are working real hard, but after the

25   questioning with regard to any particular exhibit is finished,

─B.R. v. F.C.S.B.─

114

1  we can go ahead and take the exhibit down.  And that applies

2  to both sides.

3          MR. BATES:  Yes.  Certainly, thank you, Your Honor.

4  May we publish 62?

5          THE COURT:  You may.

6          (Exhibit published.)

7          THE COURT:  64.

8  BY MR. BATES:

9  Q.  And what's your understanding of what is being requested

10 in this top highlighted message?

11 A.  Asking me to stop by her locker.

12 Q.  Okay.  If we can go to page 160- -- if we can go to 165,

13 if we could.

14          165.  What is the date of this highlighted message?

15 A.  November 9th, 2011.

16 Q.  Can you read -- and who is saying the highlighted

17 passage?

18 A.  B████.

19 Q.  Can you read that to yourself for a moment?

20 A.  Okay.

21 Q.  What's your understanding as to who B███ is talking

22 about here?

23 A.  Talking about J████.

24 Q.  What is she calling her?

25          THE COURT:  It speaks for itself.

──────B.R. v. F.C.S.B.──────

115

1          MR. BATES:  May I rephrase?

2          THE COURT:  Yes.

3   BY MR. BATES:

4   Q.   Is B███ calling her the derogatory words that are on

5   this page?

6   A.   Yes, sir.

7   Q.   If we can go to page 164.  And if you can read those two

8   highlighted passages to yourself, and let me know when you're

9   done.

10  A.   Okay.

11  Q.   Is this on November 9th?

12  A.   Yes.

13  Q.   And who is stating these -- whose messages are these?

14  A.   B███.

15  Q.   And is she calling herself the derogatory word that's in

16  these messages?

17  A.   Yes, she is.

18  Q.   All right.  If we go to page 130, please.  If you can

19  read these messages to yourself, and when you're done

20  answering the question, what's your understanding of what's

21  being said in these messages?

22  A.   I'm saying that I was in love with her, and she's --

23  B███ is saying that she can't stop thinking about me, and she

24  didn't sleep because I'm always on her mind.

25  Q.   Okay.  You can take these down.  Do you recall arranging

Direct - C.K.

B.R. v. F.C.S.B.

116

1  a time to meet up with B▮▮ after school?

2  A.   Yes.

3  Q.   Okay.  If we can go to page -- well, let me ask you, was

4  that to engage in some type of sexual interaction?

5  A.   There was a plan.

6  Q.   Can you turn to page 109, please.  And the highlighting

7  didn't come through, but if you can read those top two

8  messages, maybe we can zoom in on those top two messages.

9           What's your understanding of what's going on here?

10 A.   She was going to tell her mom that she is staying after

11 school, but still ride the bus home, and that I would meet up

12 with her.

13 Q.   Okay.  We can take that down.

14          What is your recollection of what happened at Rachel

15 Carson Middle School in the after-school period?

16          You can take this down.

17 A.   I know that kids could stay after for the different

18 subjects for like an hour, and then there was either -- your

19 parents picked you up or there were school buses that would

20 take you home.

21 Q.   So given that, what is your understanding of what B▮▮

22 was telling you the plan was?

23 A.   That she was telling her mom she was going to stay home,

24 but still ride the regular school bus, and that I would meet

25 up with her at the bus stop.

Direct - C.K.

—B.R. v. F.C.S.B.—

117

1         MR. BATES:  Can we go to 106, please.  Permission to

2    publish?

3         THE COURT:  You may.

4         (Exhibit published.)

5    BY MR. BATES:

6    Q.   And you can just leave this as is.  We don't need to zoom

7    in.  If you can read these messages to yourself and let me

8    know when you're done.

9    A.   Okay.  I'm good.

10   Q.   What is your understanding of what's being discussed

11   here?

12   A.   She was asking me to ride the bus home with her, but I

13   told her that I would just skate over.

14   Q.   Okay.  Skate over from where?

15   A.   My house.

16   Q.   Okay.  And if we can turn to page 97.

17        You can read those messages to yourself, the

18   highlighted ones.

19   A.   Okay.

20   Q.   And would -- what's your understanding of what she's

21   telling you on that bottom message?

22   A.   That we're going to have sex, and that it's going to be

23   amazing.

24   Q.   Okay.  And we can -- we can move on from that one.  If

25   you can go to page 92, Grady.

—Tonia M. Harris OCR-USDC/EDVA 703-646-1438—
EASTERN DISTRICT OF VIRGINIA

─────────── B.R. v. F.C.S.B. ───────────

118

1          And take a look at that top message.  What's your

2   understanding of what she's conveying to you here?

3   A.   Confessing her love for me.

4   Q.   Okay.  Do you believe she was in love with you at this

5   time?

6   A.   I would say so.

7   Q.   You can take that message down.

8          And if we can go to page 88, please.  And to the --

9   the top -- zoom in on the top two messages.  If you can read

10  these and just let me know when you're done.

11  A.   Okay.

12  Q.   And is this more of the same, professing her love for

13  you?

14  A.   Yes.

15  Q.   You can take that down.

16         And on 79, if you can take a look at the top message

17  there is -- was she telling you a sexual act that she wanted

18  to perform with you?

19  A.   Yes.

20  Q.   Okay.  And you can go to the next page, 78.  What is --

21  just without saying the sexual act, what is your response to

22  that request?

23  A.   No, I don't want one.

24  Q.   And what does she tell you two messages above that?

25  A.   "We'll see tomorrow."

B.R. v. F.C.S.B.

119

1    Q.    Two messages above that?

2    A.    That's a sad face.  Am I not looking at the right thing?

3          THE COURT:  Give him a time stamp.

4    BY MR. BATES:

5    Q.    Grady, if you can unzoom and then go to 8:39:33.

6    A.    "I want to though."

7          MR. BATES:  Can I approach?

8          THE COURT:  You may.

9          THE WITNESS:  "I want to though."

10   BY MR. BATES:

11   Q.    Who is -- who is telling you that she wants to?

12   A.    B████ is telling me that she wants to perform oral sex on

13   me.

14   Q.    And what is your response to that?

15   A.    But I don't want one.

16   Q.    If we can turn to page 73.  If you can look right in the

17   middle there, if you can take a look at the time stamps, the

18   date stamps, the bottom half of those messages, those are on

19   November 13th, 2011.  Do you see those?

20   A.    Yes, sir.

21   Q.    And -- and what is the date of that -- I'm sorry, what is

22   the time of that last message on November 13th right in the

23   middle, is that 9:32?

24   A.    9:32 p.m.

25   Q.    Okay.  And what's -- okay.  And then right above that,

─────B. R.  v.  F.C.S.B.─────

120

1    the next message is the following morning at 5:25 in the

2    morning -- or 5:24 p.m. in the morning?

3    A.    Yes, sir.

4    Q.    Okay.  And the message right above that, is that at 6:05

5    in the morning?

6    A.    Yes.

7    Q.    Okay.  And then what is the time of the message right

8    above that?

9    A.    4:29 p.m.

10   Q.    Okay.  And what are you asking in that message?

11   A.    If her mom saw me.

12   Q.    And if we can turn to page 72 for a moment.

13         And what is your understanding of that bottom

14   highlighted passage?  Who is -- who is saying that?

15   A.    B██████.

16   Q.    And what is your understanding that she's referring to?

17   A.    When we met up and had our interaction.

18   Q.    Okay.  So we can take the messages down.

19         So now I'd like you to walk us through step by step,

20   if you can, what happened from these messages we're seeing

21   about the planning of the bus home and maybe -- you can fill

22   in any gaps, and until -- until we see that message about

23   things being amazing.  So maybe kind of take it step by step,

24   if you can, and I may need to interact -- interrupt you.

25   A.    Okay.

Direct - C.K.

B.R. v. F.C.S.B.

121

1   Q.   What was your -- just give us the background of -- of the

2   planning.

3   A.   So we discussed that we were going to have sex.  So the

4   next day when school let out, she rode her bus home; I rode my

5   school bus home.

6   Q.   Can I stop you there?

7            Just to be clear, is this the --

8   A.   B█████ rode her bus home.

9   Q.   Thank you.  But that was -- I appreciate the

10  clarification, but was this the normal bus, the regular bus

11  that stopped after school?

12  A.   Yes, sir.

13  Q.   Okay.  All right.  Go ahead.  So you both took the normal

14  bus home?

15  A.   Yeah.  And then when I got home, I dropped off my

16  backpack.  And then I longboarded over to her house, which

17  took a few minutes.  And then she said that she knew where a

18  spot was to go to, so --

19  Q.   Can I stop you there?

20           Where did you -- you take the bus home.  You

21  longboard over --

22  A.   To her neighborhood.

23  Q.   Where -- to her neighborhood.

24           Where did you meet her?

25  A.   At the entrance of the neighborhood.

─── B. R. v. F. C. S. B. ───

122

1    Q.   Okay.  And what was her neighborhood?

2    A.   Middleton Farms.

3    Q.   Okay.  I'm going to pause you there for a moment.  And if

4    we can --

5              MR. BATES:  If we can pull up Defendants'

6    Exhibit 84, which has already been admitted, Your Honor.

7              THE COURT:  You may.

8              (Exhibit published.)

9    BY MR. BATES:

10   Q.   Okay.  Are -- are you aware, C█████, that some phone

11   records have been produced --

12   A.   Yes.

13   Q.   -- in this matter?

14             Okay.  Okay.  And if I can direct your attention to

15   the third page.

16             And is it your understanding that these are your

17   call records?

18   A.   My mom's call records, yes.

19   Q.   Okay.

20   A.   It's her account.

21   Q.   Okay.  So your phone was under your mom's account?

22   A.   Yes.

23   Q.   And that was your mom's name at the top?

24   A.   Yes.

25   Q.   Okay.  And if I can direct your attention to 11/14.

B.R. v. F.C.S.B.

123

1        And are you receiving some incoming calls in --

2            MR. BATES:  And if we can zoom in on the top five

3    highlighted passages on 11/14 starting -- yeah, that's fine.

4    BY MR. BATES:

5    Q.   Are you -- and is -- is -- do you see those calls that

6    are from 3/13 to 3/20?

7    A.   Yes, sir.

8    Q.   And -- and those -- to your understanding, those are

9    in -- the bottom one is an incoming call?

10   A.   Yes.

11   Q.   And -- and that's a two-minute call?

12   A.   Uh-huh.

13   Q.   Okay.

14           MR. BATES:  And, Your Honor, I believe it's been

15   stipulated that the 6212 number is the plaintiff's.

16           THE COURT:  Associated with the R████ family.

17           MR. BATES:  Yes, yes.  Thank you.

18   BY MR. BATES:

19   Q.   So you -- you received a call -- according to your call

20   records, you received a call from B███ at 3:13 that day?

21   A.   Yes, sir.

22   Q.   Okay.  And is that record right above it, is that a call

23   that you made to her that same day?

24   A.   Yes, sir.

25   Q.   Okay.  And by the way, the first call is two minutes.

B.R. v. F.C.S.B.

124

1          Do you see that?

2    A.   Yes.

3    Q.   And the second one is one minute?

4    A.   Yes.

5    Q.   And then you received two more calls from her at 3:15 and

6    3:18 for two --

7    A.   Yes.

8    Q.   -- and one minute.  Do you see that?

9    A.   Yes.

10   Q.   And then at 3:20 you -- there's another call for nine

11   minutes?

12   A.   Yes.

13   Q.   Okay.

14            MR. BATES:  You can -- you can take those down.

15   BY MR. BATES:

16   Q.   What's your understanding -- that's -- that's the same

17   day of the interaction that we're -- we're talking about,

18   right?

19   A.   Yes.

20   Q.   And what's your understanding as to what was going on in

21   those back-and-forth calls?

22   A.   I don't know.

23   Q.   I'm sorry?

24   A.   I don't know.

25   Q.   Okay.  If we can --

────B.R. v. F.C.S.B.────

125

1          MR. BATES:  I'd like to show him Defendants'

2   Exhibit 233, which is the school bell schedule.  And it has

3   not been admitted into evidence.

4          THE COURT:  Any objection to the bell schedule?

5          MR. BRENNER:  No -- no objection.

6          THE COURT:  No objection.  You may publish.

7          MR. BATES:  We can publish.

8   (Defendants' Exhibit No. 233 was admitted into evidence.)

9   BY MR. BATES:

10  Q.   C██████, I'm going to show you a copy of the school

11  bell schedule for that year.  If you can tell me what time

12  school ended?

13  A.   2:50.

14  Q.   Okay.  And to your knowledge, how long between the time

15  that 8th period ended until, you know, you -- you would get on

16  the bus and arrive home, I should say?  What time would you

17  arrive home?

18  A.   Probably around like 3:20.

19  Q.   Okay.  Okay.  So it would be -- okay.

20          MR. BATES:  You can -- you can take that -- you can

21  take that down.

22  BY MR. BATES:

23  Q.   So we were -- I'm going go back to the story of the day

24  you met up.  So you had already skateboarded over.  You met

25  her at -- at where, you said in --

Direct - C.K.

─────B.R. v. F.C.S.B.─────

126

1   A.   Middleton Farm.  At the entrance of her neighborhood.

2   Q.   At the entrance of the neighborhood.

3        And is that on the corner of West Ox Road and

4   Middleton Farms Road?

5   A.   I don't know.

6   Q.   Okay.  If we can pull up --

7        MR. BATES:  I believe it's admitted, 15 --

8   Defendants' Exhibit 15 has been admitted.  Permission to

9   publish?

10       THE COURT:  I think it's been admitted.  Let's make

11  sure.

12       Yeah, I think it's come in as plaintiff's.

13       MR. BATES:  Okay.  Do you have an objection to

14  Defendants' 15?  It's a photo.

15       THE COURT:  It's a photo of the -- in front of the

16  school.

17       MR. BRENNER:  No objection to 15, Your Honor.

18       THE COURT:  Without objection.

19       MR. BATES:  Permission to publish?

20       THE COURT:  You may.

21  (Defendants' Exhibit No. 15 was admitted into evidence.)

22       (Exhibit published.)

23       MR. BATES:  15, not 15B.  You can take that down.

24  Thank you.  Okay.

25       If we can zoom in a little bit to the extent we can.

─────────────B.R. v. F.C.S.B.─────────────

127

1   BY MR. BATES:

2   Q.    C███████, this is a photo the parties have admitted as

3   to showing an aerial -- aerial view of Middleton Farms.  I

4   know you've probably never been up in the air like this, but

5   do you generally recognize the neighborhood?

6   A.    Yeah.

7   Q.    Can you show us -- and that is a touch screen.  Can

8   you -- can you circle for us where you met B███ on that day?

9   A.    (Witness complied).

10  Q.    Okay.  And when you had skateboarded over there, was she

11  already on that corner?

12  A.    Yes.

13  Q.    Was she alone?

14  A.    Yes.

15  Q.    Had the bus already dropped -- to your knowledge, had the

16  bus already dropped everybody off?

17  A.    Yes.

18  Q.    Was anybody else around, any other students on that bus?

19  A.    No.

20  Q.    Okay.  And were you alone?

21  A.    Yes.

22  Q.    Okay.  So walk me through, then, where you guys went

23  after meeting on that corner?

24  A.    Can I just draw it?

25  Q.    Please.

─────Tonia M. Harris OCR-USDC/EDVA 703-646-1438─────

EASTERN DISTRICT OF VIRGINIA

─B.R. v. F.C.S.B.─

128

1   A.   (Witness complied).

2   Q.   Okay.  And can you make an X on -- do you know where

3   B███████ house is on this map?  If you can make an X on that?

4   A.   (Witness complied).

5   Q.   Okay.  And can you maybe make a dot where the park is

6   that you guys would meet and play tag right there?

7   A.   Uh-huh.

8   Q.   Can you make it a little bit bigger?

9   A.   (Witness complied).

10   Q.   Yeah, that's good.  Okay.

11          All right.  So walk me through how -- how you got

12   from the corner of the neighborhood into this spot?

13   A.   Well, I asked her where we were going to do this, and she

14   said she had a spot, so I just walked with her to the --

15   Q.   Had -- had you ever been to this -- this spot on the

16   right where you marked with a circle?

17   A.   No.  I've -- I've gone through her neighborhood to get to

18   my brother's friend's house, but other than that, I've never

19   been anywhere else in the neighborhood.

20   Q.   Okay.  So are the two of you walking to this spot?

21   A.   Yes.

22   Q.   Okay.  So you had picked up your skateboard by this time?

23   A.   Yes.

24   Q.   Okay.  And what's going on as you guys are walking to the

25   spot; do you recall?

B.R. v. F.C.S.B.

129

1   A.   Just talking about our day.

2   Q.   Okay.  And this line, looks like -- are you -- are you

3   going in between houses here?

4   A.   Yes.

5   Q.   Okay.  Just to get to that -- the circle spot on the

6   right, what -- what is -- describe that for us, what it looks

7   like.

8   A.   (Witness complied).  It's a tree line.  But, I mean, if

9   anybody is looking from over here, they can -- they have a

10  direct view.  And if anybody is looking out the window of

11  these houses, they could also see.

12  Q.   Okay.  That little grassy patch behind that area, do you

13  know what that is?

14  A.   It's like where the rainwater goes.

15  Q.   Like a drainage ditch or something?

16  A.   Yeah.

17  Q.   Okay.  And I think you might be drifting a little bit

18  away from the mic.

19       So walk me through -- walk us through step by step

20  of -- you walk through the houses, you get to the spot.  What

21  happens?

22  A.   I put down my longboard, and she immediately grabs my

23  face, and we start to kiss.  And it quickly heats up.

24  Q.   Hold on one second.  Are you -- where are you seated?

25  Are you seated?  Are you --

————— B.R. v. F.C.S.B. —————

130

1  A.   I'm sitting down on the longboard.

2  Q.   You're sitting down on the longboard?

3  A.   Uh-huh.

4  Q.   Is it this way, with your butt here? (Demonstrates with a

5  pen.)

6  A.   Like if I'm looking at you, it's like this. (Demonstrates

7  with his hand.)

8  Q.   Okay.  All right.  And are you leaned up against

9  anything?

10  A.   I'm leaned up against the tree.

11  Q.   Okay.  And where -- where is B███ in conjunction with

12  you?

13  A.   In between my legs.

14  Q.   And how did she get there?

15  A.   She got down on her knees.

16  Q.   All right.  You can continue to walk us through.

17  A.   So we're kissing, and then she asked me if I want a blow

18  job, and at first I said no a few times, but she was very

19  adamant on doing it, so eventually I said okay, and she pulled

20  my pants down and performed oral sex on me.

21  Q.   Up until that point -- and I'm going to break this down

22  if I can.  Who was the -- was there an aggressor in this

23  interaction?

24  A.   B███.

25  Q.   Okay.  And are you saying anything to her before she

B.R. v. F.C.S.B.

131

1   starts to perform oral sex on you?  Is there anything you

2   recall?

3   A.   I said "no" a few times before.

4   Q.   After that, did you say --

5   A.   After that, she just kept asking, so I said, "okay."

6   Q.   Okay.

7   A.   So she performed oral sex on me.

8   Q.   How long do you think that lasted, just ballpark?  And if

9   you can -- you can't estimate, tell me that as well.

10  A.   I don't know.

11  Q.   Okay.  Would you say it was a short period of time or --

12            THE COURT:  Move on, Mr. Bates.

13            MR. BATES:  Sorry?

14            THE COURT:  Move on.

15            MR. BATES:  Okay.

16  BY MR. BATES:

17  Q.   And what happened after that?

18  A.   After that, she kept kissing me, and she asked me to

19  finger her, so I reached over, and I started to finger her

20  while she was kissing me, and that was pretty much it.

21  Q.   Okay.  Did you, at any time during this interaction,

22  force her to do anything that she didn't want to do?

23  A.   No.

24  Q.   Okay.  And how long -- at some point the sexual

25  interaction stopped; is that right?

─────B.R. v. F.C.S.B.─────

132

1  A.   Yes.

2  Q.   Are you able to estimate how long the entire interaction

3  lasted?

4  A.   No.

5  Q.   Okay.  Was there -- I'm sorry, you can take that down.

6         Was there something -- did anything occur that

7  caused the interaction to stop?

8  A.   Her parents were calling her a lot.  Her phone kept going

9  off.

10  Q.   How do you know her parents were calling her a lot?

11  A.   I could see on the phone screen.  It was like a flip

12  phone that she had, so it had a little screen on the front of

13  the phone, and it said "Mom."

14  Q.   You could see that?

15  A.   Uh-huh.

16  Q.   And was the phone ringing or was it vibrating or was it

17  on silent?

18  A.   Vibrating.

19  Q.   Do you recall about how many calls she got?

20  A.   No.

21  Q.   Do you know if -- other than her mom, did -- was anybody

22  else calling that you --

23  A.   I believe her brother.

24  Q.   And what makes you believe that?

25  A.   Because I -- when I was leaving, her brother was in a van

1    looking for her.

2    Q.   Okay.  So actually let's -- we can -- we can get to that.

3    So you finish the interaction, and then --

4           MR. BATES:  If we can put that map back up, it's --

5    permission to publish that same map again.  And if we can

6    remove those -- yeah, they are gone.

7           So if we can zoom in the way it was before.

8    BY MR. BATES:

9    Q.   And after the interaction is done, can you show me what

10   you did to -- I'm sorry, after the interaction, where did you

11   go?

12   A.   I left.

13   Q.   Okay.  Left the neighborhood and went where?

14   A.   Went home.

15   Q.   Can you show me how you departed from the neighborhood?

16   A.   I went this way (drawing).

17   Q.   And can you put another X where B████ house was,

18   please.

19   A.   And she went this way (drawing).

20   Q.   And you said -- you drew the way all the way to her

21   house, but you didn't see her --

22   A.   No.  That's just where her house is.

23   Q.   All right.  So are you saying you basically drew like the

24   most direct route to her house?

25   A.   Yes.

B.R. v. F.C.S.B.

134

1  Q.   But when you get to that sidewalk, are you turning left?

2  A.   Yeah, I turned left.

3  Q.   And she is doing what?

4  A.   She went that way.

5  Q.   And did you say that you saw somebody on your way out of

6  the neighborhood?

7  A.   Yeah.

8  Q.   Tell us about that.

9  A.   It was someone in a minivan.  It was one of her family

10  members.

11  Q.   And how do you know that?

12  A.   Because it's the minivan that's parked in front of her

13  house.

14  Q.   Okay.  Did they see you?

15  A.   I would assume so.  It was broad daylight.  I was on the

16  sidewalk.

17  Q.   Okay.  Sir, I have to ask you this, and it may be

18  slightly uncomfortable, but it's related to the allegations of

19  the case.

20         Was there anything anally done in that interaction

21  that you had with B███ in the woods?

22  A.   No.

23  Q.   Okay.  If we can --

24         MR. BATES:  You can take that down.  If we can go

25  back to -- permission to publish Exhibit 71 again?

B.R. v. F.C.S.B.

135

1           THE COURT:  You may.

2           (Exhibit published.)

3    BY MR. BATES:

4    Q.   Go to page 72 on the bottom right.  And -- I think we had

5    saw this right before we stopped and talked about the

6    incident.

