```
                    UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA


    B.R.,                              :
                                       :
              Plaintiff,               :   Civil Action
                                       :   No. 1:19-cv-00917-RDA-WEF
          v.                           :
                                       :   March 21, 2024
    F.C.S.B.,                          :   2:21 p.m.
              et al.,                  :
                                       :
                                       :   VOLUME 4 - PM SESSION
              Defendants.              :
                                       :
    ............................. :
```

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE ROSSIE D. ALSTON, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**


APPEARANCES:


  For the Plaintiff:            **Jonathan Fahey, Esq.**
                                HOLTZMAN VOGEL BARAN TORCHINSKY
                                & JOSEFIAK, PLLC
                                2300 N Street NW
                                Suite 643a
                                Washington, DC 20037
                                202-536-1702
                                Email: Jfahey@holtzmanvogel.com

                                **Alison Anderson, Esq.**
                                BOIES SCHILLER FLEXNER, LLP
                                2029 Century Park East
                                Suite 1520
                                Los Angeles, CA 90067
                                213-995-5720
                                Email: Alanderson@bsfllp.com

APPEARANCES:   (Cont.)

For the Plaintiff:          **Brittany Zoll, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            100 SE 2nd Street
                            Suite 2800
                            Miami, FL 33131
                            610-804-1787
                            Email: Britzoll@gmail.com

                            **Andrew Brenner, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            100 SE 2nd Street
                            Suite 2800
                            Miami, FL 33131
                            305-539-8400
                            Email: Abrenner@bsfllp.com"

                            **Robert Keefe, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            100 SE 2nd Street
                            Suite 2800
                            Miami, FL 33131
                            850-585-3414
                            Email: Rkeefe@bsfllp.com

For Defendant F.C.S.B.:     **Ryan Bates, Esq.**
                            HUNTON ANDREWS KURTH, LLP
                            2200 Pennsylvania Avenue, NW
                            Washington, DC 20037
                            202-955-1596
                            Email: Rbates@hunton.com

                            **Sona Rewari, Esq.**
                            HUNTON ANDREWS KURTH, LLP
                            2200 Pennsylvania Avenue, NW
                            Washington, DC 20037
                            202-955-1974
                            Email: Srewari@huntonak.com

                            **Scott W. Burton, Esq.**
                            HUNTON ANDREWS KURTH, LLP
                            2200 Pennsylvania Ave NW
                            Washington, DC 20037
                            202-955-1664
                            Email: Burtons@huntonak.com

```
APPEARANCES:  (Cont.)

For Defendant F.C.S.B.:      Kevin Elliker, Esq.
                            HUNTON ANDREWS KURTH, LLP
                            2200 Pennsylvania Avenue, NW
                            Washington, DC 20037
                            804-788-8200
                            Email: Kelliker@huntonak.com

For the Defendants          Michael E. Kinney, Esq.
S.T., A.F., P.A.H., T.B.,   THE LAW OFFICE OF MICHAEL E.
B.H., M.P.F., M.C., F.T.,   KINNEY, PLC.
J.F.:                       1801 Robert Fulton Drive
                            Suite 120
                            Reston, VA 20191
                            Email:  Mk@kinneyesq.com

For the Defendant J.O.:     Bruce Blanchard, Esq.
                            ODIN, FELDMAN & PITTLEMAN, PC.
                            1775 Wiehle Avenue
                            Suite 400
                            Reston, VA 20190
                            Email:  Bruce.blanchard@ofplaw.com

Court Reporter:             Scott L. Wallace, RDR, RMR, CRR
                            Official Court Reporter
                            United States District Court
                            Eastern District of Virginia
                            401 Courthouse Square
                            Alexandria, VA  22314-5798
                            Cell: 443-584-6558
                            Email: Scottwallace.edva@gmail.com
```

Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         **C O N T E N T S**

2

3    **EXAMINATIONS**                                                    **Page**

4        CROSS-EXAMINATION OF J████ F████████              7
         BY MS. REWARI

5        REDIRECT EXAMINATION OF J████ F████████           59
         BY MR. BRENNER

6

7        DIRECT EXAMINATION OF B████ R████████             75
         BY MR. BRENNER

8

9                            **EXHIBITS**

10   **DESCRIPTION**

11   **After review of the record and upon agreement of**
     **counsel and deputy clerk, all final exhibits can be**
     **found on CME at Docket #975.**

12

13   Defendant's Exhibit 267 admitted                     23

14   Defendant's Exhibit 140 admitted                     47

15

16

17

18

19

20

21

22

23

24

25

1              **AFTERNOON SESSION, MARCH 21, 2024**

2    (2:21 p.m.)

3         MR. BRENNER:  May I ask, Judge, just one quick question.

4    I just wanted to confirm we're breaking at 1ish tomorrow,

5    whatever it was.

6         THE COURT:  Yes.  I actually had that discussion with my

7    staff, and I'm working around the gentleman's holiday schedule.

8    I think the most efficient way for us to handle things is just to

9    break for the day at 1:00.

10        MR. BRENNER:  At 1:00, okay.  I just had witness issues.

11   I just didn't want someone to sit around and not come on the

12   stand.

13        THE COURT:  Okay?

14        (Jury in at 2:22 p.m.)

15        THE COURT:  Everyone can have a seat.

16        Everyone can sit down while I tell the jury why.

17        Everyone can remain seated.

18        (Jury in at 2:23 p.m.)

19        THE COURT:  Ladies and gentlemen, as you're filing in, I

20   just want to let you know, you see the people usually stand up

21   when you came in.  Well, we all stood up, or they all stood up,

22   thinking that you were coming in and you weren't coming in and so

23   it was a little uncomfortable so I told them that they could be

24   seated.  So there wasn't any disrespect intended.

25        Examination?

1          MS. REWARI:  Thank you, Your Honor.

2          <u>CROSS-EXAMINATION OF J██████ F████████</u>

3  <u>BY MS. REWARI</u>:

4  **Q.**     Good afternoon.

5  **A.**     Good afternoon.

6  **Q.**     I'm Sona Rewari and I represent the Fairfax County School

7  Board.

8  **A.**     Okay.

9  **Q.**     Ms. F████████, Mr. Brenner asked you some questions

10  about your background, and I would like to just talk a little

11  bit more about that, okay?

12  **A.**     Okay.

13  **Q.**     Where did you go to college?

14  **A.**     I went to Penn State University.

15  **Q.**     And when did you decide to go into education?

16  **A.**     Uh, I actually decided after I graduated from Penn State,

17  I got a degree in biology, and that just wasn't a good fit.  So

18  I went home, and was working in retail, and my church actually

19  was looking for a Sunday school teacher for middle school.

20  Nobody wanted to take it, so I did.

21          And I did that for about two or three years just to get a

22  feel for if education was for me or not and for the age group,

23  and so that kind of was the springboard for going into

24  education.

25  **Q.**     And did you then eventually start teaching?

1    **A.**    I did.

2    **Q.**    Where did you start teaching?

3    **A.**    I taught at Hilton Head Prep School in Hilton Head, South

4    Carolina.

5    **Q.**    What grade did you teach there?

6    **A.**    I taught 6th, 7th, and 8th, and I believe 9th grade

7    biology.

8    **Q.**    Okay.  And did you at some point switch to counseling?

9    **A.**    I did.

10   **Q.**    Okay.  Did you have to -- or did you obtain a higher

11   education before you became a counselor?

12   **A.**    I went to George Washington University in Washington,

13   D.C., and was in a program there for school counseling for two

14   years and then obtained a Master's of Education in school

15   counseling.

16   **Q.**    And when did you receive your degree there?

17   **A.**    I received my degree there in 2003.

18   **Q.**    So how many years did you teach before you went to

19   graduate school?

20   **A.**    I believe it was seven years.

21   **Q.**    Okay.  And are you licensed as a school counselor?

22   **A.**    I am.

23   **Q.**    And is it a license from the State of Virginia?

24   **A.**    It is.

25   **Q.**    Okay.  What kind of training did you have to go through

1  to get a counseling license?

2  **A.**    Um, so, of course, you take the regular classes that you

3  take, human growth and development, things like this, and then

4  we had supervision where we would have clients who would come --

5  who would be clients for us.

6      And they knew we were student teachers, and then we would

7  have supervisors supporting us in our -- in our role as

8  counselor.  And then we also had to do 100 practicum hours at a

9  school level, whether that be elementary, middle, or high

10  school, or it could be college, and then we had to do 300 hours

11  per semester -- there were 2 semesters -- of internship hours,

12  and so that was a total of 700 hours in some type of school

13  environment.

14  **Q.**    And what was the school environment you chose?

15  **A.**    So, I first got my hundred practicum hours.  I worked at

16  George Washington University Career Center [sic], and I was able

17  to use those 100 hours because I worked as what they called a

18  client service specialist, but it's like a glorified secretary.

19  But I was the intake person for students coming in, looking to

20  do career counseling.

21      And then the first 300 hours were used at School Without

22  Walls in D.C., which is a -- it's a high school and also in --

23  and then the other 300 hours were used at Stevens Elementary

24  School which is in northwest D.C. as well, and that's -- it's a

25  K through 6, I think it is.

1      And I also sprinkled in there, to finish up some hours,

2  in evening -- it was like a program for adult learners at Pimmit

3  Hills High School, or in Pimmit Hills, and it was an evening

4  program for people going to get their GED or higher -- get their

5  high school diploma.

6  **Q.**     And for jurors who are not familiar with School Without

7  Walls, can you just explain what that is?

8  **A.**     So, School Without Walls is a high school for students

9  and it has walls in there, but it's like -- it's a school where

10  they're teaching all kids, like -- they do experiential learning

11  where they're taking them on to the campus and bringing them

12  into the environment to teach them, like, experiential learning

13  experiences, from what I understand.

14      And they just are really promoting growth and support of

15  students that are in the population of first-generation students

16  and also students that are underrepresented in the college, and

17  so they really partnered with George Washington University to

18  bring those students in a lot more and create more of a richer

19  experience so that they were ready for college.

20  **Q.**     What is the job of the school counselor in a middle

21  school?

22  **A.**     Um, well -- so I think to describe it to you guys,

23  it's -- I think the easiest way for me to describe it is to put

24  it into percentages, perhaps.

25      And so about 40 percent of our time is used for academic

1    issues, so like helping kids scheduling classes, or, perhaps,

2    helping them pick classes for the following year, or helping

3    them with executive function skills, which is like organization

4    or time management, or study skills.

5         And then in that, too, it could also be like helping them

6    learn to advocate to a teacher, so like when I was at -- in my

7    work job a few weeks ago I helped a kid with a public speaking

8    engagement, so stuff like that.

9         And 40 percent is social/emotional, and so these are

10   things like -- I think Mr. F█████ had said we had six feeder

11   schools, so six elementary schools coming into Rachel Carson.

12   And so that's students who have established relationships for

13   six to seven years in their elementary school, and now they're

14   being put into -- all being plopped into Rachel Carson, and so

15   sometimes you have friendship issues, and so building of

16   friendships.  And then you also have, you know, friendships that

17   end, and they go on a different journey; and so there's hard

18   feelings and sadness and things like that, and so we're helping

19   them meander through those, just, feelings.

20        Also, you might have scored low on a test, and so they

21   really struggle with, like, you know, just sadness for that and

22   how to approach it with their parents.  Maybe they had a bad day

23   at home with their parents.

24        And so a lot of that is just like helping students sort

25   through their emotions, and also helping them to identify the

1    emotions.  So, for example, like if they say -- if a child says,

2    like, I feel so depressed, really talking to them about how

3    depression is actually a disease, like maybe you feel really

4    super sad and it doesn't feel good, you know, or something like

5    that, but like helping them sort through those emotions.  So

6    that's the other 40 percent.

7         And 15 percent is like administrative stuff, so that's

8    like meetings.  And so we have like two team meetings every

9    week, and we have one department meeting every week, and then we

10   have parent conferences, and then other meetings to support

11   families, like IEP meetings or 504 meetings, which are meetings

12   for students who have identified struggles in education or --

13   oh, I'm sorry, identified like learning disabilities or

14   emotional disabilities, and so we put accommodations in place

15   for those.  And then, of course, the e-mails and the phone

16   calls, those are nonstop.  So that's about 15 percent.

17        And then the last 5 percent are what I have always called

18   the Red Zone or Tier 3, and those are the students who really

19   are struggling with some significant issues, so students who are

20   in hospitalization due to significant mental health issues, or

21   it could be due to a significant medical issues, students who

22   are abused.  It could be any abuse that might be there; students

23   who have identified emotional disabilities; students who are

24   homeless; um, those types of things.

25        So that 5 percent, the Red Zone, are the students that

```
 1   actually -- even though it's a small percentage, those are the

 2   students that actually are ones that we resource out.  So, for

 3   example, when I say "resource out," I mean it's beyond what my

 4   wheelhouse as a school counselor is, so I have to elicit the

 5   support of, say, therapists or medical professionals or our

 6   school social worker and psychologist, getting them involved to

 7   get the help, and maybe the homeless liaison, things like this.

 8        Does that answer the question?

 9   Q.    Thank you.  Have you always been a counselor at the

10   middle school level?

11   A.    Yes, I have.

12   Q.    And have you chosen to work at a middle school level?

13   A.    I have chosen it.

14   Q.    Okay.  Can you just tell the jury why you have chosen to

15   work with middle schoolers?

16   A.    Um, yeah.  Middle school kids are -- they're this,

17   like -- they're these unpolished works of art.  I just love

18   them.  Sorry.

19        They're unpolished works of art.  And they're silly, and

20   goofy, and serious, and want to be all big and bad and

21   adult-like, and I love being a part of their journey.  And

22   that's been my experience.  That's why I've chosen them.  But

23   they're hard, they're hard, and I guess that's why.  Sorry.

24   Q.    What's been the most rewarding part for you, for working

25   with middle schoolers?
```

1    **A.**    Just being a part of their journey, you know, and -- and

2    sometimes you don't know, like you just don't know.  We only

3    have two years with them in the middle schools in Fairfax

4    County.  Some middle schools, three years, but we only have two,

5    and they, um -- I don't know, they -- sometimes you don't know

6    what's going to happen, you know, because you only have two

7    years; and then other times you get this e-mail out of the blue

8    saying, Hey, do you remember me, or you run into a kid.  I'll go

9    to Chipotle over the summer and some kid says, I remember you.

10   And I'm like, Wow, that's pretty cool.  So just being on the

11   journey with them, really, that's it.

12   **Q.**    And what do you consider to be the most challenging job

13   of a middle school counselor?

14   **A.**    Um, so, I think that -- I think that -- for the most part

15   in the schools, we collaborate with so many people in the

16   schools, and when they're -- when that collaboration is

17   fractured in any way, it can be very challenging, and probably

18   the most fractured is whenever we don't have support of our

19   parents.  And, thank heavens, I haven't experienced that too

20   much, but that can be difficult, and especially in this day and

21   age, and I know that this Court has heard about social media and

22   its impact on students, but when we -- we can't partner with

23   parents or we don't -- we have a disconnect with them, that can

24   be really hard because we do try to mimic or mirror what is

25   happening in the homes in the sense of trying to produce and

1    foster the well-being of every child.

2    **Q.**    Now, I believe Mr. Brenner asked you when you came to

3    Rachel Carson -- and that was the first place you were a middle

4    school counselor; is that right?

5    **A.**    That's correct.

6    **Q.**    Could you please describe for the jury at a high level

7    what your roles and responsibilities were as a school counselor

8    at Rachel Carson?

9    **A.**    So, just like all of the roles?

10   **Q.**    What were your roles and -- you know, what were --

11   **A.**    Roles and responsibilities?

12   **Q.**    Right.  Right.

13   **A.**    Okay.  So I'll just kind of go by the beginning of the

14   day to the end.

15        At the beginning of the day, we were assigned front door

16   duty, and so you heard that our principal and DSS were at the

17   front doors welcoming the children in, and then the counselors

18   posted themselves at the landing of the first steps leading up

19   to the top of the stairwell in the main hallway.

20        So, as kids were entering the school, they were passing

21   by our director and our principal, and then they would be met

22   with us, and so every quarter, one counselor planted themselves

23   in that location and we stayed there until the bell rang for the

24   beginning of the school day, and then depending on what day it

25   was and what was assigned, we would then start potential team

1    meetings, and that's whenever we would go for the designated

2    time and meet with our group of teachers that we were assigned

3    with, and an administrator would be present, and at that time we

4    would talk about -- we'd talk about various things on the team.

5            It could be fun things, like what we're going to do for

6    team time.  It could be if they wanted a team conference with a

7    parent, if they wanted -- if they had a concern about a student

8    and they wanted me to meet with the student to find out a little

9    bit more about the student, but we would talk about all kinds of

10   things at that point, and then --

11   **Q.**    Ms. F█████████, if I could just interrupt you for one

12   moment --

13   **A.**    Yep.

14   **Q.**    -- just as we're walking through it.  So when you're

15   standing in the morning, and you're assigned past the principal

16   and the DSS, and the DSS is the director of student services,

17   right?

18   **A.**    Correct.

19   **Q.**    Okay.  And is that Cheryl Weaver?

20   **A.**    It was.

21   **Q.**    Okay.  And was she your boss, your direct boss?

22   **A.**    She was.

23   **Q.**    Okay.  And did Ms. Weaver then report to Mr. F████████?

24   **A.**    She did.

25   **Q.**    Okay.  When you're standing at the bottom of the

1   staircase, what were you supposed to be doing?

2   **A.**    We were just supposed to be, like, watching to make sure

3   the kids were behaving properly, so we were watching conduct,

4   and as they were coming in, safety.

5        So like if it was like raining out, they would hear me

6   shouting, wipe your feet, wipe your feet, because the carpet was

7   there, and then it was a tile floor, something like that, and it

8   was slippery.

9        Sometimes kids were, you know, running to get to class,

10  so I would tell them to calm -- you know, to chill, and then --

11  or chill means to stop running -- and then just any kid --

12  student that came up and asked, like, can I see -- like they

13  would ask, or they'd say hello.  It was really to greet them

14  just so that they would see that there was an adult there, and

15  also to make sure that it was orderly as they entered the

16  building past the director and the principal.

17  **Q.**    Did you sometimes identify kids coming in that you wanted

18  to follow up with that day?

19  **A.**    Oh, yes, yes.

20  **Q.**    Can you please tell the jury about that?

21  **A.**    Yeah.  So, the counselors had, like, a pad of passes, and

22  so -- if we can like go back.  The day before, students would

23  ask me, like, can I see you, I want to see you, or the teachers

24  might have said, hey, can you see this student and talk to this

25  student, do -- getting to know you with them or something like

1    this.

2         And so I would -- that day I would design my day out with

3    those students.  I would look at their schedule.  I would figure

4    out what a good time was to write their passes so they weren't

5    missing, you know, a lot of class times because the teachers

6    didn't like that, and then I would assign those passes.

7         So then fast-forward to the morning when I would see the

8    kids coming in, I could give them their passes and just tell

9    them, come down to meet me at this time.  I would point to it,

10   and they would then come.  If they didn't know, then I would

11   say, okay, I'm going to meet you at the bottom of the stairwell,

12   or I'll meet you in the cafeteria, or wherever it would be.

13   **Q.**    You had 268 kids at this time each year?

14   **A.**    It was about that number.

15   **Q.**    How did you recognize the students you needed to give

16   these passes to?

17   **A.**    Um, well, I did -- I really tried to meet at least five

18   students per day to do what I called a getting-to-know-you.  And

19   they were fun questions, and it was my way of connecting with as

20   many students on my caseload that I could.

21        And the reason was, because whenever I was a kid, I had a

22   guidan- -- they were called guidance counselors then.  They're

23   called school counselors now, but I had a guidance counselor who

24   I loved, but I never got pulled by my guidance counselor, and I

25   couldn't understand why, but my buddy always got pulled.

```
 1              I understand why now, but I felt like I got gypped of

 2      time with my guidance counselor, and so I wanted my -- I wanted

 3      each of my students to at least know who I was, and I wanted

 4      them to feel special.  So I tried to do that at least five

 5      students per day, sometimes it was eight.

 6              And then sometimes I couldn't do it because kids would

 7      constantly be saying, I need to see you, I need to see you, I

 8      need to see you.  So it -- as the kids got to know me, the

 9      numbers that I could see of kids that didn't ask to see me

10      decreased, but that's how I tried to get to know my students in

11      the year.

12      Q.      And how did you feel when students asked to see you

13      without you calling on them?

14      A.      I felt great.  I felt like I made that connection.  I

15      felt I made that relationship that was building something that

16      hopefully they remember me.

17      Q.      Okay.  So, I think I interrupted you when you were

18      talking about the team meetings.  I believe -- when Mr. Brenner

19      was asking you questions, you mentioned you had a 7th grade team

20      and an 8th grade team?

21      A.      That's correct.

22      Q.      Did you always have a 7th grade team and an 8th grade

23      team?

24      A.      Not always, but the year that we're here for, I did, and

25      then at some point -- I don't remember what year -- we decided
```

1    to loop with the kids, and so we took two 7th, and then we would

2    loop with them up to 8th.  So we were with all 7th, and then

3    tried to kind of keep those students as they moved to 8th grade,

4    and the whole reason -- and we did that also with the

5    administrators, and the whole reason was because we only had

6    them for two years was to -- the continuity of the relationship,

7    and it also helped with the teachers that they were having in

8    the 8th grade because those teachers didn't know the students,

9    and so we could give some historical background to help them

10   kind of get off on the right footing starting in the 8th grade.

11   **Q.**    And in these team meetings, who were in the team

12   meetings?

13   **A.**    So, the counselor assigned to the team, the administrator

14   assigned to the team, the math teacher assigned to the team,

15   English teacher, history teacher, and -- did I say science

16   teacher -- science teacher.  So the four core teachers assigned

17   to the team, along with the counselor and the assistant

18   principal.

19   **Q.**    Were these meetings then built into the school's daily

20   schedule?

21   **A.**    Correct, yes.

22   **Q.**    And so, is it fair to say, then, that the school schedule

23   was constructed to allow the teams to meet every day as a team?

24   **A.**    Once a week.

25   **Q.**    Excuse me, I'm sorry, once a week?

**A.**     That is how the master schedule was designed, yes.

**Q.**     Okay.  All right.  So, I think we're up to team meetings.

**A.**     Can I add something?

**Q.**     Yes, please.

**A.**     And it continues to this day.  Even the school on that, the master schedule, is still designed that way.

        So, then we do the team meetings, and then by that time, I had some time to meet with kids, so I would do some appointments, and then it was -- I think they call it Panther time, which was like a study hall, as we would understand it.

        And that was a great time for kids to come down and get some help from us or get -- you know, pick up a snack or something like that.

        And then the lunches started and we were assigned one lunch.  Each counselor was assigned a lunch, and so that was one half hour that we needed to be in the lunchroom, and just, you know, make sure that the students were doing okay, everybody was getting what they needed, and all of that.

        And then after that, there may have been another meeting that we had to go to, like a parent conference or something like that.

        A lot of times I would catch up on e-mails or make phone calls, but I used that time then to also meet with more students, or perhaps I needed to do -- there might have been like a teacher that needed to see me about something, or what

1    have you, and then the end of the day rolled on, and that was

2    kind of what a day-to-day looked like for me.

3    **Q.**    Did you also do some classroom lessons?

4    **A.**    Oh, yeah, we did classroom lessons four times per year,

5    and that was -- I believe October was the bullying and sexual

6    harassment lessons, and then I think in December we did a career

7    exploration lesson where the kids went and explored, you know,

8    options for careers, and then we did academic advising, which is

9    like the February -- January, February, and that's getting them

10   ready for the next school year, so picking classes, things like

11   this, having presentations on that, and then the end of the

12   year -- I forget what the end of the year one was.

13   **Q.**    You have a white binder up there, I think.  If you could

14   take a look behind Tab -- it's 267.

15          THE COURT:  While she's doing that -- go ahead,

16   Ms. Rewari, you can proceed.

17          (Brief pause in proceedings.)

18   BY MS. REWARI:

19   **Q.**    Ms. F▌▌▌▌▌▌▌, do you recognize the document that's

20   behind Tab 267?

21   **A.**    Yes.

22   **Q.**    And can you please identify what that is?

23   **A.**    It's a PowerPoint that we used in that October PowerPoint

24   for our students for bullying and sexual harassment.

25   **Q.**    Um, are there two PowerPoints there, one for 7th and one

1  for 8th?

2  **A.**    Yes.

3  **Q.**    Okay.  All right.

4       MS. REWARI:  Your Honor, I move to admit Exhibit 267.

5       THE COURT:  Without objection.

6       MR. BRENNER:  No objection.

7       THE COURT:  Without objection.

8       (Defendant's Exhibit 267 admitted into the record.)

9       MS. REWARI:  If I may publish this to the jury?

10       THE COURT:  You may.

11  BY MS. REWARI:

12  **Q.**    All right.  Ms. F███████, you looked at this a little

13  bit with Mr. Brenner, but can you just explain what you're doing

14  in the classroom as you're presenting this lesson?

15  **A.**    While we're presenting it, this is just kind of having

16  interaction with the kids, so it's -- we're trying to get the

17  kids engaged with us in speaking about bullying and sexual

18  harassment.  We go through -- can I just go through --

19  **Q.**    Yeah.  Tell us what page --

20  **A.**    Okay.  So like on page 2, we talk about myths or facts,

21  and so we talk to them about that, and ask -- like ask them, is

22  this a myth, is this a fact, and I remember doing that with

23  them, and we kind of go through that just to get a pulse of the

24  classroom to see what they're thinking, and then we go through

25  the actual definition so you can see that on the bottom of page

1    2, and then, of course, on page 3, and 3 is definitions that we

2    go through with the students on hostile environment and

3    equality.

4          And then on page 4, we can see -- it can be verbal or

5    nonverbal, and I know for myself, we were able to put a little

6    flair on it, if we wanted to -- I would ask the students to give

7    me some responses before I put it up on the screen.

8          So I believe we could -- I don't know what the technical

9    term is, but you could -- you could, like, push them at your

10   own -- and they would pop up, you know, as the kids were saying

11   the answers, so just to see -- get a pulse of the room, so

12   that's page 4 on verbal and nonverbal, and again, on page 5.

13   That was for physical and sexual harassment.

14         And then the next thing -- or the next box was, what is

15   the difference between flirting and sexual harassment, and so we

16   would talk about that and just kind of get some feedback from

17   the kids to find out what their thoughts were and just have

18   conversations about that.

19         And then the next one is page 6, and then we would really

20   speak to them about the law, and what -- the top box, I would

21   spend a little bit more time on this one because that was really

22   important that they understood what that meant.

23         So I would always ask them, tell me what that means to

24   you, and, of course, it's so -- it's so wordy that they would

25   sometimes get it okay, but then I'd basically say, it doesn't

1    matter if you're joking around.  What matters is that if your

2    target doesn't think it's funny, it's not funny, and it's a

3    problem.  And so that was easier for them to understand, but

4    that one -- and then reporting, of course, those were also --

5    like you could click them after the kids would tell you what

6    their answers were, how to report an incident, and then on page

7    7, I'll write -- that one was pictures that we put up to just

8    have the students look at the pictures.

9        And I know for myself, I would just have them look at the

10   pictures, and you can see there's various faces there, there's

11   various, you know, genders, there's various abilities, various

12   religions there, and I would say to them, like, that's our

13   school; like, those are your people, you know.  That's who you

14   need to care for.

15       So that was what that picture was about, just kind of

16   getting them thinking a little bit, and then we go into what is

17   bullying.  And so then we go to page 8, and, again, the page

18   8 -- page 8 and the top of page 9 -- well, of course -- oh, I'm

19   sorry, yeah, page 8, we would go through the definitions, and

20   then we would go -- there was -- there was a video.  I don't

21   know that one, which one that was, but --

22   **Q.**    Can I just interrupt you one second?

23   **A.**    Yes.

24   **Q.**    On page 8 you're talking about bullying?

25   **A.**    Bullying, yes, so --

1    **Q.**    Okay.

2    **A.**    So -- oh, I'm sorry.

3    **Q.**    No, go ahead.

4    **A.**    So they were separate, so there was the sexual harassment

5    piece of it, and then there was the bullying piece of it.

6    **Q.**    Okay.  And please continue.  So what did you do on

7    page 9?

