UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

```
B.R.,                            :
                                 :
          Plaintiff,             :   Civil Action
                                 :   No. 1:19-cv-00917-RDA-WEF
     v.                          :
                                 :   March 25, 2024
F.C.S.B.,                        :   1:56 p.m.
          et al.,                :
                                 :
                                 :   VOLUME 6 - PM SESSION
          Defendants.            :
                                 :
.............................    :
```

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE ROSSIE D. ALSTON, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

For the Plaintiff:          **Jonathan Fahey, Esq.**
                            HOLTZMAN VOGEL BARAN TORCHINSKY
                            & JOSEFIAK, PLLC
                            2300 N Street, NW
                            Suite 643a
                            Washington, DC 20037
                            202-536-1702
                            Email: Jfahey@holtzmanvogel.com

                            **Alison Anderson, Esq.**
                            BOIES SCHILLER FLEXNER, LLP
                            2029 Century Park East
                            Suite 1520
                            Los Angeles, CA 90067
                            213-995-5720
                            Email: Alanderson@bsfllp.com

```
APPEARANCES:   (Cont.)

For the Plaintiff:            Brittany Zoll, Esq.
                             BOIES SCHILLER FLEXNER, LLP
                             100 SE 2nd Street
                             Suite 2800
                             Miami, FL 33131
                             610-804-1787
                             Email: Britzoll@gmail.com

                             Andrew Brenner, Esq.
                             BOIES SCHILLER FLEXNER, LLP
                             100 SE 2nd Street
                             Suite 2800
                             Miami, FL 33131
                             305-539-8400
                             Email: Abrenner@bsfllp.com"

                             Robert Keefe, Esq.
                             BOIES SCHILLER FLEXNER, LLP
                             100 SE 2nd Street
                             Suite 2800
                             Miami, FL 33131
                             850-585-3414
                             Email: Rkeefe@bsfllp.com

For Defendant F.C.S.B.:      Ryan Bates, Esq.
                             HUNTON ANDREWS KURTH, LLP
                             2200 Pennsylvania Avenue, NW
                             Washington, DC 20037
                             202-955-1596
                             Email: Rbates@hunton.com

                             Sona Rewari, Esq.
                             HUNTON ANDREWS KURTH, LLP
                             2200 Pennsylvania Avenue, NW
                             Washington, DC 20037
                             202-955-1974
                             Email: Srewari@huntonak.com

                             Scott W. Burton, Esq.
                             HUNTON ANDREWS KURTH, LLP
                             2200 Pennsylvania Ave NW
                             Washington, DC 20037
                             202-955-1664
                             Email: Burtons@huntonak.com
```

APPEARANCES:  (Cont.)

                                 **Kevin Elliker, Esq.**
For Defendant F.C.S.B.:          HUNTON ANDREWS KURTH, LLP
                                 2200 Pennsylvania Avenue, NW
                                 Washington, DC 20037
                                 804-788-8200
                                 Email: Kelliker@huntonak.com


For the Defendants               **Michael E. Kinney, Esq.**
S.T., A.F., P.A.H., T.B.,        THE LAW OFFICE OF MICHAEL E.
B.H., M.P.F., M.C., F.T.,        KINNEY, PLC.
J.F.:                            1801 Robert Fulton Drive
                                 Suite 120
                                 Reston, VA 20191
                                 Email:  Mk@kinneyesq.com


For the Defendant J.O.:          **Bruce Blanchard, Esq.**
                                 ODIN, FELDMAN & PITTLEMAN, PC.
                                 1775 Wiehle Avenue
                                 Suite 400
                                 Reston, VA 20190
                                 Email:  Bruce.blanchard@ofplaw.com


Court Reporter:                  **Scott L. Wallace, RDR, RMR, CRR**
                                 Official Court Reporter
                                 United States District Court
                                 Eastern District of Virginia
                                 401 Courthouse Square
                                 Alexandria, VA  22314-5798
                                 Cell: 443-584-6558
                                 Email: Scottwallace.edva@gmail.com


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

# C O N T E N T S

2

3 **EXAMINATIONS**                                                    **Page**

4   CONTINUED DIRECT EXAMINATION OF B.R.                      7
    BY MR. BRENNER

5
                              **EXHIBITS**

6

7   **DESCRIPTION**

8   **After review of the record and upon agreement of**
    **counsel and deputy clerk, all final exhibits can be**
9   **found on CME at Docket #975.**

10  Plaintiff's Exhibit 93 admitted                          33

11  Plaintiff's Exhibit 119 admitted                         62

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      **AFTERNOON SESSION, MARCH 25, 2024**

2          (Jury in at 1:56 p.m.)

3          THE COURT:  You may be seated.  Thank you.

4          Ladies and gentlemen, I trust you enjoyed your lunch.

5          Very good.  What we're going to try to do today is this:

6      Hopefully we'll be able to start the recommencement of this

7      testimony somewhere around 1:58, 1:59, somewhere around

8      2 o'clock, and then I'm looking at giving you a break and a treat

9      around 3:15.

10         Is everybody amenable -- and I have spoken with counsel

11     about this, and we're trying to get this case within the confines

12     of the time that you committed to.  Is everybody good with

13     staying until between 4:30 and 5:00?  I'm looking at you.

14         A JUROR:  (Nodded head affirmatively.)

15         THE COURT:  Are you good with that?  And I did say to the

16     lawyers that traffic was much better this morning coming in, and

17     I was told the reason why is kids are out of school.  So less

18     people driving around, which, I guess, supports the idea that

19     kids should be out of school all the time so we can get to work.

20         But in any event we're going to go ahead and restart, and

21     I appreciate your attention.

22         Mr. Brenner.

23         MR. BRENNER:  Thank you, Your Honor.

24

25

<pre>
 1                 CONTINUED DIRECT EXAMINATION OF B.R.

 2   BY MR. BRENNER:

 3   Q.     Okay.  So let me just reorient you with where we were.

 4   We're on November 21st meeting with you, your mom, your brother,

 5   B█████ -- Ms. H██████, excuse me -- Officer Genus, and I think

 6   you just said that -- oh, and --

 7   A.     Did you say my brother?  I just want to --

 8   Q.     No, I was wrong.  Your father and your mother.

 9   A.     Okay.  Okay.  Sorry.

10   Q.     Not your brother.  I did say it.  Thank you for

11   correcting me.

12          P███ H████ joined the meeting, Mr. H████, right?

13   A.     Yes.

14   Q.     And then I think you had just said that Ms. T█████ joined

15   the meeting?

16   A.     Yes.

17   Q.     Okay.  When Ms. T████ got there, was Officer Genus still

18   there?

19   A.     I recall that he was still there, yes.

20   Q.     And Mr. H█████ was still there?

21   A.     He was still there, yes.

22   Q.     Okay.  What happens when Ms. T█████ gets to the meeting?

23   A.     So, Ms. T████ is told a little bit about what is going

24   on, that there's this voicemail that things are going on between

25   C███████ and David.  And then she says, Why don't we go to my
</pre>

1  office, which is on the second floor, and talk a little bit

2  more, like about what's going on?

3  **Q.**    Ms. T████ office was on the second floor?

4  **A.**    That's correct.

5  **Q.**    So who -- did you all move to the second floor?

6  **A.**    I was very nervous to move to the second floor, so I

7  think we waited until there was, like, a transition point.  I

8  think it was like right at when the classes were transitioning.

9  So I wanted to make sure that all the students were in classes

10  before we went upstairs, because I was afraid of seeing

11  C████.

12  **Q.**    Well, I know that's what you were thinking and what you

13  were feeling.

14        Did you tell that to Ms. T████?

15  **A.**    I told that to my mom who wanted to -- who verbalized it

16  on my behalf.

17  **Q.**    And did she?

18  **A.**    She did, yes.

19  **Q.**    Okay.  So you -- I think what you said -- and correct me

20  if I'm wrong -- you were -- you didn't want to go when classes

21  were changing because you didn't want C████ to see you?

22  **A.**    That's correct.

23  **Q.**    Okay.  So after classes changed, did the group ultimately

24  go to Ms. T████ office?

25  **A.**    Yes.  Everyone except for Officer Genus.

1  **Q.**    Okay.  So Ms. H█████, Mr. H█████, Ms. T████, and your

2  family, not your brother?

3  **A.**    That's correct.

4      THE COURT:  I thought I heard a cricket or something.  If

5  everyone could -- if you have been given the benefit of bringing

6  your cell phone --

7      MR. BRENNER:  Yeah, I'm also hearing music, Your Honor.

8      THE COURT:  Yeah, if you could secure that.

9      MR. BRENNER:  May I proceed?

10     THE COURT:  Just a second.  I'm giving people a chance to

11  do what they think they need to do.  You may.

12     MR. BRENNER:  Okay.

13  BY MR. BRENNER:

14  **Q.**    So what happens when the, I guess, six of you go to

15  Ms. T█████ office?

16  **A.**    So when we get to Ms. T█████ office, I'm sitting near

17  Ms. T█████ desk.  My mom and dad are sitting next to me.

18  Mr. H████ and Ms. H██████ are closest to the door, and then my

19  mom begins to tell Ms. T████ about some of the sexual slurs that

20  had been, like, hurled at me, specifically like what they were.

21     My mom tells her the background of like what happened at

22  the pumpkin patch.  And she tells her that C████████ had taken

23  $50 from me, that he had been threatening me.  And also that

24  J█████ had been harassing me and she kind of, like, retells the

25  story for me.  And I verify that that, in fact, is what's going

1    on as well.

2    Q.    By the way, you hadn't said it before.  You mentioned it.

3    But had C_____, in fact, taken $50 from you prior to this

4    meeting?

5    A.    Yes, he had taken $50 from me.  He told me that I had to

6    give him $50 otherwise he was going to hurt my family and me,

7    and he also took it at knifepoint.

8    Q.    Did you -- what did Ms. T___ say in response -- well,

9    what, if anything, did Ms. T___ say in response to all of this?

10   A.    What I recall is that Ms. T___ said that she was going

11   to look into it, and that she was going to talk to the students

12   and see what happened, but then she started saying that it

13   seemed to be a boy-girl thing.

14   Q.    Did she explain to you what she meant by that?

15   A.    I honestly started to kind of just tune out, but she said

16   something to the effect of, Well, this happens between boys and

17   girls at this age, basically, so...

18   Q.    Were you asked to write a student statement?

19   A.    I was asked to write a student statement, yes.

20   Q.    Okay.  So this is November 21st.  Can you tell the jury,

21   prior to November 21st, did you ever write a student statement?

22   A.    I had, yes.

23   Q.    And did that student statement -- how many do you think

24   you wrote before November 21st?

25   A.    I think that I had written probably about maybe one or

1    two, but I think one safely I could say before November 21st.

2    Q.    Okay.  And have you ever seen that statement since you

3    wrote it?

4    A.    I have never seen that statement.

5    Q.    Okay.

6          MR. BRENNER:  Your Honor, at this point I would like to

7    publish Plaintiff's Exhibit 77, which is already in evidence.

8          THE COURT:  Without objection, you may publish.

9          Going forward, Mr. Brenner, you can't touch that because

10   the IT people told me that it was your fault.

11         MR. BRENNER:  This would be not surprising.

12         THE COURT:  All right.

13   BY MR. BRENNER:

14   Q.    Okay.  I've been told -- okay.

15         By the way, the statement before is the one you haven't

16   seen.  Have you seen this statement?

17   A.    I have seen this statement, yes.

18   Q.    Okay.  Is this the statement -- is that your signature on

19   the bottom there?

20   A.    That is my signature.

21   Q.    And can you read the date?

22   A.    It says, "November 21st, 2011."

23   Q.    Okay.  Let's start from the beginning.

24   A.    Okay.

25   Q.    Let's highlight just the first sentence, which says, "I'm

1    scared to come to school for the following reasons?"

2         Do you see that?

3    **A.**    Yes.

4    **Q.**    Was this the first time that you had told people at the

5    school that you were scared to come to school?

6    **A.**    It was not the first time I had said I was scared to come

7    to school.

8    **Q.**    And how many people had you told that to from the school?

9    **A.**    I had told roughly five people.

10   **Q.**    Who were they?

11   **A.**    My core teachers, math, science, history, and I had told

12   both guidance counselors in some capacity.

13   **Q.**    Okay.  You specifically named two people here.  You say,

14   "C████ and David came to my locker every morning before

15   first period."

16        Right?

17   **A.**    Yes.

18   **Q.**    Is this something that you had told the school before?

19   **A.**    Yes.

20   **Q.**    Same people?

21   **A.**    Yes.

22   **Q.**    And the next sentence is, "They come very close to me.

23   They say, quote, 'Hey, B████,' and then laugh at me, harass me,

24   tease me and give seductive looks."

25   **A.**    Yes.

1    **Q.**    Is this the first time you had told the school that?

2    **A.**    No.

3    **Q.**    By the way, before you write this statement -- where are

4    you when you're writing this statement?

5    **A.**    I'm in Ms. T████ office.  There's an alcove area like

6    leading into her office, so it was like technically in her

7    office, but not in the room where my parents and Mr. H████ and

8    Ms. H████ and Ms. T████ were at.

9    **Q.**    Were you alone or at least no one is standing by you as

10   you write it?

11   **A.**    That's correct, yes.

12   **Q.**    Any of these things had you told the school in the past,

13   had you told Ms. T████ and Ms. H████ and Ms. H████ these

14   things so far in the actual meeting that you were having?

15   **A.**    I'm sorry, could you repeat that one more time?

16   **Q.**    Sure.

17         Had you told those things -- so far that we've

18   highlighted you told me you told people in the school before,

19   but had you actually said these things to Ms. T████ and

20   Mr. H████ and Ms. H████ in that very meeting?

21   **A.**    Yes.

22         MS. REWARI:  Objection, leading.

23         THE COURT:  Overruled.

24         THE WITNESS:  Yes.

25   BY MR. BRENNER:

```
 1   Q.      Okay.  The next one is the voicemail.  We talked about

 2   that.  That -- just correct -- that was -- was that shortly

 3   before the meeting?

 4   A.      Could you clarify?  I'm sorry.

 5   Q.      Yeah, the voicemail.  The next line says, "C████████ left

 6   me a very inappropriate voicemail with lots of sexual terms."

 7           Do you see that?

 8   A.      Yes.

 9   Q.      That's something -- did that happen shortly before this

10   meeting?

11   A.      You mean the voicemail?

12   Q.      I mean, it's not something you had been reporting for a

13   month, right?

14   A.      No, I had not been reporting that.  That had happened

15   recently, yes.

16   Q.      And you already told us you reported it that day,

17   correct?

18   A.      Yes, that's correct.

19   Q.      Next it says, "C████████ says David wants to come up to

20   me and call me vulgar names, like whore, bitch, and lesbian."

21           Had you told Ms. T█████ and Mr. H███████ and Ms. H██████

22   that in the meeting?

23   A.      Yes.

24   Q.      Had you told other school officials including -- well,

25   had you told other school officials that over the preceding
```

1   three or four weeks?

2   **A.**    Yes.

3   **Q.**    And who had you told?

4   **A.**    I had told my core teachers again, Mr. T████, Ms. C███,

5   Ms. F████.  I told my guidance counselor, Ms. H███████.  And I

6   had told Ms. F██████████ about this as well.

7   **Q.**    Okay.  And Ms. H███████ you told -- you hadn't met with

8   Ms. H███████ before, but you talked about those hall encounters?

9   **A.**    Yes.

10  **Q.**    Okay.

11        "People I don't even know call me a lesbian."

12        Again, did you report this at that meeting before you

13  wrote it?

14  **A.**    That is correct.

15  **Q.**    And had you reported it and to those other people you've

16  been now talking about prior to that meeting?

17  **A.**    Yes.

18  **Q.**    And about how many weeks had you been doing that?

19  **A.**    I think I had been doing this since, like, mid to late

20  October, that timeframe.  So until this point.

21  **Q.**    And then you tell -- you write that J████ and C████████

22  were also making ethnic -- ethnically offensive terms to you,

23  right?

24  **A.**    Yes, they were making lots of ethnic slurs towards me.

25  Yes.

 1   Q.     By the way, I don't know if I asked you.  You are -- your

 2   mom's Indian?

 3   A.     Yes, my mom is from India.

 4   Q.     Okay.  Had you told anyone at the school about -- that

 5   people were making racial -- well, not -- well, racially

 6   insensitive remarks to you?

 7   A.     Yes, I had.

 8   Q.     Different or the same people you've already testified to?

 9   A.     The same people that I had testified to.

10          Also, there were racial slurs online, too, that I had

11   reported as well.

12   Q.     Okay.  And did you also say these things in this meeting

13   with Ms. T____, Mr. -- Ms. H_____, and Mr. H_____?

14   A.     I did.

15   Q.     "J____ calls me bitch and makes offensive wall posts on

16   my Facebook calling me bitch and a whore."

17          Is that -- that's the Facebook wall you were talking

18   about before?

19   A.     Yes, that's correct.

20   Q.     Had you been reporting this to the school over the last

21   several weeks?

22   A.     Yes.

23   Q.     To the same people or different people that you've been

24   testifying about?

25   A.     The same.

1  **Q.**    And did you report this at this meeting?

2  **A.**    I did.

3  **Q.**    Before you wrote this statement?

4  **A.**    Yes.

5  **Q.**    Okay.  It says, "On D.M. bus, he told everyone.  David

6  said I gave him oral sex, which is completely false, and I sent

7  naked pictures which, again, isn't true."

8        Is that something you had been reporting for weeks to

9  school officials?

10 **A.**    Yes.

11 **Q.**    And is that -- is the -- when you talked about rumors

12 going around the school, is those the types of rumors you were

13 hearing?

14 **A.**    Yes, those are the types of rumors that I was hearing.

15 **Q.**    And the people you reported to, same, different as the

16 ones you've just testified to?

17 **A.**    The same.

18 **Q.**    And did you also report this in the meeting with

19 Ms. T████, Mr. H█████, and Ms. H███████?

20 **A.**    Yes.

21 **Q.**    The last one that.  "Also that I let anyone get in my

22 shirt and pants, which is offensive because I've never done so."

23 Yes, "never done so"?

24 **A.**    Yes.  I never consensually let anyone touch me at school.

25 **Q.**    Had you been telling school officials about this for

 1   weeks?

 2   **A.**     That is correct.

 3   **Q.**     Different people or same people?

 4   **A.**     The same people.

 5   **Q.**     And did you report this directly to Mr. -- Ms. T█████,

 6   Ms. H████████, and Mr. H██████ in this November 21st meeting?

 7   **A.**     Yes, both my mom and me did.

 8   **Q.**     Okay.

 9          MR. BRENNER:  If you could go to the next page, there's a

10   second page.  And if you could blow that up.

11   BY MR. BRENNER:

12   **Q.**     Can you tell the jury what -- what you were -- well, why

13   did you write this second page?  What did you understand you

14   were supposed to do?

15   **A.**     I was trying to make it as easy as I could for the school

16   to understand maybe people they could talk to, also people that

17   had been bothering or hurting me.

18   **Q.**     Okay.  So on the left it says "bullies," and it has three

19   names:  C█████████, J█████, and David?

20   **A.**     Yes.

21   **Q.**     What -- you were -- what were you identifying them as?

22   **A.**     I was identifying that they particularly were sexually

23   harassing and touching me and had just been bothering me,

24   harassing me.  And C████████ particularly was threatening me.

25   **Q.**     Okay.  All of that stuff you've been reporting for

```
 1   weeks --
 2   A.     Yes.
 3   Q.     -- at this point?
 4          Okay.  I think that the top part on the right where it
 5   says "people have told me," I think that's a continuation of
 6   the --
 7          THE COURT:  Watch your form.
 8   BY MR. BRENNER:
 9   Q.     Well, is that a continuation of the narrative from the
10   prior page?  Or is it not?
11   A.     I believe it's a continuation, yes.
12   Q.     Okay.  Then it says "people equals," what -- what were
13   you trying to communicate?
14   A.     So I think here what I was trying to say is those are
15   examples of some students who had been telling me about some of
16   the things that they had heard, witnessed --
17   Q.     So on the -- the people on the left, I think you said you
18   identified as people who had done things to you.  The people are
19   people -- were they doing bad things to you?
20   A.     I recall them either like raising things with me or
21   telling me that they had heard something or seen something.
22   Q.     Did there come a time when you were -- so when you were
23   in the foyer area, was the door -- was there a door between the
24   foyer outside Ms. T█████ office and -- and her office itself?
25   Was there an entry door?
```

1    **A.**     So there is a door to like where the alcove area was

2    where I was writing my statement.  And then I may be mistaken

3    about this, but I think there was another door.  I'm not a

4    hundred percent sure about that.

5    **Q.**     Okay.  When you -- when you -- you told us you stepped

6    out of the room to write the statement.  You were alone.  Was

7    your mom still in with -- and your dad still in with the school

8    officials?

9    **A.**     Yes.

10   **Q.**     Was the door open such that you could overhear the

11   conversation?

12   **A.**     I could, yes.

13   **Q.**     Okay.  What -- tell the jury what, if anything, you heard

14   S.T. tell your mom and dad?  Excuse me, Ms. T████.

15   **A.**     I had, again, heard her say that it was probably a

16   boy-girl thing, that she would look into it.

17          She -- my mom told her that this had to stop, that I

18   didn't feel comfortable coming to school, that this wasn't

19   acceptable and that I just was really afraid to come to school.

20   **Q.**     Do you remember any discussion between your mom and your

21   dad and Ms. T████ about C██████ in particular?

22   **A.**     Um, I remember that my mom asked if she should call or

23   talk to C██████ mother, and Ms. T████ said she would handle

24   it and deal with C████████ mom.

25   **Q.**     Okay.  Now, at some point does the meeting end and

1    everyone go their separate ways?

2    **A.**    Yes.  Eventually, the meeting ends with the impression

3    that the school will look into it further.

4    **Q.**    Okay.  Did you go home with your parents, or did you stay

5    at school?

6    **A.**    I believe that I stayed in school because I think I had

7    an exam or something.

8    **Q.**    Okay.  Did there come a time later that day when you

9    tried to meet again with anyone?

10   **A.**    Yes, later on that day, I tried to go back to Ms. T███

11   office.

12   **Q.**    Why?

13   **A.**    Because I wanted to tell her more about what C███████

14   was doing to me and forcing me to do, and that I was really

15   scared.

16   **Q.**    And what happened when you came to see Ms. T████?

17   **A.**    When I went to go see Ms. T████, her door was open, and I

18   overheard a conversation that she was having.

19   **Q.**    Okay.  So stop for one second.

20        You -- the door's open, you recognize the voice talking?

21   **A.**    Yes.

22   **Q.**    Okay.  And who's that voice?

23   **A.**    It's Ms. T████ voice.

24   **Q.**    Can you see -- from where your vantage point, can you see

25   who it is she's talking to?

1    **A.**     Um, I didn't --

2    **Q.**     Visually see?

3    **A.**     I didn't visually see because I heard her use a name, and

4    I didn't want to come close.

5    **Q.**     Okay.  I'm going to ask you in a second, but you only

6    can see -- you can see Ms. T████ or just hear her?

7    **A.**     I could just hear her, and we were -- I was outside of

8    her office.

9    **Q.**     Okay.  And what did you hear Ms. T████ say?

10   **A.**     I heard her talking to C█████████, and she said,

11   "C█████████, how many times can I keep bailing you out of these

12   situations?"

13   **Q.**     Did you leave school, go home that day after your exam?

14   **A.**     Yes.  After that, I didn't go to her office.  I was

15   scared.  I didn't want to go to her office.  And I guess I went

16   back to class.  I'm not a hundred percent sure what the rest of

17   the day looked like, but yes.

18   **Q.**     Did -- did there -- either that day or the next day, did

19   you have any encounter with J████?

20   **A.**     Yes.  Later on that day, I believe it was my last period

21   gym class, I had an encounter with her where she said that my

22   mom was always trying to ruin everything, that I was a snitch.

23   She was just very upset that my mom had gone to the school.

24   **Q.**     Okay.  Did you -- did you go to school, or did you plan

25   to go to school the next day?

```
 1    A.      I did not plan on going to school the next day.  If I

 2    recall correctly, in the meeting we had on November 21st, part

 3    of the plan was that I was told to stay home from school for the

 4    rest of the week.  This was like leading up to Thanksgiving

 5    break.

 6    Q.      Okay.  Did you, in fact, end up going to school that day?

 7    A.      I don't recall going to school that day.

 8    Q.      Okay.  Do you know -- well, did you go -- not attend

 9    class, did you end up going back to the building that day with

10    your mom?

11    A.      I did end up going back to the building later on that

12    day.

13    Q.      Okay.  So tell the jury how it came to be that you were

14    supposed to be staying home and you ended up back at Rachel

15    Carson that day?

16    A.      So it's my understanding from what my mom told me, is

17    that Ms. T█████ had looked --

18            MS. REWARI:  Objection, hearsay.

19            THE COURT:  Sustained.

20    BY MR. BRENNER:

21    Q.      Okay.  Without saying what your mom said, did -- did you

22    end up going back to Rachel Carson that day?

23    A.      I did end up going back to Rachel Carson, yes.

24    Q.      Okay.  Who -- who, if anyone, went with you?

25    A.      So I recall it being my mom and me.
```

1    **Q.**    Not your dad this time?

2    **A.**    I'm not a hundred percent sure about my dad.  My mom is

3    the most vivid of my family members.

4    **Q.**    The most vivid family memory?

5    **A.**    Yeah.

6    **Q.**    Okay.  And when you got to school, what happened?

7    **A.**    My mom and me went to Ms. T█████ office like right away.

8    **Q.**    Okay.  And what happened next?

9    **A.**    Ms. T████ was there, Mr. H█████ was there, and I think

10   Ms. H██████ was there.  She was going like in and out of the

11   room, to my recollection.  Like, she wasn't like there the

12   entire meeting.

13   **Q.**    Okay.

14   **A.**    Yeah.

15   **Q.**    What happened?  So it's -- the meeting is you and your

16   mom, you think; you don't think your dad is there.  You know

17   Ms. T████ is there.  Do you know if Mr. H██████ is there?

18   **A.**    I know that Mr. H█████ is there, yeah.

19   **Q.**    And is it your testimony that Ms. H███████ may have been

20   in and out?

21   **A.**    I -- I recall that to be the case, yes.

22   **Q.**    Okay.  Tell -- tell us what -- tell the jury what, if

23   anything, Ms. T████ said to you at that meeting or to your

24   family, you and your mom?

25   **A.**    When I walked into Ms. T██████ office, I recall that the

1    first thing that Ms. T█████ did was she pulled out $50 from her

2    drawer and she said, um, something along the lines of, um, "It's

3    like the Christmas holiday season, and it's very tempting.  I

4    want to take this before I go and take this $50 to use it on my

5    holiday shopping, I want to give it to you back."

6    **Q.**    Do you -- did you have an understanding of what that $50

7    was related to?

8    **A.**    The $50 was the money that C████████ stole from me at

9    knifepoint.

10   **Q.**    Did Ms. T█████ -- did Ms. T█████ tell you and your mom how

11   she got the $50?

12   **A.**    Yes.  She told my mom that she went over to C████████

13   house, like C████████ mother's house and that she had spoken

14   to his mom, Stacey.

15   **Q.**    Okay.  At that meeting, did you guys raise with Ms. T█████

16   again what had been going on that you had been discussing when

17   you wrote the statement the day before?

18   **A.**    Yes.  And to be very clear, like we were talking about

19   that I was being touched, that I was super uncomfortable, that

20   it needed to stop.

21   **Q.**    And do you recall in that meeting anyone bringing up the

22   term "sexual harassment"?

23   **A.**    I do, actually.  My mom called it sexual harassment,

24   and --

25   **Q.**    And what did Ms. T█████ do in response?

1    **A.**     Ms. T█████ told my mom and me that if we kept using the

2    term "sexual harassment," that there was nothing that she could

3    do, but if we used -- but if we used the word "bullying"

4    instead, that there was a policy for bullying.

5    **Q.**     So you said this was in the days before Thanksgiving.

6    Did you -- Thanksgiving break did you go away?  Did you stay

7    home?  What happened?

8    **A.**     I recall that we stayed home and I just was very upset

9    about everything going on.  I didn't feel that in -- in that

10   meeting I felt believed and supported.  I even said I would take

11   a lie detector test because I felt that --

12        THE COURT:  Move on from that.

13        MR. BRENNER:  Okay.

14   BY MR. BRENNER:

15   **Q.**     Did you return back to school after the Thanksgiving

16   break?

17   **A.**     I did return to school, yes.

18   **Q.**     Okay.  The -- the name calling, the locker touching, the

19   comments about your sexuality and your promiscuity, did those

20   resume after Thanksgiving break?

21   **A.**     They did resume, yes.

22   **Q.**     Better, worse, or the same than they had been the week

23   before?

24   **A.**     I recall that at this point there had taken a little bit

25   of a different turn in some of the bullying and harassment.

1    There were now death threats that were being stated.

2    **Q.**    Okay.  Are these death threats that you heard directly?

3    **A.**    Yes, they were death threats that I heard directly.

4    **Q.**    And were they coming -- who were they coming from?

5    **A.**    Well, I had heard it from C████████ directly in the

6    hallways but, also, I had other students come up to me and say

7    that C████████ has a gun and is not afraid to use it on you,

8    like on me, that C████████ was going to kill me.

9    **Q.**    Did you ever report that you were receiving death threats

10   to school officials?

11   **A.**    I did, yes.

12   **Q.**    On how many occasions?

13   **A.**    More than a handful of occasions.

14   **Q.**    I want to focus on an incident in the PE locker room.

15   Okay?

16   **A.**    Okay.

17   **Q.**    Was there a time when you had an incident involving you

18   and J████ in the PE locker room?

