UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

```
B.R.,                              :
                                   :
            Plaintiff,             :  Civil Action
                                   :  No. 1:19-cv-00917-RDA-WEF
       v.                          :
                                   :  April 8, 2024
F.C.S.B.,                          :  2:05 p.m.
            et al.,                :
                                   :
                                   :  VOLUME 15 - PM SESSION
            Defendants.            :
                                   :
............................ :
```

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE ROSSIE D. ALSTON, JR.,**
**UNITED STATES DISTRICT COURT JUDGE**

APPEARANCES:

For the Plaintiff:        **Jonathan Fahey, Esq.**
                          HOLTZMAN VOGEL BARAN TORCHINSKY
                          & JOSEFIAK, PLLC
                          2300 N Street NW
                          Suite 643a
                          Washington, DC 20037
                          202-536-1702
                          Email: Jfahey@holtzmanvogel.com

                          **Alison Anderson, Esq.**
                          BOIES SCHILLER FLEXNER, LLP
                          2029 Century Park East
                          Suite 1520
                          Los Angeles, CA 90067
                          213-995-5720
                          Email: Alanderson@bsfllp.com

APPEARANCES:   (Cont.)

For the Plaintiff:              **Brittany Zoll, Esq.**
                                BOIES SCHILLER FLEXNER, LLP
                                100 SE 2nd Street
                                Suite 2800
                                Miami, FL 33131
                                610-804-1787
                                Email: Britzoll@gmail.com

                                **Andrew Brenner, Esq.**
                                BOIES SCHILLER FLEXNER, LLP
                                100 SE 2nd Street
                                Suite 2800
                                Miami, FL 33131
                                305-539-8400
                                Email: Abrenner@bsfllp.com"

                                **Robert Keefe, Esq.**
                                BOIES SCHILLER FLEXNER, LLP
                                100 SE 2nd Street
                                Suite 2800
                                Miami, FL 33131
                                850-585-3414
                                Email: Rkeefe@bsfllp.com

For Defendant F.C.S.B.:         **Ryan Bates, Esq.**
                                HUNTON ANDREWS KURTH, LLP
                                2200 Pennsylvania Avenue, NW
                                Washington, DC 20037
                                202-955-1596
                                Email: Rbates@hunton.com

                                **Sona Rewari, Esq.**
                                HUNTON ANDREWS KURTH, LLP
                                2200 Pennsylvania Avenue, NW
                                Washington, DC 20037
                                202-955-1974
                                Email: Srewari@huntonak.com

                                **Scott W. Burton, Esq.**
                                HUNTON ANDREWS KURTH, LLP
                                2200 Pennsylvania Ave NW
                                Washington, DC 20037
                                202-955-1664
                                Email: Burtons@huntonak.com

```
APPEARANCES:  (Cont.)

For Defendant F.C.S.B.:       Kevin Elliker, Esq.
                             HUNTON ANDREWS KURTH, LLP
                             2200 Pennsylvania Avenue, NW
                             Washington, DC 20037
                             804-788-8200
                             Email: Kelliker@huntonak.com

For the Defendants            Michael E. Kinney, Esq.
S.T., A.F., P.A.H., T.B.,     THE LAW OFFICE OF MICHAEL E.
B.H., M.P.F., M.C., F.T.,     KINNEY, PLC.
J.F.:                        1801 Robert Fulton Drive
                             Suite 120
                             Reston, VA 20191
                             Email:  Mk@kinneyesq.com

For the Defendant J.O.:       Bruce Blanchard, Esq.
                             ODIN, FELDMAN & PITTLEMAN, PC.
                             1775 Wiehle Avenue
                             Suite 400
                             Reston, VA 20190
                             Email:  Bruce.blanchard@ofplaw.com

Court Reporter:               Scott L. Wallace, RDR, RMR, CRR
                             Official Court Reporter
                             United States District Court
                             Eastern District of Virginia
                             401 Courthouse Square
                             Alexandria, VA  22314-5798
                             Cell: 443-584-6558
                             Email: Scottwallace.edva@gmail.com


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.
```

# C O N T E N T S

### EXAMINATIONS

|  | Page |
|---|---|
| CONTINUED CROSS-EXAMINATION OF J.O. BY MR. BRENNER | 5 |
| REDIRECT EXAMINATION OF J.O. BY MR. BLANCHARD | 30 |
| DIRECT EXAMINATION OF M█████ C█████ BY MS. REWARI | 35 |

### EXHIBITS

### DESCRIPTION

**After review of the record and upon agreement of counsel and deputy clerk, all final exhibits can be found on CME at Docket #975.**

| Plaintiff's Exhibit 136 admitted | 6 |
|---|---|
| Plaintiff's Exhibit 113 admitted | 71 |
| Defendants' Exhibit 154 admitted | 79 |
| Defendants' Exhibit 31 admitted | 90 |

1          **AFTERNOON SESSION, APRIL 8, 2024**

2          (Jury in at 2:04 p.m.)

3          THE COURT:  You may be seated.  Thank you.

4          Ladies and gentlemen, I hope you enjoyed your lunch.

5     We're going to go to about 4:00 today, based upon your agreement.

6     I'm going to trust all of you believe that it's the Court's

7     instruction not to discuss the case or any aspect of the case

8     with anyone.

9          Very good.  Mr. Brenner.

10          MR. BRENNER:  Thank you.  May I proceed?

11          THE COURT:  You may.

12               CONTINUED CROSS-EXAMINATION OF J.O.

13     BY MR. BRENNER:

14     **Q.**    Good afternoon, Ms. O.

15     **A.**    Hello.

16     **Q.**    All right.  Almost done, I promise.

17          So, where we left off -- or just about where we left off

18     I asked you if you recall that you had been in the past, while

19     you were at Rachel Carson, accused of making -- hacking into

20     people's Facebooks.

21          Do you remember that?

22     **A.**    I don't recall that, but, yes, I remember you saying

23     that.

24     **Q.**    Right.  Bad question.

25          You remember I asked that, and you still don't recall

1    that?

2    **A.**    Correct.

3    **Q.**    All right.  In your book do you have Plaintiff's

4    Exhibit 136?

5         It should be in the white book.

6    **A.**    Yeah.  Thanks.  Got it.

7         (Discussion had off the record.)

8         MR. BRENNER:  Your Honor, this is Exhibit 204, Defendants'

9    204, which was admitted.

10        THE COURT:  Okay.

11   BY MR. BRENNER:

12   **Q.**    Ms. O, you can find it either under 204 or 136.

13   **A.**    Yeah, I got it.

14        MR. BRENNER:  Oh, is it not 204?

15        214, excuse me.

16        THE COURT:  Yes, sir.

17   BY MR. BRENNER:

18   **Q.**    Ms. O, this is your statement from February 13th, 2012.

19        Do you have it?

20   **A.**    Yes.

21   **Q.**    Okay.

22        MR. BRENNER:  Your Honor, may I publish?

23        THE COURT:  You may.

24   BY MR. BRENNER:

25   **Q.**    Okay.  So, this is a statement you went over a little bit

1   with -- I think Ms. Rewari, but maybe with Mr. Blanchard.

2        Do you recall this?

3   **A.**    Yes.

4   **Q.**    Okay.  So let's just hone in on the second paragraph and

5   see if that refreshes your recollection that you had been

6   accused by someone of not only hacking into people's Facebook,

7   specifically B█████ Facebook.  Okay?

8   **A.**    Yeah.

9   **Q.**    It says, "My friend, N., told me that Ben told her that I

10  was hacking onto B█████ Facebook and saying bad things about

11  her."

12       Right?

13  **A.**    Right.

14  **Q.**    I assume you denied doing that, right?

15  **A.**    I did not do that.

16  **Q.**    But now does it refresh your recollection that that

17  accusation had been made against you?

18  **A.**    I don't specifically remember it, but I said it, so...

19  **Q.**    Right.  It's your statement.  This is what you wrote?

20  **A.**    Right.

21  **Q.**    No reason to doubt that at the time you were aware that

22  at least in this instance that accusation had been made against

23  you?

24  **A.**    At least that he heard from someone else.

25  **Q.**    Right.  That -- well --

1    **A.**    Or she heard from --

2    **Q.**    -- she heard from Ben --

3    **A.**    Yeah.

4    **Q.**    -- right?

5    Okay.  Now, you were asked by Mr. Blanchard and maybe

6    Ms. Rewari about would you sometimes use bad language in school

7    or even showed you the messages, and you said, Oh, it was all in

8    fun, stuff like that, right?

9    **A.**    Correct.

10    MR. BLANCHARD:  That's not her testimony.

11    THE COURT:  Well, that's a fair characterization.  She

12    admitted that she used pejorative language when she learned what

13    "pejorative" meant, so...

14    MR. BLANCHARD:  It was all in fun, I don't think that's

15    what her testimony was.

16    THE COURT:  Rephrase it, Mr. Blanchard [sic].

17    BY MR. BRENNER:

18    **Q.**    Do you remember the testimony about your use of vulgar

19    language?

20    **A.**    Correct.

21    **Q.**    And how the language that could be perceived as -- I

22    guess we learned a word -- pejorative, right?

23    **A.**    Right.

24    **Q.**    Do you know -- do you now understand what "pejorative"

25    means?

1   **A.**    Yeah, word of the day.  I've got it.

2   **Q.**    Insulting?

3   **A.**    Yeah.

4   **Q.**    Okay.  Now, you had -- at least the school at times had

5   determined that your -- your behavior was worthy of discipline,

6   right?

7   **A.**    Correct.

8   **Q.**    We can look at some of those.  Let's start with -- do you

9   remember in elementary school an issue with indecent

10  photographs?

11      MR. BLANCHARD:  Objection, Your Honor.

12      THE COURT:  Having gone down this road before about people

13  talking about going all the way back to 2nd grade and 5th grade

14  and 7th grade, I thought we tried to do it with Ms. B.R.'s

15  information.

16      MR. BRENNER:  No, Your Honor.  This exhibit is actually

17  already in evidence.

18      THE COURT:  What's the basis of the objection?

19      MR. BLANCHARD:  It's irrelevant.  This is --

20      THE COURT:  Come on.

21      (Following sidebar discussion had on the record:)

22      MR. BRENNER:  It's on page 3, Your Honor, your pretrial

23  order.

24      THE COURT:  Oh, it's on page 3 of the --

25      MR. BRENNER:  Docket 837.

1        MR. BLANCHARD:  It's for purposes of -- well --

2        THE COURT:  It's 634.

3        (Discussion had off the record.)

4        THE COURT:  All right.  I'm going to read into the record

5    the Court's disposition on J.O.'s motion in limine.  The issue

6    was school disciplinary records to allow evidence of 2011

7    incident regarding J.O.'s suspension for threatening to send nude

8    photographs.  That motion in limine was denied.  School

9    disciplinary records do not allow evidence of J.O.'s grades,

10   health, and administrative enrollment records; that was granted.

11       Okay.  Granted in part and denied in part.  School records

12   that postdate B.R.'s withdrawal from Rachel Carson Middle School,

13   blah-blah-blah, that, but if they are relevant to the assault

14   claim against J.O., B.R.'s counsel will alert the Court for a

15   limiting instruction to such exhibits, and that's what we're

16   doing here.

17       Social media posts, we're not dealing with that really.

18   The request for an ongoing limiting instruction -- a limiting

19   instruction at the beginning of trial, which in some respects

20   happened.

21       So, Mr. Blanchard, we'll go to you first.  How does your

22   objection not try to grant a reconsideration of the denial of the

23   motion in limine at Docket 634?

24       MR. BLANCHARD:  Because my understanding with respect to

25   this record was that this is a notice issue to the County.  And

1    for my client it has nothing to do with the assault allegations.

2         So that's -- I mean, that's my position, Your Honor, and I

3    think, again, if they want to ask her about that, she's going to

4    give a long answer, or at some point I'll cross about -- or on

5    redirect she will --

6         THE COURT:  Let me ask on a procedural basis.  Did you --

7    I'm assuming that this original motion in limine was filed by the

8    people representing the school board, Ms. Rewari.

9         Did you join in that, number one?

10        And, number two, did you have a subset to join in that?

11        MR. BLANCHARD:  I believe this was a separate one.

12        MS. REWARI:  This was only theirs.  We didn't join this

13   motion.

14        THE COURT:  Okay.  All right.  Mr. Brenner.

15        MR. BRENNER:  Okay.  So, let's just go through the order.

16        THE COURT:  Um-hmm.

17        MR. BRENNER:  Docket 837.  We're not doing grades, health,

18   administrative.

19        THE COURT:  Okay.

20        MR. BRENNER:  So that's not an issue.  This general

21   disciplinary records pertaining to J.O., except to the extent

22   that plaintiff may use disciplinary records that predate

23   plaintiff's withdrawal from Fairfax County School to establish

24   notice to FCSB, and then the social media posts.

25        So we've already admitted the one that I was about to do,

1    okay.  The problem here is -- and that's in evidence, and it's

2    been admitted.  And the problem here is this witness got up on

3    the stand and said -- basically portrayed herself as this, Oh, I

4    wasn't involved in anything.  I was --

5        THE COURT:  Everybody has tried to portray themselves as

6    that.

7        MR. BRENNER:  Yeah.  So now I have to be able to impeach

8    her and show that she was; that she's a fairly --

9        THE COURT:  Let me ask you this.

10       MR. BRENNER:  And let me just tell you the three records

11   I'm going to use.

12       THE COURT:  Okay.  I'm sure you're going to try to get in

13   the pictures of the nude --

14       MR. BRENNER:  That one is already in.

15       THE COURT:  Okay.

16       MR. BLANCHARD:  There isn't a nude picture.  There's only

17   a letter.

18       MR. BRENNER:  I would not put in pictures of a nude child.

19       THE COURT:  I should hope so.

20       MR. BRENNER:  And the fact that she has a long answer, I'm

21   sure that Mr. Blanchard can cover that on redirect.  So that's

22   the one that's in, Judge.  (Indicating.)

23       THE COURT:  Okay.  Now, assuming that I agree with you --

24       MR. BRENNER:  That's already in evidence.

25       THE COURT:  -- are you going to stretch paragraph 2,

1    admitted that on a previous day she threatened to show

2    inappropriate pictures of a classmate?

3         Are you going to say, What did you try to show?

4         MR. BRENNER:  No, I'm not going to say that.

5         THE COURT:  Mr. Blanchard.

6         MR. BLANCHARD:  First of all, to clarify the record, I

7    asked my client, and I said, Did you sometimes -- did you use bad

8    language?  Did you call people names?  Was it always for that

9    purpose?

10        And she said one was that she would use them in a greeting

11   and other things, and the others were when she was mad at people

12   she would say -- so she admitted that she used bad language.

13   That doesn't open the door for an incident a year before with a

14   picture that has nothing to do with B.R. or anything else.

15        And as I think he just read the order, the Court's order

16   was that it was for notice with respect to Fairfax County, not to

17   be used as some evidence that my client did this.

18        THE COURT:  Mr. Brenner, let's take it to another battle.

19        MR. BRENNER:  Yes, sir.

20        THE COURT:  Let's assess the probative value of weight

21   against the prejudicial facts.  What would be your response to

22   that?  Because --

23        MR. BRENNER:  I'm sorry.

24        THE COURT:  Go ahead.

25        MR. BRENNER:  So, first of all, this record is already in

1    evidence.

2            THE COURT:  Correct.

3            MR. BRENNER:  Okay.  So I'm not sure why Mr. Blanchard

4    would get to argue it every time.  Documents in evidence can be

5    published.  It would stretch credulity to insinuate to the Court

6    that the purpose of her testimony when she says, Oh, I sometimes

7    call him a hoe muffin or -- it's all -- they were trying to make

8    it seem like this is a girl that -- everyone was doing it, it was

9    all good.

10           The next two records you'll see are records where she is

11   specifically being disciplined for harassing other students.

12           MR. BLANCHARD:  I don't have a problem with putting in

13   documents about what she -- if she was disciplined for calling

14   other kids names.  This is a dirty picture that has nothing to

15   do with --

16           THE COURT:  He said he's not going to put in a dirty

17   picture.  Are you putting in a dirty picture?

18           MR. BRENNER:  No, I --

19           MR. BLANCHARD:  I don't think he should even ask her that.

20           THE COURT:  What I'm going to do is I'm going to let you

21   ask her, has she previously been disciplined by the school, and

22   her answer is either going to be "yes" or "no."  I'm guessing

23   it's going to be yes, and you can ask her what --

24           MR. BRENNER:  -- I can --

25           THE COURT:  -- she was disciplined for.  And her response

1   can only be for inappropriate behavior, not getting into the

2   sexual stuff.

3       MR. BRENNER:  Okay.  But I need to do the next two, which

4   are specifically about harassment of other students, both online

5   and in person.

6       MR. BLANCHARD:  It depends on which ones they are.

7       MR. BRENNER:  So this is -- the only thing we're going to

8   deal with here, Your Honor, is --

9       MR. BLANCHARD:  It's redacted.

10      MR. BRENNER:  I'm sorry?

11      MR. BLANCHARD:  But this is -- this may be an issue for

12   the Court to decide.

13      (Reporter clarification.)

14      THE COURT:  Um-hmm.

15      MR. BLANCHARD:  I believe in the Court's written --

16      MR. BRENNER:  It's not in the next one, Judge.

17      MR. BLANCHARD:  This was after B.R. had left in-person

18   schooling.  So she was no longer in school.  She left on

19   February 9th.  My client got in trouble for getting in a feud

20   with another group of girls, and this was the anti-Semitic stuff.

21      THE COURT:  Well, there should have been -- as I

22   understood it in the order that was entered with regard to the

23   issues impacted by this, there was a timeline.

24      MR. BRENNER:  Yes.  It's undisputed, though, Judge, that

25   she was a student at Rachel Carson Middle School until March --

1          THE COURT:  Well, what about the fact that B.R. is no

2     longer there?  I think that's the point.

3          MR. BRENNER:  It doesn't matter that she's no longer

4     there.  She's a student at Rachel Carson Middle School, which

5     they've already acknowledged, in March 2013.

6          We had this argument at the pretrial stage.  In fact, when

7     they filed their motions, the School Board had the cutoff

8     correctly at March 1, 2013.

9          It was Mr. Blanchard and maybe Mr. Kinney that tried to

10    back it up to 2012.

11         The fact of the matter -- it's undisputed, she's a student

12    at Rachel Carson until March -- I think it's March.

13         MR. BLANCHARD:  But it has nothing to do with my client's

14    behavior with respect to her --

15         THE COURT:  Let me -- let me --

16         MR. BLANCHARD:  She wasn't --

17         THE COURT:  Let me -- Mr. Brenner, it says right here,

18    "Allow discipline records that predate B.R.'s withdrawal only

19    when they are relevant to establish that Fairfax County School

20    Board had notice of alleged bullying and harassment prior to

21    B.R.'s withdrawal."

22         As I understand, this was something that's apparently

23    appeared after B.R. left.

24         MR. BRENNER:  The word "withdrawal" is the wrong thing.

25    It's -- she's out of the school March 1, 2013.  They acknowledged

1    that they have a duty to do whatever they're going to do, whether

2    it's homebound, or to get her back in a school.

3         THE COURT:  But the focus -- the focus of this

4    litigation -- and I'm assuming you're looking at it a little bit

5    differently, but the focus of this litigation is not what did the

6    Fairfax County School Board do generally; it's about what they

7    did with regard to B.R. in handling the complaints that she

8    alleged.

9         MR. BRENNER:  Correct.  Correct.

10        THE COURT:  So what does the fact that we have something

11   that postdates B.R.'s leaving, and as I understand it is not

12   involving any harassment of B.R., have to do with this case?

13        MR. BRENNER:  It doesn't postdate when she leaves.  This

14   is the point I'm trying to make.  She leaves the Fairfax County

15   school system --

16        THE COURT:  Okay.

17        MR. BRENNER:  -- at Rachel Carson in March 1, 2013.

18        THE COURT:  Um-hmm.

19        MR. BRENNER:  She leaves in-person learning February 9,

20   2012.

21        THE COURT:  Okay.

22        MR. BRENNER:  That's not a disputed official fact.

23        THE COURT:  And when does this occur?

24        MR. BRENNER:  These are both in 2012.

25        MR. BLANCHARD:  After she's left in-person learning, which

1    is --

2    THE COURT:  Well, you would agree, Mr. Blanchard, that

3    there's a possibility that she could be bullied even after she

4    left in-person learning?

5    MR. BLANCHARD:  There's a possibility of a lot of things,

6    Judge.

7    THE COURT:  Sure.

8    MR. BLANCHARD:  But what I'm saying is this is an

9    anti-Semitic --

10    MR. BRENNER:  I redacted that.

11    MR. BLANCHARD:  I know they redacted it.  But it goes,

12    again, to a specific thing where my client had an issue with some

13    other people, and she got disciplined.  So she is -- if he wants

14    to call her in and ask her, Were you disciplined, just generally,

15    Were you disciplined for calling people names, I don't have a

16    problem with that.

17    THE COURT:  The problem is that she might say no.

18    MR. BLANCHARD:  I don't think she's going to say no.

19    THE COURT:  Well --

20    MR. BLANCHARD:  But he could impeach her if he wants to.

21    MS. REWARI:  Your Honor, may I address?

22    THE COURT:  This does not really have anything to do with

23    you, does it?

24    MS. REWARI:  Except that they're arguing -- the

25    only reason you allowed this to be used against my client --

1          MR. BRENNER:  No.

2          MS. REWARI:  Well, that's the order.

3          MR. BRENNER:  Well, that's the order, but you've asked --

4    Mr. Blanchard decided to put his client on the stand and decided

5    to have her testify generally about -- I don't know why he did

6    this, She was a really good girl.  That's what they wanted the

7    jury to get from her.  So this is proper impeachment.

8          THE COURT:  I don't think that that's a fair

9    characterization of her testimony.  She admitted that she did

10   some things that were wrong.

11         MR. BRENNER:  Not really, not really.

12         THE COURT:  She said that she was using pejorative

13   language.

14         MR. BRENNER:  That was in -- that was in the Facebook

15   messages.

16         MR. BLANCHARD:  No.  She answered my question that she got

17   mad at people.  She called them bad names, bad words.

18         THE COURT:  This is what you're going to get to do.  This

19   is the way we're going to resolve it, and I appreciate that some

20   of you are going to be unhappy.

21         You can ask her specifically has she been disciplined in

22   school.  You're not going to make any reference to anything

23   sexual in nature at all.

24         MR. BRENNER:  I'm not.

25         THE COURT:  You can ask her was she aware of anything that

1    she did after B.R. left in-school learning.  We'll see what she

2    says.

3         And then if she says one thing, you have an option to ask

4    another question.  If she says another thing, that's the end of

5    it.

6         MR. BRENNER:  Okay.  I want to make sure I understand,

7    since I'm the one who's got to speak.

8         Here's what I think I can -- here's what I would like to

9    do.  I'm going to ask her, Were you -- first of all, were you

10   subject to discipline while you were a student in Fairfax County

11   school, she's going to say yes.

12        Was there an incident in -- in 6th grade where you were

13   subject to discipline?  She's going to say yes -- I assume she's

14   going to say yes.

15        I'll move on.  Because it's already in evidence.  I can

16   argue it later.

17        On the next two, I'm going to say, Were you then subject

18   to discipline again in March 2012.  She'll say what she's going

19   to say.

20        If she says, I don't remember, I'll show it to her.  If

21   she says, I was, then I'm just going to say, Did that discipline

22   relate to -- and I'm going to -- I'll tell you what I'm going to

23   say.  Because, otherwise, it doesn't make any sense when the

24   jury -- you're disciplined, and she says, yes; I have to give it

25   some context.  It's nothing sexual.

1          THE COURT:  Well, what's the context you want to offer it,

2     and what is the purpose of offering it?

3          MR. BRENNER:  The purpose of offering it, it goes -- it

4     does go to the notice, but with her in particular.  We'll deal

5     with her because it's compensable, too, but for her it goes to

6     the fact that -- I respectfully disagree with the Court that they

7     were not -- maybe it's not that she was a total good girl, but

8     the impression they tried to create with this witness was that

9     she would not have been involved in that stuff that -- and she

10    was.  She clearly was.

11         THE COURT:  I don't think that that's a fair and accurate

12    representation of what she said.  She's admitted to some

13    wrongdoings.  She said some things that were exculpatory.  She

14    said she was involved in things.  I don't think it's fair that

15    they're actually trying to make her out to be a perfect angel.

16    There are a lot of people here that are not perfect angels.

17         MR. BRENNER:  No, no.  I think everyone --

18         THE COURT:  Everyone has got baggage.

19         MR. BRENNER:  I want to stipulate to that.  At least for

20    myself, I will say that -- Were you disciplined for making

21    disparaging comments about --

22         THE COURT:  And you do not make any reference to any

23    anti-Semitism or anything like that.

24         MR. BRENNER:  No, no.  I was never going to do that.

25         THE COURT:  Okay.

```
 1          MR. BRENNER:  I redacted that.

 2          And then the next record -- I will characterize it:  Were

 3   you disciplined for harassing another student with inappropriate

 4   comments?

 5          THE COURT:  For what?

 6          MR. BRENNER:  Inappropriate.

 7          MR. BLANCHARD:  Is this at the same time, the same

 8   incident?

 9          MR. BRENNER:  No.

10          MR. BLANCHARD:  So this is the next year.  This is when

11   she's in 8th grade.  I mean, this keeps getting more -- and B.R.

12   is sitting at home, even though they put on evidence -- although

13   I think the evidence shows she was never coming back.  They were

14   looking for placement in other schools and everything else.  This

15   is totally irrelevant.

16          MR. BRENNER:  With all due respect to Mr. Blanchard, the

17   ruling -- the relevant time period is from March 1, 2013.  It

18   doesn't matter if it's March 2012 or December of 2012.

19          THE COURT:  I'll let you have a chance, Mr. Kinney.

20          MR. KINNEY:  Thank you.  Thank you, Judge.

21          The relevant time period for my clients is February 9,

22   2012, which is the last day she was in-person --

23          THE COURT:  In school.

24          MR. KINNEY:  In school.  Whatever her enrollment status

25   was with the district, my clients had no physical supervisory
```

1    authority over her after February 9 and --

2         MR. BRENNER:  Hold on.  That's not correct either.

3         THE COURT:  Hold it.  Hold it.  What we'll do then is -- I

4    understand your point, and it's a very good point.  I am going to

5    let you ask the questions.  If you cross the line, I'm going to

6    stop you.

7         MR. BRENNER:  I understand.

8         THE COURT:  I'm going to invite a limiting instruction

9    from you when I present this case to the jury that says that we

10   have to be very careful about imposing other obligations on

11   people when their obligation ended on such-and-such a date.  So

12   I'll invite a limiting instruction from you.

13        MS. REWARI:  And may I just clarify?  On the notice -- I

14   understand Mr. Brenner is saying she withdrew from FCPS on March

15   1, 2013.  But for purposes of Title IX, the question is actual

16   knowledge.  And if his client's knowledge ends on February 9th

17   because she's not in the school, it's the knowledge of the people

18   who are outside the school that he's saying have notice.

19        There is nothing in any of the records that were outside

20   of the school to Dr. Zuluaga or to Dr. Dale that talked about

21   this student, so we're talking about notice to the district.