7           But is this bottom message, is this -- is this

8    message you believe that was after the incident that you just

9    had?

10   A.   Yes.

11   Q.   The interaction, I'll just call it; is that right?

12   A.   Yes.

13   Q.   And at the top, that top message, who is saying that

14   message?

15          If you can, Grady, maybe turn to 71, that might

16   answer that question.  Page 71, sorry.

17   A.   Me.

18   Q.   Okay.  And is that a message from B█████ right above that?

19   A.   Yes.

20   Q.   And if we can turn to -- if you can flip -- you can put

21   this down for a moment, Grady.

22          But, C███████, if you can take a look at those next

23   five pages.  If you can just breeze -- well, breeze through

24   them and tell us what -- what you recall the interactions were

25   between the two of you after that.

─ B.R. v. F.C.S.B. ─

136

1   A.   It looks like she just keeps going on about the

2   interaction.

3   Q.   What is she --

4   A.   B▓▓▓▓ keeps talking about --

5   Q.   What is she telling you about the interaction?

6   A.   She's telling me how her --

7   Q.   Can you speak up, sir?

8   A.   She's telling me about how her private area hurts, that

9   she loves me, and she continues to say it over and over and

10  over again.

11  Q.   Okay.  And are you telling her that you love her too?

12  A.   Yes.

13         MR. BATES:  Can we publish page 69?

14         THE COURT:  You may.

15         (Exhibit published.)

16  BY MR. BATES:

17  Q.   From that highlighted message on the screen, was it

18  your -- what's your understanding of what she was telling you

19  about the interaction between the two of you?

20  A.   That me fingering her felt amazing.

21  Q.   And if you can turn to -- by the way, maybe this is

22  unclear from the interaction, but I want to make this clear.

23  Did the two of you ever have sex in that interaction?

24  A.   No.

25         MR. BRENNER:  Your Honor, just because I believe the

─────B.R. v. F.C.S.B.─────

137

1   witness, I'm sure inadvertently, was -- wasn't clarified.  If

2   you can go to the top of page 70 and clarify what the witness

3   is saying -- was done to her as opposed to what was

4   represented.

5            THE COURT:  Go to page 70.  Let's put up 70, please,

6   Mr. Grady.

7            MR. BATES:  I'm sorry?

8            THE COURT:  I'm asking Grady to put up 70 so I can

9   see the context.

10           MR. BATES:  70.

11           MR. BRENNER:  It's the very top message, which is

12  then followed up with:  "It really felt amazing."

13  BY MR. BATES:

14  Q.   That top message is she references --

15           THE COURT:  She references another activity.  If you

16  look at November 14, 2011, 5:28:15 p.m.  Do you see that?

17           THE WITNESS:  I see it.

18  BY MR. BATES:

19  Q.   Did that interaction occur, and did you -- let me

20  rephrase that.

21           Did you perform oral sex on her during that

22  interaction?

23  A.   I don't remember.

24  Q.   Okay.  Do you know why she would have said that?

25  A.   Um, after I fingered her, I did lick my fingers, but I

─────B. R. v. F.C.S.B.─────

138

1    don't remember personally putting my mouth on her.

2    Q.    Okay.  And to clarify the question I was trying to get

3    at, then did you ever -- was there any actual sex performed

4    between the two of you?

5    A.    No.

6    Q.    During that incident?

7    A.    No.

8    Q.    And did you guys ever have sex at all?

9    A.    No.

10   Q.    Okay.  And that's vaginally or anally?

11   A.    Yes.

12   Q.    Okay.  And --

13          THE COURT:  Let's, I think, with particularity, you

14   need to use terms that some of us may be somewhat

15   uncomfortable with.  I think where we're all sort of getting

16   lost is "intercourse" and "penetration."  So why don't we use

17   those terms so we know what we're talking about, because some

18   people believe that oral sex is sex.  We've heard that in

19   other contexts, though.

20          MR. BATES:  I appreciate that, Your Honor.  So let

21   me be more specific.

22   BY MR. BATES:

23   Q.    Was there any vaginal penetration between you and B████?

24   A.    Only with my fingers.

25   Q.    I'm sorry?

B. R. v. F.C.S.B.

139

1   A.   Only with my fingers.

2   Q.   Okay.  So you never penetrated her vaginally with your

3   penis?

4   A.   No.

5   Q.   Okay.  And did you ever penetrate her anally with your

6   penis?

7   A.   No.

8   Q.   And if we can turn to page 66.  That top highlighted

9   message, if you can zoom in on that.

10          What's your understanding of what she's telling you

11  here?

12  A.   She has cuts on her legs --

13  Q.   And how would --

14  A.   -- being in that spot.

15  Q.   How would she have cuts on her legs?

16  A.   From the longboard.

17  Q.   Okay.  Was there -- during that interaction, what was --

18  what's on the ground -- what's beneath your longboard?

19  A.   I mean we were under a tree, so there were sticks, and

20  there were rocks on the ground.

21  Q.   Okay.  And was there dirt or grass?

22  A.   It was mud because it was raining outside.

23  Q.   Okay.  If we can go to 63.

24          And was it your understanding, from this message,

25  that B███ had enjoyed that interaction?

─────────── B.R. v. F.C.S.B. ───────────

140

1   A.   Yes.

2   Q.   If we can go to 60, please.  And if we can zoom in on

3   those top messages.

4           By the way, those heart icons there below that, were

5   those frequently sent to you in these messages?

6   A.   Yes.

7   Q.   By -- by B████?

8   A.   Yes.

9   Q.   Okay.

10          MR. BATES:  We can zoom in on those top five

11  messages.

12  BY MR. BATES:

13  Q.   You can read those for a moment, and then I'll ask a

14  question.

15  A.   Okay.

16  Q.   And we can actually turn to the -- 59 as well, the

17  conversation continues.

18          And you can read those two highlighted passages to

19  yourself.

20  A.   Okay.

21  Q.   What's the date of this, by the way?

22  A.   November 14, 2011.

23  Q.   What's your understanding --

24  A.   At 8:12 p.m.

25  Q.   Thank you.

B.R. v. F.C.S.B.

141

1          What's your understanding of what is being relayed

2    to you in these messages?

3    A.    That her mom went through her phone records --

4    Q.    Okay.

5    A.    -- and saw that we talked a lot.

6    Q.    Okay.  And if you can turn to page 58.

7          What is -- in these highlighted passages, what is --

8    what is B███ telling you?

9    A.    She's telling me that somebody left a horrible message.

10   Q.    Okay.  And this is still on November 14th?

11   A.    Yes.

12   Q.    Okay.  You can turn to page 57.  And you can take a look

13   at those highlighted passages.  You can read them to yourself.

14   A.    Okay.

15   Q.    Who was B███ telling you she thought left this

16   voicemail?

17   A.    David or his friend.

18   Q.    Okay.  And is this the David that we had spoken about

19   earlier that used to date B███?

20   A.    Yes, sir.

21   Q.    Okay.  And in that -- in that second message that's

22   highlighted, what's your understanding of -- she was telling

23   you about the interaction that she had with her --

24   A.    That her mom --

25   Q.    -- with her mom?

─B.R. v. F.C.S.B.─

142

1   A.   Her mom wanted to tell the school --

2   Q.   Okay.

3   A.   -- about the message.

4   Q.   Okay.  At the top, who -- who sent that message at the

5   top?

6           MR. BATES:  Grady, you might need to split to the --

7           THE WITNESS:  B████.

8           MR. BATES:  There we go.

9   BY MR. BATES:

10  Q.   I'm sorry?

11  A.   B████.

12  Q.   Okay.  And if we can go to 56, the following page.

13          MR. BATES:  Grady, you can just scroll up, probably.

14  BY MR. BATES:

15  Q.   What are you -- what are you -- in that highlighted

16  message, what are you -- what are you telling B████?

17  A.   That her mom should go to the school.

18  Q.   Go to the school about what?

19  A.   About the message that she received.

20  Q.   Okay.  And why did you do that?  Why did you tell her to

21  do that?

22  A.   I don't remember.

23  Q.   Okay.  Okay.  If we can -- if -- at the end of the book

24  is Plaintiff's Exhibit 527.

25          MR. BATES:  This is not admitted into evidence, but

─Tonia M. Harris OCR-USDC/EDVA 703-646-1438─

EASTERN DISTRICT OF VIRGINIA

─────B.R. v. F.C.S.B.─────

143

1   it's a plaintiff's exhibit that I do not believe we objected

2   to, so we would -

3              MR. BRENNER:  This is Mr. K███████ attendance

4   record?

5              MR. BATES:  Yes.

6              MR. BRENNER:  No objection.

7              THE COURT:  Without objection.  You may publish.

8   (Plaintiff's Exhibit No. 527 was admitted into evidence.)

9              (Exhibit published.)

10  BY MR. BATES:

11  Q.   Let me just --

12             MR. BATES:  You can take that down for one second.

13  BY MR. BATES:

14  Q.   And let me just ask, when you -- when you expressing --

15  did you have any concern for -- that somebody had left your

16  girlfriend this voicemail?

17  A.   Yes.

18  Q.   Okay.  Is that why you told her to go to the -- her mom

19  should go to the school about it?

20  A.   Yes.

21  Q.   Did you leave that voicemail?

22  A.   No.

23  Q.   Okay.  Do you know -- do you have any personal knowledge

24  as -- other than what people told you as to who left that

25  voicemail?

─B.R. v. F.C.S.B.─

144

1  A.   No.

2  Q.   Okay.  And did you have any reason to have left your

3  girlfriend a -- a horrible voicemail?

4  A.   No.

5  Q.   Okay.

6        MR. BATES:  And so, if we can publish that

7  attendance record back up.  If we can zoom in on -- actually,

8  if we can go to the second page and show the legend for a

9  moment.

10        Hold on one second.

11        If we can zoom in on the bottom -- or just highlight

12  where it says "L= in-school suspension."

13  BY MR. BATES:

14  Q.   Do you see that, Mr. K.?

15  A.   Yes.

16  Q.   Okay.  All right.  So I'm going to direct you, then, to

17  the first page.  And ask you -- actually, before I direct you

18  on this, did -- do you remember being in in-school suspension

19  for something that had to do with B███?

20        Let me rephrase that.  Do you remember being called

21  in to -- do you know who Ms. T███ is?

22  A.   Yes.

23  Q.   Okay.  Do you see her seated over here?

24  A.   Yes.

25  Q.   Do you remember being called in to Ms. T███ office?

————B.R. v. F.C.S.B.————

145

1    A.    Yes.

2    Q.    Okay.  Do you remember -- in conjunction with that, do

3    you remember having to go to what was called alternative

4    instructional arrangement, AIA?

5    A.    Yes.

6    Q.    Okay.  Is that a nice word of saying in- school

7    suspension?

8    A.    Yes.

9    Q.    Okay.  And what -- what can you do in -- in -- I'm going

10   call it in-school suspension?

11   A.    Mostly, I just sat there and looked at the wall, but you

12   had to do school work or take a nap.

13   Q.    Okay.  And so do you -- if you look on the left there, it

14   says 11/14.  And you don't see any marks on that day.  Do you

15   see that?

16   A.    Yes.

17   Q.    Okay.  And you don't see any in-school suspensions that

18   entire week; is that right?

19   A.    Yes.

20   Q.    Okay.  And this is the week after there's -- this

21   interaction we just looked at?

22   A.    Yes.

23   Q.    Okay.  And the 21st, do you see the Ls there?

24   A.    Yes.

25   Q.    Okay.  Do you have any reason to doubt that that's the

B.R. v. F.C.S.B.

146

1   day that you spent in in-school suspension?

2   A.   No.

3   Q.   Okay.  Okay.  And so looking back at the -- at the

4   messages, if we can go -- if we can pull the Exhibit 1 back

5   up.  And if we can go to page 56.

6        And while that's being pulled up, you told -- you

7   told her mom to -- you told B███ that her mom should go to

8   the school on November 14th; is that right?

9   A.   Yes.

10  Q.   And you're aware that B███ did end up going to the

11  school about something having to do with you?

12  A.   Yes.

13  Q.   And -- and -- but that was not until a week later until

14  you were in in-school suspension; is that right?

15           MR. BRENNER:  Leading, Your Honor.

16           THE WITNESS:  Yes.

17           THE COURT:  Watch your form.

18           MR. BATES:  Okay.

19  BY MR. BATES:

20  Q.   All right.  So if we can -- if we can go to page 53 on

21  the messages, actually.  And if you can read that highlighted

22  passage.  And you might want to read just the bottom half of

23  that page, and I'll ask you a question.

24  A.   Okay.

25  Q.   And B███ is telling you that her mom is -- is not happy

Direct - C.K.

────────B.R. v. F.C.S.B.────────

147

1  with David.  Do you see that?

2  A.   Yes.

3  Q.   What's your understanding as to why her mom is not happy

4  with David?

5  A.   Because she thinks that he left the message.

6  Q.   Okay.  And if we can go to page 40 -- well, if we can

7  look at page 50, actually.  Those top messages, if you'll just

8  read them to yourself.

9        And -- and the question is what -- What's your

10  understanding as to what the two of you are discussing in this

11  November 14th message?

12        Well, let me ask you --

13  A.   About --

14  Q.   Let me rephrase that question.

15        Were the two of you referring to some sexual -- the

16  sexual interaction that you guys had?

17  A.   Yes.

18  Q.   Okay.  And if we can turn to page 47.  At the bottom

19  page -- that highlighted passage, who is -- whose passage is

20  that?

21  A.   B███'s.

22  Q.   Okay.  And what's your understanding that she's telling

23  you in this message?

24  A.   She said that -- she said that she's dizzy, and my mom --

25  she said her mom said, "OMG, are you pregnant?"

────Tonia M. Harris OCR-USDC/EDVA 703-646-1438───

1           She goes, "WTF, no."

2  Q.    Okay.  Do you -- do you have any understanding as to why

3  B▮▮▮▮▮  mom would have thought she was pregnant?

4           MR. BRENNER:  Objection, Your Honor.

5           THE COURT:  Sustained.

6           MR. BATES:  Okay.

7  BY MR. BATES:

8  Q.    If -- okay.  We can go to page 36.  And just look at

9  the -- what is the date of these messages on page 36?

10  A.    November 15th.

11  Q.    Okay.  What are you guys telling each other here?

12  A.    "I love you."

13  Q.    Okay.  And on the next page, 35, what does she call you

14  in that top message?

15  A.    "You're an amazing boyfriend."

16  Q.    And is it -- what -- what else are you guys telling each

17  other?

18  A.    "I love you."

19  Q.    Okay.  On page 28, on that bottom, what's your

20  understanding as to what B▮▮▮▮ is asking you if you -- that

21  you have?

22  A.    Five condoms.

23  Q.    Okay.  If we can turn to page 14.  If you can read that

24  page to yourself, the whole page, and then I'm going to ask

25  you a question about it.

—————————————————————— B.R. v. F.C.S.B. ——————————————————————

149

1   A.   Okay.

2   Q.   What is the date of these messages?

3   A.   November 18th, 2011.

4   Q.   And do you see -- is there a reference -- are you guys

5   referring to a -- some type of a fight?

6   A.   That's what it looks like.

7   Q.   And who is the fight between?

8   A.   Me and B█████.

9   Q.   What -- what -- what is your understanding about what the

10  fight was about?

11  A.   I don't remember.

12  Q.   Okay.  And on page --

13         MR. BATES:  You can take the message down.  One

14  second.

15         THE COURT:  Are you at a good stopping point?

16         MR. BATES:  If you would give me -- yeah, yeah,

17  we'll -- yeah, we're at a good stopping point.

18         THE COURT:  All right.  Ladies and gentlemen of the

19  jury, we're going to go ahead and take our lunch break.

20         I'm going to let you know that we're probably going

21  to work right up to and maybe beyond that four o'clock mark.

22  So I'm going to give you a little bit longer today, so 2:30.

23  2:30.

24         Okay.  Remember, don't discuss the case or any

25  aspect of the case with anyone.

B.R. v. F.C.S.B.

150

1           You may step down, young man.

2           (Jury excused.)

3           THE COURT:  Thank you, ladies and gentlemen.  You

4    may be seated.

5           The goal for today was to go up until four o'clock.

6    Mr. Bates, what I'm going to do, even with the estimation that

7    you've given as to how long you're going to need with this

8    witness, that gets you to about four o'clock, so you're going

9    to be one way or the other four o'clock with this witness.

10          MR. BATES:  I'll be done before that, Your Honor.

11          THE COURT:  That's encouraging.

12          Mr. Brenner, how long do you think that you're going

13   to need?  I'm just trying to manage as best I can.

14          MR. BRENNER:  I'm hoping less than two hours.

15          THE COURT:  Okay.  Well, we'll see where Mr. Bates

16   is after his examination.  If he finishes 3:00ish, we might

17   try to get you in for the rest of the day if I can talk them

18   into staying until 5:00, so if you can plan that way, that

19   would be helpful.

20          MR. BRENNER:  I'll be ready to do whatever, Your

21   Honor.

22          THE COURT:  Very good.

23          Do we anticipate any questions from either

24   Mr. Blanchard or Mr. Kinney?

25          MR. KINNEY:  Not from me, Your Honor.

─B.R. v. F.C.S.B.─

151

1          MR. BLANCHARD:  Not so far.  I don't know.

2          THE COURT:  Okay.  That's fine.

3          All right.  2:30.  Thank you.

4          (Lunch Recess 1:29 p.m.)

5          (A.M. Session concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATE OF REPORTER

2

3          I, Tonia Harris, an Official Court Reporter for

4    the Eastern District of Virginia, do hereby certify that I

5    reported by machine shorthand, in my official capacity, the

6    proceedings had and testimony adduced upon the Jury Trial

7    in the case of the **B.R. versus F.C.S.B., et al.**, Civil

8    Action No.: 1:19-cv-917, in said court on the 9th day of

9    April, 2024.

10          I further certify that the foregoing 169 pages

11   constitute the official transcript of said proceedings, as

12   taken from my machine shorthand notes, my computer realtime

13   display, together with the backup tape recording of said

14   proceedings to the best of my ability.

15          In witness whereof, I have hereto subscribed my

16   name, this August 26, 2024.

17

18

19

20

21   _____
     Tonia M. Harris, RPR
22   Official Court Reporter

23

24

25

                                                              152

**$**

**$110,000** [1] - 12:2
**$50** [2] - 109:18, 109:19
**$800** [1] - 110:18

**'**

**'s** [1] - 147:21

**0**

**0007** [1] - 70:16
**0255** [1] - 70:16
**05** [1] - 4:19

**1**

**1** [6] - 13:7, 75:9, 75:15, 82:8, 84:20, 146:4
**1........................**
**............** [1] - 4:16
**10** [4] - 12:3, 34:21, 39:23, 77:25
**100** [5] - 2:2, 2:6, 2:10, 11:20, 11:24
**100-mile** [2] - 5:14, 11:22
**105** [1] - 112:24
**106** [1] - 117:2
**109** [1] - 116:7
**10:01** [1] - 1:6
**10:45** [1] - 32:21
**10th** [4] - 18:23, 19:2, 44:7, 52:5
**11** [2] - 39:23, 54:15
**11/14** [3] - 123:1, 123:4, 145:14
**110** [1] - 47:7
**111** [2] - 48:17, 48:19
**11:50** [1] - 77:18
**11:53** [1] - 79:11
**12** [2] - 54:10, 54:15
**12/22** [1] - 47:25
**120** [1] - 3:6
**122** [4] - 38:12, 46:7, 47:24, 49:10
**125** [1] - 4:17
**12:09** [1] - 34:21
**13** [1] - 56:2
**130** [1] - 115:19
**138** [2] - 85:25, 86:1
**139** [1] - 85:25
**13th** [4] - 46:23, 47:3, 119:20, 119:23
**14** [7] - 9:18, 13:15, 95:21, 137:16, 140:22, 148:23

**14-month-old** [1] - 56:20
**144** [1] - 4:13
**14th** [4] - 43:23, 141:10, 146:8, 147:11
**15** [8] - 11:5, 44:16, 97:22, 126:8, 126:9, 126:15, 126:18, 126:23
**152** [2] - 4:20, 152:10
**1520** [1] - 1:20
**15B** [1] - 126:23
**15th** [1] - 148:10
**16** [3] - 1:8, 22:8, 22:11
**160** [2] - 54:14, 114:13
**161** [1] - 112:15
**164** [1] - 115:8
**165** [3] - 73:22, 114:13, 114:15
**166** [1] - 111:15
**168** [1] - 110:9
**169** [2] - 34:2, 34:14
**169.........................**
**............** [1] - 4:12
**16th** [1] - 43:23
**17** [1] - 4:4
**170** [1] - 54:14
**171** [2] - 74:10, 103:9
**173** [1] - 109:24
**174** [2] - 106:22, 109:20
**1775** [1] - 3:9
**17th** [1] - 43:24
**18** [2] - 11:13, 12:22
**18-day** [1] - 82:24
**1801** [1] - 3:6
**184** [1] - 106:21
**18th** [1] - 149:3
**191** [1] - 103:1
**195** [1] - 106:17
**196** [1] - 105:25
**197** [2] - 105:8
**1998** [2] - 55:24, 55:25
**1:15** [1] - 80:11
**1:19-cv-917** [2] - 1:4, 152:8
**1:29** [1] - 151:4
**1:30** [1] - 80:11
**1st** [2] - 49:24, 50:9

**2**

**2** [2] - 82:17, 82:22
**2-2-7** [1] - 98:10
**20** [5] - 30:25, 70:13, 77:18, 82:20, 82:22
**20-minute** [1] - 66:24

**2001** [1] - 56:1
**20037** [5] - 1:16, 2:15, 2:18, 2:22, 3:2
**2011** [19] - 13:15, 24:19, 24:22, 56:1, 65:19, 70:13, 82:17, 82:20, 82:22, 92:5, 97:19, 97:22, 99:14, 114:16, 119:20, 137:16, 140:22, 149:3
**2011/2012** [2] - 24:5, 38:9
**2012** [6] - 30:25, 32:21, 34:21, 43:19, 58:6, 58:9
**2016** [2] - 13:6, 13:8
**2019** [1] - 18:7
**20190** [1] - 3:10
**20191** [1] - 3:7
**202-536-1702** [1] - 1:17
**202-955-1596** [1] - 2:15
**202-955-1664** [1] - 2:22
**202-955-1974** [1] - 2:19
**2021** [1] - 12:3
**2023** [3] - 11:2, 71:20, 73:3
**2024** [11] - 1:6, 11:1, 11:5, 11:10, 11:13, 12:22, 12:23, 13:25, 58:6, 152:9, 152:16
**2029** [1] - 1:19
**203** [1] - 102:21
**205** [1] - 102:12
**206** [3] - 91:24, 91:25, 92:1
**208** [1] - 102:4
**20th** [2] - 32:24, 35:21
**21** [4] - 4:5, 16:16, 16:22, 65:19
**213-995-5720** [1] - 1:21
**214** [1] - 101:24
**215** [1] - 100:6
**216** [2] - 98:15, 99:22
**21st** [4] - 44:3, 51:7, 51:20, 145:23
**22** [3] - 10:25, 16:10, 16:16
**220** [1] - 99:15
**2200** [4] - 2:14, 2:18, 2:21, 3:1
**22314** [1] - 3:14
**227** [1] - 98:10
**229** [1] - 99:10
**22nd** [2] - 16:9, 38:25