8    **A.**    Yeah, so page 9 was kind of the same.  It was describing

9    physical, verbal, and nonverbal bullying, and we would just get

10   definitions from the audience, like, examples from the kids,

11   just to make sure they understood, and then we showed this

12   video.

13   **Q.**    Are you on page 10?

14   **A.**    I'm on page 10.  There was another video there to show a

15   very short clip on bullying.

16   **Q.**    And I hate to interrupt you.  This link is still live.

17   I'm going to have him play the link.

18          MR. BRENNER:  I'm sorry, I didn't hear the question.

19          MS. REWARI:  I'm going to have him play the link that's in

20   this --

21          THE COURT:  Hold up just a sec.

22          Is there any objection to that?

23          MR. BRENNER:  I don't believe I've ever seen it.  That's

24   all I know.

25          MS. REWARI:  He's cutting and pasting the address into

1  the --

2        THE COURT:  Have you ever seen the video?

3        MR. BRENNER:  I don't believe it's been listed or revealed

4  as an exhibit, other than up here.

5        MS. REWARI:  Yeah, it's -- we're just having him click the

6  link that's here, on this page.

7        MR. BRENNER:  May we approach, Your Honor.

8        THE COURT:  By clicking a link, what's going to happen, I

9  guess is my question.

10        MS. REWARI:  It's just a video on bullying that was shown

11  to the classroom.

12        THE COURT:  And were you intending on playing that video.

13        MS. REWARI:  Yes, I believe it's a 1 minute, 30 second

14  video for the students.

15        THE COURT:  Did you provide the video to the other side

16  other than in the context of this information here?

17        MS. REWARI:  No.  It's posted on YouTube on this link

18  here.  It's publicly available.  It's in the -- it's part of the

19  school's presentation.

20        THE COURT:  Well, whether it's publicly available doesn't

21  necessarily provide the standards of whether or not it should be

22  admissible for purposes of this case.

23        Let's do this.  Ma'am, what does the video involve that's

24  on this link here?

25        THE WITNESS:  Um, I haven't seen this one.

1          THE COURT:  Okay.

2          THE WITNESS:  I haven't seen this one since I posted it

3    with the kids, so I would have to look myself.

4          THE COURT:  Then we've got a --

5          MS. REWARI:  Okay.  I'm sorry.  I --

6          THE COURT:  -- foundation problem.

7          MS. REWARI:  Sure.  I thought -- I had thought that this

8    was the video that -- with the students.  Is there a different

9    one with a student on the stage?

10         THE WITNESS:  This one, there's one we saw -- is this --

11   oh, this is the cyber- -- yeah, this is the cyberbullying one.

12   I'm sorry.

13         So what it is -- can I explain?  I apologize, Ms. Rewari.

14   This one is -- it's called "The Talent Show," and it is a middle

15   school talent show, and they say, Okay, Jenny, you're up.

16         And so Jenny walks on and Jenny looks like just a regular

17   kid.  And she -- you know, claps.  And she goes up to the

18   microphone and her classmates are sitting in front of her, and

19   she says, Today I'm going to talk about Patty.

20         And Patty -- you see Patty, and she's like all excited.

21         And she goes, Patty's stupid.  She smells bad.  Her

22   parents don't have any money.  That's why she wears the same

23   sweater that she's wearing, and she keeps going on and on.

24         And she goes, Get a life, Patty.  Thank you.  And she

25   walks off.

1        And then it says, If you wouldn't say it to their face,

2  why write it online?  Stop cyberbullying, something like that.

3        THE COURT:  Okay.  Next question.

4        MS. REWARI:  Okay.

5  BY MS. REWARI:

6  **Q.**    And then did you have a discussion with students about

7  cyberbullying?

8  **A.**    Yes.

9  **Q.**    Okay.

10 **A.**    So that --

11 **Q.**    Is that the next page?

12 **A.**    Yeah, page 11.  So -- yeah, so cyberbullying became

13 really prevalent during the early years at Rachel Carson,

14 students having phones, things like that, and they're starting

15 to, you know, get into Facebook, they're starting to get into

16 messaging and things like that, so this became really difficult.

17 So, we implemented that into our PowerPoint.  And you can see

18 the examples of cyberbullying.

19        And then -- so then on page 13, it just talks about ways

20 to stop bullying, and we kind of demonstrate that to the

21 students, you know, be confident, stand up tall, say no, be sure

22 you say no, or knock it off, or stop, or what have you; and

23 then, you know, some of those things work.

24        And then you see someone else being bullied, what to do,

25 so we always talk to the kids about, Do you want to be part of

1    the solution or do you want to be part of the problem?  And so a

2    lot of times students in middle school, unfortunately, they're

3    afraid they're going to snitch or they're afraid they're going

4    to tattle or rat somebody out, and so they don't want to say

5    anything.  They figure let me not say anything, but then we talk

6    about how that can actually be part of the problem as well.

7         So that's that one.  And then page 14 is communication

8    styles and there's three different types, and we talk about how

9    being passive can be -- it can -- it is definitely a

10   possibility, but it can also be -- it can be, you know,

11   something that we are trying not to have the kids do.  We want

12   them to have a little bit more of assertiveness.  And we

13   definitely don't want them to be aggressive or dominating

14   because that would be part of the problem as well.

15        And then these, after that box, are all examples.  So,

16   the yes, the answers to the questions, so you see there's like

17   different examples, and then there's questions; and then the

18   kids answer if it's yes or no, and then if it's verbal,

19   nonverbal, or physical, and that's -- that continues through

20   page -- through page 17.

21        And then we end with a picture again and just say,

22   Remember, you know, take care of your family, school family.

23   **Q.**    Thank you.  How did you try to build trust and

24   relationships with your students?

25   **A.**    Well, I kind of -- I mentioned it a little bit.  I really

1    felt it was important -- always, when a student came into the

2    office -- let me back up.

3         In September, all counselors were in their assigned

4    classrooms, and they met with up to 30 students so they worked

5    with an English teacher, whatever -- whichever subject we

6    decided upon, and we would do the lessons for that day, and so,

7    so to meet the kids in September, it was the time where we

8    introduced ourselves, and we also introduced what we do, what we

9    can do, and what we want to do to support them.

10        And our biggest, our biggest focus and maybe to CliffNote

11   it for you all was to be their adult advocate in the school, the

12   one who was there for whatever their needs might be.

13        And then at that time we would talk about the four times

14   that -- we would talk about confidentiality, and so we would

15   talk about how what you say in the room stays in the room;

16   however, there are four times where we need to break that

17   confidentiality.

18        And those four times, so you all are aware, are harm to

19   self.  So they're talking about suicide, or they're talking

20   about cutting themselves.

21        And cutting is when they take a sharp object and their

22   heart is hurting so badly and they don't know what to do with

23   that, so they inflict a cut on their body so that it makes more

24   sense to focus on that hurt than the emotional hurt, and so it's

25   called cutting.

1          So harm to self, harm to somebody else.  So, they want to

2     hurt somebody.  Somebody's hurting them, so abuse, or, you know,

3     somebody is hurting them, or they're doing something illegal,

4     and that could be, you know, anything from substance abuse to

5     vandalism or defacing school property, things like that.

6          And so that's the first time that we meet the kids in

7     September, and so they know our face.  And then is when I start

8     the getting-to-know-you conferences with them and really trying

9     to build that relationship with them, and I -- it works.  I

10    don't know.  It just works.

11    **Q.**     As a school counselor, do you issue discipline?

12    **A.**     No.

13    **Q.**     Do you conduct investigations?

14    **A.**     No.

15    **Q.**     If a student comes to you with an issue that would be a

16    disciplinary matter, what would you do?

17    **A.**     Take it to an assistant principal.

18    **Q.**     What were the normal types of issues that students

19    brought to you when you were at Rachel Carson?

20    **A.**     Like just the regular 80 percent.

21    **Q.**     Well, can you give a couple of examples of the

22    80 percent?

23    **A.**     Okay.  So, they might have not been getting along with a

24    teacher, right, and so -- so we would work on, okay, how would

25    you like to -- how would you like to work through that?  Do you

```
 1   want to -- do you want me to say something?  Would you like to

 2   go -- do you want me to give you some tips and pointers on what

 3   to do with this?  How would you like to do it?

 4          Perhaps they were sad because, as they came -- the

 5   transition into middle school was a little tougher than what

 6   they thought, and so they might have been struggling with making

 7   friend groups, or they might have felt like they were being

 8   excluded from their former friend groups.

 9          And so working on figuring that avenue out, and that

10   could be mediations with students, or it could be just helping

11   them kind of forge new friendships, or it could have been a

12   scheduling change, it could have been they wanted a new class,

13   and just trying to figure out how to get a new class or

14   something like that.

15   Q.     And for this 80 percent that you're talking about, was it

16   your practice to keep notes of that?

17   A.     No.

18   Q.     Why didn't you do that?

19   A.     Because they were -- they were things that were not --

20   they were not something that was going to continue on and on.

21   It was just -- it was a one-shot deal for the most part, you

22   know.  It was -- it was an isolated incident, usually, in those

23   80 percent.

24   Q.     You're talking about taking notes for the Tier 3.  Can

25   you just explain what that means?
```

1    **A.**     Yeah.  So, for Tier 3, with abuse cases, we take notes.

2    We have to.  So like for abuse cases or anything that is a

3    violation, we would need to fill out a form for Child Protective

4    Services, and we provide that to the school social worker and to

5    the -- I'm not sure if it was the -- I think it was the

6    principal, but it might have been the director of student

7    services.  We still do that to this day.

8         Homeless, we are working with the social worker on

9    getting those documents together to support students who are in

10   homeless situations.  They might need housing or clothing or

11   food or what have you, and so we're working with them to fill

12   out that paperwork on those folks.

13        Hospitalization, that is like documentation to the

14   teachers to let the teachers know where the students are -- not

15   where they are, I'm sorry, excuse me -- but that they will be

16   out of the building for so long and to come up with a plan for

17   that student for their academic performance because the

18   student -- when they're in hospitalization, they only have maybe

19   one half hour per day for academic support, something like this.

20   And so a lot of times the teachers will excuse the work because

21   our whole, our whole goal is for them to be well, mental health

22   well so they can get back into the classroom, so a lot of times

23   that's excused.  But the teachers -- again, we don't disclose

24   that.  We just say, They're going to be out for a while and is

25   there any way you can excuse anything?  Or if you can focus on

```
1   essential assignments, is what they're called, so tests and
2   quizzes, things like that, or a test.
3        So those are ways -- so, those are the documentation to
4   make sure that we're following through, and then, of course, if
5   a student is in danger to self, like suicidal ideation or
6   self-harm, there's an e-mail that we always send out after we
7   contact the parent, and there's paperworks that we give to the
8   parent if it's an imminent risk.
9        So there's two types of self-harm or harm to -- I'm
10  sorry.  There's two types of risk in -- when designating
11  suicidal ideation.  One is imminent and one is non-imminent.
12  Both of them require us to fill out paperwork and provide that
13  to the family, and we do an -- we did an additional follow-up
14  e-mail to the social worker and the school psychologist to the
15  parents to say, Hey, here's some other mental health providers
16  in our school that can support your child if need be, but here
17  are our phone numbers, and things like that, along with those
18  documentations.
19       And yes, I believe that's all.
20  Q.   You said that you don't share all information with the
21  teachers.
22  A.   That's correct.
23  Q.   Why not?
24  A.   Because they're not bound by confidentiality, we are.
25  And so we have a unique role in the sense that we have to
```

1    remain -- we have to give discretion where it's due, and that is

2    with what those students tell us.  And we also leave that up to

3    the parents, if it is a situation like hospitalization or things

4    like that.

5         The other things -- the teachers need to focus on

6    educating the students, and so in my opinion -- I mean,

7    teachers, they're curious, they want to know where their

8    students are.  I get that.

9         But sometimes knowing too much, it -- if they're not --

10   it can muddy their role as a teacher, and we try to just help

11   them focus on what their role is, which is an educator and an

12   advocate in the classroom, and take care of the difficult stuff

13   on the outside so that they can just focus on the teaching

14   because it can be emotion -- it's emotionally draining.

15   Q.   Do you consider yourself an advocate for your students?

16   A.   I do.

17   Q.   Who do you advocate for your students with?

18   A.   I advocate -- I advocate to the teachers.  I advocate to

19   the parents.  I've advocated to the principal before.  I

20   advocate -- sometimes I advocate for like when a student might

21   need services that are deeper, like perhaps being reviewed for

22   accommodations, I'll advocate to the special education

23   department chair.  Those are the ones I can think of right now.

24   Q.   Can you explain what you mean by advocate towards the

25   parents for your students?

37

1    **A.**    So Rachel Carson Middle School was a -- is, not was, but

2    when I was there, it was as well, a very competitive school, and

3    a lot of times the students -- the students -- what they valued

4    or what they wanted to do was not in line with always what the

5    parent wanted.

6        So I'll give you an example.  A parent wanted their child

7    to go to TJ, Thomas Jefferson School of Technology and Science,

8    and the kid was interested in art, and so what I would do is --

9    so, of course, the child -- I always would defer to what the

10   parent was saying because they're the parent, but I remember one

11   time I had a student do a painting project for something, and I

12   showcased that and contacted the parent and said, your child is

13   like amazing in art, and it was like a -- it was like a backdoor

14   way of showing the parent this amazing talent of this child in

15   saying that really -- like, we need to figure out how to tap

16   into that.  And in that way I was able to advocate without

17   butting heads, shall we say, with the parent.

18       So -- and also helping the children learn how to have

19   those brave conversations with their parents.  I mean, that is

20   part of growing up and part of that adolescent piece because

21   they can be a little challenging at this age.

22   **Q.**    You've talked about some outside resources that you

23   sometimes had to enlist for help.  Are some of the resources

24   that you enlist for help outside of the school system?

25   **A.**    Yes.

1    Q.    Okay.  And I think we've talked about Child Protective

2    Services?

3    A.    We have, yes.

4    Q.    Have you had occasion to call Child Protective Services

5    for your students?

6    A.    Yes.

7    Q.    How many times a year as a counselor do you think that

8    has happened?

9    A.    Unfortunately, it could be anywhere from five to ten

10    times per year.

11    Q.    Okay.  And is the police department an outside resource

12    that you've had to call for help?

13    A.    Yes.

14    Q.    And when I say "police department," are we talking about

15    the SRO on site?

16    A.    No.  Yes and no.  Yes, and in addition, the Fairfax

17    County Police as well.

18    Q.    And in what circumstances would you be contacting the

19    Fairfax County Police and not the SRO?

20    A.    Um --

21        THE COURT:  Watch yourself, Ms. Rewari.

22        MR. BRENNER:  Objection.  We're going far beyond the

23    relevance of this witness.

24        THE COURT:  We are.  Sustained.

25        MS. REWARI:  Okay.

```
 1   BY MS. REWARI:

 2   Q.     Have you called for wellness checks for your students?

 3          MR. BRENNER:  Objection, Your Honor.

 4          THE WITNESS:  I have.

 5          THE COURT:  What does this have to do with anything?

 6          MS. REWARI:  Your Honor, the charge here is deliberate

 7   indifference.

 8          THE COURT:  Well, you're talking about Child in Need of

 9   Services cases and Child Protective Services cases, not this

10   case.  So next question.  Different topic.

11   BY MS. REWARI:

12   Q.     All right.  We've talked a little bit about -- well, we

13   talked for some length about the training that you've had.  Were

14   there trainings in addition to the ones we looked at that you

15   did for students on other school subjects, social/emotional

16   subjects?

17   A.     Can you clarify?  I'm sorry.

18   Q.     We looked at the bullying and harassment PowerPoint.

19   A.     Yes.

20   Q.     Were there other training that students received from you

21   during the school year?

22   A.     On that topic or other topics?

23   Q.     On other social/emotional topics.

24   A.     Um, I -- I know there...

25   Q.     Let me try it this way:  Did you do the SR&R training at
```

1    all?

2    **A.**      No.

3    **Q.**      Who did that?

4    **A.**      That was the assistant principals.

5    **Q.**      So the training that you were giving on bullying and

6    harassment, that's separate from the SR&R training?

7    **A.**      That's correct.

8    **Q.**      Okay.  And so is the focus of the SR&R more disciplinary

9    and yours is more behavioral?

10   **A.**      That's my understanding.

11   **Q.**      Okay.  And did -- when you were a counselor, did students

12   come to you about resolving conflicts with one another?

13   **A.**      They did.

14   **Q.**      Okay.  How willing would you say students were to report

15   things to you when you were a counselor?

16   **A.**      I thought I had a high percentage rate.

17   **Q.**      Okay.  Now let's talk about the 2011/'12 school year.  Do

18   you recall which teams you had responsibility for that year?

19   **A.**      Yes.  I was the Dream Team, which was 7th grade, and then

20   the extreme team -- no, that's not right.  Maybe I was the

21   extreme team in 8th grade.

22   **Q.**      And were you assigned to the plaintiff here, Ms. R.?

23   **A.**      No.

24   **Q.**      Okay.  Where was your office?

25   **A.**      It was in the main office.  There was a wing after you

1    passed the principal's office.  There's a set of doors.

2         MS. REWARI:  Okay.  I'm going to ask Grady to put up

3    Exhibit -- Defendant's Exhibit 61.  I believe it was admitted

4    yesterday.  May I show that to the jury, Your Honor?

5         THE COURT:  You may.

6    BY MS. REWARI:

7    Q.    Could you just show on this map -- could you zoom in on

8    the front entrance there where the office is, and

9    Ms. F███████, could you just show -- can you indicate on the

10   screen where your office was?

11   A.    (Indicating).  I believe this was my office right here.

12   Let me make sure.

13        THE COURT:  You need to speak into the mic.

14        THE WITNESS:  Oh, I think this was my office right here

15   (indicating).

16   BY MS. REWARI:

17   Q.    And if a student wanted to come -- well, first of all,

18   were all the school counselors there in that hallway?

19   A.    They were all -- I'll show you here.  There was one here,

20   two, three.  There was another one.  I think those were the five

21   offices right there.  Yeah.

22   Q.    And if a student came into the counseling suite, which

23   way did students typically enter?

24   A.    So, if they were really brave, they would come through

25   the main office here and pass Mr. F██████ office and through

1    those doors (indicating), or they would come through here

2    (indicating) and pass the registrar's office, and then into the

3    wing.

4    Q.    And did your office have someone to greet them separate

5    from the counselors?

6    A.    Yes, ma'am.

7    Q.    And where did that person sit?

8    A.    She sat right here (indicating).  Right there.

9    Q.    And so if a student came in and wanted to meet with you

10   and you weren't there, is that a person they would be able to

11   speak to?

12   A.    That's correct.  And she had a -- there were papers there

13   that said, request your counselor, and then they would fill them

14   out, and then we would receive those.  They would have like a

15   place for us to deposit their papers.

16   Q.    Okay.  And I think Mr. Brenner asked you about the first

17   time that you met B.R.?

18   A.    Yes.

19   Q.    And you were shown some pictures.  I just want to see if

20   I can show you a better photograph because we had a lot of

21   discussion about the hallway.  So if we could go to Defendant's

22   Exhibit 193.

23         First, actually, could you go to page 3, Grady, of this

24   exhibit?  And, Ms. F█████, what are we are looking at in

25   this picture?

1    A.    This is the counseling wing, so these are the counseling

2    offices here.

3    Q.    And the chairs outside?

4    A.    Those were for a student to sit and wait if a counselor

5    was in a session with another student.

6    Q.    Okay.  Thank you.  If you could now turn to page 9.

7    A.    There they were.

8    Q.    Okay.  So is this what you were trying to describe?

9    A.    That's what I was trying to describe.  This is where I

10   saw the plaintiff.

11   Q.    Okay.  And so what do you recall about your meeting with

12   her?

13   A.    Well, as I said earlier, I was walking down the hallway.

14   It was transition.  I don't know what period it was.  I don't

15   remember what time of day, I don't remember that, but I was

16   walking from my area, which was down the hallway, towards the

17   main office to go to my office, and I came across -- as I'm

18   walking, kids are moving, they're moving to class and walking to

19   class, and I noticed a group of girls that were standing in a

20   semicircle around that location.  I don't recall specifically

21   where, but they were standing in a semicircle and they were

22   looking -- one of them I remember looking around kind of like --

23   and I'm sorry, I can't -- I don't know how to put that in, but

24   they were looking around, like, kind of confused (indicating),

25   and so it -- it piqued me to go over to find out if I could

1    assist because I didn't know what was going on.

2         And so I just walked over.  I knew the bell was getting

3    ready to ring for the start of the next class, and I don't

4    know -- as I said to Mr. Brenner, I don't remember specifically

5    what I said to them, but I know that I -- that the girls left.

6    I remember thanking them, and then I know that the student who

7    had her hand like this (indicating), who I later found out was

8    the plaintiff, agreed to move out of the hallway because there's

9    a lot of students.

10        With 1200, 1300 students moving in the hallway, it's kind

11   of like a public place, and it's out in the open, and I just

12   wanted to get her into a private location, and so then we

13   started to move into the main office so I could get her, you

14   know -- and assist her.

15   **Q.**    And you took her back to your office?

16   **A.**    I did.  I took her back to my office, and I sat her -- I

17   had a love seat in there at the time, and I sat -- I asked her

18   to just relax, and -- when we walked back, as I mentioned, I

19   found out what her name was, and then I also found out who her

20   counselor was because our whole goal was to stay -- to stay with

21   our team so we could build those relationships and also because

22   of the team meetings where valuable information is provided, so

23   historically Ms. H█████ would have known if there was anything

24   else going on that she could have assisted her with.

25        So I got the student seated in my office and just asked

1    her, you know, to relax, I'll be right back, just walked down,

2    as you saw the hallway, with the counseling offices, they're

3    pretty close together, maybe an 8-inch separation, 10-inch

4    separation, and I didn't see her in her office, so I walked

5    around the corner just to see if she might have been talking to

6    the registrar or to the clinic aide who sometimes we would talk

7    to if we had a student in there.  I didn't see her, so I walked

8    back into my office and sat down and assisted.

9    Q.    Okay.  Do you recall how the interaction ended?

10    A.    Well, she went back to class, which is a good indicator

11    that she was in a good place to go back to class.  You know, I

12    always ask my students, and I have done that all the time, is

13    like, do you think you're ready to go back to class, and then

14    sometimes they say no, and that's okay, and then we figure

15    out -- but she went back to class, so I assumed that I had

16    helped.

17    Q.    And if a student -- if you're having that kind of

18    interaction and it starts to go a different direction than you

19    thought, a student tells you something that's more urgent,

20    raises it to Tier 3, what was your practice to do at that point?

21    A.    Keep them in the office.  Don't send them back to class

22    and take next steps, whatever next steps I would need to take at

23    that point.  And that -- you know, it could be calling CPS.  You

24    know, it could be waiting until her counselor had come, and I

25    would have, like, you know, then helped guide her and support

```
 1   her with her counselor, and then exited, finding an assistant

 2   principal.  But I would not have let her go back to class.

 3         THE COURT:  How much longer do you think you're going to

 4   be?

 5         MS. REWARI:  Um, maybe 20 more minutes.

 6         THE COURT:  Okay.

 7   BY MS. REWARI:

 8   Q.    If a student reported to you a disciplinary matter, say

 9   reported to you that they had been touched in an unwanted manner

10   at school, would it have been in your practice to send that

11   student back to class?

12   A.    No.

13   Q.    Okay.  Mr. Brenner showed you an e-mail.  Do you recall

14   that?  I think it's in the book in front of you.

15   A.    Yes.

16   Q.    It may be easier if you could just look at my book,

17   Exhibit 140.  I believe it's the same.  In the white book.

18         THE COURT:  You can approach her to help her.

19         (Brief pause in proceedings.)

20         MS. REWARI:  Your Honor, I believe this exhibit is the

21   same pages.  I'm going to move this one into evidence,

22   Defendant's Exhibit 140.

23         THE COURT:  Without objection.

24         MR. BRENNER:  No objection.

25         THE COURT:  Without objection.  You may publish.
```

1          (Defendant's Exhibit 140 admitted into the record.)

2          MS. REWARI:  Thank you.

3     BY MS. REWARI:

4     Q.    All right.  So, do you remember this conversation with

5     Ms. Weaver?

6     A.    I remember it.

7     Q.    What do you recall about this conversation?

8     A.    All I remember was that she asked me to come to her

9     office, and then she just asked me to speak with the plaintiff,

10    but I don't remember -- I don't remember the details, but I

11    remember her giving me verbal direction.

12    Q.    Okay.  And if you go to the bottom of the first page,

13    there's an e-mail that starts, "From:  Mrs. R."  That's

14    Wednesday, December 7th.

15    A.    Um-hmm, yes.

16    Q.    And if you -- it starts at the top of the next page, and

17    Mr. Brenner asked you some questions about that.

18          And I direct you to the middle of the paragraph where she

19    says, "She has always enjoyed speaking with you."

20    A.    I see it.

21    Q.    Okay.  And did you know what she was talking about?

22    A.    No.

23    Q.    To your recollection, how many times had you spoken to

24    her daughter?

25    A.    Once.

```
 1   Q.      Okay.  But did you meet with B.R. as requested?

 2   A.      I did.

 3   Q.      Okay.  And I think we saw the e-mail above that where you

 4   said that you did.  What do you recall about that conversation?

 5   A.      I'm sorry, I don't.

 6   Q.      And you said in that e-mail in the middle of the page on

 7   the first page, "I have given her some strategies to use if she

 8   ever feels threatened, uncomfortable or afraid."

 9           So did you have some typical strategies that you gave to

10   students?

11   A.      Um.

12   Q.      For these types of situations, if they feel --

13   A.      Feel uncomfortable --

14   Q.      -- threatened, uncomfortable, or afraid?

15   A.      Yeah.  I mean -- yeah, I had some strategies for students

16   who might have felt that way, but I -- this was the first time I

17   ever had that.

18   Q.      Okay.  And so what do you -- what was your practice in

19   terms of the advice you would give students, strategies you

20   would give?

21   A.      Well, I mean --

22           THE COURT:  In this particular email, ma'am, you say, "I

23   have given her some strategies to use if she ever feels

24   threatened, uncomfortable, or afraid."

25           In this particular incident, what strategies did you
```

1    provide?

2        THE WITNESS:  I guess why I'm having trouble recalling it

3    is because I'm having trouble recalling it.

4        THE COURT:  That's fine.

5        MS. REWARI:  That's fine.

6        THE WITNESS:  Okay.

7    BY MS. REWARI:

8    Q.    That's fine.

9        What was your understanding of what you were supposed to

10   be doing when you were monitoring between change of classes?

11   A.    I was supposed to be making sure that the student --

12   nobody was -- not that nobody was approaching her, but that it

13   was friendly approaching and if anybody was approaching that

14   appeared to look nonfriendly, that I was supposed to intervene,

15   and then also take note of who that student was, and then report

16   to administration.

17   Q.    And when Mrs. Weaver gave you this request, did she tell

18   you whether there were particular students that Mom wanted you

19   to look out for?

20   A.    She did not.

21   Q.    Okay.  And did you ask her as well?

22   A.    I didn't ask her.

23   Q.    Okay.  And did you ask -- well, you don't recall the

24   conversation with B.R.?

25   A.    I don't recall it.

1    **Q.**    Was there anybody else who was also monitoring between

2    class periods?

3    **A.**    Yes, Ms. H███████.

4    **Q.**    Okay.

5    **A.**    That I'm aware of.  There might have been more but that

6    I'm aware of.

7    **Q.**    All right.  And when you did this monitoring in this time

8    in December, did you see anything out of the ordinary?

9    **A.**    I did not.

10   **Q.**    Okay.  If you had seen anything out of the ordinary, what

11   were you -- what was your understanding as to what you needed to

12   do?

13   **A.**    I would have reported to an administrator.

14   **Q.**    Okay.  And would you have alerted them to the need for

15   continued monitoring?

16   **A.**    Um, I might have put my opinion in, but I would have

17   gotten my direct -- directed by -- to them -- from them.

18   **Q.**    And there was a response above on Exhibit 140 from

19   Ms. F██████████ -- excuse me, to you, from Mrs. R., and Rich

20   Genus is on this email?

21   **A.**    Yes.

22   **Q.**    Was he the school resource officer?

23   **A.**    He was.