19   **A.**    Yes.  So there was one day -- I think this was in early

20   December.

21   **Q.**    Okay.

22   **A.**    I'm not 100 percent sure on the date, but my PE locker

23   was supposed to be moved.  It had not been moved at this point.

24   That was because of safety and some concerns that I had.  And

25   J████ was very upset at me and she slapped me.

1    **Q.**    Did you report that to school officials?

2    **A.**    I did, yes.

3    **Q.**    Who did you report that to?

4    **A.**    So I had told Ms. F███████, but I also told Officer

5    Genus as well.

6    **Q.**    Was there anyone there when that happened?  Not -- let

7    rephrase.

8          Not when you reported it.  When J████ slapped you.

9    **A.**    Yes.

10   **Q.**    Who was there?

11   **A.**    Olivia.

12   **Q.**    Did you let school officials know that Olivia had

13   witnessed that?

14   **A.**    Yes.

15   **Q.**    Okay.  Now, in this time period -- so you're in the

16   post-Thanksgiving time period but still in the -- excuse me --

17   2011 part of the school year, how were you doing -- how were

18   your grades doing?

19         How were you doing school performance-wise?

20   **A.**    I was really struggling with school.  I recall that I was

21   having a hard time keeping up at school.  My grades were

22   starting to fall.

23   **Q.**    Had -- it is now -- so if you're in December, you're now

24   about two weeks post the meeting with -- the meetings with

25   Ms. T█████, right?

1  **A.**     Yes.

2  **Q.**     She -- had -- had C███████ stopped -- putting aside

3  what's going on outside -- by the way, are the assaults by

4  C██████ still happening outside of school?

5  **A.**     Yes, they are.

6  **Q.**     Okay.  Now focusing in school.

7         Is C████████ still touching you, harassing you on a

8  near-daily basis?

9  **A.**     Yes.

10  **Q.**     What about David?

11  **A.**     I would say David a little bit less at this point, but

12  still to some extent.

13  **Q.**     Do you report this to any of your teachers?

14  **A.**     Yes.

15  **Q.**     Which ones -- or one or ones?

16  **A.**     I'm sorry, could you repeat that?

17  **Q.**     Which teachers did you report this to?

18  **A.**     Again, I reported this to all of my teachers because it's

19  impacting my either getting to class on time, near like getting

20  to class on time.  I can't open my locker, so all three of the

21  teachers I reported it to.

22  **Q.**     Okay.  The three being Ms. C████, Ms. F██████, and

23  Mr. T███████?

24  **A.**     Yes.

25  **Q.**     Do you try to meet again with Ms. H█████████?

1    **A.**     I do.

2    **Q.**     What happens?

3    **A.**     I recall meeting with her one time and I had told her

4    about some of the threats that I was receiving from C███████,

5    specifically that I was feeling really nervous about C███████,

6    that I was hearing death threats.

7         I wrote a statement about it, and I -- yeah.  And I also

8    had tried to see her multiple other times.

9    **Q.**     And successfully or no?

10   **A.**     Not successful, no.

11   **Q.**     How about Ms. F█████████?  Did you have an opportunity

12   to meet with her again?

13   **A.**     I met with her during this time, yes.  I met with her

14   once.

15   **Q.**     Okay.  And this was early December?

16   **A.**     This is early December.  And I had told her that

17   C████████ had been making threats.  I had told her about the

18   threat that C████████ had a gun and said that he was going to

19   kill me.  And to her credit, she did, like -- not like make me,

20   but she had me meet with Officer Genus, the school --

21   **Q.**     Right.  So when you say "to her credit," to

22   Ms. F█████████ credit?

23   **A.**     Yes.  I appreciated that, yes.

24   **Q.**     Okay.  And did she arrange a meeting with Officer Genus

25   for you?

1    **A.**    I recall just being brought to his office.

2    **Q.**    Okay.  Did you meet with Officer Genus?

3    **A.**    I did meet with him, yes.

4    **Q.**    Did you tell him those things that you had told

5    Ms. F███████?

6    **A.**    I did, but I was meeting with him alone, so I told him

7    that -- I told him several things.  I had told him about the

8    threats, specifically that C██████ had a gun and was going to

9    use it on me, that he had been threatening me, that I felt

10   scared of him.

11          I had told him that I believed that C██████ was capable

12   of this because I had seen him with other weapons before.

13   **Q.**    Okay.

14   **A.**    I said I had seen him with a knife, and I was scared.

15   And he told me that he was going to, I guess, follow up with

16   C██████ family.

17   **Q.**    Okay.  Did you -- now, I want to be very clear.  Up until

18   this point, did you ever say to -- this is by December -- did

19   you ever say to school officials, C██████ is raping me?

20   **A.**    I didn't, no.

21   **Q.**    Okay.  Did you ever say to school officials anything else

22   about what C██████ was doing to you physically?

23   **A.**    I did.  I said that C██████ was going inside of me.  I

24   said that I feel forced by him.  I feel threatened by him.

25   **Q.**    And who did you tell those things to?

1    **A.**     I told those things specifically, that -- going inside

2    and the -- like specifically about the going inside and the

3    threats to Ms. F███████ and Ms. H██████ specifically.

4    **Q.**     Okay.  Did you have an opportunity in this time period to

5    meet with Ms. T████ again?

6    **A.**     Yes, I met with Ms. T████ one other time during this

7    period as well.

8    **Q.**     Okay.  And did she -- do you remember what you said to

9    her, what she said to you?

10   **A.**     Yes.  So I met with Ms. T████ upstairs in her office.

11   And this is some time in December.  And I told Ms. T████ that I

12   felt scared of C███████, that C███████ was touching me inside

13   of my shirt, inside of my pants.  I said that he was also --

14   like I was gesturing as well.

15          I was pointing.  I said, you know, this is where he's

16   touching me (indicating) and that I feel very scared, and that

17   he was going inside of me, and she told me that she didn't want

18   to hear about it.  She told me that that was -- wasn't what she

19   wanted to hear.

20   **Q.**     Did she tell you why?

21   **A.**     She told me it wasn't her business, but I told her that I

22   felt really afraid of C███████ and that I felt really nervous,

23   and she just seemed to have a smile and not take it seriously.

24   **Q.**     If you could go to Exhibit 93 in your notebook.

25          MR. BRENNER:  Ms. Tinsley, can we turn the screen around?

1    BY MR. BRENNER:

2    **Q.**    Okay.  Do you have that in front of you?

3    **A.**    Yes.

4    **Q.**    If you look at the top, there's an e-mail address that's

5    next to your name.

6    **A.**    Yes.

7    **Q.**    And it's sending an e-mail to another e-mail address.

8         Do you see that?

9    **A.**    Yes.

10   **Q.**    Who is this an e-mail exchange between?

11   **A.**    This is an e-mail exchange between my mom and me.

12   **Q.**    Okay.

13        MR. BRENNER:  Your Honor, at this time we would like -- we

14   would ask permission to admit Exhibit -- Plaintiff's Exhibit 93

15   into evidence.

16        MS. REWARI:  No objection.

17        THE COURT:  No objection.

18        (Plaintiff's Exhibit 93 admitted into the record.)

19        MR. BRENNER:  Okay.  May we publish?

20        THE COURT:  You may.

21   BY MR. BRENNER:

22   **Q.**    Okay.  Can you start at the very bottom of the second

23   page?

24        Okay.  So I just want to orient the jury, frankly, just

25   to -- so we understand where -- this is an e-mail dated

```
 1    December 7th, 2011.

 2          Do you see that?

 3    A.    I'm sorry, could you repeat that?  I'm sorry.

 4    Q.    It's an e-mail dated December 7th, 2011.

 5    A.    Yes, I see that.

 6    Q.    Okay.  Do you see you're not on that e-mail, right?

 7    A.    Yes.

 8    Q.    Okay.  And that's the e-mail that the jury's already seen

 9    from your mom to Ms. F█████████ copying a C.L. Weaver.

10          Do you see that?

11    A.    Yes.

12    Q.    And then the e-mail above, is that your mom copying you

13    or forwarding you the e-mail to Ms. F████████?

14    A.    Yes.

15    Q.    Okay.  So if we could -- by the way, are you using -- how

16    are you e-mailing from school?  Are you using the school

17    computer?

18    A.    Yes.

19    Q.    Okay.  So between your mom, let's just walk through it.

20    She sends you an e-mail.  She's forwarding you the problem.  She

21    asks if you were having a problem, right?

22    A.    Yes.

23    Q.    Okay.  So go up.

24          You tell her -- what do you tell her?

25    A.    I tell her -- I'm sorry, do you want me to just --
```

1   **Q.**    Sure.

2   **A.**    Do you want me to read it or --

3   **Q.**    Just tell us what's going on here.

4          THE COURT:  What is the context of the e-mail?

5          THE WITNESS:  Oh, okay.

6   BY MR. BRENNER:

7   **Q.**    You could read -- you can read the document and then

8   you'll probably see it.

9   **A.**    Yes, I recall this.  So during the meeting that we had --

10  that me and my mom had some time in November, again, there was

11  supposed to be shadowing that occurred where one of my guidance

12  counselors, Ms. H███████, was supposed to be shadowing me

13  between classes.

14  **Q.**    So what was your understanding of what shadowing was?

15  **A.**    My understanding of what shadowing was is that someone

16  was going to be monitoring my -- like monitoring me between

17  classes to ensure that I was physically safe.

18  **Q.**    And was your understanding -- by the way, how many class

19  periods were there at Rachel Carson?

20  **A.**    There could have been more, but I think about seven or

21  eight.

22  **Q.**    Okay.  Was it your understanding that you were supposed

23  to be shadowed between each of your class changes?

24  **A.**    Yes.

25  **Q.**    Okay.

1          MR. BRENNER:  You can take that down.  Thank you.

2    BY MR. BRENNER:

3    Q.     Do you recall, in fact, in this time period, which is --

4    what's the date of the e-mail?

5    A.     The date is Wednesday, December 7, 2011.

6    Q.     Do you recall Ms. H████ or anyone else shadowing you

7    at that time?

8    A.     I recall that Ms. H████ shadowed me, maybe

9    Ms. F██████, but I have more of a vivid recollection of

10   Ms. H█████.

11   Q.     Okay.  Whether it was Ms. H█████ or Ms. F███████,

12   did they -- can you see them when they shadow you?

13   A.     Yes, the goal was for them to be relatively visible to

14   me.

15   Q.     Okay.  Can you estimate for the jury how many days you

16   were shadowed?

17   A.     I would say a few days maybe at the most.

18   Q.     All at this time period, this December 7th time period?

19   A.     That's correct, yes.

20   Q.     And do you have a recollection even the days that you

21   were shadowed, was it for every period or for some -- something

22   less than that?

23   A.     It was something less than that.  It was not every

24   period.

25   Q.     When you were shadowed?

1   **A.**     Um-hmm.

2   **Q.**     Okay.  So two days, three days, whatever it is, that --

3   whenever you were being shadowed, did the boys stop that had

4   been touching you by your lockers, did that stop?

5   **A.**     Yes, the physical touching, when they saw that there were

6   people close to me, did stop.

7   **Q.**     What about the verbal stuff?  When the shadows are there,

8   did the verbal stuff stop?

9   **A.**     The verbal stuff didn't really stop.

10  **Q.**     Okay.  So it worked to stop the touching?

11  **A.**     Yes.

12  **Q.**     Okay.  When the -- the shadowing, whether it ended two or

13  three days, whatever it was, when that ended, did the physical

14  touching that you had been complaining to the school officials

15  about start right up again?

16  **A.**     That is correct.

17  **Q.**     Okay.  Do you believe you wrote another statement at this

18  point?

19  **A.**     Yes, I wrote another statement.

20  **Q.**     Have you seen that statement?

21  **A.**     I have not seen that statement.

22  **Q.**     Do you recall what you wrote in that statement?

23  **A.**     I do recall what I wrote in that statement.

24  **Q.**     And can you tell the jury what you wrote in that

25  statement to school officials that you have never seen again?

 1   **A.**     So there's -- there's one or two statements that come to

 2   mind that I wrote.

 3   **Q.**     Okay.

 4   **A.**     That --

 5   **Q.**     At this time?

 6   **A.**     So there's two additional beyond the ones that I talked

 7   about so far.  So one of them was that time that I met with

 8   S█████ T█████, and I -- I had basically wrote down exactly

 9   everything that I had told her, that C████████ was inside of me,

10   where he was touching me, that I felt really uncomfortable, that

11   I felt forced by C████████.

12          And then the other one was in regards more of the threats

13   that C████████ was saying, like that he had a gun, was going to

14   kill me and some of the other death threats that were being

15   stated, but also that he was touching me and, again, going

16   inside of me.  And that was a statement I wrote to

17   Ms. F████████.

18   **Q.**     You wrote it -- you wrote -- what do you mean you wrote

19   it to Ms. F████████?

20   **A.**     I wrote it that time where I saw Ms. F████████ and then

21   I met with Officer Genus after that.

22   **Q.**     So the time that you met with Ms. F████████ is the time

23   that she set you up with Officer Genus?

24   **A.**     Yes, that's correct.

25   **Q.**     And in addition to doing that, you wrote a written

1    statement for her?

2    **A.**    Yes.

3    **Q.**    Okay.  How are your grades doing at this point?

4    **A.**    Not well.

5    **Q.**    Okay.  What about -- was -- did you ever have any issues

6    where your school work became either missing or vandalized?

7    **A.**    Yes, I did have that happen to me.

8    **Q.**    Okay.  Tell the jury what happened.

9    **A.**    There was this one time where I had a science lab book,

10    and it had gone missing, I guess.  I was very frantically

11    looking for it.  I think I asked for Mr. T█████ to have me open

12    my locker at least twice to try to look for it in my locker.

13        He suggested that I try the lost and found bin.  The book

14    was, in fact, there at -- the science lab book was in the lost

15    and found bin at the bottom.  And when I found the book, it

16    was -- it had tears on the pages and on the front cover it said,

17    "Fuck you, B████."

18    **Q.**    Did you show that to anyone?

19    **A.**    Yes, I showed that to my science teacher, Mr. T██████,

20    and I also -- I also talked to another assistant principal,

21    Ms. B█████, about it, too.

22    **Q.**    What did they -- what did they tell you about the lab

23    book?

24    **A.**    They told me that it looked like I could still work out

25    of the book, that it wasn't damaged enough, and so I did keep

1    working in the book.

2    **Q.**    The book that on the cover said, "Fuck you, B████"?

3    **A.**    And was torn up, yes.

4    **Q.**    Okay.  Were -- were kids at Rachel Carson allowed to walk

5    around the school with tote bags or book bags?

6    **A.**    No.

7    **Q.**    Okay.  And that was just a general school rule?

8    **A.**    Just that you had to -- you couldn't carry around like a

9    backpack.  You had to put your stuff in your locker, generally

10   speaking.

11   **Q.**    Did there come a time where you broke that rule?

12   **A.**    Yes.

13   **Q.**    Tell the jury about that.

14   **A.**    Um, on I believe two occasions during -- I think it was

15   either my second to last or last period class, I had brought a

16   tote bag with me because I was afraid to go to my locker at the

17   end of the day, and I saw Ms. B████ in the hallway.

18   **Q.**    And what did -- did she say anything to you?

19   **A.**    Yes.  She said to me that I needed to not carry around

20   the tote bag because if I did I would be breaking the school

21   rules, and I could get suspended.

22   **Q.**    Did you tell her the reason you were carrying the tote

23   bag?

24   **A.**    I did tell her why I was carrying the tote bag, that is

25   correct, yes.

1    **Q.**    Did she then change her mind and say it's okay for you to

2    carry the tote bag?

3    **A.**    No, she doubled down that I could be suspended for it.

4    **Q.**    Okay.  We're going to -- Christmas break, what happens?

5    Do you stay home, do you go away?

6    **A.**    During Christmas break, I am home part of the time, but I

7    go and visit my grandmother.

8    **Q.**    And where -- what state does your grandmother live?

9    **A.**    My grandmother lives in New York.

10   **Q.**    Okay.  You return to school for the -- and by the way,

11   Rachel Carson, was the semester broken up by Christmas break,

12   meaning the second one started after Christmas break?

13   **A.**    I don't know like what the time breakdown was, but it

14   worked on like a quarter system.

15   **Q.**    Okay.  So you returned to school after the Christmas

16   holiday?

17   **A.**    Yes.

18   **Q.**    Okay.  So I want to talk to you about a couple of things

19   that happened in January.

20   **A.**    Okay.

21   **Q.**    Do you recall an incident where the police were called to

22   your home?

23   **A.**    I do, yes.

24   **Q.**    Okay.  Can you tell the jury -- just tell them what

25   happened.

1          THE COURT:  Bench conference.

2          (Sidebar.)

3          THE COURT:  Mr. Brenner, I'm going to let you know that if

4     you get into this police investigation, it opens the door for

5     cross-examination on this subject.

6          MR. BRENNER:  Yeah.

7          THE COURT:  And the fact that that police investigation

8     did not turn out to the benefit of your client, it may well come

9     into evidence, so I'm just sort of giving you notice.

10          MR. BRENNER:  Well, let me just -- for the Court's

11     edification, let me explain what this is.

12          THE COURT:  All right.

13          MR. BRENNER:  It has nothing to do with an investigation.

14          THE COURT:  But if you keep interjecting the police into

15     this whole process, you talked about Officer Genus and now it

16     looks like we're switching to somebody else being involved.

17          MR. BRENNER:  Let me just, for the record, tell you what

18     it is.

19          THE COURT:  Okay.

20          MR. BRENNER:  And tell you how I propose we would proceed.

21          THE COURT:  Okay.

22          MR. BRENNER:  So what happens is in very late January,

23     B.R. has her father's phone, and she has it -- she has it in her

24     room -- in her room.

25          THE COURT:  In her room.

1          MR. BRENNER:  Which is against the rules.

2          THE COURT:  Home rules.

3          MR. BRENNER:  The home rules, yeah.

4      And mom comes up to get it.  Mom sees she has it, and mom

5  tries to grab it away from her.  And she gets into an altercation

6  with her mom, and from -- one of them called 9-1-1.  I think --

7          MS. REWARI:  She --

8          MR. BRENNER:  I think B.R. -- so they get into an

9  altercation, she's trying to grab the phone.  Someone gets hit,

10 they have a little bit of a discrepancy of what happened, the

11 police come.

12         THE COURT:  Um-hmm.

13         MR. BRENNER:  They end up -- they end up taking --

14 handcuffing B███ and putting her in a police car and taking her

15 down to the station.  And there are various reasons why they did

16 that.  Nothing happens after that.

17     The only reason I brought it up is, if they were going to

18 cross her on that -- I'm going to avoid it altogether.  It has

19 nothing to do with C.K. or anything like that.

20         THE COURT:  Which I think maybe sets the tone as to why we

21 shouldn't get into it.

22         MR. BRENNER:  I'm happy -- as long as -- Your Honor, let

23 me just finish.  I'm happy -- I'm just being honest with the

24 Court.  I was doing it only because if they're going to cross

25 her, I would rather they hear from my witness first.  I'm happy

```
 1    not -- it's not important to my case.

 2         MS. REWARI:  We do intend to cross her on it.  She

 3    reported to the police in that incident that her parents were

 4    beating her, which she now denies.

 5         She also, according to her, she told the police about what

 6    was happening at school.  And so part of our defense is, you

 7    know, these things -- these reports were not made.  It goes to

 8    her credibility that they're claiming that these two unrelated

 9    officers came to their home, were told that this horrible stuff

10    was happening at school, and they did nothing about it.

11         THE COURT:  Okay.

12         MR. BLANCHARD:  The other thing just so the Court knows --

13         THE COURT:  I'm sorry?

14         MR. BLANCHARD:  She was hiding under the covers, according

15    to the report in the statements, with her father's phone texting

16    and the things that -- which is a smartphone.  And the things

17    that have never been produced, and they always say we can't find

18    them or they got deleted and they've got everything else, I think

19    is -- my client's whole --

20         THE COURT:  All right.  This is what we're going to do.  I

21    understand everybody's perspective on this.  This is what we are

22    going to do.  I understand it, and I think it's probably a good

23    idea for you to bring this out on direct examination because it's

24    always to put -- best to put something out there so the other

25    side can't get the advantage of it being a surprise.  I get that,
```

```
 1    and that's fine.  But it's going to open up for them as well to

 2    cross-examine on it, if they choose to.

 3          But what I do want is I want some transition between this

 4    particular incident and the incidents involving stuff at the

 5    school.

 6          MR. BRENNER:  Right, so -- absolutely.

 7          THE COURT:  Okay.

 8          MR. BRENNER:  Is -- the short answer what I'm concerned

 9    about what I'm hearing from counsel here is they're going to try

10    to turn this incident into a discussion about the school, which I

11    think it's not relevant to at all.

12          THE COURT:  Well, what they're going to be able to do, and

13    I'll tell you what they're going to be allowed to do, is they're

14    going to be able to suggest -- I don't know how effective they

15    will be or won't be, but they're going to be able to suggest that

16    in at least some instances she's not credible, which is --

17          MR. BRENNER:  Sure.

18          THE COURT:  -- part of cross-examination.

19          So I think it's a good idea that you go ahead and open it

20    up, but I was a little uncomfortable with the transition.  And I

21    didn't know where we were going with this, and I just wanted to

22    put you on notice that if we go down the police investigation

23    road, that it can open up all kinds of things.

24          MR. BRENNER:  Right.  No, I agree with Your Honor, and I

25    appreciate it.  I probably shouldn't have come up with -- I was
```

1    not understanding -- of course you wouldn't know the background

2    of this particular thing.

3        What I would like the Court's permission to do, when I get

4    to the time of whether she hopefully reports it to the police,

5    there's facts that -- as they already said, the investigation was

6    closed.  I would just like a little bit of an ability to lead her

7    to make sure she doesn't go into anything that the police said or

8    anything like that.

9        THE COURT:  Well, what I'll do is, from my position, I'll

10   control that as best I can.

11       MR. BRENNER:  Okay.  Just so you know, that's what I'm

12   trying to do, and I'll try to make it very clear to her.  But if

13   you can assist me, that would be helpful.

14       THE COURT:  I will direct her.

15       MR. BLANCHARD:  And, Your Honor, just to be clear,

16   whatever they do, my position is they've opened the door on the

17   police.

18       THE COURT:  Well, they haven't opened the door on

19   everything.  They opened the door on some things.  They've opened

20   the door to questioning her credibility.  But, again, I'm trying

21   as best I can to not get the jury confused about whatever

22   happened in the context of the police investigations.  What was

23   going on with these alleged rapes is not what they're supposed to

24   be deciding.

25       MR. BLANCHARD:  I understand.  But the next police

1    incident is going to be that the police are liars.  It's going to

2    be the same thing, the police are liars.  Detective Chambers is

3    corrupt.

4        THE COURT:  Well, we will see what she says.  We'll see

5    what she says.

6        MR. BRENNER:  With all due respect, the fact that B.R. may

7    have been asked questions at her deposition does not mean that's

8    evidence that we intend to make.  There's no opening door.

9        THE COURT:  As I say, I'm just sort of putting everybody

10   on notice that a road the Court has taken great lengths to avoid

11   in this case should not be undermined by allowing her to sort of

12   meander into areas that's going to disadvantage the presentation

13   of the case.

14       MR. BRENNER:  I'm going to skip this area altogether.

15       MR. BLANCHARD:  Judge, I need to be -- the door is open.

16       THE COURT:  I'm sorry?

17       MR. BLANCHARD:  The door is open.  I need to be able to

18   ask questions --

19       THE COURT:  Well, we talked about doors being open from

20   time to time, but it's a question about how widely the door is

21   open.

22       MR. BLANCHARD:  Understood.  I'm not asking for the

23   results of the police investigation, but everybody she told this

24   story to about what happened to her at school, about what was

25   happening -- because she's mixed inside and out of school.  This

```
 1    is not just all in school.  She's talking about stuff in the

 2    neighborhood about my client after school, and so every time she

 3    talked to somebody and either mentioned my client or didn't

 4    mention my client, that's relevant to my case --

 5         THE COURT:  I'm going to let you do an appropriate

 6    cross-examination, Mr. Blanchard.  I'm not getting in the way of

 7    your ability to cross-examine.  But what I want to do, as best I

 8    can, is to maintain control of this litigation and not get caught

 9    up in things that we don't need to get caught up in and confuse

10    the jury.

11         MR. BLANCHARD:  Understood.  But there are things I need

12    to get caught up.

13         MS. REWARI:  I just want to clarify.  Your ruling so far,

14    my understanding, is that we're not allowed to say why the police

15    closed the investigation, but we are allowed to elicit evidence

16    about what was reported to the police and what was not reported

17    to the police?

18         THE COURT:  Yeah.

19         MS. REWARI:  Right.  And I would say that the police are

20    blamed by the expert, the plaintiff's expert, Dr. Ryan, who is

21    scheduled to testify this week.

22         MR. BRENNER:  Dr. --

23         MS. REWARI:  Dr. Ryan's report blames the police officer

24    for the --

25         THE COURT:  It would be plaintiff's advantage to stay away
```

1    from what Dr. Ryan blames.  Again, I can't tell you-all how to

2    run your case.

3         MR. BRENNER:  I can assure you the plaintiff will.  I know

4    the plaintiff.

5         MS. REWARI:  But what I understand -- what was just said

6    is we brought it in in the deposition.  It is information that

7    was given to Dr. Ryan that the police officer had connections

8    with the school, that he was corrupt, that there was connection

9    with C.K.'s family.  There was like information given to Dr. Ryan

10   that she relied upon.

11        THE COURT:  Well, to make it easy for you, I'm not going

12   to allow you to back-door the police investigation.  So you need

13   to do what you need to do.  The police investigation, unless

14   plaintiff opens the door -- and they're getting pretty close to

15   it -- is not coming in except for the fact that it was closed.

16   That's it.

17        MR. BLANCHARD:  But the statements made --

18        MS. REWARI:  But the statements have police

19   interviews that --

20        THE COURT:  So you're saying just because -- things happen

21   in depositions all the time that are not admissible in court.

22        MS. REWARI:  No, I understand.  It's on their exhibit

23   list.  It's on our exhibit list, the recorded police interview,

24   which is the only contemporaneous record of what she reported in

25   terms of -- we have her statement and we'll ask her about her

 1    statement, but it's a recorded interview where all of the

 2    questions about school are asked, about what is happening at

 3    school is incredibly important for her credibility.

 4         THE COURT:  Well, if you have -- I don't know what you're

 5    going to ask, but if you have information that she's saying

 6    things to the police that are inconsistent with what we've heard

 7    for the last several hours today, you may well be able to get

 8    into it.

 9         But, again, I don't want you all to blur the distinctions

10    that the police investigation has little or no relevance to

11    anything that we're doing in the context of this Title IX case or

12    the case involving J.O.

13         MS. REWARI:  Yes.  I guess I would say that they have

14    argued that C.K. was allowed to stay at school even though this

15    allegation was made.  So it's important to be able to show that

16    what she told the school was there was no problem with C.K. at

17    school.

18         THE COURT:  If you have that evidence, I'll be glad to

19    hear it, but I haven't heard it yet, and I can only rule on

20    things that I know about.

21         MS. REWARI:  I understand.  I understand.

22         THE COURT:  The Court's ruled.

23         MR. BRENNER:  Judge, we're shooting -- I'm asking for

24    time.  We're shooting for 3:15ish --

25         THE COURT:  Yes.

```
 1          MR. BRENNER:  -- to find a breaking spot.

 2          THE COURT:  Yes.

 3          (Sidebar discussion concluded.)

 4          MR. BRENNER:  May I have one second to consult?

 5          THE COURT:  You may.

 6     BY MR. BRENNER:

 7     Q.    Okay.  Getting towards -- I'm going to change topics.

 8          Getting towards the end of January now.  Okay?

 9     A.    Okay.

10     Q.    Okay.  Of all the people that you have testified to as

11     directly reporting things, one of them was not by this -- up

12     until that point -- up until your testimony right now,

13     Mr. F████████ was not one of them, correct?

14     A.    That's correct, yes.

15     Q.    Okay.  Up until January 26 or so, you hadn't had any

16     direct communication with Mr. F██████.  Is that fair?

17     A.    That's correct.

18     Q.    Okay.  Mr. F██████ said that -- he testified that he

19     would stand outside of the school and greet students as they

20     come in.

21          Is that consistent with your recollection?

22     A.    I feel like I probably saw him a few times.

23     Q.    But as far as you personally meeting with him, no such

24     meeting, correct?

25     A.    No such meeting.
```

1    **Q.**    Okay.

2         MR. BRENNER:  Your Honor, at this point can we republish

3    Exhibit 111, which is already in evidence?

4         THE COURT:  Yes, sir.

5    BY MR. BRENNER:

6    **Q.**    Okay.  I think we have to go to -- okay.  So, actually,

7    go back to the page before, please.

8         Okay.  So on the very bottom there, do you see on the

9    very bottom beyond that page?

10   **A.**    Yes.

11   **Q.**    That e-mail -- that e-mail address, is that your personal

12   e-mail address, the one on the from line?

13   **A.**    On the bottom or --

14   **Q.**    No.  On the "from" line where it says, "Mail to."

15        MR. BRENNER:  Can I approach, Your Honor?

16        THE COURT:  You may.

17        THE WITNESS:  Sorry.  I'm not sure.

18        (Brief pause in proceedings.)

19   BY MR. BRENNER:

20   **Q.**    That e-mail address there on the "From" line, is that

21   your -- was that at the time your personal e-mail address?

22   **A.**    That was not my personal e-mail address.

23   **Q.**    Whose e-mail address is that?

24   **A.**    That's my mom's e-mail address.