22   There is no complaint to the district outside of the school after

23   February 9th, 2012, about this student.

24        THE COURT:  Well, you can -- you can also seek a limiting

25   instruction, also.  So that's the Court's ruling.

1    (Sidebar discussion concluded.)

2    THE COURT:  We're ready to go forward again.  Mr. Brenner.

3    MR. BRENNER:  Okay.

4 BY MR. BRENNER:

5 **Q.**  So, Ms. O., I'm going to ask you very -- sort of very

6 narrow questions to make sure we comply with the Court's ruling,

7 okay?

8 **A.**  Okay.

9 **Q.**  Do you recall being disciplined by the Fairfax County

10 Public Schools during your -- your 6th grade year when you were

11 at Floris?

12 **A.**  I do recall that.

13 **Q.**  And then in -- in 7th grade, in March 2012, do you recall

14 being disciplined, this time being -- well, let's go -- the

15 first one, do you remember what the discipline was?

16 **A.**  I do.

17    MR. BLANCHARD:  Objection.

18    THE COURT:  Sustained.  Stay away from that, please.

19    MR. BRENNER:  I wasn't -- I wasn't going into the conduct.

20 I was going --

21    THE COURT:  Let's stay away from that.

22    MR. BRENNER:  Okay.

23 BY MR. BRENNER:

24 **Q.**  In -- in March of 2012, do you recall being disciplined

25 again this time while you were at Rachel Carson?

1   **A.**    I do remember that.

2   **Q.**    And do you recall that the conduct at issue there was

3   making disparaging comments to and about other students at the

4   school?

5   **A.**    I do recall.

6   **Q.**    Okay.  And then do you recall being disciplined again

7   about -- I guess it's six months later in September of 20 --

8   September of 2012?

9   **A.**    Not specifically, but I'm sure it's correct.

10  **Q.**    Okay.  If you could look in your book, in the white book

11  under 198B?

12          THE COURT:  Just look at it, ma'am.  Don't say anything

13  about it.  Just see if it refreshes your recollection, and then

14  Mr. Brenner may have another question for you.

15          THE WITNESS:  Okay.  I don't recall, like, the specific

16  incident, but it happened.

17  BY MR. BRENNER:

18  **Q.**    Okay.  Does it refresh your recollection that you had

19  another discipline from the school in September of 2012?

20  **A.**    Correct.

21  **Q.**    And that's your -- that's the next year, that's your 8th

22  grade year?

23  **A.**    Yes.

24  **Q.**    And that discipline was for harassing another student

25  with inappropriate names?

1    **A.**    Correct.

2    **Q.**    Okay.  You can close that.

3         Now you testified on direct examination about what you

4    claim was a relationship between B███ and C.K.  Do you remember

5    that?

6    **A.**    Yes.

7    **Q.**    Okay.  And you said that when you found out about it, you

8    told -- you told the jury that you found out at your locker.

9    You weren't very happy about it when you found out, right?

10   **A.**    Yeah, I was kind of upset.

11   **Q.**    Right.  In fact, for that period of time, you decided you

12   didn't -- you would stop being friends with B███ during that

13   period.

14        Do you remember that?

15   **A.**    With both of them, yes.

16   **Q.**    With both of them?

17   **A.**    Correct.

18   **Q.**    Okay.  So you stopped being friends with B███ and C.K.

19   during that time?

20   **A.**    For, like, about a week, yeah, something like that.

21   **Q.**    But not your -- is it just a week or -- when you say they

22   were -- do you remember?

23   **A.**    Yeah, I don't think it was like the entire length of

24   their relationship.

25   **Q.**    Okay.  Okay.  And you estimate that relationship was a

1   few weeks.  Is that what you said?

2   **A.**    Yeah.

3   **Q.**    Okay.  So the first week of it or so?

4   **A.**    Correct, yeah.

5   **Q.**    Now, I think you told the jury that your best

6   recollection is that you and C.K. had dated until some time

7   around the end of October?

8   **A.**    Yeah.

9   **Q.**    And is it your testimony that -- I think you said this,

10  but correct me if I'm wrong, she -- C.K. and B████, under your

11  testimony, started dating after that, right?

12  **A.**    Yes.

13  **Q.**    There was no overlap?

14  **A.**    Not that I'm aware of, no.

15  **Q.**    So, does that put -- what's your best estimate of -- say,

16  early November.  Is that what your best estimate is?

17  **A.**    Yeah.  I would assume after my birthday because she was

18  at my birthday, and I don't think there was any issue then.

19  **Q.**    But there was none before, right?

20  **A.**    Yeah.

21  **Q.**    Okay.  Now, so I'm going to start -- let's just use the

22  November 4th date for the purpose of my question.  At that point

23  you had been what you described as best friends with B████ for,

24  I guess, a year and a few months?

25  **A.**    Yeah.

1    **Q.**    Because you met in September of the prior school year?

2    **A.**    Correct.

3    **Q.**    Okay.  So, from that point until November 4th, you -- you

4    didn't think that B███ had ever even kissed a boy, correct?

5    **A.**    Up until then, I believe I had seen her kiss David.

6    **Q.**    Okay.  So let's look at your deposition again, page 204,

7    line 8 to 10.  And your testimony was:  "Before her dating C.K.,

8    do you know whether B.R. had ever kissed a boy?"

9            And your answer was:  "I don't think so."

10            That was your testimony then.

11    **A.**    Correct.

12    **Q.**    All right.  And so was it a picture of David Neil that

13    somehow jogged your memory?

14    **A.**    Yeah, I had pretty much forgotten about who he was, so I

15    think pictures and messages and everything, now I know who he

16    is.

17    **Q.**    Well, in your deposition in August you knew a lot about

18    David.  You hadn't forgotten him at all.

19    **A.**    That he was gross.  Yeah, but I didn't -- I hadn't really

20    like -- I forgot that I had hung out with him at all and that he

21    was like --

22    **Q.**    So, after -- again, after your deposition, after you had

23    a chance to meet with your lawyers, you somehow now --

24            MR. BLANCHARD:  Objection.

25            THE COURT:  It's argumentative, Mr. Brenner.

```
 1   BY MR. BRENNER:

 2   Q.    You now remember that you think she had kissed David

 3   Neil?

 4   A.    I do remember now because now I can recollect the

 5   specific times that we hung out with David.

 6   Q.    In fact, B.R. never -- the entire time you were friends

 7   B.R. never told you about any sexual experiences she had with

 8   anyone?

 9   A.    Not that I recall.

10   Q.    In fact, thinking back to middle school, it would

11   surprise you if B.R. had done anything more than kissing with

12   C.K., correct?

13   A.    With C.K.?

14   Q.    Yeah, or anyone.

15   A.    Are you talking about me thinking that then or me

16   thinking that now?

17   Q.    Let's start with what you thought at your deposition.

18   A.    Okay.

19   Q.    That's a true statement.  Thinking back on it at your

20   deposition -- you were asked, thinking back to middle school,

21   would it surprise you if B.R. did anything more than kissing

22   with a boy, right?

23   A.    That was my recollection, yes.

24   Q.    And that this is something that your memory has been

25   refreshed on, right?
```

1    **A.**    Correct.

2    **Q.**    B.R. never talked to you about her so-called relationship

3    with C.K., right?

4    **A.**    Not as far as I know.

5    **Q.**    Okay.  She never talked to you about any explicit

6    messages that she sent or received from C.K., right?

7    **A.**    I don't think so.

8    **Q.**    And C.K. never told you why things with he and B█████

9    ended?  If they --

10    **A.**    He kind of told me how and why things ended.

11    **Q.**    Okay.  So let's look at your deposition again.  Page 81,

12    did C.K. ever tell you why things with he and B.R. ended?

13          Your answer was no?

14    **A.**    And now I've been shown things that I do recollect.

15    **Q.**    Okay.

16          MR. BRENNER:  May I confer with my colleagues, Your Honor?

17          THE COURT:  You may.

18          (Brief pause in proceedings.)

19          MR. BRENNER:  Thank you.  Nothing further.

20          THE COURT:  Mr. Blanchard.

21          MR. BLANCHARD:

22                    REDIRECT EXAMINATION OF J.O.

23    BY MR. BLANCHARD:

24    **Q.**    J█████, if you would look at Defendants' Exhibit 354 at

25    the -- at the bottom of the page.  It's 75106.

1          MR. BLANCHARD:  Can we bring up the box on the second page

2    of that exhibit, Exhibit 354?

3          Your Honor, this is admitted.  Could we publish this one?

4          THE COURT:  It's admitted.  You may publish it.

5    BY MR. BLANCHARD:

6    **Q.**    Okay.  So, Mr. Brenner showed you this.  It says,

7    "Generated by C█████ K█████ on Tuesday, August 8, 2023, at

8    4:20 p.m."

9          Correct?

10   **A.**    Correct.

11   **Q.**    Now, your deposition was taken on August 10th of 2023,

12   correct?

13   **A.**    Correct.

14   **Q.**    So when your deposition was taken, had you seen

15   Exhibit 354 through 367 -- or 363?

16   **A.**    I don't believe so.

17   **Q.**    Okay.  So you hadn't seen the texts that are contained in

18   those -- or the Facebook chats that are contained in those

19   exhibits, correct?

20   **A.**    Correct.

21   **Q.**    And when you sat for your deposition on August 10th in

22   2023, it had been 11 years since you had left middle school?

23   **A.**    Correct.

24   **Q.**    Or 7th grade?

25   **A.**    Yeah.

1    **Q.**    So, you're 24 years old, you're being asked questions

2    about something that happened when you were 11 turning 12, or 12

3    turning 13, and you did not have specific memories; is that

4    correct?

5    **A.**    Correct, yeah.

6    **Q.**    And then suddenly you get introduced to Facebook and

7    other messages that you had not seen before that are your own

8    communications, correct?

9    **A.**    Yes.

10    **Q.**    And those are day-by-day and timed minute-by-minute?

11    **A.**    Correct.

12    **Q.**    So, you have, since your deposition, been given documents

13    that show exactly what you were saying and who you were talking

14    to and about what; is that correct?

15    **A.**    That is correct.

16    **Q.**    And you've also seen Facebook messages between C.K. and a

17    Facebook user that you believe to be B█████, correct?

18        MR. BRENNER:  Okay.  Your Honor, beyond the scope.

19    Outside of this witness's knowledge.

20        MR. BLANCHARD:  I'm going -- for recollection purposes --

21    he's implied that she doesn't --

22        THE COURT:  Overruled.

23        MR. BLANCHARD:  Thank you.

24    BY MR. BLANCHARD:

25    **Q.**    So, you got to see over 2500 messages between Facebook

1    user and C.K. for the same time period, correct?

2    **A.**    Correct.

3    **Q.**    And was there much detailed information in that?

4    **A.**    There was.

5    **Q.**    And were you mentioned in those communications at points?

6    **A.**    I believe so.

7    **Q.**    Did those messages contain references to D.N., David

8    Neil?

9    **A.**    Yes.

10   **Q.**    And B████    relationship with D.N.?

11   **A.**    Yes.

12   **Q.**    And then you saw pictures.  And did you also see a video

13   of you posting on D.N.'s Facebook wall in the -- on

14   November 16th of that year --

15   **A.**    Yes.

16   **Q.**    -- saying things about the rumors that you previously

17   couldn't remember?

18   **A.**    Yes.

19   **Q.**    So, is the -- all the questions you got about, you didn't

20   say this, but you're saying this now, was that based upon you

21   suddenly remembering something or having actual documents and

22   writings of your own words and then the plaintiff and others in

23   front of you for you to recollect what happened?

24   **A.**    Yeah, I did not suddenly remember.  I was recollected by

25   all of this -- all of these communications and such.

1    **Q.**    So, if I asked you, what did you do on April 7th,

2    11 years ago, what would your answer be?

3    **A.**    I have no idea.

4    **Q.**    And what would it be if I said what did you do on

5    April 7th, 11 years ago, and I gave you your calendar and your

6    phone?  Would you have a better idea of what you had done?

7    **A.**    Yeah, if there was messages or evidence of things, yes.

8            MR. BLANCHARD:  I don't have any other questions, Your

9    Honor.

10           THE COURT:  Very good.  Thank you, ma'am.  You may step

11   down.

12           THE WITNESS:  Thank you.

13           THE COURT:  Ladies and gentlemen, because this particular

14   witness is a defendant in the action, she is entitled to remain

15   in the classroom.  Next witness.

16           MS. REWARI:  Your Honor, the School Board will now start

17   its case, and we're going to call M███ C███.

18           THE COURT:  Okay.

19           MR. BRENNER:  Is J.O. resting her case?

20           THE COURT:  Mr. Blanchard?  The question is, has J.O.

21   rested her case?

22           MS. REWARI:  No, Your Honor.  I will probably be joining

23   with some witnesses with the School Board.

24           THE COURT:  I think I understand.

25           Next witness.

```
1              (M██████ C████, DEFENDANT IN THE CASE, SWORN)

2         THE COURT:  Ma'am, please listen to the questions of the

3    lawyers; answer them as best you can.  If you hear the Court

4    interrupt or the lawyers have a question for the Court, please

5    hesitate before answering any questions.

6         THE WITNESS:  Okay.

7                 DIRECT EXAMINATION OF M██████ C████

8    BY MS. REWARI:

9    Q.    Good afternoon.

10   A.    Good afternoon.

11   Q.    Would you please introduce yourself to the jury?

12   A.    I'm M██████ C████.

13   Q.    And, Ms. C████, are you a defendant in this case?

14   A.    I am.

15   Q.    Okay.  Where are you employed?

16   A.    I work for the Fairfax County School Board.

17   Q.    And where are you assigned?

18   A.    Rachel Carson Middle School.

19   Q.    What is your position there?

20   A.    I'm a school-based technology specialist.

21   Q.    Can you just explain what that position is?

22   A.    Sure.  So I work with teachers to create activities using

23   meaningful technology, different programs.  I go in and

24   co-teach, talk about digital citizenship, all kinds of things.

25   Q.    Okay.  Let's talk a little bit about your background, if
```

1    we can.

2         Did you attend the Fairfax County Public Schools for your

3    schooling?

4    **A.**    I did.

5    **Q.**    Which schools did you attend?

6    **A.**    I was in elementary school at Dranesville Elementary,

7    middle school at Herndon Middle School, and high school at

8    Herndon High School.

9    **Q.**    And where did you go to college?

10   **A.**    James Madison University.

11   **Q.**    Do you have a postgraduate degree?

12   **A.**    I do.

13   **Q.**    And where did you receive that?

14   **A.**    Virginia Tech.

15   **Q.**    Can you tell the jury what that degree is in?

16   **A.**    Instructional technology, master's in instructional

17   technology.

18   **Q.**    And then in what areas of education are you licensed by

19   the State of Virginia?

20   **A.**    I'm licensed the four core:  Math, science, social

21   studies, and English, grades 4 through 8.  And then also math,

22   all math K through 12.

23   **Q.**    All told, how long have you been an educator?

24   **A.**    I think this is my 22nd year.

25   **Q.**    Can you just give a brief explanation as to why you chose

```
 1  to become an educator?

 2  A.    Sure.  Well, it probably all started when I was, you

 3  know, playing school with friends in the basement, but my mom

 4  was a teacher, and she was a special education teacher.  And I

 5  went to school with her on workdays and saw -- I saw the impact

 6  she had on families and students, and I wanted to have that kind

 7  of impact on kids.

 8  Q.    And where was she a special education teacher?

 9  A.    At Herndon Middle School.

10  Q.    Is that also a Fairfax County Public School?

11  A.    Yes.

12  Q.    Okay.  And when you finished your schooling, why did you

13  choose to come back to work for FCPS?

14  A.    Um, so when I finished my education at JMU, we had the

15  opportunity to student teach in Harrisonburg or come back to

16  Fairfax, and I knew the types of schools that Fairfax County

17  had.  I was proud to be a graduate of Fairfax County Public

18  Schools, so I chose to come back and do my student teaching

19  here.

20  Q.    What was your first full-time teaching job?

21  A.    It was Rachel Carson Middle School as a 7th grade math

22  teacher.

23  Q.    And have you taught in the classroom any subject other

24  than math?

25  A.    I did.  For three years, I taught both math and science,
```

1    7th grade.

2    **Q.**    Okay.  And how long were you a classroom instruction

3    teacher?

4    **A.**    I think 16 years.  And during that 16th year, that's when

5    I accepted a different position.

6    **Q.**    And where was that?

7    **A.**    At Floris Elementary as their school-based technology

8    specialist.

9    **Q.**    How long were you at Floris?

10   **A.**    The rest of that school year after I took the job.

11   **Q.**    Okay.  And then did you come back to Rachel Carson?

12   **A.**    I did.  There was an opening for the -- there's only one

13   school-based technology specialist at each school, and Rachel

14   Carson was my home, and I wanted to come back, so I applied for

15   that position.

16   **Q.**    So why did you want to come back to Rachel Carson?

17   **A.**    Rachel Carson is a special place.  You know, I started

18   there when I was 22, and you can feel the energy in that school,

19   the love for kids, the collaboration with other staff members

20   and the support.  We were a family, and I missed that when I

21   left, so I really wanted to come back.

22   **Q.**    Have you had any family members who've attended the

23   school?

24   **A.**    I have.

25   **Q.**    And how many?

1    **A.**     One.

2    **Q.**     Who is that?

3    **A.**     My brother.

4    **Q.**     What year -- what years did your brother attend Rachel

5    Carson?

6    **A.**     He attended Rachel Carson in 2011 and 2012 --

7    2011 to 2012 school year and then 2012 to 2013.

8    **Q.**     The same two school years that we're here about in this

9    case?

10   **A.**     Yes.

11   **Q.**     Was he zoned for the school?

12   **A.**     No, he was not.

13   **Q.**     Did you make a special request to have him attend there?

14   **A.**     I did.

15   **Q.**     Okay.  And why did you do that?

16   **A.**     My brother was a victim of abuse, and he needed to be

17   separated from someone at his elementary school.  And so with my

18   family, I went to Mr. F███████ and requested that he come to

19   Carson because I believed it was the safest place for him.

20         THE COURT:  Let her take a moment.

21         Thank you, Ms. Rewari.

22         THE WITNESS:  I'm okay.

23         MS. REWARI:  Thank you.

24         THE WITNESS:  Thank you.

25   BY MS. REWARI:

1    **Q.**    Would you just describe your teaching style?

2    **A.**    Yeah.  I, you know, loved -- I'm not currently in the

3    classroom, but I loved being in the classroom.  I had high

4    expectations for my kids, but I filled that class with warmth

5    and support and humor.  I would often get students who struggled

6    in elementary school or had bad experiences with math, so I

7    wanted them to feel comfortable.

8        I had routine, so the kids knew exactly, you know, the

9    process that we would have each day.  You'd walk in, there'd be

10   a warmup, check homework, so there were no surprises.  And I

11   wanted the kids to feel comfortable to take risks.  So it was --

12   you know, I wanted that smaller family type in our classroom,

13   but kids were held accountable for their actions, if they didn't

14   do homework, if they didn't study, if they misbehaved.

15       I am proactive with communicating home, things like that.

16   **Q.**    We've heard in this case about interdisciplinary teams.

17   Can you explain what that looked like from the vantage point of

18   a teacher at Rachel Carson?

19   **A.**    Sure.  That's one of the reasons I loved Carson.  Not all

20   middle schools have interdisciplinary teams, but we had in the

21   7th grade several of them.  And I was on the Explorers team

22   where there was one English, one math, one science, and one

23   social studies teacher.  And to the best that we could, we

24   shared those kids in that particular area of the building.

25       So, you know, when elementary kids are -- we're getting a

1    lot of different schools coming to Carson, so it helps get those

2    kids who might all be mixed up to feel a sense of community, get

3    to know each other, get to know us, and, you know, we're a

4    tight-knit group.

5    **Q.**    And was there a counselor also part of the

6    interdisciplinary team?

7    **A.**    Yes.

8    **Q.**    And was there also an administrator assigned to each

9    team?

10   **A.**    Yes.

11   **Q.**    Okay.  How frequently did the team meet?

12   **A.**    We met at least once a week.

13   **Q.**    And was that built into the schedule?

14   **A.**    Yes.  Every interdisciplinary team had one common

15   planning period throughout the day.  I think ours was at the end

16   of the day that year.  And so we used that for various things

17   throughout the week, but we picked one day a week that we -- you

18   knew that you were meeting as a team.

19   **Q.**    And what was the typical agenda for a team meeting?

20   **A.**    Um, you know, if we were -- Carson had -- we were always

21   having things going on.  You know, we had team-time activities.

22   We had things to boost morale in the school.  We had review for

23   assessments.

24        So sometimes we were -- it was planning purposes.

25   Sometimes, you know, we liked to have a calendar of when people

1    were giving assessments so we weren't all giving a test on the

2    same day.

3          But also there was time for kid talk, so we would discuss

4    any concerns we might be having with students, things we've

5    noticed, some -- some improvements, some great things, some

6    problems.  It was an opportunity to see -- to share what we're

7    seeing in our classes.

8    Q.    And how many kids were assigned to each team roughly?

9    A.    Probably around 140, 140 students.

10   Q.    Okay.  And we've been talking about the 2011/2012 school

11   year.  I think you said you were on the Explorers team?

12   A.    Yes.

13   Q.    Who were the other teachers on the Explorers team that

14   year?

15   A.    F████ T██████ was the science teacher.  M███████ F███████

16   was the history teacher.  And Tiffany Estrella was the English

17   teacher.

18   Q.    Okay.  And Mr. T██████ and -- and Ms. F██████ are also

19   defendants with you in this case?

20   A.    Yes.

21   Q.    Okay.  And who was the team's counselor?

22   A.    B██████ H██████.

23   Q.    Okay.  And she's also seated here in this classroom --

24   A.    Yes.

25   Q.    -- as a defendant?

1    **A.**    Um-hmm.

2    **Q.**    And did the team have an assigned administrator?

3    **A.**    Yes.

4    **Q.**    And who was that?

5    **A.**    P███ H██████.

6    **Q.**    And he's also here as a defendant in this case?

7    **A.**    Yes.

8    **Q.**    Okay.  What grade -- what subjects did you teach that

9    year?

10   **A.**    That year I taught two levels of math.  So there was --

11   they just called it Math 7, which was general 7th grade math.

12   And then I also taught an advanced class, which was -- it was

13   called Math 7 Honors, but it was essentially following the

14   Math 8 curriculum.

15   **Q.**    And for that school year, were students or parents able

16   to self-select into the honors course, or did they have to take

17   a test to qualify?

18   **A.**    For -- for Math 7 Honors, they could self-select.  So

19   elementary schools, we -- the math teachers relied heavily on

20   the teacher recommendations from 6th grade, but if, you know, a

21   family didn't want to go that route, they could override that

22   decision.

23   **Q.**    Okay.  How many classes do you teach per day?

24   **A.**    Five.

25   **Q.**    And about how many students did you have in each class?

1    **A.**     It ranged probably anywhere from 25 to 30.

2    **Q.**    Okay.  And did you -- because you had two levels of math,

3    did you -- were your students only students on the Explorers

4    team?

5    **A.**    No.  I would say mostly, but because there were other

6    sections or types of math that was taught at Carson, and I

7    didn't teach all three preps.  Sometimes there was a little

8    cross-teaming.

9    **Q.**    Okay.  Did you have any assigned duties outside from

10   classroom instruction?

11   **A.**    Other than -- well, we had learning seminar, that's one

12   of the periods of the day where we weren't teaching content, but

13   we had our teamed kids.  And that was also the period of lunch.

14        And we also had hall duty every day.

15   **Q.**    And is that the duty we've heard about standing outside

16   of your classroom?

17   **A.**    Yes.  I mean, not really right outside your classroom,

18   but mainly making sure the pod area where all the lockers are,

19   you know, was getting watched.

20   **Q.**    Okay.  And did you have any expectations or

21   responsibilities about after school?

22   **A.**    Yes.  Mr. F▮▮▮▮▮▮, you know, he wanted to make sure you

23   offered at least one day after school for academic support.

24   There were three days for late buses, Mondays, Wednesday, and

25   Thursdays, so you could stay more, but you needed to commit to

1    one of those.  And then, you know, encouraged sponsorship of

2    clubs and other activities.

3    **Q.**    Okay.  Let's turn to the plaintiff, B.R.

4         Do you recall what period you had her as a student that

5    year?

6    **A.**    Yes.

7    **Q.**    What period was that?

8    **A.**    She was in my first period class.

9    **Q.**    Okay.  And back -- that school year, did all students

10   have all classes every day or was it block scheduling?

11   **A.**    Yes, we had all classes every day.

12   **Q.**    Okay.  So you would see her every day?

13   **A.**    Yes.

14   **Q.**    And was there a homeroom before first period?

15   **A.**    No.

16   **Q.**    Okay.  So, after entering the building, going to locker,

17   going to the cafeteria, was your class the first class that B.R.

18   would enter on a typical day?

19   **A.**    Yes.

20   **Q.**    Okay.

21        MS. REWARI:  And let's see if we can put up Defendants'

22   Exhibit 61, Your Honor.  I believe this is in -- this is a map of

23   the school.

24        THE COURT:  I believe 61 is in.  You may publish.

25        MS. REWARI:  Thank you.

```
1   BY MS. REWARI:

2   Q.    And, Ms. C███, which pod was your classroom located in?

3   A.    We were in the A pod downstairs.

4   Q.    Okay.  All right.

5         MS. REWARI:  And if Grady could zoom us in on -- there we

6   go.  And is that A pod that's pictured in the corner there or the

7   center of the screen now?

8   A.    Yeah, this looks like a different map, but yes.

9   Q.    Okay.  And can you just identify the room of your

10  classroom that year by room number?

11  A.    Well, that's the part that looks a little different.  The

12  room number is not accurate in here, but I can tell you which

13  one it is.

14        THE COURT:  You can use your finger.

15  BY MS. REWARI:

16  Q.    Yeah, just point.

17  A.    (Indicating.)

18  Q.    Okay.  And then who was in the classroom labeled 112A?

19  A.    112A, that was M██████ F██████.

20  Q.    That's the history teacher?

21  A.    Yes.

22  Q.    Okay.  And who was in 110A?

23  A.    Tiffany Estrella.

24  Q.    And is that the English teacher?

25  A.    Yes.
```

1    **Q.**    And then who was in 115A?

2    **A.**    F██████ T██████.

3    **Q.**    And is that Mr. T██████, the science teacher?

4    **A.**    Yes.

5    **Q.**    Okay.  And do you know who was in the O, the office, 113A

6    there?

7    **A.**    T██ B██████.

8    **Q.**    And she's the assistant principal?

9    **A.**    She was one of our assistant principals.

10    **Q.**    She was not the assistant principal assigned to your team

11    but an assistant principal at the school?

12    **A.**    Yes.

13    **Q.**    Okay.  And so those little half circles or what looks

14    like shark fins, are those the doors to the classroom that you

15    see?

16    **A.**    Yes.

17    **Q.**    Okay.  And so can you just, with your finger, kind of

18    indicate where you would stand when you were doing hall duty?