**230** [1] - 74:19
**2300** [1] - 1:15
**233** [2] - 125:3, 125:9
**233.............................**
**.............** [1] - 4:17
**237** [2] - 95:20, 99:2
**238** [1] - 95:14
**23rd** [1] - 38:25
**24** [1] - 32:21
**241** [1] - 95:2
**243** [3] - 94:2, 94:3, 94:19
**244** [3] - 92:24, 93:16, 93:17
**245** [6] - 91:6, 92:13, 92:22, 92:24, 93:1, 93:9
**246** [1] - 89:20
**247** [1] - 89:4
**248** [1] - 88:12
**24th** [2] - 45:8, 45:23
**250** [2] - 87:6, 97:14
**250-page** [1] - 82:6
**252** [3] - 74:25, 75:2, 86:20
**254** [1] - 85:7
**255** [2] - 71:15, 85:4
**25th** [1] - 45:21
**26** [2] - 11:1, 11:10
**266** [7] - 29:1, 29:7, 29:13, 30:8, 31:20, 32:6, 45:15
**266B** [2] - 29:23, 30:14
**266B.............................**
**.............** [1] - 4:12
**266C** [2] - 32:9, 32:12
**266C.............................**
**.............** [1] - 4:13
**26th** [4] - 39:13, 39:15, 49:13, 49:21
**27th** [4] - 39:10, 39:13, 39:17, 49:13
**28** [1] - 148:19
**2800** [3] - 2:3, 2:7, 2:11
**28th** [1] - 39:12
**292** [2] - 76:18
**293** [1] - 76:9
**2:30** [3] - 149:22, 149:23, 151:3
**2:45** [1] - 94:4
**2:50** [1] - 125:14
**2nd** [3] - 2:2, 2:6, 2:10

**3**

**3** [3] - 75:21, 77:8
**3.............................**
**............** [1] - 4:16

**3/13** [1] - 123:7
**3/20** [1] - 123:7
**305-539-8400** [1] - 2:8
**31** [1] - 4:12
**31st** [1] - 50:3
**32** [1] - 97:20
**33** [1] - 4:13
**33131** [3] - 2:3, 2:7, 2:11
**35** [2] - 4:12, 148:13
**3512262** [1] - 13:7
**36** [2] - 148:8, 148:9
**366** [1] - 32:6
**370** [4] - 29:4, 29:7, 29:14, 30:8
**371** [2] - 31:20, 32:6
**3:00ish** [1] - 150:16
**3:13** [1] - 123:21
**3:15** [1] - 124:6
**3:18** [1] - 124:7
**3:20** [2] - 124:11, 125:19
**3rd** [4] - 39:19, 50:12, 50:15, 50:18

**4**

**4** [6] - 61:13, 63:20, 63:21, 63:25, 64:2
**4-5** [2] - 103:19, 103:20
**4-9** [1] - 112:18
**4.............................**
**.............** [1] - 4:17
**40** [1] - 147:6
**400** [1] - 3:10
**401** [1] - 3:13
**44** [1] - 4:5
**45** [15] - 5:12, 5:14, 5:16, 5:21, 5:22, 6:12, 7:5, 7:11, 9:13, 10:4, 11:21, 13:8, 103:16, 103:21, 103:22
**45(d)(3** [2] - 12:18, 12:21
**47** [1] - 147:18
**48** [1] - 13:4
**49** [3] - 112:18, 112:20
**498** [1] - 112:8
**4:29** [1] - 120:10
**4th** [3] - 39:4, 40:7, 48:7

**5**

**5** [2] - 58:15, 61:13
**5-foot-4** [1] - 54:12
**50** [1] - 147:7
**527** [2] - 142:24, 143:8

**527**............................
............ [1] - 4:13
**53** [2] - 4:8, 146:20
**56** [3] - 65:12, 142:12, 146:5
**57** [1] - 141:12
**58** [1] - 141:6
**59** [1] - 140:16
**5:00** [1] - 150:18
**5:24** [1] - 120:3
**5:25** [1] - 120:2
**5:28:15** [1] - 137:16
**5th** [4] - 39:6, 40:7, 48:7, 91:12

**6**

**6** [1] - 99:14
**60** [2] - 53:14, 140:2
**610-804-1787** [1] - 2:4
**62** [2] - 113:23, 114:5
**6212** [1] - 123:16
**63** [2] - 4:17, 139:23
**64** [1] - 114:8
**643a** [1] - 1:16
**66** [1] - 139:8
**69** [1] - 136:13
**6:05** [1] - 120:5
**6th** [5] - 39:2, 39:8, 40:7, 48:2, 48:11

**7**

**7** [3] - 12:23, 58:15, 92:5
**70** [5] - 137:2, 137:5, 137:8, 137:10
**71** [3] - 134:25, 135:15, 135:16
**72** [2] - 120:13, 135:4
**73** [1] - 119:17
**74** [1] - 113:12
**75** [1] - 4:16
**77** [1] - 4:16
**78** [1] - 118:21
**79** [1] - 118:17
**7th** [2] - 28:21, 59:12

**8**

**8** [1] - 71:19
**80** [1] - 81:22
**804-788-8200** [1] - 3:2
**81** [1] - 51:14
**84** [1] - 122:7
**850-585-3414** [1] - 2:12
**86** [1] - 81:11
**87** [1] - 81:11
**875** [1] - 11:8

**878** [1] - 12:22
**88** [1] - 118:9
**898** [1] - 11:10
**899** [1] - 11:10
**8:12** [1] - 140:24
**8:39:33** [1] - 119:6
**8th** [12] - 25:22, 40:21, 56:11, 57:21, 57:23, 57:25, 58:12, 59:5, 59:9, 80:20, 106:7, 125:16

**9**

**9** [4] - 1:6, 13:25, 18:7, 152:16
**90** [1] - 81:22
**90067** [1] - 1:20
**92** [1] - 118:1
**921** [2] - 10:24, 12:24
**927** [1] - 10:25
**927-1** [1] - 13:2
**96** [2] - 34:2, 34:3
**97** [2] - 34:2, 117:17
**9:32** [2] - 119:24, 119:25
**9:52** [1] - 30:25
**9:53** [1] - 95:20
**9th** [10] - 35:7, 39:21, 39:24, 44:5, 50:21, 52:5, 52:13, 114:16, 115:12, 152:8

**A**

**A)** [1] - 12:21
**A.F** [1] - 3:6
**a.m** [4] - 1:6, 30:25, 32:21, 79:11
**A.M** [2] - 1:8, 151:5
**abdominal** [1] - 49:1
**ability** [2] - 37:11, 152:14
**able** [11] - 10:19, 27:23, 28:9, 44:22, 55:5, 72:4, 73:1, 73:5, 77:17, 97:7, 132:2
**abrenner@bsfllp. com** [1] - 2:8
**absence** [7] - 46:24, 47:25, 48:2, 48:6, 49:23, 50:11, 50:20
**absences** [3] - 37:5, 46:15, 49:12
**absent** [3] - 47:13, 48:4, 50:18
**absolutely** [4] - 16:24, 22:2, 22:12, 28:19
**abuse** [4] - 101:6,

101:8, 101:13, 101:15
**Accompanied** [1] - 48:24
**accomplish** [1] - 10:12
**according** [1] - 123:20
**accordingly** [3] - 12:14, 13:21, 13:23
**account** [5] - 85:10, 85:13, 86:13, 122:21, 122:22
**accounts** [1] - 69:19
**accusations** [2] - 19:16, 19:19
**accused** [2] - 19:14, 57:10
**accuses** [1] - 57:14
**achievements** [1] - 37:5
**act** [3] - 100:21, 118:18, 118:22
**Action** [2] - 1:4, 152:8
**action** [1] - 12:6
**activities** [1] - 28:5
**activity** [1] - 137:15
**actual** [1] - 138:3
**adamant** [1] - 130:19
**add** [1] - 10:16
**addition** [1] - 83:8
**additional** [5] - 7:23, 12:13, 12:16, 36:19, 75:22
**address** [3] - 17:3, 79:25
**addressed** [1] - 12:4
**adds** [1] - 28:11
**adduced** [1] - 152:6
**adjust** [1] - 55:19
**administration** [15] - 21:22, 22:1, 22:3, 23:3, 23:5, 25:15, 25:23, 25:24, 26:2, 26:14, 27:8, 36:11, 36:16, 36:17, 40:20
**administrator** [3] - 17:15, 25:2, 25:3
**administrators** [1] - 24:25
**admit** [5] - 29:22, 63:25, 64:1, 75:9, 77:5
**Admitted** [2] - 4:11, 4:15
**admitted** [21] - 29:15, 30:14, 32:12, 34:14, 38:13, 38:14, 53:14, 63:22, 63:24, 64:2, 75:15, 77:8, 122:7, 125:4, 125:9, 126:8,

126:9, 126:11, 127:2, 142:25, 143:8
**adult** [1] - 20:2
**advised** [2] - 78:9, 78:15
**advisement** [1] - 75:11
**aerial** [1] - 127:3
**affecting** [1] - 37:11
**after-school** [2] - 52:1, 116:16
**afternoon** [1] - 15:16
**afterwards** [1] - 67:23
**age** [1] - 63:10
**aggressor** [1] - 130:22
**ago** [4] - 10:1, 10:2, 57:20, 68:17
**agree** [3] - 9:11, 10:3, 22:7
**agreement** [2] - 11:6, 11:9
**ahead** [8] - 14:4, 17:7, 79:7, 79:8, 114:2, 121:14, 149:19
**AIA** [1] - 145:4
**air** [1] - 127:4
**al** [2] - 1:6, 152:7
**alanderson@bsfllp. com** [1] - 1:21
**Alexandria** [1] - 3:14
**Alison** [1] - 1:18
**allegations** [4] - 18:11, 18:12, 19:11, 134:18
**alleged** [1] - 57:5
**allowed** [3] - 15:12, 96:20, 96:22
**Allstate** [1] - 13:14
**alone** [4] - 62:19, 76:22, 127:13, 127:20
**ALSTON** [1] - 1:11
**altercation** [1] - 50:2
**alternative** [1] - 145:3
**amazing** [8] - 20:5, 42:2, 102:11, 117:24, 120:24, 136:20, 137:12, 148:15
**amended** [1] - 18:7
**amount** [1] - 40:9
**anally** [3] - 134:20, 138:10, 139:5
**analyze** [1] - 5:16
**analyzed** [1] - 10:19
**Anderson** [1] - 1:18
**Andrew** [1] - 2:5
**ANDREWS** [4] - 2:14, 2:17, 2:21, 3:1
**Angeles** [1] - 1:20

**answer** [13] - 19:18, 22:19, 30:6, 43:12, 43:15, 52:25, 53:2, 70:5, 74:12, 87:23, 88:4, 88:5, 135:16
**answered** [5] - 16:12, 41:16, 80:23, 84:15, 105:2
**answering** [3] - 76:7, 84:12, 115:21
**anticipate** [2] - 10:19, 150:23
**anticipated** [2] - 11:14, 13:4
**antithesis** [1] - 19:20
**apartment** [1] - 59:7
**apologies** [1] - 88:6
**apologize** [5] - 7:6, 10:7, 95:8, 98:1, 104:18
**app** [1] - 71:6
**appearance** [1] - 10:10
**APPEARANCES** [3] - 1:13, 1:25, 2:25
**appeared** [1] - 22:9
**application** [3] - 6:12, 7:11, 12:4
**applies** [1] - 114:2
**appreciate** [5] - 9:4, 14:1, 98:3, 121:10, 138:20
**approach** [6] - 38:3, 70:15, 73:25, 80:25, 95:25, 119:8
**appropriate** [1] - 10:11
**appropriately** [2] - 78:9, 78:15
**April** [5] - 1:6, 12:23, 13:25, 152:9, 152:16
**archive** [2] - 73:5, 73:8
**archived** [2] - 72:4, 72:22
**area** [10] - 27:1, 27:11, 27:16, 27:18, 27:19, 27:21, 35:15, 78:16, 129:12, 136:8
**argues** [1] - 11:18
**argument** [1] - 14:1
**Arianna** [5] - 99:18, 99:19, 99:20, 100:10, 100:14
**arrangement** [2] - 110:22, 145:4
**arranging** [3] - 95:4, 95:5, 116:1
**arrive** [2] - 125:17, 125:18
**aspect** [3] - 15:11,

154

77:20, 149:25
assaulting [1] - 57:11
assessments [1] -
37:24
assignments [1] -
37:23
associated [2] -
107:14, 123:17
assume [1] - 134:15
assuming [1] - 76:8
assure [1] - 20:12
athlete [1] - 54:18
Atta [1] - 94:9
attend [1] - 50:15
attendance [4] - 38:7,
46:7, 143:3, 144:7
attending [1] - 15:8
attention [7] - 13:13,
14:13, 15:20, 34:17,
71:14, 122:15, 123:1
attorney [2] - 72:2,
72:18
August [2] - 71:19,
73:3
aunt [1] - 59:8
authority [1] - 7:7
authorization [1] -
7:10
Ave [1] - 2:21
Avenue [4] - 2:14,
2:18, 3:1, 3:9
average [2] - 56:13,
56:14
avoid [1] - 113:24
aware [8] - 18:14,
18:17, 18:21, 19:8,
28:20, 57:5, 122:11,
146:10

**B**

B.H [1] - 3:6
B.R [12] - 1:3, 18:14,
45:9, 47:3, 47:19,
56:22, 57:9, 57:20,
85:17, 111:2,
112:16, 152:7
B.R.'s [2] - 18:20,
46:19
babe [1] - 110:3
back-and-forth [1] -
124:22
background [3] -
57:18, 91:19, 121:2
backpack [1] - 121:17
backup [1] - 152:13
backyard [1] - 61:7
bad [1] - 22:12
ballpark [2] - 58:3,
131:8

banner [1] - 112:11
BARAN [1] - 1:14
based [6] - 8:19,
22:15, 22:16, 28:8,
38:24
basis [1] - 5:12
bates [1] - 150:15
Bates [10] - 2:13, 53:7,
74:2, 78:16, 81:8,
91:25, 98:1, 103:17,
131:12, 150:6
Bates............. [1] - 4:8
bay [3] - 27:1, 27:19,
44:23
become [1] - 6:18
becomes [1] - 6:19
bed [1] - 108:16
BEFORE [1] - 1:11
began [1] - 59:24
begin [1] - 5:3
beginning [1] - 82:14
begins [1] - 104:16
behalf [8] - 4:2, 4:6,
4:10, 4:14, 5:10, 6:6,
9:3, 9:6
behavior [1] - 23:2
behavioral [3] - 17:11,
17:12, 17:18
behind [6] - 37:9,
37:13, 63:3, 97:9,
97:13, 129:12
bell [4] - 33:22, 125:3,
125:5, 125:12
B███ [6] - 24:4, 31:5,
31:8, 43:20, 101:21,
149:8
belong [4] - 27:24,
28:10, 28:13, 28:18
below [1] - 140:4
beneath [1] - 139:18
best [11] - 7:1, 9:2,
9:4, 15:17, 52:25,
85:10, 91:1, 92:23,
92:25, 150:13,
152:14
better [4] - 6:17,
55:20, 55:21, 69:9
between [16] - 6:3,
72:6, 72:25, 73:10,
75:23, 80:11, 82:11,
90:24, 125:15,
129:3, 130:13,
135:25, 136:19,
138:4, 138:23, 149:7
beyond [6] - 5:13,
7:23, 8:21, 9:19,
47:12, 149:17
big [2] - 63:5, 92:9
bigger [1] - 128:8
binder [4] - 28:23,
31:20, 34:1, 45:15
bit [14] - 53:3, 54:5,

142:8, 142:9,
142:13, 142:14,
142:25, 143:5,
143:10, 143:12,
143:13, 144:6,
144:13, 146:18,
146:19, 148:6,
148:7, 149:13,
149:16, 150:10
bitch [1] - 105:15
blackmail [3] - 109:18,
111:5, 111:11
Blanchard [4] - 3:8,
13:2, 79:1, 150:24
BLANCHARD [4] -
30:2, 30:5, 79:2,
151:1
blind [2] - 63:9, 63:11
blow [1] - 130:17
blue [1] - 64:10
bluff [2] - 63:9, 63:11
Board [3] - 9:7, 53:8,
56:25
board [1] - 108:10
BOIES [4] - 1:19, 2:2,
2:6, 2:10
book [8] - 53:20,
69:22, 75:22, 82:8,
85:3, 92:23, 93:14,
142:23
books [1] - 7:13
born [1] - 55:23
bothered [1] - 27:9
bothering [8] - 24:18,
25:8, 25:12, 26:21,
26:23, 40:21, 45:2,
45:5
bottom [37] - 34:20,
70:6, 70:9, 70:14,
71:15, 73:21, 75:5,
76:18, 85:2, 86:3,
86:6, 89:21, 91:7,
92:14, 93:17, 94:2,
94:4, 95:11, 95:15,
99:16, 99:23, 100:7,
101:25, 105:22,
106:1, 106:9, 112:1,
117:22, 119:19,
120:14, 123:10,
135:4, 135:7,
144:11, 146:22,
147:18, 148:19
boyfriend [4] - 62:19,
102:7, 102:9, 148:15
boys [11] - 23:23,
24:18, 25:6, 25:8,
25:12, 26:18, 26:23,
28:18, 44:21, 45:5,
56:15
break [7] - 77:11,
77:13, 77:15, 80:10,
80:19, 130:21,
149:19
breaking [1] - 67:17

54:17, 55:5, 66:13,
69:7, 89:12, 91:17,
97:15, 98:12,
126:25, 128:8,
129:17, 149:22
bitch [1] - 105:15
blackmail [3] - 109:18,
111:5, 111:11
Blanchard [4] - 3:8,
13:2, 79:1, 150:24
BLANCHARD [4] -
30:2, 30:5, 79:2,
151:1
blind [2] - 63:9, 63:11
blow [1] - 130:17
blue [1] - 64:10
bluff [2] - 63:9, 63:11
Board [3] - 9:7, 53:8,
56:25

breaks [1] - 79:7
breasts [1] - 23:24
breeze [2] - 135:23
B███ [3] - 31:5, 31:8
Brennan [2] - 107:20,
107:21
Brennan's [1] - 107:19
BRENNER [41] - 8:2,
8:8, 14:21, 14:24,
63:24, 74:2, 74:5,
75:10, 78:5, 78:8,
78:13, 79:5, 79:21,
79:24, 80:4, 80:23,
81:10, 84:5, 84:14,
86:15, 87:17, 90:21,
91:14, 91:25, 93:24,
94:16, 95:23,
103:17, 103:20,
103:22, 105:2,
125:6, 126:18,
136:25, 137:11,
143:3, 143:6,
146:15, 148:4,
150:14, 150:20
Brenner [2] - 2:5,
150:12
brief [2] - 9:8, 96:12
briefly [2] - 56:19,
62:7, 108:21
bring [13] - 13:13,
14:13, 14:18, 15:1,
54:6, 80:12, 95:18,
95:19, 96:17,
102:22, 103:24,
104:2, 104:7
bringing [2] - 103:11,
104:10
Brittany [2] - 2:1,
20:21
britzoll@gmail.com
[1] - 2:4
broad [1] - 134:15
broadly [1] - 57:9
broke [3] - 67:20,
67:25, 68:6
brother [5] - 58:20,
58:21, 105:14,
132:23, 132:25
brother's [1] - 128:18
brown [3] - 34:18,
35:18, 36:25
Brown [2] - 30:7,
30:10
Bruce [2] - 3:8, 13:2
bruce.blanchard@
ofplaw.com [1] -
3:11
build [1] - 28:3
building [2] - 28:6,
42:2

**bully** [1] - 60:18
**Bullying** [1] - 34:23
**bullying** [15] - 18:14,
21:2, 21:13, 21:15,
21:19, 22:9, 22:10,
22:13, 22:14, 22:16,
22:17, 23:8, 36:6,
36:7, 49:16
**bunch** [1] - 21:6
**burden** [3] - 11:23,
12:13, 12:16
**Burton** [1] - 2:20
**burtons@huntonak.
com** [1] - 2:23
**bus** [18] - 51:10,
51:24, 116:12,
116:25, 117:1,
117:13, 120:22,
121:5, 121:6, 121:9,
121:11, 121:15,
121:21, 125:17,
127:15, 127:16,
127:18
**buses** [1] - 116:20
**bush** [1] - 108:22
**bushes** [1] - 108:23
**butt** [1] - 130:4
**BY** [90] - 16:2, 16:17,
17:6, 20:20, 21:10,
23:21, 27:15, 29:16,
30:16, 32:16, 34:16,
34:19, 35:20, 36:18,
37:2, 38:5, 38:19,
39:14, 41:21, 43:18,
44:20, 46:14, 47:17,
47:23, 48:23, 49:11,
51:21, 53:6, 53:17,
54:2, 55:9, 55:22,
60:2, 64:5, 65:16,
66:12, 68:12, 69:11,
70:2, 70:17, 74:6,
75:17, 80:18, 81:12,
82:4, 84:6, 84:17,
84:23, 86:18, 87:20,
88:8, 90:23, 91:23,
92:2, 94:1, 94:18,
95:10, 98:9, 99:9,
103:23, 104:20,
105:3, 107:11,
114:9, 115:4, 117:6,
119:5, 119:11,
122:10, 123:5,
123:19, 124:16,
125:10, 125:23,
127:1, 131:16,
133:8, 135:3,
136:16, 137:13,
137:18, 138:22,
140:12, 142:9,
142:14, 143:10,
143:13, 144:13,
146:19, 148:7

# C

**C.K** [18] - 4:7, 5:11,
5:12, 11:1, 11:3,
11:6, 11:9, 11:12,
11:15, 11:18, 12:8,
12:13, 12:15, 12:22,
12:23, 13:1, 52:21,
52:23
**C.K.'s** [5] - 10:24,
12:12, 13:3, 13:5,
13:21
**CA** [1] - 1:20
**calendar** [2] - 51:15,
51:20
**camera** [1] - 11:8
**cannot** [2] - 23:18,
36:17
**capacity** [1] - 152:5
**card** [2] - 37:5, 43:3
**care** [1] - 75:19
**career** [1] - 20:1
**Carolina** [6] - 5:13,
6:14, 11:2, 11:19,
55:11, 56:17
**C████** [14] - 4:3, 15:21,
15:23, 16:3, 16:8,
16:18, 17:2, 18:14,
19:10, 19:14, 20:15,
20:21, 29:17, 44:21
**Carson** [16] - 16:11,
16:20, 16:23, 16:25,
19:3, 19:20, 21:1,
21:12, 21:18, 22:8,
23:25, 28:2, 51:10,
58:13, 100:22,
116:16
**case** [45] - 7:15, 7:16,
9:11, 11:2, 11:6,
11:9, 12:1, 12:3,
13:6, 13:8, 13:10,
13:14, 13:15, 13:16,
15:11, 15:12, 17:24,
18:1, 18:4, 19:11,
19:19, 23:10, 24:2,
46:18, 50:17, 69:13,
69:16, 72:20, 73:16,
75:25, 77:19, 77:20,
78:2, 79:9, 79:19,
81:13, 83:14, 83:20,
91:20, 96:17, 97:12,
134:19, 149:24,
149:25, 152:7
**casted** [1] - 20:7
**catch** [2] - 33:10,
103:17
**caught** [1] - 37:23