24   **Q.**    At the end of this e-mail Mrs. R. says, "I will continue

25   to stay in touch and update you as necessary."

```
 1   A.      That's correct.

 2   Q.      Did you receive any further e-mails from Mrs. R.?

 3   A.      I did not.

 4   Q.      Did you receive any voicemails or phone calls from

 5   Mrs. R.?

 6   A.      I did not.

 7   Q.      Did B.R. come to see you herself after this?

 8   A.      I don't know, but I don't remember that.

 9   Q.      Okay.  And to your knowledge did Ms. H████ continue to

10   monitor B.R. even after you stopped?

11   A.      She did.

12   Q.      And how do you know that?

13   A.      So, I mentioned that we had weekly counselor meetings,

14   and Ms. H████ --

15           MR. BRENNER:  Objection.  Objection, hearsay.

16           THE COURT:  It's hearsay, ma'am.  Don't tell me -- don't

17   tell the fact-finder what someone told you.  That would be

18   hearsay, and I think you actually gave a definition of "hearsay"

19   during your earlier testimony.  So what we want you to do is

20   focus on the question that was asked and that was, did you have

21   any contact with Ms. H████, did you find out whether or not

22   B.R. was being monitored or taken care of or not?

23           THE WITNESS:  Oh.

24           MS. REWARI:  I believe she was going to talk about what

25   she saw in the meetings.
```

```
 1          THE COURT:  Okay.  Well, she was getting ready to tell us
 2   what was told by Ms. H██████, which you can't do.
 3          THE WITNESS:  I see, okay.
 4   BY MS. REWARI:
 5   Q.    Did she leave meetings?
 6   A.    She left meetings.
 7   Q.    Okay.  And what was your understanding as to why she was
 8   leaving meetings early?
 9   A.    Because she said to me, I'm going to --
10          MR. BRENNER:  Objection, Your Honor.  Hearsay.
11          THE COURT:  All right.  Might be a good time.  If you're
12   close to the end, it might be a good time for a break.  Are you
13   getting close?
14          MS. REWARI:  Yes.  I have about ten more minutes.
15          THE COURT:  Ten more minutes, over the 20 that you asked
16   for?
17          MS. REWARI:  Oh, I'm sorry.  Am I 20 minutes?  Sorry.
18          THE COURT:  Yeah.
19          MS. REWARI:  Okay.  I just have two short topics.
20          THE COURT:  I'm struggling with your adjectives.
21          MS. REWARI:  I'm sorry.
22   BY MS. REWARI:
23   Q.    Did you also work in the after-school program?
24   A.    I did.
25   Q.    Was that separate from your job as a counselor?
```

1    **A.**     It was.

2    **Q.**     What was your job in the after-school program?

3    **A.**     I was the front door receptionist.

4    **Q.**     And what was your job as the front door receptionist?

5    **A.**     I answered phones.  I -- if there were any teachers that

6    needed any assistance in the classroom for, you know, materials

7    or what have you, I would call on the radio or the -- whatever

8    that's called, walkie-talkie, to the after-school specialist to

9    alert her.  If a parent came in and needed to speak with her, I

10   would alert her.

11          I would direct people into and out of the building, and

12   then I would stay there until 5:30 and make sure all buses made

13   their runs and dropped off the kids, and that was it.

14   **Q.**     Did you stay until after the kids were dropped home?

15   **A.**     I did.

16   **Q.**     What was your understanding as to why that was a

17   requirement for you?

18   **A.**     My understanding was that so -- I believe that -- I think

19   Mr. F████████ said we had 32 buses for the school day.  The

20   after-school bus program probably had 10 -- I'm taking a

21   guess -- 10 to 15, say, so the runs were longer.  So when the

22   students who were staying after school, and there were

23   approximately a quarter of the school population, so 300

24   students, maybe, staying after school for after-school programs,

25   and they would get on the buses.  The bus routes, as I said,

1    were longer time spans.

2         So they would enter -- they finished their program at

3    4:30.  They would -- by 4:40, the buses were rolling, and so

4    they should have been dropped off by 5:15ish, 5:20.  But my

5    supervisor, the after-school specialist, asked me to stay until

6    5:30 just in case there were any issues with transportation, a

7    bus broke down, kids were going to be late, parents were

8    calling, Where's my kid, things like that.  So I stayed until

9    5:30.

10   Q.    And when you worked in the receptionist -- as the

11   receptionist in the main office, were the doors locked to the

12   school?

13   A.    They were.

14   Q.    Did you have to buzz people in?

15   A.    I did.

16   Q.    And were you able to -- was there a camera that you could

17   see who was outside?

18   A.    Yes, there was.

19   Q.    All right.  Do you recall any groups of unfamiliar men

20   coming to the door?

21   A.    No.

22   Q.    Did -- after December 2011, when was the next time you

23   heard from B.R. or her mother?

24   A.    I never heard from them after that.  Well, until I got

25   sued.

```
 1          MS. REWARI:  Thank you.

 2          THE COURT:  All right, ladies and gentlemen, we're going

 3    to take our later evening break at this point.  Let me ask a few

 4    questions.  I'm trying to manage your day as best I can.

 5          I think I can keep the lawyers in line to get you out of

 6    here by 5:00.  Is everyone comfortable with that?

 7          All right.  Let's go ahead and take our break until about

 8    3:55.  That gives you a good opportunity to stretch a little bit.

 9    Remember, don't discuss the case or any aspect of the case with

10    anyone.

11          (Jury out at 3:40 p.m.)

12          THE COURT:  Before you speak, let me -- you can have a

13    seat, I'm sorry.

14          The remaining counsel for defendants, Mr. Kinney.

15          MR. KINNEY:  Your Honor, I don't believe I need to --

16          (Reporter clarification.)

17          MR. KINNY:  Addressing the Court, I don't believe I need

18    to inquire of Ms. F████████.

19          THE COURT:  Okay.

20          MR. BATES:  No questions.

21          THE COURT:  All right.  Mr. Brenner, how long do you think

22    you might need on redirect?

23          MR. BRENNER:  It's probably not that long, although I was

24    going to raise with the Court, I'm not -- the next witness is the

25    plaintiff.  It's been a long day.  I prefer not to put on my
```

```
 1    client first thing Thursday at 4:30 in the afternoon, but if you

 2    tell me I've got to start, I will.

 3         THE COURT:  We're going to take advantage of the time that

 4    we have.

 5         MR. BRENNER:  Okay.

 6         THE COURT:  And as you know, we're going to run a little

 7    shorter tomorrow.  I'm going to surprise the jury with that,

 8    quite frankly, so --

 9         MR. BRENNER:  I couldn't hear you.  I'm sorry.

10         THE COURT:  I said, we're going to run a little bit of a

11    shorter day tomorrow, as you know.

12         MR. BRENNER:  Yeah.

13         THE COURT:  And I'm going to surprise the jury with that,

14    which may cause them to reengage for the rest of this day.

15         MR. BRENNER:  Your Honor, could I just ask you a question

16    about procedure, a couple of questions?

17         THE COURT:  Sure.

18         MR. BRENNER:  So, first of all, my client has told me

19    that -- may I demonstrate what I'm about to say?

20         THE COURT:  Sure.

21         MR. BRENNER:  That looking to her side, it causes her

22    dizziness; she has balancing issues.  So I don't intend to have

23    her look at a lot of documents, but when I do, I'm just going to

24    give her a hard copy.  There's only one document I think that

25    she'd have to look.  So I don't mind the screen being used, but I
```

1    was just wondering if we could turn this one off when it's not

2    being used or move it to the side.

3         THE COURT:  I don't know if we can isolate it, but we can

4    take it down.  We can take it off of the podium or the lectern.

5    Can we isolate that, Trish?

6         (Discussion had off the record.)

7         MR. BRENNER:  We try to find an accommodation.

8         THE COURT:  We'll see.  I don't want to task my team with

9    doing things that are not in their expertise, and I think

10   Mr. Bachman -- I believe his last name is, our IT person, and

11   he's the one that we try to go to when we want to make those

12   kinds of determinations.  It also related to trying to figure out

13   the in-court screens, and suffice it to say we spent some time on

14   it and we couldn't make it work, so...

15        MR. BRENNER:  I appreciate anything that Your Honor can

16   do.  And in the forgiveness-permission mode, in my experience --

17   and I don't know what the Court's practice is, but my client's

18   probably going to be on Thursday, Friday, and my guess is into

19   Monday in-between cross.

20        In my experience, as the parties are excluded from the

21   rule that you -- I want to know if I can talk to my client when

22   she's on the stand.

23        THE COURT:  Well, what I would suggest, and again, you're

24   a competent counsel who I respect, I would have no problem with

25   you giving her general legal advice about relaxing and, you know,

```
 1    listening to the questions and not rushing through things and the
 2    like, but as far as any suggestion of any substantive things that
 3    she needs to cover either through direct or cross-examination
 4    specifically --
 5         MR. BRENNER:  Okay.
 6         THE COURT:  -- I would suggest that you not do that.
 7    Generalities, on Monday we're going to cover this.  On Tuesday
 8    we're going to cover that.
 9         MR. BRENNER:  Right.
10         THE COURT:  I don't have any problem with that, but again,
11    telling her specifically what she needs to say, I would never
12    suggest that you do that.
13         MR. BRENNER:  I wouldn't do that anyway, but, yes, I
14    understand Your Honor's direction.
15         THE COURT:  But yes, I don't have any problem with that,
16    just to kind of give her and, you know, the Court a feel for
17    where we are as part of the examination process.
18         MR. BRENNER:  That's perfect, Judge.  That's more than
19    satisfactory.
20         THE COURT:  All right.  Good enough.  We do have some time
21    for our break, so let's take advantage of it.
22         (Thereupon, a recess in the proceedings occurred from
23    3:44 p.m. until 3:58 p.m.)
24         (Jury in at 3:58 p.m.)
25         THE COURT:  You may be seated.  All right, ladies and
```

```
 1   gentlemen.  Homestretch for the day.

 2        MR. BRENNER:  May it please the Court.

 3        THE COURT:  Yes, sir.

 4             REDIRECT EXAMINATION OF J██████ F████████████

 5   BY MR. BRENNER:

 6   Q.    Ms. F███████████, just a few follow-up questions or a few

 7   follow-up areas for you.

 8        So, one of the things you testified to earlier, I think,

 9   under question from the School Board's counsel, was this idea of

10   if students are in need of extra help outside of what you can

11   provide on the school campus, you can -- I think you used the

12   word "resource" them out.  Is that a term?

13   A.    Yeah, re- -- um, so we have to explain that a little bit.

14   Is that okay to do that?

15   Q.    Yeah, I'm sorry, I was just grabbing my water.  I was

16   not --

17   A.    Okay.  So, schools are an educational facility.  That's

18   what we do.  We teach kids and get them educated.  So, when

19   there's students, as I described, are in the Tier 3 -- or in the

20   Red Zone, as I called them -- those are things that are above

21   and beyond what my role as a school counselor is, so I -- I go

22   so far, and then I have to, what's called resource, what I call

23   resource out to other individuals to get help, is basically what

24   it is, and to partner with other organizations or, perhaps,

25   providers, therapists, psychiatrists, psychologists, things like
```

1    this, hospitals, to help students with whatever that issue is.

2        And then, you know, my role is still there as a supporter

3    in the school, but I'm kind of handing them off to get the

4    support that's extra.

5    **Q.**    Right.  So, sometimes a student can be in obvious pain,

6    distress, need of help, and you can't -- sometimes you can't

7    really figure out why it is.  That happens, right?

8    **A.**    Sometimes that does happen.

9    **Q.**    Yeah, of course.  And the focus, then, is -- sometimes

10   the why is not the most important thing.  Sometimes what's

11   important is to get help for the child, right?  And that's --

12   both are important, but one -- you don't need to know the why in

13   order to get help for the child, right?

14   **A.**    Um, I would probably agree with that.

15   **Q.**    Right.  And you went through it a little bit --

16       THE COURT:  Mr. Brenner, I'm sorry, I made a mistake.

17       Ladies and gentlemen, I was made aware that other defense

18   counsel were not going to be asking any questions of this

19   particular witness, and so I was aware of it, everyone else was

20   aware of it, but you were not aware of it.

21       So, both Mr. Kinney and Mr. Blanchard made a decision that

22   they did not have questions for this particular witness.

23       MR. BRENNER:  Thank you, Judge.  Let me just backtrack one

24   question to make sure I didn't lose --

25       THE COURT:  Yes, sir.

1    BY MR. BRENNER:

2    **Q.**    So, I think I was about to start asking you, when you

3    have a child who, for whatever the cause, is not getting better,

4    the situation for them is not improving, in fact it's worsening,

5    okay; you know, for example, that with -- with my client that

6    whatever the cause -- I don't want to debate with you the cause

7    right now; I just want to talk about the welfare of the child,

8    which you testified is incredibly important to you, right?

9    **A.**    Correct.

10    **Q.**    Okay.  So, you know that from the time you first saw her,

11    for example, to the time you saw her in December, her situation

12    had worsened, right?  Do you remember that?

13    **A.**    I remember what her mother had said, but I was not

14    involved to know the extent of that --

15    **Q.**    Well, okay, so you didn't know one way or the other?

16    **A.**    I really did not.

17    **Q.**    Okay.  Fair enough.  And you do know that, for example,

18    you talked about these team meetings.  You would have been made

19    aware in the successive months, in January and February -- or

20    would you have been made aware that this student was having more

21    and more distress at school?

22    **A.**    I wouldn't have.

23    **Q.**    Okay, because you were siloed off because she was not in

24    your team?

25    **A.**    Because the team meetings I attended did not include her.

1   She was not on my roster.

2   Q.      Now, presumably the school knew because Ms. Weaver knew,

3   and Ms. H████████ knew, and you knew that even though

4   Ms. H████████ was her assigned counselor, you had -- you had at

5   least stepped in as a surrogate counselor at times for her,

6   right?

7          MS. REWARI:  Objection, calls for speculation.

8          THE COURT:  I think if he rephrases it the witness might

9   be able to answer it.

10         MR. BRENNER:  Yeah, I --

11         THE COURT:  Although you were not primarily responsible

12  for B.R.'s counseling and the like, you were involved to some

13  degree because of circumstances; is that fair?

14         THE WITNESS:  That's fair.

15         THE COURT:  Okay.

16  BY MR. BRENNER:

17  Q.      Right.  And in that December 7th through 9th e-mail

18  exchange, you were made specifically aware from B████████ mom that

19  she was having a high level of anxiety, right?

20  A.      Um, let me look at the exhibit.

21  Q.      Let's see if we can look at it.

22         So, if you could look at -- in your -- if you look

23  at the -- if you look at, it may be even easier to use the

24  School Board counsel's notebook because that email --

25         MR. BRENNER:  Can I help her, Your Honor?

```
 1              THE COURT:  You may.

 2              THE WITNESS:  I think -- is that the one?

 3              THE COURT:  Ladies and gentlemen of the jury, from time to

 4    time the lawyers may, on both sides, try to assist the witnesses

 5    in finding information that's available to them.  I'm going to go

 6    ahead and issue a standing order that if they need to help the

 7    witness find something that they can just go up and do it.

 8              MR. BRENNER:  Okay.  You know what, and let's just -- can

 9    we just bring up, so that the jury is seeing what the witness is

10    seeing.  It's Defense Exhibit 257.  Is that what it was?  Defense

11    Exhibit 140.  Yes, Defense Exhibit 140.  Yes.  It's just easier

12    to work with.

13              Oh, may I publish it, Your Honor?

14              THE COURT:  You may.

15              Thank you, sir, for asking that question before you did

16    it.  Very good.

17              MR. BRENNER:  I'm improving.  Last time I asked his

18    permission.

19              THE COURT:  Getting closer.

20              MR. BRENNER:  I'll get there, Judge, I promise.  Long

21    trial.

22    BY MR. BRENNER:

23    Q.    Okay.  So let's look at -- this, just so you know, is the

24    first e-mail in the trail is December 7th.  Do you see that?

25    A.    I do.
```

1    Q.    Okay.  So, you -- it was reported to you that her anxiety

2    level was high.  Is that different than your recollection it was

3    the first time you met her?

4    A.    Could you repeat that?  I'm sorry.

5    Q.    Yeah.  So we talked about the first meeting back a couple

6    of months before --

7    A.    That's right.

8    Q.    -- and then you said -- I was asking you now, her anxiety

9    level is high in December 7th.  Is that different or the same as

10   you recall she was when you met her two months before?

11   A.    Um, I really can't speak to her anxiety level the first

12   time.

13   Q.    What about her -- what about her -- her mom's reporting

14   that she is being subjected to extreme bullying and sexual

15   harassment?  Was that something that you already knew about or

16   this was --

17   A.    No.

18   Q.    -- news to you?

19   A.    I -- that was news to me.

20   Q.    Okay.  So, then you know that, as you fast-forward,

21   even -- you're telling me that in January, no one reads you back

22   in, sort of, from the school to say, Hey, you've actually met

23   with this girl; she's having a lot of problems; can you join the

24   team back and help us help her?  You were left out?

25          MS. REWARI:  Objection, Your Honor.  It assumes facts not

1    in evidence.

2          THE COURT:  It's a bit of a compound question.  So if you

3    can break it down just a little bit.

4          MR. BRENNER:  Yeah, sure.

5    BY MR. BRENNER:

6    Q.    In January, no one from the school asked you -- well, you

7    already told us the school told you to stop shadowing in

8    December, right?

9    A.    Correct.

10   Q.    And then no one from the school in January came to you

11   and asked you to get back involved with trying to help B█████,

12   right?

13   A.    Right.

14   Q.    Right.  And no one asked you in February, right?

15   A.    Correct.

16   Q.    But now, if a child is in increasingly -- increasing

17   severity levels of distress, anxiety, the school could, if it

18   wants to, they could -- back where we started, they could

19   resource the student out, for example, for a psych evaluation,

20   right?

21   A.    They could.

22   Q.    Or to see a social worker?

23   A.    Absolutely.

24   Q.    The school also had a -- I don't know if the right word

25   is a network, but a group of therapists that they work with that

1    they can provide as a resource to the student?

2    **A.**    So, that gets a little tricky with us because then it

3    looks like we're recommending people, so -- but those resources

4    could be provided to the parent for sure.

5    **Q.**    And so the school could on its own order a psychological

6    evaluation, right?

7    **A.**    No, they cannot.

8    **Q.**    Who has to do that?

9    **A.**    The parent.

10   **Q.**    Okay.  Can the school enlist the help of a social worker?

11   **A.**    We have a school social worker that works with the school

12   students on school issues within the population, and then if

13   they -- sometimes they need to reach out to outside social work

14   situations whenever it becomes an outside-school situation, if

15   that makes sense.

16   **Q.**    Didn't you tell the School Board counselor and me when I

17   came back up that one of the things the school can do is

18   resource student out -- resource students out for this

19   additional help?

20   **A.**    Well, I mean, yes.

21   **Q.**    Okay.

22   **A.**    That's exactly what I said.  And if I can clarify, that

23   would be helpful.

24   **Q.**    Well, let me just ask you.  So the school -- let me

25   clarify because we went back a little bit.

1   **A.**     Okay.

2   **Q.**     The school has the ability to resource the student out

3   for extra help that's not otherwise available at the school

4   level, correct?

5   **A.**     We, as counselors, have the ability to work -- partner

6   with the parents to get resources for the student outside of the

7   school.

8   **Q.**     And if the school doesn't do it on its own choice, if the

9   parent asks for such help, that's something the school would and

10  should provide, right?

11  **A.**     No, the school does not provide it.  The school makes

12  recommendations.  So, if you are asking -- if I can ask a -- can

13  I ask a clarifying question or --

14      THE COURT:  No.  It's best you don't.  And I know that

15  testifying sometimes can be difficult for anyone.

16      THE WITNESS:  Yeah.

17      THE COURT:  Just listen to the questions of counsel as

18  best you can.  Answer as best you can.  If you don't understand,

19  simply, I don't think I understand your question.

20      THE WITNESS:  Okay.  So --

21      THE COURT:  Ask another question.

22      THE WITNESS:  Please.

23      MR. BRENNER:  I thought she was immediately going to say,

24  I don't understand your question.  And then I was going to ask it

25  again.

1          THE COURT:  No, they're not having any problem

2    understanding me.  So --

3          MR. BRENNER:  That's fair.  That's fair.  Okay.  Let's try

4    again.

5    BY MR. BRENNER:

6    Q.    If a parent -- if a parent, as you see in this December

7    7th e-mail to you, is expressing that they believe their child

8    is undergoing things that they shouldn't have to go through at

9    school, and they ask the school for help -- for example, they

10   ask the school for therapist recommendations, a social worker --

11   that's something the school can and should provide?

12   A.    We -- yeah, of course.  We want to partner with the

13   parent to give them additional resources for them to seek out,

14   but the school itself does not administer that.  You know, we

15   will -- we will partner with them, and we will, you know -- I

16   mean that's the only word I can think of right now.

17   Q.    Right.  Okay.  And you have no information -- or do you

18   have any information one way or the other whether the -- B█████

19   family ever asked the school to provide those resources to them?

20   A.    I personally don't.  That would be a question for her

21   team of administrator and counselor.

22   Q.    And I guess the answer is going to be the same, but you

23   yourself don't have any knowledge whether, if such a request was

24   made, whether the school satisfied it?

25   A.    I don't.

 1    Q.    Okay.  All right.  I just -- I didn't understand one of

 2    the things you said.  You talked about some category of -- you

 3    were talking about information that students give you, and you

 4    were talking about -- there's a confidentiality except for -- I

 5    think there were four exceptions.  Do you remember that

 6    testimony?

 7    A.    I do.

 8    Q.    But then I thought you went and did a slightly different

 9    discussion about things that can and cannot be shared with the

10    student's teachers.  Do you remember that?

11    A.    So, I do remember it, yes.

12    Q.    So, let me ask you some questions.

13    A.    Okay.

14    Q.    I think you called it teacher confidentiality or

15    something like that.

16    A.    Okay.

17    Q.    And you were explaining to the jury that in part is

18    motivated by teachers are there to be a different function.

19    They're there, I think you -- I think you said principally as

20    educators, but I'm not quoting you.

21          What types of things were you, as a guidance counselor,

22    precluded from sharing with a child's teacher?

23    A.    Pretty much everything.

24    Q.    Okay.

25    A.    Pretty much everything, unless the student gave

1    permission.  For example -- can I give an example?

2    **Q.**    Um, I don't need one, but if you would like to give one.

3    If it's pretty much everything, it's pretty much everything.

4    **A.**    Maybe it will help the jury understand.  For example, if

5    a student is having a conflict with a teacher or another student

6    in a classroom and they come to me -- I can only speak for

7    myself personally -- I will ask them, is this something that you

8    would like to have a conference, and I've had

9    student-teacher-counselor conferences to try to work out that

10   difference together if they choose to do that.

11        So that would be a situation where a child came into my

12   office, expressed something confidentially to me, which is --

13   I've got to keep that silent, but then I ask them -- I give them

14   an option like that, and at that point the teacher would know

15   that we wanted a conference, but I would not alert the teacher

16   to what that was except to say the student feels like there's a

17   disconnect and wants to try to work through this, and then I

18   will allow the child to be able to express themselves with my

19   support and my advocacy with the teacher and try to work that

20   out rather than bringing the parents in and having like a big

21   ole to-do, so trying to get the kids to actually become adults.

22   **Q.**    So when you -- I'm switching topics for you.

23   **A.**    Yes.

24   **Q.**    When you were speaking with the School Board's counsel,

25   the testimony that you had given to me got a little bit -- at

1    least in my mind, a little fuzzy, so I want to clear it up a

2    little bit, okay, and this is on the issue of when you took

3    notes.

4    **A.**    Got it.

5    **Q.**    To be clear, when meeting with students, you understood

6    from your direction from School Board counsel, that, quote, less

7    is more?

8    **A.**    From the recommendation -- or not the recommendation --

9    kind of like a suggestion by School Board counsel that less is

10   more, yes.

11   **Q.**    And in your own practice, from that point forward when

12   you got that -- had that last talk by the School Board counsel,

13   you, yourself, did not take notes of meetings with students?

14   **A.**    Except if they were in that Tier 3.

15   **Q.**    Tier 3 is criminal --

16   **A.**    Assault, abuse.

17   **Q.**    Well, what about if a student told you that other

18   students in the school were verbally harassing them, that would

19   not be Tier 3, correct?

20   **A.**    That's not a Tier 3.  That goes immediately to an

21   administrator, and so --

22   **Q.**    I'm sorry?

23   **A.**    I'm sorry.  So it goes to an administrator.

24   **Q.**    And that's a no notes situation?

25   **A.**    To me that's a no notes situation.

1    **Q.**    And if a student is complaining that boys are touching

2    her around her locker, that's not a Tier 3, correct?

3    **A.**    That's -- that's an administrator.  That's not a

4    counselor, so it goes to an administrator.

5    **Q.**    Right.  But if the student's first time reporting it to a

6    counselor, you would then just send it to an administrator, no

7    notes, no Tier 3?

8    **A.**    That's correct.

9    **Q.**    Okay.  Another thing I wanted to be clear.  You brought

10   up that PowerPoint that was given to the students, and it had

11   all sorts of examples of things that were verbal harassment,

12   physical harassment, things like that.  But I want to be clear.

13        Using those definitions, in your entire 13 years at the

14   school, it's your testimony you only remember one time of a

15   student sexually harassing another student, that's still your

16   testimony, correct?

17   **A.**    Yeah, that is.

18   **Q.**    Okay.  I want to talk about one more issue.

19        So you brought up the issue of self-cutting.  Do you

20   remember that?

21   **A.**    I do.

22   **Q.**    And you said when a student is self-cutting, it means --

23   I tried to write it down -- it means that their heart is hurting

24   so bad, right?

25   **A.**    Correct.

1   **Q.**     And they're in so much -- it could be so much other

2   physical pain or mental pain, right?

3   **A.**     Mental pain.

4   **Q.**     Well, you said sometimes physical pain, too, right, that

5   they want to cut their body --

6   **A.**     I did --

7   **Q.**     Let me just ask the question.  Are you saying that people

8   engage in self-cutting only because they're in deep emotional

9   pain or physical pain, too?

10  **A.**     In my experience, it's because they're in deep emotional

11  pain.

12  **Q.**     And it's serious, right?  Self-cutting is a serious

13  thing?

14  **A.**     It's very serious, right.

15  **Q.**     Right.  And what they're doing, what the person is

16  doing -- in this case, a student --

17  **A.**     Correct.

18  **Q.**     -- and I'm using your words, or trying to, so tell me if

19  I get it wrong -- they are cutting a part of their body to -- in

20  their own way to distract from the pain that they're suffering,

21  you say emotionally or mentally, right?

22  **A.**     That's correct.

23          MR. BRENNER:  May I consult with my colleagues for a

24  minute?

25          THE COURT:  You may.

1            (Brief pause in proceedings.)

2        MR. BRENNER:  Thank you.  No further questions, Your

3    Honor.

4        THE WITNESS:  Thank you.

5        THE COURT:  Thank you, ma'am.  You may step down.

6        Next witness?

7        MR. BRENNER:  Your Honor, at this time the plaintiff would

8    call B████ to the stand.  Your Honor, may we approach for 30

9    seconds?

10        THE COURT:  Let's swear the witness first.

11            (B████ R██████, PLAINTIFF'S WITNESS, SWORN)

12        THE COURT:  We're going to have a conference with the

13    lawyers, but your instructions are to listen to the questions of

14    counsel and answer as best you can, and if you hear me or an

15    objection, you might want to slow down just a bit.

16        We're going to have a bench conference.

17            (Following sidebar discussion had on the record:)

18        THE COURT:  Yes, sir.

19        MR. BRENNER:  I'm going to shoot for a breaking point

20    somewhere between 4:45 and --

21        THE COURT:  4:45 and 5:00.  That sounds like a good plan.

22        MR. BRENNER:  And I'll let you know, and let you know it's

23    a good breaking point.