25   **Q.**    Okay.  This e-mail that starts with "Dear Mr. F███████

1   and Ms. Weaver," was that an e-mail your mom wrote or you wrote?

2       If you turn to the next page you'll see the whole e-mail.

3   **A.**    Oh, yes, I'm sorry.  Yes, I see that.

4   **Q.**    You're there?

5   **A.**    Yes.

6   **Q.**    Just to remind the jury, who is -- I guess it's listed

7   there as -- who is Cheryl Weaver?

8   **A.**    Ms. Weaver was the director of student services.

9   **Q.**    Okay.  Had you -- so prior to this -- so you told us you

10  hadn't met with Mr. F███████.

11      Had you met with Mrs. Weaver at any point?

12  **A.**    I had not, but my understanding was that Ms. Weaver was

13  in charge of all of the guidance counselors.

14  **Q.**    But you, yourself, hadn't met with her?

15  **A.**    I hadn't personally met with her, no.

16  **Q.**    And why did you write this e-mail to Mr. F███████ and

17  Mrs. Weaver?

18  **A.**    I wrote this for two reasons.

19  **Q.**    Okay.  What's the first reason?

20  **A.**    The first reason is I wanted to give them some context as

21  to what had been going on with me in terms of, like, the sexual

22  harassment, the bullying, and just that I didn't feel good about

23  being in school.  So I wanted to let them know about that.

24      And then the second reason is that I was not the only one

25  at Rachel Carson Middle School experiencing some form of

1    bullying or sexual harassment.

2    **Q.**    Okay.  So the first reason, which is as it relates to

3    you -- just if you could glance through the document quickly so

4    then you can -- and I'll ask you some questions.

5    **A.**    Okay.

6    **Q.**    Do you want to look through it real quick?

7    **A.**    Yes, that would be great.

8    **Q.**    Okay.  Take your time.

9         (Brief pause in proceedings.)

10        THE WITNESS:  Is there a report you want me to read or --

11   BY MR. BRENNER:

12   **Q.**    Let me ask you this:  The first part being the first

13   reason you wrote the e-mail that talked about what was happening

14   to you, is that all -- is that all contained in the first

15   paragraph of that e-mail?

16   **A.**    I believe it is, yes.

17   **Q.**    So let's look at that.  Let's look at what you're telling

18   Mr. F█████ and Ms. Weaver about you, yourself.

19   **A.**    Okay.

20   **Q.**    Okay.

21        "As you all know, I've been severely bullied this year."

22        Is that something you wrote to Mr. F█████ and

23   Ms. Weaver generally?

24   **A.**    Yes.

25   **Q.**    At any point after you got this e-mail, did Mr. F███████

1    or Mrs. Weaver write you back and say that they didn't know what

2    you were talking about?

3    **A.**    No one acknowledged my e-mail.

4    **Q.**    It says, "I never expected the transition to middle

5    school to be easy, but never did I expect it to be as difficult

6    and heart-wrenching."

7        Again, did either of them reach out and ask you what you

8    were talking about?

9    **A.**    No.

10   **Q.**    Okay.

11       "I have gone through many types of bullying at school" --

12   and you specifically mention sexual harassment, physical

13   harassment, and name calling, et cetera, right?

14   **A.**    Yes.

15   **Q.**    Still never a response from Mr. F███████ or Ms. Weaver?

16   **A.**    No response.

17   **Q.**    You say, "All has taken place on the grounds of Rachel

18   Carson, supposedly a, quote, 'bully-free school'."

19       Do you see that?

20   **A.**    Yes.

21   **Q.**    What was that quote from?  What were you quoting?

22   **A.**    I recall seeing -- and I'm not sure at this time where I

23   saw it -- but somewhere that Rachel Carson was a bully-free

24   school.

25   **Q.**    Was Rachel Carson a bully-free school?

1    **A.**     It was not a bully-free school.

2    **Q.**     Now, the rest of the letter, does it talk about the

3    second reason you wrote about what was happening at the school

4    generally?

5    **A.**     Yes, it talks about --

6    **Q.**     Well, let's go -- we'll go through it.  But -- "There is

7    a constant bullying at our school.  I'm not the only one to be a

8    victim.  There are many students at our school who are scared to

9    speak out and tell their stories because they're afraid to be

10   made fun of, even more" -- paren -- "being called a snitch and

11   more rude names."

12          Forget Mr. F█████ and Mrs. Weaver for a second.  Did

13   any of -- any of these folks say, B████, we read your e-mail, we

14   had no idea that --

15          THE COURT:  Be more -- be more specific, Counsel, when

16   you say "these folks"?

17          MR. BRENNER:  Sure.  Sure.  I apologize, Your Honor.

18   BY MR. BRENNER:

19   **Q.**     But you told us Mr. F█████ and Mrs. Weaver never

20   respond to do this e-mail, correct?

21   **A.**     That's correct.

22   **Q.**     Okay.  What about Mr. H████?  Did he ever say -- after

23   this e-mail went to his boss, did he ever come to you and say,

24   B████, we're concerned, we didn't know that this was going on?

25   **A.**     No.

```
 1            MS. REWARI:  Objection.  Leading.

 2            THE COURT:  I'll allow it.  Did Mr. F_____ say anything

 3     to you based upon these allegations you made?

 4            THE WITNESS:  Mr. F_____ never responded to me in any

 5     way.

 6            MR. BRENNER:  And my question was Mr. H____, Your Honor.

 7            THE COURT:  Mr. H____.  I'm sorry.  Did --

 8            THE WITNESS:  No, he did not.

 9            THE COURT:  Okay.

10     BY MR. BRENNER:

11     Q.     What about -- what about Ms. T____ who you had met with

12     on several occasions?

13     A.     Ms. T____ never did, no.

14     Q.     What about Ms. B____, had you met with her also?

15     A.     Ms. B____, never.

16     Q.     Had you met with her?

17     A.     I had met with her.

18     Q.     And did she respond to this e-mail?

19     A.     She did not respond to this e-mail.

20     Q.     Did anyone -- did any of your core teachers, did you --

21     did they ever say, B____, we read your e-mail, and we don't know

22     what you're talking about?

23     A.     No, no one responded or acknowledged it.

24     Q.     Okay.  You write, "Instead they suffer quietly bearing

25     the hurtful words and sneers.  Rachel Carson has made the motto
```

1  of, quote, ready, respectful, and responsible, and this is not

2  demonstrated in our hallways at all"?

3  **A.**    Yeah.

4  **Q.**    Anyone ever respond to you on that?

5  **A.**    No.

6  **Q.**    You tell the principal and the director of student

7  services that these are empty words.  No response?

8  **A.**    No response ever.

9  **Q.**    Let's go to the next paragraph.

10       "Just because someone is not pushing or doing sexually

11  unwanted behavior," what -- what are you quoting from there?  Do

12  you remember?

13  **A.**    I recall, those were some of my words, "doing sexually

14  unwanted behavior, pushing me," those were some of the ways that

15  I described what was happening to me to some of the

16  administrators, guidance counselors.

17  **Q.**    And are these things that you had been telling the school

18  since October?

19  **A.**    Yes.

20  **Q.**    And had the school ever indicated to you that they were

21  going to stop it?

22  **A.**    No one indicated that they were going to stop it, just --

23  **Q.**    Did the school ever stop it?

24  **A.**    No, things just got worse.

25  **Q.**    Let's go to the paragraph that starts "Not once this

1    year."

2         Since the jury has heard about the presentations that

3    Rachel Carson gives on bullying, here's what you write, "Not

4    once this year have we had an assembly about bullying.  The only

5    time I remember I received a lesson on bullying was about five

6    minutes in health."

7         Is that a true statement?

8    **A.**    Yes.

9    **Q.**    Did anyone from the school reach out to you and say,

10   Well, maybe we should do more education on this?

11   **A.**    No one reached out to me to acknowledge anything, period.

12   **Q.**    "Bullying is horrendous to experience.  It makes you

13   dislike yourself, question yourself, distrust others, and gets

14   in the way of achieving academic and personal success."

15        You're talking about others, but were you also talking

16   about yourself there?

17   **A.**    I was talking about myself because it seemed like no one

18   cared about me.

19   **Q.**    So you were putting it on "others" and saying -- asking

20   them to help others?

21   **A.**    I also saw other students suffering, so it was twofold.

22   **Q.**    Go to the next paragraph that starts with "My proposal."

23        "My proposal is that we educate the students.  I do not

24   think they understand what bullying is and how it hurts.  Also,

25   I would like to have bullying assemblies at least every couple

1    of months to reinforce that bullying happens right in front of

2    us every single day, and that's a sad reality."

3         Did you write that?

4    **A.**    I did write that, yes.

5    **Q.**    Did the school take you up on the advice that regardless

6    of what's happening it would be a good idea to educate the

7    students to make sure that everyone knew how hurtful bullying

8    was?

9    **A.**    No, they didn't.

10   **Q.**    At the end of that paragraph you say, "I know with so

11   many students at RCMS it's nearly impossible to take the time

12   out of the day just to do this, but in the long run, it will

13   help and stop many bullying -- cases of bullying at our school."

14        Do you see that?

15   **A.**    Yes.

16   **Q.**    Did Mr. [sic] Weaver or Mr. F███████ take the time out of

17   their day to do anything about this?

18   **A.**    No.

19   **Q.**    Excuse me, Mr. F███████ and Mrs. Weaver?

20   **A.**    They never did anything about it.

21   **Q.**    And then you as a 12-year-old says, "Thank you so much

22   for taking the time out of your busy days to read this, and I

23   hope you will consider my idea"?

24   **A.**    Yeah, I did write that.

25   **Q.**    Does anyone ever tell you they were considering your

1   idea?

2   **A.**    No, they couldn't care less about me.

3   **Q.**    Okay.

4           MR. BRENNER:  You can take that down, please.

5   BY MR. BRENNER:

6   **Q.**    Okay.  The jury heard that you were pulled from school on

7   February 9th.  I want -- I want to talk about that day.

8   **A.**    Okay.

9           MR. BRENNER:  Okay.  Your Honor, at this point -- let

10  me --

11  BY MR. BRENNER:

12  **Q.**    Look in your book at Exhibit 119.

13  **A.**    Okay.

14  **Q.**    Is that a -- what is that?  Without going into the

15  content first, until we put it in evidence, what is it?

16  **A.**    This is a student statement that I have written.

17  **Q.**    Okay.  Is that your signature on the bottom?

18  **A.**    That is my signature.

19  **Q.**    Okay.  Is there writing on that statement that's not from

20  you?

21  **A.**    Yes, there's a date and a location that is not my

22  handwriting at the top of the statement.

23          MR. BRENNER:  Okay.  Your Honor, at this time, we would

24  like to seek to admit Plaintiff's Exhibit 119 into evidence.

25          THE COURT:  Any objection?

1           MS. REWARI:  No.

2           THE COURT:  No objection.

3           (Plaintiff's Exhibit 119 admitted into the record.)

4           MR. BRENNER:  And, Your Honor, may I check with the Court

5    if Exhibit -- I believe Exhibit 122 is also already admitted.

6           THE COURT:  Yes.

7           MR. BRENNER:  Okay.

8    BY MR. BRENNER:

9    **Q.**    Let's look at exhibit --

10          MR. BRENNER:  May I publish 119, Your Honor?

11          THE COURT:  You may.

12   BY MR. BRENNER:

13   **Q.**    Okay.  This is -- is this a statement you wrote -- well,

14   that date, 2/9/12, you said someone else wrote that, right?

15   **A.**    Yes.

16   **Q.**    Okay.  Everything else on there, other than the

17   redactions, is that your handwriting?

18   **A.**    Yes.

19   **Q.**    Do you remember this -- writing this statement?

20   **A.**    I do recall it, yes.

21   **Q.**    Okay.  Do you believe -- if -- the parties have

22   stipulated that your last day was 2/9, in in-person learning.

23   Do you think this happened on that day?

24   **A.**    I believe this happened on that day, yes.

25   **Q.**    Okay.  The jury's heard testimony about an incident in

```
 1    the cafeteria involving a boy named Ben.  Is this that same

 2    incident?

 3    A.     Can I read through it real quick?

 4    Q.     Yeah, read through it, please.

 5    A.     Yes, this is about the boy named Ben.

 6    Q.     Okay.  You write, "Yesterday in the cafeteria, this

 7    random kid called me very vulgar names, quote, bitch, asshole,

 8    slut, sent from hell."  Right?

 9    A.     Yes.

10    Q.     And you said, "I ignored it, but I have several

11    witnesses," and then do you list the witnesses?

12    A.     Yes.

13    Q.     And then you say, "Then this morning yet again this same

14    kid came up to me in the cafeteria and called me basically the

15    same names, but this time he added another horrific word calling

16    me a quote, douche."

17    A.     Yes.

18    Q.     Is that a new one for -- from the words you were called

19    in school?

20    A.     To my recollection, that was, in fact, a new one.

21    Q.     "He added his older brother, 8th grade, quote, hates you

22    bitch, slut."

23           Did you know his older brother?

24    A.     I don't have a vivid recollection of that at this time.

25    Q.     Okay.  You said, "I said in a firm voice" -- I think
```

1    there's a quote there "How can you call me an asshole when I

2    don't even know you?"

3         Is that something you recall saying to the boy?

4    **A.**    I do recall saying that, yes.

5    **Q.**    And then it says, "A teacher with brown hair and blue

6    sweater told me to stop yelling at him."

7         Do you know who that teacher was?

8    **A.**    Um, I had an idea.  At the time, I knew who the teacher

9    was.

10   **Q.**    Okay.  But you don't -- you're not sure?

11   **A.**    I -- I feel like her last name started with an O, but

12   I -- I can't remember it off the top of my head.

13   **Q.**    And then you write, "And I said, well, he just called me

14   offensive names first."

15        And she said, "Don't argue with me or we could take it to

16   the office."

17        Did all that happen?

18   **A.**    Yes.

19   **Q.**    Okay.  And you said, "I let it go but decided to come on

20   my own."

21        What does that mean?

22   **A.**    I decided to come on my own terms and just let like the

23   staff know what was really going on.

24   **Q.**    So you -- when you said you "decided to come on my own,"

25   you mean go -- she threatened that she would take you to the

1  office, and you just went there on your own?

2  **A.**    Yeah, I wanted them to know like what was going on.  I

3  was trying to tell them at every juncture like what was going

4  on, and this was an incident that happened in the cafeteria, and

5  I wanted it to be addressed.

6  **Q.**    And who did you see in the office?

7  **A.**    I recall writing the statement, I believe, to

8  Ms. H███████, if I'm not mistaken, on that one.

9  **Q.**    Okay.  Okay.  Can we go to exhibit --

10        THE COURT:  Before you take it down, I have a quick

11  question.

12        Is either O.B., H.C., T.H., or S.D. the young lady who was

13  pregnant who testified last week?

14        THE WITNESS:  I don't think so, no.

15        THE COURT:  Okay.

16  BY MR. BRENNER:

17  **Q.**    Do you recognize the initials O.B.?

18  **A.**    I do, yes.

19  **Q.**    Okay.  Without saying the full name, well, just say the

20  first name.

21  **A.**    Olivia.

22  **Q.**    Okay.  And who -- was Olivia your friend?

23  **A.**    She was, yes.

24  **Q.**    Okay.

25        MR. BRENNER:  If we could take that down.

```
 1          And, Your Honor, I'd like to publish 122 briefly.

 2          THE COURT:  You may.

 3  BY MR. BRENNER:

 4  Q.    So did you -- in fact, just to orient the jury, sometimes

 5  after -- when handwritten statements were done, would they later

 6  be typed up by the school?

 7  A.    I -- I don't know their practice of that.

 8  Q.    Okay.  This -- this statement, do you recognize this

 9  statement, albeit in typed form, of something you believe you

10  wrote?

11  A.    Yes.

12  Q.    Okay.  This is -- do you recognize this as also being on

13  that same day?

14  A.    I do recall this being on the same day, yes.

15  Q.    Okay.  It says, "When the bell had rang and I was walking

16  back from lunch, all of a sudden these two girls, one with brown

17  hair, tall, and another with black hair, medium high..."  --

18          I think you meant height, right?

19  A.    Yes.

20  Q.    -- "...that I had never seen, nor talked to before,

21  suddenly approached me saying, quote, 'Everybody hates you B

22  and someone's going to kill you'."

23          Did you write that?

24  A.    Yes.

25  Q.    Was that a truthful statement?
```

1    **A.**     Yes.

2    **Q.**     Okay.  You say, "I just walked away and stayed quiet rest

3    day and my friend, J██████..."  --

4         Is that referring to the woman who was here on Friday?

5    **A.**     Yes.

6    **Q.**     Okay.

7         -- "...said a girl named J." -- and I can't see what that

8    word is because of the redaction -- "other friends said, quote,

9    it's all B██████ fault just because she's a whore."

10   **A.**     Yes.

11   **Q.**     Is that what you wrote?

12   **A.**     Yes.

13   **Q.**     Did that happen?

14   **A.**     Yes.

15   **Q.**     Okay.  Did you report this incident to the school?

16   **A.**     I did.

17   **Q.**     How did that -- walk the jury through what happened when

18   you reported this to the school?

19   **A.**     So I had told my English teacher, Ms. Estrella, that I

20   had received some threats to my life.  And, again, to her credit

21   she said that it sounded serious and that she was going to call

22   Mr. F██████.  She had me wait outside, but I didn't go to her

23   class.  I waited outside of her class for Mr. F██████ and

24   waited for him to come get me.

25   **Q.**     So you waited outside Ms. Estrella's classroom?

```
 1   A.      Yes.

 2   Q.      Were you alone?

 3   A.      I was alone, yes.

 4   Q.      But the -- it was pretty empty because all the kids are

 5   in class at that point?

 6   A.      Yes.

 7   Q.      Okay.  And your understanding was that she was going to

 8   call Mr. F██████?

 9   A.      Yes, my understanding was that she was going to call

10   Mr. F██████.

11   Q.      What happened next?

12   A.      She did call Mr. F██████.  It took him a while to get

13   there, but at some point he did interact with me.

14   Q.      Okay.  Is that the first time you ever had any

15   interaction with Mr. F██████ other than just seeing him around

16   the school?

17   A.      Yes, that was my first time.

18   Q.      And what happened when you -- you can take that down.

19           What happened when you saw Mr. F██████?  What happened

20   next?

21   A.      Mr. F██████ and me walked to the front office, and I

22   think it might have been his office that we probably went into,

23   and I told him about the death threats that I had been

24   receiving.  I told him that this has been going on for a while

25   now and that I felt very scared about this, and then he passed
```

1    me off to see another guidance counselor.

2    **Q.**    And what's his or her name?

3    **A.**    Her name was -- or is Esther Ferrell.

4    **Q.**    Okay.  Not your assigned counselor?

5    **A.**    Not my assigned counselor, no.

6    **Q.**    Did you say Ferrell?

7    **A.**    Yes, that's correct.

8    **Q.**    Had you met Ms. Ferrell before that?

9    **A.**    I think I had seen her around.  I knew who she was, but I

10   don't recall having, like, a direct interaction with her like

11   that.

12   **Q.**    And what happened when -- I got -- did you go to

13   Ms. Ferrell's office, or did she come to get you or what

14   happened?

15   **A.**    I can't remember whether she came to the office I was

16   sitting in or whether I went into her office.  I'm not really

17   sure which way it was.  But I met with her and I told her about

18   the death threats that I was receiving.

19         I did tell her that C███████ had been touching me.  I

20   said to her that I felt really unsafe, that he was threatening

21   me, and also that another person that I told was going inside of

22   me and --

23   **Q.**    Wait.  Meaning -- did you say another person was going

24   inside of you or --

25   **A.**    No.

1   **Q.**     -- she's another person you told?

2   **A.**     She's another person I told that C██████ was doing that

3   to me.

4   **Q.**     Okay.

5   **A.**     And then she said, This sounds pretty serious, too.  So

6   she gave it back to Mr. F██████ --

7   **Q.**     Meaning gave you back to her -- him?

8   **A.**     Yeah, gave me back to Mr. F█████.  But I should state

9   first that I had written this statement as well.  So I wrote a

10  statement for Ms. Ferrell first, and then --

11  **Q.**     Okay.  Let me stop you there.

12  **A.**     I'm sorry.

13  **Q.**     Can you put back up --

14          MR. BRENNER:  Your Honor, may I republish 1 --

15          THE COURT:  How much longer do you think you're going to

16  have on this area?

17          MR. BRENNER:  I'm going to wrap this area -- I know I'm

18  keeping them away from the treat from the judge, so a few

19  minutes.

20          THE COURT:  All right.

21          MR. BRENNER:  May I republish 122?

22          THE COURT:  You may.

23  BY MR. BRENNER:

24  **Q.**     Are you saying that for Ms. Ferrell you wrote a statement

25  in addition to this one on 122, Exhibit 122?

1    **A.**    It was a completely different statement.

2    **Q.**    Okay.  You can take that down.

3        And then what happened when you got back to

4    Mr. F███████ office?

5    **A.**    I told Mr. F███████ about the threats.  I actually was

6    the one that told him that I wanted to look at a yearbook.  This

7    was not the first time that I had asked to see a yearbook to

8    identify some of the students.  I mean, I described them in my

9    statement, so I wanted a chance to look at the yearbook.

10        This had -- my request had gone back since November 21st

11    to look at a yearbook.  But when I told him about the death

12    threats, he said to me, I don't really know what to do in this

13    situation.  I'm going to have Ms. B████ look into it.

14        And then he sent me back to class.

15    **Q.**    And you went back to class?

16    **A.**    I did, yes.

17    **Q.**    And then how much longer did you remain in in-student

18    learning at Rachel Carson?

19    **A.**    It was maybe like one -- not long after that, maybe an

20    hour or so later.  I'm guessing on the amount of time, but my --

21    I guess my mom had been notified about some of the things that

22    transpired because she came -- one of my parents came and picked

23    me up.

24    **Q.**    Is that the last day you were ever at in-person learning

25    at Rachel Carson?

1   **A.**     Yeah, it was.

2          MR. BRENNER:  Your Honor, this is a good place to break.

3          THE COURT:  Very good.  All right.  Ladies and gentlemen,

4   it's 3:15.  We're going to take a break until about 3:35, and,

5   with your agreement, we're going to go to somewhere between 4:30

6   and 5:00 today.

7          Mr. Brenner, do you have any problem with Ms. Tinsley

8   taking back the treats to them?

9          MR. BRENNER:  Of course not, no.

10         THE COURT:  All right.  Very good.

11         (Following sidebar discussion had on the record:)

12         THE COURT:  Counsel can come back to chambers at 3:25.

13         MR. BRENNER:  3:25?

14         THE COURT:  Yes.

15         (Thereupon, a recess in the proceedings occurred from

16   3:19 p.m. until 3:37 p.m.)

17         THE COURT:  Anything we need to do before we bring the

18   jury back?

19         MR. BRENNER:  Other than say thank you, nothing, Judge.

20         THE COURT:  My pleasure.  I was bragging about my skills

21   on the grill, so I thought I would show them off to you all.  And

22   you all can say you had something that you never had with a

23   judge.  He cooked for us during a trial.  And that will be

24   legendary.

25         (Jury in at 3:38 p.m.)

```
 1            THE COURT:  You may be seated.  I have to ask the
 2     question:  Do I have skills or what?
 3            THE JURY PANEL:  (Thumbs up.)
 4            THE COURT:  Very good.  Well, maybe there will be another
 5     opportunity, so please keep paying attention as well as you have
 6     up to this point.
 7            MR. BRENNER:  May it please the Court.
 8            THE COURT:  Yes, sir.
 9     BY MR. BRENNER:
10     Q.     Okay.  I want to sort of wrap up the time that you were
11     in school as in-person learning.
12            During the time that you were at Rachel Carson between
13     September 2011 and February 2012, did Ms. -- did you make
14     Ms. C____, Mr. T_____, and Ms. F____ aware of the harassment,
15     bullying, and unwanted touching that you were being subjected
16     to?
17     A.     Yes.
18     Q.     In your -- not as a legal matter, but in your --
19            THE COURT:  Perception.
20            MR. BRENNER:  Perception.  Thank you, Judge.  The
21     barbecue.
22     BY MR. BRENNER:
23     Q.     In your perception, did any of those three teachers take
24     adequate steps to protect from you that?
25     A.     No.
```

1    **Q.**    Okay.  By the way, those three teachers you mentioned,

2    how many other teachers did you have?

3    **A.**    I had an English teacher, a Spanish teacher, I had a

4    chorus teacher, a PE teacher.

5    **Q.**    Okay.  Same questions for Ms. ▮▮▮▮▮▮ [sic] and

6    Ms. F▮▮▮▮▮▮.  To each of those, both by what you reported to

7    them and what they were able to observe, were they made aware by

8    you of the extreme bullying, harassment, and physical touching

9    you were being subjected to at Rachel Carson?

10   **A.**    Yes.

11   **Q.**    And, again, from your perception, did either Ms. H▮▮▮▮▮

12   or Ms. F▮▮▮▮▮▮ take adequate steps to protect you?

13   **A.**    They did not.

14   **Q.**    The same question for the assistant principals,

15   Ms. T▮▮▮, Mr. Hutchinson, and Ms. B▮▮▮▮.  Were all those made

16   aware by you directly and through their observations of you --

17   were they aware of the harassment and extreme bullying and

18   unwanted touching you were subjected to in your time at Rachel

19   Carson?

20   **A.**    Yes.

21   **Q.**    To your perception, did any of them take adequate steps

22   to protect you?

23   **A.**    They did not.

24   **Q.**    The last one is Mr. F▮▮▮▮▮.  Either from direct reports

25   by you or for what he observed to you -- observed of you, was he

1    aware of the extreme bullying, harassment, and unwanted physical

2    touching you were being subjected to at Rachel Carson?

3    **A.**    He was aware, yes.

4    **Q.**    And did he take adequate measures to protect you from

5    that activity?

6    **A.**    He did not.

7    **Q.**    Okay.  Let's switch topics.

8          Do you recall -- who is Fabio Zuluaga?

9    **A.**    Fabio Zuluaga was the assistant superintendent and the

10   head of the cluster, I guess.  He was the cluster superintendent

11   of my -- like I guess each school is assigned like a cluster,

12   and he --

13   **Q.**    Superintendent of Fairfax County Public Schools?

14   **A.**    Yeah.  He was the assistant superintendent, I guess you

15   could just best put it.

16   **Q.**    Prior to your leaving in-person learning at Rachel

17   Carson, had you had any contact from Mr. Zuluaga?

18   **A.**    You mean like since September 20- --

19   **Q.**    No.  Prior to February 9th.

20   **A.**    Not in terms of these events.  I did know him when I was

21   younger.

22   **Q.**    Oh, tell us how you knew -- by the way, I think it's

23   Dr. Zuluaga, so I apologize.

24         How did you know Dr. Zuluaga?

25   **A.**    I knew Dr. Zuluaga through -- there was like this program

1    that I did.  It was like the STEM program, which is I think

2    science, technology, engineering, and math.

3         I don't know if it was an extracurricular activity, but

4    it was something that the school district did, and I took part

5    in it, and Dr. Zuluaga was there.  Also, like I just knew him --

6    like I just met him several other times.

7    **Q.**    Okay.  In the time period September 2011 up until you

8    leave in-person learning on February 9th, 2012, did you have any

9    contact with Dr. Zuluaga regarding the conduct you described

10   here today?

11   **A.**    No.

12   **Q.**    After February 9th, did you have occasion to come in

13   contact with Dr. Zuluaga?

14   **A.**    I'm sorry.  Can you repeat that?  I'm sorry.

15   **Q.**    Sure.

16        After February 9th, 2012, did you have an occasion to

17   come in contact with Dr. Zuluaga regarding the conduct that

18   you've been discussing with the jury today?

19   **A.**    I did come into contact with Dr. Zuluaga, yes.

20   **Q.**    And can you tell the jury how that occurred?

21   **A.**    Um, my mom and I talked about how we were going to go

22   speak to -- well, we wanted to speak to the superintendent of

23   the school, of all of Fairfax, which at the time was Dr. Jack

24   Dale, but it's my understanding that he didn't want to or wasn't

25   able, I'm not sure, to meet.  So Dr. Zuluaga was, I guess, who

1    we were told to go meet with, and so we did.

2    Q.    Okay.  Let me stop you there.

3          Did -- did your -- you and your family reach out to

4    Dr. Dale, or did he reach out to you?

5    A.    We reached out to him.

6    Q.    And then when you tried to reach out to Dr. Dale, is it

7    your understanding you were told to meet with Dr. Zuluaga?

8    A.    Yes.

9    Q.    Okay.  Did you, in fact -- what month was this in?

10   A.    This was in February of 2012, I believe.

11   Q.    Okay.  Did you, in fact, meet with him?

12   A.    I did meet with him, yes.

13   Q.    Who was there?

14   A.    My mom, my dad, my brother, me, Dr. Zuluaga, and -- I

15   don't really remember what her role was, but her name was like

16   Jane Dreyfuss or something.

17   Q.    Someone on the Fairfax County School Board side?

18   A.    Yes.

19   Q.    Okay.  What do you recall you guys -- your family

20   communicating to Dr. Zuluaga?

21   A.    At the time, I recall that my mom -- well, I was there

22   talking to him, too, but my mom and I both conveyed that I had

23   been facing sexual harassment, unwanted touching, severe

24   bullying since October of 2011 and that nothing had been done

25   and that I felt so unsafe that I didn't feel like I was able to

1    be in school.

2    Q.     And what did Dr. -- what, if anything, did Dr. Zuluaga

3    do?

4    A.     Dr. Zuluaga said that he was going to go look into it.

5    But when he said he was going to go look into it, he told me

6    that he was going to first talk to Mr. F████████.