19    **A.**    So I would come a little bit, you know, further out,

20    closer to Ms. F██████ room, or even stand closer to

21    Ms. B████.  It depended on the day and the time and the

22    situation.  You weren't, you know, stuck in one position.  Kids

23    often needed help with their locker or -- you know, they're

24    constantly moving, so we were, too.

25    **Q.**    And can you also indicate on this map with your finger

1  where the locker pod was?

2  **A.**    Yes.  Lockers are here.  (Indicating.)

3  **Q.**    Okay.  Now, how much time did students have -- you can

4  take that down.

5       How much time did students have to get to your class in

6  the morning?

7  **A.**    Um, I don't remember the exact time kids were off the

8  bus, but probably 10 to 15 minutes.

9  **Q.**    And did you take attendance in your classroom?

10  **A.**    Yes.

11  **Q.**    Did you mark it in the attendance records if a student

12  was tardy?

13  **A.**    Yes.

14  **Q.**    Okay.  Do you recall whether B.R. had problems with

15  tardiness in your class?

16  **A.**    No, she did not have problems.

17  **Q.**    Let's see if we can take a look at Defendants'

18  Exhibit 122.

19       THE COURT:  122?  You may publish.

20       MS. REWARI:  I'm sorry, 121.  I apologize.  121.

21       THE COURT:  You may publish.

22       MS. REWARI:  Thank you.

23  BY MS. REWARI:

24  **Q.**    And do you recognize this as B.R.'s attendance records

25  for the 2011/2012 school year?

1    **A.**     That looks right, yes.

2    **Q.**     Okay.  Is this a summary of her --

3    **A.**     Yes.  Yes.

4    **Q.**     All right.  If we look at the second page of this,

5    there's an entry for excused tardies and an entry for unexcused

6    tardies.

7            Do you see that, or a line for those?

8    **A.**     Um-hmm.

9    **Q.**     And how many unexcused tardies did she have that year?

10   **A.**     Unexcused, I don't see any.

11   **Q.**     Okay.  And how many excused tardies did she have?

12   **A.**     It looks like she had three.

13   **Q.**     Okay.  And those are by period, right?

14   **A.**     Yes.

15   **Q.**     So, if someone was tardy for your class, excused or

16   unexcused, that would be under Period 1?

17   **A.**     Yes.

18   **Q.**     I mean for her, right?

19   **A.**     Yes.

20   **Q.**     Okay.  And she has zero excused and unexcused for that,

21   right?

22   **A.**     Yes.

23   **Q.**     Okay.  Do you recall when the first quarter ended that

24   school year?

25   **A.**     Probably the first week in November.

1   **Q.**    Okay.  If we could --

2        MS. REWARI:  Your Honor, if we could put up Defendants'

3   Exhibit -- I believe it's 81, is the calendar.

4        THE COURT:  I believe the calendar is in.  Yes.  You may

5   publish.

6        MS. REWARI:  Thank you.

7        All right.  And, Grady, if you could zoom us in on

8   November 2011.

9   BY MS. REWARI:

10  **Q.**    And does the Q indicate end of quarter?

11  **A.**    Yes.

12  **Q.**    Okay.  So the end of the quarter was November 4th; is

13  that right?

14  **A.**    Yes.

15  **Q.**    And then how long after the quarter end did the report

16  cards go out?

17  **A.**    It's usually the following Friday.

18  **Q.**    Okay.  So that would have been November 11th?

19  **A.**    Yes.

20  **Q.**    All right.  Let's take a look at Defendants' Exhibit 43.

21       MS. REWARI:  I believe this is in, Your Honor, but I'll

22  let Ms. Armentrout confirm that.

23       THE COURT:  You may publish.

24       MS. REWARI:  Thank you.  And, Grady, if you could take us

25  to the 7th grade report card, a couple of pages in.  I believe

1    this is -- yeah, there you go.  And if you could just zoom us at

2    the top.

3    BY MS. REWARI:

4    **Q.**    All right.  And do you recognize this as -- this is

5    plaintiff's report card for the entire 7th grade?

6    **A.**    Yes, that's what it looks like.

7    **Q.**    And are these classes listed in the order of how -- you

8    know, the schedule that she had?

9    **A.**    Yes.

10   **Q.**    So that's why Math 7 Honors is listed first?

11   **A.**    Yes.

12   **Q.**    Okay.  And what was her grade for the first quarter in

13   your class?

14   **A.**    First quarter she had a C.

15   **Q.**    Okay.  Was it abnormal for a student to have a C in 7th

16   grade honors coming from elementary?

17   **A.**    Not necessarily.  Kids could come from two different

18   types of classes in 6th grade.  Math 6 and the compacted class,

19   and if they go from Math 6 into Math 7 Honors, they're

20   essentially skipping an entire level of math, which would be 7th

21   grade.  So sometimes students who come from Math 6 into Math 7

22   Honors do struggle a little more.

23   **Q.**    Okay.  And to your understanding had plaintiff had Math 6

24   as her prior math?

25   **A.**    To my understanding, yes.

1    Q.     All right.  Now, did it come to your attention -- you can

2    take that down.

3          Did it come to your attention at some time that school

4    year that B.R. had reported concerns with other students at the

5    school?

6    A.     It did come to my attention, yes.

7    Q.     And do you recall at what point in the school year you

8    heard that?

9    A.     It was in the fall.  I think November, but I'm not a

10   hundred percent sure.

11   Q.     And do you recall how it came to your attention?

12   A.     At a team meeting, Mr. H████ came to our team meeting

13   and told us that B███ had reported boys bothering her at her

14   locker, and to make sure that we were out there and really

15   closely monitoring specifically her area of the locker pod.

16   Q.     And what was your reaction to receiving this information?

17   A.     Um, I was surprised.  We -- you know, as a team, had not

18   witnessed anything out of the ordinary, or any problems in the

19   locker pod.  Nothing had been reported to us.  So we, you know,

20   of course wanted to go and be there and look, but we had not

21   heard or seen anything up until that.

22   Q.     If we could take a look at Defendants' Exhibit 192.  I

23   believe this is in.  They're photographs.

24          THE COURT:  You may publish.

25          MS. REWARI:  Thank you.

1    BY MS. REWARI:

2    **Q.**    And let's go to page 8 of this set of photographs.  Are

3    these pictures -- first of all, are these pictures of the locker

4    pod area that we've been talking about?

5    **A.**    Yes.

6    **Q.**    All right.  And in page 8, this photograph, what are we

7    looking at here?

8    **A.**    So we're looking at around the area where I would stand

9    to do hall duty.  My classroom is a little bit further down, but

10   I would be looking at a wall if I stood at my door.  So I would

11   come down closer to Ms. F███████ and Mr. T███████ so that I could

12   be closer to the lockers.

13   **Q.**    Okay.  And what's shown here, is this the last row of

14   lockers that face out towards, I guess, the foyer or the lobby

15   area?

16   **A.**    I'm sorry, can you say that again?

17   **Q.**    So, sorry, that was a bad question.

18          Are we looking at the last row --

19   **A.**    Yes.

20   **Q.**    -- of lockers in this locker pod?

21   **A.**    Yes.

22   **Q.**    Okay.  And you've heard some testimony in this case about

23   where the plaintiff's locker was located.

24          Is this the last -- is it your understanding that her

25   locker was in this last row?

1    **A.**    Yes.

2    **Q.**    Okay.  And her back would be to the wall, and her locker

3    was on the left side facing out towards the open area?

4    **A.**    That's my understanding, yes.

5    **Q.**    Okay.  Now, where were the other core teachers on your

6    team standing relative to where you were standing in this

7    photograph?

8    **A.**    So, we could be anywhere from here, and then

9    Mr. T█████ classroom is a little further down, right in there

10   by our classrooms.  Through that locker bay -- she wasn't a core

11   member of the team, but Ms. Moir was the course teacher, and

12   where that circle is is where she would stand.

13        And we also had a special education teacher assigned to

14   our team, which is right on the other side of that green wall.

15   And he was there as well.

16   **Q.**    Okay.  That's Ms. Moir's door behind that basketball that

17   we see?

18   **A.**    Yes.

19   **Q.**    Okay.  Let's look at the next photograph and see if

20   that -- you can explain what's in this photograph.

21        So what are we looking at in here?

22   **A.**    This is maybe a view from Mr. T█████ classroom.  It's

23   further up towards the front of the locker bay.

24   **Q.**    All right.  Let's look at the next photograph.

25        Where is this view from?

1    A.    This would be if we were maybe coming from the next pod

2    over and walking into our pod.   That white floor on the right is

3    down our hallway.

4    Q.    Okay.   So the hallway where all the classes are is where

5    that white or yellow is in this picture?

6    A.    Yes.

7    Q.    Okay.   All right.   Let's go to the next picture.

8          All right.   What's this picture?

9    A.    This is our hallway.

10   Q.    Okay.

11   A.    Of -- of classrooms.

12   Q.    All right.   So what's the first door there that you see

13   on the right?   Whose door was that?

14   A.    Mr. T█████.

15   Q.    Okay.   And then the door after that, would that have been

16   Ms. B██████ office space?

17   A.    Yeah, it's like the opening to the right, yeah.

18   Q.    And then the door after that is?

19   A.    Ms. F██████.

20   Q.    Okay.   And the door after that is?

21   A.    Me.

22   Q.    And the door after that is?

23   A.    Ms. Estrella.

24   Q.    And then are you to that window where the wall -- where

25   it says "exit" or something?

```
1    A.    Yes, there's a window.

2    Q.    Window.  Okay.

3          Okay.  Let's look at the next photo.

4          All right.  And what -- what is this picture showing?

5    A.    It's sort of the same area that we just were, just if we

6    had turned our head to the right a little bit.  It's just --

7    when you first get to our pod.

8    Q.    I see.  Okay.

9          Next -- next picture, please.

10          We can skip this one.  Let's go to the next one.

11          And what is this picture showing?

12    A.    This is just from the view looking at Mr. T██████

13    classroom on the right, Ms. B██████ office in the middle, and

14    then Ms. F██████ classroom to the left of that --

15    Q.    When you were standing -- when you were standing

16    and looking at the locker pod, could you see over the lockers?

17    A.    Yes.

18    Q.    Okay.  All right.  Let's go to the next picture.

19          Next one, please.  Keep going.

20          Could you go to page 21?

21          All right.  Can you explain what's in this photograph?

22    A.    This would be sort of a view of where, you know, I would

23    stand.  You can sort of see where that wall picks up.  So I

24    would stand a little bit closer to Ms. F██████ classroom so

25    that I could see.
```

1    **Q.**    Okay.  All right.

2        MS. REWARI:  We can take these down.

3    BY MS. REWARI:

4    **Q.**    Was it typical for 8th graders to be in the -- in the

5    locker bay for your pod?

6    **A.**    No.

7    **Q.**    Why is that?

8    **A.**    Well, there's four minutes between classes, so there

9    really isn't enough time for students to come down and get into

10    the locker bay, but we -- you know, we knew our kids, and so any

11    students that were not part of our team, it was common practice

12    to sort of shoo them away if we saw them.

13        The -- not our walkway but the main hallway was going --

14    was that other -- other hallway, and then some students might go

15    to music or something, so people that are not part of Explorers

16    might be down that main hallway, but into the locker bay, no.

17    **Q.**    Prior to hearing about this concern from B.R. that --

18    that you learned from Mr. H█████, had you noticed any students

19    milling around B.R.'s locker?

20    **A.**    No.

21    **Q.**    You've heard the names David N., and we heard from J.O.

22    today, and you heard the name C.K.  Did you know any of those

23    students before this time?

24    **A.**    No, I did not.

25    **Q.**    Did you ever teach any of these students?

1   **A.**    No.

2   **Q.**    And by this point in the year, November, are you able

3   to -- were you able to recognize if a student was in the locker

4   pod that didn't belong in the locker pod?

5   **A.**    Yeah.  I mean, we were -- we were out there every

6   morning, in-between classes, the end of the day.  We recognized

7   our kids pretty quickly.

8           One thing that Carson does that, you know, is really

9   special is build in every quarter team times.  And so right at

10  the beginning of the year, the first week, we took two hours to

11  spend time to get to know each other as a team.  And then

12  through learning seminar and just everyday teaching, we get to

13  know our kids pretty quickly.

14  **Q.**    Okay.  Were you asked to do anything with respect to B.R.

15  and this concern about boys bothering her at her locker?

16  **A.**    We were asked to, you know, watch her locker area, and if

17  we saw anything unusual, if we saw anybody bothering her, if she

18  said anything to us, make sure we report that.

19  **Q.**    And when you say "we," who are the "we" that were asked

20  to do this?

21  **A.**    Ms. Estrella, Ms. F█████, Mr. T█████, and myself.

22  **Q.**    Okay.  Did you observe anyone other than teachers also

23  monitoring her in the hallways?

24  **A.**    Yes, at some point Ms. H█████ was asked to shadow her

25  in-between classes, and I know Ms. F█████ joined in for a

1    little bit to support, but Ms. H████ did -- did the majority

2    of that.  And at a certain point our SRO, Officer Genus, was

3    stationing himself in our pod.

4    Q.    After receiving this instruction, did you ever observe

5    any students touching B.R. in an unwanted way?

6    A.    No.

7    Q.    Did you -- did she ever report that to you?

8    A.    No.

9    Q.    Did she ever report to you that she was being harassed?

10   A.    No.

11   Q.    Did you -- did she ever report to you that she was being

12   touched in an unwanted way?

13   A.    No.

14   Q.    Is that kind of -- is inappropriate touching, whether

15   welcome or unwelcome, permitted at school?

16   A.    No.

17   Q.    Did you ever observe students saying vulgar things to

18   B.R.?

19   A.    No.

20   Q.    Did you ever observe students calling her names like

21   whore, bitch, or slut?

22   A.    No.

23   Q.    Did she ever report that to you?

24   A.    No.

25   Q.    Now, have you heard students at the school use that kind

1  of language?

2  **A.**    Unfortunately, yes.

3  **Q.**    Okay.  Have you heard it in both aggressive and

4  nonaggressive contentions?

5  **A.**    Yes, more so in a nonaggressive context.

6  **Q.**    Can you explain what you mean by that?

7  **A.**    Um, middle school is a special place.  It has kids who

8  are too old for elementary school and not quite ready for high

9  school, and they are testing their limits, and they are testing

10  their vocabulary, and they are not around mom and dad.  And a

11  lot of times their everyday vocabulary includes vulgar language.

12  **Q.**    Did you ever hear sexual terms being used in a nonsexual

13  way?

14  **A.**    Yes.

15  **Q.**    Can you give some examples?

16  **A.**    You know, two girls could just be, you know, friendly,

17  walking down the hall and say, You know, you're such a "B," or

18  any other expletive.  And it be in a friendly, teasing, but in a

19  nice way.

20       I don't think a lot of the kids know what a lot of the

21  terms mean that they say.  And when I do hear it, and I ask them

22  about it, they'll say, Oh, I'm just playing, or -- you know,

23  I'll ask, Do you know what that means?  And a lot of times

24  they'll say, No.

25       But that's the vocabulary that they hear or see online,

1    and they're testing their limits.

2    **Q.**    So when you hear it in a --

3         MS. ZOLL:  Your Honor, hearsay.

4         THE COURT:  It's already been resolved, so overruled.

5    BY MS. REWARI:

6    **Q.**    When you hear these types of terms being used, whether in

7    a sexual way or nonsexual way or aggressive way or nonaggressive

8    way, do you -- do you address it?

9    **A.**    Yes.

10   **Q.**    How do you address it?

11   **A.**    It's situational.  If it's in the hall and, you know,

12   class change, and I hear it, I'll pull them over and have a

13   conversation.

14        If it's in my classroom, if it were in more of an

15   aggressive way or -- or trying to be rude or mean, I contact

16   home.  If it's something that needs to be written up as a

17   referral, I would write it up as a referral.

18   **Q.**    And when do you -- when do you feel that it's something

19   that needs to be written up as a referral?

20   **A.**    I think when it is more of an aggressive, you know,

21   trying to be mean to somebody else.  If it is they slipped and

22   said a bad word, I'm not going to write a referral for that the

23   first time that I heard it.

24   **Q.**    Can you just explain what it means when you say "write a

25   referral"?  What's a referral?

1    A.    Sure.  Behavior -- behavior referral would be writing up

2    an incident and sending it to administration, and then they

3    would talk to the student.

4    Q.    Have you ever had students come to you to tell you things

5    that may be going on with their friends?

6    A.    Sure.

7    Q.    Is that something you encourage?

8    A.    Yeah.

9    Q.    How do you do that?

10   A.    The Explorers team and every team that I have been a part

11   of, you know, we were a family, and we stayed after school for

12   academic support, but we also stayed after because that was when

13   kids could sort of let their hair down, and it was a small

14   group, and they would tell you anything.  They would tell you

15   what was going on in the cafeteria, they would tell you what was

16   up with their family, their friends.

17        If they, you know, had that kind of relationship with

18   you, and I -- I pride myself on having that relationship with my

19   students.

20   Q.    How did you cultivate that?

21   A.    Um, you know, just I'm a caring, calm person.  And

22   students, you know, when they are around that, and they feel

23   that energy, I think they do feel more comfortable.  I have a

24   sense of humor in my classroom.  I make things fun, so they

25   just -- they feel more comfortable.

1    **Q.**    What kind of things have students come to tell you

2    unsolicited about -- about their friends?

3           MS. ZOLL:  Your Honor, hearsay.

4           THE COURT:  Sustained.

5    BY MS. REWARI:

6    **Q.**    Okay.  If boys were sexually assaulting B.R. in the

7    locker pod or the hallways, is that something that you expect to

8    have heard about regardless of whether B.R. was the one who

9    reported it to you?

10           MS. ZOLL:  Your Honor, speculation.

11           THE COURT:  Sustained.

12    BY MS. REWARI:

13    **Q.**    Did any student report to you that they had observed B.R.

14    being sexually assaulted in the locker pod or in the hallways?

15    **A.**    No.

16    **Q.**    Did you ever hear students discussing that they had seen

17    B.R. being sexually assaulted?

18           MS. ZOLL:  Objection.

19           THE WITNESS:  No.

20           THE COURT:  It's already been answered.  Overruled.

21    BY MS. REWARI:

22    **Q.**    Okay.  How long did you try to maintain a lookout and

23    monitor for anyone bothering her at her locker or in the

24    hallway?

25    **A.**    We were focused on that until she left because we

1    never -- we never saw anything, but we continued to -- to watch.

2    Q.    Did the concern about her come up at more than one team

3    meeting?

4    A.    Yes.

5    Q.    For how long did this concern continue to get discussed

6    at team meetings?

7    A.    It was a regular discussion.  Every week just -- it

8    wasn't much to discuss because none of us were seeing anything.

9    Nothing had been reported to us, but we were concerned if she

10   was saying this, that we wanted to help, but we -- we never saw

11   anything.

12   Q.    Okay.  Let's talk about what was happening in your

13   classroom.

14         First of all, could you just describe what your classroom

15   management style was like?

16   A.    Sure.  So, you know, when kids come to -- to middle

17   school, a lot of times they come, and they do not like math, and

18   so I wanted to start the year off to get the kids comfortable

19   and excited about math, so I tried to build structure into my

20   class.  I tried to have engaging activities, having them

21   comfortable, but they knew my expectations for them were high.

22         They knew what I wanted them to do when they first walked

23   in the classroom.  They knew, you know, to write down things in

24   their agenda.  And they knew that if they did something that

25   needed to be addressed that it would be addressed.  If there was

1    a behavior issue, I might ask a student to step in the hall.

2        I was never there to embarrass anybody or anything, but

3    these were kids, and there's a huge learning curve in 7th grade,

4    and they're learning how to behave a lot of times in this new

5    environment.  So using any mistakes that might be made as a

6    learning experience was important to me.  And I wanted kids to

7    feel safe and comfortable to take risks.

8    **Q.**    When you say there was a huge learning curve in 7th

9    grade, can you just explain what you mean by that?

10   **A.**    Sure.  A lot of elementary schools, you know, they're

11   with one teacher all day except for specials or, you know, PE

12   and music, things like that.  But in middle school they have up

13   to eight different teachers, and they are learning

14   responsibility of keeping track of their different classes.

15       And, you know, as an interdisciplinary team, we're trying

16   to communicate and not give too much work on any one day, but it

17   is -- you know, it's a lot.  They have a locker.  They can't

18   take their backpack around with them.  They need to, you know,

19   just work on time management.  So, it's different than

20   elementary school.

21   **Q.**    If you could take a look at Defendants' Exhibit 279.

22       MS. REWARI:  Your Honor, this is the yearbook, and I

23   believe this is in evidence.

24       THE COURT:  You may publish.

25       MS. REWARI:  Thank you.  And, Grady, if you could take us

1    to the Explorers.

2         Thank you.

3    BY MS. REWARI:

4    Q.    And is this the Explorers page in the yearbook for that

5    year?

6    A.    Yes.

7    Q.    Can you just, looking at this, tell us whether any of

8    these photographs are photographs taken in your class?

9    A.    I think the top middle one was in my class.

10   Q.    And the students are on computers in that one?

11   A.    Yes.

12   Q.    Okay.  Let's look at the next page.  In the bottom

13   right-hand picture there -- we've looked at this before -- is

14   this a picture in your locker pod --

15   A.    Yes.

16   Q.    -- that year?

17   A.    Um-hmm.

18   Q.    And is that the plaintiff in this picture?

19   A.    It looks like it, yes.

20   Q.    Okay.  And is that the wall we just looked at behind her,

21   the locker pod?

22   A.    Yes.

23   Q.    So I see these students are wearing backpacks?

24   A.    Yes, so I would guess that that picture was taken at the

25   beginning of the day or the end of the day.  Students weren't

1    permitted to carry backpacks around in the middle or throughout

2    their normal day, so it would be in the beginning or end of the

3    day.

4    Q.    And does this photograph sort of accurately capture what

5    generally it looked like in the locker pod at either dismissal

6    or beginning of the day?

7    A.    Yeah, I think so.

8    Q.    Okay.  All right.  You can take that down.

9          Did you notice anything out of the ordinary in class with

10    regard to B.R. that year?

11    A.    No.

12    Q.    Are there signs that you look for with your students that

13    might tell you if a child is struggling or having something

14    going on that you might need to probe further?

15    A.    Sure.  The -- you know, if you see a student who comes in

16    and is starting to appear differently, or they're disheveled or

17    even just smelling of smoke, something that's different, that's

18    sort of a red flag to bring up maybe to your counselor at a team

19    meeting.

20          Or if a student dramatically changes their work habits,

21    they're all of a sudden not doing any homework, or all of a

22    sudden they're just failing everything, that's a red flag for

23    sure.

24    Q.    Do you also sort of scan your students' faces and

25    appearances?

1    **A.**    Oh, yeah, absolutely.  You know, you can tell pretty

2    quickly when a kid comes in and they're just not right or if

3    they had a late night or, you know, red eyes, something.  You

4    can see it on their face.

5    **Q.**    And do you follow up if you see something?

6    **A.**    Absolutely.

7    **Q.**    How do you follow up?

8    **A.**    Um, you know, I have good relationships with my students,

9    so I might, you know, someone might have a better relationship

10   with where I would ask, Is everything okay?  Or do you need to

11   use the restroom?  Do you need to go talk to a counselor, that

12   type of thing, just to see if they -- if they were okay.

13        And if they said they were fine and they were okay, I

14   still probably would mention it, if it would seem very off, to

15   Ms. H██████.

16   **Q.**    To Ms. H██████, the counselor?

17   **A.**    Yeah.

18   **Q.**    Do you ever contact parents?

19   **A.**    Yeah.

20   **Q.**    For nonacademic reasons?

21   **A.**    Um, sure.

22   **Q.**    Okay.  Now, last week, and I think maybe a little bit

23   this morning we looked at the sociocultural assessment in

24   plaintiff's IEP, and there was a statement in there about being

25   triggered in math class because that's where the bullies were

1    enrolled.

2         Do you recall seeing that?

3    **A.**    I recall seeing that.

4    **Q.**    Did you ever see B.R. get bullied in -- by a student in

5    your math class?

6    **A.**    Absolutely not.

7    **Q.**    Did you ever see her get harassed by a student in your

8    math class?

9    **A.**    No.

10   **Q.**    Did you ever get a report that she was being bullied or

11   harassed by a student in your math class?

12   **A.**    No.

13   **Q.**    Did you ever get in -- strike that.  Okay.  Do you recall

14   that there was an issue regarding her -- B.R.'s math homework

15   stamp sheet in January 2012?

16   **A.**    I do.

17   **Q.**    First, for context, can you just explain what the stamp

18   sheet is and how it worked?

19   **A.**    Sure.  When I -- when we would go into a unit of math, I

20   would put together sort of a packet of information.  And at the

21   start of it would be a homework calendar that just outlined the

22   entire unit, what assignment, what day.  And I didn't believe in

23   grading homework on accuracy because it was practice, and it was

24   for learning.

25        So when I checked the homework, I would just come around

1    and put a stamp on it if the students attempted the homework or

2    not.  And at the end of the unit, I would collect that calendar

3    and give them credit for the homework.

4    Q.    And then what do you recall about the issue with regard

5    to B.R.'s homework stamp sheet in January 2012?

6    A.    So, what I recall was B▉▉▉ was after school with me one

7    day.  I was going through my grade book, and I saw that there

8    was a missing grade for her homework for a specific unit.  And

9    when I asked her about it, she said that she was sure she turned

10   it in.  I told her, you know, I've checked.  I don't have it in

11   my grade book.  I checked.  Can you just check your binder?

12        She was adamant that it had been turned in, someone must

13   have taken it.

14        And I said, Just check your binder for me.  And she

15   opened it, and the stamp sheet was in her binder.  It was not

16   complete, but I told her, Just finish those homework

17   assignments.  When it gets done I'll take the calendar and get

18   full credit, but she never turned it in.

19   Q.    Did you learn at some point that she claimed that a

20   student had stolen the stamp sheet?

21   A.    Yes.

22   Q.    And was it your understanding this was the same stamp

23   sheet that was in her binder?

24   A.    Yes.

25   Q.    Okay.  Now, during the school year did parents get

1    progress reports in addition to report cards?

2    **A.**    Yes.

3    **Q.**    How frequently did progress reports go out?

4    **A.**    So we had progress reports/interims halfway through the

5    quarter, and then I believe we had progress reports on either

6    side of that, as well.  So every few weeks, probably, progress

7    reports went out.

8    **Q.**    All right.  Would you please take a look at Plaintiff's

9    Exhibit 113 in your binder?

10           This is at PX 113.

11           Can you identify -- what is it, this document?

12   **A.**    So it's an email chain from -- initiated by a progress

13   report that was sent out by me.

14   **Q.**    And was it about the plaintiff, B.R.?

15   **A.**    Yes, for her second quarter grade.

16   **Q.**    Okay.

17           MS. REWARI:  Your Honor, we move to admit Plaintiff's

18   Exhibit 113.

19           MS. ZOLL:  No objection.

20           THE COURT:  Without objection.  You may publish.

21           (Plaintiff's Exhibit 113 admitted into the record.)

22           MS. REWARI:  Let's start with the bottom of the first

23   page.  Actually, if we could go to the bottom of the first page.

24   There we go.

25   BY MS. REWARI:

1  **Q.**    And so is this an automated email with respect to the

2  progress report?