**caused** [1] - 132:7
**cell** [1] - 83:17
**Century** [1] - 1:19
**certain** [3] - 5:17,
26:13, 53:21
**certainly** [2] - 60:9,
78:25, 114:4
**Certificate** [1] - 4:20
**CERTIFICATE** [1] -
152:1
**certify** [2] - 152:4,
152:10
**chair** [1] - 60:3
**Chambers** [1] - 52:12
**chance** [2] - 8:7, 8:11
**change** [2] - 7:8, 7:21
**changed** [1] - 54:17
**character** [1] - 20:8
**chat** [2] - 86:8, 105:16
**check** [5] - 38:12,
42:14, 44:3, 44:5,
52:12
**checked** [5] - 43:23,
44:1, 44:9, 51:6,
52:15
**child** [2] - 17:9, 37:17
**chips** [2] - 63:15
**choosing** [1] - 8:19
**C████** [15] - 25:16,
25:20, 53:11, 53:12,
69:12, 80:19, 81:13,
84:24, 85:3, 92:25,
122:11, 125:11,
127:2, 135:22
**chronological** [1] -
82:13
**chronologically** [1] -
107:14
**circle** [3] - 127:8,
128:16, 129:5
**circumstances** [5] -
9:22, 10:6, 10:9,
11:9, 13:10, 13:5
**cited** [1] - 13:14
**citing** [3] - 11:20,
12:1, 13:6
**Civil** [4] - 1:4, 11:21,
12:20, 152:7
**clarification** [1] -
121:11
**clarified** [1] - 137:1
**clarify** [3] - 55:4,
137:2, 138:2
**class** [13] - 17:13,
24:4, 24:8, 33:16,
35:13, 35:25, 37:11,
39:21, 42:24, 49:12,
49:24, 51:3, 59:21
**classroom** [2] - 17:3,
42:12

**clean** [2] - 8:6, 8:23
**clear** [9] - 6:2, 6:20,
13:17, 28:12, 60:7,
62:18, 97:3, 121:8,
136:22
**clearly** [1] - 6:14
**CLERK** [1] - 32:7
**click** [1] - 71:1
**client** [12] - 5:19, 5:25,
6:3, 6:5, 6:7, 6:10,
7:1, 7:9, 8:25, 9:3,
9:25, 14:11
**client's** [1] - 9:24
**close** [6] - 45:16,
45:18, 80:14, 90:25,
91:2
**closed** [2] - 63:13,
63:14
**closely** [1] - 27:20
**closer** [8] - 17:4, 53:3,
54:1, 54:5, 60:1,
60:4, 69:8, 99:7
**colleague** [1] - 24:13
**colleagues** [3] - 16:6,
20:8, 28:15
**comfortable** [2] -
42:11, 53:21
**comforting** [1] - 89:18
**coming** [4] - 26:18,
97:8, 97:12, 112:5
**comment** [3] - 7:20,
7:23, 81:6
**common** [1] - 23:24
**Commonwealth** [5] -
5:19, 7:22, 8:16,
10:22
**communicate** [2] -
67:25, 68:18
**communicated** [1] -
58:6
**communicating** [4] -
73:14, 76:5, 77:1,
86:14
**communications** [1] -
69:18
**compare** [3] - 29:9,
56:7, 56:11
**compelled** [6] - 6:20,
7:24, 10:7
**complaint** [2] - 18:6,
18:7
**complaints** [2] -
18:10, 18:11
**complied)** [5] - 127:9,
128:1, 128:4, 128:9,
129:8
**compose** [1] - 20:18
**computer** [1] - 152:12
**concern** [1] - 143:15
**concerned** [5] - 6:9,

40:24, 41:4, 78:16,
111:20
**concerning** [1] - 31:17
**concession** [1] - 5:23
**concluded** [1] - 151:5
**condom** [1] - 102:3
**condoms** [2] - 95:19,
148:22
**conduct** [2] - 17:2,
19:6
**conducted** [2] - 47:3,
47:18
**confer** [2] - 29:11,
44:11
**confers** [2] - 29:8,
68:11
**confessing** [1] - 118:4
**confident** [1] - 78:18
**congestion** [1] - 49:1
**conjunction** [7] - 56:5,
56:6, 58:13, 61:11,
66:18, 130:11, 145:2
**connect** [1] - 98:22
**consistent** [1] - 16:22
**C████** [1] -
23:22
**constitute** [2] - 23:2,
152:11
**constitutes** [2] - 21:2,
21:13
**Cont** [2] - 1:25, 2:25
**contact** [4] - 17:19,
17:20, 50:8, 50:14
**contemporaneously**
[1] - 96:23
**contempt** [3] - 6:23,
8:13, 8:19
**content** [1] - 9:8
**CONTENTS** [1] - 4:1
**contest** [1] - 60:19
**context** [2] - 22:22,
137:9
**contexts** [1] - 138:19
**continue** [2] - 100:21,
130:16
**continued** [1] - 27:17
**continues** [2] - 136:9,
140:17
**conversation** [1] -
140:17
**conveying** [3] -
109:22, 110:10,
118:3
**convince** [1] - 76:10
**copy** [1] - 125:11
**core** [1] - 25:1
**corner** [7] - 63:4, 70:6,
94:22, 126:4,
127:11, 127:23,
128:12

**correct** [23] - 5:21, 5:24, 21:3, 21:21, 21:23, 22:18, 23:8, 24:20, 26:8, 27:3, 30:23, 31:6, 32:4, 37:18, 38:20, 40:3, 40:19, 40:25, 41:6, 41:11, 67:20, 73:12, 82:24
**correspond** [1] - 73:20
**cough** [1] - 49:1
**counsel** [11] - 15:18, 43:14, 52:25, 53:1, 77:24, 78:3, 78:18, 79:6, 79:21, 81:25
**Counsel** [4] - 27:14, 29:8, 29:11, 68:11
**counselor** [13] - 25:2, 31:9, 33:2, 35:10, 35:23, 36:3, 41:14, 41:22, 42:2, 42:5, 42:8, 42:12, 42:20
**counselors** [1] - 42:2
**count** [2] - 39:23, 39:24
**County** [1] - 53:7
**course** [2] - 21:25, 22:7
**Court** [25] - 3:12, 3:13, 4:20, 6:16, 7:4, 9:18, 9:20, 9:24, 10:23, 11:8, 12:9, 13:5, 13:14, 14:2, 14:5, 14:11, 14:13, 53:1, 79:11, 84:10, 84:11, 87:25, 96:3, 152:3, 152:22
**COURT** [157] - 1:1, 1:12, 5:1, 5:3, 5:7, 5:9, 5:16, 5:21, 6:24, 7:9, 7:25, 8:6, 8:22, 10:13, 10:17, 14:4, 14:8, 14:15, 14:17, 14:20, 14:22, 14:25, 15:5, 15:8, 15:22, 15:25, 16:14, 17:4, 19:18, 19:21, 19:25, 20:17, 21:9, 23:15, 23:18, 27:14, 29:9, 29:24, 30:4, 30:6, 30:10, 32:1, 32:3, 32:6, 32:10, 32:14, 34:10, 34:12, 36:14, 36:24, 38:4, 38:15, 39:13, 41:18, 43:13, 44:15, 44:18, 46:12, 47:8, 47:15, 48:18, 51:16, 52:18, 52:20, 52:24, 53:15, 54:1,

55:7, 55:18, 55:21, 60:1, 64:3, 65:14, 69:4, 69:24, 70:15, 74:1, 75:12, 75:14, 77:7, 77:12, 77:22, 78:7, 78:10, 78:18, 79:1, 79:4, 79:6, 79:12, 79:23, 80:1, 80:7, 80:9, 80:17, 80:24, 81:2, 81:4, 81:25, 82:3, 84:9, 84:16, 84:21, 86:16, 87:18, 87:22, 88:7, 90:22, 91:15, 91:18, 93:25, 94:17, 95:9, 96:2, 96:13, 96:16, 97:5, 97:10, 97:18, 98:3, 99:7, 104:16, 104:19, 113:21, 113:24, 114:6, 114:8, 115:1, 115:3, 117:4, 119:4, 119:9, 122:8, 123:17, 125:5, 125:7, 126:11, 126:16, 126:19, 126:21, 131:12, 131:14, 135:1, 136:14, 137:5, 137:8, 137:15, 138:13, 143:7, 146:17, 148:5, 149:15, 149:18, 150:3, 150:11, 150:15, 150:22, 151:2
**court** [2] - 98:8, 152:8
**Court's** [5] - 5:3, 13:13, 15:11, 60:7, 78:19
**Courthouse** [1] - 3:13
**courthouse** [4] - 10:8, 11:13, 11:20, 12:10
**courtroom** [5] - 10:5, 10:8, 16:18, 17:22, 78:11
**credibility** [2] - 78:23, 97:5
**critical** [1] - 79:18
**CROSS** [2] - 16:1, 20:19
**cross** [4] - 4:4, 4:5, 67:11, 80:6
**CROSS-EXAMINATION** [2] - 16:1, 20:19
**cross-examination** [2] - 4:4, 4:5
**crush** [1] - 92:9
**crushing** [1] - 20:9
**cry** [3] - 20:10, 100:23,

100:24
**crying** [1] - 31:16
**cumulative** [1] - 16:13
**Currency** [1] - 12:2
**cuts** [2] - 139:12, 139:15

# D

**dad** [3] - 66:25, 101:16, 101:22
**dad's** [2] - 64:17, 66:20
**dan** [1] - 38:16
**date** [21] - 12:25, 46:22, 65:23, 71:19, 71:20, 71:22, 82:11, 82:16, 82:19, 91:12, 92:3, 93:22, 99:13, 114:15, 119:19, 119:22, 140:21, 141:19, 148:9, 149:2
**dated** [12] - 13:25, 30:25, 32:21, 59:9, 60:5, 60:22, 61:17, 64:12, 66:4, 68:14, 68:18, 92:10
**dates** [3] - 40:5, 44:1, 44:9
**dating** [10] - 62:6, 62:9, 62:13, 63:2, 66:1, 90:18, 91:4, 92:6, 98:21, 113:10
**daughter** [3] - 46:20, 50:14, 56:21
**David** [21] - 25:25, 64:9, 64:24, 65:3, 66:1, 66:13, 66:18, 67:5, 67:16, 87:8, 89:1, 107:16, 108:10, 109:2, 109:3, 109:7, 109:9, 141:17, 141:18, 147:1, 147:4
**David's** [1] - 64:17, 64:18, 64:20, 67:2, 67:9, 67:13, 88:19, 88:20, 107:3, 107:13, 107:24
**Davis** [14] - 5:5, 5:10, 8:2, 8:9, 8:14, 8:21, 8:24, 9:24, 10:13, 14:1, 14:5, 14:6, 79:2, 79:3
**DAVIS** [12] - 5:6, 5:8, 5:10, 5:20, 6:19, 7:6, 7:21, 10:15, 14:3, 14:7, 14:14, 14:16
**daylight** [1] - 134:15
**days** [22] - 9:18, 10:2,

11:14, 13:11, 13:12, 13:19, 32:23, 33:1, 33:19, 35:24, 38:1, 39:23, 40:2, 40:7, 42:20, 43:20, 49:2, 49:15, 51:9, 92:6, 98:20
**DC** [5] - 1:16, 2:15, 2:18, 2:22, 3:2
**December** [3] - 39:2, 46:23, 47:3
**decide** [1] - 22:4
**decided** [4] - 6:15, 12:3, 48:4, 107:25
**decision** [2] - 6:6, 9:4
**declaration** [1] - 13:2
**Defendant** [3] - 2:13, 3:1, 3:9
**defendant** [4] - 11:1, 11:3, 11:10
**defendants** [2] - 6:8, 11:7
**Defendants** [5] - 1:7, 3:5, 4:2, 4:6, 4:14
**Defendants'** [17] - 38:12, 46:6, 47:7, 47:24, 48:16, 49:10, 51:14, 52:23, 63:21, 65:12, 75:9, 77:8, 122:6, 125:2, 125:9, 126:9, 126:15
**defendants'** [3] - 10:25, 12:25, 75:15
**Defendants'** [1] - 64:2
**defense** [2] - 15:21, 52:21
**deleted** [2] - 73:4, 83:15
**demonstrates** [2] - 130:4, 130:6
**denial** [1] - 12:12
**denied** [6] - 11:17, 12:14, 12:17, 13:22, 13:24, 92:10
**deny** [1] - 6:22
**denying** [1] - 13:8
**departed** [1] - 133:15
**deposition** [8] - 6:13, 13:10, 13:11, 13:13, 13:19, 13:20, 81:3, 81:13
**DEPUTY** [1] - 32:7
**derogatory** [2] - 115:5, 115:16
**describe** [2] - 19:10, 129:6
**describing** [1] - 9:2
**despite** [1] - 11:2
**detail** [1] - 107:12
**details** [1] - 57:8

**Detective** [1] - 52:12
**determination** [1] - 9:21
**determinations** [2] - 78:20, 78:23
**determined** [1] - 13:16
**devoted** [1] - 20:1
**different** [2] - 69:19, 116:18
**difficult** [1] - 79:17
**difficulty** [3] - 55:6, 69:7, 98:22
**dilemma** [1] - 9:5
**direct** [17] - 24:7, 24:16, 27:10, 34:17, 35:3, 37:4, 37:7, 37:15, 40:17, 71:14, 85:1, 122:15, 123:1, 129:10, 133:24, 144:16, 144:17
**DIRECT** [1] - 53:5
**Direct** [1] - 4:8
**directed** [2] - 19:6, 31:5
**directions** [1] - 112:5
**dirt** [1] - 139:21
**dis** [1] - 85:7
**discuss** [3] - 15:11, 77:19, 149:24
**discussed** [2] - 117:11, 121:4
**discussing** [1] - 147:10
**discussion** [1] - 94:20
**discussions** [1] - 40:18
**disgrace** [1] - 106:16
**dismiss** [1] - 11:6
**dismissed** [1] - 11:9
**display** [1] - 152:13
**disposition** [1] - 10:21
**distance** [1] - 67:4
**distraction** [1] - 96:18
**District** [4] - 3:13, 12:2, 13:7, 152:4
**DISTRICT** [3] - 1:1, 1:1, 1:12
**district** [1] - 12:10
**ditch** [1] - 129:15
**dizzy** [1] - 147:24
**docket** [8] - 10:24, 10:25, 11:8, 11:10, 12:22, 12:24, 13:2, 77:16
**document** [18] - 9:16, 29:13, 29:17, 31:24, 34:2, 34:8, 35:21, 35:24, 36:1, 38:6, 38:24, 70:3, 70:6, 71:10, 81:5, 81:17,

95:23, 96:20
**documents** [2] - 11:24, 35:17
**Doe** [2] - 18:8, 18:12
**done** [10] - 108:17, 113:1, 115:10, 115:20, 117:9, 118:11, 133:9, 134:20, 137:3, 150:10
**door** [2] - 14:9, 33:11
**dot** [1] - 128:5
**doubt** [3] - 20:7, 23:12, 145:25
**down** [37] - 33:11, 35:18, 47:22, 49:9, 52:18, 56:17, 66:11, 75:18, 78:10, 86:3, 96:23, 107:9, 110:21, 112:19, 113:21, 114:2, 116:1, 116:14, 116:17, 118:8, 118:16, 120:19, 124:15, 125:22, 126:23, 129:22, 130:1, 130:2, 130:15, 130:20, 130:21, 132:5, 134:24, 135:21, 143:12, 149:13, 150:1
**downloaded** [2] - 72:8, 72:9
**Dr** [2] - 47:1, 48:9
**drainage** [1] - 129:15
**draw** [1] - 127:24
**drawing)** [2] - 133:16, 133:19
**drew** [2] - 133:20, 133:23
**drifting** [2] - 100:18, 129:17
**Drive** [1] - 3:6
**drive** [2] - 61:16
**dropped** [3] - 121:16, 127:15, 127:16
**due** [2] - 48:13, 48:25
**dumped** [1] - 87:8
**dumps** [2] - 87:11, 88:9
**during** [13] - 24:4, 27:5, 35:12, 46:18, 56:12, 64:25, 81:18, 82:24, 83:3, 131:21, 137:21, 138:6, 139:17
**duty** [1] - 27:18
**DX-1** [1] - 69:23

# E

**ear** [1] - 49:1
**easier** [2] - 84:25, 87:2
**East** [1] - 1:19
**EASTERN** [1] - 1:1
**Eastern** [1] - 152:4
**easy** [2] - 67:13, 67:14
**eat** [1] - 61:7
**education** [1] - 16:8
**efficient** [3] - 15:18, 44:16, 79:19
**either** [5] - 59:8, 65:22, 78:6, 116:19, 150:23
**eleven** [1] - 54:10
**Elliker** [2] - 2:25, 9:6
**ELLIKER** [1] - 9:6
**Email** [11] - 1:17, 1:21, 2:4, 2:8, 2:12, 2:16, 2:19, 2:23, 3:3, 3:7, 3:11
**email** [17] - 18:22, 29:19, 30:17, 31:14, 31:15, 31:21, 32:17, 32:23, 33:2, 34:5, 34:20, 35:4, 37:3, 45:8, 45:22, 46:19, 49:15
**emails** [3] - 31:4, 41:9, 96:4
**employed** [1] - 55:12
**encountering** [1] - 98:21
**encouraged** [1] - 15:18
**encouraging** [1] - 150:11
**end** [12] - 14:19, 33:23, 46:1, 46:2, 49:4, 62:5, 68:1, 79:25, 82:14, 142:23, 146:10
**ended** [6] - 46:4, 67:22, 108:2, 109:13, 125:13, 125:16
**engage** [1] - 116:5
**enjoyed** [1] - 139:25
**entertain** [1] - 8:12
**entire** [6] - 20:1, 20:2, 101:3, 108:2, 132:2, 145:18
**entrance** [3] - 122:1, 126:2, 126:3
**environment** [1] - 16:19
**error** [1] - 13:17
**Esq** [11] - 1:14, 1:18, 2:1, 2:5, 2:9, 2:13,

2:17, 2:20, 2:25, 3:4, 3:8
**essentially** [3] - 12:15, 54:24, 87:15
**estimate** [3] - 79:17, 131:9, 132:2
**estimation** [1] - 150:6
**Estrella** [3] - 30:20, 30:22, 30:23
**et** [2] - 1:6, 152:7
**evaluate** [1] - 79:12
**eventually** [1] - 130:19
**evidence** [18] - 30:14, 31:25, 32:12, 34:9, 34:14, 38:11, 48:17, 50:17, 64:2, 65:13, 75:15, 77:6, 77:8, 88:3, 125:4, 125:9, 142:25, 143:8
**ex** [3] - 88:19, 88:20, 90:18
**ex's** [1] - 90:18
**ex-girlfriend** [2] - 88:19, 88:20
**exact** [1] - 39:25
**exactly** [1] - 33:20
**exam** [2] - 47:2, 47:18
**examination** [9] - 4:4, 4:5, 4:5, 4:8, 14:23, 15:18, 16:15, 44:15, 150:16
**EXAMINATION** [4] - 16:1, 20:19, 44:19, 53:5
**example** [1] - 97:19
**excuse** [3] - 11:10, 31:8, 69:4
**excused** [8] - 38:21, 38:22, 38:24, 46:24, 48:2, 77:21, 78:12, 150:2
**exempt** [1] - 38:20
**Exhibit** [53] - 29:1, 29:13, 29:23, 30:8, 30:14, 30:15, 32:6, 32:12, 32:15, 34:2, 34:14, 34:15, 38:12, 45:15, 46:7, 46:13, 47:7, 47:10, 47:24, 48:17, 48:20, 49:10, 51:14, 53:14, 63:20, 63:21, 64:2, 64:4, 65:12, 65:15, 75:9, 75:15, 75:16, 75:21, 77:8, 82:8, 84:20, 114:7, 117:5, 122:7, 122:9, 125:3, 125:9, 126:9, 126:22, 134:25, 135:2, 136:15, 142:24,

143:8, 143:9, 146:4
**exhibit** [9] - 38:18, 51:17, 53:16, 69:23, 82:21, 84:22, 114:1, 114:2, 143:1
**exhibits** [2] - 53:18, 53:19
**Exhibits** [1] - 77:9
**EXHIBITS** [1] - 4:9
**experience** [1] - 23:13
**explain** [1] - 71:3
**explanation** [1] - 13:3
**explicitly** [1] - 22:23
**Explorers** [1] - 112:11
**exposures** [1] - 49:5
**expressing** [1] - 143:14
**extent** [6] - 15:13, 83:5, 83:6, 88:4, 107:15, 126:25
**extort** [1] - 111:11
**extortion** [1] - 111:5
**eyes** [2] - 63:12, 63:14

# F

**F.C.S.B** [4] - 1:6, 2:13, 3:1, 152:7
**F.T** [1] - 3:7
**face** [3] - 17:9, 119:3, 129:23
**Facebook** [22] - 54:7, 65:19, 68:22, 69:12, 69:15, 70:23, 71:4, 71:11, 73:2, 73:11, 73:24, 74:7, 74:13, 74:22, 75:3, 75:23, 76:10, 76:15, 76:19, 83:5, 83:9, 83:23
**faced** [1] - 9:5
**fact** [6] - 7:12, 7:21, 9:21, 10:22, 45:14, 69:15
**fact-specific** [1] - 9:21
**facts** [5] - 5:24, 7:15, 7:16, 8:21, 9:12
**Fahey** [1] - 1:14
**failure** [1] - 105:13
**fair** [3] - 65:21, 104:14, 104:17
**Fairfax** [1] - 53:7
**fairly** [1] - 23:24
**fall** [2] - 20:3, 24:21
**falling** [3] - 37:9, 37:13, 37:20, 37:22
**familiar** [2] - 70:23, 71:4
**family** [10] - 18:20, 18:22, 18:25, 34:20, 48:4, 56:17, 71:7,

111:8, 123:17, 134:9
**Family** [1] - 48:10
**far** [2] - 101:16, 151:1
**Farm** [1] - 126:2
**Farms** [3] - 122:3, 126:5, 127:3
**F____** [8] - 30:17, 31:4, 32:17, 33:3, 33:6, 33:13, 35:21, 35:25
**fashion** [1] - 113:19
**February** [12] - 18:23, 19:2, 34:21, 35:7, 39:19, 39:21, 49:24, 50:9, 50:12, 50:15, 50:18, 50:21
**Federal** [1] - 11:21, 12:20
**FELDMAN** [1] - 3:9
**felt** [2] - 136:20, 137:12
**fever** [1] - 48:25
**few** [8] - 61:20, 61:23, 73:18, 98:20, 113:16, 121:18, 130:18, 131:3
**fight** [3] - 149:5, 149:7, 149:10
**file** [4] - 7:7, 7:10, 12:23, 13:19
**filed** [7] - 7:1, 7:7, 7:8, 9:14, 17:23, 18:1, 18:7
**filing** [2] - 6:18, 13:3
**fill** [1] - 120:22
**fine** [8] - 32:10, 43:13, 53:22, 55:7, 60:14, 86:19, 123:4, 151:2
**finger** [2] - 131:19
**fingered** [1] - 137:25
**fingering** [1] - 136:20
**fingers** [3] - 137:25, 138:24, 139:1
**finish** [1] - 133:3
**finished** [2] - 81:7, 114:1
**finishes** [1] - 150:16
**first** [30] - 5:4, 5:25, 10:9, 10:10, 13:11, 13:12, 17:19, 18:7, 24:8, 24:10, 24:17, 35:12, 41:17, 46:24, 53:9, 64:8, 69:23, 70:5, 70:19, 71:11, 82:16, 82:18, 84:15, 98:20, 105:25, 112:23, 113:14, 124:1, 130:18, 144:17
**five** [10] - 19:16, 40:1,