24        THE COURT:  That's fine.

25            (Open court.)

```
 1              MR. BRENNER:  May it please the Court?

 2              THE COURT:  You may.

 3                   DIRECT EXAMINATION OF B████  R█████

 4    BY MR. BRENNER:

 5    Q.    Good afternoon.

 6    A.    Good afternoon.

 7    Q.    The jury's heard a lot about you, but why don't you just

 8    start by telling them your name?

 9    A.    My name is B████.

10    Q.    B████, when is your birth date?

11    A.    ██████████, 1999.

12    Q.    And you are how old today?

13    A.    I'm 24 years old.

14    Q.    Okay.  Can you tell the jury first where you were born?

15    A.    I was born in South Florida.

16    Q.    Okay.  And your parents' names?

17    A.    My mother's name is B███, and my father's name is S████.

18    Q.    Okay.  And do you have any brothers or sisters?

19    A.    I have two older brothers.

20    Q.    And your -- let's start with the oldest.

21    A.    My oldest brother is Jesse.

22    Q.    Okay.  Is Jesse your full brother or from your -- from

23    S█████ and B████?

24    A.    He is my older half-brother.  He's from my dad's first

25    marriage.
```

```
 1    Q.     And how much older is he than you?

 2    A.     I believe Jesse is about 20 years older than me.

 3    Q.     Did you ever live with Jesse, meaning full-time or was it

 4    just too big of an age difference?

 5    A.     There was too big of an age difference, so we didn't

 6    really live together.

 7    Q.     And when you were in Florida, where was Jesse living?

 8    A.     Jesse, I believe, was in college in New York.

 9    Q.     And what does Jesse do for a living?

10    A.     My brother Jesse is a special education teacher.

11    Q.     In what state?

12    A.     New York.

13    Q.     And then you have one more brother?

14    A.     Yes, my brother D█████.

15    Q.     And what -- how much older is D████ than you?

16    A.     My brother is four-and-a-half years older than me.

17    Q.     Okay.  And what does D████ do for a living?

18    A.     My brother is a prosecutor.

19    Q.     In what state?

20    A.     In Delaware.

21           THE COURT:  And if I could get to you back off the mic.

22           THE WITNESS:  I'm sorry.

23           THE COURT:  That's okay.  It's just the acoustics in here.

24           THE WITNESS:  Sorry about that.

25           THE COURT:  Just fine.  Just right there is perfect.
```

```
 1            THE WITNESS:  Okay.

 2   BY MR. BRENNER:

 3   Q.    Good?

 4   A.    Perfect.

 5   Q.    Um, so I want to go back really to when -- your earliest

 6   memories, okay?

 7   A.    Yes.

 8   Q.    When you were growing up, did you live with D███ and your

 9   mom and dad?

10   A.    I did.

11   Q.    And do you remember what -- when you were little, what

12   your father did for a living?

13   A.    My dad was a hairdresser.

14   Q.    Actually like in a salon cutting hair?

15   A.    Yes.

16   Q.    Okay.  And what about your mom when you were little?

17   A.    My mom used to make documentaries.

18   Q.    Okay.  And did that in -- where, in Florida?

19   A.    In South Florida, yes.

20   Q.    And was there ever a time when she was, for lack of a

21   better word, a stay-at-home mom?

22   A.    She was, yes.

23   Q.    And when was that?

24   A.    Probably until I was about three or four years old, I'd

25   say.
```

1    Q.    The jury's already heard some, and we'll hear more about

2    your parents, so let's just talk a little bit about sort of what

3    they were like.  Was it one of your parents -- was one of them

4    the disciplinarian in the home?

5    A.    I have two wonderful parents, but my mom definitely -- I

6    don't want to call it like a disciplinarian, but my mom

7    definitely -- I don't want to call it strict, but she definitely

8    laid out the rules a little bit more.

9    Q.    Made the trains run on time?

10   A.    Oh, definitely, yes, absolutely.

11   Q.    Okay.  Tell me about dad.

12   A.    My dad is wonderful.  I have no complaints about my dad.

13   My dad's gentle, fun, always very supportive.  I played tennis,

14   and my dad really was very supportive with my tennis.

15   Q.    Was he a tennis player?

16   A.    He played other racket sports, so, yeah.

17   Q.    And -- okay.  And so, in Florida, let's talk about first

18   of all, do you remember the school you went to?

19   A.    Yes, I do.

20   Q.    What was the name of that school?

21   A.    I went to American Heritage.

22   Q.    Was that a public school or private school?

23   A.    It was a private school.

24   Q.    Was it any sort of religious school or any sort of

25   specialty school or just a regular all private school?

1   **A.**    It was just a regular all private school.

2   **Q.**    Okay.  Did D███ go to that school as well?

3   **A.**    Yes, he did.

4   **Q.**    What was your last grade in Florida?

5   **A.**    I believe it was 1st grade.

6   **Q.**    So you did kindergarten; did you do pre-K at American

7   Heritage?

8   **A.**    I think so.

9   **Q.**    It's hard to remember when you were in Florida, right?

10  **A.**    Yes.

11  **Q.**    Okay.  Do you remember -- again, it's hard back a long

12  time, but do you remember what kind of student you were at

13  school?

14  **A.**    I think I was a really good student.  I enjoyed going to

15  school.

16  **Q.**    Okay.  Do you remember any sort of significant

17  disciplinary issues you had in school when you were -- you know,

18  up through 1st grade?

19  **A.**    No.

20  **Q.**    Were you a kid who was, for example, always going to the

21  guidance counselor?

22  **A.**    Absolutely not.

23  **Q.**    Were you a kid who was -- you know, always saying, Johnny

24  pushed me in the playground?

25  **A.**    Absolutely not.

1   **Q.**     Were there any subjects you liked better than others?

2   **A.**     I really enjoyed math and science.

3   **Q.**     Did you happen to be better at those than the other ones?

4   **A.**     Oh, yes.

5   **Q.**     What about -- again, you're very young, but what about

6   your -- what was your life outside of school like?  So, first of

7   all, what kind of activities did you like to do either after

8   school or on the weekends?  You mentioned tennis.

9   **A.**     Yes, I played tennis on a regular basis.  I started

10  playing tennis when I was three years old.  And I also played

11  piano, and I also sing.

12  **Q.**     Sing, did you say?

13  **A.**     Yes, sir.

14  **Q.**     Did you sing in a choir or just the shower or what?

15  **A.**     No, just on my own.  I took lessons.  I took piano

16  lessons, and I also took some vocal lessons as well.

17  **Q.**     Are you underselling a bit your tennis playing?  Were you

18  a competitive tennis player?

19  **A.**     I was -- yes, sir, I was.

20  **Q.**     Okay.  You said that was one place where Dad was the more

21  active rah-rah guy for you?

22  **A.**     Oh, absolutely, yes.

23  **Q.**     Okay.  You did piano, you sang.  Anything else either in

24  the school environment or outside of the school environment?

25  **A.**     You're just talking up until?  I'm sorry.

1    **Q.**    We're still in Florida at this point.

2    **A.**    Still in Florida.  I think that that's all that I recall

3    at this time.

4    **Q.**    Okay.  What about your, sort of, friend life?  Did you

5    have a lot of friends or just a few close ones, or what was that

6    like?

7    **A.**    I was a very social kid.

8    **Q.**    And what do you mean by that?

9    **A.**    Well, I was in a lot of activities.  I had a lot of

10   friends.  I went to a lot of birthday parties.  I was a very

11   ordinary kid.

12   **Q.**    Okay.  In your home were you allowed to have kids, other

13   kids come to your home?

14   **A.**    Yes, my other -- other people were allowed to come to my

15   house, yes.

16   **Q.**    And what about you, did Mom let you go to other kids'

17   houses?

18   **A.**    As long as it was like a coordinated, like, play date,

19   then -- and like my mom obviously spoke to the parents, then it

20   was totally fine, yes.

21   **Q.**    Okay.  Did there come a time where your family decided to

22   move out of Florida?

23   **A.**    Yes, there was.

24   **Q.**    Do you know -- again, what you think you know may not be

25   the real reason because you were six or seven, but what was your

1    understanding of why your folks wanted to move out of Florida?

2    **A.**    My understanding was because of schooling and actually

3    for Fairfax County Public Schools, specifically.

4    **Q.**    Did they research schools or did they just hone in on

5    Fairfax County?

6    **A.**    My mom told me -- well, and we've had this conversation,

7    but -- when I was younger, but specifically she had done

8    extensive research on what schools to go to.

9    **Q.**    Okay.  Do you know how many different locations your

10   parents considered?

11   **A.**    Um, I think there was a few.

12   **Q.**    Okay.  And ultimately they picked Fairfax County?

13   **A.**    That's correct, yes.

14   **Q.**    Okay.  And when you moved to Fairfax County, what -- do

15   you remember the town or the city that you moved to?

16   **A.**    Yes, we moved to Herndon, Virginia.

17   **Q.**    Okay.  And did you move into a home, an apartment, what

18   did you do?

19   **A.**    We first moved into an apartment.

20   **Q.**    And did Dad keep hairdressing?

21   **A.**    He did, yes.

22   **Q.**    And what about Mom?

23   **A.**    Um, Mom was working -- she was working, yes.

24   **Q.**    Okay.  Do you remember what she was doing?

25   **A.**    She was doing communications, I think, for like a

 1   software company.  I'm not exactly sure, but she was doing some

 2   sort of communications work.

 3   Q.    So explain to the jury what it was like as far as -- was

 4   a parent home when you would wake up in the morning to go to

 5   school?

 6   A.    Yes, there was always a parent home with me.  Usually,

 7   honestly, both of my parents were home with me in the morning.

 8   Q.    Okay.  And then in elementary school, was at least one of

 9   your parents usually home when you got home from school?

10   A.    That is correct.

11   Q.    And when you moved here, the first grade -- the first

12   grade you started was 2nd grade?

13   A.    Yes.

14   Q.    Okay.  And what grade was D███ in?

15   A.    My brother was in the 6th grade.

16   Q.    And what schools did you guys go to?

17   A.    We were at Floris Elementary School.

18   Q.    And that -- because 2nd and 6th, you overlapped when you

19   were there one year together?

20   A.    Yes, we did.

21   Q.    How was that?

22   A.    I love my brother, so it was good.  I enjoyed it.

23   Q.    And while at Floris, did you have any significant

24   disciplinary problems in the school?

25   A.    No.

1    **Q.**    Same types of questions.  Were you someone who was

2    always, you know, going and complaining to their guidance

3    counselor?

4    **A.**    No.

5    **Q.**    Did you have a history of making complaints against other

6    students for anything, from pushing or saying mean words to you

7    or things like that?

8    **A.**    No.

9    **Q.**    Okay.  Did you like Floris?

10   **A.**    I did, yes.

11   **Q.**    If I ask you the same question about which classes you

12   liked the best, was it the same in Floris as it was in Florida?

13   **A.**    I think so.  I think that I was leaning more towards

14   science, though, at this point.

15   **Q.**    More toward science?

16   **A.**    Yeah.  More toward science, yeah.

17   **Q.**    Were you still playing tennis?

18   **A.**    Yes, I was actually.

19   **Q.**    More or less than you were before?

20   **A.**    A lot more.

21   **Q.**    The better you get, the more you have to practice, right?

22   **A.**    Yes, exactly.

23   **Q.**    Right.  It should be the other way around.

24          Piano, you continued doing that?

25   **A.**    I did, yes.

1    **Q.**    When you did piano, was someone coming to your home, were

2    you going to someone's home, how did that work?

3    **A.**    It depended.  I did both of those.

4    **Q.**    Okay.  Or I guess you could go to a place, too?

5    **A.**    Yes, that's true.

6    **Q.**    Did you do that, too?

7    **A.**    I did at some point, yes.

8    **Q.**    Were you playing any particular kind of piano, classical

9    piano, jazz piano, I mean anything in particular?

10   **A.**    I played like an eclectic, all of the above, basically,

11   but a lot of classical piano.  So...

12   **Q.**    Did you use the word "eclectic" when you were 7?

13   **A.**    I did not use the word "eclectic" when I was 7.

14   **Q.**    So we have tennis and we have piano.

15        Any other extracurricular activities you were involved in

16   in elementary school, either at the school or in your free time?

17   **A.**    I did debate.

18   **Q.**    Did you do debate through the school or outside school?

19   **A.**    I believe it was outside of school.

20   **Q.**    And -- my son went through debate, so tell me, what kind

21   of debate was that; do you remember?

22   **A.**    If I recall exactly, it was about like public affairs,

23   like you were given, like, a side to argue about and, like, you

24   were -- you didn't get to pick the position you were given, but

25   you just had to argue it for, like, four or five minutes.

1    **Q.**     Did you like that?

2    **A.**     I did, yes.

3    **Q.**     So we have tennis, we have debate, we have piano.

4          Any other extracurricular activities you did, either in

5    the school or outside of the school?

6    **A.**     Outside of the school I did a little bit of fencing, too.

7    **Q.**     Fencing?

8    **A.**     Yes.

9    **Q.**     Okay.  How were you at fencing?

10   **A.**     You know, my brother was a lot better at it than me,

11   so -- but I thought it was cool.

12   **Q.**     So then it was probably a short-lived endeavor?

13   **A.**     It was, yes.

14   **Q.**     That was outside the school?

15   **A.**     Yes.

16   **Q.**     Okay.  Anything else you can think of?

17   **A.**     We said singing, right, correct?

18   **Q.**     Oh, you were still singing?

19   **A.**     I was still singing, yes.

20   **Q.**     I guess I got to ask you what type of singing you did.

21   **A.**     All across the board.

22   **Q.**     Okay.  You still sing?

23   **A.**     No.

24   **Q.**     Um, let's talk about some of your friends at Floris.

25   First just generally and we're going to now get into the

```
 1   specific names.  But just generally, what was the -- sort of the

 2   friend situation at Floris, was it big groups, was it small

 3   groups, how did that work for you?

 4   A.    I had some really close friends.  There were bigger

 5   groups, but I had some close friends.

 6   Q.    And I think I skipped one step.  There was -- when you

 7   first moved to Virginia, you said you lived in an apartment,

 8   right?

 9   A.    Yes, I did.

10   Q.    And the jury was shown, I think already, a picture, an

11   aerial photograph, when your mom was testifying, of the

12   neighborhood that you moved into.  How long -- that was

13   Middleton Farms?

14   A.    That's correct, yes.

15   Q.    How long after you moved to Herndon did you move to

16   Middleton Farms?

17   A.    I want to say maybe like a year and a half.  It could be

18   something along those lines.

19   Q.    Second or 3rd grade?

20   A.    I think it probably was like 3rd grade, something like

21   that.

22   Q.    Okay.  So, let's talk about some of your friends at

23   Floris --

24   A.    Yes.

25   Q.    -- because the jury may get to meet some of them.
```

1          There was someone named Olivia.  I'm just going to call

2    her Olivia B. right now.

3    **A.**     Yes.

4    **Q.**     Call her Olivia.  Who is Olivia B.?

5    **A.**     Olivia B. has been my friend since the 2nd grade, I

6    believe it is.

7    **Q.**     Okay.  And that -- she was in Floris with you?

8    **A.**     Yes.

9    **Q.**     Would you have -- the jury heard the term already --

10   besties today.  Was she your bestie?

11   **A.**     She was my actual bestie, yes.

12   **Q.**     Okay.  And did Olivia end up -- the jury heard there are

13   six schools that feed into Rachel Carson, but I don't know --

14   did everyone from Floris feed into Rachel Carson?

15   **A.**     To my understanding, yes.

16   **Q.**     If they were staying in the public schools, they would

17   feed in?

18   **A.**     Yes, I think so.

19   **Q.**     And did Olivia stay in the area and stay in public

20   schools and go to Rachel Carson with you?

21   **A.**     She did, yes.

22   **Q.**     Okay.  There's -- well, let's just say -- it's someone

23   the jury already met, Mr. K█?

24   **A.**     Yes.

25   **Q.**     You probably didn't call him Mr. K█.

```
 1    A.      I did not call him Mr. K█, that's correct, yes.

 2    Q.      Did you meet -- you didn't meet Mr. K█ in elementary

 3    school, right?

 4    A.      I did not, no.

 5    Q.      He said you guys met in --

 6            MS. REWARI:  Objection, Your Honor, leading.

 7            THE COURT:  It's background information.  I'll let him

 8    lead a little.

 9    BY MR. BRENNER:

10    Q.      Mr. K█ testified that you met in December of 2012.  Does

11    that sound right to you?

12    A.      That sounds about right.

13    Q.      Sometime I guess a few months into your -- excuse me, I

14    misspoke.  December 2011.

15    A.      Yes.  I'm sorry, December 2011, yes.

16    Q.      I'm trying to keep you on your toes.

17    A.      You really are.

18    Q.      Okay.  And that was about three months starting at Rachel

19    Carson?

20    A.      Yes.

21    Q.      Okay.  The jury may hear from someone that we're going to

22    call Jade S.?

23    A.      Yes.

24    Q.      Do you know who that is?

25    A.      I know of her.  I know that we went to Rachel Carson
```

```
 1    Middle School together.  I would say she was more of an
 2    acquaintance.
 3    Q.    Okay.  So, Floris person or no?
 4    A.    No.
 5    Q.    Okay.  To the extent you met her, because you met her,
 6    she was more of an acquaintance, but it was at Rachel Carson?
 7    A.    That's correct, yes.
 8    Q.    Was she in your grade there?
 9    A.    I believe she was.  I think so.
10    Q.    Now, the jury heard about either pods or teams --
11    A.    Um-hmm.
12    Q.    -- at Rachel Carson.  What team were you on?
13    A.    I was on the E team, or the Explorers team.
14    Q.    What pod were you in?
15    A.    I honestly don't remember the pod.  Honestly pod/team
16    kind of feels synonymous, and I just know the E team, sir.
17    Q.    Olivia, was she on Explorers?
18    A.    Yes.
19    Q.    What about Jade S.?
20    A.    I have no idea.
21    Q.    Okay.  Another person who the jury has heard from is in
22    the courtroom is J.O.?
23    A.    Yes.
24    Q.    When did you meet J.O.?
25    A.    I met her in the 6th grade.
```

1    **Q.**    Where did you meet her?

2    **A.**    I met her at Floris Elementary School.

3    **Q.**    Do you remember one way or the other whether she had been

4    at Floris before the 6th grade?

5    **A.**    She had not been at Floris before the 6th grade.

6    **Q.**    So you were there in your fourth year at -- well, your

7    fifth year at Floris, right?

8    **A.**    If that math is right, then yes.

9    **Q.**    Second?

10   **A.**    Yes, second.

11   **Q.**    Okay.  And that was her first year, her 6th grade year?

12   **A.**    Yes, that was.

13   **Q.**    And when -- if you recall, when in the year did you meet

14   J.O.?

15   **A.**    You know, I don't really recall the specifics, but I

16   assume pretty early in the year.

17   **Q.**    And did she become a good friend of yours?

18   **A.**    She did.

19   **Q.**    Okay.  Did J.O. -- well, let's go back to Olivia for a

20   second.  Did Olivia have an opportunity also to get to know your

21   family?

22   **A.**    She did, yes.

23   **Q.**    Okay.  Was Olivia someone that would spend time at your

24   home?

25   **A.**    She spent quite a lot of time with my family and me, yes.

1   Q.     Same questions for J.O.  Did J.O. get an opportunity to

2   meet your family?

3   A.     Ah, J.O. has met my family, but -- yeah.

4   Q.     Did she spend time in your home?

5   A.     Not really.

6   Q.     Did J.O. ever express to you any negative feelings she

7   held towards your family?

8   A.     Yes, she did.

9   Q.     Could you explain that?

10  A.     She did not like my mom.

11  Q.     Did she tell you why?

12  A.     She said that my mom was too strict, that -- I had a very

13  structured schedule.  I didn't usually get to hang out like --

14  and it just wasn't because my mom necessarily made me, but that

15  was just my schedule.  So usually I was not able to, like, hang

16  out during the weekdays, and then if I could hang out, it would

17  be on the weekends, so I guess she viewed that as too strict.

18  Q.     Okay.

19  A.     And kind of like my mom was forcing me to do things that

20  I didn't want to do, but I wanted to do those things.

21  Q.     And because of that, did J.O. not spend a lot of time in

22  your home?

23  A.     That's correct, yes.

24         MR. BATES:  Your Honor, objection as to my client --

25         THE COURT:  I'm sorry?

1          MR. BATES:  Objection, she's testifying as to why my

2     client didn't do something.

3          THE COURT:  Stay in your course, Mr. Brenner.

4          MR. BRENNER:  I'm sorry?

5          THE COURT:  That's leading.

6     BY MR. BRENNER:

7     **Q.**     Did J.O. spend a lot of time at your house?

8     **A.**     She did not, no.

9     **Q.**     Now, the jury's heard about C█████ K.  When did you

10    meet -- first of all, was C█████ K. a Floris student?

11    **A.**     I believe he went to Floris, but we did not really have

12    any interactions when he was at Floris.

13    **Q.**     Was he your grade or a different grade?

14    **A.**     He was one year older than me gradewise.

15    **Q.**     Did there come a time where you met him while you were at

16    Rachel Carson?

17    **A.**     Yes.

18    **Q.**     Okay.  And just generally what time of the year?  Was it

19    earlier in the year, middle of the year?  When did you meet

20    C█████?

21    **A.**     Early in the year.

22    **Q.**     Okay.  And how did you meet C█████?

23    **A.**     I met C█████ through J████, J.O.

24    **Q.**     Okay.  What was your understanding when you met C█████

25    was the relationship between J.O. and C█████?

1    **A.**    My understanding was they were boyfriend and girlfriend.

2    **Q.**    Okay.  When you got to Virginia, did you start seeing a

3    pediatrician in Virginia?

4    **A.**    I did, yes.

5    **Q.**    What's his name?

6    **A.**    Dr. Kevin Weaver.

7    **Q.**    And did you see Kevin Weaver -- there comes a time where

8    you move out of Virginia in your early teens; is that right?

9    **A.**    Yes, when I was forced to leave, yes.

10   **Q.**    In between when you got here and then, did you -- was

11   Kevin Weaver your primary care physician?

12   **A.**    He was, yes.

13   **Q.**    Your memory, the jury will hopefully get to hear from

14   Dr. Weaver, but just your memory, did you have significant --

15   going back to Florida, did you have significant health issues

16   while you were in Florida?

17   **A.**    I don't -- I did not have any significant health issues

18   when I was back in Florida, no.

19   **Q.**    What about in Florida, did you have any significant or

20   any men- -- excuse me, mental health issues?

21   **A.**    I did not have any mental health issues.

22   **Q.**    Now, in the years leading up -- so 2006 did you get here?

23   **A.**    I think '06 or '07.

24   **Q.**    Up until the time you started Rachel Carson and you were

25   treating with Dr. Weaver, do you recall having any significant

1   physical health issues?

2   **A.**     Do you mind repeating that question?  I'm sorry.

3   **Q.**     Sure.  From the time you moved to Virginia and you start

4   seeing Dr. Weaver up until the point you start at Rachel Carson,

5   so up until the fall of 2011, do you recall having any

6   significant health issues?

7   **A.**     I don't.

8   **Q.**     In that same period, do you recall having any mental

9   health issues?

10  **A.**     I don't.

11  **Q.**     Do you recall seeing any therapist, again, in that time

12  period?

13  **A.**     No.

14  **Q.**     Psychologists?

15  **A.**     No.

16  **Q.**     Psychiatrists?

17  **A.**     No.

18  **Q.**     Any school-based mental health professionals that you're

19  aware of?

20  **A.**     No.

21  **Q.**     Did you go see the doctor -- did you go to regular

22  physicals, as far as you know?

23  **A.**     I think I did, yes.

24  **Q.**     With your mom, if you -- now everyone goes to Urgent

25  Cares, but then if you got sick, did you go see the

1    pediatrician?

2    **A.**    Yes, I did.

3    **Q.**    The jury's heard a little bit about -- from -- who was

4    your principal at Rachel Carson?

5    **A.**    Um, Mr. F███████.

6    **Q.**    So the jury heard from Mr. F███████ about the system that

7    the school had in place for middle school orientations, meaning

8    orientations for elementary students entering middle school.  Do

9    you recall that?  Not his testimony.  Do you recall that

10   happening?

11   **A.**    Can you be a little more specific?  I'm sorry.

12   **Q.**    Do you recall while you were at Floris anyone from Rachel

13   Carson coming and giving an orientation for middle school?

14   **A.**    I don't have a vivid recollection of that.

15   **Q.**    It could have happened, right?

16   **A.**    It could have.

17   **Q.**    Now, when you were starting at Rachel Carson, did you

18   understand you were going to be assigned a guidance counselor?

19   **A.**    Yes.  I was aware of that, yes.

20   **Q.**    And we should have done this before, or I should have

21   done it.  Your brother had gone for two years at Rachel Carson?

22   **A.**    Yes.  My brother went to middle school at Rachel Carson.

23   **Q.**    And so did you -- because of that, did you know some of

24   the folks at Rachel Carson, some of the teachers and counselors?

25   **A.**    I did.

```
 1   Q.     Okay.  And did you have a preference for who you hoped

 2   would be your guidance counselor at Rachel Carson?

 3   A.     Yes.

 4   Q.     And who was that?

 5   A.     I wanted Ms. H███████ to be my guidance counselor.

 6   Q.     Okay.  And did that end up happening?

 7   A.     I did, yeah.

 8   Q.     And how did you -- did you know Ms. H███████ through --

 9   just through D███ being in middle school?

10   A.     I also knew it because -- I'm sorry, I knew her because

11   her daughter played tennis at a recreation center, and so I knew

12   her through that context as well.

13   Q.     Oh, through you playing tennis at the same place as her

14   daughter?

15   A.     That's correct.

16   Q.     Okay.  Were you excited to start middle school?

17   A.     I was very excited, yes.

18   Q.     Were you nervous?

19   A.     I think I probably had some, like, you know, nerves, but

20   I was mostly excited.

21   Q.     Did you feel like going there that you had a good group

22   core -- a core group of friends that were coming with you from

23   Floris?

24   A.     Um, overall, kind of.

25   Q.     Several, few?
```

1    **A.**    Yeah, several.

2    **Q.**    Was Olivia still your bestie at the time?

3    **A.**    She was.

4    **Q.**    Okay.  That summer, so the summer before you start at

5    Floris, can you tell the jury what you did?

6    **A.**    I had gone to Italy that summer.

7    **Q.**    Okay.  With who?

8    **A.**    With my parents and my brother D███.

9    **Q.**    And how was that trip?

10   **A.**    It was wonderful.  We went all over Italy.  My parents

11   had saved up for years.  It was like their dream vacation to go

12   to, and I was very fortunate to be able to go.

13   **Q.**    All right.  Was your father of Italian descent?

14   **A.**    Yes.  I'm half Italian.

15   **Q.**    And mom's descent?

16   **A.**    My mom is Indian -- from India.

17   **Q.**    Have you been on a full family vacation like that again?

18   **A.**    No.

19   **Q.**    The -- the jury's heard that -- well, do you have an idea

20   of how many students were in each grade at Rachel Carson?

21   **A.**    Um, I would be -- I would be guessing, but I think maybe,

22   like, 6 or 700.

23   **Q.**    Per grade?

24   **A.**    Something like that.  I think so.

25   **Q.**    Do you remember who your -- the jury's heard about core

1    classes.  Do you remember who your core class teachers were?

2    **A.**    I do.

3    **Q.**    Okay.  Let's just go through them one by one.  First of

4    all, what are the core classes.

5    **A.**    The core classes are, you know, your math, your science,

6    history, English.

7    **Q.**    Okay.  So who was your math teacher?

8    **A.**    Ms. C█████.

9    **Q.**    Had you ever met Ms. C███ before you started at Rachel

10   Carson?

11   **A.**    No, I had not.

12   **Q.**    And who was your -- you tell me the next one.

13   **A.**    Um, I had my English teacher.

14   **Q.**    And who was that?

15   **A.**    Ms. Estrella.

16   **Q.**    Estrella?

17   **A.**    Yes.

18   **Q.**    Okay.  And had you met Mrs. Estrella before?

19   **A.**    I had not, no.

20   **Q.**    And what's your next -- we have history next?

21   **A.**    History, yes.  I had Ms. F████.

22   **Q.**    F████?

23   **A.**    Yes.

24   **Q.**    And had you met Ms. F████ before you started at Rachel

25   Carson?

```
 1   A.     No.

 2   Q.     And then I guess we -- Mr. T████████ is left?

 3   A.     Mr. T███████, yes.

 4   Q.     T███████, I'm sorry.

 5          And what did he teach?

 6   A.     He taught science.

 7   Q.     And did you know him from before?

 8   A.     I did, yes.

 9   Q.     How did you know -- I'm going to -- Mr. T████████?

10   A.     Yes.

11   Q.     I'm sorry, Mr. T███████.

12          How did you know Mr. T███████?

13   A.     He was my brother's science teacher.

14   Q.     Okay.  And you told us B███████ H████████ was your guidance

15   counselor?

16   A.     Yes, and I also believe she was my brother's, too.

17   Q.     Let's talk a little bit about the school.  7th and 8th

18   graders?

19   A.     Yes.

20   Q.     How were they -- if at all, how were they divided within

21   the school?

22   A.     Um, so technically it was on the first floor, 7th

23   graders.

24   Q.     Okay.

25   A.     And then on the second floor, 8th graders.
```

1    **Q.**    How many class periods did you have a day?