7    Q.     And how did that make you feel?

8    A.     It made me feel like we were just back to square one,

9    like I had been trying to talk to Mr. F████████, and Mr. F████████

10   hadn't done anything, so what was the point?  I mean,

11   Dr. Zuluaga got down to my level, I recall, and he said, like,

12   B████, I'm going to go look into it.  You have my promise,

13   but --

14   Q.     What do you mean he got down to your level?

15   A.     I was sitting down in a chair, like the way I am now, and

16   we were at a conference room desk, and he bent down on one knee

17   and he said, B████, I'm going to go like look into this; I'm

18   going to go talk to Mr. F████████.

19          And I just was very -- I wanted to be hopeful, but I

20   didn't feel very hopeful about it.

21          And he also proposed some solutions that didn't seem like

22   solutions to me.

23   Q.     Tell -- tell the jury what -- by the way, is this

24   meeting -- is this in February?

25   A.     This is in February, yes.

1    Q.    Tell the jury what solutions Dr. Zuluaga proposed at that

2    meeting.

3    A.    Dr. Zuluaga was trying to propose that I just go to two

4    different middle schools.  I believe it was Cooper and

5    Longfellow, and it just seemed like he wanted to just get me

6    into a new school as quick as he could, basically.  And I recall

7    distinctly that my mom said to him, like, I'm more concerned

8    about her safety, like generally speaking right now.  It's not

9    about the school.

10          Also, like I was not doing well emotionally, and, like,

11   nothing was being done.  Like, I don't know why I wasn't allowed

12   to be at Rachel Carson.  That was the school I was assigned to.

13   I should have been able to be there.

14   Q.    Were you -- let me just make sure I understand.  Were

15   you -- at that point, were you hopeful that there would be

16   changes made at Rachel Carson so you could go back there as

17   opposed to another school?

18   A.    Absolutely.  I wanted to go back to the school that I was

19   used to, the school that was close to my house.  I felt like it

20   was my right to feel safe at school.

21   Q.    Okay.  Okay.  Let's talk briefly about the Jenni Taylor

22   messages.

23   A.    Yes.

24   Q.    Okay.  First of all, Jenni -- the Jenni Taylor messages

25   that the jury was shown, which were between someone named -- or

1    alias named Jenni Taylor and Mr. K█, when did those occur?

2    **A.**    I believe those occurred in the end of February 2012.

3    **Q.**    Okay.  And you were the person behind the Jenni Taylor

4    alias?

5    **A.**    I'm not proud to say, but yes, I was.

6    **Q.**    Okay.  And the messages -- as far as you know, the

7    messages that were shown to the jury, the Jenni Taylor messages,

8    all -- at least half of them are all from you, correct?

9    **A.**    Yes, I believe so, yes, the Jenni Taylor account, yes.

10   **Q.**    Was -- was Mr. K█ the only person that you tried to

11   message from Jenni Taylor?

12   **A.**    No, he was not the only person that I messaged, actually.

13   **Q.**    Okay.  So is he the first person you messaged?

14   **A.**    He was not the first person I messaged.

15   **Q.**    Okay.  Who was the first person you messaged?

16   **A.**    The first person that I actually messaged was C█████,

17   my perpetrator, the one who had been abusing me.

18   **Q.**    And why did you do that?

19   **A.**    I reached out to C█████ because I was trying to get

20   him to confess to what he was doing to me.

21   **Q.**    Okay.  And did that work?

22   **A.**    It did not work, and I was not good at it, and he figured

23   out it was me.

24   **Q.**    Okay.  And was there anyone else other than C█████ and

25   Mr. K█ that you sent messages from Jenni Taylor?

1    **A.**    Those are the only two that I recall.

2    **Q.**    Can you tell the jury again in your words, what were

3    you -- what was your plan or what was your purpose in sending

4    those messages to Mr. K███?

5    **A.**    So, this was like really hard for me to talk about and

6    really embarrassing, actually, but -- it sounds insane, but I

7    got really scared, so when I tried to reach out to C██████,

8    I -- he realized that it was me, and I was worried that he was

9    going to harm me or harm my family, so then I thought to myself

10   in that moment, like, what would be my second, I guess,

11   alternative in that moment of what I could do.

12        And it's embarrassing, but it was my cry for help that I

13   basically then reached out to C██████ because I knew that

14   C██████ had been going to the school and talking about some

15   of the things that he observed.  And my hope was that he would

16   show those messages to the administrators because I wanted them

17   to believe me that something was going on, and I know it wasn't

18   smart, but, yeah.

19   **Q.**    You said those messages took place at the end of

20   February, 2012?

21   **A.**    Yes.

22   **Q.**    Okay.  How long after those messages did you acknowledge

23   that that -- that Jenni Taylor was you?

24   **A.**    A few days later, maybe.

25   **Q.**    Okay.  Now, the jury saw two other message chats or

1  strings with C████████.  One, I think, was under the name High

2  School Freshman?

3  **A.**    Okay.

4  **Q.**    Was that you?

5  **A.**    No.

6  **Q.**    Okay.  The other was under a name -- I think it's

7  Adrianna Capsulo, was that you?

8  **A.**    No.

9  **Q.**    But Jenni Taylor was?

10  **A.**    That was me, but the reason I started Jenni Taylor, too,

11  that was not an original idea that I came up.

12  **Q.**    Well, explain that.  What do you mean the -- it was not

13  an original -- what wasn't an original idea?

14  **A.**    There had been cyberbullying of this sort in very similar

15  for months going on, and nothing had been done about it.  And I

16  just decided maybe if I did it this time, that I would be

17  believed.  I thought maybe they would believe C████████.  By

18  "they," I mean the administrators more than me.  And keep in

19  mind that the threats that C████████ said that he was going to

20  kill me, kill my family were in my head as I was doing this.

21  And the language that I used in those messages was repeating a

22  lot of the abuse that I went through.

23  **Q.**    So let me -- let me ask you this:  You had talked about,

24  again, just generally, back in the earlier part of the year,

25  that the kinds of cyberbullying, not necessarily directed at you

1    but just in general that was going around Rachel Carson, do you

2    recall that?

3    **A.**    Yes.

4    **Q.**    Was one of the types of cyberbullying that was going

5    around creating fake alias accounts and messaging?

6    **A.**    Yes, it was.  And I reported that.

7    **Q.**    Okay.  So when you said this wasn't an original idea, is

8    that what you mean it wasn't an original idea?

9    **A.**    That's exactly what I mean, yes.

10   **Q.**    Okay.  All right.  So let me -- let me move on to the

11   latter part of February and maybe even into early March.  Does

12   there come a time -- does there come a time where you tell your

13   mother about the assaults by C█████████?

14   **A.**    Yes, there is a time in February I tell them all about

15   it.

16   **Q.**    Okay.  At this point, you -- you're -- are you at home,

17   meaning you're out of school and at home?

18   **A.**    Yes, I had been home for a few weeks now.

19   **Q.**    Okay.  Can you just share with the jury, and your

20   mother -- your mother talked about it a little bit, but I

21   want -- I want the jury to hear your perspective, of how your

22   mom came to learn about the assaults.

23   **A.**    Um, one day my mom and I were drinking, like I think it

24   was a smoothie, and my mom wanted to have a taste of my

25   smoothie.  It was a different flavor.  And my mom went to like,

1    I guess, just grab the cup or whatever, and I got really upset

2    when she did, and I just told her that I didn't want her to have

3    a sip from it.

4         And she asked me why, and I -- I told my mom that I was

5    dirty, and that I didn't want her to get dirty from me,

6    basically, because I felt that what they -- what he did to me

7    made me dirty, and I didn't want her to -- her to have that.

8    **Q.**    Okay.  Now, I want to fast-forward about -- are you okay?

9    **A.**    Yeah, I'm good.

10    **Q.**    I want to fast-forward about a week.  Did you -- did

11    you -- was there an occasion where you went to get an

12    examination?

13    **A.**    Yes.

14    **Q.**    Okay.  Where was that at?

15    **A.**    It was at this place called Child Health.

16        MR. BRENNER:  May I approach, Your Honor?

17        THE COURT:  You may.

18        Counselor, approach.

19        (Sidebar.)

20        THE COURT:  I think I know where you're going, but I want

21    to be sure.  Are we going to be posting any photographs?  Because

22    I want to make the public aware.

23        MR. BRENNER:  Let me tell you what I'm going to do; I'm

24    going to have her identify the report and where the exam took

25    place.  I'm going to move the report in.  The only thing I'm

1    showing from the report right now is just a picture, but it's

2    just a photograph of her face.  It's not -- it's not graphic

3    or -- it's just a picture.

4        MS. REWARI:  We will just object to the report coming in

5    without the witness who prepared the report.  She's on the

6    witness list.  As we discussed with the mom's testimony the other

7    day, that we're concerned that the report comes in, it can't be

8    interpreted without someone explaining it.  It's a medical record

9    that requires explanation.

10        MR. BRENNER:  Your Honor --

11        MS. REWARI:  She's --

12        MR. BRENNER:  I'm sorry.

13        MS. REWARI:  She can testify certainly about the

14    experience.  What we were told on sidebar on Monday was that she

15    was disassociated from the incident, so she can't really relay

16    it.  But if she's able to relay it, she can talk about it.  But

17    our objection is it's a report that -- there's a witness on our

18    list, and she's on their list.

19        THE COURT:  Who conducted the report?

20        MS. REWARI:  Ms. Burkhart, and she's both on our list and

21    their list.

22        THE COURT:  Let me ask a quick question.  Is there any

23    intention on the part of either of the parties to actually call

24    her to the stand?

25        MR. BRENNER:  We -- we probably will not, but I will point

1    out because it's important that this exhibit is on our exhibit

2    list.  It's never been objected to.

3           MS. REWARI:  Yes, because there was a witness for it.

4           THE COURT:  All right.  Let's do this.  She can testify

5    that she had an examination done.  She can testify that it was

6    done by a particular doctor, and that will leave open the

7    possibility of it coming in through one way or another.

8           But for foundational purposes, I'm assuming.  I don't know

9    this -- I haven't read the report -- if there's hearsay in there,

10   all kinds of things that we could be concerned about just from my

11   standpoint.

12          MR. BRENNER:  Your Honor, just to make my record.  Hearsay

13   objections are objections.  They didn't make them.  Your Honor

14   has a scheduling order in place, has exhibit objections in place.

15   They did not object to this exhibit.  So to the extent there are

16   hearsay objections, they don't have one.  They did not object to

17   this document.

18          And it's prejudicial to us to come and say, Now we want to

19   object because we built our case around the idea.

20          And, also, Your Honor, in fairness, in the pretrial

21   conference you said the reports coming in -- and you actually

22   said Burkhart is probably not going to testify, which is how we

23   planned our case.  So we need to get the report in.  I want to

24   put it in.

25          She's not going to talk about anything in the report.

1    She's going to talk about her experience of going through the

2    exam, and then she's going -- I'll show -- it's literally just a

3    photograph of her.  If you don't want me to show that photograph,

4    I'm okay with that, but --

5         THE COURT:  Again, if you were to suggest -- and, again,

6    I'm not saying that you should do this -- if you were to suggest

7    that you want to show the photograph of her private area --

8         MR. BRENNER:  No, no.

9         THE COURT:  Okay.

10        MR. BRENNER:  It's her face.  They took a picture of her

11   at the exam.

12        THE COURT:  Is your objection to -- is there any objection

13   to her face coming in?

14        MS. REWARI:  Not the photograph of her face.

15        THE COURT:  Okay.

16        MS. REWARI:  The report, we're objecting to the report.

17        THE COURT:  Okay.  Okay.  What I'm going to do is this:

18   I'm going to allow her to testify that she had the exam.  I'm

19   going to allow him to elicit testimony, Was this your experience,

20   what was the face you had when you had this -- when this

21   examination was done.

22        You can get the -- a picture of her, which I'm assuming

23   shows that she's unhappy, and then we can address the

24   Ms. Burckhart thing later.  But the report won't come in right

25   now.

 1          MR. BRENNER:  Okay.  Just -- I understand.  Just -- when

 2     you say we'll address it later, I'll lay the foundation now and

 3     Your Honor can make the ruling.

 4          MR. BRENNER:  Yes.

 5          THE COURT:  And I don't have to call her back.  I don't

 6     want to go through this again.

 7          THE COURT:  No.  No, no, no.  You don't have to lay the

 8     foundation again.  You can ask her questions which will generally

 9     get to the point of what she can testify to.

10          Yes, I had an exam.  I was not comfortable doing the exam.

11     Here's a picture of me while I was in the process of the exam,

12     and it was done on such-and-such a date.

13          MR. BRENNER:  Okay.

14          THE COURT:  Okay.

15          MR. BRENNER:  And then we'll argue the admission of the

16     document.

17          THE COURT:  At a later time after, I hope, supplemental

18     information evidence is placed in the record.  I think there may

19     be another way that you can get it in, but, again, I'm not going

20     to say it.

21          THE COURT:  Okay.

22          MR. BRENNER:  Okay.

23          (Sidebar discussion concluded.)

24     BY MR. BRENNER:

25     Q.    Okay.  Do you have Exhibit 581 in front of you?

1    **A.**    Yes.

2    **Q.**    Did you, in fact, go for an examination -- what's the

3    date of that document?

4    **A.**    Um --

5    **Q.**    Or does it say the date of the examination?

6    **A.**    It says, "March 5th, 2012, at 6:00 p.m."

7    **Q.**    Okay.  Do you -- just -- I'm going to -- follow my

8    questions narrowly.  Okay?

9    **A.**    Okay.

10   **Q.**    Did you, in fact -- do you recall going for an

11   examination at that facility on or about March 5th?

12   **A.**    I do.

13   **Q.**    Okay.  And was anyone from your family with you?

14   **A.**    My mom was present with me.

15   **Q.**    Okay.  And did you, in fact, undergo an examination?

16   **A.**    I did.

17         MR. BRENNER:  And, Your Honor, may I just publish the one

18   part that we discussed at sidebar?

19         THE COURT:  Yes.

20   BY MR. BRENNER:

21   **Q.**    Okay.  Is that a picture of you -- well, is that a

22   picture of you at the time of the examination?

23   **A.**    Yes.

24   **Q.**    Is that before or after the examination?

25   **A.**    I don't remember.

1  **Q.**    Okay.  You can take that down, please.

2        Do you recall going through this examination?

3  **A.**    I do.

4  **Q.**    Was -- you said your mom was with you there.  Did you --

5  was she in the examination room with you?

6  **A.**    Yes, my mom was with me.

7  **Q.**    Are you able to talk about this or do you want me to move

8  on?

9  **A.**    I can talk.

10  **Q.**    Okay.  Can you tell the jury what you recall about the

11  examination?

12  **A.**    I recall that my mom was laying herself on top of me, on

13  my stomach, so that I couldn't see what was going on.  I

14  remember that my mom was telling me that it was going to be

15  okay, that everything is going to be okay.  I was crying.  I was

16  really upset.  I was really scared.

17        There were a lot of lights.  It was very bright.  I

18  didn't really look down.  I only could see my mom's head.  I was

19  looking at the ceiling of the room and I just wanted it to end.

20  It was so invasive and -- it was just so terrible, and just -- I

21  would have -- and then I just felt myself being poked and

22  prodded and it just felt really upsetting.

23  **Q.**    Okay.  I want to talk -- at this time --

24  **A.**    I'm sorry.  {Witness crying.}

25        THE COURT:  Ladies and gentlemen, let's take a stretch

```
 1   break.

 2           (Brief pause in proceedings.)

 3   BY MR. BRENNER:

 4   Q.     Okay.  B███, let's change topics.

 5           I want to talk a little bit about your experience while

 6   on homebound.  Okay?

 7           First of all, how long did you remain on homebound,

 8   meaning at Fairfax County Rachel Carson Middle School but not in

 9   in-person learning?

10   A.     I was on homebound instruction, I think, from February or

11   March of 2012 until, I think, March of 2013.

12   Q.     First, if you could help the jury understand the basics

13   of homebound.

14           How many times -- first, did teachers come to your home?

15   A.     Yes.

16   Q.     How many days a week would a teacher come to your home?

17   A.     If I recall correctly, maybe like two or three times a

18   week.

19   Q.     Okay.  And how many hours would they -- was it one

20   teacher or more than one teacher?

21   A.     I had more than one teacher.

22   Q.     But the total would be two or three times a week?

23   A.     I think it was about maybe two times a week for each,

24   like, subject.  Each teacher that I had, classes were divided up

25   between them.  I think one of them was math and science, and the
```

1  other one was history and English.

2  Q.    How many hours would the teachers be there when they were

3  there the two times a week?

4  A.    I'm not 100 percent sure, but I think it was about like

5  three hours.

6  Q.    Okay.  And they would come to your home?

7  A.    Yes.

8  Q.    How did you get assignments?

9  A.    When I first started on home instruction, my mom would go

10  to the school and pick up assignments, my mom or dad would go to

11  the school and pick up assignments for me.

12  Q.    Did there come a time when that changed?

13  A.    Yes.

14  Q.    Tell the jury about that.

15  A.    My parents were told that they were no longer allowed to

16  come to the school and --

17        MS. REWARI:  Objection.

18        THE COURT:  Sustained.

19        THE WITNESS:  -- and I heard that myself.

20        MR. BRENNER:  Your Honor, may we approach?

21        THE COURT:  If she heard it herself, then that's fine.

22  BY MR. BRENNER:

23  Q.    Did you hear that yourself?

24  A.    Yes.

25  Q.    And what did the school tell your parents?

1   **A.**     They said that they weren't allowed to come to the school

2   and pick up my homework, and also that my homebound instruction

3   teachers told me that they couldn't spend as much time with me

4   because they would have to come from the other side of the

5   county, and then they would go and pick up, like, the school

6   work from the school, so --

7   **Q.**     So the time that they had to spend picking up the

8   assignments because your folks weren't allowed to, that

9   countered against your teacher time?

10  **A.**     Yes.

11  **Q.**     Okay.  How did you do academically while on homebound?

12  How was that experience?

13  **A.**     I did better.

14  **Q.**     Okay.  Were you -- were you able to go on any of the

15  school field trips that the other kids went on?

16  **A.**     No, I wasn't allowed to.

17  **Q.**     Were you able to participate in any extracurricular

18  activities?

19  **A.**     No, I was not allowed to.

20  **Q.**     Was there -- did you ever have a -- an incident where you

21  were accused by the school of cheating?

22  **A.**     Yes, I did.

23  **Q.**     Tell the jury about that.

24  **A.**     It was with one of my teachers, my homebound teachers,

25  and I believe it was maybe an English assignment that I was

```
1   doing, and -- or history.  I'm not 100 percent sure which one it

2   was.  And basically I had done the assignment right next to my

3   teacher, my homebound instruction teacher, and he told me that I

4   was being accused of cheating.

5        MS. REWARI:  Objection, hearsay.

6        THE COURT:  Goes to her state of mind.  She can respond.

7   BY MR. BRENNER:

8   Q.    The homebound teacher told you that who was accusing you

9   of cheating?

10  A.    Mr. Hutchinson had accused me of cheating and that he was

11  upset -- my homebound teacher was really upset by that because

12  he saw me do it by myself.

13  Q.    Was Mr. Hutchinson the person at Rachel Carson who was in

14  charge of your homebound experience?

15  A.    Yes.

16  Q.    Were you able to keep up your friendships with the kids

17  that were still in the school?

18  A.    Not really.

19  Q.    And why is that?

20  A.    I lost a lot of friends from like the bullying and the

21  sexual harassment, the rumors, and I just lost friends over a

22  lot of that.  But, also, I had some friends tell me that --

23       THE COURT:  Hold on.  Hold it.  That would be hearsay.

24  She was getting ready to tell us what some friends had told her.

25       MR. BRENNER:  Okay.
```

```
 1    BY MR. BRENNER:

 2    Q.     So I think you said that you were on homebound learning

 3    for about a year until March 2013?

 4    A.     Yes.

 5    Q.     Okay.  So I want to walk through with you sort of your

 6    educational journey from that point forward.  Okay?

 7    A.     Okay.

 8    Q.     What happened -- where did you start going to school in

 9    March of 2013 or around then?

10    A.     I started attending -- I attended a school in upstate New

11    York.

12    Q.     What was the name of that school?

13    A.     It was called the school {indiscernible} Boarding School.

14    Q.     And when you went there, where was your family living?

15    A.     My family was still in Virginia.

16    Q.     And how long did they stay in Virginia after you started

17    boarding school?

18    A.     They stayed there probably until the end of the school

19    year, so I started there in March, and I think it ended in like

20    May or June.  So around that time I believe my family moved from

21    this area to the New York area.

22    Q.     And did you then move back in with them?

23    A.     I did, yes.

24    Q.     Okay.  And did you start attending school in New York?

25    A.     Yes, I attended a local public school in New York.
```

1    **Q.**    And what was that school called?

2    **A.**    It was called Great Neck South High School in Great Neck,

3    Long Island.

4    **Q.**    And can you tell the jury your experience at Great Neck

5    Public High School?

6    **A.**    Um, I had a hard time at Great Neck because it was a big

7    school.  It was my first time back in public school since what

8    happened to me in the 7th grade occurred, and I really struggled

9    to acclimate, but overall, I had a positive experience with my

10   teachers and the staff there.

11   **Q.**    Did you require any special accommodations there?

12   **A.**    Yes.  I did require -- I had an IEP --

13   **Q.**    What's an IEP?

14   **A.**    An individualize education plan, I believe it stands for.

15   **Q.**    Okay.

16   **A.**    I needed accommodations because of my condition, and I

17   needed extra time on exams.  I needed sometimes extra time on

18   assignments.  I couldn't take exams in classrooms that had a

19   large -- not a large but a typical classroom size; like it had

20   to be in a small setting with one teacher to proctor the exam.

21   There were a variety of other accommodations that I needed while

22   there.

23   **Q.**    At this point, was it your understanding that you had

24   been diagnosed with any conditions?

25   **A.**    Yes, I had been.

1  **Q.**      And what was that?

2  **A.**      I had been diagnosed with Bushmen Stress Disorder.

3           MS. REWARI:  Objection, Your Honor.

4           THE COURT:  She can say what she understands to be her

5  diagnosis.  Overruled.

6  BY MR. BRENNER:

7  **Q.**      You can answer again.  What's your understanding of what

8  you had been diagnosed with?

9  **A.**      My understanding is that I was diagnosed with

10 post-traumatic stress disorder and major depression disorder.

11 **Q.**      Do you know when the first time was when you were

12 diagnosed with post-traumatic stress disorder or PTSD?

13 **A.**      I think it was in March or April of 2012.

14 **Q.**      Right after you left Rachel Carson?

15 **A.**      Yes.

16 **Q.**      Okay.  So what grade -- what grade or grades did you do

17 in Great Neck?

18 **A.**      I did freshman and 8th year at Great Neck.

19 **Q.**      Where did you go next?

20 **A.**      I then transferred to a smaller school.  It was very

21 overwhelming.  I went to an all-girls Catholic high school.

22 **Q.**      Okay.  Boarding school or day school?

23 **A.**      It was a day school.

24 **Q.**      Okay.  And what area of -- where was that?

25 **A.**      This was in New England, New Jersey.

1  **Q.**    Were you living with your folks?

2  **A.**    I was living with my family, yes.

3  **Q.**    Okay.  By the way, in Great Neck, how did you get to

4  school?

5  **A.**    My mom drove me.  I was too scared to take the bus every

6  day.

7  **Q.**    What about at Holy Angels, how did he get there?

8  **A.**    My mom or dad drove me every day.

9  **Q.**    How far was that from home?

10  **A.**    It was about 25 minutes from my house.

11  **Q.**    Okay.

12  **A.**    Each way.

13  **Q.**    Okay.  Tell the jury just briefly what was your

14  experience like at Holy -- at Holy Angels?

15  **A.**    Um, I had an overall positive experience.  I really liked

16  all of my teachers.  I had a very close relationship with my

17  dean or the dean at the school.  They were very supportive of

18  me, but I still, like, required a lot of my accommodations, and

19  I struggled a lot.

20  **Q.**    What was the size of that school, like, per class size,

21  not your individual math class, but per grade?

22  **A.**    I think it had a little bit over maybe 150, maybe a

23  little more than that.

24  **Q.**    How long did you stay at Holy Angels?

25  **A.**    I stayed there my 10th grade year probably until -- I

```
 1    would say around the middle of my junior year of high school.

 2    Q.    And why did you leave Holy Angels?

 3    A.    I had to leave because I had a deterioration of my PTSD,

 4    and I also developed an eating disorder.

 5    Q.    And what was that eating disorder?

 6    A.    I developed anorexia.

 7    Q.    Did you receive treatment for your anorexia?

 8    A.    I did.  I spent a month in the hospital, in-person.

 9    Q.    Was it private or a general hospital?

10    A.    It was a hospital specifically for eating disorders.

11    Q.    And you lived there for a month?

12    A.    Yes, I was there 24/7 for a month.

13    Q.    Okay.  Where did you next go to school?

14    A.    I -- during this time, when I had to leave school because

15    of my eating disorder and deterioration of my condition, the

16    PTSD, I finished the rest of my high school education with my

17    local high school on home instruction.

18    Q.    So, after Holy Angels, as far as your -- through high

19    school, you -- you were on homebound learning until you

20    graduated?

21    A.    That's correct, yes.

22    Q.    Okay.  And was -- how did that contrast with your

23    experience at Rachel Carson?  How was your experience with home

24    instruction -- what was the local high school?

25    A.    It was Fort Lee High School.
```

1    **Q.**    And what was your home instruction at Fort Lee High

2    School?

3    **A.**    I'm sorry.  Could you repeat that question?

4    **Q.**    Sure.

5         How was your experience with home instruction at Fort Lee

6    High School?

7    **A.**    I had a -- I felt very supported.  The school system was

8    very supportive of me and accommodating to the needs that I had

9    from the at-home instruction teachers.  I was hospitalized

10   during that point, so they really helped work around what I

11   needed, my schedule there.  There was no resistance.  I had no

12   issues.  I don't have any complaints.

13   **Q.**    Did you graduate?

14   **A.**    I did graduate, yes.

15   **Q.**    Did you apply for college?

16   **A.**    I did apply for college, yes.

17   **Q.**    Do you remember where you applied to?

18   **A.**    Um, I applied to a city college in New York City.

19   **Q.**    Where were you and your folks living at the time?

20   **A.**    We were living in Northern New Jersey.

21   **Q.**    Is that in proximity to New York City?  How close is

22   that?

23   **A.**    Mileage-wise, very close, but the actual time it takes to

24   get into the city, 30, 45 minutes.

25   **Q.**    Okay.  Did you get accepted at any colleges?

1    **A.**    I did, yes.

2    **Q.**    Okay.  And did you attend college?

3    **A.**    I did attend college.

4    **Q.**    And where is the -- where did you first start attending

5    college?

6    **A.**    I attended college at John Jay College of Criminal

7    Justice.

8    **Q.**    And did you -- I know it was your freshman year, did you

9    have to select a major?

10   **A.**    I -- I don't really recall off the top of my head.  It's

11   possible I did.  I'm not a hundred percent sure.

12   **Q.**    Okay.  Did you finish your freshman year?

13   **A.**    I did, yes.

14   **Q.**    And what did you do after your freshman year?

15   **A.**    Um, I applied to transfer colleges.

16   **Q.**    Okay.  Where did you apply to transfer to?

17   **A.**    I applied to transfer to Columbia University.

18   **Q.**    Did you get accepted to Columbia University?

19   **A.**    The first time I applied, no, I did not.

20   **Q.**    During that first summer, after your freshman year at

21   John Jay, what did you do?

22   **A.**    I had an internship.

23   **Q.**    And where was that at?

24   **A.**    At PWC.

25   **Q.**    And how long did that last?

1    **A.**    It lasted, I don't know, maybe from May or June until

2    August.

3    **Q.**    And how were you able to -- were you able to do your work

4    there or were you able -- how was that experience?

5    **A.**    It was hard, but I think it was -- it was okay.  I ended

6    up spending a few days in the hospital.

7    **Q.**    For what?

8    **A.**    I had -- had some sort of episode, and I'm unsure if it

9    was a seizure or some -- something happened to me, and I

10    required taking some time off for that during that summer.  It

11    was difficult, but I enjoyed working.

12    **Q.**    Did you ultimately get your wish of getting accepted to

13    Columbia University?

14    **A.**    I did, yes.

15    **Q.**    And did you start at Columbia University?

16    **A.**    I did, yes.

17    **Q.**    And when was that?

18    **A.**    It was I believe January of 2018.

19    **Q.**    Okay.  How long did you go to Columbia at that time?

20    **A.**    I spent a semester at Columbia and entirely crashed and

21    burned, and I then had to take a year of leave of absence after

22    that.

23    **Q.**    Okay.  So, first of all, when you were at Columbia, where

24    were you living?

25    **A.**    My first semester I was living in an apartment that

1    technically was owned by Columbia University, but it was on

2    campus.

3    **Q.**    Were you living with someone or alone?

4    **A.**    I was living with two roommates at the time.

5    **Q.**    And your folks were still on the other side of the river?

6    **A.**    Yes, they were.

7    **Q.**    Did they ever move to New York?

8    **A.**    They did eventually in --

9    **Q.**    Not at that point?

10   **A.**    Not at that point, but it was after I came back from my

11   leave of absence.

12   **Q.**    Okay.  Let's take it --

13   **A.**    Sorry.

14   **Q.**    No, that's okay.  It's my problem.

15           You did one semester at Columbia; I guess it's the winter

16   semester, January to May?

17   **A.**    Yes.

18   **Q.**    Okay.  And then you said you crashed and burned.  What

19   did you mean by that?