3  **A.**    Yes.  So, in our grading program at the time, when you

4  went to send progress reports, the emails were attached, the

5  parent emails were attached to each student.  So every family

6  got their own personalized copy, but essentially it started out

7  the same way, attached as a progress report and then for that

8  child.

9  **Q.**    And had the quarter just ended for the second quarter at

10 this point?

11 **A.**    Yes, it looks like it's at the end of that quarter.

12 **Q.**    All right.  So let's go to the second page and look at

13 the progress report.

14       And so, essentially, does this show like every -- every

15 graded task, you know, assessment or homework?

16 **A.**    Yes, for second quarter.

17 **Q.**    Okay.  And it shows the percentage score for each?

18 **A.**    Yes.

19 **Q.**    Okay.  And so -- I see there's notes on class and then

20 notes for student.

21       Can you just explain the difference?

22 **A.**    Sure.  The class note was a general note that went to

23 every family that just, you know, says it reflects your

24 student's second quarter grade, the report card grade.  And just

25 some other general things that applied to everyone.

1         For specific student-related notes, there were options to

2   put notes on specific tasks, and those would reflect

3   specifically to that child.  So it looks like I have a note on

4   the percent quick check.

5   **Q.**    So if we go up above to the grade book for the quarter,

6   does that correlate to a specific assignment or entry in this?

7   **A.**    Yes, percent quick check.

8   **Q.**    Number 5.

9   **A.**    Yeah, number 5.  So that would have been early in the

10  quarter.

11  **Q.**    Okay.  So this note under "Notes for Student" on "task

12  percent quick check," would this have been essentially a note

13  that you entered early in the quarter, and it carried over?

14  **A.**    Yes.  Unless I deleted it, it continued to stay there.

15  **Q.**    Okay.  So then the note here that, "B.R. seems to be

16  struggling to grasp concepts lately.  I would suggest that she

17  starts staying after with me -- staying with me after school

18  regularly on Monday afternoons for remediation," is that then a

19  note that you would have put in early in the quarter?

20  **A.**    Yes.

21  **Q.**    Okay.  What was your normal after school day that year?

22  **A.**    I was generally after school on Wednesdays.  It wasn't

23  required for us to be all after school the same day.  I liked

24  Wednesdays because it was in the middle of the week.  If I had

25  assessments later in the week, it was a good time to review.

1          On occasion I would change it to Mondays if I was giving

2    a test on Tuesday.  That just felt more appropriate to offer

3    that.  But, generally, Wednesdays.

4    **Q.**    And when you offered to have -- or asked for students to

5    stay after school on Monday afternoons for remediation, were you

6    then extending yourself to be available on additional days?

7    **A.**    Yes.

8    **Q.**    And so the second quarter grade of a C was -- to your

9    mind, was that consistent with her first quarter performance?

10   **A.**    Yes.

11   **Q.**    Okay.  And, again, was that abnormal to see a student get

12   two -- a C in the first quarter and the second quarter?

13   **A.**    No.

14   **Q.**    How does the sort of level of difficulty in the

15   curriculum change or not change for your class?

16   **A.**    So, first quarter, a lot of the beginning of the year is

17   often get to know you, more fun, engaging things, and then maybe

18   a little review from elementary school.  So I would say, you

19   know, once you get into the second quarter things get a little

20   more challenging.

21   **Q.**    All right.  If you could please take a look at

22   Defendants' Exhibit 154 in your book.

23         Actually, you know what, I'm sorry, we didn't talk about

24   the emails above this.  I apologize.  If we could go back to

25   Plaintiff's Exhibit 113.

1          MS. REWARI:  And, Grady, if you could put that back up.

2    Thank you.

3    BY MS. REWARI:

4    **Q.**    I didn't ask you about the two emails above this.

5          So you sent the progress report the morning of March --

6    excuse me, of January 30th, and then there's an email from

7    Mom -- B.R.'s mom to you Tuesday, January 31st?

8    **A.**    Yes.

9    **Q.**    And --

10         THE COURT:  Just a moment, Ms. Rewari.

11         MS. REWARI:  I'm sorry.  Thank you.  Thank you.

12         THE COURT:  Okay.  All right.  Go ahead, sir -- ma'am.

13         MS. REWARI:  Thank you.

14   BY MS. REWARI:

15   **Q.**    All right.  And then email from Mom to you Tuesday,

16   January 31st, and she writes, "B.R. had an excused absence this

17   past Thursday and Friday."

18         So that would have been January 26th and 27th, right?

19   **A.**    Um-hmm.

20   **Q.**    Do you recall whether the homework stamp sheet issue had

21   been the prior week?  The week prior to this progress report?

22   **A.**    I believe so, yes.

23   **Q.**    And then Mom writes, "She had hoped to turn in her test

24   corrections but was out."

25         What are test corrections?

1  **A.**    Um, so, if a student doesn't master, you know, a

2  particular concept, some teachers allow for test corrections

3  to -- to allow students to practice and master certain skills.

4  Some other teachers might do a complete retake of an assessment.

5        I think it looks like that year -- and I've changed my

6  practice depending on various things, but like that year I would

7  offer test corrections so a student would -- they could sit with

8  me, they could do it at home, but rework problems that they

9  missed to earn back some extra points.

10        And in my test corrections it was resolving the problem

11  and then like explaining what went wrong the first time and how

12  they have learned from it.

13 **Q.**    And in this email, Mom did not bring up the homework

14  stamp sheet issue?

15 **A.**    No.

16 **Q.**    All right.  And then you wrote back to her, "Thank you

17  for your email.  If B.R. would like to turn in corrections on

18  the inequality quiz or function quick check, I will accept them

19  tomorrow since they were due by last Thursday, and she was out.

20  Unfortunately, it is too late to correct the previous unit test,

21  percent app test;this was two units ago."

22        Can you just explain what -- what you're conveying in

23  this message?

24 **A.**    Yeah, I just wanted to clarify what she was still

25  eligible to -- to earn back some points on.  And the percent

1    apps test was too early in the quarter.  We had really moved on

2    from there, and I usually would give students two weeks if they

3    wanted to retake or do corrections.  It looks like I gave them

4    three weeks for that, but it was a little too late.

5    **Q.**    Okay.  If we look at the second page, and you just see

6    all the tasks listed there, can you just kind of correlate or

7    just explain to the numbers on -- on this chart?

8    **A.**    Yes.  So, I was allowing for the inequality quiz and the

9    function quiz, numbers 12 and 13, looks like -- no, function

10   quick check, number 14, for corrections on that, but the percent

11   apps test was, let's see, probably the unit 4 test, number 8.

12   **Q.**    Okay.  And -- all right.  And then on -- and back on the

13   first page Mom had said that she'll bring the work to school

14   tomorrow, so that she may improve her quarter grade.

15       If we could look at Defendants' Exhibit 122, which I

16   believe is the attendance -- a different format of the

17   attendance records.

18       MS. REWARI:  Your Honor, if we could publish?

19       THE COURT:  You may.

20       MS. REWARI:  Thank you.  Grady, if you could go to --

21       THE COURT:  Point of reference, Ms. Rewari, how much

22   longer for this witness?  I want to give the jury a break.

23       MS. REWARI:  Just 15 minutes, maybe 20.

24       THE COURT:  Okay.  Ladies and gentlemen, we're going to go

25   ahead and take our late afternoon break.  Let's try to get in at

1    a quarter of 4:00, quarter of 4:00, 3:45.

2            (Jury out at 3:34 p.m.)

3            THE COURT:  Thank you, ladies and gentlemen.  We'll see

4    you at 3:45.

5            You may step down now.

6            (Thereupon, a recess in the proceedings occurred from

7    3:34 p.m. until 3:45 p.m.)

8            (Jury in at 3:46 p.m.)

9            THE COURT:  You may be seated.  Thank you.

10           Ladies and gentlemen of the jury, we're going to finish

11   the direct testimony of this witness, and then we're going to

12   call it a day.

13           MS. REWARI:  Thank you.

14   BY MS. REWARI:

15   **Q.**    Ms. C█████, before the break we were looking at the

16   plaintiff's attendance records, Defendants' Exhibit 122, and I

17   just want to focus on the day after this email from Mom that we

18   just looked at in Plaintiff's Exhibit 113.

19   **A.**    Okay.

20           MS. REWARI:  So, Grady, if we could put that up.

21   BY MS. REWARI:

22   **Q.**    Okay.  And so, does this attendance show essentially

23   period-by-period attendance?

24           And they --

25   **A.**    Yes.

1   **Q.**    Okay.  And then so on February 1st, the day after the

2   email, she was -- was she absent from your class?

3   **A.**    February 1st?  Yes.

4   **Q.**    Okay.  And then she was absent from your class on the

5   3rd --

6   **A.**    Yes.

7   **Q.**    -- of February as well?

8   **A.**    Um-hmm.

9   **Q.**    Did you ever hear from Mom as to why she had missed

10  classes on February 1st and February 3rd?

11  **A.**    I don't recall.  There had been occasions where Mom had

12  said she wasn't feeling well, but I don't recall if that was it.

13  **Q.**    Okay.  All right.  Let's -- could you please take a look

14  at exhibit -- Defendants' Exhibit 154 in your book.

15          MS. REWARI:  Grady, you can take that down.

16  BY MS. REWARI:

17  **Q.**    And do you recognize this as emails between you and

18  B.R.'s mother in February 2012?

19  **A.**    Yes.

20          MS. REWARI:  Okay.  Your Honor, we move to admit

21  Defendants' Exhibit 154.

22          MS. ZOLL:  No objection.

23          THE COURT:  Without objection.  You may publish.

24          (Defendants' Exhibit 154 admitted into the record.)

25          MS. REWARI:  Thank you.

1    BY MS. REWARI:

2    **Q.**    Let's start with the email down at the bottom.

3          And this is Sunday, February 5th?

4    **A.**    Yes.

5    **Q.**    Okay.  And is -- is the -- the subject line of this email

6    is "B.R. and missed exams."

7          Do you see that?

8    **A.**    Yes.

9    **Q.**    Okay.  And is this entire chain about discussing --

10   rescheduling of some tests that she's missed?

11   **A.**    Yes.

12   **Q.**    Okay.  All right.  And then she says at the end, "I've

13   asked B.R. to stay after school on your late day every week to

14   get some additional help from you."

15         Do you see that?

16   **A.**    Yes.

17   **Q.**    And so was it -- did you communicate to your students

18   that you had a late day every week?

19   **A.**    Like I said, it usually was Wednesday, but if I had to

20   change it, I would let them know, but yes.

21   **Q.**    Okay.  And then you wrote her back in the email above

22   this Monday, February 6th, the next morning, 7:33 a.m.?

23   **A.**    Yes.

24   **Q.**    Right.  And you said, "I will be available after school

25   today if she would like to stay"?

1    A.    Yes.

2    Q.    Okay.  So were you offering to stay after on a Monday for

3    her?

4    A.    Yes.

5    Q.    Okay.  And then Mom wrote you back above that, Monday,

6    February 6th, 8:28 a.m., and she thanked you for being so

7    accommodating?

8    A.    Yes.

9    Q.    Okay.  And then the email above that is an email from you

10   to Ms. B▮▮▮▮ dated Monday, February 13, 2012.  Do you see that?

11   A.    Yes.

12   Q.    Okay.  And you wrote, "Within the past couple of weeks,

13   other than the email I received late last week, this is the only

14   other correspondence I've had"?

15   A.    Yes.

16   Q.    And so is this after her parents had pulled her out of

17   in-school instruction?

18   A.    Yes.

19   Q.    Okay.  Let's take a look at Plaintiff's Exhibit 117 in

20   your book.

21         That's a PX.

22   A.    Okay.

23         MS. REWARI:  I'm not sure which letter.  It's Plaintiff's

24   Exhibit 117.  I believe -- I believe it's in.  I'm looking at

25   just the A of it, I guess.

1          (Discussion had off the record.)

2          THE COURT:  Pursuant to the ruling of the Court,

3     Plaintiff's Exhibit 117, only A, B, and C, can be used.

4          MS. REWARI:  Okay.  Let me just confirm that what I'm

5     looking at is A, B, or C.

6          THE COURT:  Yes.

7          MS. REWARI:  Your Honor, I believe what I am showing the

8     witness is A, it's 117A.

9          THE COURT:  Okay.

10         MS. ZOLL:  No objection.

11         THE COURT:  Without objection, you may publish.

12         MS. REWARI:  Thank you.

13    BY MS. REWARI:

14    Q.    Okay.  And if we look at the email at the bottom of this

15    first page, is this the -- same email, Monday, February 6th,

16    7:30 a.m. that we were looking at earlier?

17    A.    Yes.

18    Q.    Okay.  And then above that is a response or another email

19    from Mom to you on -- this one's dated Friday, February 10th,

20    2012.  Do you see that?

21    A.    Yes.

22    Q.    Okay.  And now the subject line is "Bullying and missed

23    school"?

24    A.    Yes.

25    Q.    Okay.  And this is the day after she has been pulled from

1    in-school instruction?

2    **A.**    Yes.

3    **Q.**    Okay.  I'm going to ask you about several passages in

4    here, but what was your general reaction to seeing this email?

5    **A.**    I was very surprised at getting that email.  I had not --

6    other than Mr. H██████ coming to our team meeting and telling us

7    what had -- that boys had been bothering her at her locker, and

8    we were to make sure we were watching her area of the locker

9    bay, nothing was ever reported to me from B████ or her mother or

10   other students about any kind of bullying or harassment, so this

11   is the first I'm hearing of it from Mrs. R.

12   **Q.**    Okay.  And then she wrote, "I am uncertain as to how much

13   the administration has shared with you about the bullying and

14   harassment B.R. has been facing since the end of October, but

15   based on your comments to her yesterday when she asked to see

16   guidance and those you noted on her report card about her

17   absences and achievement, I can only believe you have not been

18   fully informed."

19        Do you know what the -- she's referring to when she said

20   "comments to her yesterday when she asked to see guidance"?

21   **A.**    Yes.

22   **Q.**    Can you tell the jury what -- what you recall about that?

23   **A.**    So I recall this occasion because of the email that

24   followed.  It sort of stuck in my brain.

25        That morning B████ had come to my class, and after we had

1    been asked to watch her at the locker bay, once she did go into

2    my class, I did move myself to my door so I could keep an eye on

3    her in there because we were not seeing anything, so I wanted to

4    make sure that she was being watched.

5         She seemed fine.  She was chatting.

6         Remember, before first period when there's downtime, kids

7    can be doing their homework, they could be reading.  And she was

8    talking with friends.  She seemed absolutely fine.

9         The day started, the bell rung, the announcements played.

10   She's still sitting at her desk.  I go around, check homework.

11   And as I'm about to start the lesson, she comes up and tells me

12   she needs to go see the counselor.

13        And I responded in a way, Okay.  Just hurry back, I don't

14   want you to miss too much.

15        I took this email as she went home and relayed that

16   differently.

17   Q.   Okay.  And then it says, "those you noted on her report

18   card about her absences and achievement."

19   A.   Um-hmm.

20   Q.   Do you know what that's referring to?

21   A.   Yes, Fairfax County has sort of preprogrammed comments

22   for report cards.  There's like a word bank of choices, and I

23   did choose one that was "absences affect achievement."  And it

24   was not meant in any kind of negative way, just because she's

25   missing the content in class, it's impacting how she's doing in

1    the class.

2    Q.    And had she had an above average number of absences that

3    quarter?

4    A.    It seemed to be, yes.  Especially on days where we were

5    doing some sort of an assessment, so she was generally falling

6    behind on -- on those things.

7    Q.    Okay.  All right.  Let's look at the next paragraph where

8    her mom wrote, "B.R. has always been an above-average student,

9    and teachers appreciate her efforts and attitude.  Even this

10   year many tell us they wish more students were like her."

11        Do you know which teachers she was referring to there?

12   A.    I don't know what they were referring to.

13   Q.    Okay.  And then she wrote, "She's a gentle girl that

14   typically works hard.  However, it's been a difficult three

15   months for her.  She has not missed classes, on her own choice.

16   We, her parents and physician, have kept her out of a toxic and

17   harmful environment whenever things escalate at school."

18        Do you know which physician she's referring to there?

19   A.    When I read the email, no.

20   Q.    Okay.  Had you ever seen a doctor's note before

21   February 10th, 2012, saying that she's being kept out of a toxic

22   and harmful environment?

23   A.    No.

24   Q.    Okay.  And then the next line says, "As you might

25   imagine, it would be hard for anyone to operate at their optimum

1    when malicious rumors, ugly words, and threats against your life

2    are being hurled at you on a regular basis."

3         Do you know what she's referring to there?

4    **A.**    No.

5    **Q.**    Had you been told that by B.R. or her family?

6    **A.**    No.

7    **Q.**    All right.  Let's go to the next line.  It says, "Despite

8    the situation, she's managing to maintain above-average grades

9    for most classes.  Unfortunately, the subjects that have been

10   impacted the most are those she has scheduled for first and

11   eighth periods, math and PE.  Before these classes she is

12   victimized most."

13        Were you aware of her -- of B.R. being victimized before

14   math class?

15   **A.**    No.

16   **Q.**    Were you aware of her being victimized in math class?

17   **A.**    No.

18   **Q.**    Did she ever appear to be victimized when she was walking

19   into your classroom?

20   **A.**    No.

21   **Q.**    And then she wrote, "We are now keeping B.R. home until

22   we can find a satisfactory solution.  We will provide her with

23   homebound instruction.  We would appreciate assistance and

24   direction from you.  In addition, we must insist that all

25   teachers deal with this matter with sensitivity and discretion

1    without any further humiliation or victimization of our

2    daughter."

3          Did you believe that you had done anything to humiliate

4    or victimize her daughter?

5    **A.**    No.

6    **Q.**    Okay.  Were you visited by the police that school year?

7          MS. ZOLL:  Your Honor, objection.

8          THE COURT:  Where are we going?

9          MS. REWARI:  Your Honor, this is consistent with the

10   testimony that Mr. F█████ had.

11         THE COURT:  Where are we going with it?

12         MS. REWARI:  Simply what she was asked to provide and what

13   she did provide to the police.

14         THE COURT:  She can stay in those parameters.

15         MS. REWARI:  Okay.

16   BY MS. REWARI:

17   **Q.**    Were you visited by the police that school year?

18   **A.**    Yes.

19   **Q.**    When was that?

20   **A.**    The beginning of March 2012.

21   **Q.**    And who, from the police, came to see you?

22   **A.**    Detective Fred Chambers.

23   **Q.**    Okay.  And --

24         MS. REWARI:  Your Honor, if I may lead here to keep her

25   within the parameters.

 1          THE COURT:  Lead slowly so that we can evaluate the

 2   question.

 3          MS. REWARI:  Okay.

 4          THE COURT:  Ma'am, if you could pause before you answer

 5   any question.

 6   BY MS. REWARI:

 7   Q.    Okay.  Did Detective Chambers ask you for some

 8   information?

 9          THE COURT:  Yes or no?

10          THE WITNESS:  Yes.

11   BY MS. REWARI:

12   Q.    Okay.  And did he tell you whether he was investigating

13   an off-school grounds incident?

14          THE COURT:  Yes or no?

15          THE WITNESS:  Yes.

16   BY MS. REWARI:

17   Q.    Okay.  And did he tell you what the nature of the

18   incident was?

19          THE COURT:  Yes or no.

20          THE WITNESS:  No.

21   BY MS. REWARI:

22   Q.    Okay.  Did he ask you for records of whether you had been

23   after school with the plaintiff?

24          THE COURT:  Yes or no?

25          THE WITNESS:  Yes.

1    BY MS. REWARI:

2    **Q.**    And did he ask you whether you had been after school with

3    the plaintiff on a particular day or time period?

4          THE COURT:  Yes or no?

5          THE WITNESS:  Yes.

6    BY MS. REWARI:

7    **Q.**    Okay.  Did he ask you initially about a specific date?

8    **A.**    Yes.

9          THE COURT:  Yes or no?

10   BY MS. REWARI:

11   **Q.**    And was the date that he asked you initially about

12   November 16, 2011?

13   **A.**    Yes.

14   **Q.**    Okay.  Do you recall whether he asked you whether you

15   were after school with her that day?

16   **A.**    Yes.

17   **Q.**    And do you recall what you told him?

18         THE COURT:  Yes or no?

19         THE WITNESS:  Yes.

20   BY MS. REWARI:

21   **Q.**    And had you been after school with her that day?

22   **A.**    No.

23   **Q.**    Did he ask you to check your records as to whether you

24   had been after school with her that day?

25   **A.**    Yes.

1    **Q.**    Did you check those records?

2    **A.**    Yes.

3    **Q.**    What did you check?

4    **A.**    I went back to my classroom.  I got my planner.  It was

5    in March, and I needed to go back to November.  So I went back

6    and looked in there.

7    **Q.**    And what did you find in your planner?

8    **A.**    I had written that I was out.  I had a substitute that

9    day, so I would not have been after school.

10   **Q.**    Okay.  Would you please take a look at Defendants'

11   Exhibit 31 in your book?

12          THE COURT:  31.  Just a moment.

13          MS. REWARI:  I don't think this is in yet.

14   BY MS. REWARI:

15   **Q.**    And can you identify what is shown as Defendants'

16   Exhibit 31?

17   **A.**    It's a record of my leave from school in the 2011/2012

18   school year.

19          MS. REWARI:  Your Honor, we move to admit Defendants'

20   Exhibit 31.

21          MS. ZOLL:  No objection.

22          THE COURT:  Without objection, you may publish.

23          MS. REWARI:  Thank you.

24          (Defendants' Exhibit 31 admitted into the record.)

25   BY MS. REWARI:

1    **Q.**    And so does this show that on November 16, 2011, you were

2    absent the entire day?

3    **A.**    Yes.

4    **Q.**    Okay.  And was this consistent with what you had noted in

5    your planner?

6    **A.**    Yes.

7    **Q.**    Okay.  Do you recall whether then Detective Chambers

8    asked you to look at the whole week of November 14th, 2011?

9    **A.**    Yes.

10   **Q.**    Okay.  November 16th, 2011, was a Wednesday, right?

11   **A.**    Yes.

12   **Q.**    Okay.  Did you then check your records for the whole week

13   in case B.R. had stayed after with you a different day that

14   week?

15   **A.**    I checked the after-school records.

16   **Q.**    Can you just explain what the after-school records are?

17   **A.**    So when kids stayed after that year, they were all issued

18   a barcode.  And the after-school specialist would go around and

19   scan their barcode.  It was their student I.D. number.  So if

20   they didn't have the barcode, they'd just type that in.  That

21   information got dumped into an Excel spreadsheet.

22         And while Detective Chambers was there, I asked -- I

23   don't recall if it was Ms. Bromberg who was in charge of after

24   school, or if it was whoever was working that day, because she

25   did have a small staff that would work the front desk, and I

1    asked if they could go into the attendance records.

2         And we pulled up Monday, Wednesday, Thursday, not just

3    for me to see if she was after school on Monday -- I checked

4    Thursday, but I didn't stay on Thursdays -- but also other

5    teachers.

6    Q.    And is Monday, Wednesday, Thursday the three days of the

7    week that there was a late bus?

8    A.    Yes.

9    Q.    And so, was there anything that the detective asked you

10   for that you didn't provide?

11   A.    No.

12   Q.    All right.  And at some point -- well, after

13   February 9th, 2012, did the plaintiff go on homebound

14   instruction?

15   A.    Yes.

16   Q.    How did she do once she was on homebound?

17   A.    She did very well.  She got As for the third and fourth

18   quarter.

19   Q.    Now, you've heard in the last couple of weeks that she

20   was in partial hospitalization at some point during that spring.

21        Did you see any change in her academic performance?

22   A.    She did much better in math.  I didn't -- I was not aware

23   that she was hospitalized.

24   Q.    Okay.  All right.  When did you learn that you had been

25   personally sued in this case?

1    A.    July 2019.

2    Q.    Had you heard from B.R. or her parents since she was your

3    student?

4    A.    No.

5    Q.    Did you review the allegations that were made against you

6    in the original complaint?

7    A.    Yes.

8    Q.    What was your understanding of what you were being

9    accused of?

10   A.    It was my understanding that I was being accused of

11   ignoring an assault on a child and her asking for help, and we

12   did nothing.

13   Q.    And did you review -- did you believe that those

14   allegations were false?

15   A.    Yes, I believed they were false.

16   Q.    Did you review the allegations each time the complaint

17   got amended?

18   A.    Yes.

19   Q.    And so you've seen the original complaint, the amended

20   complaint, and the second amended complaint?

21   A.    Yes.

22   Q.    Okay.  Are you aware that the second amended complaint

23   alleges that B.R. was taken into a closet at school?

24         MS. ZOLL:  Your Honor, objection, relevance.

25         THE COURT:  Approach.

1       (Following sidebar discussion had on the record:)

2       THE COURT:  All right.  Everyone is present.  It's my

3  understanding that the plaintiff has decided to abandon that

4  particular theory, and they're not going to proceed on it.  So

5  why are we getting into it with this witness?

6       MS. REWARI:  Because it's still part of the case, Your

7  Honor; they haven't formally dismissed that part of the lawsuit,

8  and it goes to credibility of the plaintiff.  And we were --

9       THE COURT:  What is she going to talk about?  What do you

10  think she's going to say about the allegation, about the

11  situation allegedly happening in the janitor's closet?

12       What do you think she's going to say?

13       MS. REWARI:  Well, I'm going to ask her whether the

14  allegations are plausible given what she knows about the school.

15       THE COURT:  I don't think she's going to be able to get to

16  that, asking whether something is plausible.

17       MS. REWARI:  Well, what she observed about how the closets

18  were maintained, how the after-school program was done, whether

19  she ever saw any men wandering through the building.  The

20  allegation in this case is that this happened in the second

21  amended complaint.  It is specifically alleged that it happened

22  numerous times.

23       THE COURT:  Okay.  Ms. Zoll.

24       MS. ZOLL:  I just don't think it's relevant, and she's

25  using this witness to, like, backdoor the complaint into --

```
1        THE COURT:  The problem in this -- from this perspective,

2   I agree with Ms. Rewari, it's out there, and there's been mention

3   of it -- I believe mentioned in opening statement.  It's been

4   mentioned a couple of times through witnesses, and just sort of

5   letting it sort of hang out there without any ability to question

6   on it doesn't seem to be quite fair.

7        Again, I appreciate you all closing the loop on that, but

8   it doesn't seem it's fair to sort of have it hanging out there

9   without having any attempt by any witness to provide their point

10  of view.

11       I'm not going to give you a lot of latitude on it.  You

12  can ask whether she's aware of it, you can ask her does she know

13  where the janitor closet is, and you can ask her how big it is,

14  and that's about it.

15       MS. ZOLL:  I would also say, too, using the complaint

16  itself and allegations in the complaint -- I mean, if she wants

17  to ask, like you said, Where is the closet?  How is the closet

18  kept?

19       THE COURT:  Well, Ms. Rewari heard what I said, and she's

20  pretty good at following directions.

21       MR. BRENNER:  She's pretty good.

22       THE COURT:  All right.

23       MR. BLANCHARD:  You're starting with the allegation

24  itself?

25       THE COURT:  Yeah.
```

1          MS. REWARI:  Yeah.

2          (Sidebar discussion concluded and the following further

3     proceedings had in open court:)

4     BY MS. REWARI:

5     **Q.**    All right.  Ms. C███, are you aware that the second

6     amended complaint alleges that B.R. was taken into a closet at

7     school and raped by three unknown males?