55:2, 83:18, 104:21,
107:23, 123:3,
135:23, 140:10,
148:22
**five-minute** [1] -
107:23
**FL** [3] - 2:3, 2:7, 2:11
**flag** [2] - 37:20, 37:25
**FLEXNER** [4] - 1:19,
2:2, 2:6, 2:10
**flip** [10] - 31:19, 70:4,
70:19, 82:18, 85:24,
86:19, 91:24, 92:13,
132:11, 135:20
**Floor** [1] - 3:14
**focus** [2] - 62:9, 83:23
**focused** [1] - 27:19
**follow** [3] - 42:21,
42:23, 45:25
**followed** [1] - 137:12
**following** [4] - 11:16,
22:6, 120:2, 142:12
**food** [3] - 61:7, 61:14,
62:16
**FOR** [1] - 1:1
**force** [1] - 131:22
**foregoing** [1] - 152:10
**form** [2] - 65:8, 146:17
**former** [2] - 10:23,
12:5
**forth** [1] - 124:22
**foundation** [2] -
16:14, 30:3
**four** [11] - 12:7, 15:16,
25:1, 39:25, 58:23,
89:24, 93:1, 149:21,
150:5, 150:8, 150:9
**fourth** [4] - 76:9, 94:2,
94:3, 102:12
**Fox** [1] - 66:23
**free** [1] - 39:24
**frequently** [1] - 140:5
**Friday** [4] - 32:24,
46:4, 51:22, 51:24
**Fridays** [1] - 52:2
**friend** [6] - 65:1,
85:10, 90:6, 90:19,
99:21, 141:17
**friend's** [1] - 128:18
**friends** [10] - 66:7,
66:16, 66:17, 71:6,
85:22, 90:17, 90:25,
91:1, 91:2
**front** [9] - 28:23,
53:20, 53:23, 99:18,
107:24, 108:14,
126:16, 132:12,
134:12
**Fulton** [1] - 3:6
**fun** [1] - 60:20

**funny** [2] - 60:16,
66:15

## G

**games** [3] - 28:6,
63:17, 65:7
**gaps** [1] - 120:23
**generally** [3] - 9:8,
78:21, 127:5
**generated** [1] - 71:16
**generic** [1] - 84:2
**gentleman** [1] - 7:17
**gentlemen** [6] - 15:6,
77:14, 77:22, 80:10,
149:18, 150:3
**geographical** [1] -
5:14
**girlfriend** [7] - 56:20,
62:19, 88:19, 88:20,
102:11, 143:16,
144:3
**girls** [2] - 23:23, 28:21
**given** [6] - 10:4, 10:6,
10:8, 65:22, 116:22,
150:7
**goal** [2] - 20:5, 150:5
**gotcha** [1] - 63:17
**grabs** [1] - 129:22
**grade** [12] - 40:21,
46:2, 56:15, 57:18,
57:20, 57:21, 57:23,
57:25, 58:12, 59:6,
59:9, 80:20
**grader** [3] - 28:21,
56:12, 59:12
**graders** [1] - 25:22
**grades** [3] - 37:20,
37:22, 43:6
**Grady** [17] - 47:22,
51:19, 85:1, 85:2,
85:24, 97:20, 97:22,
98:16, 118:1, 119:6,
135:15, 135:21,
137:6, 137:8, 142:6,
142:13
**grandfather** [1] -
58:20
**grandma** [1] - 62:16
**grandmother** [2] -
58:20, 61:16
**grandmother's** [3] -
60:24, 61:3, 61:5
**grandpa** [3] - 108:6,
109:12, 110:3
**grandparents** [5] -
59:2, 59:3, 59:5,
59:8, 61:9
**grass** [1] - 139:21
**grassy** [1] - 129:12

**gray** [1] - 64:9
**grope** [1] - 23:24
**ground** [3] - 41:18,
139:18, 139:20
**grounded** [5] - 76:11,
76:16, 76:19, 98:25,
100:1
**group** [1] - 86:7
**groups** [1] - 85:22
**guess** [6] - 6:24, 8:8,
30:10, 33:7, 40:4,
104:11
**guessing** [1] - 51:5
**guidance** [12] - 31:8,
33:1, 35:8, 35:10,
35:22, 36:2, 41:14,
41:22, 42:8, 42:20,
50:21, 50:24
**guy** [1] - 66:15
**guys** [20] - 60:23,
62:19, 65:5, 66:14,
92:6, 94:25, 95:3,
95:4, 105:16,
108:17, 113:10,
127:22, 128:6,
128:24, 138:8,
147:16, 148:11,
148:16, 149:4

## H

**half** [6] - 79:18, 79:21,
80:2, 111:21,
119:19, 146:22
**halfway** [1] - 92:8
**hall** [2] - 27:18, 33:11
**hallway** [3] - 59:21,
59:22, 61:2
**hand** [1] - 130:7
**handle** [2] - 9:4, 21:8
**hang** [12] - 60:24,
61:7, 61:19, 62:15,
62:16, 62:18, 62:23,
65:2, 65:7, 95:6,
107:5, 107:18
**hanging** [3] - 62:13,
64:12, 85:21
**Hannah** [1] - 56:20
**happy** [4] - 7:19, 8:4,
146:25, 147:3
**harass** [1] - 113:17
**harassment** [16] -
18:15, 21:2, 21:3,
21:13, 21:16, 21:20,
22:19, 22:20, 22:22,
23:2, 23:4, 23:8,
36:6, 36:7
**hard** [2] - 93:13,
113:25
**harm** [1] - 22:24

**harmed** [1] - 17:9
**HARRIS** [1] - 3:12
**Harris** [2] - 152:3,
152:21
**hate** [1] - 100:24
**headache** [1] - 49:1
**heading** [1] - 31:6
**hear** [9] - 7:19, 7:20,
23:25, 52:25, 55:5,
63:15, 69:25, 80:14,
84:11
**heard** [14] - 8:9, 8:14,
16:18, 16:19, 18:22,
18:25, 19:17, 22:11,
22:12, 22:20, 22:21,
24:17, 40:25, 138:18
**hearing** [2] - 22:25,
69:8
**heart** [3] - 91:7,
102:24, 140:4
**heats** [1] - 129:23
**heavier** [1] - 56:10
**held** [3] - 6:23, 8:12,
8:13
**help** [12] - 5:16, 7:19,
20:11, 20:14, 40:25,
41:5, 41:8, 91:19,
98:6, 109:24, 110:1,
110:12
**helpful** [3] - 36:20,
113:5, 150:19
**helping** [3] - 20:2,
20:3
**Herculean** [1] - 6:10
**hereby** [2] - 13:23,
152:4
**hereto** [1] - 152:15
**Herndon** [1] - 44:1
**herself** [4] - 20:18,
73:24, 94:15, 115:16
**hesitate** [1] - 53:1
**hi** [2] - 20:21, 20:23
**hid** [3] - 99:6, 99:8,
107:3
**hide** [4] - 107:16,
107:25, 108:22,
108:24
**high** [3] - 31:2, 35:1,
68:2
**higher** [1] - 55:19
**highlight** [2] - 98:12,
144:11
**highlighted** [35] -
87:1, 89:15, 92:4,
97:20, 97:22, 99:11,
99:16, 100:3,
100:19, 101:3,
101:25, 102:4,
102:13, 103:10,
105:9, 106:1, 110:5,

112:25, 113:12,
114:11, 114:15,
114:17, 115:9,
117:19, 120:15,
123:4, 136:17,
139:8, 140:18,
141:7, 141:13,
141:22, 142:15,
146:21, 147:19
**highlighting** [1] -
116:7
**hill** [2] - 63:5
**history** [3] - 30:19,
33:14, 33:16
**hit** [2] - 17:8, 109:3
**hold** [5] - 106:22,
111:13, 112:19,
129:24, 144:10
**holding** [1] - 8:24
**holiday** [1] - 40:6
**HOLTZMAN** [1] - 1:14
**home** [24] - 17:19,
17:20, 40:13, 46:20,
50:2, 64:21, 76:22,
100:10, 100:14,
110:18, 116:12,
116:21, 116:24,
117:13, 120:22,
121:5, 121:6, 121:9,
121:15, 121:16,
121:21, 125:17,
125:18, 133:14
**homebound** [2] -
42:25, 43:3
**homework** [4] - 45:10,
45:19, 45:20, 49:19
**Honor** [64] - 5:8, 7:6,
8:11, 9:6, 14:19,
14:21, 15:24, 17:5,
19:13, 19:14, 19:24,
20:16, 21:4, 21:6,
23:14, 27:12, 29:22,
30:2, 30:8, 32:13,
34:9, 34:11, 36:23,
38:3, 38:12, 38:14,
43:10, 44:17, 46:11,
47:6, 48:16, 51:14,
52:21, 53:13, 55:4,
65:12, 73:25, 75:8,
75:10, 77:5, 77:10,
78:5, 80:5, 80:16,
80:25, 82:1, 82:2,
84:5, 84:20, 91:16,
95:23, 95:25, 96:11,
114:4, 122:7,
123:15, 126:18,
136:25, 138:20,
146:15, 148:4,
150:10, 150:21,
150:25

**HONORABLE** [1] - 1:11
**honors** [1] - 24:4
**hopefully** [1] - 97:11
**hopes** [1] - 80:5
**hoping** [1] - 150:14
**horrible** [2] - 141:9, 144:3
**hospital** [2] - 55:16, 56:17
**hot** [1] - 102:9
**hour** [1] - 116:19
**hours** [6] - 13:4, 79:18, 79:22, 80:2, 93:21, 150:14
**house** [37] - 60:24, 61:4, 61:6, 61:20, 61:23, 62:2, 62:15, 62:19, 62:23, 63:3, 64:17, 64:18, 64:20, 64:21, 66:20, 66:23, 67:9, 67:13, 94:23, 107:18, 107:19, 107:23, 108:4, 108:13, 108:23, 109:14, 109:15, 117:16, 121:17, 128:3, 128:18, 133:17, 133:21, 133:22, 133:24, 134:13
**housekeeping** [1] - 75:19
**houses** [3] - 129:3, 129:11, 129:20
**hover** [1] - 70:25
**HPI** [1] - 48:22
**H_____** [1] - 25:4
**H_____** [1] - 30:20
**hundred** [1] - 6:14
**hung** [3] - 61:3, 62:25, 85:19
**HUNTON** [4] - 2:14, 2:17, 2:21, 3:1
**hurts** [1] - 136:8

**I**

**icons** [1] - 140:4
**identified** [2] - 18:12, 44:22
**identify** [1] - 64:7
**identifying** [1] - 18:7
**idk** [1] - 94:9
**ignore** [1] - 20:10
**ik** [2] - 94:4, 94:5
**Illinois** [1] - 12:3
**illness** [1] - 48:13
**immediately** [1] - 129:22

**impact** [1] - 19:10
**importance** [2] - 31:2, 35:1
**impose** [1] - 12:13
**improved** [1] - 43:6
**in-school** [7] - 42:24, 144:12, 144:18, 145:10, 145:17, 146:1, 146:14
**inadvertently** [1] - 137:1
**inappropriate** [1] - 19:5
**incident** [6] - 17:15, 28:20, 36:16, 135:6, 135:8, 138:6
**incidents** [1] - 41:10
**included** [1] - 11:8
**including** [1] - 21:7
**incoming** [2] - 123:2, 123:10
**incur** [1] - 12:16
**indicate** [1] - 13:11
**indicated** [1] - 13:1
**indication** [1] - 14:12
**individual** [1] - 23:16
**individuals** [2] - 57:1, 72:3
**indulgence** [1] - 60:8
**information** [9] - 5:17, 22:4, 26:10, 26:13, 26:16, 33:24, 36:20, 78:22, 91:19
**informed** [1] - 27:8
**initial** [1] - 18:6
**initials** [1] - 53:10
**inside** [1] - 20:13
**instance** [2] - 10:10, 104:2
**instances** [3] - 21:19, 23:1, 104:22
**instead** [1] - 113:4
**instruct** [2] - 43:12, 82:12
**instruction** [2] - 9:1, 15:11
**instructional** [1] - 145:4
**instructions** [1] - 112:5
**Insurance** [1] - 13:14
**intend** [1] - 110:15
**intended** [1] - 11:3
**interact** [1] - 120:25
**interaction** [27] - 57:12, 58:2, 116:5, 120:18, 124:18, 130:23, 131:21, 131:25, 132:2, 132:7, 133:3, 133:9,

133:10, 134:20, 135:11, 136:2, 136:5, 136:19, 136:22, 136:23, 137:19, 137:22, 139:17, 139:23, 141:23, 145:21, 147:16
**interactions** [1] - 135:24
**intercourse** [1] - 138:16
**interdisciplinary** [1] - 33:9
**interpret** [1] - 97:23
**interrupt** [1] - 120:25
**interruption** [1] - 53:1
**interviewed** [1] - 43:19
**invalid** [1] - 8:17
**investigating** [3] - 21:19, 26:15, 36:17
**invited** [1] - 100:11
**inviting** [1] - 86:7
**involved** [2] - 26:17, 41:13
**issue** [10] - 10:2, 10:4, 17:2, 45:10, 45:19, 45:20, 50:6, 96:12, 97:2, 97:7
**issues** [1] - 91:20
**IT** [1] - 113:25
**itself** [4] - 95:9, 95:24, 96:6, 115:1

**J**

**J.F** [1] - 3:7
**J.O** [4] - 3:9, 59:14, 59:15, 59:23
**James** [1] - 5:10
**Jane** [2] - 18:8, 18:12
**January** [22] - 30:25, 32:21, 32:24, 35:21, 39:4, 39:6, 39:8, 39:10, 39:12, 39:15, 39:17, 39:24, 40:7, 45:8, 45:13, 48:7, 48:11, 49:13, 49:21, 50:3
**J_____** [2] - 23:7, 23:10
**J_____** [26] - 26:3, 26:17, 26:20, 54:4, 56:6, 57:3, 59:9, 59:15, 59:16, 60:15, 60:18, 60:20, 60:22, 61:9, 61:17, 62:18, 64:10, 67:20, 68:1, 68:5, 90:14, 90:25, 92:10, 94:13,

101:10, 114:24
**J_____** [4] - 61:20, 62:15, 67:3, 67:5
**Jersey** [1] - 55:15
**jfahey@ holtzmanvogel. com** [1] - 1:17
**job** [6] - 20:4, 21:22, 22:3, 55:15, 56:16, 130:18
**join** [1] - 62:20
**joke** [2] - 108:8, 108:9
**jokes** [1] - 107:16
**joking** [2] - 104:12, 104:14, 104:15
**Jonathan** [1] - 1:14
**Joplin** [1] - 13:6
**JOSEFIAK** [1] - 1:15
**JR** [1] - 1:11
**judge** [5] - 6:19, 7:21, 10:15, 13:17, 79:17
**Judge** [2] - 32:5, 80:23, 113:22
**JUDGE** [1] - 1:12
**judge's** [1] - 8:19
**judges** [1] - 7:13
**June** [1] - 12:3
**jurisdiction** [3] - 6:16, 7:3, 7:17
**Jury** [5] - 15:4, 77:21, 80:8, 150:2, 152:6
**JURY** [1] - 1:11
**jury** [13] - 6:1, 14:18, 15:1, 19:10, 19:16, 45:18, 51:9, 55:5, 71:3, 77:14, 96:18, 97:7, 149:19

**K**

**Keefe** [1] - 2:9
**KEEFE** [4] - 81:23, 82:1, 97:25, 98:7
**keep** [6] - 20:6, 44:22, 46:20, 60:3, 74:16, 77:11
**keeps** [2] - 136:1, 136:4
**kelliker@huntonak. com** [1] - 3:3
**kept** [4] - 108:2, 131:5, 131:18, 132:8
**Kevin** [2] - 2:25, 9:6
**kid** [1] - 41:24
**kids** [9] - 20:2, 20:5, 28:4, 28:13, 28:17, 60:18, 60:20, 63:10, 116:18
**kill** [1] - 90:14
**kind** [5] - 7:14, 7:19,

63:9, 93:1, 120:24
**Kinney** [5] - 3:4, 16:5, 22:6, 23:6, 150:24
**KINNEY** [13] - 3:5, 15:21, 15:24, 16:2, 16:17, 17:5, 17:6, 19:14, 19:24, 20:15, 23:21, 36:23, 150:25
**Kinney............** [1] - 4:4
**kiss** [1] - 129:23
**kisser** [1] - 106:20
**kissing** [5] - 88:22, 89:2, 130:17, 131:18, 131:20
**Ki_____** [2] - 23:22, 24:2
**KK** [1] - 110:3
**knees** [1] - 130:15
**knifepoint** [1] - 111:13
**knowing** [1] - 57:25
**knowledge** [5] - 47:12, 92:20, 125:15, 127:15, 143:23
**known** [1] - 49:4
**knows** [2] - 36:14
**KURTH** [4] - 2:14, 2:17, 2:21, 3:1

**L**

**lack** [1] - 6:16
**ladies** [6] - 15:6, 77:14, 77:22, 80:9, 149:18, 150:3
**lane** [1] - 96:10
**language** [4] - 22:12, 22:20, 96:3, 96:5
**last** [17] - 7:13, 9:9, 10:14, 16:19, 17:22, 19:3, 35:4, 39:21, 68:4, 70:7, 70:11, 70:12, 70:14, 71:14, 81:15, 82:19, 119:23
**lasted** [2] - 131:8, 132:3
**lastly** [1] - 51:6
**late** [4] - 50:5, 50:9, 51:9, 51:24
**laugh** [1] - 60:16
**laughter** [1] - 81:23
**LAW** [1] - 3:5
**law** [2] - 8:4, 9:12
**lawsuit** [4] - 56:23, 57:6, 57:10, 57:14
**lawyers** [1] - 87:25
**lay** [1] - 16:14
**lead** [2] - 91:20, 97:16
**leading** [10] - 84:5, 84:14, 86:15, 87:17,

90:21, 91:14, 93:24,
94:16, 104:17,
146:15
**leaned** [2] - 130:8,
130:10
**learn** [3] - 20:4, 88:3,
98:6
**leave** [5] - 14:12, 78:1,
97:25, 117:7, 143:21
**leaving** [1] - 132:25
**lectern** [1] - 14:6
**leeway** [2] - 91:17,
97:15
**left** [18] - 19:2, 42:24,
43:5, 53:20, 58:4,
64:7, 71:10, 133:12,
133:13, 134:1,
134:2, 141:9,
141:15, 143:15,
143:24, 144:2,
145:13, 147:5
**legend** [1] - 144:8
**legs** [3] - 130:13,
139:12, 139:15
**Leland** [3] - 5:13,
11:19, 55:11
**lending** [1] - 110:23
**length** [1] - 80:6
**less** [2] - 13:4, 150:14
**letter** [2] - 32:7, 32:8
**lettering** [1] - 29:2
**level** [1] - 37:25
**liberty** [1] - 5:17
**lick** [1] - 137:25
**life** [1] - 20:2
**limit** [1] - 11:22
**limitation** [1] - 5:14
**limitations** [1] - 78:15
**line** [5] - 34:23, 92:8,
97:20, 129:2, 129:8
**listen** [4] - 43:14,
52:24, 89:11, 89:13
**live** [9] - 55:10, 55:11,
58:13, 58:19, 61:9,
66:18, 66:25,
100:11, 100:14
**lived** [6] - 11:19,
15:10, 19:15, 58:15,
59:5, 66:19
**lives** [1] - 107:21
**LLP** [8] - 1:19, 2:2,
2:6, 2:10, 2:14, 2:17,
2:21, 3:1
**located** [2] - 71:22,
112:3
**locker** [32] - 24:18,
25:7, 25:9, 26:19,
26:24, 27:1, 27:9,
27:11, 27:16, 27:18,
27:19, 27:24, 28:21,

35:15, 42:8, 44:23,
45:2, 45:5, 111:23,
111:25, 112:3,
112:6, 112:10,
112:13, 112:17,
112:23, 113:7,
113:9, 113:14,
113:15, 113:17,
114:12
**lockers** [1] - 24:11
**logo** [1] - 71:11
**IOL** [1] - 92:10
**Lol** [1] - 100:10
**longboard** [18] - 65:6,
65:8, 66:24, 107:3,
107:13, 107:23,
107:24, 108:25,
109:3, 109:7,
109:11, 109:23,
121:22, 129:22,
130:1, 130:2,
139:16, 139:18
**longboarded** [1] -
121:17
**longboards** [1] -
107:17
**look** [46] - 7:14, 37:16,
40:5, 45:14, 46:6,
51:13, 63:20, 64:6,
69:22, 69:24, 73:22,
74:10, 76:6, 76:9,
81:5, 81:7, 82:8,
84:18, 84:25, 85:3,
87:7, 89:4, 92:22,
93:1, 93:14, 96:23,
97:19, 97:21, 98:11,
99:2, 99:10, 102:4,
102:12, 102:21,
103:1, 103:6, 118:2,
118:17, 119:17,
119:18, 135:22,
137:16, 141:12,
145:13, 147:7, 148:8
**looked** [7] - 44:25,
73:2, 73:7, 76:3,
81:9, 145:11, 145:21
**looking** [16] - 15:15,
29:12, 45:2, 55:25,
56:5, 65:17, 75:22,
81:17, 82:5, 82:21,
119:3, 129:9,
129:10, 130:6,
133:1, 146:3
**lookout** [1] - 44:23
**looks** [6] - 80:3, 94:3,
129:2, 129:6, 136:1,
149:6
**Los** [1] - 1:20
**lose** [1] - 14:8
**loses** [1] - 12:7

**lost** [1] - 138:16
**loud** [1] - 96:19
**love** [12] - 20:4, 88:15,
94:9, 100:23, 113:8,
115:23, 118:4,
118:5, 118:13,
136:11, 148:12,
148:18
**loves** [1] - 136:9
**Ls** [1] - 145:23
**lunch** [4] - 59:21,
80:2, 80:10, 149:19
**Lunch** [1] - 151:4