2    **A.**    Um, I think like around seven or eight, if I'm not

3    mistaken.

4    **Q.**    And does that include lunch?  Is that one of them?

5    **A.**    I think lunch was considered as like a period that was

6    like learning seminar or something.

7    **Q.**    So I guess you had some electives in addition to the core

8    classes?

9    **A.**    Yes, I did.

10    **Q.**    What were your electives in 7th grade?

11    **A.**    I took chorus.

12    **Q.**    Okay.

13    **A.**    Spanish.  I think then I also took drama, too, at some

14    point.

15    **Q.**    Was that a class, not an extracurricular?

16    **A.**    That was a class, yes.

17    **Q.**    Okay.  And the jury saw a diagram of the school and they

18    saw where the core classes were.  They were -- is it correct --

19    the diagram is correct that they were right by your locker pod?

20    **A.**    Um, I'm sorry, could you repeat that?

21    **Q.**    Yeah.  The jury saw a picture of a series of lockers.

22    **A.**    Okay.

23    **Q.**    And then there was four classrooms in the hall, sort of

24    right across.  Is that where the core classes were?

25    **A.**    Yes.

1   **Q.**    Okay.  And those were on the first floor?

2   **A.**    Um, yes.  My core classes were on the first floor.

3   **Q.**    Okay.  And your electives, did you have any electives off

4   the first for or on the second floor?

5   **A.**    I did, yes.

6   **Q.**    Which ones?

7   **A.**    I had Spanish class on the second floor.

8   **Q.**    Is that really the only occasion for you to be on the

9   second floor during that school year?

10  **A.**    I think so.

11  **Q.**    Okay.

12  **A.**    Wait, can I clarify?  You said any class or -- I'm sorry.

13  **Q.**    Well, let's start with any class.  The only class you had

14  upstairs was that one elective, Spanish?

15  **A.**    Yes.

16  **Q.**    Were there other reasons why you would, in the regular

17  course of a school day, be upstairs at Rachel Carson?

18  **A.**    I did go up there to see Ms. T███, the assistant

19  principal.

20  **Q.**    Her office was on the second floor?

21  **A.**    Yes.

22  **Q.**    Ms. T███?

23  **A.**    Yes.

24  **Q.**    Okay.  Any other reason that you would have had to be

25  there?

1   **A.**    No.

2   **Q.**    Okay.  Now, the -- it's been described a few different

3   ways, but there was a front door to the school that most of the

4   students funneled through in the morning?

5   **A.**    Um-hmm.

6   **Q.**    Yes?

7   **A.**    Yes, I'm sorry.

8   **Q.**    You have to say "yes" for --

9   **A.**    Sorry, sorry.

10  **Q.**    That's okay.  You're doing great.

11  **A.**    Okay.

12  **Q.**    And I assume that was not divided between 7th and 8th

13  grade?

14  **A.**    That was not divided, no.

15  **Q.**    Just give a sense of what the locker area was like in the

16  pre-first period time.

17  **A.**    Could you clarify?  I'm sorry.

18  **Q.**    Was it -- was it orderly, was it crowded, was it sparse,

19  what was it like?

20  **A.**    I would describe it as crowded.

21  **Q.**    Seventh and 8th graders, alike, would be there?

22  **A.**    Seventh and 8th graders were supposed to go to their

23  respective lockers; however, that was not my experience.

24  **Q.**    Your experience -- well, how was -- was your experience

25  that 8th graders would be by your locker sometimes?

1    **A.**    At times they would.

2    **Q.**    Okay.  We're going to talk about that in much more

3    detail.  Okay.

4            MR. BRENNER:  This is a good time to break, Your Honor.

5            THE COURT:  All right.  Ladies and gentlemen, we're going

6    to go ahead and break for the day.  All of this testimony will be

7    recommenced tomorrow morning.  I have got a little bit of good

8    news for you.

9            We'll start at 9:30, but based upon the circumstances that

10   we're moving along fairly well, we're going to conclude our day

11   tomorrow at 1:00.  I thought that would make you happy.  So, I

12   always like to save the best part for the end; it's like dessert.

13   So, if you can get here as close as you can -- I'm taking into

14   considering your travel requirements, ma'am -- as close as you

15   can to 9:30, we'll start and we'll probably grind pretty much

16   most of the morning.  And I was thinking, and it's up to you,

17   that you could just take your lunches home with you if you would

18   like.  Okay?

19           Remember the Court's instructions.  Do not discuss the

20   case or any aspect of the case with anyone.  I would, again,

21   encourage you to stay away from social media and also encourage

22   you to stay away from the print media.

23           Have a great evening.

24           (Jury out at 4:52 p.m.)

25           THE COURT:  All right.  You may be seated.

```
 1            MR. BRENNER:  Your Honor, may the witness step down?

 2            THE COURT:  Yes, you may step down, ma'am.

 3            All right, is there anything we can take care of this

 4   evening before we go for the day?

 5            MR. BRENNER:  Nothing for the plaintiff, Your Honor.

 6            THE COURT:  All right.

 7            MS. REWARI:  Nothing for the School Board, Your Honor.

 8            THE COURT:  Okay.

 9            MR. BATES:  No, sir.

10            MR. KINNEY:  No, sir.

11            THE COURT:  Very good.  All right.  Let's get here as

12   close as we can.  We'll once again have the courtroom secured for

13   you for the evening so if you want to leave your materials,

14   they'll be secure here.  If you all can get here maybe at 9:15 so

15   that we can start promptly at 9:30.

16            My goal tomorrow is to give the jury a break around 11,

17   11:15, and then go ahead and try to finish up our morning without

18   another break, so if that can help you manage your time, that

19   would be an efficient way of doing things.

20            All right.  Everyone enjoy their evening.  Thank you.

21            (Proceedings adjourned at 4:53 p.m.)

22

23

24

25
```

1

## C E R T I F I C A T E

2

3                    I, Scott L. Wallace, RDR-CRR, certify that
     the foregoing is a correct transcript from the record of
     proceedings in the above-entitled matter.

4

5        /s/ Scott L. Wallace                    3/21/24

6        ---------------------------          ----------------
7        **Scott L. Wallace, RDR, CRR             Date**
         **Official Court Reporter**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**'**

**'06** [1] - 94:23
**'07** [1] - 94:23

---

**/**

**/s** [1] - 106:5

---

**1**

**1** [1] - 27:13
**10** [4] - 26:13; 53:20
**10-inch** [1] - 45:3
**100** [5] - 2:3, 7, 11; 9:8, 17
**11** [2] - 29:12; 105:16
**11:15** [1] - 105:17
**120** [1] - 3:7
**1200** [1] - 44:10
**13** [2] - 29:19; 72:13
**1300** [1] - 44:10
**14** [2] - 5:10; 30:7
**140** [7] - 5:11; 46:17, 22; 47:1; 50:18; 63:11
**15** [3] - 12:7, 16; 53:21
**1520** [1] - 1:21
**15th** [1] - 75:11
**17** [1] - 30:20
**1775** [1] - 3:10
**1801** [1] - 3:7
**193** [1] - 42:22
**1999** [1] - 75:11
**1:00** [2] - 6:9; 104:11
**1:19-cv-00917-RDA-WEF** [1] - 1:4
**1ish** [1] - 6:4
**1st** [2] - 79:5, 18

---

**2**

**2** [3] - 9:11; 23:20; 24:1
**20** [4] - 46:5; 52:15, 17; 76:2
**2003** [1] - 8:17
**20037** [5] - 1:17; 2:15, 19, 22; 3:3
**2006** [1] - 94:22
**2011** [4] - 54:22; 89:14; 95:5
**2011/'12** [1] - 40:17
**2012** [1] - 89:10
**20190** [1] - 3:11
**20191** [1] - 3:8
**202-536-1702** [1] - 1:18
**202-955-1596** [1] - 2:16
**202-955-1664** [1] - 2:23
**202-955-1974** [1] - 2:19
**2024** [2] - 1:5; 6:1
**2029** [1] - 1:20
**21** [2] - 1:5; 6:1
**213-995-5720** [1] - 1:22

---

**2200** [4] - 2:15, 18, 22; 3:3
**22314-5798** [1] - 3:15
**2300** [1] - 1:16
**24** [1] - 75:13
**257** [1] - 63:10
**267** [5] - 5:10; 22:14, 20; 23:4, 8
**268** [1] - 18:13
**2800** [3] - 2:3, 7, 11
**2:21** [2] - 1:6; 6:2
**2:22** [1] - 6:14
**2:23** [1] - 6:18
**2nd** [6] - 2:3, 7, 11; 83:12, 18; 88:5

---

**3**

**3** [14] - 12:18; 24:1; 33:24; 34:1; 42:23; 45:20; 59:19; 71:14, 19-20; 72:2, 7
**3/21/24** [1] - 106:5
**30** [3] - 27:13; 31:4; 74:8
**300** [4] - 9:10, 21, 23; 53:23
**305-539-8400** [1] - 2:8
**32** [1] - 53:19
**33131** [3] - 2:4, 8, 12
**3:40** [1] - 55:11
**3:44** [1] - 58:23
**3:55** [1] - 55:8
**3:58** [2] - 58:23
**3rd** [2] - 87:19

---

**4**

**4** [3] - 1:7; 24:4, 12
**40** [3] - 10:25; 11:9; 12:6
**400** [1] - 3:11
**401** [1] - 3:15
**443-584-6558** [1] - 3:16
**47** [1] - 5:11
**4:30** [2] - 54:3; 56:1
**4:40** [1] - 54:3
**4:45** [2] - 74:20
**4:52** [1] - 104:24
**4:53** [1] - 105:21

---

**5**

**5** [3] - 12:17, 25; 24:12
**504** [1] - 12:11
**59** [1] - 5:5
**5:00** [2] - 55:6; 74:21
**5:15ish** [1] - 54:4
**5:20** [1] - 54:4
**5:30** [3] - 53:12; 54:6, 9

---

**6**

**6** [3] - 9:25; 24:19; 98:22
**61** [1] - 41:3

---

**610-804-1787** [1] - 2:4
**643a** [1] - 1:17
**6th** [7] - 8:6; 83:15, 18; 90:25; 91:4, 11

---

**7**

**7** [4] - 5:4; 25:7; 85:12
**700** [2] - 9:12; 98:22
**75** [1] - 5:6
**7th** [16] - 8:6; 19:19, 22; 20:1; 22:25; 40:19; 47:14; 62:17; 63:24; 64:9; 68:7; 100:17, 22; 101:10; 103:12

---

**8**

**8** [5] - 25:17-19, 24
**8-inch** [1] - 45:3
**80** [4] - 32:20, 22; 33:15, 23
**804-788-8200** [1] - 3:4
**850-585-3414** [1] - 2:12
**8th** [15] - 8:6; 19:20, 22; 20:2, 8, 10; 23:1; 40:21; 100:17, 25; 103:12, 21-22, 25

---

**9**

**9** [4] - 25:18; 26:7; 43:6
**90067** [1] - 1:21
**9:15** [1] - 105:14
**9:30** [3] - 104:9, 15; 105:15
**9th** [2] - 8:6; 62:17

---

**A**

**A.F** [1] - 3:6
**abilities** [1] - 25:11
**ability** [2] - 67:2, 5
**able** [9] - 9:16; 24:5; 37:16; 42:10; 54:16; 62:9; 70:18; 92:15; 98:12
**above-entitled** [1] - 106:3
**abrenner@bsfllp.com** [1] - 2:9
**absolutely** [5] - 65:23; 78:10; 79:22, 25; 80:22
**abuse** [6] - 12:22; 32:2, 4; 34:1; 71:16
**abused** [1] - 12:22
**academic** [4] - 10:25; 22:8; 34:17, 19
**accommodation** [1] - 57:7
**accommodations** [2] - 12:14; 36:22
**acoustics** [1] - 76:23
**acquaintance** [2] - 90:2, 6
**Action** [1] - 1:4
**active** [1] - 80:21
**activities** [4] - 80:7; 81:9; 85:15; 86:4
**actual** [2] - 23:25; 88:11
**add** [1] - 21:3
**addition** [3] - 38:16; 39:14; 101:7
**additional** [3] - 35:13; 66:19; 68:13

**address** [1] - 26:25
**addressing** [1] - 55:17
**adjectives** [1] - 52:20
**adjourned** [1] - 105:21
**administer** [1] - 68:14
**administration** [1] - 49:16
**administrative** [1] - 12:7
**administrator** [9] - 16:3; 20:13; 50:13;
68:21; 71:21, 23; 72:3, 6
**administrators** [1] - 20:5
**admissible** [1] - 27:22
**admit** [1] - 23:4
**admitted** [5] - 5:10; 23:8; 41:3; 47:1
**adolescent** [1] - 37:20
**adult** [4] - 10:2; 13:21; 17:14; 31:11
**adult-like** [1] - 13:21
**adults** [1] - 70:21
**advantage** [2] - 56:3; 58:21
**advice** [2] - 48:19; 57:25
**advising** [1] - 22:8
**advocacy** [1] - 70:19
**advocate** [13] - 11:6; 31:11; 36:12, 15,
17-18, 20, 22, 24; 37:16
**advocated** [1] - 36:19
**aerial** [1] - 87:11
**affairs** [1] - 85:22
**afraid** [5] - 30:3; 48:8, 14, 24
**after-school** [6] - 52:23; 53:2, 8, 20,
24; 54:5
**AFTERNOON** [1] - 6:1
**afternoon** [5] - 7:4; 56:1; 75:5
**age** [5] - 7:22; 14:21; 37:21; 76:4
**aggressive** [1] - 30:13
**ago** [1] - 11:7
**agree** [1] - 60:14
**agreed** [1] - 44:8
**ahead** [6] - 22:15; 26:3; 55:7; 63:6;
104:6; 105:17
**aide** [1] - 45:6
**aided** [1] - 3:18
**al** [1] - 1:6
**alanderson@bsfllp.com** [1] - 1:22
**alert** [3] - 53:9; 70:15
**alerted** [1] - 50:14
**Alexandria** [1] - 3:15
**alike** [1] - 103:21
**Alison** [1] - 1:19
**allow** [2] - 20:23; 70:18
**allowed** [2] - 81:12, 14
**ALSTON** [1] - 1:11
**amazing** [2] - 37:13
**American** [2] - 78:21; 79:6
**Anderson** [1] - 1:19
**Andrew** [1] - 2:6
**ANDREWS** [4] - 2:14, 18, 21; 3:2
**Angeles** [1] - 1:21
**answer** [6] - 13:8; 30:18; 62:9; 67:18;
68:22; 74:14
**answered** [1] - 53:5

**answers** [3] - 24:11; 25:6; 30:16
**anxiety** [5] - 62:19; 64:1, 8, 11; 65:17
**anyway** [1] - 58:13
**apartment** [3] - 82:17, 19; 87:7
**apologize** [1] - 28:13
**APPEARANCES** [3] - 1:13; 2:1; 3:1
**appeared** [1] - 49:14
**appointments** [1] - 21:9
**appreciate** [1] - 57:15
**approach** [4] - 11:22; 27:7; 46:18; 74:8
**approaching** [1] - 49:12
**area** [3] - 43:16; 88:19; 103:15
**areas** [1] - 59:7
**argue** [2] - 85:23, 25
**art** [4] - 13:17, 19; 37:8, 13
**aspect** [2] - 55:9; 104:20
**assault** [1] - 71:16
**assertiveness** [1] - 30:12
**assign** [1] - 18:6
**assigned** [14] - 15:15, 25; 16:2, 15;
20:13, 16; 21:14; 31:3; 40:22; 62:4;
96:18
**assignments** [1] - 35:1
**assist** [3] - 44:1, 14; 63:4
**assistance** [1] - 53:6
**assistant** [5] - 20:17; 32:17; 40:4;
46:1; 102:18
**assisted** [2] - 44:24; 45:8
**assume** [2] - 91:16; 103:12
**assumed** [1] - 45:15
**assumes** [1] - 64:25
**attended** [1] - 61:25
**audience** [1] - 26:10
**available** [4] - 27:18, 20; 63:5; 67:3
**Ave** [1] - 2:22
**avenue** [1] - 33:9
**Avenue** [4] - 2:15, 18; 3:3, 10
**aware** [12] - 31:18; 50:5; 60:17, 19-20;
61:19; 62:18; 95:19; 96:19

## B

**B.H** [1] - 3:6
**B.R** [8] - 1:3; 42:17; 48:1; 49:24; 51:7,
10, 22; 54:23
**B.R.'s** [1] - 62:12
**Bachman** [1] - 57:10
**backdoor** [1] - 37:13
**background** [3] - 7:10; 20:9; 89:7
**backtrack** [1] - 60:23
**bad** [4] - 11:22; 13:20; 28:21; 72:24
**badly** [1] - 31:22
**balancing** [1] - 56:22
**BARAN** [1] - 1:15
**based** [2] - 95:18; 104:9
**basis** [1] - 80:9
**Bates** [1] - 2:14
**BATES** [4] - 55:20; 92:24; 93:1; 105:9
**became** [3] - 8:11; 29:12, 16

**become** [2] - 70:21; 91:17
**becomes** [1] - 66:14
**BEFORE** [1] - 1:11
**beginning** [3] - 15:13, 15, 24
**behaving** [1] - 17:3
**behavioral** [1] - 40:9
**behind** [2] - 22:14, 20
**bell** [3] - 15:23; 44:2
**B███** [4] - 65:11; 74:8; 75:9
**B███** [3] - 5:6; 74:11; 75:3
**B███** [2] - 62:18; 68:18
**bench** [1] - 74:16
**best** [7] - 55:4; 67:14, 18; 74:14; 84:12;
104:12
**bestie** [3] - 88:10; 98:2
**besties** [1] - 88:10
**better** [7] - 42:20; 61:3; 77:21; 80:1, 3;
84:21; 86:10
**between** [8] - 24:15; 49:10; 50:1;
57:19; 74:20; 93:25; 94:10; 103:12
**beyond** [3] - 13:3; 38:22; 59:21
**big** [5] - 13:20; 70:20; 76:4; 87:2
**bigger** [1] - 87:4
**biggest** [2] - 31:10
**B███** [2] - 75:17, 23
**binder** [1] - 22:13
**biology** [2] - 7:17; 8:7
**birth** [1] - 75:10
**birthday** [1] - 81:10
**bit** [25] - 7:11; 16:9; 23:13; 24:21;
25:16; 30:12, 25; 39:12; 55:8; 56:10;
59:13; 60:15; 65:2; 66:25; 70:25; 71:2;
74:15; 78:2, 8; 80:17; 86:6; 96:3;
100:17; 104:7
**Blanchard** [2] - 3:9; 60:21
**blue** [1] - 14:7
**board** [1] - 86:21
**Board** [7] - 7:7; 62:24; 66:16; 71:6, 9,
12; 105:7
**Board's** [1] - 59:9; 70:24
**body** [3] - 31:23; 73:5, 19
**BOIES** [4] - 1:20; 2:2, 6, 10
**book** [3] - 46:14, 16
**born** [2] - 75:14
**boss** [2] - 16:21
**bottom** [4] - 16:25; 18:11; 23:25; 47:12
**bound** [1] - 35:24
**box** [3] - 24:14, 20; 30:15
**boyfriend** [1] - 94:1
**boys** [1] - 72:1
**brave** [2] - 37:19; 41:24
**break** [11] - 6:9; 31:16; 52:12; 55:3, 7;
58:21; 65:3; 104:4, 6; 105:16, 18
**breaking** [3] - 6:4; 74:19, 23
**B███** [1] - 100:14
**BRENNER** [57] - 5:5, 7; 6:3, 10; 23:6;
26:18, 23; 27:3, 7; 38:22; 39:3; 46:24;
51:15; 52:10; 55:23; 56:5, 9, 12, 15, 18,
21; 57:7, 15; 58:5, 9, 13, 18; 59:2, 5;

60:23; 61:1; 62:10, 16, 25; 63:8, 17, 20, 22; 65:4; 67:23; 68:3, 5; 73:23; 74:2, 7, 19, 22; 75:1, 4; 77:2; 89:9; 93:4, 6; 104:4; 105:1, 5
**Brenner** [12] - 2:6; 7:9; 15:2; 19:18; 23:13; 42:16; 44:4; 46:13; 47:17; 55:21; 60:16; 93:3
**Brief** [3] - 22:17; 46:19; 74:1
**bring** [2] - 10:18; 63:9
**bringing** [2] - 10:11; 70:20
**Brittany** [1] - 2:2
**britzoll@gmail.com** [1] - 2:5
**broke** [1] - 54:7
**brother** [14] - 75:21, 24; 76:10, 13-14, 16, 18; 83:15, 22; 86:10; 96:21; 98:8
**brother's** [2] - 100:13, 16
**brothers** [2] - 75:18
**brought** [3] - 32:19; 72:9, 19
**Bruce** [1] - 3:9
**bruce.blanchard@ofplaw.com** [1] - 3:12
**buddy** [1] - 18:25
**build** [3] - 30:23; 32:9; 44:21
**building** [5] - 11:15; 17:16; 19:15; 34:16; 53:11
**built** [1] - 20:19
**bullied** [1] - 29:24
**bullying** [14] - 22:5, 24; 23:17; 25:17, 24-25; 26:5, 9, 15; 27:10; 29:20; 39:18; 40:5; 64:14
**Burton** [1] - 2:21
**burtons@huntonak.com** [1] - 2:23
**bus** [3] - 53:20, 25; 54:7
**buses** [4] - 53:12, 19, 25; 54:3
**butting** [1] - 37:17
**buzz** [1] - 54:14
**BY** [26] - 5:4, 7; 7:3; 22:18; 23:11; 29:5; 39:1, 11; 41:6, 16; 46:7; 47:3; 49:7; 52:4, 22; 59:5; 61:1; 62:16; 63:22; 65:5; 68:5; 75:4; 77:2; 89:9; 93:6

## C

**CA** [1] - 1:21
**cafeteria** [1] - 18:12
**calm** [1] - 17:10
**camera** [1] - 54:16
**campus** [2] - 10:11; 59:11
**cannot** [1] - 66:7; 69:9
**care** [6] - 25:14; 30:22; 36:12; 51:22; 94:11; 105:3
**Career** [1] - 9:16
**career** [2] - 9:20; 22:6
**careers** [1] - 22:8
**Cares** [1] - 95:25
**Carolina** [1] - 8:4
**carpet** [1] - 17:6
**C**▮ - 99:8
**Carson** [28] - 11:11, 14; 15:3, 8; 29:13;

32:19; 37:1; 88:13, 20; 89:19, 25; 90:6, 12; 93:16; 94:24; 95:4; 96:4, 13, 17, 21-22, 24; 97:2; 98:20; 99:10, 25; 102:17
**case** [8] - 27:22; 39:10; 54:6; 55:9; 73:16; 104:20
**caseload** [1] - 18:20
**cases** [4] - 34:1; 39:9
**catch** [1] - 21:22
**category** [1] - 69:2
**causes** [1] - 56:21
**Cell** [1] - 3:16
**Center** [1] - 9:16
**center** [1] - 97:11
**Century** [1] - 1:20
**certify** [1] - 106:2
**chair** [1] - 36:23
**chairs** [1] - 43:3
**challenging** [3] - 14:12, 17; 37:21
**change** [2] - 33:12; 49:10
**charge** [1] - 39:6
**checks** [1] - 39:2
**Cheryl** [1] - 16:19
**child** [15] - 12:1; 15:1; 35:16; 37:6, 9, 12, 14; 60:11, 13; 61:3, 7; 65:16; 68:7; 70:11, 18
**Child** [5] - 34:3; 38:1, 4; 39:8
**child's** [1] - 69:22
**children** [2] - 15:17; 37:18
**chill** [2] - 17:10
**Chipotle** [1] - 14:9
**choice** [1] - 67:8
**choir** [1] - 80:14
**choose** [1] - 70:10
**chorus** [1] - 101:11
**chose** [1] - 9:14
**chosen** [4] - 13:12-14, 22
**C**▮ [7] - 93:9, 20, 22
**church** [1] - 7:18
**circumstances** [3] - 38:18; 62:13; 104:9
**city** [1] - 82:15
**Civil** [1] - 1:4
**claps** [1] - 28:17
**clarification** [1] - 55:16
**clarify** [5] - 39:17; 66:22, 25; 102:12; 103:17
**clarifying** [1] - 67:13
**class** [23] - 17:9; 18:5; 33:12; 43:18; 44:3; 45:10, 13, 15, 21; 46:2, 11; 50:2; 99:1; 101:1, 15-16; 102:7, 12
**classes** [13] - 9:2; 11:1; 22:10; 49:10; 84:11; 99:1, 4-5; 101:8, 18, 24; 102:2
**classical** [2] - 85:8, 11
**classmates** [1] - 28:18
**classroom** [9] - 22:3; 23:14, 24; 27:11; 34:22; 36:12; 53:6; 70:6
**classrooms** [2] - 31:4; 101:23
**clear** [4] - 71:1, 5; 72:9, 12

**click** [2] - 25:5; 27:5
**clicking** [1] - 27:8
**client** [7] - 9:18; 56:1, 18; 57:21; 61:5; 92:24; 93:2
**client's** [1] - 57:17
**clients** [1] - 9:4
**CliffNote** [1] - 31:10
**clinic** [1] - 45:6
**clip** [1] - 26:15
**close** [9] - 45:3; 52:12; 81:5; 87:4; 104:13; 105:12
**closer** [1] - 63:19
**clothing** [1] - 34:10
**collaborate** [1] - 14:15
**collaboration** [1] - 14:16
**colleagues** [1] - 73:23
**college** [5] - 7:13; 9:10; 10:16, 19; 76:8
**comfortable** [1] - 55:6
**coming** [11] - 6:22; 9:19; 11:11; 17:4, 17; 18:8; 54:20; 85:1; 96:13; 97:22
**communication** [1] - 30:7
**communications** [2] - 82:25; 83:2
**company** [1] - 83:1
**competent** [1] - 57:24
**competitive** [2] - 37:2; 80:18
**complaining** [2] - 72:1; 84:2
**complaints** [2] - 78:12; 84:5
**compound** [1] - 65:2
**computer** [1] - 3:18
**computer-aided** [1] - 3:18
**concern** [1] - 16:7
**conclude** [1] - 104:10
**conduct** [2] - 17:3; 32:13
**conference** [6] - 16:6; 21:20; 70:8, 15; 74:12, 16
**conferences** [3] - 12:10; 32:8; 70:9
**confident** [1] - 29:21
**confidentiality** [5] - 31:14, 17; 35:24; 69:4, 14
**confidentially** [1] - 70:12
**confirm** [1] - 6:4
**conflict** [1] - 70:5
**conflicts** [1] - 40:12
**confused** [1] - 43:24
**connecting** [1] - 18:19
**connection** [1] - 19:14
**consider** [2] - 14:12; 36:15
**considered** [2] - 82:10; 101:5
**considering** [1] - 104:14
**constantly** [1] - 19:7
**constructed** [1] - 20:23
**consult** [1] - 73:23
**Cont** [2] - 2:1; 3:1
**contact** [2] - 35:7; 51:21
**contacted** [1] - 37:12
**contacting** [1] - 38:18
**context** [2] - 27:16; 97:12
**continue** [4] - 26:6; 33:20; 50:24; 51:9
**continued** [2] - 50:15; 84:24