20   **A.**    I struggled my first semester at Columbia immensely.  I

21   could not focus.  I struggled with the work.  I struggled with

22   sleep issues because of my condition, PTSD, so I felt sleep

23   deprived always.  And that was becoming even further

24   exacerbated.  I was having really bad nightmares and flashbacks,

25   and I wasn't eating.

1        I also just was afraid to do basically anything and

2    everything, so leaving my apartment was very scary for me.  I

3    struggled to sleep alone at night, so I would barricade my door

4    literally with chairs.  Going to class was hard.  I just had a

5    lot of flashbacks of things that I went through, and I just

6    really struggled my first semester there.

7    **Q.**    And what did you do after that first semester?

8    **A.**    I needed help, and I went to a residential treatment

9    facility.

10   **Q.**    And what's the name of that facility?

11   **A.**    It was called -- it's called Sabino Recovery.  It was in

12   Tucson, Arizona.

13   **Q.**    And how long were you in is Sabino?

14   **A.**    Um, I was there twice.  So, the first time I was there, I

15   believe was from August of 2018 until I think the end of

16   September or early October 2018.

17   **Q.**    Okay.  Then did you -- what did you do when you left

18   Sabino the first time?

19   **A.**    I went back home, and then I was supposed to keep going

20   to, like, my intensive therapy; like I had a therapist and other

21   treatment modalities that I was supposed to be doing, but it was

22   not a high enough level of care that I needed, and so I had to

23   go back to Sabino Recovery for a second time.

24   **Q.**    So the second Sabino -- I'm trying to follow it calendar

25   wise.  Was it 60 days?

1    **A.**     I think it was closer to about six weeks.

2    **Q.**     Okay.  And then when you came out of Sabino for the first

3    time, where do you go then?

4    **A.**     I'm living back with my parents.

5    **Q.**     Okay.  And then how long were you living with your

6    parents -- when you were living with your parents -- and we'll

7    go through your therapy in a little bit, but you said you were

8    going through therapy but not on an in-person basis at that

9    point?

10    **A.**     Um, you mean in-between?

11    **Q.**     Correct, in-between.

12    **A.**     Yes.  It wasn't like residential; it was like a session

13    with my therapist.

14    **Q.**     Okay.  And then when did you go back to Sabino?

15    **A.**     I went back to Sabino, I believe it was in December of

16    2018.

17    **Q.**     Okay.  And how long did you stay that time?

18    **A.**     So I think I stayed in a residential treatment center.

19    Residential treatment just means like you stay there all day,

20    all night, for about a month.  And then in January I stepped

21    down to do an intensive outpatient program there.

22    **Q.**     In Arizona?

23    **A.**     In Arizona, yes.

24    **Q.**     So, who did you live with when you were outpatient there?

25    **A.**     I lived by myself.

1    **Q.**    Okay.  Near Sabino?

2    **A.**    Yes, near Sabino.

3    **Q.**    And how long did you do the step-down or the outpatient

4    part in Sabino?

5    **A.**    For about -- I want to say about a month, but I really

6    struggled to be without my parents.

7    **Q.**    What happened next?

8    **A.**    I then continued -- like I got home to New York and I

9    continued doing therapy, and then -- yeah, I continued my

10   therapy.

11   **Q.**    Were your parents in New York or New Jersey at that time?

12   **A.**    At this time they were still in New Jersey, I should say,

13   but getting ready to move to New York.

14   **Q.**    When you came back, though, to where they were in New

15   York or New Jersey, you were living with your folks?

16   **A.**    Yes.

17   **Q.**    Okay.  How long -- did there come a time when you went

18   back to Columbia?

19   **A.**    Yes, there was a time when I went back to Columbia.  It

20   was -- I'm sorry, what was the question?

21   **Q.**    Did there come a time when you started back at Columbia?

22          Let me go back.  When you left Columbia the first time

23   in, I guess, May of 2018, did you drop out?  Did you get a leave

24   or -- what was the arrangement with Columbia?

25   **A.**    Per the advice of my academic dean, I took a medical

1    leave of absence.

2    **Q.**    And did there come a time when you went back to Columbia,

3    meaning the leave was over and you started up again as a

4    student?

5    **A.**    Yes.  So I took technically two semesters of medical

6    leave, and then I started back up with one class I took, and I

7    think it was summer of 2019.

8    **Q.**    Okay.  And then did you start back full-time in the fall?

9    **A.**    I think -- yes, I did start back full-time, if my

10   recollection serves me, yes, in the fall.

11   **Q.**    Okay.  And as we all know, COVID hit, what, the next

12   semester?

13   **A.**    Yes.

14   **Q.**    When COVID hit, were you still at Columbia?

15   **A.**    I still was at Columbia, yes.

16   **Q.**    Okay.  Did you -- tell the jury what Columbia did when --

17   was it inside class, outside class?

18   **A.**    What they did was all classes went remote, and then they

19   were on Zoom, and then everything was entirely remote.

20   **Q.**    Did you stay on remote learning -- well, did you graduate

21   Columbia?

22   **A.**    I did, thanks to the pandemic, yes.

23   **Q.**    What year did you graduate?

24   **A.**    I graduated May of 2021, I believe it was.

25   **Q.**    Okay.  From the time COVID hit until then, you were

1    always on, I guess -- they were doing remote learning?

2    **A.**    Yes.  I was always doing remote learning at that time,

3    and I specifically that summer took all online classes because I

4    was afraid that they would go back in person, and I had a lot of

5    difficulty being in person, and just even getting to my classes

6    was a challenging thing for me.

7    **Q.**    Were you living with your family in New York at that

8    time?

9    **A.**    No, I was living maybe 10, 15 minutes away from school in

10   New York City, and I was struggling to get to school.

11   **Q.**    And what was your degree?  What was your degree?

12   **A.**    I got a degree in sociology.

13   **Q.**    Okay.  You told us about an internship that you had at

14   PWC.  Did you have any other internships while you were at

15   school or during this time period?

16   **A.**    During college, I think they technically were work study

17   jobs I held over the summer, but I did some work study jobs at

18   the Columbia Law Review and at the Columbia Law School.

19   **Q.**    Okay.  Did you ever have an opportunity to work at a law

20   firm?

21   **A.**    I did, yes.

22   **Q.**    And what's the name of that law firm?

23   **A.**    I briefly worked at Sidley Austin.

24   **Q.**    When was that?

25   **A.**    It was after I graduated from college.  I think it was

 1  maybe August or September of 2021.

 2  **Q.**    And how long were you able to hold that job?

 3  **A.**    Until maybe April, March or April.

 4  **Q.**    So from the -- what was the beginning date?

 5  **A.**    September or August 2021 until March or April of 2022, so

 6  a few months.

 7  **Q.**    Okay.  Why were -- how did you leave that employment?

 8  **A.**    I unfortunately had to resign from the job.  It was part

 9  of a specialized program for -- like students who graduated and

10  had an interest in the legal profession, and I had to leave it

11  because of things like getting to work, taking mass

12  transportation, just -- again, my sleep deprivation, my anxiety,

13  my hypervigilance, or just constantly feeling on guard when I

14  was there.

15      I was working in an office that only had fluorescent

16  lighting, and I really struggled to be in the office, and it was

17  just a really stressful job that just triggered my condition.

18  **Q.**    Have you been -- since that time, have you been able to

19  hold any full-time employment?

20  **A.**    No.

21      MR. BRENNER:  May we approach for one second, Your Honor?

22      (Following sidebar discussion had on the record:)

23      MR. BRENNER:  I would say I have about an hour, so this is

24  a good breaking point.  I was trying to see if I could do a

25  section and finish, and it's not --

```
 1        THE COURT:  You say best-case scenario, you have about an

 2   hour.

 3        MR. BRENNER:  Best-case scenario; worst case is 90

 4   minutes.

 5        THE COURT:  All right.  Let's go ahead.  It's -- by the

 6   time I instruct the jury, it will be 4:45, I guess, so let's go

 7   ahead and break for the day.  I said between 4:30 and 5:00, so

 8   it's probably a good point.

 9        (Sidebar discussion concluded.)

10        THE COURT:  Ladies and gentlemen of the jury, we do the

11   best we can to try to maintain our time, and Mr. Brenner has

12   indicated that it's probably a good time to break, which will

13   allow us to conclude for today between 4:30 and 5:00.  So we're

14   going to go ahead and break for today.

15        Keep everything in mind.  Do not discuss the case with

16   anyone.  I'll also reiterate, stay away from social media.  Stay

17   away from the like.  We need you to base the case on the evidence

18   that I allow in the courtroom.

19        I'm going to take another chance.  Can you be here by 9:00

20   tomorrow and we'll try to go again between 4:00 and 5:00?

21   Basically, under these circumstances, we are going to have a

22   couple more breaks during the course of the week.  On Wednesday I

23   have to take up another docket that I have to do, so you get a

24   bit of a break.  Depending on how we do on Tuesday, I might have

25   you come back on 12:00 on Wednesday instead of waiting for me to
```

```
 1   finish the docket that I have to do.  I'm always working.  I have
 2   to make sure I'm taking care of everybody else that I have a
 3   responsibility to.
 4        Enjoy the rest of your evening.  I hear it's pretty nice
 5   outside.  Take advantage, get some fresh air, take a walk, but,
 6   again, stay away from the news.  All right.  We'll see you
 7   tomorrow morning.
 8        (Jury out at 4:36 p.m.)
 9        THE COURT:  All right.  You may be seated.
10        MR. BRENNER:  May I have the witness step down?
11        THE COURT:  Yes, you can step down, ma'am.  I'm sorry.
12        Mr. Brenner, I appreciate your estimation as to where you
13   are.  You say it may be an hour, hour and a half left for your
14   witness.  And, Ms. Rewari, I won't hold you to this, but what's
15   your best guesstimate -- and you'll notice the term that I
16   used -- that you'll need for your examination?
17        MS. REWARI:  I e-mailed Mr. Brenner that this morning,
18   that we thought we would need a day.
19        THE COURT:  Okay.  Most of Tuesday?
20        MS. REWARI:  Assuming we get -- so I expect it's going to
21   go into Wednesday for an hour, hour and a half.
22        THE COURT:  Okay.  Mr. Kinney, how long do you suggest on
23   yours, sir, assuming that Ms. Rewari will do an excellent job on
24   cross-examination?
25        MR. KINNEY:  She will, Your Honor.  And I will be very
```

1   careful not to plow the same ground.  I will have some questions.

2        THE COURT:  Sure.

3        MR. KINNEY:  But we'll have to wait.  I can't in good

4   faith give the Court a --

5        THE COURT:  Assuming Ms. Rewari is as thorough as we all

6   know she will be, what is your best guess?

7        MR. KINNEY:  My best guess is half a day.

8        THE COURT:  Very good.  Mr. Blanchard.

9        MR. BLANCHARD:  The same.  I won't cover the same ground

10  that Ms. Rewari did, but if there are things that I need to

11  expand on for my my client -- I would like to say an hour, but I

12  hope not.

13       THE COURT:  Okay.  All right.  That gives me a pretty good

14  idea that maybe what we can do on Wednesday is start at noon.

15  That way I can take care of that criminal docket that's

16  intervening and I should be able to get through it in about an

17  hour, hour and a half, depending on the lawyers involved.

18       But let's look at this as a plan, and, again, we can

19  readdress it tomorrow.  We'll try to get through what we can get

20  through on Tuesday.  We will theoretically -- and don't hold me

21  to this, because, if it snows tomorrow, I might have to

22  readjust -- but theoretically we'll go through Wednesday.  We'll

23  go on Wednesday to hopefully 4:00 or 5:00.  We'll use most of the

24  day on Thursday, and we all agreed that we're going to take the

25  holiday on Friday, and we won't have Court this coming Friday.

1    Okay?

2        Everybody understand that proposed calendar?

3        MR. BRENNER:  Yes.  We'll just have to start moving

4    witnesses around again, but we understand.

5        THE COURT:  Again -- and I appreciate you all thinking

6    that this is the only case I have, but I have other things that I

7    need to do.

8        MR. BRENNER:  No, I totally understand.  And we've worked,

9    for example -- for example, the defense needs to take a witness

10   out of turn next week, and we've agreed to that.

11       THE COURT:  Okay.

12       MR. BRENNER:  We'll just keep working, Judge, as best we

13   can.

14       THE COURT:  Okay.  Very good.  Anything else that we need

15   to do before we adjourn for the day?

16       MR. BRENNER:  Nothing for the plaintiff.

17       THE COURT:  All right.  We'll see you tomorrow morning,

18   9:00.

19       (Proceedings adjourned at 4:39 p.m.)

20

21

22

23

24

25

1

2

## **C E R T I F I C A T E**

3

4              I, Scott L. Wallace, RDR-CRR, certify that
the foregoing is a correct transcript from the record of
5    proceedings in the above-entitled matter.

6

   /s/ Scott L. Wallace                3/25/24
7   ---------------------------        ----------------
    **Scott L. Wallace, RDR, CRR**          **Date**
8      **Official Court Reporter**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$50** [9] - 9:23; 10:3, 5-6; 25:1, 4, 6, 8, 11

## '

**'bully** [1] - 55:18
**'bully-free** [1] - 55:18
**'Everybody** [1] - 66:21
**'Hey** [1] - 12:23

## /

**/s** [1] - 113:24

## 1

**1** [1] - 70:14
**10** [1] - 108:9
**100** [6] - 2:3, 7, 11; 27:22; 92:4; 94:1
**10th** [1] - 98:25
**111** [1] - 52:3
**119** [5] - 5:9; 61:12, 24; 62:3, 10
**12-year-old** [1] - 60:21
**120** [1] - 3:7
**122** [5] - 62:5; 66:1; 70:21, 25
**12:00** [1] - 110:25
**15** [1] - 108:9
**150** [1] - 98:22
**1520** [1] - 1:21
**1775** [1] - 3:10
**1801** [1] - 3:6
**1:19-cv-00917-RDA-WEF** [1] - 1:5
**1:56** [2] - 1:6; 6:2
**1:58** [1] - 6:7
**1:59** [1] - 6:7

## 2

**2** [1] - 6:8
**2/9** [1] - 62:22
**2/9/12** [1] - 62:14
**20** [1] - 75:18
**20037** [5] - 1:18; 2:16, 19, 23; 3:3
**2011** [8] - 11:22; 28:17; 34:1, 4; 36:5; 73:13; 76:7; 77:24
**2012** [9] - 73:13; 76:8, 16; 77:10; 80:2; 81:20; 89:6; 91:11; 97:13
**2013** [3] - 91:11; 95:3, 9
**2018** [5] - 102:18; 104:15; 105:16; 106:23
**2019** [1] - 107:7
**20190** [1] - 3:11
**20191** [1] - 3:7
**202-536-1702** [1] - 1:18

**202-955-1596** [1] - 2:16
**202-955-1664** [1] - 2:23
**202-955-1974** [1] - 2:20
**2021** [3] - 107:24; 109:1, 5
**2022** [1] - 109:5
**2024** [2] - 1:6; 6:1
**2029** [1] - 1:21
**213-995-5720** [1] - 1:22
**21st** [9] - 7:4; 10:20, 24; 11:1, 22; 18:6; 23:2; 71:10
**2200** [4] - 2:15, 19, 22; 3:2
**22314-5798** [1] - 3:15
**2300** [1] - 1:17
**24/7** [1] - 99:12
**25** [3] - 1:6; 6:1; 98:10
**26** [1] - 51:15
**2800** [3] - 2:4, 8, 12
**2nd** [3] - 2:3, 7, 11

## 3

**30** [1] - 100:24
**305-539-8400** [1] - 2:9
**33** [1] - 5:8
**33131** [3] - 2:4, 8, 12
**3:15** [2] - 6:9; 72:4
**3:15ish** [1] - 50:24
**3:19** [1] - 72:16
**3:25** [2] - 72:12
**3:35** [1] - 72:4
**3:37** [1] - 72:16
**3:38** [1] - 72:25

## 4

**400** [1] - 3:10
**401** [1] - 3:14
**443-584-6558** [1] - 3:15
**45** [1] - 100:24
**4:00** [2] - 110:20; 112:23
**4:30** [4] - 6:13; 72:5; 110:7, 13
**4:36** [1] - 111:8
**4:39** [1] - 113:19
**4:45** [1] - 110:6

## 5

**581** [1] - 88:25
**5:00** [6] - 6:13; 72:6; 110:7, 13, 20; 112:23
**5th** [2] - 89:6, 11

## 6

**6** [1] - 1:8
**60** [1] - 104:25
**610-804-1787** [1] - 2:5

**62** [1] - 5:9
**643a** [1] - 1:17
**6:00** [1] - 89:6

## 7

**7** [2] - 5:4; 36:5
**77** [1] - 11:7
**7th** [4] - 34:1, 4; 36:18; 96:8

## 8

**804-788-8200** [1] - 3:3
**850-585-3414** [1] - 2:13
**8th** [2] - 63:21; 97:18

## 9

**9-1-1** [1] - 43:6
**90** [1] - 110:3
**90067** [1] - 1:22
**93** [4] - 5:8; 32:24; 33:14, 18
**9:00** [2] - 110:19; 113:18
**9th** [5] - 61:7; 75:19; 76:8, 12, 16

## A

**A.F** [1] - 3:5
**ability** [2] - 46:6; 48:7
**able** [22] - 6:6; 45:12, 14-15; 47:17; 50:7, 15; 74:7; 76:25; 77:25; 79:13; 85:16; 90:7; 93:14, 17; 94:16; 102:3; 109:2, 18; 112:16
**above-entitled** [1] - 113:23
**abrenner@bsfllp.com** [1] - 2:9
**absence** [3] - 102:21; 103:11; 107:1
**absolutely** [2] - 45:6; 79:18
**abuse** [1] - 82:22
**abusing** [1] - 80:17
**academic** [2] - 59:14; 106:25
**academically** [1] - 93:11
**acceptable** [1] - 20:19
**accepted** [3] - 100:25; 101:18; 102:12
**acclimate** [1] - 96:9
**accommodating** [1] - 100:8
**accommodations** [4] - 96:11, 16, 21; 98:18
**according** [2] - 44:5, 14
**account** [1] - 80:9
**accounts** [1] - 83:5
**accused** [3] - 93:21; 94:4, 10
**accusing** [1] - 94:8
**achieving** [1] - 59:14
**acknowledge** [2] - 59:11; 81:22
**acknowledged** [2] - 55:3; 57:23
**Action** [1] - 1:4
**activities** [1] - 93:18

**activity** [2] - 75:5; 76:3
**actual** [2] - 13:14; 100:23
**added** [2] - 63:15, 21
**addition** [2] - 38:25; 70:25
**additional** [1] - 38:6
**address** [11] - 33:4, 7; 52:11, 20-24; 87:23; 88:2
**addressed** [1] - 65:5
**adequate** [4] - 73:24; 74:12, 21; 75:4
**adjourn** [1] - 113:15
**adjourned** [1] - 113:19
**administrators** [3] - 58:16; 81:16; 82:18
**admissible** [1] - 49:21
**admission** [1] - 88:15
**admit** [2] - 33:14; 61:24
**admitted** [5] - 5:8; 33:18; 62:3, 5
**Adrianna** [1] - 82:7
**advantage** [3] - 44:25; 48:25; 111:5
**advice** [2] - 60:5; 106:25
**affirmatively** [1] - 6:14
**afraid** [8] - 8:10; 20:19; 27:7; 32:22; 40:16; 56:9; 104:1; 108:4
**AFTERNOON** [1] - 6:1
**age** [1] - 10:17
**agree** [1] - 45:24
**agreed** [2] - 112:24; 113:10
**agreement** [1] - 72:5
**ahead** [5] - 6:20; 45:19; 110:5, 7, 14
**aided** [1] - 3:17
**air** [1] - 111:5
**al** [1] - 1:7
**alanderson@bsfllp.com** [1] - 1:23
**albeit** [1] - 66:9
**alcove** [2] - 13:5; 20:1
**Alexandria** [1] - 3:15
**alias** [3] - 80:1, 4; 83:5
**Alison** [1] - 1:20
**all-girls** [1] - 97:21
**allegation** [1] - 50:15
**allegations** [1] - 57:3
**alleged** [1] - 46:23
**allow** [6] - 49:12; 57:2; 87:18; 110:13, 18
**allowed** [11] - 40:4; 45:13; 48:14; 50:14; 79:11; 92:15; 93:1, 8, 16, 19
**allowing** [1] - 47:11
**alone** [7] - 13:9; 20:6; 31:6; 68:2; 103:3; 104:3
**ALSTON** [1] - 1:12
**altercation** [2] - 43:5, 9
**alternative** [1] - 81:11
**altogether** [2] - 43:18; 47:14
**amenable** [1] - 6:10
**amount** [1] - 71:20
**Anderson** [1] - 1:20
**Andrew** [1] - 2:6
**ANDREWS** [4] - 2:15, 18, 22; 3:2
**Angeles** [1] - 1:22

**Angels** [5] - 98:7, 14, 24; 99:2, 18
**anorexia** [2] - 99:6
**answer** [2] - 45:8; 97:7
**anxiety** [1] - 109:12
**apartment** [2] - 102:25; 104:2
**apologize** [2] - 56:17; 75:23
**APPEARANCES** [3] - 1:14; 2:1; 3:1
**applied** [5] - 100:17; 101:15, 17, 19
**apply** [2] - 100:15; 101:16
**appreciate** [4] - 6:21; 45:25; 111:12; 113:5
**appreciated** [1] - 30:23
**approach** [5] - 52:15; 84:16, 18; 92:20; 109:21
**approached** [1] - 66:21
**appropriate** [1] - 48:5
**April** [4] - 97:13; 109:3, 5
**area** [10] - 13:5; 19:23; 20:1; 47:14; 70:16; 87:7; 95:21; 97:24
**areas** [1] - 47:12
**argue** [2] - 64:15; 88:15
**argued** [1] - 50:14
**Arizona** [3] - 104:12; 105:22
**arrange** [1] - 30:24
**arrangement** [1] - 106:24
**aside** [1] - 29:2
**assaults** [2] - 29:3; 83:13, 22
**assemblies** [1] - 59:25
**assembly** [1] - 59:4
**asshole** [2] - 63:7; 64:1
**assigned** [4] - 69:4; 75:11; 79:12
**assignment** [2] - 93:25; 94:2
**assignments** [5] - 92:8, 10-11; 93:8; 96:18
**assist** [1] - 46:13
**assistant** [4] - 39:20; 74:14; 75:9, 14
**assuming** [5] - 86:8; 87:22; 111:20, 23; 112:5
**assure** [1] - 49:3
**at-home** [1] - 100:9
**attend** [2] - 23:8; 101:2
**attended** [2] - 95:10, 25; 101:6
**attending** [3] - 95:10, 24; 101:4
**attention** [2] - 6:21; 73:5
**August** [4] - 102:2; 104:15; 109:1, 5
**Austin** [1] - 108:23
**Ave** [1] - 2:22
**Avenue** [4] - 2:15, 19; 3:2, 10
**avoid** [2] - 43:18; 47:10
**aware** [7] - 73:14; 74:7, 16-17; 75:1, 3; 84:22

---

# B

**B.H** [1] - 3:6
**B.R** [6] - 1:3; 5:4; 7:1; 42:23; 43:8; 47:6
**back-door** [1] - 49:12
**background** [2] - 9:21; 46:1
**backpack** [1] - 40:9

**bad** [2] - 19:19; 103:24
**bag** [5] - 40:16, 20, 23-24; 41:2
**bags** [1] - 40:5
**bailing** [1] - 22:11
**B████** [6] - 39:21; 40:17; 57:14; 71:13; 74:15
**BARAN** [1] - 1:16
**barbecue** [1] - 73:21
**barricade** [1] - 104:3
**base** [1] - 110:17
**based** [1] - 57:3
**basics** [1] - 91:12
**basis** [2] - 29:8; 105:8
**Bates** [1] - 2:14
**bearing** [1] - 57:24
**beating** [1] - 44:4
**became** [1] - 39:6
**becoming** [1] - 103:23
**BEFORE** [1] - 1:12
**beginning** [2] - 11:23; 109:4
**begins** [1] - 9:19
**behalf** [1] - 8:16
**behavior** [2] - 58:11, 14
**behind** [1] - 80:3
**bell** [1] - 66:15
**B████** [11] - 12:23; 39:17; 40:2; 43:14; 56:13, 24; 57:21; 66:21; 78:12, 17; 91:4
**B████** [1] - 67:9
**Ben** [2] - 63:1, 5
**bench** [1] - 42:1
**benefit** [2] - 9:5; 42:8
**bent** [1] - 78:16
**best** [12] - 44:24; 46:10, 21; 48:7; 75:15; 110:1, 3, 11; 111:15; 112:6; 113:12
**best-case** [2] - 110:1, 3
**better** [3] - 6:16; 26:22; 93:13
**between** [21] - 6:13; 7:24; 10:16; 19:23; 20:20; 33:10; 34:19; 35:13, 16, 23; 45:3; 72:5; 73:12; 79:25; 91:25; 105:10; 110:7, 13, 20
**beyond** [2] - 38:6; 52:9
**big** [1] - 96:6
**bin** [2] - 39:13, 15
**bit** [11] - 7:23; 8:1; 26:24; 29:11; 43:10; 46:6; 83:20; 91:5; 98:22; 105:7; 110:24
**bitch** [5] - 14:20; 16:15; 63:7, 22
**black** [1] - 66:17
**blamed** [1] - 48:20
**blames** [2] - 48:23; 49:1
**BLANCHARD** [10] - 44:12, 14; 46:15, 25; 47:15, 17, 22; 48:11; 49:17; 112:9
**Blanchard** [3] - 3:9; 48:6; 112:8
**blow** [1] - 18:10
**blue** [1] - 64:5
**blur** [1] - 50:9
**Board** [1] - 77:17
**Boarding** [1] - 95:13
**boarding** [2] - 95:17; 97:22

**BOIES** [4] - 1:20; 2:3, 7, 11
**book** [10] - 39:9, 13-15, 23, 25; 40:1, 5; 61:12
**boss** [1] - 56:23
**bothering** [2] - 18:17, 23
**bottom** [7] - 11:19; 33:22; 39:15; 52:8, 13; 61:17
**boy** [5] - 10:13; 20:16; 63:1, 5; 64:3
**boy-girl** [2] - 10:13; 20:16
**boys** [2] - 10:16; 37:3
**bragging** [1] - 72:20
**break** [16] - 6:8; 23:5; 26:6, 16, 20; 41:4, 6, 11-12; 72:2, 4; 91:1; 110:7, 12, 14, 24
**breakdown** [1] - 41:13
**breaking** [3] - 40:20; 51:1; 109:24
**breaks** [1] - 110:22
**B**████ [1] - 7:5
**Brenner** [8] - 2:6; 6:22; 11:9; 42:3; 72:7; 110:11; 111:12, 17
**BRENNER** [114] - 5:4; 6:23; 7:2; 9:7, 9, 12-13; 11:6, 11, 13; 13:25; 18:9, 11; 19:8; 23:20; 26:13; 32:25; 33:1, 13, 19, 21; 35:6; 36:1; 42:6, 10, 13, 17, 20, 22; 43:1, 3, 8, 13, 22; 45:6, 8, 17, 24; 46:11; 47:6, 14; 48:22; 49:3; 50:23; 51:1, 4, 6; 52:2, 5, 15, 19; 54:11; 56:17; 57:6, 10; 61:4, 9, 11, 23; 62:4, 7-8, 10, 12; 65:16, 25; 66:3; 70:14, 17, 21, 23; 72:2, 9, 13, 19; 73:7, 9, 20, 22; 84:16, 23; 85:10, 12, 25; 86:12; 87:8, 10; 88:1, 4, 13, 15, 22, 24; 89:17, 20; 91:3; 92:20, 22; 94:7, 25; 95:1; 97:6; 109:21, 23; 110:3; 111:10; 113:3, 8, 12, 16
**brief** [1] - 91:2
**Brief** [2] - 52:18; 54:9
**briefly** [4] - 66:1; 79:21; 98:13; 108:23
**bright** [1] - 90:17
**bring** [2] - 44:23; 72:17
**bringing** [2] - 9:5; 25:21
**Brittany** [1] - 2:2
**britzoll@gmail.com** [1] - 2:5
**broke** [1] - 40:11
**broken** [1] - 41:11
**brother** [7] - 7:4, 7, 10; 9:2; 63:21, 23; 77:14
**brought** [4] - 31:1; 40:15; 43:17; 49:6
**brown** [2] - 64:5; 66:16
**Bruce** [1] - 3:9
**bruce.blanchard@ofplaw.com** [1] - 3:11
**building** [2] - 23:9, 11
**built** [1] - 86:19
**bullied** [1] - 54:21
**bullies** [1] - 18:18
**bully** [5] - 55:23, 25; 56:1
**bully-free** [3] - 55:23, 25; 56:1
**bullying** [23] - 26:3, 25; 53:22; 54:1; 55:11; 56:7; 59:3-5, 12, 24-25; 60:1, 7, 13; 73:15; 74:8, 17; 75:1; 77:24; 94:20

**burckhart** [1] - 87:24
**Burkhart** [2] - 85:20; 86:22
**burned** [2] - 102:21; 103:18
**Burton** [1] - 2:21
**burtons@huntonak.com** [1] - 2:24
**bus** [2] - 17:5; 98:5
**Bushmen** [1] - 97:2
**business** [1] - 32:21
**busy** [1] - 60:22
**BY** [35] - 5:4; 7:2; 9:13; 11:13; 13:25; 18:11; 19:8; 23:20; 26:14; 33:1, 21; 35:6; 36:2; 51:6; 52:5, 19; 54:11; 56:18; 57:10; 61:5, 11; 62:8, 12; 65:16; 66:3; 70:23; 73:9, 22; 88:24; 89:20; 91:3; 92:22; 94:7; 95:1; 97:6