8     **A.**    Yes.

9     **Q.**    Are you aware that it also alleges that this happened on

10    numerous occasions between December 2011 and February 2012?

11    **A.**    Yes.

12    **Q.**    In your experience, are the closets at school locked?

13    **A.**    Yes, always.

14    **Q.**    Is there a closet in the hallway where your pod was?

15    **A.**    Janitor's closet, no.

16    **Q.**    Okay.  There's no janitor's closet?

17    **A.**    No.

18    **Q.**    Okay.  Is there a janitor's closet around the corner

19    from --

20    **A.**    Yes, in the other part of the pod where another team is,

21    yes.

22    **Q.**    Have you -- have you ever looked inside that closet?

23    **A.**    Yes.

24    **Q.**    Can you describe how large that closet is?

25    **A.**    It's probably the size of this --

1    **Q.**    Okay.

2    **A.**    -- box (indicating).

3         THE COURT:  Let the record reflect she's making reference

4    to the witness box.

5         THE WITNESS:  Sorry.

6    BY MS. REWARI:

7    **Q.**    Okay.  And are the closets locked during the after-school

8    program as well?

9    **A.**    Yes.

10   **Q.**    Did you ever encounter groups of unknown men wandering

11   the school?

12   **A.**    No.

13        MS. ZOLL:  Objection, Your Honor.

14        MS. REWARI:  Okay.

15        THE COURT:  Overruled.  Move on.

16   BY MS. REWARI:

17   **Q.**    Did you ever observe any unknown people emerging from

18   closets?

19        THE COURT:  Sustained.

20   BY MS. REWARI:

21   **Q.**    Okay.  Did B.R. ever tell you at any point when she was

22   your student that she was being hurt by boys?

23   **A.**    No.

24   **Q.**    Did she ever tell you at any point when she was your

25   student that a boy was going inside her?

1    **A.**    No.

2    **Q.**    Did you ever see a student put their hands in her blouse?

3    **A.**    No.

4    **Q.**    Did you ever see a student put their hands down her

5    pants?

6    **A.**    No.

7    **Q.**    Did you ever see that happen to anybody at school?

8    **A.**    No.

9    **Q.**    Do you think that's something that you would have missed

10   if you saw it?

11   **A.**    I wouldn't have missed that, no.

12   **Q.**    Did B.R. ever tell you that she'd been sexually assaulted

13   in any manner by anyone?

14   **A.**    No.

15        MS. REWARI:  I have no further questions.

16        THE COURT:  Ladies and gentlemen, that's going to complete

17   our time for today.  Tomorrow we're scheduled to be here from

18   10:00 to 4:00.  If I could get you to be here at 9:45 so that we

19   can promptly at 10:00, that would be great.

20        Please remember the instruction of the Court.  Do not

21   discuss the case or any aspect of the case with anyone.  Try to

22   refrain from social media and print media to the extent that you

23   can.

24        The sun is shining.  I believe we had an eclipse today, so

25   that's pretty exciting.  So we can read about that, I guess, in

1    something about three weeks from now.

2          So we'll see you all tomorrow morning.

3          (Jury out at 4:09 p.m.)

4          THE COURT:  All right.  Thank you, ladies and gentlemen,

5    you can be seated.

6          You can step down, ma'am.  I'm sorry.

7          Ms. Zoll, how long do you think you're going to need on

8    your examination, ma'am?

9          MS. ZOLL:  I believe her exam was about an hour and a

10   half.  I definitely will not exceed that or come close to it.

11         THE COURT:  Okay.  Thank you.

12         MR. KINNEY:  Your Honor, I've got a few minutes of

13   questions for Ms. C█ tomorrow.  I think no more than ten.

14         THE COURT:  Mr. Blanchard?

15         MR. BLANCHARD:  None.

16         THE COURT:  Okay.  And who's the next-up witness for the

17   defense?

18         MR. BATES:  That's Defendant C.K.  It's C.K.

19         THE COURT:  Okay.  The Court has a motion with regard to

20   C.K. that I believe we probably need to take up before we get to

21   that potential testimony.

22         Does C.K. have an advocate here for him?  Because I

23   received a -- I'll tell you, unless you all just missed it, I got

24   a motion to quash the subpoena regarding C.K.

25         MR. BATES:  Yeah, Your Honor, we just learned about an

1    hour or two ago that C.K. and his attorney will be here tomorrow

2    morning.

3          THE COURT:  Okay.  So we'll take it up then.

4          MR. BATES:  All right.

5          THE COURT:  Thank you.

6          MR. BATES:  Thank you.

7          THE COURT:  Y'all have a nice evening.

8          (Proceedings adjourned at 4:11 p.m.)

9                        **C E R T I F I C A T E**

10

11                    I, Scott L. Wallace, RDR-CRR, certify that
     the foregoing is a correct transcript from the record of
12   proceedings in the above-entitled matter.

13

         /s/ Scott L. Wallace                4/8/24
14
         ----------------------------    ----------------
15       **Scott L. Wallace, RDR, CRR          Date**
         **Official Court Reporter**
16

17

18

19

20

21

22

23

24

25

## /

/s [1] - 100:13

## 1

1 [6] - 16:8, 25; 17:17; 22:17; 23:15; 49:16
10 [2] - 28:7; 48:8
100 [3] - 2:3, 7, 11
10:00 [2] - 98:18
10th [4] - 31:11, 21; 82:19; 85:21
11 [4] - 31:22; 32:2; 34:2, 5
110A [1] - 46:22
112A [1] - 46:18
113 [7] - 4:10; 71:9, 18, 21; 74:25; 78:18
113A [1] - 47:5
115A [1] - 47:1
117 [3] - 81:19, 24; 82:3
117A [1] - 82:8
11th [1] - 50:18
12 [4] - 32:2; 36:22; 77:9
120 [1] - 3:7
121 [2] - 48:20
122 [4] - 48:18; 77:15; 78:16
13 [3] - 32:3; 77:9; 81:10
136 [2] - 6:4, 12
13th [1] - 6:18
14 [1] - 77:10
140 [2] - 42:9
14th [1] - 91:8
15 [3] - 1:8; 48:8; 77:23
1520 [1] - 1:21
154 [5] - 4:11; 74:22; 79:14, 21, 24
16 [3] - 38:4; 89:12; 91:1
16th [3] - 33:14; 38:4; 91:10
1775 [1] - 3:10
1801 [1] - 3:7
192 [1] - 52:22
198B [1] - 25:11
1:19-cv-00917-RDA-WEF [1] - 1:5
1st [3] - 79:1, 3, 10

## 2

2 [1] - 12:25
20 [2] - 25:7; 77:23
20037 [5] - 1:18; 2:16, 19, 23; 3:3
2011 [9] - 10:6; 39:6; 50:8; 89:12; 91:1, 8, 10; 96:10
2011/2012 [3] - 42:10; 48:25; 90:17
2012 [25] - 6:18; 16:10; 17:20, 24; 20:18; 22:18, 22; 23:23; 24:13, 24; 25:8, 19; 39:6; 69:15; 70:5; 79:18; 81:10; 82:20; 85:21; 87:20; 92:13; 96:10

2013 [7] - 16:5, 8, 25; 17:17; 22:17; 23:15; 39:7
2019 [1] - 93:1
20190 [1] - 3:11
20191 [1] - 3:8
202-536-1702 [1] - 1:18
202-955-1596 [1] - 2:16
202-955-1664 [1] - 2:23
202-955-1974 [1] - 2:20
2023 [3] - 31:7, 11, 22
2024 [1] - 1:6; 5:1
2029 [1] - 1:21
204 [5] - 6:8, 12, 14; 28:6
21 [1] - 56:20
213-995-5720 [1] - 1:22
214 [1] - 6:15
22 [1] - 38:18
2200 [4] - 2:15, 19, 22; 3:3
22314-5798 [1] - 3:15
22nd [1] - 36:24
2300 [1] - 1:17
24 [1] - 32:1
25 [1] - 44:1
2500 [1] - 32:25
26th [1] - 75:18
279 [1] - 65:21
27th [1] - 75:18
2800 [3] - 2:4, 8, 12
2:04 [1] - 5:2
2nd [4] - 2:3, 7, 11; 9:13

## 3

3 [2] - 9:22, 24
30 [2] - 4:5; 44:1
305-539-8400 [1] - 2:9
30th [1] - 75:6
31 [6] - 4:12; 90:11, 16, 20, 24
31st [2] - 75:7, 16
33131 [3] - 2:4, 8, 12
35 [1] - 4:6
354 [3] - 30:24; 31:2, 15
363 [1] - 31:15
367 [1] - 31:15
3:34 [2] - 78:2, 7
3:45 [3] - 78:1, 4, 7
3:46 [1] - 78:8
3rd [2] - 79:5, 10

## 4

4 [2] - 36:21; 77:11
4/8/24 [1] - 100:13
400 [1] - 3:11
401 [1] - 3:15
43 [1] - 50:20
443-584-6558 [1] - 3:16
4:00 [4] - 5:5; 78:1; 98:18

4:09 [1] - 99:3
4:11 [1] - 100:8
4:20 [1] - 31:8
4th [3] - 27:22; 28:3; 50:12

## 5

5 [3] - 4:3; 73:8
5th [2] - 9:13; 80:3

## 6

6 [4] - 51:18, 21, 23
61 [2] - 45:22, 24
610-804-1787 [1] - 2:5
634 [2] - 10:2, 23
643a [1] - 1:17
6:21 [1] - 1:6
6th [7] - 20:12; 24:10; 43:20; 51:18; 80:22; 81:6; 82:15

## 7

7 [6] - 43:11, 13, 18; 51:10, 19, 21
71 [1] - 4:10
75106 [1] - 30:25
79 [1] - 4:11
7:30 [1] - 82:16
7:33 [1] - 80:22
7th [15] - 9:14; 24:13; 31:24; 34:1, 5; 37:21; 38:1; 40:21; 43:11; 50:25; 51:5, 15, 20; 65:3, 8

## 8

8 [9] - 1:6; 5:1; 28:7; 31:7; 36:21; 43:14; 53:2, 6; 77:11
804-788-8200 [1] - 3:4
81 [2] - 30:11; 50:3
837 [2] - 9:25; 11:17
850-585-3414 [1] - 2:13
8:28 [1] - 81:6
8th [2] - 22:11; 25:21; 57:4

## 9

9 [3] - 17:19; 22:21; 23:1
90 [1] - 4:12
90067 [1] - 1:22
9:45 [1] - 98:18
9th [4] - 15:19; 23:16, 23; 92:13

## A

A.F [1] - 3:6
a.m [3] - 80:22; 81:6; 82:16

**abandon** [1] - 94:3
**ability** [1] - 95:5
**able** [5] - 12:7; 43:15; 58:2; 94:15
**abnormal** [2] - 51:15; 74:11
**above-average** [2] - 85:8; 86:8
**above-entitled** [1] - 100:12
**abrenner@bsfllp.com** [1] - 2:9
**absence** [1] - 75:16
**absences** [4] - 83:17; 84:18, 23; 85:2
**absent** [3] - 79:2, 4; 91:2
**absolutely** [4] - 68:1, 6; 69:6; 84:8
**abuse** [1] - 39:16
**academic** [3] - 44:23; 62:12; 92:21
**accept** [1] - 76:18
**accepted** [1] - 38:5
**accommodating** [1] - 81:7
**accountable** [1] - 40:13
**accuracy** [1] - 69:23
**accurate** [2] - 21:11; 46:12
**accurately** [1] - 67:4
**accusation** [2] - 7:17, 22
**accused** [4] - 5:19; 7:6; 93:9
**achievement** [3] - 83:17; 84:18, 23
**acknowledged** [2] - 16:5, 25
**Action** [1] - 1:4
**action** [1] - 34:14
**actions** [1] - 40:13
**activities** [4] - 35:22; 41:21; 45:2; 64:20
**actual** [2] - 23:15; 33:21
**adamant** [1] - 70:12
**addition** [2] - 71:1; 86:24
**additional** [2] - 74:6; 80:14
**address** [3] - 18:21; 61:8, 10
**addressed** [2] - 64:25
**adjourned** [1] - 100:8
**administration** [2] - 62:2; 83:13
**administrative** [2] - 10:10; 11:18
**administrator** [2] - 41:8; 43:2
**admit** [3] - 71:17; 79:20; 90:19
**admitted** [16] - 4:10-12; 6:9; 8:12; 11:25; 12:2; 13:1, 12; 19:9; 21:12; 31:3; 71:21; 79:24; 90:24
**advanced** [1] - 43:12
**advocate** [1] - 99:22
**affect** [1] - 84:23
**after-school** [5] - 91:15, 18; 94:18; 97:7
**AFTERNOON** [1] - 5:1
**afternoon** [4] - 5:14; 35:9; 77:25
**afternoons** [2] - 73:18; 74:5
**agenda** [2] - 41:19; 64:24
**aggressive** [4] - 60:3; 61:7, 15, 20
**ago** [4] - 34:2, 5; 76:21; 100:1
**agree** [3] - 12:23; 18:2; 95:2
**agreement** [1] - 5:5
**ahead** [3] - 13:24; 75:12; 77:25
**aided** [1] - 3:18
**al** [1] - 1:7

**alanderson@bsfllp.com** [1] - 1:23
**alert** [1] - 10:14
**Alexandria** [1] - 3:15
**Alison** [1] - 1:20
**allegation** [3] - 94:10, 20; 95:23
**allegations** [6] - 11:1; 93:5, 14, 16; 94:14; 95:16
**alleged** [3] - 16:20; 17:8; 94:21
**allegedly** [1] - 94:11
**alleges** [3] - 93:23; 96:6, 9
**allow** [4] - 10:6, 9; 76:2
**Allow** [1] - 16:18
**allowed** [1] - 18:25
**allowing** [1] - 77:8
**almost** [1] - 5:16
**ALSTON** [1] - 1:12
**amended** [6] - 93:17, 19-20, 22; 94:21; 96:6
**Anderson** [1] - 1:20
**Andrew** [1] - 2:6
**ANDREWS** [4] - 2:15, 18, 22; 3:2
**angel** [1] - 21:15
**Angeles** [1] - 1:22
**angels** [1] - 21:16
**announcements** [1] - 84:9
**answer** [8] - 11:4; 12:20; 14:22; 28:9; 30:13; 34:2; 35:3; 88:4
**answered** [2] - 19:16; 63:20
**answering** [1] - 35:5
**anti** [3] - 15:20; 18:9; 21:23
**anti-Semitic** [2] - 15:20; 18:9
**anti-Semitism** [1] - 21:23
**apologize** [2] - 48:20; 74:24
**app** [1] - 76:21
**appear** [2] - 67:16; 86:18
**APPEARANCES** [3] - 1:14; 2:1; 3:1
**appearances** [1] - 67:25
**appeared** [1] - 16:23
**applied** [2] - 38:14; 72:25
**appreciate** [4] - 19:19; 85:9; 86:23; 95:7
**approach** [1] - 93:25
**appropriate** [1] - 74:2
**apps** [2] - 77:1, 11
**April** [3] - 1:6; 34:1, 5
**APRIL** [1] - 5:1
**area** [10] - 40:24; 44:18; 52:15; 53:4, 8, 15; 54:3; 56:5; 58:16; 83:8
**areas** [1] - 36:18
**argue** [2] - 14:4; 20:16
**arguing** [1] - 18:24
**argument** [1] - 16:6
**argumentative** [1] - 28:25
**Armentrout** [1] - 50:22
**aspect** [2] - 5:7; 98:21
**assault** [3] - 10:13; 11:1; 93:11
**assaulted** [3] - 13:24, 17; 98:12
**assaulting** [1] - 63:6
**assess** [1] - 13:20

**assessment** [4] - 68:23; 72:15; 76:4; 85:5
**assessments** [3] - 41:23; 42:1; 73:25
**assigned** [7] - 35:17; 41:8; 42:8; 43:2; 44:9; 47:10; 54:13
**assignment** [2] - 69:22; 73:6
**assignments** [1] - 70:17
**assistance** [1] - 86:23
**assistant** [1] - 47:8
**assume** [3] - 7:14; 20:13; 27:17
**assuming** [3] - 11:7; 12:23; 17:4
**attached** [3] - 72:4, 7
**attempt** [1] - 95:9
**attempted** [1] - 70:1
**attend** [4] - 36:2, 5; 39:4, 13
**attendance** [9] - 48:9, 11, 24; 77:16; 78:16, 22-23; 92:1
**attended** [2] - 38:22; 39:6
**attention** [4] - 52:1, 3, 6, 11
**attitude** [1] - 85:9
**attorney** [1] - 100:1
**A█████** [4] - 28:17; 31:7, 11, 21
**authority** [1] - 23:1
**automated** [1] - 72:1
**available** [2] - 74:6; 80:24
**Ave** [1] - 2:22
**Avenue** [3] - 2:15, 19; 3:3, 10
**average** [3] - 85:2, 8; 86:8
**aware** [10] - 7:21; 19:25; 27:14; 86:13, 16; 92:22; 93:22; 95:12; 96:5, 9

## B

**B.H** [1] - 3:6
**B.R** [47] - 1:3; 13:14; 15:17; 16:1, 23; 17:7, 12; 20:1; 22:11; 28:8; 29:6, 11, 21; 30:2, 12; 45:3, 17; 48:14; 52:4; 57:17; 58:14; 59:5, 18; 63:6, 8, 13, 17; 67:10; 69:4; 71:14; 73:15; 75:16; 76:17; 80:6, 13; 83:14; 85:8; 86:5, 13, 21; 91:13; 93:2, 23; 96:6; 97:21; 98:12
**B.R.'s** [12] - 9:14; 10:12, 14; 16:18, 21; 17:11; 48:24; 57:19; 69:14; 70:5; 75:7; 79:18
**backdoor** [1] - 94:25
**background** [1] - 35:25
**backpack** [1] - 65:18
**backpacks** [2] - 66:23; 67:1
**bad** [10] - 5:24; 7:10; 8:6; 13:7, 12; 19:17; 40:6; 53:17; 61:22
**baggage** [1] - 21:18
**B█████** [3] - 47:7, 21; 81:10
**B█████** [2] - 55:16; 56:13
**bank** [1] - 84:22
**BARAN** [1] - 1:16
**barcode** [1] - 91:18
**based** [6] - 5:5; 33:20; 35:20; 38:7, 13; 83:15
**basement** [1] - 37:3

**basis** [3] - 9:18; 11:6; 86:2
**basketball** [1] - 54:16
**BATES** [4] - 99:18, 25; 100:4, 6
**Bates** [1] - 2:14
**battle** [1] - 13:18
**bay** [7] - 54:10, 23; 57:5, 10, 16; 83:9; 84:1
**become** [1] - 37:1
**BEFORE** [1] - 1:12
**beginning** [7] - 10:19; 58:10; 66:25; 67:2, 6; 74:16; 87:20
**behave** [1] - 65:4
**behavior** [6] - 9:5; 15:1; 16:14; 62:1; 65:1
**behind** [3] - 54:16; 66:20; 85:6
**bell** [1] - 84:9
**B**▓▓ [11] - 26:4, 12, 18; 27:10, 23; 28:4; 30:8; 52:13; 70:6; 83:9, 25
**B**▓▓ [4] - 7:7, 10; 32:17; 33:10
**belong** [1] - 58:4
**Ben** [2] - 7:9; 8:2
**best** [6] - 27:5, 15-16, 23; 35:3; 40:23
**better** [1] - 34:6; 68:9; 92:22
**between** [8] - 26:4; 32:16, 25; 57:8; 58:6, 25; 79:17; 96:10
**beyond** [1] - 32:18
**big** [1] - 95:13
**binder** [5] - 70:11, 14-15, 23; 71:9
**birthday** [2] - 27:17
**bit** [9] - 6:25; 17:4; 35:25; 47:19; 53:9; 56:6, 24; 59:1; 68:22
**bitch** [1] - 59:21
**blah** [3] - 10:13
**blah-blah-blah** [1] - 10:13
**BLANCHARD** [40] - 4:5; 8:10, 14; 9:11, 19; 10:1, 24; 11:11; 12:16; 13:6; 14:12, 19; 15:6, 9, 11, 15, 17; 16:13, 16; 17:25; 18:5, 8, 11, 18, 20; 19:16; 22:7, 10; 24:17; 28:24; 30:21, 23; 31:1, 5; 32:20, 23-24; 34:8; 95:23; 99:15
**Blanchard** [15] - 3:9; 7:1; 8:5, 16; 10:21; 12:21; 13:5; 14:3; 16:9; 18:2; 19:4; 22:16; 30:20; 34:20; 99:14
**block** [1] - 45:10
**blouse** [1] - 98:2
**Board** [6] - 16:7, 20; 17:6; 34:16, 23; 35:16
**board** [1] - 11:8
**BOIES** [4] - 1:20; 2:3, 7, 11
**book** [6] - 6:3, 5; 25:10; 70:7, 11; 73:5; 74:22; 79:14; 81:20; 90:11
**boost** [1] - 41:22
**bothering** [5] - 52:13; 58:15, 17; 63:23; 83:7
**bottom** [6] - 30:25; 66:12; 71:22; 80:2; 82:14
**box** [3] - 31:1; 97:2, 4
**boy** [4] - 28:4, 8; 29:22; 97:25
**boys** [5] - 52:13; 58:15; 63:6; 83:7;

97:22
**brain** [1] - 83:24
**break** [3] - 77:22, 25; 78:15
**B**▓▓ [1] - 42:22
**BRENNER** [71] - 4:4; 5:10, 13; 6:8, 11, 14, 17, 22, 24; 8:17; 9:16, 22, 25; 11:15, 17, 20; 12:7, 10, 14, 18, 20, 24; 13:4, 19, 23, 25; 14:3, 18, 24; 15:3, 7, 10, 16, 24; 16:3, 24; 17:9, 13, 17, 19, 22, 24; 18:10; 19:1, 3, 11, 14, 24; 20:6; 21:3, 17, 19, 24; 22:1, 6, 9, 16; 23:2, 7; 24:3, 19, 22-23; 25:17; 29:1; 30:16, 19; 32:18; 34:19; 95:21
**Brenner** [10] - 2:6; 5:9; 11:14; 13:18; 16:17; 23:14; 24:2; 25:14; 28:25; 31:6
**Brief** [1] - 30:18
**brief** [1] - 36:25
**bring** [4] - 31:1; 67:18; 76:13; 77:13
**Brittany** [1] - 2:2
**britzoll@gmail.com** [1] - 2:5
**Bromberg** [1] - 91:23
**brother** [3] - 39:3, 16
**Bruce** [1] - 3:9
**bruce.blanchard@ofplaw.com** - 3:12
**build** [2] - 58:9; 64:19
**building** [3] - 40:24; 45:16; 94:19
**built** [1] - 41:13
**bullied** [3] - 18:3; 69:4, 10
**bullies** [1] - 68:25
**Bullying** [1] - 82:22
**bullying** [3] - 16:20; 83:10, 13
**Burton** [1] - 2:21
**burtons@huntonak.com** [1] - 2:24
**bus** [2] - 48:8; 92:7
**buses** [1] - 44:24
**BY** [52] - 4:4, 7; 5:13; 6:11, 17, 24; 8:17; 24:4, 23; 25:17; 29:1; 30:23; 31:5; 32:24; 35:8; 39:25; 46:1, 15; 48:23; 50:9; 51:3; 53:1; 57:3; 61:5; 63:5, 12, 21; 66:3; 71:25; 75:3, 14; 78:14, 21; 79:16; 80:1; 82:13; 87:16; 88:6, 11, 16, 21; 89:1, 6, 10, 20; 90:14, 25; 96:4; 97:6, 16, 20

# C

**C.K** [20] - 26:4, 18; 27:6, 10; 28:7; 29:12; 30:3, 6, 8, 12; 32:16; 33:1; 57:22; 99:18, 20, 22, 24; 100:1
**CA** [1] - 1:22
**cafeteria** [2] - 45:17; 62:15
**calendar** [7] - 34:5; 41:25; 50:3; 69:21; 70:2, 17
**calm** [1] - 62:21
**capture** [1] - 67:4
**card** [5] - 50:25; 51:5; 72:24; 83:16; 84:18
**cards** [3] - 50:16; 71:1; 84:22

**careful** [1] - 23:10
**caring** [1] - 62:21
**C**▓▓ [3] - 4:6; 35:1, 7
**C**▓▓ [7] - 34:17; 35:12; 46:2; 78:15; 96:5; 99:13
**carried** [1] - 73:13
**carry** [1] - 67:1
**Carson** [22] - 5:19; 10:12; 15:25; 16:4, 12; 17:17; 24:25; 35:18; 37:21; 38:11, 14, 16-17; 39:5, 19; 40:18; 41:1, 20; 44:6; 58:8
**CASE** [1] - 35:1
**case** [19] - 5:7; 17:12; 23:9; 34:17, 19, 21; 35:13; 39:9; 40:16; 42:19; 43:6; 53:22; 91:13; 92:25; 94:6, 20; 98:21
**Cell** [1] - 3:16
**center** [1] - 46:7
**Century** [1] - 1:21
**certain** [2] - 59:2; 76:3
**certify** [1] - 100:11
**chain** [1] - 71:12; 80:9
**challenging** [1] - 74:20
**Chambers** [4] - 87:22; 88:7; 91:7, 22
**chance** [2] - 22:19; 28:23
**change** [6] - 61:12; 74:1, 15; 80:20; 92:21
**changed** [1] - 76:5
**changes** [1] - 67:20
**characterization** [2] - 8:11; 19:9
**characterize** [1] - 22:2
**charge** [1] - 91:23
**chart** [1] - 77:7
**chats** [1] - 31:18
**chatting** [1] - 84:5
**check** [13] - 40:10; 70:11, 14; 73:4, 7, 12; 76:18; 77:10; 84:10; 89:23; 90:1, 3; 91:12
**checked** [5] - 69:25; 70:10; 91:15; 92:3
**child** [5] - 12:18; 67:13; 72:8; 73:3; 93:11
**choice** [1] - 85:15
**choices** [1] - 84:22
**choose** [2] - 37:13; 84:23
**chose** [2] - 36:25; 37:18
**C**▓▓ [1] - 31:7
**circle** [1] - 54:12
**circles** [1] - 47:13
**citizenship** [1] - 35:24
**Civil** [1] - 1:4
**claim** [2] - 10:14; 26:4
**claimed** [1] - 70:19
**clarification** [1] - 15:13
**clarify** [3] - 13:6; 23:13; 76:24
**class** [31] - 40:4; 43:12, 25; 45:8, 17; 48:5, 15; 49:15; 51:13, 18; 61:12; 64:20; 66:8; 67:9; 68:25; 69:5, 8, 11; 72:19, 22; 74:15; 79:2, 4; 83:25; 84:2, 25; 85:1; 86:14, 16
**classes** [15] - 42:7; 43:23; 45:10; 51:7,