# M

**M.C** [1] - 3:6
**M.P.F** [1] - 3:6
**ma'am** [5] - 15:22,
19:18, 19:25, 43:14,
52:18
**Mabel** [1] - 56:20
**machine** [2] - 152:5,
152:12
**magistrate** [1] - 13:17
**main** [2] - 67:8, 67:11
**maintain** [1] - 7:4
**man** [4] - 78:10, 81:5,
84:10, 150:1
**man's** [2] - 63:9, 63:11
**manage** [2] - 15:17,
150:13
**manner** [2] - 58:7,
76:2
**Manor** [1] - 58:15
**map** [3] - 128:3, 133:4,
133:5
**March** [5] - 11:1, 11:5,
11:10, 11:13, 12:22
**mark** [1] - 149:21
**marked** [4] - 31:2,
35:1, 51:1, 128:16
**marks** [1] - 145:14
**materials** [1] - 78:1
**math** [11] - 20:2, 24:4,
33:8, 33:12, 33:17,
35:12, 43:2, 43:3,
43:6, 56:4
**matter** [8] - 7:12,
10:23, 75:20, 77:16,
77:24, 78:5, 98:4,
122:14
**matters** [1] - 91:21
**matters.......................
........... [1] - 4:19**
**mean** [12] - 7:21, 8:2,
51:3, 56:4, 72:24,
89:6, 97:21, 97:23,
101:12, 106:22,
129:8, 139:19

**meaning** [2] - 12:8,
22:24
**means** [2] - 48:4, 94:5
**meant** [2] - 96:9,
96:25
**media** [2] - 15:13
**medical** [1] - 47:11
**Medicine** [1] - 48:10
**meet** [8] - 59:16,
61:17, 98:22, 116:2,
116:12, 116:25,
121:25, 128:6
**meeting** [8] - 24:19,
24:24, 25:1, 25:6,
27:2, 27:6, 57:22,
127:23
**meetings** [1] - 28:3
**M████** [3] - 4:3, 15:21,
15:23
**Melanie** [3] - 88:15,
88:20, 89:1
**members** [1] - 134:10
**memory** [2] - 57:19,
60:9
**mention** [1] - 9:11
**mentioned** [5] - 56:16,
61:14, 74:7, 77:15,
110:23
**mentions** [1] - 37:3
**message** [94] - 71:6,
73:6, 73:23, 74:3,
74:8, 74:11, 74:12,
74:14, 74:19, 74:20,
74:22, 74:25, 75:6,
82:16, 82:19, 84:2,
87:4, 88:22, 89:16,
90:10, 91:3, 91:6,
92:4, 92:14, 93:9,
94:3, 94:12, 94:19,
95:11, 95:18, 95:20,
98:11, 98:13, 98:15,
98:16, 99:3, 99:11,
99:13, 99:16, 99:22,
100:2, 100:6,
102:12, 103:10,
105:6, 105:22,
106:1, 106:2, 106:5,
106:7, 109:21,
109:22, 110:4,
110:5, 110:9,
110:17, 111:21,
112:16, 112:21,
112:22, 114:11,
114:15, 117:22,
118:2, 118:8,
118:17, 119:23,
120:2, 120:5, 120:8,
120:11, 120:23,
135:7, 135:8,
135:13, 135:14,

135:18, 136:17,
137:11, 137:14,
139:9, 139:24,
141:9, 141:21,
142:3, 142:4,
142:16, 142:19,
147:5, 147:11,
147:23, 148:14,
149:13
**messaged** [1] - 83:4
**messages** [89] -
69:12, 69:15, 70:21,
71:23, 72:1, 72:5,
72:22, 72:25, 73:2,
73:10, 73:14, 75:23,
76:3, 76:21, 82:5,
82:7, 82:11, 82:12,
82:14, 83:2, 83:8,
83:9, 83:12, 83:14,
83:19, 83:23, 83:25,
84:3, 84:7, 85:16,
86:4, 86:6, 86:7,
87:7, 87:8, 87:16,
89:5, 90:7, 91:17,
93:5, 95:4, 95:5,
96:8, 97:3, 97:8,
97:14, 97:17,
100:16, 103:6,
103:13, 104:4,
104:7, 104:21,
105:12, 105:17,
106:23, 107:2,
107:9, 109:20,
110:21, 111:4,
111:15, 111:25,
112:19, 113:3,
115:14, 115:17,
115:20, 115:22,
116:9, 117:8,
117:18, 118:10,
118:25, 119:2,
119:19, 120:19,
120:21, 140:3,
140:5, 140:11,
141:2, 146:4,
146:21, 147:7,
148:9, 149:2
**messaging** [2] - 71:8,
83:3
**Messenger** [2] - 71:5,
71:11
**met** [7] - 57:20, 59:14,
59:20, 120:18,
125:25, 127:8
**Miami** [3] - 2:3, 2:7,
2:11
**mic** [13] - 17:4, 53:3,
54:1, 54:5, 54:6,
55:19, 60:1, 60:3,
69:8, 80:14, 99:7,

100:18, 129:18
**Michael** [2] - 3:4, 16:5
**MICHAEL** [1] - 3:5
**middle** [11] - 22:12,
68:7, 78:3, 94:19,
95:20, 99:2, 106:24,
110:9, 119:18,
119:24
**Middle** [7] - 16:11,
16:20, 16:23, 16:25,
19:3, 58:13, 116:16
**Middleton** [4] - 122:3,
126:2, 126:5, 127:3
**might** [12] - 37:16,
37:17, 59:15, 60:3,
84:25, 92:25, 93:14,
129:17, 135:15,
142:6, 146:22,
150:16
**Mike's** [1] - 55:15
**miles** [5] - 6:15, 11:20,
11:24, 58:15, 61:13
**Mill** [1] - 66:23
**mind** [5] - 23:17,
36:25, 38:16, 91:18,
115:25
**minivan** [2] - 134:9,
134:12
**minute** [5] - 66:21,
107:23, 123:12,
124:4, 124:9
**minutes** [6] - 44:16,
77:18, 78:1, 121:18,
124:1, 124:12
**misbehaving** [1] -
17:14
**MISCELLANY** [1] -
4:18
**misconduct** [1] -
17:13
**misheard** [1] - 62:4
**miss** [2] - 40:2, 40:6
**missed** [3] - 34:23,
37:8, 39:23
**missing** [8] - 33:7,
37:10, 37:21, 37:22,
37:24, 40:10, 40:14,
49:19
**Missouri** [1] - 13:7
**misstates** [1] - 27:12
**mistakes** [1] - 20:4
**mk@kinneyesq.com**
[1] - 3:7
**modified** [1] - 13:18
**mom** [39] - 40:12,
46:19, 58:20, 58:25,
59:7, 61:16, 66:25,
76:11, 99:6, 99:8,
99:12, 99:17,
100:11, 100:15,

101:13, 105:13,
105:20, 106:14,
106:15, 108:6,
109:12, 116:11,
116:24, 120:12,
132:21, 141:3,
141:24, 141:25,
142:1, 142:17,
143:18, 146:7,
146:25, 147:3,
147:24, 147:25,
148:3
**Mom** [1] - 132:13
**mom's** [5] - 66:23,
107:18, 122:19,
122:22, 122:24
**moment** [18] - 20:24,
64:24, 75:19, 91:24,
102:14, 103:9,
105:9, 107:10,
108:7, 110:21,
111:17, 111:18,
114:20, 120:13,
122:4, 135:21,
140:13, 144:9
**Monday** [1] - 43:23
**Mondays** [1] - 51:11
**money** [13] - 107:3,
107:13, 108:5,
109:8, 109:11,
109:13, 109:17,
109:23, 110:23,
110:25, 111:6, 111:9
**monitored** [1] - 27:21
**Monroe** [1] - 58:15
**months** [2] - 60:6
**moot** [5] - 6:18, 6:19,
7:18, 10:4, 12:15
**moreover** [1] - 12:25
**morning** [18] - 5:1,
5:2, 5:6, 5:7, 5:8,
5:9, 15:6, 15:7,
15:16, 16:3, 16:4,
46:23, 49:24, 50:23,
120:2, 120:3, 120:6
**most** [5] - 17:2, 17:10,
53:21, 56:15, 133:24
**mostly** [1] - 145:11
**mother** [7] - 20:9,
40:4, 48:24, 50:1,
50:8, 50:14, 92:21
**motion** [24] - 5:4,
5:11, 6:13, 6:25,
8:12, 9:10, 9:13,
9:21, 10:13, 10:24,
11:16, 12:9, 12:12,
12:14, 12:17, 12:20,
12:23, 13:3, 13:5,
13:8, 13:17, 13:19,
13:21, 13:23

**motivated** [1] - 10:9
**mouse** [1] - 70:25
**mouth** [1] - 138:1
**move** [13] - 29:22,
31:25, 34:8, 38:11,
41:19, 64:1, 69:8,
75:9, 77:5, 87:15,
117:25, 131:12,
131:14
**moved** [3] - 11:5,
11:15, 59:7
**movie** [1] - 33:20
**moving** [1] - 11:2
**MR** [212] - 5:6, 5:8,
5:10, 5:20, 6:19, 7:6,
7:21, 8:2, 8:8, 9:6,
10:15, 14:3, 14:7,
14:14, 14:16, 14:21,
14:24, 15:21, 15:24,
16:2, 16:17, 17:5,
17:6, 19:14, 19:24,
20:15, 23:21, 30:2,
30:5, 36:23, 52:21,
53:6, 53:13, 53:17,
54:2, 55:4, 55:8,
55:9, 55:22, 60:2,
63:24, 64:1, 64:5,
65:11, 65:16, 66:10,
66:12, 68:12, 69:7,
69:10, 69:11, 70:2,
70:17, 73:25, 74:2,
74:4, 74:5, 74:6,
75:8, 75:10, 75:13,
75:17, 77:5, 77:10,
78:5, 78:8, 78:13,
78:25, 79:2, 79:5,
79:17, 79:21, 79:24,
80:4, 80:5, 80:16,
80:18, 80:23, 80:25,
81:3, 81:10, 81:11,
81:12, 81:23, 81:24,
82:1, 82:2, 82:4,
84:5, 84:6, 84:14,
84:17, 84:19, 84:23,
86:15, 86:18, 87:17,
87:20, 88:8, 90:21,
90:23, 91:14, 91:16,
91:22, 91:23, 91:25,
92:1, 92:2, 93:24,
94:1, 94:16, 94:18,
95:10, 95:23, 95:25,
96:11, 97:2, 97:6,
97:11, 97:25, 98:7,
98:9, 99:9, 103:17,
103:19, 103:20,
103:21, 103:22,
103:23, 104:18,
104:20, 105:2,
105:3, 107:9,
107:11, 113:22,

114:4, 114:9, 115:2,
115:4, 117:2, 117:6,
119:5, 119:8,
119:11, 122:6,
122:10, 123:3,
123:5, 123:15,
123:18, 123:19,
124:15, 124:16,
125:2, 125:6, 125:8,
125:10, 125:21,
125:23, 126:8,
126:14, 126:18,
126:20, 126:23,
127:1, 131:13,
131:15, 131:16,
133:4, 133:8,
134:24, 135:3,
136:13, 136:16,
136:25, 137:7,
137:10, 137:11,
137:13, 137:18,
138:20, 138:22,
140:10, 140:12,
142:6, 142:8, 142:9,
142:13, 142:14,
142:25, 143:3,
143:5, 143:6,
143:10, 143:12,
143:13, 144:6,
144:13, 146:15,
146:18, 146:19,
148:4, 148:6, 148:7,
149:13, 149:16,
150:10, 150:14,
150:20, 150:25,
151:1
**MS** [75] - 14:19, 16:12,
19:13, 20:20, 21:4,
21:6, 21:10, 23:14,
23:17, 23:20, 27:12,
27:15, 29:12, 29:16,
29:22, 29:25, 30:1,
30:7, 30:13, 30:16,
31:24, 32:2, 32:4,
32:8, 32:11, 32:13,
32:16, 34:8, 34:11,
34:13, 34:16, 34:18,
34:19, 35:18, 35:20,
36:12, 36:13, 36:18,
36:25, 37:2, 38:3,
38:5, 38:11, 38:16,
38:19, 39:14, 41:16,
41:20, 41:21, 43:10,
44:17, 44:20, 46:11,
46:14, 47:6, 47:9,
47:11, 47:13, 47:16,
47:17, 47:22, 47:23,
48:16, 48:19, 48:21,
48:23, 49:9, 49:11,
51:13, 51:18, 51:21,

52:17
**mud** [1] - 139:22
**multiple** [4] - 28:25,
69:15, 101:10,
108:12
**must** [2] - 9:14, 11:18

## N

**name** [25] - 20:21,
21:8, 22:11, 22:24,
23:1, 25:15, 26:8,
29:17, 53:7, 53:9,
58:17, 70:7, 70:18,
70:20, 71:1, 71:17,
73:11, 74:7, 74:21,
85:4, 86:13, 108:13,
112:13, 122:24,
152:16
**name-calling** [3] -
21:8, 23:1, 26:8
**names** [8] - 25:6,
25:10, 25:17, 26:11,
44:21, 64:8, 113:4,
113:5
**nap** [1] - 145:12
**Nassiri** [1] - 13:15
**naturally** [1] - 104:17
**nature** [2] - 26:8, 84:4
**near** [1] - 107:21
**necessarily** [2] - 40:8,
41:25, 42:1
**need** [27] - 5:16,
14:17, 15:9, 20:24,
37:18, 44:21, 44:25,
57:8, 77:16, 77:25,
78:2, 78:4, 79:14,
86:4, 86:5, 87:21,
89:21, 96:4, 97:1,
97:15, 102:15,
117:7, 120:25,
138:14, 142:6,
150:7, 150:13
**needed** [3] - 6:6,
33:10, 109:10
**needs** [2] - 6:20, 90:2
**neighbor's** [3] - 108:1,
108:13, 108:23
**neighborhood** [36] -
58:17, 60:25, 61:11,
61:12, 61:21, 61:22,
61:25, 62:17, 62:25,
63:1, 63:4, 63:8,
63:18, 64:15, 67:2,
67:3, 67:4, 67:5,
67:10, 67:11, 67:14,
121:23, 121:24,
122:1, 122:2, 126:2,
126:3, 127:5,
128:12, 128:17,

128:19, 133:13, 133:15, 134:6
**neighborhoods** [1] - 65:6
**nervous** [1] - 106:6
**Nevada** [1] - 13:15
**never** [14] - 20:10, 22:7, 22:13, 26:20, 36:5, 36:6, 41:5, 42:4, 42:9, 88:14, 96:13, 127:4, 128:18, 139:2
**nevertheless** [1] - 12:7
**New** [1] - 49:5
**new** [1] - 55:15
**next** [20] - 6:24, 7:7, 19:21, 33:11, 47:25, 48:6, 49:12, 49:23, 50:11, 50:20, 52:20, 55:16, 76:15, 85:7, 109:19, 118:21, 120:2, 121:5, 135:22, 148:13
**nice** [3] - 60:16, 66:15, 145:6
**night** [4] - 7:13, 50:2, 50:6, 99:18
**nine** [1] - 124:11
**nonparty** [2] - 12:19, 13:18
**normal** [3] - 56:11, 121:11, 121:14
**North** [6] - 5:13, 6:14, 11:2, 11:19, 55:11, 56:17
**Northern** [1] - 12:2
**Nos** [1] - 10:24
**note** [2] - 9:13, 10:1
**noted** [1] - 37:5
**notes** [3] - 27:2, 27:5, 152:12
**nothing** [3] - 10:15, 76:16, 76:19
**notice** [2] - 13:19, 28:13
**November** [35] - 18:6, 24:19, 24:21, 24:22, 38:25, 43:21, 44:5, 44:7, 44:9, 52:5, 52:13, 70:13, 82:17, 82:20, 82:22, 91:12, 92:5, 97:19, 97:22, 99:14, 106:7, 114:16, 115:12, 119:20, 119:23, 137:16, 140:22, 141:10, 146:8, 147:11, 148:10, 149:3

**Nuckolls** [1] - 79:8
**Number** [8] - 4:12, 4:12, 4:13, 4:13, 4:16, 4:16, 4:17, 4:17
**number** [13] - 20:5, 39:25, 40:2, 63:25, 70:11, 73:19, 73:20, 73:21, 82:6, 103:18, 112:3, 112:10, 123:16
**numbers** [3] - 29:2, 70:9, 85:1
**NW** [5] - 1:15, 2:14, 2:18, 2:21, 3:1

## O

**o'clock** [6] - 15:15, 15:16, 149:21, 150:5, 150:8, 150:9
**O-O-V-O-O** [1] - 69:6
**oath** [2] - 15:22, 80:13
**objected** [1] - 143:1
**objection** [44] - 9:17, 16:12, 19:13, 21:4, 23:14, 27:12, 29:24, 29:25, 30:2, 30:6, 32:1, 32:2, 32:3, 34:10, 34:11, 34:12, 36:12, 41:16, 43:16, 63:25, 64:3, 75:10, 80:23, 84:5, 84:11, 84:13, 86:15, 87:17, 87:22, 87:24, 88:1, 90:21, 91:14, 93:24, 94:16, 125:5, 125:6, 125:7, 126:14, 126:18, 126:19, 143:6, 143:7, 148:4
**objections** [1] - 77:7
**obligation** [2] - 9:24, 9:25
**obligations** [1] - 7:4
**obviously** [4] - 8:25, 67:19, 78:21, 88:14
**occasion** [1] - 57:12
**occasionally** [1] - 68:24
**occasions** [1] - 64:11
**occur** [2] - 132:6, 137:19
**occurred** [2] - 24:19, 41:10
**occurrence** [1] - 23:25
**October** [5] - 13:15, 44:3, 51:7, 51:20, 65:19
**ODIN** [1] - 3:9
**OF** [5] - 1:1, 1:11, 3:5,

4:1, 152:1
**offering** [1] - 95:15
**offers** [3] - 13:3, 109:24, 110:1
**office** [2] - 20:14, 144:25
**OFFICE** [1] - 3:5
**officer** [2] - 14:5, 14:10
**official** [2] - 152:5, 152:11
**Official** [3] - 3:12, 152:3, 152:22
**old** [4] - 54:9, 54:10, 55:1, 56:2
**older** [2] - 58:21, 58:23
**OMG** [1] - 147:25
**once** [3] - 15:8, 40:20, 43:16
**one** [50] - 9:11, 12:1, 20:5, 28:16, 29:4, 31:20, 32:24, 37:1, 39:25, 41:17, 42:22, 43:8, 43:11, 53:19, 57:11, 57:12, 64:11, 66:16, 71:8, 72:3, 75:18, 78:5, 80:3, 88:1, 96:14, 97:22, 101:25, 106:22, 107:17, 108:1, 108:23, 111:17, 111:18, 111:19, 112:19, 117:25, 118:24, 119:16, 123:10, 124:4, 124:9, 129:24, 134:9, 143:12, 144:10, 149:13, 150:9
**one-on-one** [1] - 71:8
**ones** [1] - 117:19
**oops** [1] - 39:12
**ooVoo** [2] - 69:2, 69:6
**Open** [1] - 98:8
**open** [4] - 108:15, 108:16
**opinion** [1] - 8:4
**opportunity** [2] - 20:18, 33:21
**opposed** [1] - 11:7, 137:3
**opposition** [1] - 10:25
**options** [1] - 53:18
**oral** [7] - 95:15, 119:13, 130:20, 131:1, 131:7, 137:21, 138:18
**order** [3] - 12:9, 44:22, 82:13

**ordered** [1] - 13:23
**outburst** [1] - 98:2
**outside** [7] - 7:2, 21:4, 59:5, 78:11, 79:3, 105:17, 139:22
**overruled** [9] - 19:18, 21:9, 30:6, 47:15, 75:12, 80:24, 88:2, 90:22
**overshare** [1] - 26:15
**overstep** [1] - 42:10
**owe** [2] - 109:23, 113:8
**owed** [1] - 107:3
**Ox** [1] - 126:4

## P

**P.A.H** [1] - 3:6
**p.m** [9] - 34:21, 94:4, 95:20, 119:25, 120:3, 120:10, 137:16, 140:24, 151:4
**page** [96] - 29:2, 29:4, 29:7, 29:13, 29:14, 30:8, 31:20, 32:6, 34:2, 36:25, 40:22, 70:12, 70:14, 70:19, 71:11, 71:14, 73:19, 73:20, 73:22, 74:10, 74:19, 74:25, 75:5, 75:21, 76:15, 81:10, 81:11, 82:18, 85:4, 85:7, 85:25, 86:20, 86:21, 87:6, 88:12, 89:4, 91:6, 91:24, 95:2, 95:14, 95:17, 98:10, 98:15, 99:2, 99:15, 99:22, 100:6, 101:24, 102:4, 103:16, 105:8, 105:25, 106:17, 106:19, 106:21, 110:9, 114:13, 115:6, 115:8, 115:19, 116:4, 116:7, 117:17, 118:1, 118:9, 118:21, 119:17, 120:13, 122:16, 135:4, 135:16, 136:13, 137:2, 137:5, 139:8, 141:6, 141:12, 142:12, 144:8, 144:17, 146:5, 146:20, 146:23, 147:6, 147:7, 147:18, 147:19, 148:8,

148:9, 148:13, 148:19, 148:23, 148:24, 149:12
**pages** [5] - 92:22, 93:1, 97:14, 135:23, 152:10
**pain** [2] - 49:1
**pants** [1] - 130:20
**paragraph** [1] - 49:4
**parents** [9] - 100:21, 101:6, 101:8, 101:12, 108:4, 109:10, 116:20, 132:8, 132:10
**Park** [1] - 1:19
**park** [8] - 63:8, 63:18, 94:20, 94:21, 94:22, 94:24, 128:5
**parked** [1] - 134:12
**part** [1] - 28:9
**participate** [1] - 11:3
**particular** [6] - 7:17, 9:15, 23:16, 27:19, 81:5, 114:1
**particularity** [1] - 138:13
**particularly** [4] - 9:12, 10:6, 10:8, 78:16
**parties** [2] - 11:23, 127:2
**party** [6] - 10:23, 11:25, 12:4, 12:5, 23:10, 24:2
**passage** [10] - 100:20, 101:3, 101:25, 102:5, 113:12, 114:18, 120:15, 146:22, 147:19
**passages** [7] - 105:9, 112:25, 115:9, 123:4, 140:18, 141:7, 141:13
**past** [2] - 108:19, 109:3
**patch** [1] - 129:12
**patient** [1] - 48:25
**pause** [5] - 43:16, 44:12, 52:22, 68:10, 122:4
**pay** [7] - 108:5, 109:10, 109:11, 110:14, 110:15, 110:20, 110:25
**PC** [1] - 3:9
**pejorative** [2] - 96:3, 96:5
**pen** [1] - 130:5
**pencil** [1] - 17:8
**pending** [1] - 13:9
**penetrate** [1] - 139:5