**continues** [2] - 21:5; 30:19
**continuity** [1] - 20:6
**conversation** [5] - 47:4, 7; 48:4; 49:24; 82:6
**conversations** [2] - 24:18; 37:19
**cool** [2] - 14:10; 86:11
**coordinated** [1] - 81:18
**copy** [1] - 56:24
**core** [11] - 20:16; 97:22; 98:25; 99:1, 4-5; 101:7, 18, 24; 102:2
**corner** [1] - 45:5
**correct** [30] - 15:5; 16:18; 19:21; 20:21; 35:22; 40:7; 42:12; 51:1; 61:9; 65:9, 15; 67:4; 71:19; 72:2, 8, 16, 25; 73:17, 22; 82:13; 83:10; 86:17; 87:14; 89:1; 90:7; 92:23; 97:15; 101:18; 106:3
**counsel** [10] - 55:14; 57:24; 59:9; 60:18; 67:17; 70:24; 71:6, 9, 12; 74:14
**counsel's** [1] - 62:24
**counseling** [10] - 8:8, 13, 15; 9:1, 20; 41:22; 43:1; 45:2; 62:12
**counselor** [42] - 8:11, 21; 9:8; 10:20; 13:4, 9; 14:13; 15:4, 7, 22; 18:23; 19:2; 20:13, 17; 21:15; 32:11; 38:7; 40:11, 15; 42:13; 43:4; 44:20; 45:24; 46:1; 51:13; 52:25; 59:21; 62:4; 66:16; 68:21; 69:21; 70:9; 72:4, 6; 79:21; 84:3; 96:18; 97:2, 5; 100:15
**counselors** [9] - 15:17; 17:21; 18:22; 31:3; 41:18; 42:5; 67:5; 96:24
**County** [8] - 7:6; 14:4; 38:17, 19; 82:3, 5, 12, 14
**couple** [3] - 32:21; 56:16; 64:5
**course** [12] - 9:2; 12:15; 24:1, 24; 25:4, 18; 35:4; 37:9; 60:9; 68:12; 93:3; 102:17
**Court** [10] - 3:13; 14:21; 55:17, 24; 58:16; 59:2; 75:1; 106:7
**court** [1] - 57:13; 74:25
**Court's** [2] - 57:17; 104:19
**Courthouse** [1] - 3:15
**courtroom** [2] - 90:22; 105:12
**cover** [3] - 58:3, 7
**CPS** [1] - 45:23
**create** [1] - 10:18
**criminal** [1] - 71:15
**CROSS** [2] - 5:4; 7:2
**cross** [2] - 57:19; 58:3
**CROSS-EXAMINATION** [2] - 5:4; 7:2
**cross-examination** [1] - 58:3
**crowded** [2] - 103:18, 20
**CRR** [3] - 3:13; 106:2, 6
**curious** [1] - 36:7
**cut** [2] - 31:23; 73:5
**cutting** [10] - 26:25; 31:20, 25; 72:19, 22; 73:8, 12, 19; 77:14
**cyber** [1] - 28:11
**cyberbullying** [5] - 28:11; 29:2, 7, 12, 18

# D

**D.C** [3] - 8:13; 9:22, 24
**dad** [6] - 77:9, 13; 78:11, 14
**Dad** [2] - 80:20; 82:20
**dad's** [2] - 75:24; 78:13
**daily** [1] - 20:19
**danger** [1] - 35:5
**Dash** [8] - 76:14, 17; 77:8; 79:2; 83:14; 97:9; 98:8
**Date** [1] - 106:6
**date** [2] - 75:10; 81:18
**daughter** [3] - 47:24; 97:11, 14
**day-to-day** [1] - 22:2
**DC** [5] - 1:17; 2:15, 19, 22; 3:3
**deal** [1] - 33:21
**debate** [6] - 61:6; 85:17, 20-21; 86:3
**December** [13] - 22:6; 47:14; 50:8; 54:22; 61:11; 62:17; 63:24; 64:9; 65:8; 68:6; 89:10, 14
**decide** [1] - 7:15
**decided** [4] - 7:16; 19:25; 31:6; 81:21
**decision** [1] - 60:21
**decreased** [1] - 19:10
**deep** [2] - 73:8, 10
**deeper** [1] - 36:21
**defacing** [1] - 32:5
**Defendant** [3] - 2:14; 3:2, 9
**Defendant's** [3] - 41:3; 42:21; 46:22
**defendants** [1] - 55:14
**Defendants** [2] - 1:8; 3:5
**defense** [2] - 60:17; 63:10
**Defense** [2] - 63:10
**defer** [1] - 37:9
**definitely** [6] - 30:9, 13; 78:5, 7, 10
**definition** [2] - 23:25; 51:18
**definitions** [4] - 24:1; 25:19; 26:10; 72:13
**degree** [4] - 7:17; 8:16; 62:13
**Delaware** [1] - 76:20
**deliberate** [1] - 39:6
**demonstrate** [2] - 29:20; 56:19
**department** [4] - 12:9; 36:23; 38:11, 14
**depended** [1] - 85:3
**deposit** [1] - 42:15
**depressed** [1] - 12:2
**depression** [1] - 12:3
**descent** [2] - 98:13, 15
**describe** [6] - 10:22; 15:6; 43:8; 103:20
**described** [2] - 59:19; 103:2
**describing** [1] - 26:8
**DESCRIPTION** [1] - 5:9
**design** [1] - 18:2
**designated** [2] - 16:1
**designating** [1] - 35:10
**designed** [2] - 21:1, 6

**dessert** [1] - 104:12
**detail** [1] - 104:3
**details** [1] - 47:10
**determinations** [1] - 57:12
**development** [1] - 9:3
**diagram** [2] - 101:17, 19
**difference** [4] - 24:15; 70:10; 76:4
**different** [13] - 11:17; 28:8; 30:8, 17; 39:10; 45:18; 64:2, 9; 69:8, 18; 82:9; 93:13; 103:2
**difficult** [4] - 14:20; 29:16; 36:12; 67:15
**diploma** [1] - 10:5
**DIRECT** [2] - 5:6; 75:3
**direct** [5] - 16:21; 47:18; 50:17; 53:11; 58:3
**directed** [1] - 50:17
**direction** [4] - 45:18; 47:11; 58:14; 71:6
**director** [4] - 15:21; 16:16; 17:16; 34:6
**disabilities** [2] - 12:13, 23
**disciplinarian** [2] - 78:4, 6
**disciplinary** [5] - 32:16; 40:8; 46:8; 79:17; 83:24
**discipline** [1] - 32:11
**disclose** [1] - 34:23
**disconnect** [2] - 14:23; 70:17
**discretion** [1] - 36:1
**discuss** [2] - 55:9; 104:19
**discussion** [5] - 6:6; 29:6; 42:21; 69:9; 74:17
**Discussion** [1] - 57:6
**disease** [1] - 12:3
**disrespect** [1] - 6:24
**distract** [1] - 73:20
**distress** [2] - 60:6; 61:21; 65:17
**DISTRICT** [3] - 1:1, 12
**District** [2] - 3:14
**divided** [3] - 100:20; 103:12, 14
**dizziness** [1] - 56:22
**doctor** [1] - 95:21
**document** [2] - 22:19; 56:24
**documentaries** [1] - 77:17
**documentation** [2] - 34:13; 35:3
**documentations** [1] - 35:18
**documents** [2] - 34:9; 56:23
**dominating** [1] - 30:13
**done** [4] - 45:12; 82:7; 96:20
**door** [5] - 15:15; 53:3; 54:20; 103:3
**doors** [4] - 15:17; 41:1; 42:1; 54:11
**down** [15] - 6:16; 18:9; 21:11; 43:13, 16; 45:1, 8; 54:7; 57:4; 65:3; 72:23; 74:5, 15; 105:1
**Dr** [4] - 94:6, 14, 25; 95:4
**draining** [1] - 36:14
**drama** [1] - 101:13
**Dream** [1] - 40:19
**dream** [1] - 98:11
**Drive** [1] - 3:7

**dropped** [3] - 53:13; 54:4
**DSS** [3] - 15:16; 16:16
**due** [3] - 12:20; 36:1
**during** [5] - 29:13; 39:21; 51:19; 92:16; 102:9
**duty** [1] - 15:16

# E

**e-mail** [11] - 14:7; 35:6, 14; 46:13; 47:13; 48:3, 6; 50:24; 62:17; 63:24; 68:7
**e-mails** [3] - 12:15; 21:22; 51:2
**earliest** [1] - 77:5
**early** [5] - 29:13; 52:8; 91:16; 93:21; 94:8
**easier** [4] - 25:3; 46:16; 62:23; 63:11
**easiest** [1] - 10:23
**East** [1] - 1:20
**EASTERN** [1] - 1:1
**Eastern** [1] - 3:14
**eclectic** [3] - 85:10, 12
**educated** [1] - 59:18
**educating** [1] - 36:6
**education** [7] - 7:15, 22, 24; 8:11; 12:12; 36:22; 76:10
**Education** [1] - 8:14
**educational** [1] - 59:17
**educator** [1] - 36:11
**educators** [1] - 69:20
**efficient** [2] - 6:8; 105:19
**eight** [2] - 19:5; 101:2
**either** [6] - 58:3; 80:7, 23; 85:16; 86:4; 90:10
**elective** [1] - 102:14
**electives** [4] - 101:7, 10; 102:3
**elementary** [7] - 9:9; 11:11, 13; 83:8; 85:16; 89:2; 96:8
**Elementary** [3] - 9:23; 83:17; 91:2
**elicit** [1] - 13:4
**Elliker** [1] - 3:2
**Email** [12] - 1:18, 22; 2:5, 9, 13, 16, 20, 23; 3:4, 8, 12, 16
**email** [3] - 48:22; 50:20; 62:24
**emotion** [1] - 36:14
**emotional** [5] - 12:14, 23; 31:24; 73:8, 10
**emotionally** [2] - 36:14; 73:21
**emotions** [3] - 11:25; 12:1, 5
**encourage** [2] - 104:21
**end** [11] - 11:17; 15:14; 22:1, 11-12; 30:21; 50:24; 52:12; 88:12; 97:6; 104:12
**endeavor** [1] - 86:12
**ended** [1] - 45:9
**engage** [1] - 73:8
**engaged** [1] - 23:17
**engagement** [1] - 11:8
**English** [4] - 20:15; 31:5; 99:6, 13

**enjoy** [1] - 105:20
**enjoyed** [4] - 47:19; 79:14; 80:2; 83:22
**enlist** [3] - 37:23; 66:10
**enter** [2] - 41:23; 54:2
**entered** [1] - 17:15
**entering** [2] - 15:20; 96:8
**entire** [1] - 72:13
**entitled** [1] - 106:3
**entrance** [1] - 41:8
**environment** [6] - 9:13; 10:12; 24:2; 80:24
**equality** [1] - 24:3
**especially** [1] - 14:20
**Esq** [11] - 1:15, 19; 2:2, 6, 10, 14, 17, 21; 3:2, 5, 9
**essential** [1] - 35:1
**established** [1] - 11:12
**Estrella** [3] - 99:15, 18
**et** [1] - 1:6
**evaluation** [2] - 65:19; 66:6
**evening** [7] - 10:2; 55:3; 104:23; 105:4, 13, 20
**eventually** [1] - 7:25
**evidence** [2] - 46:21; 65:1
**exactly** [4] - 66:22; 83:1; 84:22; 85:22
**EXAMINATION** [6] - 5:4-6; 7:2; 59:4; 75:3
**examination** [3] - 6:25; 58:3, 17
**EXAMINATIONS** [1] - 5:3
**example** [12] - 12:1; 13:3; 37:6; 61:5, 11, 17; 65:19; 68:9; 70:1, 4; 79:20
**examples** [6] - 26:10; 29:18; 30:15, 17; 32:21; 72:11
**except** [3] - 69:4; 70:16; 71:14
**exceptions** [1] - 69:5
**exchange** [1] - 62:18
**excited** [4] - 28:20; 97:16, 20
**excluded** [2] - 33:8; 57:20
**excuse** [7] - 20:25; 34:15, 20, 25; 50:19; 89:13; 94:20
**excused** [1] - 34:23
**executive** [1] - 11:3
**exhibit** [4] - 27:4; 42:24; 46:20; 62:20
**Exhibit** [14] - 5:10; 23:4, 8; 41:3; 42:22; 46:17, 22; 47:1; 50:18; 63:10
**EXHIBITS** [1] - 5:8
**exited** [1] - 46:1
**experience** [8] - 10:19; 13:22; 57:16, 20; 73:10; 103:23
**experienced** [1] - 14:19
**experiences** [1] - 10:13
**experiential** [2] - 10:10, 12
**expertise** [1] - 57:9
**explain** [8] - 10:7; 23:13; 28:13; 33:25; 36:24; 59:13; 83:3; 92:9
**explaining** [1] - 69:17
**exploration** [1] - 22:7
**explored** [1] - 22:7
**Explorers** [2] - 90:13, 17

**express** [2] - 70:18; 92:6
**expressed** [1] - 70:12
**expressing** [1] - 68:7
**extensive** [1] - 82:8
**extent** [2] - 61:14; 90:5
**extra** [3] - 59:10; 60:4; 67:3
**extracurricular** [3] - 85:15; 86:4; 101:15
**extreme** [3] - 40:20; 64:14

# F

**F.C.S.B** [3] - 1:6; 2:14; 3:2
**F.T** [1] - 3:6
**face** [2] - 29:1; 32:7
**Facebook** [1] - 29:15
**faces** [1] - 25:10
**facility** [1] - 59:17
**fact** [3] - 23:22; 51:17; 61:4
**fact-finder** [1] - 51:17
**facts** [2] - 23:20; 64:25
**Fahey** [1] - 1:15
**fair** [6] - 20:22; 61:17; 62:13; 68:3
**Fairfax** [8] - 7:6; 14:3; 38:16, 19; 82:3, 5, 12, 14
**fairly** [1] - 104:10
**fall** [1] - 95:5
**familiar** [1] - 10:6
**families** [1] - 12:11
**family** [11] - 30:22; 35:13; 68:19; 81:21; 91:21, 25; 92:2, 7; 98:17
**far** [5] - 38:22; 58:2; 59:22; 83:3; 95:22
**Farms** [2] - 87:13, 16
**F** ██ [3] - 99:21, 24
**fast** [2] - 18:7; 64:20
**fast-forward** [2] - 18:7; 64:20
**father** [2] - 77:12; 98:13
**father's** [1] - 75:17
**February** [4] - 22:9; 61:19; 65:14
**feed** [3] - 88:13, 17
**feedback** [1] - 24:16
**feeder** [1] - 11:10
**feelings** [3] - 11:18; 92:6
**feet** [2] - 17:6
**FELDMAN** [1] - 3:10
**felt** [7] - 19:1, 14-15; 31:1; 33:7; 48:16
**fencing** [3] - 86:6, 9
**few** [11] - 11:7; 55:3; 59:6; 81:5; 82:11; 89:13; 97:25; 103:2
**fifth** [1] - 91:7
**figure** [8] - 18:3; 30:5; 33:13; 37:15; 45:14; 57:12; 60:7
**figuring** [1] - 33:9
**filing** [1] - 6:19
**fill** [4] - 34:3, 11; 35:12; 42:13
**finder** [1] - 51:17
**fine** [6] - 49:4, 8; 74:24; 76:25; 81:20
**finish** [2] - 10:1; 105:17
**finished** [1] - 54:2

**first** [38] - 9:15, 21; 10:15; 15:3, 18; 32:6; 41:17; 42:16, 23; 47:12; 48:7, 16; 56:1, 18; 61:10; 63:24; 64:3, 5, 11; 72:5; 74:10; 75:14, 24; 78:17; 80:6; 82:19; 83:11; 86:25; 87:7; 91:11; 93:10; 99:3; 100:22; 102:1, 4; 103:16
**first-generation** [1] - 10:15
**fit** [1] - 7:17
**five** [5] - 18:17; 19:4; 38:9; 41:20; 85:25
**FL** [3] - 2:4, 8, 12
**flair** [1] - 24:6
**FLEXNER** [1] - 1:20; 2:2, 6, 10
**flirting** [1] - 24:15
**floor** [9] - 17:7; 100:22, 25; 102:1, 4, 7, 9, 20
**Florida** [16] - 75:15; 76:7; 77:18; 78:17; 79:4, 9; 81:1, 22; 82:1; 84:12; 94:15, 18
**Floris** [20] - 83:17, 23; 84:9, 12; 86:24; 87:2, 23; 88:7, 14; 90:3; 91:2, 4-5, 7; 93:10-12; 96:12; 97:23; 98:5
**focus** [9] - 31:10, 24; 34:25; 36:5, 11, 13; 40:8; 51:20; 60:9
**folks** [3] - 34:12; 82:1; 96:24
**follow** [4] - 17:18; 35:13; 59:6
**follow-up** [2] - 35:13; 59:6
**following** [2] - 11:2; 35:4
**Following** [1] - 74:17
**food** [1] - 34:11
**footing** [1] - 20:10
**FOR** [1] - 1:1
**forced** [1] - 94:9
**forcing** [1] - 92:19
**foregoing** [1] - 106:3
**forge** [1] - 33:11
**forget** [1] - 22:12
**forgiveness** [1] - 57:16
**forgiveness-permission** [1] - 57:16
**form** [1] - 34:3
**former** [1] - 33:8
**fortunate** [1] - 98:12
**forward** [3] - 18:7; 64:20; 71:11
**foster** [1] - 15:1
**foundation** [1] - 28:6
**four** [10] - 20:16; 22:4; 31:13, 16, 18; 69:5; 76:16; 77:24; 85:25; 101:23
**four-and-a-half** [1] - 76:16
**fourth** [1] - 91:6
**fractured** [2] - 14:17
**frankly** [1] - 56:8
**F‹‹‹‹** [5] - 11:10; 16:23; 53:19; 96:5
**F‹‹‹‹** [1] - 41:25
**F‹‹‹‹** [9] - 7:9; 16:11; 22:19; 23:12; 41:9; 42:24; 50:19; 55:18; 59:6
**F‹‹‹‹** [1] - 5:4; 7:2; 59:4
**free** [1] - 85:16
**Friday** [1] - 57:18
**friend** [6] - 33:7; 81:4; 87:2; 88:5;

91:17
**friendly** [1] - 49:13
**friends** [7] - 81:5, 10; 86:24; 87:4, 22; 97:22
**friendship** [1] - 11:15
**friendships** [3] - 11:16; 33:11
**front** [8] - 15:15, 17; 28:18; 41:8; 46:14; 53:3; 103:3
**full** [3] - 75:22; 76:3; 98:17
**full-time** [1] - 76:3
**Fulton** [1] - 3:7
**fun** [3] - 16:5; 18:19; 78:13
**function** [2] - 11:3; 69:18
**funneled** [1] - 103:4
**funny** [2] - 25:2
**fuzzy** [1] - 71:1

# G

**GED** [1] - 10:4
**genders** [1] - 25:11
**general** [1] - 57:25
**generalities** [1] - 58:7
**generally** [3] - 86:25; 87:1; 93:18
**generation** [1] - 10:15
**gentle** [1] - 78:13
**gentleman's** [1] - 6:7
**gentlemen** [6] - 6:19; 55:2; 59:1; 60:17; 63:3; 104:5
**Genus** [1] - 50:20
**George** [3] - 8:12; 9:16; 10:17
**getting-to-know-you** [2] - 18:18; 32:8
**girl** [1] - 64:23
**girlfriend** [1] - 94:1
**girls** [2] - 43:19; 44:5
**given** [6] - 48:7, 23; 70:25; 72:10; 85:23
**glorified** [1] - 9:18
**goal** [3] - 34:21; 44:20; 105:16
**goofy** [1] - 13:20
**grabbing** [1] - 59:15
**grade** [33] - 8:5; 19:19, 22; 20:3, 8, 10; 40:19, 21; 79:4, 18; 83:11, 14-15; 87:19; 88:5; 90:8, 25; 91:4, 11; 93:13; 98:20, 23; 101:10; 103:13
**graders** [6] - 100:18, 23, 25; 103:21, 25
**gradewise** [1] - 93:14
**graduate** [1] - 8:19
**graduated** [1] - 7:16
**Grady** [2] - 41:2; 42:23
**great** [4] - 19:14; 21:11; 103:10; 104:23
**greet** [2] - 17:13; 42:4
**grind** [1] - 104:15
**group** [6] - 7:22; 16:2; 43:19; 65:25; 97:21
**groups** [5] - 33:7; 54:19; 87:2, 5
**growing** [2] - 37:20; 77:8

**growth** [2] - 9:3; 10:14
**guess** [12] - 13:23; 27:9; 49:2; 53:21; 57:18; 68:22; 85:4; 86:20; 89:13; 92:17; 100:2; 101:7
**guessing** [1] - 98:21
**guidan** [1] - 18:22
**guidance** [11] - 18:22-24; 19:2; 69:21; 79:21; 84:2; 96:18; 97:2, 5; 100:14
**guide** [1] - 45:25
**guy** [1] - 80:21
**guys** [3] - 10:22; 83:16; 89:5
**gypped** [1] - 19:1

# H

**hair** [1] - 77:14
**hairdresser** [1] - 77:13
**hairdressing** [1] - 82:20
**half** [5] - 21:16; 34:19; 75:24; 76:16; 87:17; 98:14
**half-brother** [1] - 75:24
**hall** [2] - 21:10; 101:23
**hallway** [8] - 15:19; 41:18; 42:21; 43:13, 16; 44:8, 10; 45:2
**hand** [1] - 44:7
**handing** [1] - 60:3
**handle** [3] - 6:8
**hang** [2] - 92:13, 15
**happy** [1] - 104:11
**harassing** [2] - 71:18; 72:15
**harassment** [11] - 22:6, 24; 23:18; 24:13, 15; 26:4; 39:18; 40:6; 64:15; 72:11
**hard** [7] - 11:17; 13:23; 14:24; 56:24; 79:9, 11
**harm** [6] - 31:18; 32:1; 35:6, 9
**hate** [1] - 26:16
**Head** [2] - 8:3
**heads** [1] - 37:17
**health** [11] - 12:20; 34:21; 35:15; 94:15, 17, 20-21; 95:1, 6, 9, 18
**hear** [7] - 17:5; 26:18; 56:9; 74:14; 78:1; 89:21; 94:13
**heard** [15] - 14:21; 15:16; 54:23; 75:7; 78:1; 88:9, 12; 90:10, 21; 93:9; 96:3, 6; 98:19, 25
**hearsay** [5] - 51:15, 18; 52:10
**heart** [3] - 31:22; 72:23
**heavens** [1] - 14:19
**held** [1] - 92:7
**hello** [1] - 17:13
**help** [26] - 13:7; 20:9; 21:12; 36:10; 37:23; 38:12; 46:18; 59:10, 23; 60:1, 6, 11, 13; 62:25; 63:6; 64:24; 65:11; 66:10, 19; 67:3, 9; 68:9; 70:4; 105:18
**helped** [4] - 11:7; 20:7; 45:16, 25
**helpful** [1] - 66:23
**helping** [10] - 11:1, 5, 18, 24-25; 12:5; 33:10; 37:18

**Heritage** [2] - 78:21; 79:7
**Herndon** [2] - 82:16; 87:15
**herself** [1] - 51:7
**high** [9] - 9:9, 22; 10:5, 8; 15:6; 40:16; 62:19; 64:2, 9
**High** [1] - 10:3
**higher** [2] - 8:10; 10:4
**Hills** [2] - 10:3
**Hilton** [2] - 8:3
**historical** [1] - 20:9
**historically** [1] - 44:23
**history** [5] - 20:15; 84:5; 99:6, 20
**hmm** [3] - 47:15; 90:11; 103:5
**hold** [1] - 26:21
**holiday** [1] - 6:7
**HOLTZMAN** [1] - 1:15
**home** [19] - 7:18; 11:23; 53:14; 77:21; 78:4; 81:12; 82:17; 83:4, 6-7, 9; 85:1; 91:24; 92:4, 22; 104:17
**homeless** [4] - 12:24; 13:7; 34:8, 10
**homes** [1] - 14:25
**homestretch** [1] - 59:1
**hone** [1] - 82:4
**honestly** [3] - 83:7; 90:15
**Honor** [23] - 7:1; 23:4; 27:7; 39:3, 6; 41:4; 46:20; 52:10; 55:15; 56:15; 57:15; 62:25; 63:13; 64:25; 74:3, 7-8; 89:6; 92:24; 104:4; 105:1, 5, 7
**Honor's** [1] - 58:14
**HONORABLE** [1] - 1:11
**hoped** [1] - 97:1
**hopefully** [2] - 19:16; 94:13
**hospitalization** [4] - 12:20; 34:13, 18; 36:3
**hospitals** [1] - 60:1
**hostile** [1] - 24:2
**hour** [2] - 21:16; 34:19
**hours** [9] - 9:8, 10-12, 15, 17, 21, 23; 10:1
**house** [2] - 81:15; 93:7
**houses** [1] - 81:17
**housing** [1] - 34:10
**human** [1] - 9:3
**H▮▮▮▮▮** [11] - 44:23; 50:3; 51:9, 14, 21; 52:2; 62:3; 97:5, 8; 100:14
**hundred** [1] - 9:15
**HUNTON** [4] - 2:14, 18, 21; 3:2
**hurt** [3] - 31:24; 32:2
**hurting** [4] - 31:22; 32:2; 72:23

---

## I

**idea** [3] - 59:9; 90:20; 98:19
**ideation** [2] - 35:5, 11
**identified** [3] - 12:12, 23
**identify** [3] - 11:25; 17:17; 22:22
**IEP** [1] - 12:11
**illegal** [1] - 32:3
**immediately** [2] - 67:23; 71:20

---

**imminent** [3] - 35:8, 11
**impact** [1] - 14:22
**implemented** [1] - 29:17
**important** [6] - 24:22; 31:1; 60:10-12; 61:8
**improving** [2] - 61:4; 63:17
**in-between** [1] - 57:19
**in-court** [1] - 57:13
**incident** [3] - 25:6; 33:22; 48:25
**include** [2] - 61:25; 101:4
**increasing** [1] - 65:16
**increasingly** [1] - 65:16
**incredibly** [1] - 61:8
**India** [1] - 98:16
**Indian** [1] - 98:16
**indicate** [1] - 41:9
**indicating** [4] - 42:1; 43:24; 44:7
**indicating)** [3] - 41:11, 15; 42:8
**indicator** [1] - 45:10
**indifference** [1] - 39:7
**individuals** [1] - 59:23
**inflict** [1] - 31:23
**information** [8] - 27:16; 35:20; 44:22; 63:5; 68:17; 69:3; 89:7
**inquire** [1] - 55:18
**instructions** [2] - 74:13; 104:19
**intake** [1] - 9:19
**intend** [1] - 56:22
**intended** [1] - 6:24
**intending** [1] - 27:12
**interaction** [3] - 23:16; 45:9, 18
**interactions** [1] - 93:12
**interested** [1] - 37:8
**internship** [1] - 9:11
**interrupt** [3] - 16:11; 25:22; 26:16
**interrupted** [1] - 19:17
**intervene** [1] - 49:14
**introduced** [2] - 31:8
**investigations** [1] - 32:13
**involve** [1] - 27:23
**involved** [5] - 13:6; 61:14; 62:12; 65:11; 85:15
**isolate** [2] - 57:3, 5
**isolated** [1] - 33:22
**issue** [7] - 32:11, 15; 60:1; 63:6; 71:2; 72:18
**issues** [18] - 6:10; 11:1, 15; 12:19-21; 32:18; 54:6; 56:22; 66:12; 79:17; 94:15, 17, 20-21; 95:1, 6, 9
**IT** [1] - 57:10
**Italian** [2] - 98:13
**Italy** [2] - 98:6, 10
**itself** [1] - 68:14

---

## J

**J.F** [1] - 3:7
**J.O** [13] - 3:9; 90:22, 24; 91:14, 19; 92:1, 3, 6, 21; 93:7, 23, 25

---

**Jade** [2] - 89:22; 90:19
**January** [5] - 22:9; 61:19; 64:21; 65:6, 10
**jazz** [1] - 85:9
**Jefferson** [1] - 37:7
**J▮▮▮▮▮** [1] - 93:23
**Jenny** [3] - 28:15
**Jesse** [8] - 75:21; 76:2, 7
**jfahey@holtzmanvogel.com** [1] - 1:18
**J▮▮▮▮** [4] - 5:4; 7:2; 59:4
**job** [6] - 10:20; 11:7; 14:12; 52:25; 53:2, 4
**Johnny** [1] - 79:23
**join** [1] - 64:23
**joking** [1] - 25:1
**Jonathan** [1] - 1:15
**JOSEFIAK** [1] - 1:16
**journey** [4] - 11:17; 13:21; 14:1, 11
**JR** [1] - 1:11
**Judge** [4] - 6:3; 58:18; 60:23; 63:20
**JUDGE** [1] - 1:12
**July** [1] - 75:11
**jurors** [1] - 10:6
**Jury** [5] - 6:14, 18; 55:11; 58:24; 104:24
**JURY** [1] - 1:11
**jury** [28] - 6:16; 13:14; 15:6; 17:20; 23:9; 41:4; 56:7, 13; 63:3, 9; 69:17; 70:4; 75:14; 83:3; 87:10, 25; 88:9, 12, 23; 89:21; 90:10, 21; 94:13; 96:6; 98:5; 101:17, 21; 105:16
**jury's** [6] - 75:7; 78:1; 93:9; 96:3; 98:19, 25