# C

**C.K** [3] - 43:19; 50:14, 16
**C.K.'s** [1] - 49:9
**C.L** [1] - 34:9
**CA** [1] - 1:22
**cafeteria** [4] - 63:1, 6, 14; 65:4
**calendar** [2] - 104:24; 113:2
**campus** [1] - 103:2
**capable** [1] - 31:11
**capacity** [1] - 12:12
**Capsulo** [1] - 82:7
**car** [1] - 43:14
**care** [4] - 61:2; 104:22; 111:2; 112:15
**cared** [1] - 59:18
**careful** [1] - 112:1
**C**████ [3] - 15:4; 29:22; 73:14
**carry** [3] - 40:8, 19; 41:2
**carrying** [2] - 40:22, 24
**Carson** [26] - 23:15, 22-23; 35:19; 40:4; 41:11; 53:25; 55:18, 23, 25; 57:25; 59:3; 71:18, 25; 73:12; 74:9, 19; 75:2, 17; 79:12, 16; 83:1; 91:8; 94:13; 97:14; 99:23
**case** [17] - 6:11; 24:21; 44:1; 47:11, 13; 48:4; 49:2; 50:11; 86:19, 23; 110:1, 3, 15, 17; 113:6
**cases** [1] - 60:13
**Catholic** [1] - 97:21
**caught** [3] - 48:8, 12
**ceiling** [1] - 90:19
**cell** [1] - 9:6
**Cell** [1] - 3:15
**center** [1] - 105:18
**Century** [1] - 1:21
**certainly** [1] - 85:13
**certify** [1] - 113:22
**cetera** [1] - 55:13
**chair** [1] - 78:15
**chairs** [1] - 104:4
**challenging** [1] - 108:6
**Chambers** [1] - 47:2
**chambers** [1] - 72:12

**chance** [3] - 9:10; 71:9; 110:19
**change** [3] - 41:1; 51:7; 91:4
**changed** [2] - 8:23; 92:12
**changes** [2] - 35:23; 79:16
**changing** [1] - 8:21
**charge** [2] - 53:13; 94:14
**chats** [1] - 81:25
**cheating** [4] - 93:21; 94:4, 9
**check** [1] - 62:4
**Cheryl** [1] - 53:7
**Child** [1] - 84:15
**choose** [1] - 45:2
**chorus** [1] - 74:4
**C**████ [45] - 7:25; 8:11, 21; 9:22; 10:3; 12:14; 14:5, 19; 15:21; 18:19, 24; 20:21; 21:13; 22:10; 25:8; 27:5, 7-8; 29:2, 4, 7; 30:4, 17-18; 31:8, 11, 19, 22-23; 32:12, 22; 38:9, 11, 13; 69:19; 70:2; 80:16, 19, 24; 81:7; 82:19; 83:13
**C**████ [5] - 20:23; 25:12; 31:16
**Christmas** [6] - 25:3; 41:4, 6, 11-12, 15
**circumstances** [1] - 110:21
**city** [2] - 100:18, 24
**City** [3] - 100:18, 21; 108:10
**Civil** [1] - 1:4
**claiming** [1] - 44:8
**clarify** [2] - 14:4; 48:13
**class** [19] - 22:16, 21; 23:9; 29:19; 35:18, 23; 40:15; 67:23; 68:5; 71:14; 98:20; 104:4; 107:6, 17
**classes** [10] - 8:8, 20, 23; 35:13, 17; 91:24; 107:18; 108:3, 5
**classroom** [2] - 67:25; 96:19
**classrooms** [1] - 96:18
**clear** [4] - 25:18; 31:17; 46:12, 15
**client** [5] - 42:8; 48:2-4; 112:11
**client's** [1] - 44:19
**close** [8] - 12:22; 22:4; 37:6; 49:14; 79:19; 98:16; 100:21, 23
**closed** [3] - 46:6; 48:15; 49:15
**closer** [1] - 105:1
**closest** [1] - 9:18
**cluster** [1] - 75:10
**college** [9] - 100:15, 18; 101:2, 5-6; 108:16, 25
**College** [1] - 101:6
**colleges** [2] - 100:25; 101:15
**Columbia** [22] - 101:17; 102:13, 15, 19-20, 23; 103:1, 15, 20; 106:18, 21-22, 24; 107:2, 14-16, 21; 108:18
**comfortable** [2] - 20:18; 88:10
**coming** [10] - 6:16; 20:18; 27:4; 49:15; 85:4; 86:7, 21; 87:13; 112:25
**comments** [1] - 26:19
**committed** [1] - 6:12
**communicate** [1] - 19:13
**communicating** [1] - 77:20
**communication** [1] - 51:16

**complaining** [1] - 37:14
**complaints** [1] - 100:12
**completely** [2] - 17:6; 71:1
**computer** [2] - 3:17; 34:17
**computer-aided** [1] - 3:17
**concerned** [5] - 45:8; 56:24; 79:7; 85:7; 86:10
**concerns** [1] - 27:24
**conclude** [1] - 110:13
**concluded** [1] - 51:3; 88:23; 110:9
**condition** [4] - 96:16; 99:15; 103:22; 109:17
**conditions** [1] - 96:24
**conduct** [2] - 76:9, 17
**conducted** [1] - 85:19
**conference** [3] - 42:1; 78:16; 86:21
**confess** [1] - 80:20
**confines** [1] - 6:11
**confuse** [1] - 48:9
**confused** [1] - 46:21
**connection** [1] - 49:8
**connections** [1] - 49:7
**consensually** [1] - 17:24
**consider** [1] - 60:23
**considering** [1] - 60:25
**consistent** [1] - 51:21
**constant** [1] - 56:7
**C████████** [4] - 81:13; 82:1, 17
**constantly** [1] - 109:13
**consult** [1] - 51:4
**Cont** [2] - 2:1; 3:1
**contact** [5] - 75:17; 76:9, 13, 17, 19
**contained** [1] - 54:14
**contemporaneous** [1] - 49:24
**content** [1] - 61:15
**context** [4] - 35:4; 46:22; 50:11; 53:20
**continuation** [3] - 19:5, 9, 11
**CONTINUED** [2] - 5:4; 7:1
**continued** [3] - 106:8
**contrast** [1] - 99:22
**control** [2] - 46:10; 48:8
**conversation** [2] - 20:11; 21:18
**conveyed** [1] - 77:22
**cooked** [1] - 72:23
**Cooper** [1] - 79:4
**copying** [2] - 34:9, 12
**core** [3] - 12:11; 15:4; 57:20
**correct** [26] - 8:4, 19, 22; 9:3; 13:11; 14:2, 17-18; 15:14; 16:19; 18:2; 36:19; 37:16; 38:24; 40:25; 51:13, 17, 24; 56:20; 69:7; 80:8; 99:21; 105:11; 113:22
**correcting** [1] - 7:11
**correctly** [2] - 23:2; 91:17
**corrupt** [2] - 47:3; 49:8
**counsel** [3] - 6:10; 45:9; 72:12
**Counsel** [1] - 56:15
**counselor** [5] - 15:5; 69:1, 4-5; 84:18
**counselors** [4] - 12:12; 35:12; 53:13;

58:16
**countered** [1] - 93:9
**County** [3] - 75:13; 77:17; 91:8
**county** [1] - 93:5
**couple** [3] - 41:18; 59:25; 110:22
**course** [3] - 46:1; 72:9; 110:22
**court** [1] - 49:21
**Court** [11] - 3:12; 43:24; 44:12; 47:10; 62:4; 73:7; 112:4, 25; 114:1
**Court's** [3] - 42:10; 46:3; 50:22
**Courthouse** [1] - 3:14
**courtroom** [1] - 110:18
**cover** [3] - 39:16; 40:2; 112:9
**covers** [1] - 44:14
**COVID** [3] - 107:11, 14, 25
**crashed** [2] - 102:20; 103:18
**creating** [1] - 83:5
**credibility** [3] - 44:8; 46:20; 50:3
**credible** [1] - 45:16
**credit** [4] - 30:19, 21-22; 67:20
**cricket** [1] - 9:4
**criminal** [1] - 112:15
**Criminal** [1] - 101:6
**cross** [9] - 42:5; 43:18, 24; 44:2; 45:2, 18; 48:6; 111:24
**cross-examination** [4] - 42:5; 45:18; 48:6; 111:24
**cross-examine** [2] - 45:2; 48:7
**CRR** [3] - 3:12; 113:22, 25
**cry** [1] - 81:12
**crying** [2] - 90:15, 24
**cup** [1] - 84:1
**CURRENT** [1] - 113:24
**cyberbullying** [3] - 82:14, 25; 83:4

# D

**D.M** [1] - 17:5
**dad** [10] - 9:17; 20:7, 14, 21; 24:1, 16; 77:14; 92:10; 98:8
**daily** [1] - 29:8
**Dale** [3] - 76:24; 77:4, 6
**damaged** [1] - 39:25
**date** [10] - 11:21; 27:22; 36:4; 61:21; 62:14; 88:12; 89:3, 5; 109:4
**DATE** [1] - 113:24
**Date** [1] - 113:25
**dated** [2] - 33:25; 34:4
**David** [7] - 7:25; 12:14; 14:19; 17:5; 18:19; 29:10
**days** [12] - 26:5; 36:15, 17, 20; 37:2, 13; 60:22; 81:24; 91:16; 102:6; 104:25
**DC** [5] - 1:18; 2:16, 19, 23; 3:3
**deal** [1] - 20:24
**dean** [3] - 98:17; 106:25
**Dear** [1] - 52:25
**death** [9] - 27:1-3, 9; 30:6; 38:14; 68:23; 69:18; 71:11
**December** [11] - 27:20; 28:23; 30:15;

31:18; 32:11; 34:1, 4; 36:5, 18; 105:15
**decided** [4] - 64:19, 22, 24; 82:16
**deciding** [1] - 46:24
**Defendant** [3] - 2:14; 3:2, 9
**Defendants** [2] - 1:8; 3:5
**defense** [2] - 44:6; 113:9
**degree** [3] - 108:11
**deleted** [1] - 44:18
**demonstrated** [1] - 58:2
**denies** [1] - 44:4
**deposition** [2] - 47:7; 49:6
**depositions** [1] - 49:21
**depression** [1] - 97:10
**deprivation** [1] - 109:12
**deprived** [1] - 103:23
**described** [3] - 58:15; 71:8; 76:9
**DESCRIPTION** [1] - 5:7
**desk** [2] - 9:17; 78:16
**detective** [1] - 47:2
**detector** [1] - 26:11
**deterioration** [1] - 99:3, 15
**developed** [2] - 99:4, 6
**diagnosed** [5] - 96:24; 97:2, 8-9, 12
**diagnosis** [1] - 97:5
**different** [8] - 16:8, 23; 17:15; 18:3; 26:25; 71:1; 79:4; 83:25
**difficult** [2] - 55:5; 102:11
**difficulty** [1] - 108:5
**direct** [5] - 44:23; 46:14; 51:16; 69:10; 74:24
**DIRECT** [2] - 5:4; 7:1
**directed** [1] - 82:25
**directly** [6] - 18:5; 27:2, 5; 51:11; 74:16
**director** [2] - 53:8; 58:6
**dirty** [3] - 84:5, 7
**disadvantage** [1] - 47:12
**disassociated** [1] - 85:15
**discrepancy** [1] - 43:10
**discuss** [1] - 110:15
**discussed** [2] - 85:6; 89:18
**discussing** [2] - 25:16; 76:18
**discussion** [7] - 20:20; 45:10; 51:3; 72:11; 88:23; 109:22; 110:9
**dislike** [1] - 59:13
**Disorder** [1] - 97:2
**disorder** [6] - 97:10, 12; 99:4, 15
**disorders** [1] - 99:10
**distinctions** [1] - 50:9
**distinctly** [1] - 79:7
**DISTRICT** [3] - 1:1, 12
**district** [1] - 76:4
**District** [2] - 3:13
**distrust** [1] - 59:13
**divided** [1] - 91:24
**docket** [3] - 110:23; 111:1; 112:15
**doctor** [1] - 86:6
**document** [4] - 35:7; 54:3; 86:17; 88:16; 89:3

**done** [13] - 17:22; 19:18; 66:5; 77:24; 78:10; 79:11; 82:15; 86:5; 87:21; 88:12; 94:2

**door** [20] - 9:18; 19:23, 25; 20:1, 3, 10; 21:17; 42:4; 46:16, 18-20; 47:8, 15, 17, 20; 49:12, 14; 104:3

**door's** [1] - 21:20

**doors** [1] - 47:19

**doubled** [1] - 41:3

**douche** [1] - 63:16

**down** [20] - 36:1; 38:8; 41:3; 43:15; 45:22; 61:4; 65:10, 25; 68:18; 71:2; 78:11, 14-16; 90:1, 18; 105:21; 106:3; 111:10

**Dr** [27] - 48:20, 22-23; 49:1, 7, 9; 75:23-25; 76:5, 9, 13, 17, 19, 23, 25; 77:4, 6-7, 14, 20; 78:2, 4, 11; 79:1, 3

**drawer** [1] - 25:2

**Dreyfuss** [1] - 77:16

**drinking** [1] - 83:23

**Drive** [1] - 3:6

**driving** [1] - 6:18

**drop** [1] - 16:16

**drove** [2] - 98:5, 8

**due** [1] - 47:6

**during** [14] - 30:13; 32:6; 35:9; 40:14; 41:6; 72:23; 73:12; 99:14; 100:10; 101:20; 102:10; 108:15; 110:22

## E

**e-mail** [36] - 33:4, 7, 10-11, 25; 34:4, 6, 8, 12-13, 20; 35:4; 36:4; 52:11, 20-25; 53:1, 16; 54:13, 15, 25; 55:3; 56:13, 20, 23; 57:18, 21

**e-mailed** [1] - 111:17

**e-mailing** [1] - 34:16

**early** [5] - 27:19; 30:15; 83:11; 104:16

**East** [1] - 1:21

**Eastern** [1] - 3:14

**EASTERN** [1] - 1:2

**easy** [3] - 18:15; 49:11; 55:5

**eating** [5] - 99:4, 10, 15; 103:25

**edification** [1] - 42:11

**educate** [2] - 59:23; 60:6

**education** [3] - 59:10; 96:14; 99:16

**educational** [1] - 95:6

**effect** [1] - 10:16

**effective** [1] - 45:14

**eight** [1] - 35:21

**either** [11] - 19:20; 22:18; 29:19; 39:6; 40:15; 48:3; 55:7; 65:12; 74:11, 24; 85:23

**elicit** [2] - 48:15; 87:19

**Elliker** [1] - 3:1

**Email** [12] - 1:19, 23; 2:5, 9, 13, 17, 20, 24; 3:4, 8, 11, 16

**embarrassing** [2] - 81:6, 12

**emotionally** [1] - 79:10

**employment** [2] - 109:7, 19

**empty** [2] - 58:7; 68:4

**encounter** [2] - 22:19, 21

**encounters** [1] - 15:8

**end** [16] - 20:25; 23:6, 9, 11, 22-23; 40:17; 43:15; 51:8; 60:10; 80:2; 81:19; 90:19; 95:18; 104:15

**ended** [5] - 23:14; 37:12; 95:19; 102:5

**ends** [1] - 21:2

**engineering** [1] - 76:2

**England** [1] - 97:8

**English** [4] - 67:19; 74:3; 92:1; 93:25

**enjoy** [1] - 111:4

**enjoyed** [2] - 6:4; 102:11

**ensure** [1] - 35:17

**entire** [1] - 24:12

**entirely** [2] - 102:20; 107:19

**entitled** [1] - 113:23

**entry** [1] - 19:25

**episode** [1] - 102:8

**equals** [1] - 19:12

**Esq** [11] - 1:15, 20; 2:2, 6, 10, 14, 18, 21; 3:1, 5, 9

**Esther** [1] - 69:3

**estimate** [1] - 36:15

**estimation** [1] - 111:12

**Estrella** [1] - 67:19

**Estrella's** [1] - 67:25

**et** [2] - 1:7; 55:13

**ethnic** [2] - 15:22, 24

**ethnically** [1] - 15:22

**evening** [1] - 111:4

**event** [1] - 6:20

**events** [1] - 75:20

**eventually** [2] - 21:2; 103:8

**evidence** [11] - 11:7; 33:15; 42:9; 47:8; 48:15; 50:18; 52:3; 61:15, 24; 88:18; 110:17

**exacerbated** [1] - 103:24

**exactly** [2] - 38:8; 83:9

**exam** [2] - 21:7; 22:13; 84:24; 87:2, 11, 18; 88:10; 96:20

**EXAMINATION** [2] - 5:4; 7:1

**examination** [18] - 42:5; 44:23; 45:18; 48:6; 84:12; 86:5; 87:21; 89:2, 5, 11, 15, 22, 24; 90:2, 5, 11; 111:16, 24

**EXAMINATIONS** [1] - 5:3

**examine** [2] - 45:2; 48:7

**example** [2] - 113:9

**examples** [1] - 19:15

**exams** [2] - 96:17

**excellent** [1] - 111:23

**except** [2] - 8:25; 49:15

**exchange** [2] - 33:10

**excuse** [4] - 7:5; 20:14; 28:16; 60:19

**exhibit** [8] - 49:22; 62:9; 65:8; 86:1, 14

**Exhibit** [15] - 5:8; 11:7; 32:24; 33:14, 18; 52:3; 61:12, 24; 62:3, 5; 70:25; 88:25

**EXHIBITS** [1] - 5:5

**expand** [1] - 112:11

**expect** [2] - 55:5; 111:20

**expected** [1] - 55:4

**experience** [15] - 59:12; 85:14; 87:1, 19; 91:5; 93:12; 94:14; 96:4, 9; 98:14; 99:23; 100:5; 102:4

**experiencing** [1] - 53:25

**expert** [2] - 48:20

**explain** [3] - 10:14; 42:11; 82:12

**explaining** [1] - 85:8

**explanation** [1] - 85:9

**extent** [2] - 29:12; 86:15

**extra** [2] - 96:17

**extracurricular** [2] - 76:3; 93:17

**extreme** [3] - 74:8, 17; 75:1

## F

**F.C.S.B** [3] - 1:6; 2:14; 3:2

**F.T** [1] - 3:6

**Fabio** [2] - 75:8

**face** [5] - 85:2; 87:10, 13-14, 20

**Facebook** [2] - 16:16

**facility** [3] - 89:11; 104:9

**facing** [1] - 77:23

**fact** [15] - 9:25; 10:3; 23:6; 36:3; 39:14; 42:7; 47:6; 49:15; 63:20; 66:4; 77:9, 11; 89:2, 10, 15

**facts** [1] - 46:5

**Fahey** [1] - 1:15

**fair** [1] - 51:16

**Fairfax** [4] - 75:13; 76:23; 77:17; 91:8

**fairness** [1] - 86:20

**faith** [1] - 112:4

**fake** [1] - 83:5

**fall** [3] - 28:22; 107:8, 10

**false** [1] - 17:6

**family** [17] - 9:2; 10:6; 24:3, 24; 31:16; 49:9; 77:3, 19; 81:9; 82:20; 89:13; 95:14, 20; 98:2; 108:7

**far** [8] - 13:14, 17; 38:7; 48:13; 51:23; 80:6; 98:9; 99:18

**F▬** [3] - 15:5; 29:22; 73:14

**fast** [2] - 84:8, 10

**fast-forward** [2] - 84:8, 10

**father** [1] - 7:8

**father's** [2] - 42:23; 44:15

**fault** [2] - 11:10; 67:9

**February** [14] - 61:7; 73:13; 75:19; 76:8, 12, 16; 77:10; 78:24; 80:2; 81:20; 83:11, 14; 91:10

**FELDMAN** [1] - 3:9

**felt** [17] - 26:10; 31:9; 32:12, 22; 38:10; 60:25; 69:20; 77:25; 79:19; 84:6; 90:21; 100:7; 103:22

**Ferrell** [5] - 69:3, 6, 8; 70:10, 24

**ferrell's** [1] - 69:13

**few** [7] - 36:17; 51:22; 70:18; 81:24;

83:18; 102:6; 109:6
**field** [1] - 93:15
**figured** [1] - 80:22
**fine** [2] - 45:1; 92:21
**finish** [4] - 43:23; 101:12; 109:25; 111:1
**finished** [1] - 99:16
**firm** [3] - 63:25; 108:20, 22
**first** [45] - 11:25; 12:4, 6, 15; 13:1; 25:1; 43:25; 53:19; 54:2, 12, 14; 61:15; 64:14; 65:20; 68:14, 17; 70:9; 71:7; 78:6; 79:24; 80:13-16; 91:7, 12, 14; 92:9; 96:7; 97:11; 101:4, 19-20; 102:23, 25; 103:20; 104:6, 14, 18; 105:2; 106:22
**five** [2] - 12:9; 59:5
**FL** [3] - 2:4, 8, 12
**flashbacks** [2] - 103:24; 104:5
**flavor** [1] - 83:25
**FLEXNER** [4] - 1:20; 2:3, 7, 11
**floor** [4] - 8:1, 3, 5
**fluorescent** [1] - 109:15
**focus** [2] - 27:14; 103:21
**focusing** [1] - 29:6
**folks** [7] - 56:13, 16; 93:8; 98:1; 100:19; 103:5; 106:15
**follow** [3] - 31:15; 89:7; 104:24
**following** [1] - 12:1
**Following** [2] - 72:11; 109:22
**FOR** [1] - 1:2
**forced** [2] - 31:24; 38:11
**forcing** [1] - 21:14
**foregoing** [1] - 113:22
**forget** [1] - 56:12
**form** [3] - 19:7; 53:25; 66:9
**Fort** [3] - 99:25; 100:1, 5
**forward** [4] - 11:9; 84:8, 10; 95:6
**forwarding** [1] - 34:13, 20
**foundation** [2] - 88:2, 8
**foundational** [1] - 86:8
**four** [1] - 15:1
**foyer** [1] - 19:23
**frankly** [1] - 33:24
**frantically** [1] - 39:10
**F**███[1] - 51:13
**F**███[31] - 51:16, 18; 52:25; 53:10, 16; 54:18, 22, 25; 55:15; 56:12, 19; 57:2, 4; 60:16, 19; 67:22; 68:8, 10, 12, 15, 19, 21; 70:6, 8; 71:5; 74:24; 78:6, 9, 18
**F**███[1] - 71:4
**F**███████[15] - 15:6; 28:4; 30:11; 31:5; 32:3; 34:9, 13; 36:9, 11; 38:17, 19-20, 22; 74:6, 12
**F**███████[1] - 30:22
**free** [4] - 55:18, 23, 25; 56:1
**fresh** [1] - 111:5
**freshman** [5] - 97:18; 101:8, 12, 14, 20
**Freshman** [1] - 82:2

**Friday** [3] - 67:4; 112:25
**friend** [2] - 65:22; 67:3
**friends** [5] - 67:8; 94:20-22, 24
**friendships** [1] - 94:16
**front** [5] - 33:2; 39:16; 60:1; 68:21; 88:25
**Fuck** [2] - 39:17; 40:2
**full** [4] - 65:19; 107:8; 109:19
**full-time** [1] - 107:8; 109:19
**Fulton** [1] - 3:6
**fun** [1] - 56:10

# G

**general** [3] - 40:7; 83:1; 99:9
**generally** [6] - 40:9; 54:23; 56:4; 79:8; 82:24; 88:8
**gentlemen** [4] - 6:4; 72:3; 90:25; 110:10
**Genus** [10] - 7:5, 17; 8:25; 28:5; 30:20, 24; 31:2; 38:21, 23; 42:15
**gesturing** [1] - 32:14
**girl** [3] - 10:13; 20:16; 67:7
**girls** [3] - 10:17; 66:16; 97:21
**given** [3] - 9:5; 49:7, 9
**glad** [1] - 50:18
**glance** [1] - 54:3
**goal** [1] - 36:13
**grab** [3] - 43:5, 9; 84:1
**grade** [6] - 63:21; 96:8; 97:16; 98:21, 25
**grades** [4] - 28:18, 21; 39:3; 97:16
**graduate** [4] - 100:13; 107:20, 23
**graduated** [4] - 99:20; 107:24; 108:25; 109:9
**grandmother** [3] - 41:7
**graphic** [1] - 85:2
**Great** [7] - 96:2, 4, 6; 97:17; 98:3
**great** [2] - 47:10; 54:7
**greet** [1] - 51:19
**grill** [1] - 72:21
**ground** [2] - 112:1, 9
**grounds** [1] - 55:17
**group** [1] - 8:23
**guard** [1] - 109:13
**guess** [20] - 6:18; 9:14; 22:15; 31:15; 39:10; 50:13; 53:6; 71:21; 75:10, 14; 76:25; 81:10; 84:1; 103:15; 106:23; 108:1; 110:6; 112:6
**guessing** [1] - 71:20
**guesstimate** [1] - 111:15
**guidance** [6] - 12:12; 15:5; 35:11; 53:13; 58:16; 69:1
**gun** [4] - 27:7; 30:18; 31:8; 38:13
**guys** [2] - 25:15; 77:19
**gym** [1] - 22:21

# H

**H.C** [1] - 65:12
**hair** [3] - 64:5; 66:17
**half** [5] - 80:8; 111:13, 21; 112:7, 17
**hall** [1] - 15:8
**hallway** [1] - 40:17
**hallways** [2] - 27:6; 58:2
**handcuffing** [1] - 43:14
**handful** [1] - 27:13
**handle** [1] - 20:23
**handwriting** [2] - 61:22; 62:17
**handwritten** [1] - 66:5
**happy** [3] - 43:22, 25
**harass** [1] - 12:23
**harassing** [4] - 9:24; 18:23; 29:7
**harassment** [14] - 25:22; 26:2, 25; 53:22; 54:1; 55:12; 73:14; 74:8, 17; 75:1; 77:23; 94:21
**hard** [5] - 28:21; 81:5; 96:6; 102:5; 104:4
**harm** [1] - 81:9
**hates** [2] - 63:21; 66:21
**head** [6] - 6:14; 64:12; 75:10; 82:20; 90:18; 101:10
**health** [1] - 59:6
**Health** [1] - 84:15
**hear** [10] - 22:6, 9; 32:18; 43:25; 50:19; 83:21; 92:23; 111:4
**heard** [17] - 9:4; 19:16, 21; 20:13, 15; 22:3, 10; 27:2, 5; 50:6, 19; 59:2; 61:6; 62:25; 92:19, 21
**hearing** [5] - 9:7; 17:13; 30:6; 45:9
**hearsay** [6] - 23:18; 86:9, 12, 16; 94:5, 23
**heart** [1] - 55:6
**heart-wrenching** [1] - 55:6
**height** [1] - 66:18
**held** [1] - 108:17
**hell** [1] - 63:8
**help** [5] - 59:20; 60:13; 81:12; 91:12; 104:8
**helped** [1] - 100:10
**helpful** [1] - 46:13
**herself** [2] - 90:12; 92:21
**hiding** [1] - 44:14
**high** [7] - 97:21; 99:1, 16-18, 24; 104:22
**High** [6] - 82:1; 96:2, 5; 99:25; 100:1, 6
**high..** [1] - 66:17
**highlight** [1] - 11:25
**highlighted** [1] - 13:18
**history** [3] - 12:11; 92:1; 94:1
**hit** [4] - 43:9; 107:11, 14, 25
**hmm** [2] - 37:1; 43:12
**hold** [6] - 94:23; 109:2, 19; 111:14; 112:20
**holiday** [4] - 25:3, 5; 41:16; 112:25

**HOLTZMAN** [1] - 1:16
**Holy** [6] - 98:7, 14, 24; 99:2, 18
**home** [27] - 21:4; 22:13; 23:3, 14; 26:7;
41:5, 22; 43:2; 44:9; 83:16-18; 91:14,
16; 92:6, 9; 98:9; 99:17, 23; 100:1, 5, 9;
104:19; 106:8
**homebound** [13] - 91:6, 10, 13; 93:2,
11, 24; 94:3, 8, 11, 14; 95:2; 99:19
**homework** [1] - 93:2
**honest** [1] - 43:23
**honestly** [1] - 10:15
**Honor** [29] - 6:23; 9:7; 11:6; 33:13;
43:22; 45:24; 46:15; 52:2, 15; 56:17;
57:6; 61:9, 23; 62:4, 10; 66:1; 70:14;
72:2; 84:16; 85:10; 86:12, 20; 88:3;
89:17; 92:20; 97:3; 109:21; 111:25
**HONORABLE** [1] - 1:12
**hope** [4] - 60:23; 81:15; 88:17; 112:12
**hopeful** [1] - 78:19; 79:15
**hopefully** [3] - 6:6; 46:4; 112:23
**horrendous** [1] - 59:12
**horrible** [1] - 44:9
**horrific** [1] - 63:15
**hospital** [4] - 99:8-10; 102:6
**hospitalized** [1] - 100:9
**hour** [10] - 71:20; 109:23; 110:2;
111:13, 21; 112:11, 17
**hours** [4] - 50:7; 91:19; 92:2, 5
**house** [4] - 25:13; 79:19; 98:10
**H████** [18] - 7:12, 20; 9:1, 18; 13:7,
13, 20; 14:21; 16:13; 17:19; 18:6; 24:9,
17-18; 56:22; 57:6
**H████** [4] - 7:5; 9:1, 18; 13:8, 13,
20; 14:21; 15:5, 7-8; 16:13; 17:19; 18:6;
24:10, 19; 29:25; 32:3; 35:12; 36:6, 8,
10-11; 65:8; 74:11
**████** [1] - 74:5
**hundred** [4] - 20:4; 22:16; 24:2; 101:11
**HUNTON** [4] - 2:15, 18, 22; 3:2
**hurled** [1] - 9:20
**hurt** [1] - 10:6
**hurtful** [2] - 57:25; 60:7
**hurting** [1] - 18:17
**hurts** [1] - 59:24
**Hutchinson** [3] - 74:15; 94:10, 13
**hypervigilance** [1] - 109:13