18; 55:4; 57:8; 58:6, 25; 65:14; 79:10;
85:15; 86:9, 11

**classmate** [1] - 13:2
**classroom** [28] - 34:15; 37:23; 38:2;
40:3, 12; 42:23; 44:10, 16-17; 46:2, 10,
18; 47:14; 48:9; 53:9; 54:9, 22; 56:13,
24; 61:14; 62:24; 64:13, 23; 86:19; 90:4
**classrooms** [2] - 54:10; 55:11
**clearly** [1] - 21:10
**client** [7] - 11:1; 13:7, 17; 15:19; 18:12,
25; 19:4
**client's** [2] - 16:13; 23:16
**clients** [2] - 22:21, 25
**close** [2] - 26:2; 99:10
**closely** [1] - 52:15
**closer** [5] - 47:20; 53:11; 56:24
**closet** [12] - 93:23; 94:11; 95:13, 17;
96:6, 14-16, 18, 22, 24
**closets** [4] - 94:17; 96:12; 97:7, 18
**closing** [1] - 95:7
**clubs** [1] - 45:2
**co** [1] - 35:24
**co-teach** [1] - 35:24
**collaboration** [1] - 38:19
**colleagues** [1] - 30:16
**collect** [1] - 70:2
**college** [1] - 36:9
**comfortable** [7] - 40:7, 11; 62:23, 25;
64:18, 21; 65:7
**coming** [5] - 22:13; 41:1; 51:16; 55:1;
83:6
**comments** [6] - 21:21; 22:4; 25:3;
83:15, 20; 84:21
**commit** [1] - 44:25
**common** [2] - 41:14; 57:11
**communicate** [2] - 65:16; 80:17
**communicating** [1] - 40:15
**communications** [3] - 32:8; 33:5, 25
**community** [1] - 41:2
**compacted** [1] - 51:18
**compensable** [1] - 21:5
**complaint** [12] - 23:22; 93:6, 16,
19-20, 22; 94:21, 25; 95:15; 96:6
**complaints** [1] - 17:7
**complete** [3] - 70:16; 76:4; 98:16
**comply** [1] - 24:6
**computer** [1] - 3:18
**computer-aided** [1] - 3:18
**computers** [1] - 66:10
**concept** [1] - 76:2
**concepts** [1] - 73:16
**concern** [4] - 57:17; 58:15; 64:2, 5
**concerned** [1] - 64:9
**concerns** [2] - 42:4; 52:4
**concluded** [2] - 24:1; 96:2
**conduct** [2] - 24:19; 25:2
**confer** [1] - 30:16
**confirm** [2] - 50:22; 82:4
**consistent** [3] - 74:9; 87:9; 91:4

**constantly** [1] - 47:24
**Cont** [2] - 2:1; 3:1
**contact** [2] - 61:15; 68:18
**contain** [1] - 33:7
**contained** [2] - 31:17
**content** [2] - 44:12; 84:25
**contentions** [1] - 60:4
**context** [4] - 20:25; 21:1; 60:5; 69:17
**continue** [1] - 64:5
**CONTINUED** [2] - 4:3; 5:12
**continued** [2] - 64:1; 73:14
**conversation** [1] - 61:13
**conveying** [1] - 76:22
**copy** [1] - 72:6
**core** [3] - 36:20; 54:5, 10
**corner** [2] - 46:6; 96:18
**correct** [37] - 6:2; 8:9, 20; 9:7; 14:2;
17:9; 23:2; 25:9, 20; 26:1, 17; 27:4, 10;
28:2, 4, 11; 29:12; 30:1; 31:9, 12-13,
19-20, 23; 32:4, 8, 11, 14-15, 17; 33:1;
76:20; 100:11
**corrections** [6] - 75:24; 76:2, 7, 10,
17; 77:3, 10
**correctly** [1] - 16:8
**correlate** [2] - 73:6; 77:6
**correspondence** [1] - 81:14
**counsel** [1] - 10:14
**counselor** [6] - 41:5; 42:21; 67:18;
68:11, 16; 84:12
**County** [14] - 10:25; 11:23; 13:16;
16:19; 17:6, 14; 20:10; 24:9; 35:16;
36:2; 37:10, 16-17; 84:21
**couple** [4] - 50:25; 81:12; 92:19; 95:4
**course** [3] - 43:16; 52:20; 54:11
**Court** [13] - 3:13; 10:14; 14:5; 15:12;
21:6; 35:3; 82:2; 98:20; 99:19; 100:15
**court** [1] - 96:3
**Court's** [6] - 5:6; 10:5; 13:15; 15:15;
23:25; 24:6
**Courthouse** [1] - 3:15
**cover** [1] - 12:21
**create** [2] - 21:8; 35:22
**credibility** [1] - 94:8
**credit** [2] - 70:3, 18
**credulity** [1] - 14:5
**cross** [3] - 11:4; 23:5; 44:8
**CROSS** [2] - 4:3; 5:12
**CROSS-EXAMINATION** [2] - 4:3; 5:12
**cross-teaming** [1] - 44:8
**CRR** [3] - 3:13; 100:11, 15
**cultivate** [1] - 62:20
**curriculum** [2] - 43:14; 74:15
**curve** [2] - 65:3, 8
**cutoff** [1] - 16:7

## D

**D.N** [2] - 33:7, 10
**D.N.'s** [1] - 33:13

**dad** [1] - 60:10
**Dale** [1] - 23:20
**Date** [1] - 100:15
**date** [3] - 23:11; 27:22; 89:7, 11
**dated** [3] - 27:6; 81:10; 82:19
**dating** [2] - 27:11; 28:7
**daughter** [2] - 87:2, 4
**David** [7] - 28:5, 12, 18; 29:2, 5; 33:7;
57:21
**day-by-day** [1] - 32:10
**days** [4] - 44:24; 74:6; 85:4; 92:6
**DC** [5] - 1:18; 2:16, 19, 23; 3:3
**deal** [3] - 15:8; 21:4; 86:25
**dealing** [1] - 10:17
**December** [2] - 22:18; 96:10
**decide** [1] - 15:12
**decided** [4] - 19:4; 26:11; 94:3
**decision** [1] - 43:22
**defendant** [4] - 34:14; 35:13; 42:25;
43:6
**Defendant** [4] - 2:14; 3:2, 9; 99:18
**DEFENDANT** [1] - 35:1
**Defendants** [2] - 1:8; 3:5
**defendants** [1] - 42:19
**Defendants'** [20] - 4:11; 6:8; 30:24;
45:21; 48:17; 50:2, 20; 52:22; 65:21;
74:22; 77:15; 78:16; 79:14, 21, 24;
90:10, 15, 19, 24
**defense** [1] - 99:17
**definitely** [1] - 99:10
**degree** [2] - 36:11, 15
**deleted** [1] - 73:14
**denial** [1] - 10:22
**denied** [3] - 7:14; 10:8, 11
**depended** [1] - 47:21
**deposition** [10] - 28:6, 17, 22; 29:17,
20; 30:11; 31:11, 14, 21; 32:12
**describe** [3] - 40:1; 64:14; 96:24
**described** [1] - 27:23
**DESCRIPTION** [1] - 4:9
**desk** [2] - 84:10; 91:25
**Despite** [1] - 86:7
**detailed** [1] - 33:3
**detective** [2] - 87:22; 92:9
**Detective** [3] - 88:7; 91:7, 22
**determined** [1] - 9:5
**difference** [1] - 72:21
**different** [12] - 35:23; 38:5; 41:1; 46:8,
11; 51:17; 65:13, 19; 67:17; 77:16;
91:13
**differently** [3] - 17:5; 67:16; 84:16
**difficult** [1] - 85:14
**difficulty** [1] - 74:14
**difficulty** [1] - 35:24
**digital** [1] - 35:24
**DIRECT** [2] - 4:6; 35:7
**direct** [2] - 26:3; 78:11
**direction** [1] - 86:24
**directions** [1] - 95:20
**dirty** [3] - 14:14, 16

**disagree** [1] - 21:6
**disciplinary** [4] - 10:6, 9; 11:21
**discipline** [9] - 9:5; 16:18; 20:10, 13, 18, 21; 24:15; 25:19, 24
**disciplined** [15] - 14:11, 13, 21, 25; 18:13-15; 19:21; 20:24; 21:20; 22:3; 24:9, 14, 24; 25:6
**discretion** [1] - 86:25
**discuss** [4] - 5:7; 42:3; 64:8; 98:21
**discussed** [1] - 64:5
**discussing** [2] - 63:16; 80:9
**Discussion** [3] - 6:7; 10:3; 82:1
**discussion** [5] - 9:21; 24:1; 64:7; 94:1; 96:2
**disheveled** [1] - 67:16
**dismissal** [1] - 67:5
**dismissed** [1] - 94:7
**disparaging** [2] - 21:21; 25:3
**disposition** [1] - 10:5
**disputed** [1] - 17:22
**DISTRICT** [3] - 1:1, 12
**district** [3] - 22:25; 23:21
**District** [2] - 3:14
**Docket** [1] - 10:23
**docket** [2] - 9:25; 11:17
**doctor's** [1] - 85:20
**document** [1] - 71:11
**documents** [4] - 14:4, 13; 32:12; 33:21
**done** [6] - 5:16; 29:11; 34:6; 70:17; 87:3; 94:18
**door** [10] - 13:13; 53:10; 54:16; 55:12, 15, 18, 20, 22; 84:2
**doors** [1] - 47:14
**doubt** [1] - 7:21
**down** [20] - 9:12; 34:11; 48:4; 52:2; 53:9, 11; 54:9; 55:3; 57:2, 9, 16; 60:17; 62:13; 64:23; 67:8; 78:5; 79:15; 80:2; 98:4; 99:6
**downstairs** [1] - 46:3
**downtime** [1] - 84:6
**Dr** [2] - 23:20
**dramatically** [1] - 67:20
**Dranesville** [1] - 36:6
**Drive** [1] - 3:7
**due** [2] - 22:16; 76:19
**dumped** [1] - 91:21
**during** [7] - 24:10; 26:12, 19; 38:4; 70:25; 92:20; 97:7
**duties** [1] - 44:9
**duty** [5] - 17:1; 44:14; 47:18; 53:9

## E

**early** [5] - 27:16; 73:9, 13, 19; 77:1
**earn** [2] - 76:9, 25
**East** [1] - 1:21
**EASTERN** [1] - 1:2
**Eastern** [1] - 3:14
**eclipse** [1] - 98:24

**education** [5] - 36:18; 37:4, 8, 14; 54:13
**educator** [2] - 36:23; 37:1
**efforts** [1] - 85:9
**eight** [1] - 65:13
**eighth** [1] - 86:11
**either** [5] - 6:12; 14:22; 23:2; 67:5; 71:5
**Elementary** [2] - 36:6; 38:7
**elementary** [11] - 9:9; 36:6; 39:17; 40:6, 25; 43:19; 51:16; 60:8; 65:10, 20; 74:18
**eligible** [1] - 76:25
**Elliker** [1] - 3:2
**Email** [12] - 1:19, 23; 2:5, 9, 13, 17, 20, 24; 3:4, 8, 12, 16
**email** [22] - 71:12; 72:1; 75:6, 15; 76:13, 17; 78:17; 79:2; 80:2, 5, 21; 81:9, 13; 82:14, 18; 83:4, 23; 84:15; 85:19
**emails** [5] - 72:4; 74:24; 75:4; 79:17
**embarrass** [1] - 65:2
**emerging** [1] - 97:17
**employed** [1] - 35:15
**encounter** [1] - 97:10
**encourage** [1] - 62:7
**encouraged** [1] - 45:1
**end** [13] - 20:4; 27:7; 41:15; 50:10, 12, 15; 58:6; 66:25; 67:2; 70:2; 72:11; 80:12; 83:14
**ended** [6] - 23:11; 30:9, 12; 49:23; 72:9
**ends** [1] - 23:16
**energy** [2] - 38:18; 62:23
**engaging** [2] - 64:20; 74:17
**English** [4] - 36:21; 40:22; 42:16; 46:24
**enjoyed** [1] - 5:4
**enrolled** [1] - 69:1
**enrollment** [2] - 10:10; 22:24
**enter** [1] - 45:18
**entered** [2] - 15:22; 73:13
**entering** [1] - 45:16
**entire** [7] - 26:23; 29:6; 51:5, 20; 69:22; 80:9; 91:2
**entitled** [2] - 34:14; 100:12
**entry** [3] - 49:5; 73:6
**environment** [3] - 65:5; 85:17, 22
**escalate** [1] - 85:17
**especially** [1] - 85:4
**Esq** [11] - 1:15, 20; 2:2, 6, 10, 14, 18, 21; 3:2, 5, 9
**essentially** [6] - 43:13; 51:20; 72:6, 14; 73:12; 78:22
**establish** [2] - 11:23; 16:19
**estimate** [2] - 26:25; 27:15
**Estrella** [4] - 42:16; 46:23; 55:23; 58:21
**et** [1] - 1:7

**evaluate** [1] - 88:1
**evening** [1] - 100:7
**everyday** [2] - 58:12; 60:11
**evidence** [13] - 9:17; 10:6, 9; 12:1, 24; 13:17; 14:1, 4; 20:15; 22:12; 34:7; 65:23
**exact** [1] - 48:7
**exactly** [2] - 32:13; 40:8
**exam** [1] - 99:9
**EXAMINATION** [6] - 4:3, 5-6; 5:12; 30:22; 35:7
**examination** [2] - 26:3; 99:8
**EXAMINATIONS** [1] - 4:2
**examples** [1] - 60:15
**exams** [1] - 80:6
**exceed** [1] - 99:10
**Excel** [1] - 91:21
**Except** [1] - 18:24
**except** [2] - 11:21; 65:11
**excited** [1] - 64:19
**exciting** [1] - 98:25
**exculpatory** [1] - 21:13
**excuse** [2] - 6:15; 75:6
**excused** [5] - 49:5, 11, 15, 20; 75:16
**exhibit** [3] - 9:16; 31:2; 79:14
**Exhibit** [32] - 4:10-12; 6:4, 8; 30:24; 31:2, 15; 45:22; 48:18; 50:3, 20; 52:22; 65:21; 71:9, 18, 21; 74:22, 25; 77:15; 78:16, 18; 79:14, 21, 24; 81:19, 24; 82:3; 90:11, 16, 20, 24
**exhibits** [2] - 10:15; 31:19
**EXHIBITS** [1] - 4:8
**exit** [1] - 55:25
**expect** [1] - 63:7
**expectations** [3] - 40:4; 44:20; 64:21
**experience** [2] - 65:6; 96:12
**experiences** [2] - 29:7; 40:6
**explain** [12] - 35:21; 40:17; 54:20; 56:21; 60:6; 61:24; 65:9; 69:17; 72:21; 76:22; 77:7; 91:16
**explaining** [1] - 76:11
**explanation** [1] - 36:25
**expletive** [1] - 60:18
**explicit** [1] - 30:5
**Explorers** [8] - 40:21; 42:11, 13; 44:3; 57:15; 62:10; 66:1, 4
**extending** [1] - 74:6
**extent** [2] - 11:21; 98:22
**extra** [1] - 76:9
**eye** [1] - 84:2
**eyes** [1] - 68:3

## F

**F.C.S.B** [3] - 1:6; 2:14; 3:2
**F.T** [1] - 3:6
**face** [2] - 53:14; 68:4
**Facebook** [10] - 7:6, 10; 19:14; 31:18; 32:6, 16-17, 25; 33:13

**Facebooks** [1] - 5:20
**faces** [1] - 67:24
**facing** [2] - 54:3; 83:14
**fact** [10] - 12:20; 16:1, 6, 11; 17:10, 22; 21:6; 26:11; 29:6, 10
**facts** [1] - 13:21
**Fahey** [1] - 1:15
**failing** [1] - 67:22
**fair** [6] - 8:11; 19:8; 21:11, 14; 95:6, 8
**Fairfax** [14] - 11:23; 13:16; 16:19; 17:6, 14; 20:10; 24:9; 35:16; 36:2; 37:10, 16-17; 84:21
**fairly** [1] - 12:8
**fall** [1] - 52:9
**falling** [1] - 85:5
**false** [2] - 93:14
**families** [1] - 37:6
**family** [10] - 38:20, 22; 39:18; 40:12; 43:21; 62:11, 16; 72:5, 23; 86:5
**far** [1] - 30:4
**F████** [6] - 42:15, 18; 46:19; 53:11; 55:19; 58:21
**F████** [3] - 47:20; 56:14, 24
**FCPS** [2] - 23:14; 37:13
**FCSB** [1] - 11:24
**February** [22] - 6:18; 15:19; 17:19; 22:21; 23:1, 16, 23; 79:1, 3, 7, 10, 18; 80:3, 22; 81:6, 10; 82:15, 19; 85:21; 92:13; 96:10
**FELDMAN** [1] - 3:10
**felt** [1] - 74:2
**feud** [1] - 15:19
**few** [4] - 27:1, 24; 71:6; 99:12
**filed** [2] - 11:7; 16:7
**filled** [1] - 40:4
**fine** [3] - 68:13; 84:5, 8
**finger** [3] - 46:14; 47:17, 25
**finish** [2] - 70:16; 78:10
**finished** [2] - 37:12, 14
**fins** [1] - 47:14
**First** [1] - 13:6
**first** [33] - 10:21; 13:25; 20:9; 24:15; 27:3; 37:20; 45:8, 14, 17; 49:23, 25; 51:10, 12, 14; 53:3; 55:12; 56:7; 58:10; 61:23; 64:14, 22; 69:17; 71:22; 74:9, 12, 16; 76:11; 77:13; 82:15; 83:11; 84:6; 86:10
**five** [1] - 43:24
**FL** [3] - 2:4, 8, 12
**flag** [2] - 67:18, 22
**FLEXNER** [4] - 1:20; 2:3, 7, 11
**floor** [1] - 55:2
**Floris** [3] - 24:11; 38:7, 9
**focus** [4] - 17:3, 5; 78:17
**focused** [1] - 63:25
**follow** [2] - 68:5, 7
**followed** [1] - 83:24
**Following** [2] - 9:21; 94:1
**following** [4] - 43:13; 50:17; 95:20;

96:2
**FOR** [1] - 1:2
**foregoing** [1] - 100:11
**forgot** [1] - 28:20
**forgotten** [2] - 28:14, 18
**formally** [1] - 94:7
**format** [1] - 77:16
**forward** [1] - 24:2
**four** [2] - 36:20; 57:8
**fourth** [1] - 92:17
**foyer** [1] - 53:14
**F████** [2] - 42:15; 47:2
**F████** [3] - 39:18; 44:22; 87:10
**F████** [1] - 58:25
**Fred** [1] - 87:22
**frequently** [2] - 41:11; 71:3
**Friday** [3] - 50:17; 75:17; 82:19
**friend** [2] - 7:9
**friendly** [2] - 60:16, 18
**friends** [6] - 26:12, 18; 27:23; 29:6; 37:3; 62:5, 16; 63:2; 84:8
**front** [3] - 33:23; 54:23; 91:25
**full** [2] - 37:20; 70:18
**full-time** [1] - 37:20
**fully** [1] - 83:18
**Fulton** [1] - 3:7
**fun** [4] - 8:8, 14; 62:24; 74:17
**function** [3] - 76:18; 77:9

## G

**general** [5] - 11:20; 43:11; 72:22, 25; 83:4
**generally** [7] - 17:6; 18:14; 19:5; 67:5; 73:22; 74:3; 85:5
**Generated** [1] - 31:7
**gentle** [1] - 85:13
**gentlemen** [7] - 5:4; 34:13; 77:24; 78:3, 10; 98:16; 99:4
**Genus** [1] - 59:2
**girl** [4] - 14:8; 19:6; 21:7; 85:13
**girls** [2] - 15:20; 60:16
**given** [2] - 32:12; 94:14
**grade** [32] - 9:13; 20:12; 22:11; 24:10, 13; 25:22; 31:24; 37:21; 38:1; 40:21; 43:8, 11, 20; 50:25; 51:5, 12, 16, 18, 21; 65:3, 9; 70:7, 11; 71:15; 72:24; 73:5; 74:8; 77:14
**graded** [1] - 72:15
**graders** [1] - 57:4
**grades** [4] - 10:9; 11:17; 36:21; 86:8
**grading** [2] - 69:23; 72:3
**graduate** [1] - 37:17
**Grady** [8] - 46:5; 50:7, 24; 65:25; 75:1; 77:20; 78:20; 79:15
**grant** [1] - 10:22
**granted** [2] - 10:10
**grasp** [1] - 73:16
**great** [2] - 42:5; 98:19

**green** [1] - 54:14
**greeting** [1] - 13:10
**gross** [1] - 28:19
**grounds** [1] - 88:13
**group** [3] - 15:20; 41:4; 62:14
**groups** [1] - 97:10
**guess** [7] - 8:22; 25:7; 27:24; 53:14; 66:24; 81:25; 98:25
**guessing** [1] - 14:22
**guidance** [2] - 83:16, 20

## H

**habits** [1] - 67:20
**hacking** [3] - 5:19; 7:6, 10
**hair** [1] - 62:13
**half** [2] - 47:13; 99:10
**halfway** [1] - 71:4
**hall** [6] - 44:14; 47:18; 53:9; 60:17; 61:11; 65:1
**hallway** [3] - 55:3, 9; 57:13, 16; 63:24; 96:14
**hallways** [2] - 58:23; 63:7, 14
**hand** [1] - 66:13
**handling** [1] - 17:7
**hands** [2] - 98:2, 4
**hang** [1] - 95:5
**hanging** [1] - 95:8
**happy** [1] - 26:9
**harassed** [3] - 59:9; 69:7, 11
**harassing** [3] - 14:11; 22:3; 25:24
**harassment** [5] - 15:4; 16:20; 17:12; 83:10, 14
**hard** [2] - 85:14, 25
**harmful** [2] - 85:17, 22
**Harrisonburg** [1] - 37:15
**head** [1] - 56:6
**health** [2] - 10:10; 11:17
**hear** [9] - 35:3; 60:12, 21, 25; 61:2, 6, 12; 63:16; 79:9
**heard** [18] - 7:24; 8:1; 40:16; 44:15; 52:8, 21; 53:22; 57:21; 59:25; 60:3; 61:23; 63:8; 92:19; 93:2; 95:19
**hearing** [2] - 57:17; 83:11
**hearsay** [2] - 61:3; 63:3
**heavily** [1] - 43:19
**held** [1] - 40:13
**hello** [1] - 5:15
**help** [4] - 47:23; 64:10; 80:14; 93:11
**helps** [1] - 41:1
**Herndon** [2] - 36:7; 37:9
**herself** [1] - 12:3
**hesitate** [1] - 35:5
**high** [4] - 36:7; 40:3; 60:8; 64:21
**High** [1] - 36:8
**himself** [1] - 59:3
**history** [2] - 42:16; 46:20
**hmm** [9] - 11:16; 15:14; 17:18; 43:1; 49:8; 66:17; 75:19; 79:8; 84:19

**hoe** [1] - 14:7
**hold** [2] - 23:2
**Hold** [1] - 23:3
**HOLTZMAN** [1] - 1:16
**home** [7] - 22:12; 38:14; 40:15; 61:16; 76:8; 84:15; 86:21
**homebound** [4] - 17:2; 86:23; 92:13, 16
**homeroom** [1] - 45:14
**homework** [17] - 40:10, 14; 67:21; 69:14, 21, 23, 25; 70:1, 3, 5, 8, 16; 72:15; 75:20; 76:13; 84:7, 10
**hone** [1] - 7:4
**Honor** [34] - 6:8, 22; 9:11, 16, 22; 11:2; 15:8; 18:21; 30:16; 31:3; 32:18; 34:9, 16, 22; 45:22; 50:2, 21; 61:3; 63:3, 10; 65:22; 71:17; 77:18; 79:20; 82:7; 87:7, 9, 24; 90:19; 93:24; 94:7; 97:13; 99:12, 25
**HONORABLE** [1] - 1:12
**Honors** [5] - 43:13, 18; 51:10, 19, 22
**honors** [2] - 43:16; 51:16
**hope** [2] - 5:4; 12:19
**hoped** [1] - 75:23
**hospitalization** [1] - 92:20
**hospitalized** [1] - 92:23
**hour** [2] - 99:9; 100:1
**hours** [1] - 58:10
**H_____** [4] - 43:5; 52:12; 57:18; 83:6
**huge** [2] - 65:3, 8
**humiliate** [1] - 87:3
**humiliation** [1] - 87:1
**humor** [2] - 40:5; 62:24
**H_____** [5] - 42:22; 58:24; 59:1; 68:15
**hundred** [1] - 52:10
**hung** [2] - 28:20; 29:5
**HUNTON** [4] - 2:15, 18, 22; 3:2
**hurled** [1] - 86:2
**hurry** [1] - 84:13
**hurt** [1] - 97:22

## I

**I.D** [1] - 91:19
**idea** [2] - 34:3, 6
**identify** [3] - 46:9; 71:11; 90:15
**IEP** [1] - 68:24
**ignoring** [1] - 93:11
**imagine** [1] - 85:25
**impact** [2] - 37:5, 7
**impacted** [2] - 15:23; 86:10
**impacting** [1] - 84:25
**impeach** [2] - 12:7; 18:20
**impeachment** [1] - 19:7
**implied** [1] - 32:21
**important** [1] - 65:6
**imposing** [1] - 23:10
**impression** [1] - 21:8

**improve** [1] - 77:14
**improvements** [1] - 42:5
**IN** [1] - 35:1
**in-between** [2] - 58:6, 25
**in-person** [5] - 15:17; 17:19, 25; 18:4; 22:22
**in-school** [3] - 20:1; 81:17; 83:1
**inappropriate** [6] - 13:2; 15:1; 22:3, 6; 25:25; 59:14
**incident** [8] - 10:7; 13:13; 20:12; 22:8; 25:16; 62:2; 88:13, 18
**includes** [1] - 60:11
**indecent** [1] - 9:9
**indicate** [3] - 47:18, 25; 50:10
**indicating** [3] - 12:22; 46:17; 48:2
**indicating)** [1] - 97:2
**inequality** [1] - 76:18; 77:8
**information** [6] - 9:15; 33:3; 52:16; 69:20; 88:8; 91:21
**informed** [1] - 83:18
**initiated** [1] - 71:12
**inside** [2] - 96:22; 97:25
**insinuate** [1] - 14:5
**insist** [1] - 86:24
**instance** [1] - 7:22
**instruction** [15] - 5:7; 10:15, 18-19; 23:8, 12, 25; 38:2; 44:10; 59:4; 81:17; 83:1; 86:23; 92:14; 98:20
**instructional** [2] - 36:16
**insulting** [1] - 9:2
**interdisciplinary** [5] - 40:16, 20; 41:6, 14; 65:15
**interrupt** [1] - 35:4
**introduce** [1] - 35:11
**introduced** [1] - 32:6
**investigating** [1] - 88:12
**invite** [2] - 23:8, 12
**involved** [3] - 12:4; 21:9, 14
**involving** [1] - 17:12
**irrelevant** [2] - 9:19; 22:15
**issue** [13] - 9:9; 10:5, 25; 11:20; 15:11; 18:12; 25:2; 27:18; 65:1; 69:14; 70:4; 75:20; 76:14
**issued** [1] - 91:17
**issues** [1] - 15:23
**itself** [2] - 95:16, 24
**IX** [1] - 23:15