163

**penetrated** [1] - 139:2
**penetration** [2] - 138:16, 138:23
**penis** [2] - 139:3, 139:6
**Pennsylvania** [4] - 2:14, 2:18, 2:21, 3:1
**people** [7] - 5:23, 6:8, 40:7, 63:13, 113:25, 138:18, 143:24
**perform** [5] - 95:15, 118:19, 119:13, 131:1, 137:21
**performed** [3] - 130:20, 131:7, 138:3
**perhaps** [1] - 26:15
**period** [19] - 24:8, 24:10, 33:22, 33:23, 35:12, 38:7, 46:24, 51:4, 62:12, 63:2, 68:14, 82:24, 83:3, 112:23, 113:10, 113:14, 116:16, 125:16, 131:11
**permission** [13] - 30:9, 32:13, 34:8, 38:11, 44:11, 65:12, 75:13, 84:19, 117:2, 126:9, 126:20, 133:5, 134:25
**permits** [1] - 12:18
**person** [8] - 20:13, 58:9, 63:12, 63:16, 66:14, 68:19, 73:1, 105:4
**personal** [2] - 79:7, 143:23
**personally** [3] - 19:12, 42:14, 138:1
**perspective** [3] - 10:4, 10:20, 96:2
**phone** [20] - 83:17, 91:8, 92:14, 92:18, 92:20, 99:3, 99:4, 99:6, 99:8, 99:12, 99:17, 105:16, 122:11, 122:22, 132:8, 132:11, 132:12, 132:13, 132:16, 141:3
**photo** [5] - 64:6, 64:7, 126:15, 126:16, 127:2
**photos** [1] - 26:5
**physical** [5] - 47:2, 47:18, 101:15, 101:16, 101:22
**physique** [1] - 54:17
**pick** [1] - 109:6
**picked** [2] - 116:20,

128:22
**pickup** [2] - 108:1, 108:14
**picture** [9] - 53:23, 54:3, 54:7, 55:25, 56:5, 64:22, 65:17, 65:21, 65:25
**pictures** [1] - 26:11
**pissed** [1] - 94:8
**PITTLEMAN** [1] - 3:9
**plaintiff** [13] - 6:3, 8:1, 11:5, 17:22, 18:8, 19:6, 20:22, 44:22, 48:10, 50:5, 56:22, 57:5, 73:16
**Plaintiff** [4] - 1:4, 1:14, 2:1, 4:10
**Plaintiff's** [9] - 29:13, 29:23, 30:8, 30:14, 32:12, 34:1, 34:14, 142:24, 143:8
**plaintiff's** [6] - 11:7, 45:15, 50:1, 123:16, 126:13, 143:1
**plan** [3] - 116:6, 116:23, 150:18
**planning** [2] - 120:22, 121:3
**platform** [3] - 68:25, 69:2, 71:7
**play** [6] - 61:21, 63:9, 63:17, 65:6, 107:16, 128:6
**played** [1] - 94:25
**playground** [3] - 61:22, 62:17, 63:3
**playing** [1] - 28:6
**PLC** [1] - 3:5
**pleadings** [3] - 17:23, 18:1, 18:3
**PLLC** [1] - 1:15
**plowing** [1] - 41:18
**pod** [7] - 27:21, 27:24, 28:10, 28:14, 28:21, 45:3, 45:6
**podium** [1] - 78:13
**point** [11] - 6:4, 40:4, 67:16, 67:20, 96:16, 96:18, 111:11, 130:21, 131:24, 149:15, 149:17
**pointed** [1] - 82:15
**police** [4] - 78:17, 78:20, 78:24
**poor** [1] - 22:20
**position** [5] - 6:21, 7:1, 7:18, 8:18, 21:24
**possible** [1] - 79:20
**post** [2] - 65:19, 96:22

**posted** [1] - 54:7
**posting** [1] - 65:23
**pounds** [3] - 54:14, 81:22
**power** [4] - 5:15, 6:16, 7:3, 9:20
**powerlifting** [2] - 54:21, 54:22
**practical** [2] - 10:3, 15:13
**practice** [1] - 45:25
**pranks** [1] - 108:18
**pre** [1] - 48:2
**pre-excused** [1] - 48:2
**preeminent** [1] - 12:1
**prefer** [1] - 53:9
**preference** [1] - 5:3
**pregnant** [2] - 147:25, 148:3
**Preliminary** [1] - 4:19
**premises** [1] - 14:11
**present** [4] - 7:22, 15:4, 58:9, 80:8
**presented** [1] - 50:17
**presents** [1] - 48:25
**pretty** [7] - 15:19, 28:4, 44:15, 56:13, 56:14, 71:7, 131:20
**prevail** [1] - 9:9
**previously** [2] - 15:23, 53:14
**print** [1] - 15:13
**private** [1] - 136:8
**privileges** [1] - 7:4
**probe** [1] - 37:18
**problem** [3] - 13:12, 14:8, 88:7
**problematic** [1] - 21:25
**problems** [1] - 13:13
**Procedure** [2] - 11:21, 12:21
**proceed** [4] - 15:24, 17:16, 19:23, 80:16
**proceeding** [1] - 11:25
**PROCEEDINGS** [1] - 1:11
**proceedings** [7] - 44:12, 52:22, 68:10, 79:11, 152:6, 152:11, 152:14
**produce** [4] - 11:24, 69:12, 72:20, 83:14
**produced** [6] - 69:15, 75:23, 75:25, 83:12, 83:19, 122:12
**professing** [1] - 118:13
**professional** [1] - 6:6
**professionally** [1] -

19:12
**professionals** [1] - 98:5
**profile** [1] - 71:2
**program** [1] - 52:1
**pronounce** [1] - 30:21
**protect** [1] - 11:22
**protection** [1] - 9:14
**provide** [6] - 5:17, 9:15, 11:24, 43:4, 69:25, 72:17
**provider** [1] - 83:17
**providing** [2] - 91:18, 91:19
**publish** [33] - 30:7, 30:9, 30:12, 32:3, 32:13, 34:12, 38:15, 46:11, 47:6, 47:15, 48:16, 51:16, 53:13, 64:1, 65:12, 65:14, 75:13, 77:7, 82:9, 84:19, 84:20, 112:20, 114:5, 117:3, 125:7, 125:8, 126:10, 126:20, 133:5, 134:25, 136:13, 143:7, 144:6
**published** [23] - 30:15, 32:15, 34:15, 38:18, 46:13, 47:10, 48:20, 51:17, 53:16, 53:19, 64:4, 65:15, 69:22, 75:16, 77:9, 84:22, 114:7, 117:5, 122:9, 126:22, 135:2, 136:15, 143:9
**pull** [7] - 31:19, 35:18, 71:2, 73:5, 122:6, 126:7, 146:4
**pulled** [3] - 33:16, 130:19, 146:6
**pulling** [2] - 36:25, 38:16
**punching** [1] - 28:21
**purpose** [3] - 11:22, 12:7, 96:19
**purposes** [3] - 62:8, 78:2, 92:25
**pursuant** [1] - 11:6
**pursue** [1] - 97:1
**put** [16] - 6:21, 7:1, 8:18, 92:24, 93:9, 98:1, 107:25, 109:14, 109:20, 111:16, 129:22, 133:4, 133:17, 135:20, 137:5, 137:8
**putting** [2] - 6:17, 138:1

## Q

**Q's** [1] - 47:25
**qualify** [1] - 22:10
**quarter** [3] - 28:3, 46:2, 46:4
**quash** [18] - 5:4, 5:11, 6:25, 9:13, 9:22, 10:24, 11:15, 11:16, 12:9, 12:11, 12:14, 12:17, 12:19, 12:24, 13:8, 13:18, 13:21, 13:23
**quashed** [1] - 11:19
**questioned** [1] - 20:8
**questioning** [2] - 97:16, 114:1
**questions** [15] - 43:14, 43:15, 44:13, 44:14, 52:17, 52:24, 56:4, 62:8, 73:18, 78:21, 82:6, 82:15, 84:12, 96:7, 150:23
**quick** [4] - 73:18, 75:19, 77:24, 78:5
**quickly** [4] - 28:4, 71:4, 96:1, 129:23

## R

**Rachel** [12] - 16:10, 16:20, 16:22, 16:25, 19:2, 21:1, 21:18, 22:8, 23:25, 51:10, 58:13, 116:15
**R███████** [3] - 34:20, 37:3, 123:17
**raining** [1] - 139:22
**rainwater** [1] - 129:14
**ran** [3] - 8:12, 51:10, 51:11
**range** [1] - 82:11
**rape** [5] - 57:16, 102:20, 102:22, 103:11, 104:7, 104:23, 104:24
**raping** [1] - 57:14
**rather** [1] - 95:25
**rbates@hunton.com** [1] - 2:16
**reach** [3] - 7:3, 40:12, 83:17
**reached** [2] - 6:3, 131:19
**read** [54] - 5:21, 10:18, 17:23, 18:1, 18:3, 18:10, 57:11, 70:4, 72:5, 74:12, 81:6, 86:4, 95:3, 95:7, 96:5, 96:20, 97:7,

97:15, 97:22, 99:15,
100:9, 100:19,
101:2, 101:3,
101:25, 102:13,
102:14, 102:15,
102:16, 103:10,
103:13, 105:9,
105:10, 106:23,
111:17, 111:18,
112:24, 114:17,
114:20, 115:8,
115:20, 116:8,
117:8, 117:18,
118:10, 140:13,
140:18, 141:13,
146:21, 146:22,
147:8, 148:23
**reading** [3] - 81:7,
96:18, 96:24
**ready** [7] - 13:1, 15:1,
93:2, 93:4, 106:25,
107:1, 150:20
**real** [1] - 113:25
**really** [8] - 28:2, 59:25,
63:5, 77:24, 92:9,
93:17, 137:12
**realtime** [1] - 152:12
**reason** [6] - 12:18,
13:22, 23:12, 42:3,
144:2, 145:25
**reasons** [1] - 11:16
**recalled** [1] - 23:7
**received** [8] - 21:2,
21:12, 35:4, 96:8,
123:20, 123:21,
124:6, 142:19
**receiving** [1] - 123:2
**Recess** [2] - 79:10,
151:4
**recipient** [1] - 13:9
**recognize** [6] - 18:11,
27:24, 28:9, 29:19,
38:6, 127:5
**recognized** [1] - 28:16
**recollection** [12] -
25:5, 33:5, 45:15,
45:16, 76:25, 81:1,
81:18, 83:22, 83:24,
97:3, 97:6, 116:15
**record** [22] - 8:6, 8:22,
10:18, 16:5, 29:12,
29:23, 31:24, 46:7,
47:1, 47:11, 47:18,
49:12, 49:23, 95:7,
96:5, 96:6, 98:1,
100:9, 113:6,
123:23, 143:4, 144:7
**recording** [1] - 152:13
**records** [8] - 51:1,
51:7, 52:13, 122:12,

122:18, 122:19,
123:21, 141:3
**recover** [1] - 76:2
**recovered** [1] - 76:3
**red** [3] - 37:20, 37:25,
64:9
**Redirect** [1] - 4:5
**REDIRECT** [4] - 44:19
**refer** [4] - 59:14,
73:24, 102:6, 102:10
**reference** [5] - 85:1,
103:7, 103:14,
112:11, 149:4
**referenced** [1] - 94:24
**references** [3] - 85:4,
137:14, 137:15
**referencing** [1] - 12:20
**referral** [3] - 17:11,
17:12, 17:18
**referring** [15] - 74:2,
74:13, 74:15, 74:17,
74:22, 75:2, 75:3,
75:6, 88:18, 94:11,
120:17, 147:15,
149:5
**refrain** [1] - 84:11
**refresh** [6] - 45:14,
45:16, 76:25, 81:1,
81:18, 97:6
**regard** [7] - 78:19,
96:3, 111:5, 111:6,
111:8, 112:5, 114:1
**regular** [4] - 40:18,
52:10, 116:25,
121:11
**regularly** [1] - 52:7
**relate** [1] - 10:21
**related** [5] - 33:12,
33:17, 42:19, 43:11,
134:18
**relates** [1] - 30:3
**relationship** [7] -
58:24, 59:3, 59:23,
67:22, 90:8, 90:24,
91:12
**relay** [1] - 33:24
**relayed** [1] - 141:1
**relevance** [1] - 19:13
**rely** [1] - 9:8
**remain** [1] - 15:12
**remained** [1] - 43:2
**remaining** [1] - 11:7
**remains** [1] - 14:11
**Remember** [2] - 87:11,
88:9
**remember** [30] - 25:3,
33:22, 42:22, 50:19,
57:22, 57:25, 59:19,
60:11, 64:18, 64:19,
66:4, 67:18, 77:19,

83:6, 84:8, 85:15,
86:12, 86:17,
105:19, 113:11,
137:23, 138:1,
142:22, 144:18,
144:20, 144:25,
145:2, 145:3,
149:11, 149:24
**remembered** [1] - 83:4
**remind** [1] - 51:9
**reminded** [1] - 24:13
**remove** [1] - 133:6
**rendering** [1] - 7:18
**rephrase** [13] - 27:14,
36:21, 41:1, 41:20,
83:13, 84:16,
104:18, 105:23,
111:22, 115:2,
137:20, 144:20,
147:14
**report** [6] - 12:25,
17:15, 21:25, 37:5,
38:7, 43:3
**reported** [2] - 23:3,
24:18, 25:8, 25:24,
27:9, 36:5, 36:15,
42:7, 42:15, 42:16,
45:6, 152:5
**Reporter** [3] - 3:12,
152:3, 152:22
**REPORTER** [3] - 32:5,
69:4, 152:1
**Reporter........................
...** [1] - 4:20
**reporting** [4] - 23:4,
36:10, 41:7
**reports** [1] - 78:20
**represent** [2] - 16:5,
20:21, 53:7
**represented** [1] -
137:4
**representing** [1] - 6:8
**represents** [1] - 38:20
**request** [4] - 6:17,
11:7, 31:25, 118:23
**requested** [1] - 114:10
**reseated** [1] - 15:23
**resides** [2] - 5:13,
11:20
**resolve** [1] - 91:20
**resolved** [1] - 78:23
**respond** [2] - 76:11,
89:10
**responds** [1] - 85:10
**response** [8] - 8:16,
17:17, 90:5, 93:16,
96:8, 110:1, 118:22,
119:15
**responses** [2] - 5:2,
15:7

**responsible** [2] - 8:24,
21:19
**rest** [1] - 150:17
**Reston** [2] - 3:7, 3:10
**resumed** [1] - 79:11
**retrieve** [2] - 81:24,
82:2
**return** [3] - 6:15, 8:10,
8:11
**returned** [4] - 7:17,
8:10, 8:15, 8:16
**reverse** [1] - 82:13
**review** [2] - 11:8, 76:6
**reviewed** [4] - 32:24,
34:5, 104:4, 111:4
**Rewari** [8] - 2:17,
24:7, 24:17, 34:5,
37:7, 40:17, 41:4,
44:15
**REWARI** [30] - 14:19,
21:4, 23:14, 27:12,
29:25, 32:2, 34:11,
36:12, 41:16, 44:17,
44:20, 46:11, 46:14,
47:6, 47:9, 47:13,
47:16, 47:17, 47:22,
47:23, 48:16, 48:19,
48:21, 48:23, 49:9,
49:11, 51:13, 51:18,
51:21, 52:17
**Rewari.........** [1] - 4:5
**ride** [5] - 66:24,
107:23, 116:12,
116:25, 117:13
**ringing** [1] - 132:16
**risk** [1] - 8:13
**rkeefe@bsfllp.com**
[1] - 2:12
**road** [1] - 67:8
**Road** [2] - 126:4,
126:5
**Robert** [2] - 2:9, 3:6
**rocks** [1] - 139:20
**rode** [3] - 121:5, 121:9
**room** [2] - 78:4, 98:5
**ROSSIE** [1] - 1:11
**route** [1] - 133:24
**row** [1] - 47:25
**RPR** [2] - 3:12, 152:21
**rule** [3] - 9:15, 12:4,
12:7
**Rule** [12] - 5:12, 5:14,
5:16, 5:21, 5:22,
6:12, 7:5, 7:11, 9:13,
10:4, 12:18, 13:8
**Rules** [2] - 11:21,
12:20
**rules** [1] - 88:3
**ruling** [2] - 8:20, 14:2
**rulings** [2] - 78:15,

78:19
**run** [4] - 15:19, 20:13,
52:1, 63:14
**running** [2] - 100:10,
100:14
**Ryan** [2] - 2:13, 53:7

## S

**S.T** [1] - 3:6
**sad** [1] - 119:3
**safe** [1] - 20:6
**safety** [3] - 18:18,
18:21, 19:8
**sake** [1] - 91:16
**salacious** [1] - 96:17
**sat** [1] - 145:11
**saw** [12] - 21:24, 22:8,
40:23, 41:6, 49:15,
89:1, 107:24,
109:19, 120:12,
134:5, 135:5, 141:5
**scan** [1] - 93:1
**scant** [1] - 9:12
**schedule** [4] - 33:23,
125:3, 125:5, 125:12
**scheduling** [1] - 79:25
**SCHILLER** [4] - 1:19,
2:2, 2:6, 2:10
**School** [10] - 9:7,
16:11, 16:20, 16:23,
16:25, 19:3, 53:8,
56:25, 58:13, 116:16
**school** [68] - 20:7,
21:7, 22:12, 23:7,
24:5, 24:14, 24:24,
31:17, 32:23, 34:24,
35:5, 35:24, 36:2,
36:10, 37:8, 37:10,
37:21, 38:9, 39:21,
40:11, 40:15, 42:12,
42:24, 43:6, 43:20,
46:19, 50:9, 50:15,
52:1, 58:4, 58:5,
58:14, 58:16, 59:17,
61:2, 64:25, 68:2,
68:7, 72:3, 76:22,
80:20, 81:19, 116:2,
116:12, 116:16,
116:20, 116:25,
121:5, 121:6,
121:12, 125:3,
125:11, 125:13,
126:17, 142:1,
142:17, 142:18,
143:19, 144:12,
144:18, 145:6,
145:10, 145:12,
145:17, 146:1,
146:8, 146:11,

146:14
**school's** [1] - 13:6
**science** [1] - 20:3
**scooping** [3] - 23:23, 23:24, 24:14
**scoot** [1] - 60:3
**scope** [2] - 21:5, 47:12
**scoring** [1] - 37:24
**Scott** [1] - 2:20
**screen** [11] - 53:20, 82:9, 84:25, 85:2, 87:2, 92:24, 98:11, 127:7, 132:11, 132:12, 136:17
**screwed** [1] - 99:18
**scroll** [1] - 142:13
**SE** [3] - 2:2, 2:6, 2:10
**seated** [11] - 15:5, 57:1, 59:10, 77:23, 79:16, 80:9, 80:15, 129:24, 129:25, 144:23, 150:4
**second** [26] - 46:24, 73:23, 74:3, 74:19, 76:18, 84:9, 84:14, 95:14, 95:17, 98:15, 98:16, 99:22, 100:3, 100:6, 100:19, 101:2, 106:22, 110:4, 112:19, 124:4, 129:24, 141:21, 143:12, 144:8, 144:10, 149:14
**seconds** [1] - 95:21
**see** [75] - 7:13, 13:2, 28:18, 30:3, 30:4, 35:8, 35:10, 35:22, 36:2, 41:13, 41:22, 42:1, 42:3, 42:4, 42:8, 42:20, 45:9, 48:7, 48:24, 49:6, 50:12, 53:23, 60:18, 60:20, 71:16, 71:20, 76:13, 76:17, 76:20, 76:23, 85:11, 86:9, 87:13, 88:13, 88:16, 88:24, 89:6, 89:8, 89:21, 89:25, 90:13, 91:7, 91:9, 92:8, 92:11, 92:15, 93:10, 94:7, 94:9, 103:13, 107:18, 111:25, 119:1, 119:20, 120:23, 123:6, 124:2, 124:9, 129:11, 132:11, 132:14, 133:21, 134:14, 137:9, 137:16, 137:17,

144:14, 144:23, 145:14, 145:15, 145:17, 145:23, 147:1, 149:4, 150:15
**seeing** [3] - 27:5, 47:1, 120:21
**seek** [1] - 12:19
**seeks** [1] - 12:11
**seem** [1] - 41:18
**send** [5] - 10:12, 17:15, 33:3, 33:6, 35:25
**sends** [1] - 86:6
**sense** [2] - 82:15
**sent** [4] - 29:19, 33:2, 140:5, 142:4
**separate** [4] - 12:18, 13:22, 41:10, 97:7
**serious** [4] - 17:2, 17:10, 19:15, 108:8
**served** [4] - 6:10, 10:1, 11:12, 12:22
**serves** [1] - 96:19
**service** [1] - 11:13
**SESSION** [1] - 1:8
**Session** [1] - 151:5
**set** [4] - 75:22, 76:3, 76:5, 111:24
**sets** [1] - 69:15
**settlement** [3] - 6:2, 11:6, 11:9
**seven** [1] - 60:6
**several** [1] - 69:18
**sex** [18] - 95:12, 95:15, 95:21, 98:14, 98:19, 100:5, 117:23, 119:13, 121:4, 130:20, 131:1, 131:7, 136:23, 137:21, 138:3, 138:8, 138:18
**sexual** [19] - 21:3, 21:13, 21:16, 22:19, 22:20, 22:22, 22:23, 23:2, 23:4, 26:8, 84:4, 93:6, 93:21, 116:5, 118:18, 118:22, 131:24, 147:15, 147:16
**sexually** [1] - 57:11
**shadow** [1] - 20:7
**share** [3] - 8:4, 26:14, 36:17
**sheet** [1] - 49:19
**shifts** [1] - 7:14
**shirt** [3] - 64:9, 64:10
**shoot** [1] - 80:10
**short** [3] - 68:14, 77:16, 131:11
**shorthand** [2] - 152:5,

152:12
**show** [11] - 6:21, 46:22, 69:21, 72:4, 111:5, 125:2, 125:11, 127:7, 133:9, 133:15, 144:8
**showed** [3] - 35:21, 35:24, 45:22
**showing** [3] - 36:1, 47:14, 127:3
**shown** [3] - 26:5, 35:17, 46:22
**sic** [1] - 100:14
**sick** [3] - 40:5, 40:13, 49:4
**side** [1] - 108:23
**sidebar** [1] - 96:12
**Sidebar** [1] - 96:15
**sidebars** [1] - 43:11
**sides** [1] - 114:3
**sidewalk** [2] - 134:1, 134:16
**sign** [1] - 41:24
**significance** [1] - 78:19
**signs** [1] - 37:15
**silent** [1] - 132:17
**single** [2] - 7:12, 74:20
**sister** [1] - 20:10
**sitting** [2] - 130:1, 130:2
**situation** [2] - 8:15, 10:20
**six** [3] - 13:10, 40:1, 60:6
**size** [4] - 56:6, 56:7, 56:11
**skate** [2] - 117:14, 117:15
**skateboard** [2] - 108:18, 128:22
**skateboard-stealing** [1] - 108:18
**skateboarded** [2] - 125:25, 127:10
**skateboarding** [2] - 65:9, 67:4
**Skype** [1] - 68:24
**sleep** [1] - 115:25
**slight** [1] - 48:25
**slightly** [1] - 134:18
**slip** [1] - 59:15
**slut** [4] - 94:8, 94:12, 94:14, 94:15
**small** [1] - 29:1
**social** [1] - 15:13
**someone** [7] - 17:14, 20:12, 22:23, 23:18, 33:10, 134:9
**sometimes** [1] - 62:20