---

## K

**Keefe** [1] - 2:10
**keep** [7] - 20:3; 33:16; 45:21; 55:5; 70:13; 82:20; 89:16
**keeps** [1] - 28:23
**kelliker@huntonak.com** [1] - 3:4
**Kevin** [4] - 3:2; 94:6, 11
**kid** [12] - 11:7; 14:8; 17:11; 18:21; 28:17; 37:8; 54:8; 79:20, 23; 81:7, 11
**kids** [36] - 10:10; 11:1; 13:16; 15:20; 17:3, 9, 17; 18:8, 13; 19:6, 8-9; 20:1; 21:8, 11; 22:7; 23:16; 24:10, 17; 25:5; 26:10; 28:3; 29:25; 30:11, 18; 31:7; 32:6; 43:18; 53:13; 54:7; 59:18; 70:21; 81:12
**kids'** [1] - 81:16
**kind** [28] - 7:23; 8:25; 15:13; 20:3, 10; 22:2; 23:15, 23; 24:16; 25:15; 26:8; 29:20; 30:25; 33:11; 43:22, 24; 44:10; 45:17; 58:16; 60:3; 71:9; 79:12; 80:7; 85:8, 20; 90:16; 92:19; 97:24
**kindergarten** [1] - 79:6
**kinds** [2] - 16:9; 57:12
**Kinney** [3] - 3:5; 55:14; 60:21

---

KINNEY [3] - 3:6; 55:15; 105:10
KINNY [1] - 55:17
K█ [5] - 88:23, 25; 89:1, 10
knock [1] - 29:22
knowing [1] - 36:9
knowledge [2] - 51:9; 68:23
known [1] - 44:23
KURTH [4] - 2:14, 18, 21; 3:2

# L

lack [1] - 77:20
ladies [6] - 6:19; 55:2; 58:25; 60:17; 63:3; 104:5
laid [1] - 78:8
landing [1] - 15:18
last [5] - 12:17; 57:10; 63:17; 71:12; 79:4
late [1] - 54:7
law [1] - 24:20
LAW [1] - 3:6
lawyers [3] - 55:5; 63:4; 74:13
lead [1] - 89:8
leading [4] - 15:18; 89:6; 93:5; 94:22
leaning [1] - 84:13
learn [2] - 11:6; 37:18
learners [1] - 10:2
learning [4] - 10:10, 12; 12:13; 101:6
least [6] - 18:17; 19:3; 62:5; 71:1; 83:8
leave [4] - 36:2; 52:5; 94:9; 105:13
leaving [1] - 52:8
lectern [1] - 57:4
left [4] - 44:5; 52:6; 64:24; 100:2
legal [1] - 57:25
length [1] - 39:13
less [3] - 71:6, 9; 84:19
lesson [2] - 22:7; 23:14
lessons [7] - 22:3, 6; 31:6; 80:15
level [9] - 9:9; 13:10, 12; 15:6; 62:19; 64:2, 9, 11; 67:4
levels [1] - 65:17
liaison [1] - 13:7
license [2] - 8:23; 9:1
licensed [1] - 8:21
life [3] - 28:24; 80:6; 81:4
line [2] - 37:4; 55:5
lines [1] - 87:18
link [7] - 26:16, 19; 27:6, 8, 17, 24
listed [1] - 27:3
listen [2] - 67:17; 74:13
listening [1] - 58:1
live [4] - 26:16; 76:3, 6; 77:8
lived [2] - 86:12; 87:7
living [4] - 76:7, 9, 17; 77:12
LLP [8] - 1:20; 2:2, 6, 10, 14, 18, 21; 3:2
location [3] - 15:23; 43:20; 44:12
locations [1] - 82:9

locked [1] - 54:11
locker [4] - 72:2; 101:19; 103:15, 25
lockers [2] - 101:21; 103:23
look [16] - 18:3; 22:14; 25:8; 28:3; 46:16; 49:14, 19; 56:23, 25; 62:20-23; 63:23
looked [4] - 22:2; 23:12; 39:14, 18
looking [7] - 7:19; 9:19; 42:24; 43:22, 24; 56:21
looks [2] - 28:16; 66:3
loop [2] - 20:1
Los [1] - 1:21
lose [1] - 60:24
love [4] - 13:17, 21; 44:17; 83:22
loved [1] - 18:24
low [1] - 11:20
lunch [4] - 21:15; 101:4
lunches [1] - 21:14; 104:17
lunchroom [1] - 21:16

# M

M.C [1] - 3:6
M.P.F [1] - 3:6
ma'am [7] - 27:23; 42:6; 48:22; 51:16; 74:5; 104:14; 105:2
machine [1] - 3:17
mail [11] - 14:7; 35:6, 14; 46:13; 47:13; 48:3, 6; 50:24; 62:17; 63:24; 68:7
mails [3] - 12:15; 21:22; 51:2
main [6] - 15:19; 40:25; 41:25; 43:17; 44:13; 54:11
manage [1] - 55:4; 105:18
management [1] - 11:4
manner [1] - 46:9
map [1] - 41:7
MARCH [1] - 6:1
March [1] - 1:5
marriage [1] - 75:25
master [2] - 21:1, 6
Master's [1] - 8:14
materials [1] - 53:6; 105:13
math [5] - 20:14; 80:2; 91:8; 99:5, 7
matter [4] - 25:1; 32:16; 46:8; 106:3
matters [1] - 25:1
mean [11] - 13:3; 36:6, 24; 37:19; 48:15, 21; 66:20; 68:16; 81:8; 84:6; 85:9
meander [1] - 11:19
meaning [2] - 76:3; 96:7
means [5] - 17:11; 24:23; 33:25; 72:22
meant [1] - 24:22
media [3] - 14:21; 104:21
mediations [1] - 33:10
medical [2] - 12:21; 13:5
meet [23] - 16:2, 8; 18:9; 11-12, 17; 20:23; 21:8, 23; 31:7; 32:6; 42:9; 48:1; 87:25; 89:2; 90:24; 91:1, 13; 92:2; 93:10, 19, 22

meeting [5] - 12:9; 21:19; 43:11; 64:5; 71:5
meetings [22] - 12:8, 10-11; 16:1; 19:18; 20:11, 19; 21:2, 7; 44:22; 51:13, 25; 52:5, 8; 61:18, 25; 71:13
memories [1] - 77:6
memory [2] - 94:13
men [2] - 54:19; 94:20
mental [9] - 12:20; 34:21; 35:15; 73:2; 94:20; 95:8, 18
mentally [1] - 73:21
mentioned [5] - 19:19; 30:25; 44:18; 51:13; 80:8
messaging [1] - 29:16
met [20] - 15:21; 31:4; 42:17; 64:3, 10, 22; 88:23; 89:5, 10; 90:5, 25; 91:2; 92:3; 93:15, 23-24; 99:9, 18, 24
Miami [3] - 2:4, 8, 12
mic [2] - 41:13; 76:21
MICHAEL [1] - 3:6
Michael [1] - 3:5
microphone [1] - 28:18
Middle [2] - 37:1; 90:1
middle [24] - 7:19; 9:9; 10:20; 13:10, 12, 15-16, 25; 14:3, 13; 15:3; 28:14; 30:2; 33:5; 47:18; 48:6; 93:19; 96:7, 13, 22; 97:9, 16
Middleton [2] - 87:13, 16
might [20] - 11:20; 12:22; 17:24; 21:24; 31:12; 32:23; 33:6; 34:6, 10; 36:20; 45:5; 48:16; 50:5, 16; 52:11; 55:22; 62:8; 74:15
mimic [1] - 14:24
mind [3] - 56:25; 71:1; 95:2
minute [2] - 27:13; 73:24
minutes [5] - 46:5; 52:14, 17; 85:25
mirror [1] - 14:24
missing [1] - 18:5
misspoke [1] - 89:14
mistake [1] - 60:16
mistaken [1] - 101:3
mk@kinneyesq.com [1] - 3:8
mode [1] - 57:16
mom [16] - 62:18; 77:9, 16-17, 21; 78:5; 81:19; 82:6; 87:11; 92:10, 12, 14, 19; 95:24; 98:16
Mom [4] - 49:18; 81:16; 82:22
mom's [2] - 64:13; 98:15
moment [1] - 16:12
Monday [2] - 57:19; 58:7
money [1] - 28:22
monitor [1] - 51:10
monitored [1] - 51:22
monitoring [4] - 49:10; 50:1, 7, 15
months [5] - 61:19; 64:6, 10; 89:13, 18
morning [6] - 16:15; 18:7; 83:4, 7; 103:4; 104:7, 16; 105:17
most [9] - 6:8; 13:24; 14:12, 14, 18; 33:21; 60:10; 103:3; 104:16

**mostly** [1] - 97:20
**mother** [2] - 54:23; 61:13
**mother's** [1] - 75:17
**motivated** [1] - 69:18
**move** [10] - 23:4; 44:8, 13; 46:21; 57:2; 81:22; 82:1, 17; 87:15; 94:8
**moved** [10] - 20:3; 82:14-16, 19; 83:11; 87:7, 12, 15; 95:3
**moving** [4] - 43:18; 44:10; 104:10
**MR** [64] - 5:5, 7; 6:3, 10; 23:6; 26:18, 23; 27:3, 7; 38:22; 39:3; 46:24; 51:15; 52:10; 55:15, 17, 20, 23; 56:5, 9, 12, 15, 18, 21; 57:15; 58:5, 9, 13, 18; 59:2, 5; 60:23; 61:1; 62:10, 16, 25; 63:8, 17, 20, 22; 65:4; 67:23; 68:3, 5; 73:23; 74:2, 7, 19, 22; 75:1, 4; 77:2; 89:9; 92:24; 93:1, 4, 6; 104:4; 105:1, 5, 9
**MS** [43] - 5:4; 7:1, 3; 22:18; 23:4, 9, 11; 26:19, 25; 27:5, 10, 13, 17; 28:5, 7; 29:4; 38:25; 39:1, 6, 11; 46:1, 2, 6, 16; 46:5, 7, 20; 47:2; 49:5, 7; 51:24; 52:4, 14, 17, 19, 21-22; 55:1; 62:7; 64:25; 89:6; 105:7
**muddy** [1] - 36:10
**myth** [1] - 23:22
**myths** [1] - 23:20

## N

**name** [8] - 44:19; 57:10; 75:8, 17; 78:20; 94:5
**named** [1] - 88:1
**names** [2] - 75:16; 87:1
**necessarily** [2] - 27:21; 92:14
**necessary** [1] - 50:25
**Need** [1] - 39:8
**need** [23] - 19:7; 25:14; 31:16; 34:3, 10; 35:16; 36:5, 21; 37:15; 41:13; 45:22; 50:14; 55:15, 17, 22; 59:10; 60:6, 12; 63:6; 66:13; 70:2
**needed** [8] - 18:15; 21:16, 18, 24-25; 50:11; 53:6, 9
**needs** [3] - 31:12; 58:3, 11
**negative** [1] - 92:6
**neighborhood** [1] - 87:12
**nerves** [1] - 97:19
**nervous** [1] - 97:18
**network** [1] - 65:25
**never** [3] - 18:24; 54:24; 58:11
**New** [2] - 76:8, 12
**new** [3] - 33:11
**news** [3] - 64:18; 104:8
**next** [17] - 22:10; 24:14, 19; 29:3, 11; 39:10; 44:3; 45:22; 47:16; 54:22; 55:24; 74:6; 99:12, 20
**nobody** [3] - 7:20; 49:12
**non** [1] - 35:11
**non-imminent** [1] - 35:11

**nonfriendly** [1] - 49:14
**nonstop** [1] - 12:16
**nonverbal** [4] - 24:5, 12; 26:9; 30:19
**normal** [1] - 32:18
**northwest** [1] - 9:24
**note** [1] - 49:15
**notebook** [1] - 62:24
**notes** [8] - 33:16, 24; 34:1; 71:3, 13, 24-25; 72:7
**nothing** [2] - 105:5, 7
**noticed** [1] - 43:19
**number** [1] - 18:14
**numbers** [2] - 19:9; 35:17
**NW** [5] - 1:16; 2:15, 18, 22; 3:3

## O

**object** [1] - 31:21
**objection** [18] - 23:5-7; 26:22; 38:22; 39:3; 46:23-25; 51:15; 52:10; 62:7; 64:25; 74:15; 89:6; 92:24; 93:1
**obtain** [1] - 8:10
**obtained** [1] - 8:14
**obvious** [1] - 60:5
**obviously** [1] - 81:19
**occasion** [2] - 38:4; 102:8
**occurred** [1] - 58:22
**October** [2] - 22:5, 23
**ODIN** [1] - 3:10
**OF** [9] - 1:1, 11; 3:6; 5:4-6; 7:2; 59:4; 75:3
**office** [25] - 31:2; 40:24; 41:1, 8, 10-11, 14, 25; 42:2, 4; 43:17; 44:13, 15-16, 25; 45:4, 8, 21; 47:9; 54:11; 70:12; 102:20
**OFFICE** [1] - 3:6
**officer** [1] - 50:22
**offices** [3] - 41:21; 43:2; 45:2
**Official** [2] - 3:13; 106:7
**old** [4] - 75:12; 77:24; 80:10
**older** [7] - 75:19, 24; 76:1, 15-16; 93:14
**oldest** [2] - 75:20
**ole** [1] - 70:21
**Olivia** [12] - 88:1, 4-5, 12, 19; 90:17; 91:19, 23; 98:2
**once** [4] - 20:24; 47:25; 105:12
**one** [68] - 6:3; 12:9; 15:22; 16:11; 21:14; 22:12, 25; 24:19, 21; 25:4, 7, 21-22; 27:25; 28:2, 9-11, 14; 30:7; 31:12; 33:21; 34:19; 35:11; 37:10; 40:12; 41:19; 43:22; 46:21; 56:24; 57:1, 11; 59:8; 60:12, 23; 61:15; 63:2; 64:21; 65:6, 10, 14; 66:17; 68:18; 69:1; 70:2; 72:14, 18; 76:13; 78:3; 80:20; 83:8, 19; 87:6; 91:3; 93:14; 99:3, 12; 101:4; 102:14
**one-shot** [1] - 33:21
**ones** [6] - 13:2; 36:23; 39:14; 80:3; 81:5; 102:6

**online** [1] - 29:2
**Open** [1] - 74:25
**open** [1] - 44:11
**opinion** [2] - 36:6; 50:16
**opportunity** [3] - 55:8; 91:20; 92:1
**option** [1] - 70:14
**options** [1] - 22:8
**order** [3] - 60:13; 63:6; 66:5
**orderly** [2] - 17:15; 103:18
**ordinary** [3] - 50:8, 10; 81:11
**organization** [1] - 11:3
**organizations** [1] - 59:24
**orientation** [1] - 96:13
**orientations** [2] - 96:7
**otherwise** [1] - 67:3
**ourselves** [1] - 31:8
**outside** [17] - 36:13; 37:22, 24; 38:11; 43:3; 54:17; 59:10; 66:13; 67:6; 80:6, 24; 85:18; 86:5, 14
    **outside-school** [1] - 66:14
**overall** [1] - 97:24
**overlapped** [1] - 83:18
**own** [6] - 24:10; 66:5; 67:8; 71:11; 73:20; 80:15

## P

**P.A.H** [1] - 3:6
**p.m** [10] - 1:6; 6:2, 14, 18; 55:11; 58:23; 104:24; 105:21
**pad** [1] - 17:21
**page** [32] - 23:19, 25; 24:1, 4, 12, 19; 25:6, 17-19, 24; 26:7, 13-14; 27:6; 29:11, 19; 30:7, 20; 42:23; 43:6; 47:12, 16; 48:6
    **Page** [1] - 5:3
**pages** [1] - 46:21
**pain** [9] - 60:5; 73:2-4, 9, 11, 20
**painting** [1] - 37:11
**Panther** [1] - 21:9
**papers** [2] - 42:12, 15
**paperwork** [2] - 34:12; 35:12
**paperworks** [1] - 35:7
**paragraph** [1] - 47:18
**parent** [21] - 12:10; 16:7; 21:20; 35:7; 37:5, 10, 12, 14, 17; 53:9; 66:4, 9; 67:9; 68:6, 13; 83:4, 6
**parents** [22] - 11:22; 14:19, 23; 28:22; 35:15; 36:3, 19, 25; 37:19; 54:7; 67:6; 70:20; 78:2, 5; 81:19; 82:10; 83:7, 9; 98:8, 10
    **parents'** [1] - 75:16
**Park** [1] - 1:20
**part** [16] - 13:21, 24; 14:1, 14; 27:18; 29:25; 30:1, 6, 14; 33:21; 37:20; 58:17; 69:17; 73:19; 104:12
**particular** [7] - 48:22, 25; 49:18; 60:19, 22; 85:8
    **parties** [2] - 57:20; 81:10

**partner** [5] - 14:22; 59:24; 67:5; 68:12, 15
**partnered** [1] - 10:17
**pass** [2] - 41:25; 42:2
**passed** [1] - 41:1
**passes** [5] - 17:21; 18:4, 6, 8, 16
**passing** [1] - 15:20
**passive** [1] - 30:9
**past** [2] - 16:15; 17:16
**pasting** [1] - 26:25
**Patty** [4] - 28:19, 24
**Patty's** [1] - 28:21
**pause** [3] - 22:17; 46:19; 74:1
**PC** [1] - 3:10
**pediatrician** [2] - 94:3; 96:1
**Penn** [2] - 7:14, 16
**Pennsylvania** [4] - 2:15, 18, 22; 3:3
**people** [9] - 6:20; 10:4; 14:15; 25:13; 53:11; 54:14; 66:3; 73:7; 81:14
**per** [7] - 9:11; 18:18; 19:5; 22:4; 34:19; 38:10; 98:23
**percent** [11] - 10:25; 11:9; 12:6, 16-17, 25; 32:20, 22; 33:15, 23
**percentage** [2] - 13:1; 40:16
**percentages** [1] - 10:24
**perfect** [3] - 58:18; 76:25; 77:4
**performance** [1] - 34:17
**perhaps** [6] - 10:24; 11:1; 21:24; 33:4; 36:21; 59:24
**period** [5] - 43:14; 95:8, 12; 101:5; 103:16
**periods** [2] - 50:2; 101:1
**permission** [3] - 57:16; 63:18; 70:1
**person** [7] - 9:19; 42:7, 10; 57:10; 73:15; 90:3, 21
**personally** [2] - 68:20; 70:7
**phone** [4] - 12:15; 21:22; 35:17; 51:4
**phones** [2] - 29:14; 53:5
**photograph** [2] - 42:20; 87:11
**physical** [8] - 24:13; 26:9; 30:19; 72:12; 73:2, 4, 9; 95:1
**physicals** [1] - 95:22
**physician** [1] - 94:11
**piano** [11] - 80:11, 15, 23; 84:24; 85:1, 8-9, 11, 14; 86:3
**pick** [3] - 11:2; 21:12; 85:24
**picked** [1] - 82:12
**picking** [1] - 22:10
**picture** [5] - 25:15; 30:21; 42:25; 87:10; 101:21
**pictures** [4] - 25:7, 10; 42:19
**piece** [3] - 26:5; 37:20
**Pimmit** [2] - 10:2
**piqued** [1] - 43:25
**PITTLEMAN** [1] - 3:10
**place** [9] - 12:14; 15:3; 42:15; 44:11; 45:11; 80:20; 85:4; 96:7; 97:13
**Plaintiff** [3] - 1:4, 15; 2:2
**plaintiff** [7] - 40:22; 43:10; 44:8; 47:9;

55:25; 74:7; 105:5
**PLAINTIFF'S** [1] - 74:11
**Plaintiff's** [4] - 5:10; 23:8; 47:1
**plan** [2] - 34:16; 74:21
**planted** [1] - 15:22
**play** [3] - 26:17, 19; 81:18
**played** [6] - 78:13, 16; 80:9; 85:10; 97:11
**player** [2] - 78:15; 80:18
**playground** [1] - 79:24
**playing** [8] - 27:12; 80:10, 17; 84:17; 85:8; 97:13
**PLC** [1] - 3:6
**PLLC** [1] - 1:16
**plopped** [1] - 11:14
**PM** [1] - 1:24
**pod** [3] - 90:14; 101:19
**pod/team** [1] - 90:15
**podium** [1] - 57:4
**pods** [1] - 90:10
**point** [16] - 8:8; 16:10; 18:9; 19:25; 45:20, 23; 55:3; 70:14; 71:11; 74:19, 23; 81:1; 84:14; 85:7; 95:4; 101:14
**pointers** [1] - 33:2
**police** [2] - 38:11, 14
**Police** [2] - 38:17, 19
**pop** [1] - 24:10
**population** [3] - 10:15; 53:23; 66:12
**position** [1] - 85:24
**possibility** [1] - 30:10
**posted** [3] - 15:18; 27:17; 28:2
**potential** [1] - 15:25
**PowerPoint** [5] - 22:23; 29:17; 39:18; 72:10
**PowerPoints** [1] - 22:25
**practice** [7] - 33:16; 45:20; 46:10; 48:18; 57:17; 71:11; 84:21
**practicum** [2] - 9:8, 15
**pre** [2] - 79:6; 103:16
**pre-first** [1] - 103:16
**pre-K** [1] - 79:6
**precluded** [1] - 69:22
**prefer** [1] - 55:25
**preference** [1] - 97:1
**Prep** [1] - 8:3
**present** [1] - 16:3
**presentation** [1] - 27:19
**presentations** [1] - 22:11
**presenting** [2] - 23:14
**presumably** [1] - 62:2
**pretty** [8] - 44:10; 45:3; 69:23, 25; 70:3; 91:16; 104:15
**prevalent** [1] - 29:13
**primarily** [1] - 62:11
**primary** [1] - 94:11
**principal** [8] - 15:16, 21; 16:15; 17:16; 20:18; 32:17; 34:6; 36:19; 46:2; 96:4; 102:19
**principal's** [1] - 41:1

**principally** [1] - 69:19
**principals** [1] - 40:4
**print** [1] - 104:22
**private** [5] - 44:12; 78:22, 25; 79:1
**problem** [9] - 25:3; 28:6; 30:1, 6, 14; 57:24; 58:10, 15; 68:1
**problems** [2] - 64:23; 83:24
**procedure** [1] - 56:16
**proceed** [1] - 22:16
**Proceedings** [2] - 3:17; 105:21
**PROCEEDINGS** [1] - 1:11
**proceedings** [5] - 22:17; 46:19; 58:22; 74:1; 106:3
**process** [1] - 58:17
**produce** [1] - 14:25
**produced** [1] - 3:17
**professionals** [2] - 13:5; 95:18
**program** [7] - 8:13; 10:2, 4; 52:23; 53:2, 20; 54:2
**programs** [1] - 53:24
**project** [1] - 37:11
**promise** [1] - 63:20
**promoting** [1] - 10:14
**promptly** [1] - 105:15
**properly** [1] - 17:3
**property** [1] - 32:5
**prosecutor** [1] - 76:18
**Protective** [4] - 34:3; 38:1, 4; 39:9
**provide** [11] - 27:15, 21; 34:4; 35:12; 49:1; 59:11; 66:1; 67:10; 68:11, 19
**provided** [4] - 44:22; 66:4
**providers** [2] - 35:15; 59:25
**psych** [1] - 65:19
**psychiatrists** [2] - 59:25; 95:16
**psychological** [1] - 66:5
**psychologist** [2] - 13:6; 35:14
**psychologists** [2] - 59:25; 95:14
**Public** [1] - 82:3
**public** [6] - 11:7; 44:11; 78:22; 85:22; 88:16, 19
**publicly** [2] - 27:18, 20
**publish** [3] - 23:9; 46:25; 63:13
**pulled** [2] - 18:24
**pulse** [2] - 23:23; 24:11
**purposes** [1] - 27:22
**push** [1] - 24:9
**pushed** [1] - 79:24
**pushing** [1] - 84:6
**put** [10] - 10:23; 11:14; 12:14; 24:5, 7; 25:7; 41:2; 43:23; 50:16; 55:25

## Q

**quarter** [2] - 15:22; 53:23
**questions** [19] - 7:9; 18:19; 19:19; 30:16; 47:17; 55:4, 20; 56:16; 58:1; 59:6; 60:18, 22; 67:17; 69:12; 74:2, 13; 84:1; 92:1
**quick** [1] - 6:3

**quite** [2] - 56:8; 91:25
**quizzes** [1] - 35:2
**quote** [1] - 71:6
**quoting** [1] - 69:20

## R

**Rachel** [28] - 11:11, 14; 15:3, 8; 29:13;
32:19; 37:1; 88:13, 20; 89:18, 25; 90:6,
12; 93:16; 94:24; 95:4; 96:4, 12, 17,
21-22, 24; 97:2; 98:20; 99:9, 24; 102:17
**racket** [1] - 78:16
**radio** [1] - 53:7
**R████** [3] - 5:6; 74:11; 75:3
**rah** [2] - 80:21
**rah-rah** [1] - 80:21
**raining** [1] - 17:5
**raise** [1] - 55:24
**raises** [1] - 45:20
**rang** [1] - 15:23
**rat** [1] - 30:4
**rate** [1] - 40:16
**rather** [1] - 70:20
**rbates@hunton.com** [1] - 2:16
**RDR** [3] - 3:13; 106:2, 6
**RDR-CRR** [1] - 106:2
**re** [1] - 59:13
**reach** [1] - 66:13
**reads** [1] - 64:21
**ready** [5] - 10:19; 22:10; 44:3; 45:13;
52:1
**real** [1] - 81:25
**really** [32] - 10:14, 17; 11:21; 12:2, 18;
14:11, 24; 17:13; 18:17; 24:19, 21;
29:13, 16; 30:25; 32:8; 37:15; 41:24;
60:7; 61:16; 64:11; 76:6; 77:5; 78:14;
79:14; 80:2; 87:4; 89:17; 91:15; 92:5;
93:11; 102:8
**reason** [5] - 18:21; 20:4; 81:25; 102:24
**reasons** [1] - 102:16
**recalling** [2] - 49:2
**receive** [4] - 8:16; 42:14; 51:2, 4
**received** [2] - 8:17; 39:20
**receptionist** [4] - 53:3; 54:10
**recess** [1] - 58:22
**recognize** [2] - 18:15; 22:19
**recollection** [3] - 47:23; 64:2; 96:14
**recommenced** [1] - 104:7
**recommendation** [1] - 71:8
**recommendations** [2] - 67:12; 68:10
**recommending** [1] - 66:3
**record** [5] - 23:8; 47:1; 57:6; 74:17;
106:3
**recreation** [1] - 97:11
**Red** [3] - 12:18, 25; 59:20
**REDIRECT** [2] - 5:5; 59:4
**redirect** [1] - 55:22
**reengage** [1] - 56:14
**registrar** [1] - 45:6