**I**

**idea** [14] - 6:18; 44:23; 45:19; 56:14;
60:6, 23; 61:1; 64:8; 82:11, 13; 83:7;
86:19; 112:14
**identified** [1] - 19:18
**identify** [2] - 71:8; 84:24
**identifying** [2] - 18:21
**IEP** [2] - 96:12
**ignored** [1] - 63:10
**immensely** [1] - 103:20
**impacting** [1] - 29:19

**important** [4] - 44:1; 50:3, 15; 86:1
**impossible** [1] - 60:11
**impression** [1] - 21:2
**in-between** [2] - 105:10
**in-person** [8] - 62:22; 71:24; 73:11;
75:16; 76:8; 91:9; 99:8; 105:8
**in-student** [1] - 71:17
**inappropriate** [1] - 14:6
**incident** [13] - 27:14, 17; 41:21; 44:3;
45:4, 10; 47:1; 62:25; 63:2; 65:4; 67:15;
85:15; 93:20
**incidents** [1] - 45:4
**including** [1] - 14:24
**inconsistent** [1] - 50:6
**incredibly** [1] - 50:3
**India** [1] - 16:3
**Indian** [1] - 16:2
**indicated** [3] - 58:20, 22; 110:12
**indicating** [1] - 32:16
**indiscernible** [1] - 95:13
**individual** [1] - 98:21
**individualize** [1] - 96:14
**information** [4] - 49:6, 9; 50:5; 88:18
**initials** [1] - 65:17
**insane** [1] - 81:6
**insensitive** [1] - 16:6
**inside** [12] - 31:23; 32:1, 12-13, 17;
38:9, 16; 47:25; 69:21, 24; 107:17
**instances** [1] - 45:16
**Instead** [1] - 57:24
**instead** [2] - 26:4; 110:25
**instruct** [1] - 110:6
**instruction** [9] - 91:10; 92:9; 93:2;
94:3; 99:17, 24; 100:1, 5, 9
**intend** [2] - 44:2; 47:8
**intensive** [2] - 104:20; 105:21
**intention** [1] - 85:23
**interact** [1] - 68:13
**interaction** [2] - 68:15; 69:10
**interest** [1] - 109:10
**interjecting** [1] - 42:14
**internship** [2] - 101:22; 108:13
**internships** [1] - 108:14
**interpreted** [1] - 85:8
**intervening** [1] - 112:16
**interview** [2] - 49:23; 50:1
**interviews** [1] - 49:19
**invasive** [1] - 90:20
**investigation** [10] - 42:4, 7, 13; 45:22;
46:5; 47:23; 48:15; 49:12; 50:10
**investigations** [1] - 46:22
**involved** [2] - 42:16; 112:17
**involving** [4] - 27:17; 45:4; 50:12; 63:1
**Island** [1] - 96:3
**issues** [4] - 39:5; 100:12; 103:22
**IT** [1] - 11:10
**itself** [1] - 19:24
**IX** [1] - 50:11

**J**

**J.F** [1] - 3:6
**J.O** [2] - 3:9; 50:12
**jack** [1] - 76:23
**Jane** [1] - 77:16
**January** [7] - 41:19; 42:22; 51:8, 15;
102:18; 103:16; 105:20
**Jay** [2] - 101:6, 21
**J████.** [1] - 67:3
**J████** [8] - 9:24; 15:21; 16:15; 18:19;
22:19; 27:18, 25; 28:8
**Jenni** [12] - 79:21, 24; 80:1, 3, 7, 9, 11,
25; 81:23; 82:9
**Jersey** [5] - 97:25; 100:20; 106:11, 15
**jfahey@holtzmanvogel.com** [1] - 1:19
**job** [4] - 109:2, 8, 17; 111:23
**jobs** [1] - 108:17
**John** [2] - 101:6, 21
**joined** [2] - 7:12, 14
**Jonathan** [1] - 1:15
**JOSEFIAK** [1] - 1:16
**journey** [1] - 95:6
**JR** [1] - 1:12
**Judge** [2] - 72:19; 73:20; 113:12
**JUDGE** [1] - 1:12
**judge** [4] - 47:15; 50:23; 70:18; 72:23
**juncture** [1] - 65:3
**June** [2] - 95:20; 102:1
**junior** [1] - 99:1
**JUROR** [1] - 6:14
**jury** [38] - 10:20; 18:12; 20:13; 23:13;
24:22; 33:24; 36:15; 37:24; 39:8; 40:13;
41:24; 46:21; 48:10; 53:6; 59:2; 61:6;
66:4; 67:17; 72:18; 76:18, 20; 78:23;
79:1, 25; 80:7; 81:2, 25; 83:19, 21;
90:10; 91:12; 92:14; 93:23; 96:4; 98:13;
107:16; 110:6, 10
**Jury** [3] - 6:2; 72:25; 111:8
**JURY** [2] - 1:11; 73:3
**jury's** [2] - 34:8; 62:25
**Justice** [1] - 101:7

**K**

**Keefe** [1] - 2:10
**keep** [9] - 22:11; 39:25; 42:14; 73:5;
82:18; 94:16; 104:19; 110:15; 113:12
**keeping** [2] - 28:21; 70:18
**kelliker@huntonak.com** [1] - 3:4
**kept** [1] - 26:1
**Kevin** [1] - 3:1
**kid** [2] - 63:7, 14
**kids** [6] - 6:17, 19; 40:4; 68:4; 93:15;
94:16
**kill** [4] - 27:8; 30:19; 38:14; 66:22;
82:20
**kind** [2] - 9:24; 10:15

**kinds** [3] - 45:23; 82:25; 86:10
**Kinney** [2] - 3:5; 111:22
**KINNEY** [4] - 3:6; 111:25; 112:3, 7
**K█** [4] - 80:1, 10, 25; 81:4
**knee** [1] - 78:16
**knife** [1] - 31:14
**knifepoint** [2] - 10:7; 25:9
**knows** [1] - 44:12
**KURTH** [4] - 2:15, 18, 22; 3:2

## L

**lab** [3] - 39:9, 14, 22
**ladies** [4] - 6:4; 72:3; 90:25; 110:10
**lady** [1] - 65:12
**language** [1] - 82:21
**large** [2] - 96:19
**last** [12] - 16:20; 17:21; 22:20; 40:15; 50:7; 62:22; 64:11; 65:13; 71:24; 74:24; 101:25
**lasted** [1] - 102:1
**late** [2] - 15:19; 42:22
**latter** [1] - 83:11
**laugh** [1] - 12:23
**Law** [2] - 108:18
**LAW** [1] - 3:5
**law** [2] - 108:19, 22
**lawyers** [2] - 6:16; 112:17
**lay** [2] - 88:2, 7
**laying** [1] - 90:12
**lead** [1] - 46:6
**leading** [4] - 13:6, 22; 23:4; 57:1
**learn** [1] - 83:22
**learning** [12] - 62:22; 71:18, 24; 73:11; 75:16; 76:8; 91:9; 95:2; 99:19; 107:20; 108:1
**least** [5] - 13:9; 39:12; 45:16; 59:25; 80:8
**leave** [14] - 22:13; 76:8; 86:6; 99:2, 14; 102:21; 103:11; 106:23; 107:1, 3, 6; 109:7, 10
**leaving** [2] - 75:16; 104:2
**Lee** [3] - 99:25; 100:1, 5
**left** [7] - 14:5; 18:18; 19:17; 97:14; 104:17; 106:22; 111:13
**legal** [2] - 73:18; 109:10
**legendary** [1] - 72:24
**lengths** [1] - 47:10
**lesbian** [2] - 14:20; 15:11
**less** [5] - 6:17; 29:11; 36:22; 61:2
**lesson** [1] - 59:5
**letter** [1] - 56:2
**level** [3] - 78:11, 14; 104:22
**liars** [2] - 47:1
**lie** [1] - 26:11
**life** [1] - 67:20
**lighting** [1] - 109:16
**lights** [1] - 90:17
**line** [4] - 14:5; 52:12, 14, 20

**lines** [1] - 25:2
**list** [9] - 49:23; 63:11; 85:6, 18, 20-21; 86:2
**listed** [1] - 53:6
**literally** [2] - 87:2; 104:4
**litigation** [1] - 48:8
**live** [2] - 41:8; 105:24
**lived** [2] - 99:11; 105:25
**lives** [1] - 41:9
**living** [15] - 95:14; 98:1; 100:19; 102:24; 103:3; 105:4-6; 106:15; 108:7, 9
**LLP** [8] - 1:20; 2:3, 7, 11, 15, 18, 22; 3:2
**local** [3] - 95:25; 99:17, 24
**location** [1] - 61:21
**locker** [12] - 12:14; 26:18; 27:14, 18, 22; 29:20; 39:12; 40:9, 16
**lockers** [1] - 37:4
**Longfellow** [1] - 79:5
**look** [20] - 10:11; 20:16; 21:3; 33:4; 39:12; 54:6, 17; 61:12; 62:9; 71:6, 9, 11, 13; 78:4, 12, 17; 90:18; 112:18
**looked** [3] - 22:17; 23:17; 39:24
**looking** [4] - 6:8, 13; 39:11; 90:19
**looks** [2] - 12:24; 42:16
**Los** [1] - 1:22
**lost** [4] - 39:13; 94:20
**lunch** [2] - 6:4; 66:16

## M

**M.C** [1] - 3:6
**M.P.F** [1] - 3:6
**ma'am** [1] - 111:11
**machine** [1] - 3:17
**Mail** [1] - 52:14
**mail** [36] - 33:4, 7, 10-11, 25; 34:4, 6, 8, 12-13, 20; 35:4; 36:4; 52:11, 20-25; 53:1, 16; 54:13, 15, 25; 55:3; 56:13, 20, 23; 57:18, 21
**mailed** [1] - 111:17
**mailing** [1] - 34:16
**maintain** [2] - 48:8; 110:11
**major** [2] - 97:10; 101:9
**MARCH** [1] - 6:1
**March** [12] - 1:6; 83:11; 89:6, 11; 91:11; 95:3, 9, 19; 97:13; 109:3, 5
**mass** [1] - 109:11
**math** [4] - 12:11; 76:2; 91:25; 98:21
**matter** [2] - 73:18; 113:23
**mean** [16] - 14:11; 38:18; 47:7; 64:21, 25; 71:8; 75:18; 78:10, 14; 82:12, 18; 83:8; 103:19; 105:10
**meander** [1] - 47:12
**meaning** [6] - 41:12; 69:23; 70:7; 83:17; 91:8; 107:3
**means** [1] - 105:19
**meant** [2] - 10:14; 66:18

**measures** [1] - 75:4
**media** [1] - 110:16
**medical** [3] - 85:8; 106:25; 107:5
**medium** [1] - 66:17
**meet** [12] - 21:9; 29:25; 30:12, 20; 31:2; 32:5; 76:25; 77:1, 7, 11
**meeting** [35] - 7:4, 12, 15, 22; 10:4; 13:14, 20; 14:3, 10, 22; 15:12, 16; 16:12; 17:1, 18; 18:6; 20:25; 21:2; 23:2; 24:12, 15, 23; 25:15, 21; 26:10; 28:24; 30:3, 24; 31:6; 35:9; 51:23-25; 78:24; 79:2
**meetings** [1] - 28:24
**members** [1] - 24:3
**memory** [1] - 24:4
**mention** [2] - 48:4; 55:12
**mentioned** [3] - 10:2; 48:3; 74:1
**message** [2] - 80:11; 81:25
**messaged** [1] - 80:12
**messages** [11] - 79:22, 24; 80:6, 25; 81:4, 16, 19, 22; 82:21
**messaging** [1] - 83:5
**met** [19] - 15:7; 30:13; 32:6, 10; 38:7, 21-22; 53:10, 14-15; 57:11, 14, 16-17; 69:8, 17; 76:6
**Miami** [3] - 2:4, 8, 12
**MICHAEL** [1] - 3:5
**Michael** [1] - 3:5
**mid** [1] - 15:19
**Middle** [2] - 53:25; 91:8
**middle** [3] - 55:4; 79:4; 99:1
**might** [3] - 68:22; 110:24; 112:21
**mileage** [1] - 100:23
**mileage-wise** [1] - 100:23
**mind** [5] - 38:2; 41:1; 82:19; 94:6; 110:15
**minutes** [6] - 59:6; 70:19; 98:10; 100:24; 108:9; 110:4
**missing** [2] - 39:6, 10
**mistaken** [2] - 20:2; 65:8
**mixed** [1] - 47:25
**mk@kinneyesq.com** [1] - 3:8
**modalities** [1] - 104:21
**mom** [58] - 7:4; 8:15; 9:17, 19, 21; 16:3; 18:7; 20:7, 14, 17, 20, 22, 24; 22:22; 23:10, 16, 21, 25; 24:2, 7, 16, 24; 25:10, 12, 14, 23; 26:1; 33:11; 34:9, 12, 19; 35:10; 43:4, 6; 53:1; 71:21; 76:21; 77:14, 21-22; 79:7; 83:22-25; 84:4; 89:14; 90:4, 6, 12, 14; 92:9; 98:5, 8
**mom's** [4] - 16:2; 52:24; 85:6; 90:18
**moment** [2] - 81:10
**Monday** [1] - 85:14
**money** [1] - 25:8
**monitoring** [1] - 35:16
**month** [7] - 14:13; 77:9; 99:8, 11-12; 105:20; 106:5
**months** [3] - 60:1; 82:15; 109:6

**morning** [6] - 6:16; 12:14; 63:13; 111:7, 17; 113:17
**most** [5] - 24:3; 36:17; 111:19; 112:23
**mother** [5] - 7:8; 20:23; 83:13, 20
**mother's** [1] - 25:13
**motto** [1] - 57:25
**move** [9] - 8:5; 26:12; 83:10; 84:25; 90:7; 95:22; 103:7; 106:13
**moved** [3] - 27:23; 95:20
**moving** [1] - 113:3
**MR** [127] - 5:4; 6:23; 7:2; 9:7, 9, 12-13; 11:6, 11, 13; 13:25; 18:9, 11; 19:8; 23:20; 26:13; 32:25; 33:1, 13, 19, 21; 35:6; 36:1; 42:6, 10, 13, 17, 20, 22; 43:1, 3, 8, 13, 22; 44:12, 14; 45:6, 8, 17, 24; 46:11, 15, 25; 47:6, 14-15, 17, 22; 48:11, 22; 49:3, 17; 50:23; 51:1, 4, 6; 52:2, 5, 15, 19; 54:11; 56:17; 57:6, 10; 61:4, 9, 11, 23; 62:4, 7-8, 10, 12; 65:16, 25; 66:3; 70:14, 17, 21, 23; 72:2, 9, 13, 19; 73:7, 9, 20, 22; 84:16, 23; 85:10, 12, 25; 86:12; 87:8, 10; 88:1, 4, 13, 15, 22, 24; 89:17, 20; 91:3; 92:20, 22; 94:7, 25; 95:1; 97:6; 109:21, 23; 110:3; 111:10, 25; 112:3, 7, 9; 113:3, 8, 12, 16
**MS** [27] - 13:22; 23:18; 33:16; 43:7; 44:2; 48:13, 19, 23; 49:5, 18, 22; 50:13, 21; 57:1; 62:1; 85:4, 11, 13, 20; 86:3; 87:14, 16; 92:17; 94:5; 97:3; 111:17, 20
**multiple** [1] - 30:8
**music** [1] - 9:7

## N

**naked** [1] - 17:7
**name** [15] - 22:3; 26:18; 33:5; 55:13; 64:11; 65:19; 69:2; 77:15; 82:1, 6; 95:12; 104:10; 108:22
**named** [6] - 12:13; 63:1, 5; 67:7; 79:25; 80:1
**names** [6] - 14:20; 18:19; 56:11; 63:7, 15; 64:14
**narrative** [1] - 19:9
**narrowly** [1] - 89:8
**near** [5] - 9:16; 29:8, 19; 106:1
**near-daily** [1] - 29:8
**nearly** [1] - 60:11
**necessarily** [1] - 82:25
**Neck** [7] - 96:2, 4, 6; 97:17; 98:3
**need** [15] - 9:11; 47:15, 17; 48:9, 11; 49:12; 72:17; 86:23; 110:17; 111:16, 18; 112:10; 113:7, 14
**needed** [9] - 25:20; 40:19; 96:16, 21; 100:11; 104:8, 22
**needs** [2] - 100:8; 113:9
**neighborhood** [1] - 48:2
**nervous** [3] - 8:6; 30:5; 32:22
**never** [17] - 11:4; 17:22-24; 37:25;

44:17; 55:4, 15, 56:19; 57:4, 13, 15; 60:20; 66:20; 72:22; 86:2
**New** [20] - 41:9; 95:10, 21, 24-25; 97:25; 100:18, 20-21; 103:7; 106:8, 11-15; 108:7, 10
**new** [3] - 63:18, 20; 79:6
**news** [1] - 111:6
**next** [23] - 9:17; 12:22; 14:1, 5, 19; 18:9; 22:18, 25; 23:1; 24:8; 33:5; 46:25; 53:2; 58:9; 59:22; 68:11, 20; 94:2; 97:19; 99:13; 106:7; 107:11; 113:10
**nice** [1] - 111:4
**night** [2] - 104:3; 105:20
**nightmares** [1] - 103:24
**noon** [1] - 112:14
**Northern** [1] - 100:20
**notebook** [1] - 32:24
**nothing** [10] - 26:2; 42:13; 43:16, 19; 44:10; 72:19; 77:24; 79:11; 82:15; 113:16
**notice** [4] - 42:9; 45:22; 47:10; 111:15
**notified** [1] - 71:21
**November** [10] - 7:4; 10:20, 24; 11:1, 22; 18:6; 23:2; 35:10; 71:10
**NW** [5] - 1:17; 2:15, 19, 22; 3:2

## O

**o'clock** [1] - 6:8
**O.B** [2] - 65:12, 17
**object** [4] - 85:4; 86:15, 19
**objected** [1] - 86:2
**objecting** [1] - 87:16
**Objection** [1] - 13:22
**objection** [13] - 11:8; 23:18; 33:16; 57:1; 61:25; 62:2; 85:17; 87:12; 92:17; 94:5; 97:3
**objections** [4] - 86:13, 16
**observations** [1] - 74:16
**observe** [1] - 74:7
**observed** [3] - 74:25; 81:15
**occasion** [3] - 76:12, 16; 84:11
**occasions** [4] - 27:12; 40:14; 57:12
**occur** [1] - 80:1
**occurred** [5] - 35:11; 72:15; 76:20; 80:2; 96:8
**October** [4] - 15:20; 58:18; 77:24; 104:16
**ODIN** [1] - 3:9
**OF** [5] - 1:2, 11; 3:5; 5:4; 7:1
**offensive** [4] - 15:22; 16:15; 17:22; 64:14
**office** [29] - 8:1, 3, 24; 9:15; 13:5-7; 19:24; 21:11; 22:8, 14-15; 24:7, 25; 31:1; 32:10; 64:16; 65:1, 6; 68:21; 69:13, 15-16; 71:4; 109:15
**OFFICE** [1] - 3:5
**officer** [2] - 48:23; 49:7
**Officer** [10] - 7:5, 17; 8:25; 28:4; 30:20,

24; 31:2; 38:21, 23; 42:15
**officers** [1] - 44:9
**Official** [2] - 3:13; 114:1
**officials** [12] - 14:24; 17:9, 25; 20:8; 27:10; 28:1, 12; 31:19, 21; 37:14, 25
**older** [2] - 63:21, 23
**Olivia** [4] - 28:11; 65:21
**once** [3] - 30:14; 58:25; 59:4
**one** [59] - 10:25; 11:1, 15; 13:9, 15; 14:1; 17:21; 21:19; 27:19; 29:15; 30:3; 32:6; 35:11; 38:1, 7, 12; 39:9; 41:12; 43:6; 51:4, 11, 13; 52:12; 53:24; 55:3; 56:7; 57:23; 58:22; 59:11, 17; 63:18, 20; 65:8; 66:16; 70:25; 71:6, 19, 22; 74:24; 78:8, 16; 80:17; 82:1; 83:4, 23; 86:7, 16; 89:17; 91:19-21, 25; 92:1; 93:24; 94:1; 96:20; 103:15; 107:6; 109:21
**ones** [4] - 17:16; 29:15; 38:6
**online** [2] - 16:10; 108:3
**open** [3] - 20:10; 21:17, 20; 29:20; 39:11; 45:1, 19, 23; 47:15, 17, 19, 21; 86:6
**opened** [4] - 46:16, 18
**opening** [1] - 47:8
**opens** [2] - 4:2; 49:14
**opportunity** [4] - 30:11; 32:4; 73:5; 108:19
**opposed** [1] - 79:17
**oral** [1] - 17:6
**order** [1] - 86:14
**orient** [2] - 33:24; 66:4
**original** [5] - 82:11, 13; 83:7
**otherwise** [1] - 10:6
**outpatient** [3] - 105:21, 24; 106:3
**outside** [10] - 19:24; 22:7; 29:3; 51:19; 67:22, 25; 107:17; 111:5
**overall** [2] - 96:9; 98:15
**overhear** [1] - 20:10
**overheard** [1] - 21:18
**overruled** [2] - 13:23; 97:5
**overwhelming** [1] - 97:21
**own** [4] - 64:20, 22, 24; 65:1
**owned** [1] - 103:1

## P

**P.A.H** [1] - 3:5
**p.m** [8] - 1:6; 6:2; 72:16, 25; 89:6; 111:8; 113:19
**page** [8] - 18:9, 13; 19:10; 33:23; 52:7, 9; 53:2
**Page** [1] - 5:3
**pages** [1] - 39:16
**pandemic** [1] - 107:22
**PANEL** [1] - 73:3
**pants** [1] - 17:22; 32:13
**paragraph** [5] - 54:15; 58:9, 25; 59:22; 60:10

paren [1] - 56:10
parents [11] - 13:7; 21:4; 44:3; 71:22; 92:15, 25; 105:4, 6; 106:6, 11
Park [1] - 1:21
part [14] - 19:4; 23:2; 28:17; 41:6; 44:6; 45:18; 54:12; 76:4; 82:24; 83:11; 85:23; 89:18; 106:4; 109:8
participate [1] - 93:17
particular [4] - 20:21; 45:4; 46:2; 86:6
particularly [2] - 18:22, 24
parties [2] - 62:21; 85:23
passed [1] - 68:25
past [1] - 13:12
patch [1] - 9:22
pause [3] - 52:18; 54:9; 91:2
paying [1] - 73:5
PC [1] - 3:9
PE [4] - 27:14, 18, 22; 74:4
Pennsylvania [4] - 2:15, 19, 22; 3:2
people [30] - 6:18; 9:10; 11:10; 12:4, 8-9, 13, 20; 13:18; 15:11, 15; 16:5, 8-9, 23; 17:15; 18:3, 16; 19:5, 12, 17-19; 37:6; 51:10
per [3] - 98:20; 106:25
percent [7] - 20:4; 22:16; 24:2; 27:22; 92:4; 94:1; 101:11
perception [5] - 73:19, 23; 74:11, 21
performance [1] - 28:19
performance-wise [1] - 28:19
period [15] - 12:15; 22:20; 28:15; 32:4, 7; 36:3, 18, 21, 24; 40:15; 59:11; 76:7; 108:15
periods [1] - 35:19
permission [2] - 33:14; 46:3
perpetrator [1] - 80:17
person [22] - 62:22; 69:21, 23; 70:1; 71:24; 73:11; 75:16; 76:8; 80:3, 10, 12-16; 91:9; 94:13; 99:8; 105:8; 108:4
personal [4] - 52:11, 21-22; 59:14
personally [2] - 51:23; 53:15
perspective [2] - 44:21; 83:21
P████ [1] - 7:12
phone [4] - 9:6; 42:23; 43:9; 44:15
photograph [5] - 85:2; 87:3, 7, 14
photographs [1] - 84:21
physical [5] - 37:5, 13; 55:12; 74:8; 75:1
physically [2] - 31:22; 35:17
pick [4] - 92:10; 93:2, 5
picked [1] - 71:22
picking [1] - 93:7
picture [7] - 85:1, 3; 87:10, 22; 88:11; 89:21
pictures [1] - 17:7
PITTLEMAN [1] - 3:9
place [7] - 55:17; 72:2; 81:19; 84:15, 25; 86:14
placed [1] - 88:18
Plaintiff [3] - 1:4, 15; 2:2

plaintiff [4] - 49:3, 14; 113:16
Plaintiff's [7] - 5:8; 11:7; 33:14, 18; 61:24; 62:3
plaintiff's [2] - 48:20, 25
plan [6] - 22:24; 23:1, 3; 81:3; 96:14; 112:18
planned [1] - 86:23
PLC [1] - 3:6
pleasure [1] - 72:20
PLLC [1] - 1:16
plow [1] - 112:1
PM [1] - 1:8
point [33] - 8:7; 11:6; 15:20; 19:3; 20:25; 21:24; 26:24; 27:23; 29:11; 31:18; 37:18; 39:3; 51:12; 52:2; 53:11; 54:25; 61:9; 68:5, 13; 73:6; 78:10; 79:15; 83:16; 85:25; 88:9; 95:6; 96:23; 100:10; 103:9; 105:9; 109:24; 110:8
pointing [1] - 32:15
poked [1] - 90:21
police [29] - 41:21; 42:4, 7, 14; 43:11, 14; 44:3, 5; 45:22; 46:4, 7, 17, 22, 25; 47:1, 23; 48:14, 16-17, 19, 23; 49:7, 12-13, 18, 23; 50:6, 10
policy [1] - 26:4
position [2] - 46:9, 16
positive [2] - 96:9; 98:15
possibility [1] - 86:7
possible [1] - 101:11
post [4] - 28:16, 24; 97:10, 12
post-Thanksgiving [1] - 28:16
post-traumatic [2] - 97:10, 12
posting [1] - 84:21
posts [1] - 16:15
practice [1] - 66:7
preceding [1] - 14:25
pregnant [1] - 65:13
prejudicial [1] - 86:18
prepared [1] - 85:5
present [1] - 89:14
presentation [1] - 47:12
presentations [1] - 59:2
pretrial [1] - 86:20
pretty [5] - 49:14; 68:4; 70:5; 111:4; 112:13
principal [2] - 39:20; 58:6
principals [1] - 74:14
private [2] - 87:7; 99:9
problem [5] - 34:20; 50:16; 72:7; 103:14
proceed [2] - 9:9; 42:20
proceedings [5] - 52:18; 54:9; 72:15; 91:2; 113:23
PROCEEDINGS [1] - 1:11
Proceedings [2] - 3:17; 113:19
process [2] - 42:15; 88:11
proctor [1] - 96:20
prodded [1] - 90:22
produced [2] - 3:17; 44:17

profession [1] - 109:10
program [4] - 75:25; 76:1; 105:21; 109:9
promiscuity [1] - 26:19
promise [1] - 78:12
proposal [2] - 59:22
propose [2] - 42:20; 79:3
proposed [2] - 78:21; 79:1; 113:2
protect [4] - 73:24; 74:12, 22; 75:4
proud [1] - 80:5
proximity [1] - 100:21
PTSD [4] - 97:12; 99:3, 16; 103:22
public [3] - 84:22; 95:25; 96:7
Public [2] - 75:13; 96:5
publish [6] - 11:7; 33:19; 62:10; 66:1; 89:17
pulled [2] - 25:1; 61:6
pumpkin [1] - 9:22
purpose [1] - 81:3
purposes [1] - 86:8
pushing [2] - 58:10, 14
put [8] - 40:9; 44:24; 45:22; 61:15; 70:13; 75:15; 86:24
putting [4] - 29:2; 43:14; 47:9; 59:19
PWC [2] - 101:24; 108:14

## Q

quarter [1] - 41:14
questioning [1] - 46:20
questions [8] - 47:7, 18; 50:2; 54:4; 74:5; 88:8; 89:8; 112:1
quick [5] - 54:6; 63:3; 65:10; 79:6; 85:22
quickly [1] - 54:3
quiet [1] - 67:2
quietly [1] - 57:24
quote [10] - 12:23; 55:18, 21; 58:1; 63:7, 16, 21; 64:1; 66:21; 67:8
quoting [2] - 55:21; 58:11

## R

Rachel [26] - 23:14, 22-23; 35:19; 40:4; 41:11; 53:25; 55:17, 23, 25; 57:25; 59:3; 71:18, 25; 73:12; 74:9, 18; 75:2, 16; 79:12, 16; 83:1; 91:8; 94:13; 97:14; 99:23
racial [2] - 16:5, 10
racially [1] - 16:5
raise [1] - 25:15
raising [1] - 19:20
random [1] - 63:7
rang [1] - 66:15
rapes [1] - 46:23
raping [1] - 31:19
rather [1] - 43:25
rbates@hunton.com [1] - 2:17