## J

**J.F** [1] - 3:7
**J.O** [10] - 3:9; 4:3, 5; 5:12; 10:14; 11:21; 30:22; 34:19; 57:21
**J.O.'s** [3] - 10:5, 7, 9
**James** [1] - 36:10
**janitor** [1] - 95:13
**janitor's** [3] - 94:11; 96:16, 18
**Janitor's** [1] - 96:15
**January** [6] - 69:15; 70:5; 75:6, 16, 18

**J_____** [1] - 30:24
**jfahey@holtzmanvogel.com** [1] - 1:19
**JMU** [1] - 37:14
**job** [2] - 37:20; 38:10
**jogged** [1] - 28:13
**join** [3] - 11:9, 12
**joined** [1] - 58:25
**joining** [1] - 34:22
**Jonathan** [1] - 1:15
**JOSEFIAK** [1] - 1:16
**JR** [1] - 1:12
**Judge** [5] - 12:22; 15:16, 24; 18:6; 22:20
**JUDGE** [1] - 1:12
**July** [1] - 93:1
**Jury** [4] - 5:2; 78:2, 8; 99:3
**JURY** [1] - 1:11
**jury** [10] - 19:7; 20:24; 23:9; 26:8; 27:5; 35:11; 36:15; 77:22; 78:10; 83:22

## K

**Keefe** [1] - 2:10
**keep** [3] - 56:19; 84:2; 87:24
**keeping** [2] - 65:14; 86:21
**keeps** [1] - 22:11
**kelliker@huntonak.com** [1] - 3:4
**kept** [3] - 85:16, 21; 95:18
**Kevin** [1] - 3:2
**kid** [2] - 42:3; 68:2
**kids** [27] - 14:14; 37:7; 38:19; 40:4, 8, 11, 13, 24-25; 41:2; 42:8; 44:13; 47:22; 48:7; 51:17; 57:10; 58:7, 13; 60:7, 20; 62:13; 64:16, 18; 65:3, 6; 84:6; 91:17
**kind** [11] - 26:10; 30:10; 37:6; 47:17; 59:14, 25; 62:17; 63:1; 77:6; 83:10; 84:24
**kinds** [1] - 35:24
**Kinney** [2] - 3:5; 16:9
**kinney** [1] - 22:19
**KINNEY** [4] - 3:6; 22:20, 24; 99:12
**kiss** [1] - 28:5
**kissed** [3] - 28:4, 8; 29:2
**kissing** [2] - 29:11, 21
**knit** [1] - 41:4
**knowledge** [4] - 23:16; 32:19
**knows** [1] - 94:14
**K_____** [1] - 31:7
**KURTH** [4] - 2:15, 18, 22; 3:2

## L

**labeled** [1] - 46:18
**ladies** [7] - 5:4; 34:13; 77:24; 78:3, 10; 98:16; 99:4
**language** [9] - 8:6, 12, 19, 21; 13:8, 12; 19:13; 60:1, 11
**large** [1] - 96:24

**last** [9] - 22:22; 53:13, 18, 24-25; 68:22; 76:19; 81:13; 92:19
**late** [4] - 44:24; 68:3; 76:20; 77:4, 25; 80:13, 18; 81:13; 92:7
**lately** [1] - 73:16
**latitude** [1] - 95:11
**LAW** [1] - 3:6
**lawsuit** [1] - 94:7
**lawyers** [3] - 28:23; 35:3
**lead** [2] - 87:24; 88:1
**learn** [2] - 70:19; 92:24
**learned** [5] - 8:12, 22; 57:18; 76:12; 99:25
**learning** [12] - 17:19, 25; 18:4; 20:1; 44:11; 58:12; 65:3, 6, 8, 13; 69:24
**least** [6] - 7:22, 24; 9:4; 21:19; 41:12; 44:23
**leave** [1] - 90:17
**leaves** [3] - 17:13, 19
**leaving** [1] - 17:11
**left** [13] - 5:17; 15:17; 16:23; 17:25; 18:4; 20:1; 31:22; 38:21; 54:3; 56:14; 63:25
**length** [1] - 26:23
**lesson** [1] - 84:11
**letter** [2] - 12:17; 81:23
**letting** [1] - 95:5
**level** [2] - 51:20; 74:14
**levels** [2] - 43:10; 44:2
**licensed** [2] - 36:18, 20
**life** [1] - 86:1
**limine** [4] - 10:5, 8, 23; 11:7
**limiting** [6] - 10:15, 18; 23:8, 12, 24
**limits** [2] - 60:9; 61:1
**line** [7] - 23:5; 28:7; 49:7; 80:5; 82:22; 85:24; 86:7
**listed** [3] - 51:7, 10; 77:6
**listen** [1] - 35:2
**litigation** [2] - 17:4
**LLP** [8] - 1:20; 2:3, 7, 11, 15, 18, 22; 3:2
**lobby** [1] - 53:14
**located** [2] - 46:2; 53:23
**locked** [2] - 96:12; 97:7
**locker** [33] - 26:8; 45:16; 47:23; 48:1; 52:14, 19; 53:3, 20, 23, 25; 54:2, 10, 23; 56:16; 57:5, 10, 16, 19; 58:3, 15-16; 63:7, 14, 23; 65:17; 66:14, 21; 67:5; 83:7; 84:1
**lockers** [6] - 44:18; 48:2; 53:12, 14, 20; 56:16
**look** [28] - 9:8; 25:10, 12; 28:6; 30:11, 24; 48:17; 49:4; 50:20; 52:20, 22; 54:19, 24; 56:3; 65:21; 66:12; 67:12; 71:8; 72:12; 74:21; 77:5, 15; 79:13; 81:19; 82:14; 85:7; 90:10; 91:8
**looked** [8] - 40:17; 66:13, 20; 67:5; 68:23; 78:18; 90:6; 96:22
**looking** [14] - 17:4; 22:14; 53:7, 10, 18; 54:21; 56:12, 16; 66:7; 78:15; 81:24;

82:5, 16
**lookout** [1] - 63:22
**looks** [12] - 46:8, 11; 47:13; 49:1, 12; 51:6; 66:19; 72:11; 73:3; 76:5; 77:3, 9
**loop** [1] - 95:7
**Los** [1] - 1:22
**love** [1] - 38:19
**loved** [3] - 40:2, 19
**lunch** [2] - 5:4; 44:13

## M

**M.C** [1] - 3:6
**M.P.F** [1] - 3:6
**ma'am** [7] - 25:12; 34:10; 35:2; 75:12; 88:4; 99:6, 8
**machine** [1] - 3:17
**mad** [2] - 13:11; 19:17
**Madison** [1] - 36:10
**main** [2] - 57:13, 16
**maintain** [2] - 63:22; 86:8
**maintained** [1] - 94:18
**majority** [1] - 59:1
**males** [1] - 96:7
**malicious** [1] - 86:1
**management** [2] - 64:15; 65:19
**managing** [1] - 86:8
**manner** [1] - 98:13
**map** [3] - 45:22; 46:8; 47:25
**March** [16] - 15:25; 16:5, 8, 12, 25; 17:17; 20:18; 22:17; 23:14; 24:13, 24; 75:5; 87:20; 90:5
**mark** [1] - 48:11
**master** [2] - 76:1, 3
**master's** [1] - 36:16
**Math** [10] - 43:11, 13-14, 18; 51:10, 19, 21, 23
**math** [28] - 36:20-22; 37:21, 24-25; 40:6, 22; 43:10, 19; 44:2, 6; 51:18, 20, 24; 64:17, 19; 68:25; 69:5, 8, 11, 14, 19; 86:11, 14, 16; 92:22
**matter** [5] - 16:3, 11; 22:18; 86:25; 100:12
**mean** [11] - 11:2; 22:11; 44:17; 49:18; 58:5; 60:6, 21; 61:15, 21; 65:9; 95:16
**meaningful** [1] - 35:23
**means** [3] - 8:25; 60:23; 61:24
**meant** [2] - 8:13; 84:24
**media** [4] - 10:17; 11:24; 98:22
**meet** [2] - 28:23; 41:11
**meeting** [7] - 41:18; 52:12; 64:3; 67:19; 83:6
**meetings** [1] - 64:6
**M▮▮▮▮** [2] - 34:17; 35:12
**M▮▮▮** [3] - 4:6; 35:1, 7
**member** [1] - 54:11
**members** [2] - 38:19, 22
**memories** [1] - 32:3
**memory** [2] - 28:13; 29:24

**men** [2] - 94:19; 97:10
**mention** [2] - 68:14; 95:2
**mentioned** [3] - 33:5; 95:3
**message** [1] - 76:23
**messages** [9] - 8:7; 19:15; 28:15; 30:6; 32:7, 16, 25; 33:7; 34:7
**met** [2] - 28:1; 41:12
**Miami** [3] - 2:4, 8, 12
**MICHAEL** [1] - 3:6
**Michael** [1] - 3:5
**middle** [12] - 29:10, 20; 31:22; 36:7; 40:20; 56:13; 60:7; 64:16; 65:12; 66:9; 67:1; 73:24
**Middle** [7] - 10:12; 15:25; 16:4; 35:18; 36:7; 37:9, 21
**might** [13] - 18:17; 41:2; 42:4; 57:14, 16; 65:1, 5; 67:13; 68:9; 76:4; 85:24
**milling** [1] - 57:19
**mind** [1] - 74:9
**minute** [2] - 32:10
**minute-by-minute** [1] - 32:10
**minutes** [4] - 48:8; 57:8; 77:23; 99:12
**misbehaved** [1] - 40:14
**miss** [1] - 84:14
**missed** [10] - 38:20; 76:9; 79:9; 80:6, 10; 82:22; 85:15; 98:9, 11; 99:23
**missing** [2] - 70:8; 84:25
**mistakes** [1] - 65:5
**mixed** [1] - 41:2
**mk@kinneyesq.com** [1] - 3:8
**Moir** [1] - 54:11
**Moir's** [1] - 54:16
**mom** [4] - 37:3; 60:10; 75:7; 85:8
**Mom** [10] - 75:7, 15, 23; 76:13; 77:13; 78:17; 79:9, 11; 81:5; 82:19
**moment** [3] - 39:20; 75:10; 90:12
**Monday** [10] - 73:18; 74:5; 80:22; 81:2, 5, 10; 82:15; 92:2, 6
**Mondays** [2] - 44:24; 74:1
**M▮▮▮▮** [2] - 42:15; 46:19
**monitor** [1] - 63:23
**monitoring** [2] - 52:15; 58:23
**months** [3] - 25:7; 27:24; 85:15
**morale** [1] - 41:22
**morning** [8] - 48:6; 58:6; 68:23; 75:5; 80:22; 83:25; 99:2; 100:2
**most** [3] - 86:9, 12
**mostly** [1] - 44:5
**mother** [2] - 79:18; 83:9
**motion** [7] - 10:5, 8, 23; 11:7, 13; 99:19, 24
**motions** [1] - 16:7
**move** [6] - 20:15; 71:17; 79:20; 84:2; 90:19; 97:15
**moved** [1] - 77:1
**moving** [1] - 47:24
**MR** [118] - 4:4; 5:10, 13; 6:8, 11, 14, 17, 22, 24; 8:10, 14, 17; 9:11, 16, 19, 22, 25; 10:1, 24; 11:11, 15, 17, 20;

12:7, 10, 14, 16, 18, 20, 24; 13:4, 6, 19, 23, 25; 14:3, 12, 18-19, 24; 15:3, 6-7, 9-11, 15-17, 24; 16:3, 13, 16, 24; 17:9, 13, 17, 19, 22, 24-25; 18:5, 8, 10-11, 18, 20; 19:1, 3, 11, 14, 16, 24; 20:6; 21:3, 17, 19, 24; 22:1, 6-7, 9-10, 16, 20, 24; 23:2, 7; 24:3, 17, 19, 22-23; 25:17; 28:24; 29:1; 30:16, 19, 21, 23; 31:1, 5; 32:18, 20, 23-24; 34:8, 19; 95:21, 23; 99:12, 15, 18, 25; 100:4, 6

**MS** [104] - 4:7; 11:12; 18:21, 24; 19:2; 23:13; 34:16, 22; 35:8; 39:23, 25; 45:21, 25; 46:1, 5, 15; 48:20, 22-23; 50:2, 6, 9, 21, 24; 51:3; 52:25; 53:1; 57:2; 61:3, 5; 63:3, 5, 10, 12, 18, 21; 65:22, 25; 66:3; 71:17, 19, 22, 25; 75:1, 3, 11, 13-14; 77:18, 20, 23; 78:13, 20-21; 79:15, 20, 22, 25; 80:1; 81:23; 82:4, 7, 10, 12-13; 87:7, 9, 12, 15-16, 24; 88:3, 6, 11, 16, 21; 89:1, 6, 10, 20; 90:13, 19, 21, 23, 25; 93:24; 94:6, 13, 17, 24; 95:15; 96:1, 4; 97:6, 13-14, 16, 20; 98:15; 99:9

**muffin** [1] - 14:7
**music** [2] - 57:15; 65:12
**must** [2] - 70:12; 86:24

## N

**name** [1] - 57:22
**names** [7] - 13:8; 14:14; 18:15; 19:17; 25:25; 57:21; 59:20
**narrow** [1] - 24:6
**nature** [2] - 19:23; 88:17
**necessarily** [1] - 51:17
**need** [7] - 15:3; 65:18; 67:14; 68:10; 99:7, 20
**needed** [5] - 39:16; 44:25; 47:23; 64:25; 90:5
**needs** [3] - 61:16, 19; 84:12
**negative** [1] - 84:24
**Neil** [3] - 28:12; 29:3; 33:8
**never** [12] - 21:24; 22:13; 29:6; 30:2, 5, 8; 64:1, 10; 65:2; 70:18
**new** [1] - 65:4
**next** [25] - 14:10; 15:3, 16; 20:17; 22:2, 10; 25:21; 34:15, 25; 54:19, 24; 55:1, 7; 56:3, 9-10, 18-19; 66:12; 80:22; 85:7, 24; 86:7; 99:16
**next-up** [1] - 99:16
**nice** [2] - 60:19; 100:7
**night** [1] - 68:3
**nonacademic** [1] - 68:20
**nonaggressive** [1] - 60:4; 61:7
**none** [3] - 27:19; 64:8; 99:15
**nonsexual** [2] - 60:12; 61:7
**normal** [2] - 67:2; 73:21
**note** [8] - 72:22; 73:3, 11-12, 15, 19; 85:20

**noted** [3] - 83:16; 84:17; 91:4
**notes** [4] - 72:19; 73:1
**Notes** [1] - 73:11
**nothing** [11] - 11:1; 13:14; 14:14; 16:13; 20:25; 23:19; 30:19; 52:19; 64:9; 83:9; 93:12
**notice** [9] - 10:25; 11:24; 13:16; 16:20; 21:4; 23:13, 18, 21; 67:9
**noticed** [2] - 42:5; 57:18
**November** [15] - 27:16, 22; 28:3; 33:14; 49:25; 50:8, 12, 18; 52:9; 58:2; 89:12; 90:5; 91:1, 8, 10
**nude** [4] - 10:7; 12:13, 16, 18
**number** [11] - 11:9; 46:10, 12; 73:8; 77:10; 85:2; 91:19
**numbers** [2] - 77:7, 9
**numerous** [1] - 94:22; 96:10
**NW** [5] - 1:17; 2:15, 19, 22; 3:3

## O

**objection** [17] - 9:11, 18; 10:22; 24:17; 28:24; 63:18; 71:19; 79:22; 82:10; 87:7; 90:21; 93:24; 97:13
**obligation** [1] - 23:11
**obligations** [1] - 23:10
**observe** [5] - 58:22; 59:4, 17, 20; 97:17
**observed** [2] - 63:13; 94:17
**occasion** [2] - 74:1; 83:23
**occasions** [2] - 79:11; 96:10
**occur** [1] - 17:23
**occurred** [1] - 78:6
**October** [2] - 27:7; 83:14
**ODIN** [1] - 3:10
**OF** [9] - 1:2, 11; 3:6; 4:3, 5-6; 5:12; 30:22; 35:7
**off-school** [1] - 88:13
**offer** [3] - 21:1; 74:2; 76:7
**offered** [2] - 44:23; 74:4
**offering** [3] - 21:2; 81:2
**OFFICE** [1] - 3:6
**office** [3] - 47:5; 55:16; 56:13
**Officer** [1] - 59:2
**Official** [2] - 3:13; 100:15
**official** [1] - 17:22
**often** [3] - 40:5; 47:23; 74:17
**old** [2] - 32:1; 60:8
**once** [4] - 41:12; 74:19; 84:1; 92:16
**one** [38] - 11:9, 11, 25; 12:14, 22; 13:10; 15:16; 20:3, 7; 24:15; 31:3; 38:12; 39:1; 40:19, 22; 41:14, 17; 44:11, 23; 45:1; 46:13; 47:9, 22; 56:10, 19; 58:8; 63:8; 64:2; 65:11, 16; 66:9; 70:6; 84:23
**one's** [1] - 82:19
**ones** [1] - 15:6
**ongoing** [1] - 10:18
**online** [2] - 15:4; 60:25

**open** [3] - 13:13; 54:3; 96:3
**opened** [1] - 70:15
**opening** [3] - 38:12; 55:17; 95:3
**operate** [1] - 85:25
**opportunity** [2] - 37:15; 42:6
**optimum** [1] - 85:25
**option** [1] - 20:3
**options** [1] - 73:1
**order** [8] - 9:23; 11:15; 13:15; 15:22; 19:2; 51:7
**ordinary** [2] - 52:18; 67:9
**original** [3] - 11:7; 93:6, 19
**otherwise** [1] - 20:23
**outlined** [1] - 69:21
**outside** [7] - 23:18, 22; 32:19; 44:9, 15, 17
**overlap** [1] - 27:13
**override** [1] - 43:21
**overruled** [3] - 32:22; 61:4; 63:20
**Overruled** [1] - 97:15
**own** [4] - 32:7; 33:22; 72:6; 85:15

## P

**P.A.H** [1] - 3:6
**p.m** [9] - 1:6; 5:2; 31:8; 78:2, 7-8; 99:3; 100:8
**packet** [1] - 69:20
**page** [18] - 9:22, 24; 28:6; 30:11, 25; 31:1; 49:4; 53:2, 6; 56:20; 66:4, 12; 71:23; 72:12; 77:5, 13; 82:15
**Page** [1] - 4:2
**pages** [1] - 50:25
**pants** [1] - 98:5
**paragraph** [3] - 7:4; 12:25; 85:7
**parameters** [2] - 87:14, 25
**parent** [1] - 72:5
**parents** [6] - 43:15; 68:18; 70:25; 81:16; 85:16; 93:2
**Park** [1] - 1:21
**part** [10] - 10:11; 41:5; 46:11; 57:11, 15; 62:10; 94:6; 96:20
**partial** [1] - 92:20
**particular** [6] - 21:4; 34:13; 40:24; 76:2; 89:3; 94:4
**passages** [1] - 83:3
**past** [3] - 5:18; 75:17; 81:12
**pause** [2] - 30:18; 88:4
**PC** [1] - 3:10
**PE** [2] - 65:11; 86:11
**pejorative** [5] - 8:12, 22, 24; 19:12
**Pennsylvania** [4] - 2:15, 19, 22; 3:3
**people** [13] - 9:12; 11:8; 13:8, 11; 18:13, 15; 19:17; 21:16; 23:11, 17; 41:25; 57:15; 97:17
**people's** [2] - 5:20; 7:6
**per** [1] - 43:23
**perceived** [1] - 8:21
**percent** [7] - 52:10; 73:4, 7, 12; 76:21,

25; 77:10
**percentage** [1] - 72:17
**perfect** [2] - 21:15
**performance** [2] - 74:9; 92:21
**Period** [1] - 49:16
**period** [16] - 22:17, 21; 26:11, 13;
33:1; 41:15; 44:13; 45:4, 7-8, 14; 49:13;
78:23; 84:6; 89:3
**period-by-period** [1] - 78:23
**periods** [2] - 44:12; 86:11
**permitted** [2] - 59:15; 67:1
**person** [7] - 15:5, 17; 17:19, 25; 18:4;
22:22; 62:21
**personalized** [1] - 72:6
**personally** [1] - 92:25
**perspective** [1] - 95:1
**pertaining** [1] - 11:21
**P█████** [1] - 43:5
**phone** [1] - 34:6
**photo** [1] - 56:3
**photograph** [7] - 53:6; 54:7, 19-20, 24;
56:21; 67:4
**photographs** [6] - 9:10; 10:8; 52:23;
53:2; 66:8
**physical** [1] - 22:25
**physician** [2] - 85:16, 18
**picked** [1] - 41:17
**picks** [1] - 56:23
**picture** [17] - 12:16; 13:14; 14:14, 17;
28:12; 55:5, 7-8; 56:4, 9, 11, 18; 66:13,
18, 24
**pictured** [1] - 46:6
**pictures** [7] - 12:13, 18; 13:2; 28:15;
33:12; 53:3
**PITTLEMAN** [1] - 3:10
**place** [2] - 38:17; 39:19; 60:7
**placement** [1] - 22:14
**plaintiff** [11] - 11:22; 33:22; 45:3;
51:23; 66:18; 71:14; 88:23; 89:3; 92:13;
94:3, 8
**Plaintiff** [3] - 1:4, 15; 2:2
**Plaintiff's** [10] - 4:10; 6:3; 71:8, 17, 21;
74:25; 78:18; 81:19, 23; 82:3
**plaintiff's** [5] - 11:23; 51:5; 53:23;
68:24; 78:16
**planner** [3] - 90:4, 7; 91:5
**planning** [2] - 41:15, 24
**plausible** [2] - 94:14, 16
**played** [1] - 84:9
**playing** [2] - 37:3; 60:22
**PLC** [1] - 3:6
**PLLC** [1] - 1:16
**PM** [1] - 1:8
**pod** [24] - 44:18; 46:2, 6; 48:1; 52:15,
19; 53:4, 20; 55:1; 56:7, 16; 57:5; 58:4;
59:3; 63:7, 14; 66:14, 21; 67:5; 96:14,
20
**point** [21] - 11:4; 16:2; 17:14; 23:4;
27:22; 28:3; 40:17; 46:16; 52:7; 58:2,

24; 59:2; 70:19; 72:10; 77:21; 92:12,
20; 95:9; 97:21, 24
**points** [3] - 33:5; 76:9, 25
**police** [4] - 87:6, 13, 17, 21
**portray** [1] - 12:5
**portrayed** [1] - 12:3
**position** [6] - 11:2; 35:19, 21; 38:5, 15;
47:22
**possibility** [2] - 18:3, 5
**postdate** [2] - 10:12; 17:13
**postdates** [1] - 17:11
**postgraduate** [1] - 36:11
**posting** [1] - 33:13
**posts** [2] - 10:17; 11:24
**potential** [1] - 99:21
**practice** [4] - 57:11; 69:23; 76:3, 6
**predate** [1] - 11:22; 16:18
**prejudicial** [1] - 13:21
**preprogrammed** [1] - 84:21
**preps** [1] - 44:7
**present** [2] - 23:9; 94:2
**pretrial** [2] - 9:22; 16:6
**pretty** [7] - 28:14; 58:7, 13; 68:1;
95:20; 98:25
**previous** [2] - 13:1; 76:20
**previously** [2] - 14:21; 33:16
**pride** [1] - 62:18
**principal** [3] - 47:8, 10
**principals** [1] - 47:9
**print** [1] - 98:22
**proactive** [1] - 40:15
**probative** [1] - 13:20
**probe** [1] - 67:14
**problem** [7] - 12:1; 14:12; 18:16;
76:10; 95:1
**problems** [5] - 42:6; 48:14, 16; 52:18;
76:8
**procedural** [1] - 11:6
**proceed** [2] - 5:10; 94:4
**PROCEEDINGS** [1] - 1:11
**Proceedings** [2] - 3:17; 100:8
**proceedings** [4] - 30:18; 78:6; 96:3;
100:12
**process** [1] - 40:9
**produced** [1] - 3:17
**program** [2] - 72:3; 94:18; 97:8
**programs** [1] - 35:23
**progress** [12] - 71:1, 3-6, 12; 72:2, 4,
7, 13; 75:5, 21
**promise** [1] - 5:16
**promptly** [1] - 98:19
**proper** [1] - 19:7
**proud** [1] - 37:17
**provide** [5] - 86:22; 87:12; 92:10; 95:9
**Public** [4] - 24:10; 36:2; 37:10, 17
**publish** [15] - 6:22; 31:3; 45:24; 48:19,
21; 50:5, 23; 52:24; 65:24; 71:20;
77:18; 79:23; 82:11; 90:22
**published** [1] - 14:5

**pull** [1] - 61:12
**pulled** [3] - 81:16; 82:25; 92:2
**purpose** [5] - 13:9; 14:6; 21:2; 27:22
**purposes** [4] - 10:1; 23:15; 32:20;
41:24
**pursuant** [1] - 82:2
**put** [15] - 12:18; 14:16; 19:4; 22:12;
27:15; 45:21; 50:2; 69:20; 70:1; 73:2,
19; 75:1; 78:20; 98:2, 4
**putting** [2] - 14:12, 17
**PX** [2] - 71:10; 81:21

## Q

**qualify** [1] - 43:17
**quarter** [30] - 49:23; 50:10, 12, 15;
51:12, 14; 58:9; 71:5, 15; 72:9, 11, 16,
24; 73:5, 10, 13, 19; 74:8, 12, 16, 19;
77:1, 14; 78:1; 85:3; 92:18
**quash** [1] - 99:24
**questions** [9] - 23:5; 24:6; 32:1; 33:19;
34:8; 35:2, 5; 98:15; 99:13
**quick** [5] - 73:4, 7, 12; 76:18; 77:10
**quickly** [3] - 58:7, 13; 68:2
**quite** [2] - 60:8; 95:6
**quiz** [3] - 76:18; 77:8

## R

**Rachel** [5] - 5:19; 10:12; 15:25; 16:4,
12; 17:17; 24:25; 35:18; 37:21; 38:11,
13, 16-17; 39:4, 6; 40:18
**ranged** [1] - 44:1
**raped** [1] - 96:7
**rbates@hunton.com** [1] - 2:17
**RDR** [3] - 3:13; 100:11, 15
**RDR-CRR** [1] - 100:11
**reaction** [2] - 52:16; 83:4
**read** [4] - 10:4; 13:15; 85:19; 98:25
**reading** [1] - 84:7
**ready** [2] - 24:2; 60:8
**really** [12] - 10:17; 18:22; 19:6, 11;
28:19; 38:21; 44:17; 52:14; 57:9; 58:8;
77:1
**reason** [2] - 7:21; 18:25
**reasons** [2] - 40:19; 68:20
**receive** [1] - 36:13
**received** [4] - 30:6; 81:13; 99:23
**receiving** [2] - 52:16; 59:4
**recess** [1] - 78:6
**recognize** [4] - 48:24; 51:4; 58:3;
79:17
**recognized** [1] - 58:6
**recollect** [1] - 29:4; 30:14; 33:23
**recollected** [1] - 33:24
**recollection** [7] - 7:5, 16; 25:13, 18;
27:6; 29:23; 32:20
**recommendations** [1] - 43:20