**somewhat** [3] - 6:18, 7:18, 138:14
**somewhere** [2] - 15:16, 80:11
**Sona** [1] - 2:17
**Sophia** [2] - 86:7, 86:11
**sore** [1] - 48:25
**sorry** [35] - 14:7, 23:17, 24:16, 30:8, 36:21, 39:12, 39:15, 41:1, 41:17, 56:1, 56:4, 61:23, 62:4, 70:14, 70:16, 75:21, 76:18, 79:16, 82:1, 103:17, 105:23, 107:20, 109:1, 112:18, 112:20, 119:22, 124:24, 131:13, 132:5, 133:10, 135:16, 137:7, 138:25, 142:10
**sort** [4] - 17:14, 91:11, 97:16, 138:15
**span** [2] - 41:11, 41:23
**speaking** [3] - 57:9, 67:23, 84:11
**speaks** [5] - 87:25, 95:9, 95:23, 96:6, 115:1
**special** [3] - 10:6, 10:9, 28:3
**specific** [7] - 9:21, 27:1, 29:13, 33:8, 43:20, 44:9, 138:21
**speculate** [2] - 23:15, 23:18
**speculation** [2] - 36:12, 36:23
**spent** [2] - 49:5, 146:1
**spirit** [1] - 10:4
**split** [1] - 142:6
**spoken** [2] - 68:5, 141:18
**spot** [9] - 121:19, 128:12, 128:14, 128:15, 128:20, 128:25, 129:5, 129:20, 139:14
**Square** [2] - 3:13, 49:5
**squares** [1] - 12:8
**srewari@huntonak.com** [1] - 2:19
**stack** [1] - 82:6
**stamp** [6] - 45:10, 45:19, 45:20, 49:19, 65:20, 119:4
**stamps** [2] - 119:18, 119:19

**stand** [1] - 19:20
**standing** [2] - 8:3, 28:15
**standpoint** [1] - 6:25
**start** [11] - 55:15, 58:4, 64:16, 82:14, 85:16, 86:1, 90:7, 91:12, 93:5, 106:24, 129:23
**started** [7] - 24:10, 59:25, 62:9, 62:13, 92:6, 97:12, 131:19
**starting** [3] - 56:16, 93:22, 123:4
**starts** [1] - 131:1
**state** [1] - 5:23
**STATES** [2] - 1:1, 1:12
**States** [3] - 3:13, 12:1, 12:2
**stating** [2] - 46:19, 115:14
**stay** [7] - 6:5, 7:2, 44:17, 52:7, 96:10, 116:18, 116:24
**stayed** [1] - 43:20
**staying** [2] - 116:11, 150:18
**stealing** [1] - 108:18
**step** [5] - 6:10, 52:18, 78:10, 78:11, 120:20, 120:24, 129:19, 150:1
**sticks** [1] - 139:19
**still** [9] - 15:22, 80:13, 88:14, 91:8, 99:12, 113:10, 116:12, 116:25, 141:10
**stipulated** [1] - 123:16
**stipulation** [1] - 63:23
**stop** [12] - 108:7, 112:17, 112:23, 113:7, 113:14, 113:15, 114:12, 115:24, 117:1, 121:7, 121:20, 132:7
**stopped** [4] - 113:17, 121:12, 131:25, 135:5
**stopping** [2] - 149:15, 149:17
**story** [4] - 97:17, 107:12, 109:6, 125:24
**strategic** [1] - 6:25
**strategical** [1] - 9:3
**stream** [1] - 61:8
**Street** [4] - 1:15, 2:2, 2:6, 2:10
**street** [2] - 66:20, 67:11
**struggle** [1] - 50:2

166

**struggling** [2] - 37:17, 41:24
**student** [9] - 17:8, 17:9, 22:11, 24:4, 26:11, 27:24, 28:9, 41:22
**student's** [1] - 37:20
**students** [13] - 24:10, 26:5, 26:11, 35:15, 37:16, 40:6, 40:21, 42:1, 42:11, 42:18, 45:25, 127:18
**stuff** [2] - 96:17, 96:24
**subcategory** [1] - 12:21
**subject** [5] - 12:5, 32:19, 33:2, 34:23, 40:18
**subjects** [2] - 25:2, 116:19
**subpoena** [17] - 5:14, 8:17, 9:14, 9:16, 9:17, 10:10, 10:11, 10:24, 11:12, 11:14, 11:15, 11:18, 12:5, 12:11, 12:19, 13:8, 13:18
**subpoenaed** [2] - 5:10, 6:9
**subscribed** [1] - 152:15
**substantial** [1] - 40:2
**substantive** [1] - 91:21
**suggest** [3] - 7:16, 96:9, 98:6
**suggesting** [1] - 96:24
**suing** [2] - 56:25, 57:3
**Suite** [7] - 1:16, 1:20, 2:3, 2:7, 2:11, 3:6, 3:10
**summer** [1] - 81:15
**Sunday** [2] - 7:8, 12:23
**supposed** [2] - 8:18, 9:17
**surrounding** [1] - 40:5
**suspension** [6] - 144:12, 144:18, 145:7, 145:10, 146:1, 146:14
**suspensions** [1] - 145:17
**sustain** [1] - 87:22
**sustained** [9] - 23:15, 36:24, 86:16, 87:18, 88:1, 91:15, 93:25, 94:17, 148:5
**sweatshirt** [1] - 64:9
**sworn** [2] - 15:23,

52:23
**symbol** [1] - 91:8
**symbols** [1] - 102:24
**system** [1] - 72:3

**T**

**T.B** [1] - 3:6
**tab** [1] - 34:3
**TABLE** [1] - 4:1
**tabs** [2] - 28:25, 53:21
**tactical** [1] - 9:3
**tag** [3] - 63:12, 94:25, 128:6
**tagger** [1] - 63:13
**talks** [1] - 93:20
**tall** [1] - 54:11
**taller** [1] - 56:8
**tape** [1] - 152:13
**T▓▓▓▓▓** [1] - 30:23
**teacher** [10] - 21:1, 21:12, 21:24, 22:8, 30:18, 33:14, 33:20, 42:12, 43:2, 43:4
**teachers** [5] - 21:18, 26:14, 27:10, 27:16, 40:18
**teaching** [1] - 20:2
**team** [8] - 24:18, 25:1, 28:3, 28:5, 28:6, 28:17, 33:9, 112:13
**tears** [3] - 31:5, 31:11, 35:22
**technically** [1] - 8:3
**ten** [1] - 15:15
**Tenth** [1] - 3:14
**terms** [4] - 9:24, 67:23, 138:14, 138:17
**T▓▓▓** [1] - 144:21
**T▓▓▓** [1] - 144:25
**testified** [21] - 17:23, 21:6, 23:6, 23:12, 23:23, 24:7, 24:16, 27:10, 27:23, 28:2, 33:13, 35:3, 37:4, 37:15, 40:17, 40:24, 41:4, 43:5, 43:19, 47:2, 85:21
**testify** [9] - 10:11, 11:4, 11:12, 11:18, 12:12, 12:19, 13:1, 60:12, 97:21
**testifying** [3] - 48:9, 50:1, 96:24
**testimony** [20] - 6:14, 11:15, 11:24, 13:4, 16:19, 16:22, 22:25, 23:25, 27:13, 28:13, 31:16, 36:5, 36:8,

36:19, 41:23, 69:25, 78:15, 97:8, 97:12, 152:6
**testing** [1] - 57:19
**text** [12] - 68:20, 83:4, 83:8, 83:12, 83:14, 83:19, 83:23, 83:24, 84:2, 84:3, 84:7, 105:6
**texting** [1] - 71:7
**Thanksgiving** [2] - 46:16, 46:20
**THE** [182] - 1:1, 1:11, 3:5, 5:1, 5:3, 5:7, 5:9, 5:16, 5:21, 6:24, 7:9, 7:25, 8:6, 8:22, 10:13, 10:17, 14:4, 14:8, 14:15, 14:17, 14:20, 14:22, 14:25, 15:5, 15:8, 15:22, 15:25, 16:14, 16:16, 17:4, 19:18, 19:19, 19:21, 19:22, 19:25, 20:1, 20:17, 21:9, 23:15, 23:18, 27:14, 29:9, 29:24, 30:4, 30:6, 30:10, 32:1, 32:3, 32:5, 32:6, 32:7, 32:10, 32:14, 34:10, 34:12, 36:14, 36:15, 36:24, 38:4, 38:15, 39:13, 41:17, 41:18, 43:13, 43:17, 44:15, 44:18, 46:12, 47:8, 47:15, 48:18, 51:16, 52:18, 52:19, 52:20, 52:24, 53:15, 54:1, 55:7, 55:18, 55:20, 55:21, 60:1, 64:3, 65:14, 69:4, 69:6, 69:9, 69:24, 70:1, 70:15, 70:16, 74:1, 75:12, 75:14, 77:7, 77:12, 77:22, 78:7, 78:10, 78:18, 79:1, 79:4, 79:6, 79:12, 79:23, 80:1, 80:7, 80:9, 80:17, 80:24, 81:2, 81:4, 81:25, 82:3, 84:8, 84:9, 84:16, 84:21, 86:16, 86:17, 87:18, 87:19, 87:22, 88:6, 88:7, 90:22, 91:15, 91:18, 93:25, 94:17, 95:9, 96:2, 96:13, 96:16, 97:5, 97:10, 97:18, 98:3, 99:7, 99:8, 104:16, 104:19, 113:21,

113:24, 114:6, 114:8, 115:1, 115:3, 117:4, 119:4, 119:9, 119:10, 122:8, 123:17, 125:5, 125:7, 126:11, 126:16, 126:19, 126:21, 131:12, 131:14, 135:1, 136:14, 137:5, 137:8, 137:15, 137:17, 138:13, 142:7, 143:7, 146:16, 146:17, 148:5, 149:15, 149:18, 150:3, 150:11, 150:15, 150:22, 151:2
**themselves** [2] - 96:4, 96:21
**thereby** [1] - 7:17
**thingy** [1] - 112:12
**thinking** [4] - 23:16, 23:19, 94:13, 115:24
**thinks** [1] - 147:5
**third** [12] - 11:23, 74:11, 75:1, 75:2, 76:9, 91:6, 92:13, 94:3, 101:2, 105:22, 109:21, 122:16
**threat** [3] - 18:18, 18:21, 19:8
**threaten** [2] - 111:2, 111:8
**threatened** [1] - 99:19
**threats** [1] - 111:5
**three** [24] - 10:1, 11:13, 13:12, 13:19, 18:3, 35:17, 39:25, 41:9, 41:10, 41:11, 41:23, 43:20, 44:9, 49:2, 61:19, 62:2, 62:12, 62:23, 63:1, 63:7, 79:18, 79:22, 80:2
**throat** [1] - 48:25
**throwing** [1] - 17:8
**Thursday** [3] - 43:24, 44:7, 52:5
**Thursdays** [2] - 51:11, 52:8
**timeline** [1] - 9:15
**timeliness** [1] - 9:21
**timely** [2] - 9:14, 12:20
**Tinsley** [1] - 15:2
**tiny** [1] - 73:20
**today** [9] - 5:4, 10:12, 13:25, 15:19, 48:25, 80:3, 104:4, 149:22, 150:5

**together** [5] - 28:6, 60:17, 61:19, 62:14, 152:13
**tomorrow** [4] - 76:21, 91:8, 92:15, 119:1
**Tonia** [2] - 152:3, 152:21
**TONIA** [1] - 3:12
**took** [7] - 6:10, 7:13, 75:11, 92:20, 109:15, 121:14, 121:18
**top** [47] - 48:22, 70:18, 70:20, 71:10, 73:23, 74:3, 74:11, 74:19, 75:1, 75:2, 76:10, 89:15, 91:3, 93:9, 95:18, 100:2, 100:3, 101:2, 101:25, 102:13, 103:1, 109:21, 110:17, 112:21, 112:22, 114:11, 116:8, 116:9, 118:2, 118:10, 118:17, 122:24, 123:3, 135:13, 137:2, 137:11, 137:14, 139:8, 140:3, 140:10, 142:4, 142:5, 147:7, 148:14
**topic** [1] - 43:8
**TORCHINSKY** [1] - 1:14
**touch** [2] - 113:19, 127:7
**touching** [1] - 18:15
**tough** [1] - 98:4
**towards** [2] - 33:23, 54:6
**toxic** [3] - 16:20, 16:25, 23:7
**trailing** [1] - 55:18
**training** [4] - 21:2, 21:12, 22:15, 22:17
**transcript** [1] - 152:11
**TRANSCRIPT** [1] - 1:11
**travel** [1] - 12:16
**traveled** [1] - 12:9
**traveling** [2] - 11:23, 40:8
**tree** [3] - 129:8, 130:10, 139:19
**TRIAL** [2] - 1:11, 4:1
**trial** [4] - 6:1, 10:9, 11:4, 46:18
**Trial** [1] - 152:6
**tried** [1] - 83:17
**truck** [2] - 108:14,

109:15
**trucks** [1] - 108:1
**true** [1] - 92:10
**trunk** [1] - 108:14
**truthfully** [1] - 23:12
**try** [5] - 33:10, 129:19, 80:10, 113:24, 150:17
**trying** [8] - 15:17, 33:23, 37:23, 79:12, 88:3, 98:22, 138:2, 150:13
**Tuesday** [3] - 32:21, 45:22, 71:19
**turn** [44] - 28:25, 29:4, 63:21, 71:15, 73:19, 73:22, 74:10, 74:25, 75:21, 87:6, 88:12, 89:20, 91:6, 94:2, 95:2, 95:14, 98:10, 98:15, 99:2, 99:15, 99:22, 100:6, 101:24, 103:16, 105:8, 105:25, 106:17, 106:21, 109:24, 110:9, 112:15, 116:7, 117:17, 119:17, 120:13, 135:15, 135:20, 136:21, 139:8, 140:16, 141:6, 141:12, 147:18, 148:23
**turned** [1] - 134:2
**turning** [1] - 134:1
**TV** [2] - 61:7, 62:15
**twenty** [1] - 55:2
**twenty-five** [1] - 55:2
**twice** [2] - 72:14, 72:15
**two** [50] - 10:2, 11:14, 13:10, 32:23, 33:1, 35:24, 36:2, 39:25, 41:13, 41:22, 49:15, 53:18, 61:15, 64:12, 66:21, 68:17, 76:21, 79:18, 79:21, 80:2, 80:6, 86:6, 92:6, 93:5, 93:21, 97:8, 97:10, 97:11, 100:16, 115:8, 116:8, 116:9, 118:10, 118:25, 119:2, 123:12, 124:1, 124:6, 124:7, 128:20, 135:25, 136:19, 136:23, 138:4, 140:18, 147:10, 147:15, 150:14

**two-and-a-half** [3] - 79:18, 79:21, 80:2
**two-minute** [2] - 66:21, 123:12
**type** [8] - 60:22, 65:2, 65:5, 83:3, 108:8, 113:19, 116:5, 149:5
**types** [1] - 26:12
**typical** [1] - 92:17

## U

**U's** [1] - 89:24
**ugly** [1] - 89:7
**uncle** [1] - 59:8
**unclear** [1] - 136:22
**uncomfortable** [2] - 134:18, 138:15
**uncommon** [1] - 40:6
**under** [12] - 5:11, 7:4, 9:13, 10:11, 15:22, 19:15, 29:1, 63:24, 75:11, 80:13, 122:22, 139:19
**underneath** [1] - 29:4
**understood** [1] - 91:22
**undue** [1] - 11:23
**unfortunately** [1] - 59:19
**unique** [1] - 96:13
**united** [1] - 3:13
**United** [2] - 12:1, 12:2
**UNITED** [2] - 1:1, 1:12
**untimely** [5] - 12:18, 13:6, 13:9, 13:18, 13:22
**unusual** [1] - 40:9
**unwanted** [2] - 18:15, 113:19
**unzoom** [2] - 98:16, 119:6
**up** [77] - 5:4, 6:21, 14:25, 15:10, 17:14, 22:6, 23:23, 26:18, 31:19, 33:10, 37:1, 37:23, 38:16, 42:21, 42:23, 45:25, 50:5, 53:23, 57:13, 60:3, 62:5, 63:5, 66:20, 67:17, 67:20, 67:25, 68:1, 68:6, 71:2, 73:5, 81:7, 81:9, 87:3, 89:12, 93:9, 96:14, 98:4, 100:16, 100:17, 102:22, 103:11, 103:25, 104:2, 104:7, 104:10, 106:24, 108:2, 109:6,

109:13, 109:20, 111:16, 116:2, 116:12, 116:20, 117:1, 120:18, 122:6, 125:25, 126:7, 127:4, 128:22, 129:23, 130:8, 130:10, 130:21, 133:4, 136:7, 137:5, 137:8, 137:12, 142:13, 144:7, 146:5, 146:6, 146:10, 149:21, 150:5
**useful** [1] - 96:19
**user** [10] - 73:11, 73:24, 74:7, 74:13, 74:23, 75:3, 75:23, 76:10, 76:15, 76:19

## V

**VA** [3] - 3:7, 3:10, 3:14
**vaginal** [1] - 138:23
**vaginally** [2] - 138:10, 139:2
**van** [1] - 132:25
**vandalism** [1] - 49:16
**verbally** [1] - 101:13
**version** [1] - 34:5
**versus** [1] - 152:7
**vibrating** [2] - 132:16, 132:18
**victim** [1] - 20:10
**video** [6] - 65:6, 68:24, 69:2, 69:5, 86:7, 105:16
**view** [3] - 9:23, 127:3, 129:10
**viewed** [1] - 21:25
**viral** [1] - 48:13
**VIRGINIA** [1] - 1:1
**Virginia** [8] - 5:19, 6:11, 6:22, 10:22, 12:15, 152:4
**VOGEL** [1] - 1:14
**voice** [2] - 55:18, 74:16
**voicemail** [5] - 141:16, 143:16, 143:21, 143:25, 144:3
**VOLUME** [1] - 1:8
**voluntarily** [4] - 8:9, 8:15, 11:5, 12:8
**volunteer** [1] - 78:22

## W

**wait** [2] - 74:5, 103:3
**waited** [3] - 12:23,

13:10, 13:12
**walk** [13] - 60:25, 61:2, 61:22, 63:4, 63:5, 66:21, 120:20, 127:22, 128:11, 129:19, 129:20, 130:16
**walked** [1] - 128:14
**walking** [5] - 64:15, 64:20, 67:3, 128:20, 128:24
**walks** [1] - 14:6
**wall** [1] - 145:11
**wants** [4] - 79:1, 96:16, 119:12, 119:13
**Washington** [5] - 1:16, 2:15, 2:18, 2:22, 3:2
**watch** [4] - 27:17, 61:7, 62:15, 146:17
**watched** [2] - 27:11, 27:16
**watching** [3] - 27:1, 27:18, 33:20
**wearing** [1] - 112:2
**Weaver** [2] - 47:1, 48:9
**Wednesday** [5] - 43:23, 44:5, 45:20, 52:4, 52:13
**Wednesdays** [2] - 51:11, 52:10
**week** [9] - 16:19, 17:22, 45:10, 46:15, 46:20, 55:16, 145:18, 145:20, 146:13
**weeks** [9] - 10:1, 11:13, 13:10, 36:2, 41:11, 41:23, 97:8, 97:10, 97:11
**weeks'** [1] - 13:19
**weigh** [2] - 54:13, 81:21
**weight** [3] - 56:9, 80:20, 81:18
**weightlifting** [1] - 54:24
**West** [1] - 126:4
**Western** [1] - 13:7
**Westlaw** [1] - 13:7
**whatsoever** [1] - 36:7
**whereas** [1] - 67:8
**whereof** [1] - 152:15
**white** [1] - 28:23
**whole** [2] - 51:3, 148:24
**whore** [1] - 106:10
**Wiehle** [1] - 3:9

**willing** [1] - 13:1
**willingly** [1] - 109:19
**window** [1] - 129:10
**winter** [1] - 40:6
**wise** [1] - 56:9
**Witness** [5] - 78:12, 80:15, 127:9, 128:1, 129:8
**WITNESS** [22] - 16:16, 19:19, 19:22, 20:1, 36:15, 41:17, 43:17, 52:19, 55:20, 69:6, 69:9, 70:1, 70:16, 84:8, 86:17, 87:19, 88:6, 99:8, 119:10, 137:17, 142:7, 146:16
**witness** [27] - 5:11, 5:12, 8:18, 9:16, 10:24, 19:5, 19:24, 20:18, 38:4, 52:20, 52:23, 78:8, 78:14, 79:15, 79:19, 80:1, 80:3, 80:12, 81:1, 96:23, 128:4, 128:9, 137:1, 137:2, 150:8, 150:9, 152:15
**witness'** [1] - 27:13
**witnessed** [7] - 21:7, 22:13, 22:16, 22:23, 23:1, 24:13, 36:6
**witnesses** [1] - 15:17
**WITNESSES** [1] - 4:1
**woman** [1] - 20:9
**wood** [2] - 63:15
**woods** [1] - 134:21
**word** [14] - 10:14, 74:20, 74:21, 102:8, 102:22, 103:4, 103:7, 103:11, 103:14, 103:25, 104:7, 104:10, 115:16, 145:6
**words** [4] - 26:12, 59:20, 87:24, 115:5
**works** [1] - 70:23
**worry** [2] - 88:3, 89:17
**write** [1] - 17:14
**written** [2] - 17:10, 18:23
**wrongdoing** [1] - 57:6
**WTF** [2] - 100:22, 148:1

## Y

**y'all** [1] - 79:16
**yard** [1] - 107:24
**year** [12] - 16:9, 24:5, 38:9, 55:23, 57:23,

58:1, 58:4, 59:6,
64:25, 80:20, 81:19,
125:12
**Year's** [1] - 49:5
**years** [11] - 16:10,
16:16, 16:22, 19:16,
22:8, 22:11, 54:10,
56:2, 58:23, 66:17,
83:18
**yell** [1] - 101:13
**yelled** [1] - 99:18
**yelling** [1] - 99:17
**yellow** [1] - 64:10
**yesterday** [6] - 34:5,
43:11, 43:19, 77:15,
88:23, 97:12
**young** [4] - 78:10,
81:5, 84:10, 150:1
**younger** [1] - 58:21
**yourself** [17] - 30:23,
72:11, 74:12, 75:23,
81:6, 81:7, 102:16,
112:25, 114:20,
115:9, 115:20,
117:8, 117:18,
140:19, 141:13,
147:8, 148:24
**yup** [2] - 92:1, 112:18

## Z

**zoll** [1] - 20:17
**Zoll** [6] - 2:1, 14:22,
14:25, 20:21, 45:8,
46:7
**ZOLL** [45] - 16:12,
19:13, 20:20, 21:6,
21:10, 23:17, 23:20,
27:15, 29:12, 29:16,
29:22, 30:1, 30:7,
30:13, 30:16, 31:24,
32:4, 32:8, 32:11,
32:13, 32:16, 34:8,
34:13, 34:16, 34:18,
34:19, 35:18, 35:20,
36:13, 36:18, 36:25,
37:2, 38:3, 38:5,
38:11, 38:16, 38:19,
39:14, 41:20, 41:21,
43:10, 43:18, 44:11,
44:13, 47:11
**Zoll..............** [1] - 4:5
**zoom** [14] - 48:21,
98:12, 111:18,
116:9, 117:7,
118:10, 123:3,
126:25, 133:7,
139:9, 140:2,
140:10, 144:7,
144:11

**Zoom** [1] - 72:2