**registrar's** [1] - 42:2
**regular** [8] - 9:2; 28:16; 32:20; 78:25;
79:1; 80:9; 95:21; 102:16
**related** [1] - 57:12
**relationship** [4] - 19:15; 20:6; 32:9;
93:25
**relationships** [3] - 11:12; 30:24; 44:21
**relax** [2] - 44:18; 45:1
**relaxing** [1] - 57:25
**relevance** [1] - 38:23
**religions** [1] - 25:12
**religious** [1] - 78:24
**remain** [2] - 6:17; 36:1
**remaining** [1] - 55:14
**remember** [40] - 14:8; 19:16, 25;
23:22; 37:10; 43:15, 22; 44:4, 6; 47:4,
6, 8, 10-11; 51:8; 55:9; 61:12; 69:5,
10-11; 72:14, 20; 77:11; 78:18; 79:9,
11-12, 16; 82:15, 24; 85:21; 90:15;
91:3; 98:25; 99:1; 104:19
**Remember** [1] - 30:22
**repeat** [2] - 64:4; 101:20
**repeating** [1] - 95:2
**rephrases** [1] - 62:8
**report** [4] - 16:23; 25:6; 40:14; 49:15
**reported** [5] - 3:17; 46:8; 50:13; 64:1
**Reporter** [3] - 3:13; 55:16; 106:7
**reporting** [3] - 25:4; 64:13; 72:5
**represent** [1] - 7:6
**request** [3] - 42:13; 49:17; 68:23
**requested** [1] - 48:1
**require** [1] - 35:12
**requirement** [1] - 53:17
**requirements** [1] - 104:14
**research** [2] - 82:4, 8
**resolving** [1] - 40:12
**resource** [12] - 13:2; 38:11; 50:22;
59:12, 22-23; 65:19; 66:1, 18; 67:2
**resources** [6] - 37:22; 66:3; 67:6;
68:13, 19
**respect** [1] - 57:24
**respective** [1] - 103:23
**response** [1] - 50:18
**responses** [1] - 24:7
**responsibilities** [2] - 15:7, 11
**responsibility** [1] - 40:18
**responsible** [1] - 62:11
**rest** [1] - 56:14
**Reston** [2] - 3:8, 11
**retail** [1] - 7:18
**revealed** [1] - 27:3
**reviewed** [1] - 36:21
**rewarding** [1] - 13:24
**REWARI** [43] - 5:4; 7:1, 3; 22:18; 23:4,
9, 11; 26:19, 25; 27:5, 10, 13, 17; 28:5,
7; 29:4; 38:25; 39:1, 6, 11; 41:2, 6, 16;
46:5, 7, 20; 47:2; 49:5, 7; 51:24; 52:4,
14, 17, 19, 21-22; 55:1; 62:7; 64:25;
89:6; 105:7

**Rewari** [5] - 2:17; 7:6; 22:16; 28:13;
38:21
**Rich** [1] - 50:19
**richer** [1] - 10:18
**ring** [1] - 44:3
**risk** [2] - 35:8, 10
**rkeefe@bsfllp.com** [1] - 2:13
**RMR** [1] - 3:13
**Robert** [2] - 2:10; 3:7
**role** [6] - 9:7; 35:25; 36:10; 59:21; 60:2
**roles** [4] - 15:7, 9
**rolled** [1] - 22:1
**rolling** [1] - 54:3
**room** [3] - 24:11; 31:15
**ROSSIE** [1] - 1:11
**roster** [1] - 62:1
**routes** [1] - 53:25
**rule** [1] - 57:21
**rules** [1] - 78:8
**run** [4] - 14:8; 56:6, 10; 78:9
**running** [2] - 17:9, 11
**runs** [2] - 53:13, 21
**rushing** [1] - 58:1
**Ryan** [1] - 2:14

## S

**S.T** [1] - 3:6
**sad** [2] - 12:4; 33:4
**sadness** [2] - 11:18, 21
**safety** [1] - 17:4
**salon** [1] - 77:14
**sang** [1] - 80:23
**sat** [4] - 42:8; 44:16; 45:8
**satisfactory** [1] - 58:19
**satisfied** [1] - 68:24
**save** [1] - 104:12
**saved** [1] - 98:11
**saw** [10] - 28:10; 43:10; 45:2; 48:3;
51:25; 61:10; 101:17, 21
**schedule** [8] - 6:7; 18:3; 20:20, 22;
21:1, 6; 92:13, 15
**scheduling** [2] - 11:1; 33:12
**SCHILLER** [4] - 1:20; 2:2, 6, 10
**School** [20] - 7:6; 8:3; 9:21, 24; 10:3,
6, 8; 37:1, 7; 59:9; 62:24; 66:16; 70:24;
71:6, 9, 12; 83:17; 90:1; 91:2; 105:7
**school** [141] - 7:19; 8:13, 19, 21; 9:9,
12, 14, 22; 10:5, 8-9, 20-21; 11:13;
13:4, 6, 10, 12, 16; 14:13; 15:4, 7, 20,
24; 18:23; 20:22; 21:5; 22:10; 25:13;
28:15; 30:2, 22; 31:11; 32:5, 11; 33:5;
34:4; 35:14, 16; 37:2, 24; 39:15, 21;
40:17; 41:18; 46:10; 50:22; 52:23; 53:2,
8, 19-20, 22-24; 54:5, 12; 59:11, 21;
60:3; 61:21; 62:2; 64:22; 65:6, 10, 17,
24; 66:5, 10-12, 14, 17, 24; 67:2, 7-9,
11; 68:9-11, 14, 19, 24; 71:18; 72:14;
78:18, 20, 22-25; 79:1, 13, 15, 17; 80:6,

8, 24; 83:5, 8-9, 24; 85:16, 18-19; 86:5, 14; 89:3; 95:18; 96:7, 13, 22; 97:9, 16; 100:17, 21; 101:17; 102:9, 17; 103:3

**school's** [2] - 20:19; 27:19

**school-based** [1] - 95:18

**schoolers** [2] - 13:15, 25

**schooling** [1] - 82:2

**schools** [13] - 11:11; 14:3, 15-16; 59:17; 82:4, 8; 83:16; 88:13, 16, 20

**Schools** [1] - 82:3

**Science** [1] - 37:7

**science** [9] - 20:15; 80:2; 84:14-16; 99:5; 100:6, 13

**scored** [1] - 11:20

**Scott** [5] - 2:21; 3:13; 106:2, 5

**scottwallace.edva@gmail.com** [1] - 3:16

**screen** [3] - 24:7; 41:10; 56:25

**screens** [1] - 57:13

**SE** [3] - 2:3, 7, 11

**seat** [3] - 6:15; 44:17; 55:13

**seated** [5] - 6:17, 24; 44:25; 58:25; 104:25

**sec** [1] - 26:21

**second** [11] - 25:22; 27:13; 87:19; 91:9, 20; 100:25; 102:4, 7, 9, 20

**seconds** [1] - 74:9

**secretary** [1] - 9:18

**secure** [1] - 105:14

**secured** [1] - 105:12

**see** [41] - 6:20; 17:12, 14, 23-24; 18:7; 19:7-9, 12; 21:25; 23:24; 24:4, 11; 25:10; 28:20; 29:17, 24; 30:16; 42:19; 45:4, 7; 47:20; 50:8; 51:7; 52:3; 54:17; 57:8; 62:21; 63:24; 65:22; 68:6; 94:7; 95:21, 25; 102:18

**seeing** [5] - 63:9; 94:2; 95:4, 11

**seek** [1] - 68:13

**self** [9] - 31:19; 32:1; 35:5, 9; 72:19, 22; 73:8, 12

**self-cutting** [4] - 72:19, 22; 73:8, 12

**self-harm** [2] - 35:6, 9

**semester** [1] - 9:11

**semesters** [1] - 9:11

**semicircle** [2] - 43:20

**seminar** [1] - 101:6

**send** [4] - 35:6; 45:21; 46:10; 72:6

**sense** [5] - 14:25; 31:24; 35:25; 66:15; 103:15

**separate** [4] - 26:4; 40:6; 42:4; 52:25

**separation** [2] - 45:3

**September** [3] - 31:3, 7; 32:7

**series** [1] - 101:21

**serious** [4] - 13:20; 73:12, 14

**service** [1] - 9:18

**Services** [5] - 34:4; 38:2, 4; 39:9

**services** [3] - 16:16; 34:7; 36:21

**session** [1] - 43:5

**SESSION** [2] - 1:7; 6:1

**set** [1] - 41:1

**seven** [4] - 8:20; 11:13; 81:25; 101:2

**Seventh** [2] - 103:21

**several** [2] - 97:25; 98:1

**severity** [1] - 65:17

**sexual** [7] - 22:5, 24; 23:17; 24:13, 15; 26:4; 64:14

**sexually** [1] - 72:15

**shadowing** [1] - 65:7

**shall** [1] - 37:17

**share** [1] - 35:20

**shared** [1] - 69:9

**sharing** [1] - 69:22

**sharp** [1] - 31:21

**shoot** [1] - 74:19

**short** [3] - 26:15; 52:19; 86:12

**short-lived** [1] - 86:12

**shorter** [2] - 56:7, 11

**shorthand** [1] - 3:17

**shot** [1] - 33:21

**shouting** [1] - 17:6

**show** [7] - 26:14; 28:15; 41:4, 7, 9, 19; 42:20

**Show** [1] - 28:14

**showcased** [1] - 37:12

**showed** [2] - 26:11; 46:13

**shower** [1] - 80:14

**showing** [1] - 37:14

**shown** [3] - 27:10; 42:19; 87:10

**sic** [1] - 9:16

**sick** [1] - 09:25

**side** [4] - 27:15; 56:21; 57:2; 85:23

**sidebar** [1] - 74:17

**sides** [1] - 63:4

**significant** [11] - 12:19-21; 79:16; 83:23; 94:14, 17, 19, 25; 95:6

**silent** [1] - 70:13

**silly** [1] - 13:19

**siloed** [1] - 61:23

**simply** [1] - 67:19

**sing** [4] - 80:11, 14; 86:22

**singing** [1] - 86:17

**sisters** [1] - 75:18

**sit** [4] - 6:11, 16; 42:7; 43:4

**site** [1] - 38:15

**sitting** [1] - 28:18

**situation** [8] - 36:3; 61:4, 11; 66:14; 70:11; 71:24; 87:2

**situations** [3] - 34:10; 48:12; 66:14

**six** [5] - 11:10, 13; 81:25; 88:13

**skills** [2] - 11:3

**skipped** [1] - 87:6

**slightly** [1] - 69:8

**slippery** [1] - 17:8

**slow** [1] - 74:15

**small** [2] - 13:1; 87:2

**smells** [1] - 28:21

**snack** [1] - 21:12

**snitch** [1] - 30:3

**so..** [2] - 57:14; 85:11

**social** [12] - 13:6; 14:21; 34:4, 8; 35:14; 65:22; 66:10, 13; 68:10; 81:7; 104:21

**social/emotional** [3] - 11:9; 39:15, 23

**software** [1] - 83:1

**solution** [1] - 30:1

**someone** [10] - 6:11; 29:24; 42:4; 51:17; 84:1; 85:1; 88:1, 22; 89:21; 91:23

**sometime** [1] - 89:13

**sometimes** [22] - 11:15; 14:2, 5; 17:9, 17; 19:5; 24:25; 36:9, 20; 37:23; 45:6, 14; 60:5, 8-10; 66:13; 67:15; 73:4; 103:25

**somewhere** [1] - 74:20

**son** [1] - 85:20

**Sona** [2] - 2:17; 7:6

**sorry** [41] - 12:13; 13:18, 23; 20:25; 25:19; 26:2, 18; 28:5, 12; 34:15; 35:10; 39:17; 43:23; 48:5; 52:17, 21; 55:13; 56:9; 59:15; 60:16; 64:4; 71:22; 76:22; 80:25; 89:15; 92:25; 93:4; 95:2; 96:11; 97:10; 100:4, 11; 101:20; 102:12; 103:7, 9, 17

**sort** [11] - 11:24; 12:5; 64:22; 78:2, 24; 79:16; 81:4; 83:2; 87:1; 101:23

**sorts** [1] - 72:11

**sound** [1] - 89:11

**sounds** [2] - 74:21; 89:12

**South** [3] - 8:3; 75:15; 77:19

**Spanish** [3] - 101:13; 102:7, 14

**spans** [1] - 54:1

**sparse** [1] - 103:18

**speaking** [4] - 11:7; 23:17; 47:19; 70:24

**special** [3] - 19:4; 36:22; 76:10

**specialist** [3] - 9:18; 53:8; 54:5

**specialty** [1] - 78:25

**specific** [2] - 87:1; 96:11

**specifically** [7] - 43:20; 44:4; 58:4, 11; 62:18; 82:3, 7

**specifics** [1] - 91:15

**speculation** [1] - 62:7

**spend** [5] - 24:21; 91:23; 92:4, 21; 93:7

**spent** [2] - 57:13; 91:25

**spoken** [1] - 47:23

**sports** [1] - 78:16

**springboard** [1] - 7:23

**sprinkled** [1] - 10:1

**Square** [1] - 3:15

**SR&R** [3] - 39:25; 40:6, 8

**srewari@huntonak.com** [1] - 2:20

**SRO** [2] - 38:15, 19

**staff** [1] - 6:7

**stage** [1] - 28:9

**staircase** [1] - 17:1

**stairwell** [2] - 15:19; 18:11

**stand** [5] - 6:12, 20; 29:21; 57:22; 74:8
**standards** [1] - 27:21
**standing** [5] - 16:15, 25; 43:19, 21; 63:6
**start** [18] - 7:25; 8:2; 15:25; 32:7; 44:3; 56:2; 61:2; 75:8, 20; 94:2; 95:3; 97:16; 98:4; 102:13; 104:9, 15; 105:15
**started** [8] - 21:14; 44:13; 65:18; 80:9; 83:12; 94:24; 99:9, 24
**starting** [5] - 20:10; 29:14; 89:18; 96:17
**starts** [3] - 45:18; 47:13, 16
**state** [2] - 76:11, 19
**State** [3] - 7:14, 16; 8:23
**STATES** [2] - 1:1, 12
**States** [1] - 3:14
**stay** [12] - 44:20; 50:25; 53:12, 14; 54:5; 77:21; 88:19; 93:3; 104:21
**stay-at-home** [1] - 77:21
**stayed** [2] - 15:23; 54:8
**staying** [3] - 53:22, 24; 88:16
**stays** [1] - 31:15
**step** [4] - 74:5; 87:6; 105:1
**stepped** [1] - 62:5
**steps** [3] - 15:18; 45:22
**S████** [2] - 75:17, 23
**Stevens** [1] - 9:23
**still** [12] - 21:6; 26:16; 34:7; 60:2; 72:15; 81:1; 84:17; 86:18, 22; 98:2
**stood** [2] - 6:21
**stop** [5] - 17:11; 29:2, 20, 22; 65:7
**stopped** [1] - 51:10
**strategies** [6] - 48:7, 9, 15, 19, 23, 25
**Street** [4] - 1:16; 2:3, 7, 11
**stretch** [1] - 55:8
**strict** [3] - 78:7; 92:12, 17
**structured** [1] - 92:13
**struggle** [1] - 11:21
**struggles** [1] - 12:12
**struggling** [3] - 12:19; 33:6; 52:20
**student** [52] - 9:6; 16:7-9, 16; 17:12, 24-25; 28:9; 31:1; 32:15; 34:6, 17-18; 35:5; 36:20; 37:11; 41:17, 22; 42:9; 43:4; 44:6, 25; 45:7, 17, 19; 46:8, 11; 49:11, 15; 60:5; 61:20; 65:19; 66:1, 18; 67:2, 6; 69:25; 70:5, 9, 16; 71:17; 72:1, 15, 22; 73:16; 79:12, 14; 93:10
**student's** [2] - 69:10; 72:5
**student-teacher-counselor** [1] - 70:9
**students** [84] - 9:19; 10:8, 15-16, 18; 11:12, 24; 12:12, 18-19, 21-23, 25; 13:2; 14:22; 17:22; 18:3, 15, 18, 20; 19:3, 5, 10, 12; 20:3, 8; 21:17, 24; 22:24; 24:2, 6; 25:8; 27:14; 28:8; 29:6, 14, 21; 30:2, 24; 31:4; 32:18; 33:10; 34:9, 14; 36:2, 6, 8, 15, 17, 25; 37:3; 38:5; 39:2, 15, 20; 40:11, 14; 41:23; 44:9; 45:12; 48:10, 15, 19; 49:18; 53:22, 24; 59:10, 19; 60:1; 66:12, 18; 69:3; 71:5, 13, 18; 72:10; 84:6; 96:8;

98:20; 103:4
**study** [2] - 11:4; 21:10
**stuff** [3] - 11:8; 12:7; 36:12
**stupid** [1] - 28:21
**styles** [1] - 30:8
**subject** [1] - 31:5
**subjected** [1] - 64:14
**subjects** [3] - 39:15; 80:1
**substance** [1] - 32:4
**substantive** [1] - 58:2
**successive** [1] - 61:19
**sued** [1] - 54:25
**suffering** [1] - 73:20
**suffice** [1] - 57:13
**suggest** [3] - 57:23; 58:6, 12
**suggestion** [2] - 58:2; 71:9
**suicidal** [2] - 35:5, 11
**suicide** [1] - 31:19
**suite** [1] - 41:22
**Suite** [7] - 1:17, 21; 2:3, 7, 11; 3:7, 11
**summer** [4] - 14:9; 98:4, 6
**Sunday** [1] - 7:19
**super** [1] - 12:4
**supervision** [1] - 9:4
**supervisor** [1] - 54:5
**supervisors** [1] - 9:7
**support** [11] - 10:14; 12:10; 13:5; 14:18; 31:9; 34:9, 19; 35:16; 45:25; 60:4; 70:19
**supporter** [1] - 60:2
**supporting** [1] - 9:7
**supportive** [2] - 78:13
**supposed** [6] - 17:1; 49:9, 11, 14; 103:22
**surprise** [2] - 56:7, 13
**surrogate** [1] - 62:5
**sustained** [1] - 38:24
**swear** [1] - 74:10
**sweater** [1] - 28:23
**switch** [1] - 8:8
**switching** [1] - 70:22
**SWORN** [1] - 74:11
**synonymous** [1] - 90:16
**system** [2] - 37:24; 96:6

# T

**T.B** [1] - 3:6
**Tab** [2] - 22:14, 20
**Talent** [1] - 28:14
**talent** [2] - 28:15; 37:14
**talkie** [1] - 53:8
**talks** [1] - 29:19
**tall** [1] - 29:21
**tap** [1] - 37:15
**target** [1] - 25:2
**T████** [6] - 100:2-4, 9, 11
**task** [1] - 57:8

**tattle** [1] - 30:4
**taught** [3] - 8:3, 6; 100:6
**teach** [5] - 8:5, 18; 10:12; 59:18; 100:5
**teacher** [22] - 7:19; 11:6; 20:14-16; 21:25; 31:5; 32:24; 36:10; 69:14, 22; 70:5, 9, 14-15, 19; 76:10; 99:7, 13; 100:13
**teachers** [20] - 9:6; 16:2; 17:23; 18:5; 20:7, 16; 34:14, 20, 23; 35:21; 36:5, 7, 18; 53:5; 69:10, 18; 96:24; 99:1
**teaching** [4] - 7:25; 8:2; 10:10; 36:13
**team** [33] - 12:8; 15:25; 16:4, 6; 19:18-20, 22-23; 20:11, 13-14, 17, 23; 21:2, 7; 40:20; 44:21; 57:8; 61:18, 24-25; 64:24; 68:21; 90:12, 16
**Team** [1] - 40:19
**teams** [3] - 20:23; 40:18; 90:10
**technical** [1] - 24:8
**technically** [1] - 100:22
**Technology** [1] - 37:7
**teens** [1] - 94:8
**ten** [3] - 38:9; 52:14
**tennis** [13] - 78:13-15; 80:8-10, 17-18; 84:17; 85:14; 86:3; 97:11, 13
**term** [3] - 24:9; 59:12; 88:9
**terms** [1] - 48:19
**T████** [2] - 102:18, 22
**test** [2] - 11:20; 35:2
**testified** [3] - 59:8; 61:8; 89:10
**testifying** [3] - 67:15; 87:11; 93:1
**testimony** [7] - 51:19; 69:6; 70:25; 72:14, 16; 96:9; 104:6
**tests** [1] - 35:1
**thanking** [1] - 44:6
**themselves** [4] - 15:18, 22; 31:20; 70:18
**therapist** [2] - 68:10; 95:11
**therapists** [3] - 13:5; 59:25; 65:25
**there..** [1] - 39:24
**Thereupon** [1] - 58:22
**thinking** [4] - 6:22; 23:24; 25:16; 104:16
**Thomas** [1] - 37:7
**thoughts** [1] - 24:17
**threatened** [3] - 48:8, 14, 24
**three** [7] - 7:21; 14:4; 30:8; 41:20; 77:24; 80:10; 89:18
**Thursday** [2] - 56:1; 57:18
**Tier** [11] - 12:18; 33:24; 34:1; 45:20; 59:19; 71:14, 19-20; 72:2, 7
**tile** [1] - 17:7
**tips** [1] - 33:2
**TJ** [1] - 37:7
**to-do** [1] - 70:21
**today** [2] - 75:12; 88:10
**Today** [1] - 28:19
**toes** [1] - 89:16
**together** [6] - 34:9; 45:3; 70:10; 76:6; 83:19; 90:1

**tomorrow** [6] - 6:4; 56:7, 11; 104:7, 11; 105:16
**took** [9] - 20:1; 44:15; 71:2; 80:15; 101:11, 13
**top** [4] - 15:19; 24:20; 25:18; 47:16
**topic** [2] - 39:10, 22
**topics** [4] - 39:22; 52:19; 70:22
**TORCHINSKY** [1] - 1:15
**total** [1] - 9:12
**totally** [1] - 81:20
**touch** [1] - 50:25
**touched** [1] - 46:9
**touching** [1] - 72:1
**tougher** [1] - 33:5
**toward** [2] - 84:15
**towards** [4] - 36:24; 43:16; 84:13; 92:7
**town** [1] - 82:15
**trail** [1] - 63:24
**training** [6] - 8:25; 39:13, 20, 25; 40:5
**trainings** [1] - 39:14
**trains** [1] - 78:9
**transcript** [2] - 3:17; 106:3
**TRANSCRIPT** [1] - 1:11
**transcription** [1] - 3:18
**transition** [2] - 33:5; 43:14
**transportation** [1] - 54:6
**travel** [1] - 104:14
**treating** [1] - 94:25
**TRIAL** [1] - 1:11
**trial** [1] - 63:21
**tricky** [1] - 66:2
**tried** [5] - 18:17; 19:4, 10; 20:3; 72:23
**trip** [1] - 98:9
**Trish** [1] - 57:5
**trouble** [1] - 49:2
**true** [1] - 85:5
**trust** [1] - 30:23
**try** [12] - 14:24; 30:23; 36:10; 39:25; 57:7, 11; 63:4; 68:3; 70:9, 17, 19; 105:17
**trying** [13] - 14:25; 23:16; 30:11; 32:8; 33:13; 43:8; 55:4; 57:12; 65:11; 70:21; 73:18; 89:16
**Tuesday** [1] - 58:7
**turn** [2] - 43:6; 57:1
**two** [17] - 7:21; 8:13; 12:8; 14:3, 6; 20:1, 6; 22:25; 35:9; 41:20; 52:19; 64:10; 75:19; 78:5; 96:21
**type** [2] - 9:12; 86:20
**types** [8] - 12:24; 30:8; 32:18; 35:9; 48:12; 69:21; 84:1
**typical** [1] - 48:9
**typically** [1] - 41:23

**U**

**ultimately** [1] - 82:12
**um-hmm** [3] - 47:15; 90:11; 103:5
**uncomfortable** [5] - 6:23; 48:8, 13-14,
24
**under** [1] - 59:9
**undergoing** [1] - 68:8
**underrepresented** [1] - 10:16
**underselling** [1] - 80:17
**understood** [3] - 24:22; 26:11; 71:5
**unfamiliar** [1] - 54:19
**unfortunately** [2] - 30:2; 38:9
**unique** [1] - 35:25
**United** [1] - 3:14
**UNITED** [2] - 1:1, 12
**University** [4] - 7:14; 8:12; 9:16; 10:17
**unless** [1] - 69:25
**unpolished** [2] - 13:17, 19
**unwanted** [1] - 46:9
**up** [49] - 6:20; 10:1; 15:18; 17:12, 18; 20:2; 21:2, 12, 22; 22:13; 24:7, 10; 25:7; 26:21; 27:4; 28:15, 17; 29:21; 31:2, 4; 34:16; 35:13; 36:2; 37:20; 41:2; 59:6; 63:7, 9; 66:17; 71:1; 72:10, 19; 77:8; 79:18; 80:25; 83:4; 88:12; 94:22, 24; 95:4; 97:6; 98:11; 102:18; 104:16; 105:17
**update** [1] - 50:25
**upstairs** [2] - 102:14, 17
**urgent** [1] - 45:19
**Urgent** [1] - 95:24

**V**

**VA** [3] - 3:8, 11, 15
**vacation** [2] - 98:11, 17
**valuable** [1] - 44:22
**valued** [1] - 37:3
**vandalism** [1] - 32:5
**various** [5] - 16:4; 25:10
**verbal** [6] - 24:4, 12; 26:9; 30:18; 47:11; 72:11
**verbally** [1] - 71:18
**video** [10] - 15:20; 26:12, 14; 27:2, 10, 12, 14-15, 23; 28:8
**viewed** [1] - 92:17
**violation** [1] - 34:3
**VIRGINIA** [1] - 1:1
**Virginia** [8] - 3:14; 8:23; 82:16; 87:7; 94:2, 8; 95:3
**vivid** [1] - 96:14
**vocal** [1] - 80:16
**VOGEL** [1] - 1:15
**voicemails** [1] - 51:4
**VOLUME** [1] - 1:7

**W**

**wait** [2] - 43:4; 102:12
**waiting** [1] - 45:24
**wake** [1] - 83:4
**walked** [5] - 44:2, 18; 45:1, 4, 7
**walkie** [1] - 53:8
**walkie-talkie** [1] - 53:8
**walking** [5] - 16:14; 43:13, 16, 18
**walks** [2] - 28:16, 25
**Wallace** [4] - 3:13; 106:2, 5
**walls** [1] - 10:9
**Walls** [3] - 9:22; 10:7
**wants** [2] - 65:18; 70:17
**Washington** [9] - 1:17; 2:15, 19, 22; 3:3; 8:12; 9:16; 10:17
**watch** [1] - 38:21
**watching** [2] - 17:2
**water** [1] - 59:15
**ways** [3] - 29:19; 35:3; 103:3
**wearing** [1] - 28:23
**wears** [1] - 28:22
**Weaver** [11] - 16:19, 23; 47:5; 49:17; 62:2; 94:6, 11, 14, 25; 95:4
**Wednesday** [1] - 47:14
**week** [4] - 12:9; 20:24
**weekdays** [1] - 92:16
**weekends** [2] - 80:8; 92:17
**weekly** [1] - 51:13
**weeks** [1] - 11:7
**welcoming** [1] - 15:17
**welfare** [1] - 61:7
**well-being** [1] - 15:1
**wellness** [1] - 39:2
**wheelhouse** [1] - 13:4
**whichever** [1] - 31:5
**white** [2] - 22:13; 46:17
**whole** [5] - 20:4; 34:21; 44:20
**Wiehle** [1] - 3:10
**willing** [1] - 40:14
**wing** [3] - 40:25; 42:3; 43:1
**wipe** [2] - 17:6
**witness** [11] - 6:10; 38:23; 55:24; 60:19, 22; 62:8; 63:7, 9; 74:6, 10; 105:1
**WITNESS** [19] - 27:25; 28:2, 10; 39:4; 41:14; 49:2, 6; 51:23; 52:3; 62:14; 63:2; 67:16, 20, 22; 74:4, 11; 76:22, 24; 77:1
**witnesses** [1] - 63:4
**wonderful** [3] - 78:5, 12; 98:10
**wondering** [1] - 57:1
**word** [6] - 59:12; 65:24; 68:16; 77:21; 85:12
**words** [2] - 73:18; 84:6
**wordy** [1] - 24:24
**worker** [4] - 13:6; 34:4, 8; 35:14; 65:22; 66:10; 68:10
**works** [5] - 13:17, 19; 32:9; 66:11
**worsened** [1] - 61:12
**worsening** [1] - 61:4
**Wow** [1] - 14:10
**write** [4] - 18:4; 25:7; 29:2; 72:23

**Y**

**year** [28] - 11:2; 18:13; 19:11, 24-25;

22:4, 10, 12; 38:7, 10; 39:21; 40:17;
83:19; 87:17; 91:6, 11, 13, 16; 93:14,
18-19, 21; 102:9
   **years** [19] - 7:21; 8:14, 18, 20; 11:13;
14:3, 7; 20:6; 29:13; 72:13; 75:13; 76:2,
16; 77:24; 80:10; 94:22; 96:21; 98:11
   **yesterday** [1] - 41:4
   **York** [2] - 76:8, 12
   **young** [1] - 80:5
   **younger** [1] - 82:7
   **yourself** [4] - 36:15; 38:21; 68:23;
71:13
   **YouTube** [1] - 27:17

## Z

**Zoll** [1] - 2:2
**Zone** [3] - 12:18, 25; 59:20
**zoom** [1] - 41:7