**RCMS** [1] - 60:11
**RDR** [3] - 3:12; 113:22, 25
**RDR-CRR** [1] - 113:22
**reach** [6] - 55:7; 59:9; 77:3, 6; 81:7
**reached** [4] - 59:11; 77:5; 80:19; 81:13
**read** [11] - 11:21; 35:2, 7; 54:10; 56:13; 57:21; 60:22; 63:3; 86:9
**readdress** [1] - 112:19
**readjust** [1] - 112:22
**ready** [5] - 58:1; 94:24; 106:13
**real** [2] - 54:6; 63:3
**reality** [1] - 60:2
**realized** [1] - 81:8
**really** [33] - 20:19; 21:14; 28:20; 30:5; 32:22; 37:9; 38:10; 64:23; 69:16, 20; 71:12; 77:15; 81:5-7; 84:1; 85:15; 90:16, 18, 22; 94:11, 18; 96:8; 98:15; 100:10; 101:10; 103:24; 104:6; 106:5; 109:16
**reason** [10] - 6:17; 40:22; 43:17; 53:19, 24; 54:2, 13; 56:3; 82:10
**reasons** [3] - 12:1; 43:15; 53:18
**receive** [1] - 99:7
**received** [2] - 59:5; 67:20
**receiving** [4] - 27:9; 30:4; 68:24; 69:18
**recently** [1] - 14:15
**recess** [1] - 72:15
**recognize** [4] - 21:20; 65:17; 66:8, 12
**recollection** [7] - 24:11; 36:9, 20; 51:21; 63:20, 24; 107:10
**recommencement** [1] - 6:6
**record** [10] - 33:18; 42:17; 49:24; 62:3; 72:11; 85:8; 86:12; 88:18; 109:22; 113:22
**recorded** [2] - 49:23; 50:1
**Recovery** [2] - 104:11, 23
**redaction** [1] - 67:8
**redactions** [1] - 62:17
**referring** [1] - 67:4
**regarding** [2] - 76:9, 17
**regardless** [1] - 60:5
**regards** [1] - 38:12
**reinforce** [1] - 60:1
**reiterate** [1] - 110:16
**related** [1] - 25:7
**relates** [1] - 54:2
**relationship** [1] - 98:16
**relatively** [1] - 36:13
**relay** [2] - 85:15
**relevance** [1] - 50:10
**relevant** [2] - 45:11; 48:4
**relied** [1] - 49:10
**remain** [2] - 71:17; 91:7
**remarks** [1] - 16:6
**remember** [12] - 20:20, 22; 32:8; 58:12; 59:5; 62:19; 64:12; 69:15; 77:15; 89:25; 90:14; 100:17
**remind** [1] - 53:6
**remote** [5] - 107:18-20; 108:1

**reorient** [1] - 7:3
**repeat** [5] - 13:15; 29:16; 34:3; 76:14; 100:3
**repeating** [1] - 82:21
**rephrase** [1] - 28:7
**report** [27] - 15:12; 17:1, 18; 18:5; 27:9; 28:1, 3; 29:13, 17; 44:15; 48:23; 54:10; 67:15; 84:24; 85:1, 4-5, 7, 17, 19; 86:9, 23, 25; 87:16, 24
**reported** [15] - 3:17; 14:16; 15:15; 16:11; 17:15; 28:8; 29:18, 21; 44:3; 48:16; 49:24; 67:18; 74:6; 83:6
**Reporter** [3] - 3:12; 114:1
**reporting** [6] - 14:12, 14; 16:20; 17:8; 18:25; 51:11
**reports** [4] - 44:7; 46:4; 74:24; 86:21
**republish** [3] - 52:2; 70:14, 21
**request** [1] - 71:10
**require** [1] - 96:11
**required** [2] - 98:18; 102:10
**requires** [1] - 85:9
**residential** [4] - 104:8; 105:12, 18
**resign** [1] - 109:8
**resistance** [1] - 100:11
**respect** [1] - 47:6
**respectful** [1] - 58:1
**respond** [5] - 56:20; 57:18; 58:4; 94:6
**responded** [2] - 57:4, 23
**response** [7] - 10:8; 25:25; 55:15; 58:7
**responsibility** [1] - 111:3
**responsible** [1] - 58:1
**rest** [6] - 22:16; 23:4; 56:2; 67:2; 99:16; 111:4
**restart** [1] - 6:20
**Reston** [2] - 3:7, 11
**results** [1] - 47:23
**resume** [1] - 26:20
**retells** [1] - 9:24
**return** [3] - 26:15, 17; 41:10
**returned** [1] - 41:15
**Review** [1] - 108:18
**REWARI** [27] - 13:22; 23:18; 33:16; 43:7; 44:2; 48:13, 19, 23; 49:5, 18, 22; 50:13, 21; 57:1; 62:1; 85:4, 11, 13, 20; 86:3; 87:14, 16; 92:17; 94:5; 97:3; 111:17, 20
**Rewari** [5] - 2:18; 111:14, 23; 112:5, 10
**river** [1] - 103:5
**rkeefe@bsfllp.com** [1] - 2:13
**RMR** [1] - 3:12
**road** [2] - 45:23; 47:10
**Robert** [2] - 2:10; 3:6
**role** [1] - 77:15
**room** [11] - 13:7; 20:6; 24:11; 27:14, 18; 42:24; 78:16; 90:5, 19
**roommates** [1] - 103:4
**ROSSIE** [1] - 1:12
**roughly** [1] - 12:9

**rude** [1] - 56:11
**ruin** [1] - 22:22
**rule** [3] - 40:7, 11; 50:19
**ruled** [1] - 50:22
**rules** [4] - 40:21; 43:1
**ruling** [2] - 48:13; 88:3
**rumors** [4] - 17:11, 14; 94:21
**run** [2] - 49:2; 60:12
**Ryan** [5] - 2:14; 48:20; 49:1, 7, 9
**Ryan's** [1] - 48:23

## S

**S.D** [1] - 65:12
**S.T** [2] - 3:5; 20:14
**Sabino** [11] - 104:11, 13, 18, 23-24; 105:2, 14-15; 106:1, 4
**sad** [1] - 60:2
**safe** [2] - 35:17; 79:20
**safely** [1] - 11:1
**safety** [2] - 27:24; 79:8
**saw** [9] - 37:5; 38:20; 40:17; 51:22; 55:23; 59:21; 68:19; 81:25; 94:12
**scared** [14] - 12:1, 5-6; 21:15; 22:15; 31:10, 14; 32:12, 16; 56:8; 68:25; 81:7; 90:16; 98:5
**scary** [1] - 104:2
**scenario** [2] - 110:1, 3
**schedule** [1] - 100:11
**scheduled** [1] - 48:21
**scheduling** [1] - 86:14
**SCHILLER** [4] - 1:20; 2:3, 7, 11
**School** [11] - 53:25; 77:17; 82:2; 91:8; 95:13; 96:2, 5; 99:25; 100:2, 6; 108:18
**school** [149] - 6:17, 19; 12:1, 5, 7-8, 18; 13:1, 12, 18; 14:24; 16:4, 20; 17:9, 12, 24-25; 18:15; 20:7, 18-19; 21:3, 5-6; 22:13, 23-25; 23:1, 3, 6-7; 24:6; 26:15, 17; 27:10; 28:1, 12, 17, 19-21; 29:4, 6; 30:20; 31:19, 21; 34:16; 37:14, 25; 39:6; 40:5, 7, 20; 41:10, 15; 44:6, 10; 45:5, 10; 47:24; 48:1; 49:8; 50:2, 14, 16-17; 51:19; 53:23; 55:5, 11, 24-25; 56:1, 3, 7-8; 58:17, 20, 23; 59:9; 60:5, 13; 61:6; 63:19; 66:6; 67:15, 18; 68:16; 73:11; 75:11; 76:4, 23; 78:1; 79:6, 9, 12, 17-20; 81:14; 83:17; 92:10, 16, 25; 93:1, 5-6, 15, 21; 94:17; 95:8, 10, 12-13, 17-18, 24-25; 96:1, 7; 97:20-23; 98:4, 17, 20; 99:1, 13-14, 16-17, 19, 24; 100:7; 108:9, 15
**school'** [1] - 55:18
**schools** [1] - 79:4
**Schools** [1] - 75:13
**science** [6] - 12:11; 39:9, 14, 19; 76:2; 91:25
**Scott** [5] - 2:21; 3:12; 113:22, 24
**scottwallace.edva@gmail.com** [1] - 3:16

**screen** [1] - 32:25
**SE** [3] - 2:3, 7, 11
**season** [1] - 25:3
**seated** [3] - 6:3; 73:1; 111:9
**second** [20] - 8:1, 3, 5-6; 9:10; 18:10, 13; 21:19; 22:5; 33:22; 40:15; 41:12; 51:4; 53:24; 56:3, 12; 81:10; 104:23; 109:21
**section** [1] - 109:25
**secure** [1] - 9:8
**seductive** [1] - 12:24
**see** [36] - 8:21; 10:12; 12:2; 14:7; 21:16, 24; 22:2, 6; 30:8; 33:8; 34:2, 5-6, 10; 35:8; 36:12; 47:4; 52:8; 53:2; 55:19; 60:14; 65:6; 67:7; 69:1; 71:7; 90:13, 18; 109:24; 111:6; 113:17
**seeing** [3] - 8:10; 55:22; 68:15
**seek** [1] - 61:24
**seem** [1] - 78:21
**sees** [1] - 43:4
**seizure** [1] - 102:9
**select** [1] - 101:9
**semester** [9] - 41:11; 102:20, 25; 103:15, 20; 104:6; 107:12
**semesters** [1] - 107:5
**sending** [2] - 33:7; 81:3
**sends** [1] - 34:20
**sent** [4] - 17:6; 63:8; 71:14; 80:25
**sentence** [2] - 11:25; 12:22
**separate** [1] - 21:1
**September** [6] - 73:13; 75:18; 76:7; 104:16; 109:1, 5
**serious** [2] - 67:21; 70:5
**seriously** [1] - 32:23
**serves** [1] - 107:10
**services** [2] - 53:8; 58:7
**SESSION** [2] - 1:8; 6:1
**session** [1] - 105:12
**set** [1] - 38:23
**sets** [1] - 43:20
**setting** [1] - 96:20
**seven** [1] - 35:20
**several** [6] - 16:21; 31:7; 50:7; 57:12; 63:10; 76:6
**severe** [1] - 77:23
**severely** [1] - 54:21
**sex** [1] - 17:6
**sexual** [10] - 9:19; 14:6; 25:22; 26:2; 53:21; 54:1; 55:12; 77:23; 94:21
**sexuality** [1] - 26:19
**sexually** [3] - 18:22; 58:10, 13
**shadow** [1] - 36:12
**shadowed** [6] - 35:23; 36:8, 16, 21, 25; 37:3
**shadowing** [6] - 35:11, 14-15; 36:6; 37:12
**shadows** [1] - 37:7
**share** [1] - 83:19
**shirt** [2] - 17:22; 32:13

**shooting** [2] - 50:23
**shopping** [1] - 25:5
**short** [1] - 45:8
**shorthand** [1] - 3:17
**shortly** [1] - 14:2, 9
**show** [7] - 39:18; 50:15; 72:21; 81:16; 87:2, 7
**showed** [1] - 39:19
**showing** [1] - 85:1
**shown** [2] - 79:25; 80:7
**shows** [1] - 87:23
**sic** [2] - 60:16; 74:5
**side** [4] - 44:25; 77:17; 93:4; 103:5
**Sidebar** [5] - 42:2; 51:3; 84:19; 88:23; 110:9
**sidebar** [4] - 72:11; 85:14; 89:18; 109:22
**Sidley** [1] - 108:23
**signature** [4] - 11:18, 20; 61:17
**similar** [1] - 82:14
**single** [1] - 60:2
**sip** [1] - 84:3
**sitting** [4] - 9:16; 69:16; 78:15
**situation** [1] - 71:13
**situations** [1] - 22:12
**six** [2] - 9:14; 105:1
**size** [2] - 96:19; 98:20
**skills** [2] - 72:20; 73:2
**skip** [1] - 47:14
**slapped** [2] - 27:25; 28:8
**sleep** [4] - 103:22; 104:3; 109:12
**slurs** [3] - 9:19; 15:24; 16:10
**slut** [2] - 63:8, 22
**small** [1] - 96:20
**smaller** [1] - 97:20
**smart** [1] - 81:18
**smartphone** [1] - 44:16
**smile** [1] - 32:23
**smoothie** [2] - 83:24
**sneers** [1] - 57:25
**snitch** [2] - 22:22; 56:10
**snows** [1] - 112:21
**so..** [1] - 10:17
**social** [1] - 110:16
**sociology** [1] - 108:12
**solutions** [3] - 78:21; 79:1
**someone** [8] - 35:15; 43:9; 58:10; 62:14; 77:17; 79:25; 85:8; 103:3
**sometimes** [2] - 66:4; 96:17
**somewhere** [4] - 6:7; 55:23; 72:5
**Sona** [1] - 2:18
**sorry** [21] - 7:9; 13:15; 14:4; 29:16; 34:3, 25; 44:13; 47:16; 52:17; 53:3; 57:7; 70:12; 76:14; 85:12; 90:24; 100:3; 103:13; 106:20; 111:11
**sort** [7] - 42:9; 47:9, 11; 73:10; 82:14; 95:5; 102:8
**sounded** [1] - 67:21
**sounds** [2] - 70:5; 81:6

**South** [1] - 96:2
**Spanish** [1] - 74:3
**speaking** [2] - 40:10; 79:8
**special** [1] - 96:11
**specialized** [1] - 109:9
**specific** [1] - 56:15
**specifically** [10] - 9:20; 12:13; 30:5; 31:8; 32:1-3; 55:12; 99:10; 108:3
**spend** [2] - 93:3, 7
**spending** [1] - 102:6
**spent** [2] - 99:8; 102:20
**spoken** [2] - 6:10; 25:13
**spot** [1] - 51:1
**Square** [1] - 3:14
**square** [1] - 78:8
**srewari@huntonak.com** [1] - 2:20
**Stacey** [1] - 25:14
**staff** [2] - 64:23; 96:10
**stand** [2] - 51:19; 85:24
**standing** [1] - 13:9
**standpoint** [1] - 86:11
**stands** [1] - 96:14
**start** [12] - 6:6; 11:23; 33:22; 37:15; 95:8, 24; 101:4; 102:15; 107:8; 112:14; 113:3
**started** [12] - 10:12, 15; 41:12; 64:11; 82:10; 92:9; 95:10, 16, 19; 106:21; 107:3, 6
**starting** [1] - 28:22
**starts** [3] - 52:25; 58:25; 59:22
**state** [3] - 41:8; 70:8; 94:6
**statement** [43] - 10:18, 21, 23; 11:2, 4, 15-18; 13:3; 17:3; 20:2, 6; 25:17; 30:7; 37:17, 19-23, 25; 38:16; 39:1; 49:25; 50:1; 59:7; 61:16, 19, 22; 62:13, 19; 65:7; 66:8, 25; 70:9, 24; 71:1, 9
**statements** [5] - 38:1; 44:15; 49:17; 66:5
**States** [1] - 3:13
**STATES** [2] - 1:1, 12
**station** [1] - 43:15
**stay** [14] - 21:4; 23:3; 26:6; 41:5; 48:25; 50:14; 95:16; 98:24; 105:17, 19; 107:20; 110:16; 111:6
**stayed** [6] - 21:6; 26:8; 67:2; 95:18; 98:25; 105:18
**staying** [2] - 6:13; 23:14
**STEM** [1] - 76:1
**step** [3] - 106:3; 111:10
**step-down** [1] - 106:3
**stepped** [2] - 20:5; 105:20
**steps** [3] - 73:24; 74:12, 21
**still** [19] - 7:17, 19-21; 20:7; 28:16; 29:4, 7, 12; 39:24; 55:15; 94:17; 95:15; 98:18; 103:5; 106:12; 107:14
**stipulated** [1] - 62:22
**stole** [1] - 25:8
**stomach** [1] - 90:13
**stop** [16] - 20:17; 21:19; 25:20; 37:3, 6,

8-10; 58:21-23; 60:13; 64:6; 70:11; 77:2
**stopped** [1] - 29:2
**stories** [2] - 56:9
**story** [2] - 9:25; 47:24
**Street** [4] - 1:17; 2:3, 7, 11
**Stress** [1] - 97:2
**stress** [2] - 97:10, 12
**stressful** [1] - 109:17
**stretch** [1] - 90:25
**strings** [1] - 82:1
**struggled** [9] - 96:8; 98:19; 103:20; 104:3, 6; 106:6; 109:16
**struggling** [2] - 28:20; 108:10
**student** [9] - 10:18, 21, 23; 53:8; 58:6; 61:16; 71:17; 107:4
**students** [12] - 8:9; 10:11; 19:15; 27:6; 51:19; 56:8; 59:21, 23; 60:7, 11; 71:8; 109:9
**study** [2] - 108:16
**stuff** [8] - 18:25; 37:7-9; 40:9; 44:9; 45:4; 48:1
**subject** [2] - 42:5; 91:24
**subjected** [4] - 73:15; 74:9, 18; 75:2
**success** [1] - 59:14
**successful** [1] - 30:10
**successfully** [1] - 30:9
**such-and-such** [1] - 88:12
**sudden** [1] - 66:16
**suddenly** [1] - 66:21
**suffer** [1] - 57:24
**suffering** [1] - 59:21
**suggest** [5] - 45:14; 87:5; 111:22
**suggested** [1] - 39:13
**Suite** [7] - 1:17; 2:4, 8, 12; 3:7, 10
**summer** [5] - 101:20; 102:10; 107:7; 108:3, 17
**super** [1] - 25:19
**superintendent** [2] - 75:9, 13-14; 76:22
**supplemental** [1] - 88:17
**supported** [2] - 26:10; 100:7
**supportive** [2] - 98:17; 100:8
**supports** [1] - 6:18
**supposed** [9] - 18:14; 23:14; 27:23; 35:11, 22; 46:23; 104:19, 21
**supposedly** [1] - 55:18
**surprise** [1] - 44:25
**surprising** [1] - 11:11
**suspended** [2] - 40:21; 41:3
**Sustained** [2] - 23:19; 92:18
**sweater** [1] - 44:6
**switch** [1] - 75:7
**switching** [1] - 42:16
**S███** [1] - 38:8
**system** [2] - 41:14; 100:7

## T

**T.B** [1] - 3:5

**T.H** [1] - 65:12
**talks** [1] - 56:5
**tall** [1] - 66:17
**T████** [4] - 29:23; 39:11, 19; 73:14
**taste** [1] - 83:24
**Taylor** [11] - 79:21, 24; 80:1, 3, 7, 9, 11, 25; 81:23; 82:9
**teacher** [20] - 39:19; 64:5, 7-8; 67:19; 74:3; 91:16, 20-21, 24; 93:9; 94:3, 8, 11; 96:20
**teachers** [18] - 12:11; 15:4; 29:13, 17-18, 21; 57:20; 73:23; 74:1; 91:14; 92:2; 93:3, 24; 96:10; 98:16; 100:9
**tears** [1] - 39:16
**tease** [1] - 12:24
**technically** [4] - 13:6; 103:1; 107:5; 108:16
**technology** [1] - 76:2
**tempting** [1] - 25:3
**term** [3] - 25:22; 26:2; 111:15
**terms** [6] - 14:6; 15:22; 49:25; 53:21; 64:22; 75:20
**terrible** [1] - 90:20
**T████** [44] - 7:14, 17, 22-23; 8:14; 9:1, 19; 10:8-10; 13:8, 13, 19; 14:21; 15:4; 16:13; 17:19; 18:5; 20:14, 21, 23; 21:16; 22:6, 9; 23:17; 24:9, 17, 23; 25:1, 10, 15, 25; 26:1; 28:25; 32:5, 10-11; 38:8; 57:11, 13; 74:15
**T████** [11] - 8:3, 24; 9:15-17; 13:5; 19:24; 21:10, 23; 24:7, 25
**test** [1] - 26:11
**testified** [6] - 16:8; 17:16; 51:10, 18; 65:13
**testify** [7] - 48:21; 85:13; 86:4, 22; 87:18; 88:9
**testifying** [1] - 16:24
**testimony** [6] - 6:7; 24:19; 51:12; 62:25; 85:6; 87:19
**texting** [1] - 44:15
**Thanksgiving** [6] - 23:4; 26:5, 15, 20; 28:16
**theoretically** [2] - 112:20, 22
**therapist** [2] - 104:20; 105:13
**therapy** [5] - 104:20; 105:7; 106:9
**Thereupon** [1] - 72:15
**they've** [3] - 44:18; 46:16, 19
**thinking** [2] - 8:12; 113:5
**thorough** [1] - 112:5
**threat** [1] - 30:18
**threatened** [2] - 31:24; 64:25
**threatening** [4] - 9:23; 18:24; 31:9; 69:20
**threats** [17] - 27:1-3, 9; 30:4, 6, 17; 31:8; 32:3; 38:12, 14; 67:20; 68:23; 69:18; 71:5, 12; 82:19
**three** [11] - 15:1; 18:18; 29:20, 22; 37:2, 13; 73:23; 74:1; 91:17, 22; 92:5
**thumbs** [1] - 73:3
**Thursday** [1] - 112:24

**timeframe** [1] - 15:20
**Tinsley** [2] - 32:25; 72:7
**Title** [1] - 50:11
**today** [7] - 6:5; 50:7; 72:6; 76:10, 18; 110:13
**tomorrow** [5] - 110:20; 111:7; 112:19, 21; 113:17
**tone** [1] - 43:20
**took** [10] - 10:7; 68:12; 76:4; 81:19; 84:24; 87:10; 106:25; 107:5; 108:3
**top** [6] - 19:4; 33:4; 61:22; 64:12; 90:12; 101:10
**topics** [3] - 51:7; 75:7; 91:4
**TORCHINSKY** [1] - 1:16
**torn** [1] - 40:3
**total** [1] - 91:22
**totally** [1] - 113:8
**tote** [6] - 40:5, 16, 20, 22, 24; 41:2
**touch** [2] - 11:9; 17:24
**touched** [1] - 25:19
**touching** [17] - 18:23; 26:18; 29:7; 32:12, 16; 37:4, 10, 14; 38:10, 15; 69:19; 73:15; 74:8, 18; 75:2; 77:23
**towards** [3] - 15:24; 51:7
**traffic** [1] - 6:16
**transcript** [2] - 3:17; 113:22
**TRANSCRIPT** [1] - 1:11
**transcription** [1] - 3:17
**transfer** [3] - 101:15
**transferred** [1] - 97:20
**transition** [4] - 8:7; 45:3, 20; 55:4
**transitioning** [1] - 8:8
**transpired** [1] - 71:22
**transportation** [1] - 109:12
**traumatic** [2] - 97:10, 12
**treat** [2] - 6:8; 70:18
**treatment** [5] - 99:7; 104:8, 21; 105:18
**treats** [1] - 72:8
**TRIAL** [1] - 1:11
**trial** [1] - 72:23
**tried** [6] - 21:9; 30:8; 77:6; 80:10; 81:7
**tries** [1] - 43:5
**triggered** [1] - 109:17
**trips** [1] - 93:15
**true** [2] - 17:7; 59:7
**trust** [1] - 6:4
**truthful** [1] - 66:25
**try** [9] - 6:5; 29:25; 39:12; 45:9; 46:12; 110:11, 20; 112:19
**trying** [14] - 6:11; 18:15; 19:13; 22:22; 43:9; 46:12, 20; 65:3; 78:9; 79:3; 80:19; 104:24; 109:24
**Tucson** [1] - 104:12
**Tuesday** [3] - 110:24; 111:19; 112:20
**tune** [1] - 10:15
**turn** [6] - 26:25; 32:25; 42:8; 45:10; 53:2; 113:10
**twice** [2] - 39:12; 104:14
**two** [20] - 11:1; 12:13; 28:24; 37:2, 12;

38:1, 6; 40:14; 44:8; 53:18; 66:16; 79:3;
81:1, 25; 91:17, 22-23; 92:3; 103:4;
107:5
  **twofold** [1] - 59:21
  **typed** [2] - 66:6, 9
  **types** [4] - 17:12, 14; 55:11; 83:4
  **typical** [1] - 96:19

# U

  **ultimately** [2] - 8:23; 102:12
  **um-hmm** [3] - 37:1; 43:12
  **uncomfortable** [3] - 25:19; 38:10;
45:20
  **under** [4] - 44:14; 82:1, 6; 110:21
  **undergo** [1] - 89:15
  **undermined** [1] - 47:11
  **understood** [2] - 47:22; 48:11
  **unfortunately** [1] - 109:8
  **unhappy** [1] - 87:23
  **United** [1] - 3:13
  **UNITED** [2] - 1:1, 12
  **University** [5] - 101:17; 102:13, 15;
103:1
  **unless** [1] - 49:13
  **unrelated** [1] - 44:8
  **unsafe** [2] - 69:20; 77:25
  **unsure** [1] - 102:8
  **unwanted** [6] - 58:11, 14; 73:15;
74:18; 75:1; 77:23
  **up** [54] - 14:19; 18:10; 23:4, 6, 9, 11,
14, 22-23; 25:21; 27:6; 28:21; 31:15,
17; 34:23; 37:15; 38:23; 40:3; 41:11;
43:4, 13, 17; 45:1, 20, 23, 25; 48:9, 12;
51:11, 15; 60:5; 63:14; 66:6; 70:13;
71:23; 73:3, 6, 10; 76:7; 82:11; 91:24;
92:10; 93:2, 5, 7; 94:16; 102:6; 107:3,
6; 110:23
  **upset** [7] - 22:23; 26:8; 27:25; 84:1;
90:16; 94:11
  **upsetting** [1] - 90:22
  **upstairs** [2] - 8:10; 32:10
  **upstate** [1] - 95:10

# V

  **VA** [3] - 3:7, 11, 15
  **vandalized** [1] - 39:6
  **vantage** [1] - 21:24
  **variety** [1] - 96:21
  **various** [1] - 43:15
  **verbal** [3] - 37:7
  **verbalized** [1] - 8:15
  **verify** [1] - 9:25
  **victim** [1] - 56:8
  **Virginia** [3] - 3:14; 95:15
  **VIRGINIA** [1] - 1:2
  **visible** [1] - 36:13

  **visit** [1] - 41:7
  **visually** [2] - 22:2
  **vivid** [4] - 24:3; 36:9; 63:24
  **VOGEL** [1] - 1:16
  **voice** [4] - 21:20, 22-23; 63:25
  **voicemail** [5] - 7:24; 14:1, 5-6, 11
  **VOLUME** [1] - 1:8
  **vulgar** [2] - 14:20; 63:7

# W

  **wait** [3] - 67:22; 69:23; 112:3
  **waited** [4] - 8:7; 67:23
  **waiting** [1] - 110:25
  **walk** [5] - 34:19; 40:4; 67:17; 95:5;
111:5
  **walked** [4] - 24:25; 67:2; 68:21
  **walking** [1] - 66:15
  **wall** [2] - 16:15, 17
  **Wallace** [4] - 3:12; 113:22, 24
  **wants** [1] - 14:19
  **Washington** [5] - 1:18; 2:16, 19, 23;
3:3
  **watch** [1] - 19:7
  **ways** [2] - 21:1; 58:14
  **weapons** [1] - 31:12
  **Weaver** [15] - 34:9; 53:1, 7-8, 11-12,
17; 54:18, 23; 55:1, 15; 56:12, 19;
60:16, 19
  **Wednesday** [7] - 36:5; 110:22, 25;
111:21; 112:14, 22
  **week** [12] - 23:4; 26:22; 48:21; 65:13;
84:10; 91:16, 18, 22-23; 92:3; 110:22;
113:10
  **weeks** [9] - 15:1, 18; 16:21; 17:8; 18:1;
19:1; 28:24; 83:18; 105:1
  **whole** [3] - 42:15; 44:19; 53:2
  **whore** [3] - 14:20; 16:16; 67:9
  **widely** [1] - 47:20
  **Wiehle** [1] - 3:10
  **winter** [1] - 103:15
  **wise** [3] - 28:19; 100:23; 104:25
  **wish** [1] - 102:12
  **witness** [9] - 43:25; 85:5, 17; 86:3;
90:24; 111:10, 14; 113:9
  **WITNESS** [8] - 13:24; 35:5; 52:17;
54:10; 57:4, 8; 65:14; 92:19
  **witnessed** [2] - 19:16; 28:13
  **witnesses** [3] - 63:11; 113:4
  **woman** [1] - 67:4
  **word** [3] - 26:3; 63:15; 67:8
  **words** [5] - 57:25; 58:7, 13; 63:18;
81:2
  **worried** [1] - 81:8
  **worse** [2] - 26:22; 58:24
  **worst** [1] - 110:3
  **wrap** [2] - 70:17; 73:10
  **wrenching** [1] - 55:6
  **write** [18] - 10:18, 21; 13:3, 10; 15:21;

18:13; 20:6; 53:16; 55:1; 57:24; 59:3;
60:3, 24; 63:6; 64:13; 66:23
  **writing** [5] - 13:4; 20:2; 61:19; 62:19;
65:7
  **written** [4] - 10:25; 38:25; 61:16; 70:9
  **wrote** [31] - 10:24; 11:3; 15:13; 17:3;
25:17; 30:7; 37:17, 19, 22-24; 38:2, 8,
16, 18, 20, 25; 53:1, 18; 54:13, 22;
56:3; 62:13; 66:10; 67:11; 70:9, 24

# Y

  **year** [16] - 28:17; 54:21; 59:1, 4; 82:24;
95:3, 19; 97:18; 98:25; 99:1; 101:8, 12,
14, 20; 102:21; 107:23
  **yearbook** [4] - 71:6, 9, 11
  **yelling** [1] - 64:6
  **Yesterday** [1] - 63:6
  **York** [14] - 41:9; 95:11, 21, 24-25;
100:18, 21; 103:7; 106:8, 11, 13, 15;
108:7, 10
  **you'** [1] - 66:22
  **you-all** [1] - 49:1
  **young** [1] - 65:12
  **younger** [1] - 75:21
  **yourself** [6] - 53:14; 54:18; 59:13, 16;
92:23

# Z

  **Zoll** [1] - 2:2
  **Zoom** [1] - 107:19
  **Zuluaga** [20] - 75:8, 17, 23-25; 76:5, 9,
13, 17, 19, 25; 77:7, 14, 20; 78:2, 4, 11;
79:1, 3