**reconsideration** [1] - 10:22
**record** [16] - 6:7; 9:21; 10:3, 25; 13:6, 25; 22:2; 71:21; 79:24; 82:1; 90:17, 24; 94:1; 97:3; 100:11
**records** [22] - 10:6, 9-11; 11:21; 12:10; 14:10; 16:18; 23:19; 48:11, 24; 77:17; 78:16; 88:22; 89:23; 90:1; 91:12, 15-16; 92:1
**red** [3] - 67:18, 22; 68:3
**redacted** [4] - 15:9; 18:10; 22:1
**REDIRECT** [2] - 4:5; 30:22
**redirect** [2] - 11:5; 12:21
**reference** [4] - 19:22; 21:22; 77:21; 97:3
**references** [1] - 33:7
**referral** [7] - 61:17, 19, 22, 25; 62:1
**referring** [6] - 83:19; 84:20; 85:11, 18; 86:3
**reflect** [2] - 73:2; 97:3
**reflects** [1] - 72:23
**refrain** [1] - 98:22
**refresh** [2] - 7:16; 25:18
**refreshed** [1] - 29:25
**refreshes** [2] - 7:5; 25:13
**regard** [5] - 15:22; 17:7; 67:10; 70:4; 99:19
**regarding** [3] - 10:7; 69:14; 99:24
**regardless** [1] - 63:8
**regular** [2] - 64:7; 86:2
**regularly** [1] - 73:18
**relate** [1] - 20:22
**related** [1] - 73:1
**relationship** [8] - 26:4, 24-25; 30:2; 33:10; 62:17; 68:9
**relationships** [1] - 68:8
**relative** [1] - 54:6
**relayed** [1] - 84:15
**relevance** [1] - 93:24
**relevant** [5] - 10:13; 16:19; 22:17, 21; 94:24
**relied** [1] - 43:19
**remain** [1] - 34:14
**remediation** [2] - 73:18; 74:5
**remember** [19] - 5:21, 25; 7:18; 8:18; 9:9; 20:20; 24:15; 25:1; 26:4, 14, 22; 29:2, 4; 33:17, 24; 48:7; 84:6; 98:20
**remembering** [1] - 33:21
**rephrase** [1] - 8:16
**report** [21] - 50:15, 25; 51:5; 58:18; 59:7, 9, 11, 23; 63:13; 69:10; 71:1, 13; 72:2, 7, 13, 24; 75:5, 21; 83:16; 84:17, 22
**reported** [7] - 3:17; 52:4, 13, 19; 63:9; 64:9; 83:9
**Reporter** [4] - 3:13; 15:13; 100:15
**reports** [5] - 71:1, 3, 5, 7; 72:4
**reports/interims** [1] - 71:4
**representation** [1] - 21:12
**representing** [1] - 11:8

**request** [2] - 10:18; 39:13
**requested** [1] - 39:18
**required** [1] - 73:23
**rescheduling** [1] - 80:10
**resolve** [1] - 19:19
**resolved** [1] - 61:4
**resolving** [1] - 76:10
**respect** [6] - 10:24; 13:16; 16:14; 22:16; 58:14; 72:1
**respectfully** [1] - 21:6
**respects** [1] - 10:19
**responded** [1] - 84:13
**response** [3] - 13:21; 14:25; 82:18
**responsibilities** [1] - 44:21
**responsibility** [1] - 65:14
**rest** [1] - 38:10
**rested** [1] - 34:21
**resting** [1] - 34:19
**Reston** [2] - 3:8, 11
**restroom** [1] - 68:11
**retake** [2] - 76:4; 77:3
**review** [6] - 41:22; 73:25; 74:18; 93:5, 13, 16
**REWARI** [90] - 4:7; 11:12; 18:21, 24; 19:2; 23:13; 34:16, 22; 35:8; 39:23, 25; 45:21, 25; 46:1, 5, 15; 48:20, 22-23; 50:2, 6, 9, 21, 24; 51:3; 52:25; 53:1; 57:2; 61:5; 63:5, 12, 21; 65:22, 25; 66:3; 71:17, 22, 25; 75:1, 3, 11, 13-14; 77:18, 20, 23; 78:13, 20-21; 79:15, 20, 25; 80:1; 81:23; 82:4, 7, 12-13; 87:9, 12, 15-16, 24; 88:3, 6, 11, 16, 21; 89:1, 6, 10, 20; 90:13, 19, 23, 25; 94:6, 13, 17; 96:1, 4; 97:6, 14, 16, 20; 98:15
**Rewari** [9] - 2:18; 7:1; 8:6; 11:8; 39:21; 75:10; 77:21; 95:2, 19
**rework** [1] - 76:8
**right-hand** [1] - 66:13
**risks** [2] - 40:11; 65:7
**rkeefe@bsfllp.com** [1] - 2:13
**RMR** [1] - 3:13
**road** [1] - 9:12
**Robert** [2] - 2:10; 3:7
**room** [4] - 46:9, 12; 47:20
**ROSSIE** [1] - 1:12
**roughly** [1] - 42:8
**route** [1] - 43:21
**routine** [1] - 40:8
**row** [3] - 53:13, 18, 25
**rude** [1] - 61:15
**ruling** [4] - 22:17; 23:25; 24:6; 82:2
**rumors** [2] - 33:16; 86:1
**rung** [1] - 84:9
**Ryan** [1] - 2:14

## S

**S.T** [1] - 3:6
**safe** [1] - 65:7

**safest** [1] - 39:19
**sat** [1] - 31:21
**satisfactory** [1] - 86:22
**saw** [11] - 33:12; 37:5; 57:12; 58:17; 64:1, 10; 70:7; 94:19; 98:10
**scan** [2] - 67:24; 91:19
**schedule** [2] - 41:13; 51:8
**scheduled** [2] - 86:10; 98:17
**scheduling** [1] - 45:10
**SCHILLER** [4] - 1:20; 2:3, 7, 11
**school** [105] - 8:6; 9:4, 9; 10:6, 8, 11; 11:8; 14:21; 15:18; 16:25; 17:2, 15; 19:22; 20:1, 11; 22:23; 23:17, 20, 22; 25:4, 19; 28:1; 29:10, 20; 31:22; 35:20; 36:6; 37:3, 5; 38:7, 10, 13, 18, 23; 39:7, 11, 17; 40:6; 41:22; 42:10; 43:15; 44:21, 23; 45:9, 23; 47:11; 48:25; 49:24; 52:3, 5, 7; 59:15, 25; 60:7-9; 62:11; 64:17; 65:12, 20; 70:6, 25; 73:17, 21-23; 74:5, 18; 77:13; 80:13, 24; 81:17; 82:23; 83:1; 85:17; 87:6, 17; 88:13, 23; 89:2, 15, 21, 24; 90:9, 17-18; 91:15, 18, 24; 92:3; 93:23; 94:14, 18; 96:7, 12; 97:7, 11; 98:7
**School** [16] - 10:12; 11:23; 15:25; 16:4, 7, 19; 17:6; 34:16, 23; 35:16, 18; 36:7; 37:9, 21
**school-based** [3] - 35:20; 38:7, 13
**schooling** [3] - 15:18; 36:3; 37:12
**Schools** [3] - 24:10; 36:2; 37:18
**schools** [7] - 22:14; 36:5; 37:16; 40:20; 41:1; 43:19; 65:10
**science** [5] - 36:20; 37:25; 40:22; 42:15; 47:3
**scope** [1] - 32:18
**score** [1] - 72:17
**Scott** [5] - 2:21; 3:13; 100:11, 13, 15
**scottwallace.edva@gmail.com** [1] - 3:16
**screen** [1] - 46:7
**SE** [3] - 2:3, 7, 11
**seated** [4] - 5:3; 42:23; 78:9; 99:5
**second** [16] - 7:4; 31:1; 49:4; 71:15; 72:9, 12, 16, 24; 74:8, 12, 19; 77:5; 93:20, 22; 94:20; 96:5
**sections** [1] - 44:6
**see** [47] - 7:5; 14:10; 20:1; 25:13; 32:25; 33:12; 42:6; 45:12, 21; 47:15; 48:17; 49:7, 10; 54:17, 19; 55:12; 56:8, 16, 23, 25; 60:25; 66:23; 67:15; 68:4, 12; 69:4, 7; 72:19; 74:11; 77:5, 11; 78:3; 80:7, 15; 81:10; 82:20; 83:15, 20; 84:12; 87:21; 92:3, 21; 98:2, 4, 7; 99:2
**seeing** [6] - 42:7; 64:8; 69:2; 83:4; 84:3
**seek** [1] - 23:24
**seem** [4] - 14:8; 68:14; 95:6, 8
**select** [2] - 43:16, 18
**self** [2] - 43:16, 18
**self-select** [2] - 43:16, 18
**seminar** [2] - 44:11; 58:12

**Semitic** [2] - 15:20; 18:9
**Semitism** [1] - 21:23
**send** [2] - 10:7; 72:4
**sending** [1] - 62:2
**sense** [3] - 20:23; 41:2; 62:24
**sensitivity** [1] - 86:25
**sent** [3] - 30:6; 71:13; 75:5
**separate** [1] - 11:11
**separated** [1] - 39:17
**September** [4] - 25:7, 19; 28:1
**SESSION** [2] - 1:8; 5:1
**set** [1] - 53:2
**several** [2] - 40:21; 83:3
**sexual** [6] - 15:2; 19:23; 20:25; 29:7;
60:12; 61:7
**sexually** [4] - 63:6, 14, 17; 98:12
**shadow** [1] - 58:24
**share** [1] - 42:6
**shared** [2] - 40:24; 83:13
**shark** [1] - 47:14
**sheet** [8] - 69:15, 18; 70:5, 15, 20, 23;
75:20; 76:14
**shining** [1] - 98:24
**shoo** [1] - 57:12
**shorthand** [1] - 3:17
**show** [8] - 12:8; 13:1, 3; 20:20; 32:13;
72:14; 78:22; 91:1
**showed** [2] - 8:7; 31:6
**showing** [3] - 56:4, 11; 82:7
**shown** [3] - 30:14; 53:13; 90:15
**shows** [2] - 22:13; 72:17
**sic]** [1] - 8:16
**side** [3] - 54:3, 14; 71:6
**sidebar** [2] - 9:21; 94:1
**Sidebar** [2] - 24:1; 96:2
**signs** [1] - 67:12
**simply** [1] - 87:12
**sit** [1] - 76:7
**sitting** [2] - 22:12; 84:10
**situation** [3] - 47:22; 86:8; 94:11
**situational** [1] - 61:11
**six** [1] - 25:7
**size** [1] - 96:25
**skills** [1] - 76:3
**skip** [1] - 56:10
**skipping** [1] - 51:20
**slipped** [1] - 61:21
**slowly** [1] - 88:1
**slut** [1] - 59:21
**small** [2] - 62:13; 91:25
**smaller** [1] - 40:12
**smelling** [1] - 67:17
**smoke** [1] - 67:17
**so-called** [1] - 30:2
**so..** [2] - 7:18; 8:13
**social** [5] - 10:17; 11:24; 36:20; 40:23;
98:22
**sociocultural** [1] - 68:23
**solution** [1] - 86:22

**someone** [6] - 7:6, 24; 39:17; 49:15;
68:9; 70:12
**sometimes** [7] - 8:6; 13:7; 14:6; 41:24;
44:7; 51:21
**Sona** [1] - 2:18
**sorry** [9] - 13:23; 15:10; 48:20; 53:16;
74:23; 75:11; 97:5; 99:6
**sort** [17] - 24:5; 56:5, 22-23; 57:12;
62:13; 67:4, 18, 24; 69:20; 74:14;
83:24; 84:21; 85:5; 95:4, 8
**space** [1] - 55:16
**special** [7] - 37:4, 8; 38:17; 39:13;
54:13; 58:9; 60:7
**specialist** [4] - 35:20; 38:8, 13; 91:18
**specials** [1] - 65:11
**specific** [8] - 18:12; 25:15; 29:5; 32:3;
70:8; 73:1, 6; 89:7
**specifically** [9] - 7:7, 18; 14:11; 15:4;
19:21; 25:9; 52:15; 73:3; 94:21
**speculation** [1] - 63:10
**spend** [1] - 58:11
**sponsorship** [1] - 45:1
**spreadsheet** [1] - 91:21
**spring** [1] - 92:20
**Square** [1] - 3:15
**srewari@huntonak.com** [1] - 2:20
**SRO** [1] - 59:2
**staff** [2] - 38:19; 91:25
**stage** [1] - 16:6
**stamp** [9] - 69:15, 17; 70:1, 5, 15, 20,
22; 75:20; 76:14
**stand** [8] - 12:3; 19:4; 47:18, 20; 53:8;
54:12; 56:23
**standing** [3] - 44:15; 54:6; 56:15
**start** [9] - 9:8; 27:21; 29:17; 34:16;
64:18; 69:21; 71:22; 80:2; 84:11
**started** [5] - 27:11; 37:2; 38:17; 72:6;
84:9
**starting** [2] - 67:16; 95:23
**starts** [1] - 73:17
**State** [1] - 36:19
**statement** [6] - 6:18, 25; 7:19; 29:19;
68:24; 95:3
**States** [1] - 3:14
**STATES** [2] - 1:1, 12
**stationing** [1] - 59:3
**status** [1] - 22:24
**stay** [10] - 24:18, 21; 44:25; 73:14;
74:5; 80:13, 25; 81:2; 87:14; 92:4
**stayed** [2] - 62:11; 91:13, 17
**staying** [2] - 73:17
**step** [4] - 34:10; 65:1; 78:5; 99:6
**still** [5] - 5:25; 68:14; 76:24; 84:10;
94:6
**stipulate** [1] - 21:19
**stolen** [1] - 70:20
**stood** [1] - 53:10
**stop** [2] - 23:6; 26:12
**stopped** [1] - 26:18

**Street** [4] - 1:17; 2:3, 7, 11
**stretch** [2] - 12:25; 14:5
**strike** [1] - 69:13
**structure** [1] - 64:19
**struggle** [1] - 51:22
**struggled** [1] - 40:5
**struggling** [2] - 67:13; 73:16
**stuck** [2] - 47:22; 83:24
**Student** [1] - 73:11
**student** [36] - 15:25; 16:4, 11; 20:10;
22:3; 23:21, 23; 25:24; 37:15, 18; 45:4;
48:11; 51:15; 58:3; 62:3; 63:13; 65:1;
67:15, 20; 69:4, 7, 11; 70:20; 72:5, 20;
73:1; 74:11; 76:1, 7; 85:8; 91:19; 93:3;
97:22, 25; 98:2, 4
**student's** [1] - 72:24
**student-related** [1] - 73:1
**students** [43] - 14:11; 15:4; 25:3; 37:6;
40:5; 42:4, 9; 43:15, 25; 44:3; 45:9;
48:3, 5; 51:21; 52:4; 57:9, 11, 14, 18,
23, 25; 59:5, 17, 20, 25; 62:4, 19, 22;
63:1, 16; 66:10, 23, 25; 67:12; 68:8;
70:1; 74:4; 76:3; 77:2; 80:17; 83:10;
85:10
**students'** [1] - 67:24
**studies** [2] - 36:21; 40:23
**study** [1] - 40:14
**stuff** [4] - 8:8; 15:2, 20; 21:9
**style** [2] - 40:1; 64:15
**subject** [6] - 20:10, 13, 17; 37:23;
80:5; 82:22
**subjects** [2] - 43:8; 86:9
**subpoena** [1] - 99:24
**subset** [1] - 11:10
**substitute** [1] - 90:8
**such-and-such** [1] - 23:11
**sudden** [1] - 67:21
**suddenly** [3] - 32:6; 33:21, 24
**sued** [1] - 92:25
**suggest** [1] - 73:16
**Suite** [7] - 1:17, 21; 2:4, 8, 12; 3:7, 11
**summary** [1] - 49:2
**sun** [1] - 98:24
**Sunday** [1] - 80:3
**supervisory** [1] - 22:25
**support** [5] - 38:20; 40:5; 44:23; 59:1;
62:12
**surprise** [2] - 29:11, 21
**surprised** [2] - 52:17; 83:5
**surprises** [1] - 40:10
**suspension** [1] - 10:7
**Sustained** [4] - 24:18; 63:4, 11; 97:19
**SWORN** [1] - 35:1
**system** [1] - 17:15

**T**

**T.B** [1] - 3:6
**T█** [1] - 47:7

**tardies** [4] - 49:5, 9, 11
**tardiness** [1] - 48:15
**tardy** [2] - 48:12; 49:15
T████ [7] - 42:15, 18; 47:2; 53:11;
55:14; 58:21
T████ [3] - 54:9, 22; 56:12
**task** [2] - 72:15; 73:11
**tasks** [2] - 73:2; 77:6
**taught** [5] - 37:23, 25; 43:10, 12; 44:6
**teach** [6] - 35:24; 37:15; 43:8, 23; 44:7;
57:25
**teacher** [17] - 37:4, 8, 22; 38:3; 40:18,
23; 42:15-17; 43:20; 46:20, 24; 47:3;
54:11, 13; 65:11
**teachers** [12] - 35:22; 42:13; 43:19;
54:5; 58:22; 65:13; 76:2, 4; 85:9, 11;
86:25; 92:5
**teaching** [5] - 37:18, 20; 40:1; 44:12;
58:12
**team** [31] - 40:21; 41:6, 9, 11, 14,
18-19, 21; 42:8, 11, 13; 43:2; 44:4;
47:10; 52:12, 17; 54:6, 11, 14; 57:11;
58:9, 11; 62:10; 64:2, 6; 65:15; 67:18;
83:6; 96:20
**team's** [1] - 42:21
**team-time** [1] - 41:21
**teamed** [1] - 44:13
**teaming** [1] - 44:8
**teams** [2] - 40:16, 20
**teasing** [1] - 60:18
**Tech** [1] - 36:14
**technology** [6] - 35:20, 23; 36:16;
38:7, 13
**ten** [1] - 99:13
**terms** [3] - 60:12, 21; 61:6
**test** [12] - 42:1; 43:17; 74:2; 75:23, 25;
76:2, 7, 10, 20; 77:1, 11
**test;this** [1] - 76:21
**testified** [1] - 26:3
**testify** [1] - 19:5
**testimony** [13] - 8:10, 15, 18; 14:6;
19:9; 27:9, 11; 28:7, 10; 53:22; 78:11;
87:10; 99:21
**testing** [2] - 60:9; 61:1
**tests** [1] - 80:10
**texts** [1] - 31:17
**thanked** [1] - 81:6
**theirs** [1] - 11:12
**themselves** [1] - 12:5
**theory** [1] - 94:4
**there'd** [1] - 40:9
**Thereupon** [1] - 78:6
**they've** [1] - 16:5
**thinking** [5] - 29:10, 15-16, 19
**third** [1] - 92:17
**threatened** [1] - 13:1
**threatening** [1] - 10:7
**threats** [1] - 86:1
**three** [10] - 12:10; 37:25; 44:7, 24;

49:12; 77:4; 85:14; 92:6; 96:7; 99:1
**throughout** [3] - 41:15, 17; 67:1
**Thursday** [5] - 75:17; 76:19; 92:2, 4, 6
**Thursdays** [2] - 44:25; 92:4
**Tiffany** [2] - 42:16; 46:23
**tight** [1] - 41:4
**tight-knit** [1] - 41:4
**timed** [1] - 32:10
**timeline** [1] - 15:23
**Title** [1] - 23:15
**today** [5] - 5:5; 57:22; 80:25; 98:17, 24
**together** [1] - 69:20
**tomorrow** [6] - 76:19; 77:14; 98:17;
99:2, 13; 100:1
**took** [3] - 38:10; 58:10; 84:15
**top** [2] - 51:22; 66:9
**TORCHINSKY** [1] - 1:16
**total** [1] - 21:7
**totally** [1] - 22:15
**touched** [1] - 59:12
**touching** [2] - 59:5, 14
**towards** [3] - 53:14; 54:3, 23
**toxic** [2] - 85:16, 21
**track** [1] - 65:14
**TRANSCRIPT** [1] - 1:11
**transcript** [2] - 3:17; 100:11
**transcription** [1] - 3:18
**trial** [1] - 10:19
**TRIAL** [1] - 1:11
**tried** [6] - 9:14; 12:5; 16:9; 21:8; 64:19
**triggered** [1] - 68:25
**trouble** [1] - 15:19
**true** [1] - 29:19
**trust** [1] - 5:6
**try** [6] - 10:22; 12:12; 13:3; 63:22;
77:25; 98:21
**trying** [6] - 14:7; 17:14; 21:15; 61:15,
21; 65:15
**Tuesday** [4] - 31:7; 74:2; 75:7, 15
**turn** [3] - 45:3; 75:23; 76:17
**turned** [4] - 56:6; 70:9, 12, 18
**turning** [2] - 32:2
**two** [15] - 11:10; 14:10; 15:3; 20:17;
39:8; 43:10; 44:2; 51:17; 58:10; 60:16;
74:12; 75:4; 76:21; 77:2; 100:1
**type** [3] - 40:12; 68:12; 91:20
**types** [4] - 37:16; 44:6; 51:18; 61:6
**typical** [3] - 41:19; 45:18; 57:4
**typically** [1] - 85:14

**U**

**ugly** [1] - 86:1
**um-hmm** [9] - 11:16; 15:14; 17:18;
43:1; 49:8; 66:17; 75:19; 79:8; 84:19
**uncertain** [1] - 83:12
**under** [6] - 6:12; 25:11; 27:10; 49:16;
73:11
**understood** [1] - 15:22

**undisputed** [2] - 15:24; 16:11
**unexcused** [5] - 49:5, 9-10, 16, 20
**unfortunately** [3] - 60:2; 76:20; 86:9
**unhappy** [1] - 19:20
**unit** [6] - 69:19, 22; 70:2, 8; 76:20;
77:11
**United** [1] - 3:14
**UNITED** [2] - 1:1, 12
**units** [1] - 76:21
**University** [1] - 36:10
**unknown** [3] - 96:7; 97:10, 17
**unless** [2] - 73:14; 99:23
**unsolicited** [1] - 63:2
**unusual** [1] - 58:17
**unwanted** [2] - 59:5, 12
**unwelcome** [1] - 59:15
**up** [29] - 12:2; 16:10; 28:5; 31:1; 41:2;
45:21; 50:2; 52:21; 54:23; 56:23; 61:16,
19; 62:1, 16; 64:2; 65:12; 67:18; 68:5,
7; 73:5; 75:1; 76:13; 78:20; 84:11; 92:2;
99:16, 20; 100:3
**upset** [1] - 26:10
**user** [2] - 32:17; 33:1

**V**

**VA** [3] - 3:8, 11, 15
**value** [1] - 13:20
**vantage** [1] - 40:17
**various** [2] - 41:16; 76:6
**victim** [1] - 39:16
**victimization** [1] - 87:1
**victimize** [1] - 87:4
**victimized** [4] - 86:12, 16, 18
**video** [1] - 33:12
**view** [5] - 54:22, 25; 56:12, 22; 95:10
**VIRGINIA** [1] - 1:2
**Virginia** [3] - 3:14; 36:14, 19
**visited** [2] - 87:6, 17
**vocabulary** [2] - 60:10, 25
**VOGEL** [1] - 1:16
**VOLUME** [1] - 1:8
**vulgar** [3] - 8:18; 59:17; 60:11

**W**

**walk** [1] - 40:9
**walked** [1] - 64:22
**walking** [3] - 55:2; 60:17; 86:18
**walkway** [1] - 57:13
**wall** [7] - 33:13; 53:10; 54:2, 14; 55:24;
56:23; 66:20
**Wallace** [4] - 3:13; 100:11, 13, 15
**wandering** [2] - 94:19; 97:10
**wants** [3] - 18:13, 20; 95:16
**warmth** [1] - 40:4
**warmup** [1] - 40:10
**Washington** [5] - 1:18; 2:16, 19, 23;

3:3
**watch** [3] - 58:16; 64:1; 84:1
**watched** [2] - 44:19; 84:4
**watching** [1] - 83:8
**wearing** [1] - 66:23
**Wednesday** [5] - 44:24; 80:19; 91:10; 92:2, 6
**Wednesdays** [3] - 73:22, 24; 74:3
**week** [21] - 26:20; 27:3; 41:12, 17; 49:25; 58:10; 64:7; 68:22; 73:24; 75:21; 80:13, 18; 81:13; 91:8, 12, 14; 92:7
**weeks** [7] - 27:1; 71:6; 77:2, 4; 81:12; 92:19; 99:1
**weight** [1] - 13:20
**welcome** [1] - 59:15
**white** [4] - 6:5; 25:10; 55:2, 5
**who've** [1] - 38:22
**whole** [2] - 91:8, 12
**whore** [1] - 59:21
**Wiehle** [1] - 3:10
**window** [3] - 55:24; 56:1
**wish** [1] - 85:10
**withdrawal** [5] - 10:12; 11:23; 16:18, 21, 24
**withdrew** [1] - 23:14
**witness** [13] - 12:2; 21:8; 34:14, 25; 77:22; 78:11; 82:8; 94:5, 25; 95:9; 97:4; 99:16
**WITNESS** [13] - 25:15; 34:12; 35:6; 39:22, 24; 63:19; 88:10, 15, 20, 25; 89:5, 19; 97:5
**witness's** [1] - 32:19
**witnessed** [1] - 52:18
**witnesses** [2] - 34:23; 95:4
**word** [5] - 8:22; 9:1; 16:24; 61:22; 84:22
**words** [3] - 19:17; 33:22; 86:1
**workdays** [1] - 37:5
**works** [1] - 85:14
**worthy** [1] - 9:5
**write** [4] - 61:17, 22, 24; 64:23
**writes** [2] - 75:16, 23
**writing** [1] - 62:1
**writings** [1] - 33:22
**written** [4] - 15:15; 61:16, 19; 90:8
**wrongdoings** [1] - 21:13
**wrote** [9] - 7:19; 76:16; 80:21; 81:5, 12; 83:12; 85:8, 13; 86:21

## Y

**y'all** [1] - 100:7
**year** [43] - 13:13; 22:10; 24:10; 25:21; 27:24; 28:1; 33:14; 36:24; 38:4, 10; 39:4, 7; 41:16; 42:11, 14; 43:9, 15; 45:5, 9; 46:10; 48:25; 49:9, 24; 52:4, 7; 58:2, 10; 64:18; 66:5, 16; 67:10; 70:25; 73:21; 74:16; 76:5; 85:10; 87:6, 17; 90:18; 91:17

**yearbook** [2] - 65:22; 66:4
**years** [8] - 31:22; 32:1; 34:2, 5; 37:25; 38:4; 39:4, 8
**yellow** [1] - 55:5
**yesterday** [2] - 83:15, 20
**yourself** [2] - 35:11; 74:6

## Z

**zero** [1] - 49:20
**ZOLL** [14] - 61:3; 63:3, 10, 18; 71:19; 79:22; 82:10; 87:7; 90:21; 93:24; 94:24; 95:15; 97:13; 99:9
**Zoll** [3] - 2:2; 94:23; 99:7
**zoned** [1] - 39:11
**zoom** [3] - 46:5; 50:7; 51:1
**Zuluaga** [1] - 23:20